# ATTACHMENT E
# FILED UNDER SEAL