# ATTACHMENT F
# FILED UNDER SEAL