# ATTACHMENT G
# FILED UNDER SEAL