# ATTACHMENT J
# FILED UNDER SEAL