# ATTACHMENT L
# FILED UNDER SEAL