# ATTACHMENT M
# FILED UNDER SEAL