# ATTACHMENT N
# FILED UNDER SEAL