# ATTACHMENT O



















