# ATTACHMENT P
# FILED UNDER SEAL