# ATTACHMENT Q







| 3







| 5