# ATTACHMENT R







| 3











| 8



<mark>Case 2:23-cv-00932 Document 1-18 Filed 06/21/23 Page 11 of 11</mark>



| 10