# ATTACHMENT S





| 2


| 5





| 6