# ATTACHMENT T







| 3







| 6



