# ATTACHMENT U













| 5

