# ATTACHMENT V



| 1

| 2



| 2









| 7





| 8