1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No. 2:23-cv-0932<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO TEMPORARILY SEAL THE COMPLAINT AND MOTION TO DESEQUESTER, AND PERMANENTLY SEAL REFERENCES TO NONPUBLIC INVESTIGATIONS** |

The Federal Trade Commission ("FTC" or the "Commission") having filed its Motion for Leave to Temporarily Seal the Complaint and the Motion to Desequester, and Permanently Seal References to Nonpublic Investigations (the "Motion"), and the Court having considered all filings, memoranda of law, and exhibits concerning this matter, the Motion is GRANTED. The Court hereby ORDERS:

1.   The Complaint for Permanent Injunction, Civil Penalties, Monetary Relief, and Other Equitable Relief ("Complaint") (Dkt. #3), as well as its Attachments A–N and P, and the Plaintiff's Motion to Desequester Documents Clawed Back by Defendant (the "Desequester

[PROPOSED] ORDER TO SEAL
Case No. 2:23-cv-0932

1

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

Motion") (Dkt. #4), as well as its Exhibit A (collectively, the "Sealed Filings"), shall be temporarily sealed;

2. The FTC shall provide copies—by email, U.S. Mail, or FedEx—of this Order to all persons or entities (hereinafter referred to as "submitters") who provided information or documents to the FTC that are included in the Sealed Filings;

3. Amazon or any other submitter shall file any motion to permanently seal parts of the Sealed Filings within ten (10) days of this Order;

4. Should neither Amazon nor any other submitter file a motion to permanently seal parts of the Complaint within ten (10) days of this Order, the Clerk of the Court shall unseal the Complaint and its Attachments;

5. Should neither Amazon nor any other submitter file a motion to permanently seal parts of the Desequester Motion, the FTC shall file publicly a copy of the Desequester Motion and its Exhibits that redacts only references to other nonpublic FTC investigations;

6. Should either Amazon or any other submitter file a motion to permanently seal any part of a Sealed Filing, the FTC may file a public version of that Sealed Filing that redacts only those parts that a submitter has moved to permanently seal and references to other nonpublic FTC investigations;

7. Any third-party submitter shall file any motion for protective order regarding information provided by that submitter, and not referenced in the Sealed Filings, within ten (10) days of this Order;

8. Neither the FTC nor Amazon shall publicly file any information received by the FTC from a third-party submitter, including but not limited to any such information referenced in

[PROPOSED] ORDER TO SEAL
Case No. 2:23-cv-0932

2

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

the Sealed Filings, without that submitter's consent, until ten days from entry of this Order or until the Court has ruled on that submitter's timely motion for a permanent seal or protective order;

9. After the Court resolves any outstanding motions filed pursuant to paragraph 3 of this Order, the FTC may file a public version of the Sealed Filings.

**IT IS SO ORDERED.**

Dated this _____ day of June, 2023.

_____

UNITED STATES DISTRICT JUDGE

Presented by:

_s/ Evan Mendelson_
Evan Mendelson, DC Bar #996765
Olivia Jerjian, DC Bar #1034299
Thomas Maxwell Nardini, IL Bar #6330190
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington DC 20580
(202) 326-3320; emendelson@ftc.gov (Mendelson)
(202) 326-2749; ojerjian@ftc.gov (Jerjian)
(202) 326-2812; tnardini@ftc.gov (Nardini)

Colin D. A. MacDonald, WSBA # 55243
Federal Trade Commission
915 Second Ave., Suite 2896
Seattle, WA 98174
(206) 220-4474; cmacdonald@ftc.gov (MacDonald)

ATTORNEYS FOR PLAINTIFF
FEDERAL TRADE COMMISSION

[PROPOSED] ORDER TO SEAL
Case No. 2:23-cv-0932

3

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320