UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC.,<br><br>    Defendant. | Case No. 2:23-cv-0932<br><br>**PLAINTIFF'S NOTICE OF FILING PUBLIC, REDACTED VERSION OF MOTION TO DESEQUESTER DOCUMENTS CLAWED BACK BY DEFENDANT** |

The Federal Trade Commission ("FTC") provides notice of its filing, attached hereto, of public, redacted versions of the FTC's Motion to Desequester Documents Clawed Back by Defendant (Dkt. #4; the "Desequester Motion") and Exhibit A to the Desequester Motion (Dkt. #4-1). The FTC has requested leave to file unredacted versions of these documents under seal in its concurrently filed Motion for Leave to Temporarily Seal the Complaint and Motion to Desequester and Permanently Seal References to Nonpublic Investigations (Dkt. #2).

PLAINTIFF'S NOTICE OF PUBLIC, REDACTED FILING
Case No. 2:23-cv-0932

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

| | |
|---|---|
| Dated: June 21, 2023 | s/ Evan Mendelson<br>EVAN MENDELSON (D.C. Bar #996765)<br>OLIVIA JERJIAN (D.C. Bar #1034299)<br>THOMAS MAXWELL NARDINI<br>(IL Bar # 6330190)<br>Federal Trade Commission<br>600 Pennsylvania Avenue NW<br>Washington, DC 20580<br>(202) 326-3320; emendelson@ftc.gov (Mendelson)<br>(202) 326-2749; ojerjian@ftc.gov (Jerjian)<br>(202) 326-2812; tnardini@ftc.gov (Nardini)<br><br>COLIN D. A. MACDONALD (WSBA # 55243)<br>Federal Trade Commission<br>915 Second Ave., Suite 2896<br>Seattle, WA 98174<br>(206) 220-4474; cmacdonald@ftc.gov (MacDonald)<br><br>Attorneys for Plaintiff<br>FEDERAL TRADE COMMISSION |

PLAINTIFF'S NOTICE OF PUBLIC, REDACTED FILING
Case No. 2:23-cv-0932

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

2

## CERTIFICATE OF SERVICE

I, Evan Mendelson, certify that on June 21, 2023, I electronically filed the foregoing notice with the Clerk of the Court using the CM/ECF system. Additionally, I have directed a process server to hand-deliver the foregoing notice, and any attachments thereto, to the Defendant's registered agent: Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808. I will also provide a courtesy copy of this notice to counsel for the Defendant by email today.

By: /s/ Evan Mendelson

PLAINTIFF'S NOTICE OF PUBLIC, REDACTED FILING
Case No. 2:23-cv-0932

3

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320