**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC.,<br><br>    Defendant. | **Civil Action No. 2:23-cv-0932**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO EXCEED THE WORD LIMIT FOR MOTION TO DESEQUESTER DOCUMENTS CLAWED BACK BY DEFENDANT** |

    The Federal Trade Commission ("FTC" or the "Commission") having filed its Motion for Leave to Exceed the Word Limit for Motion to Desequester Documents Clawed Back by Defendant (Dkt. #4; the "Desequester Motion"), requesting for the Desequester Motion an additional 1,700 words in excess of the 4,200-word limit imposed by Local Rule 7(e)(2), and the Court having considered all filings, memoranda of law, and exhibits concerning this matter, the Motion is GRANTED.

    The Court hereby grants an additional 1,700 words—for a total of 5,900 words—for the Desequester Motion.

[PROPOSED] ORDER GRANTING MOTION
TO EXCEED WORD LIMIT
Case No. 2:23-cv-0932    1

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

**IT IS SO ORDERED.**

Dated this ___ day of June, 2023.

_____

UNITED STATES DISTRICT JUDGE

Presented by:

_s/ Evan Mendelson_
Evan Mendelson, DC Bar #996765
Olivia Jerjian, DC Bar #1034299
Thomas Maxwell Nardini, IL Bar #6330190
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-3320; emendelson@ftc.gov (Mendelson)
(202) 326-2749; ojerjian@ftc.gov (Jerjian)
(202) 326-2812; tnardini@ftc.gov (Nardini)

Colin D. A. MacDonald, WSBA # 55243
Federal Trade Commission
915 Second Ave., Suite 2896
Seattle, WA 98174
(206) 220-4474; cmacdonald@ftc.gov (MacDonald)

ATTORNEYS FOR PLAINTIFF
FEDERAL TRADE COMMISSION

[PROPOSED] ORDER GRANTING MOTION TO EXCEED WORD LIMIT
Case No. 2:23-cv-0932

2

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320