**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | **Case No. 2:23-cv-0932** |
| Plaintiff, | **PLAINTIFF'S NOTICE OF SUBMISSION OF DOCUMENTS FOR *IN CAMERA* REVIEW** |
| v. | |
| AMAZON.COM, INC., | |
| Defendant. | |

The Federal Trade Commission ("FTC") hereby provides notice of it submission of documents for *in camera* review, as described in Plaintiff's Motion to Desequester Documents Clawed Back by Defendant (Dkt. #4) and the accompanying Declaration of Adam Rottner (Dkt. #4-1 at 302-08). For each document, the FTC is providing a copy of the document as originally produced by Amazon. For documents clawed back by Amazon and then re-produced with privilege redactions, the FTC also is providing copies of the re-produced versions. The documents are being hand-delivered to the Clerk of the Court in electronic form on two thumb drives, each containing a complete set of the *in camera* documents.

PLAINTIFF'S NOTICE OF *IN CAMERA* SUBMISSION
Case No. 2:23-cv-0932

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

| | |
|---|---|
| Dated: June 21, 2023 | s/ Evan Mendelson |
| | EVAN MENDELSON (D.C. Bar #996765) |
| | OLIVIA JERJIAN (D.C. Bar #1034299) |
| | THOMAS MAXWELL NARDINI |
| | (IL Bar # 6330190) |
| | Federal Trade Commission |
| | 600 Pennsylvania Avenue NW |
| | Washington, DC 20580 |
| | (202) 326-3320; emendelson@ftc.gov (Mendelson) |
| | (202) 326-2749; ojerjian@ftc.gov (Jerjian) |
| | (202) 326-2812; tnardini@ftc.gov (Nardini) |
| | |
| | COLIN D. A. MACDONALD (WSBA # 55243) |
| | Federal Trade Commission |
| | 915 Second Ave., Suite 2896 |
| | Seattle, WA 98174 |
| | (206) 220-4474; cmacdonald@ftc.gov (MacDonald) |
| | |
| | Attorneys for Plaintiff |
| | FEDERAL TRADE COMMISSION |

PLAINTIFF'S NOTICE OF *IN CAMERA* SUBMISSION
Case No. 2:23-cv-0932

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

2

## **CERTIFICATE OF SERVICE**

I, Evan Mendelson, certify that on June 21, 2023, I electronically filed the foregoing notice with the Clerk of the Court using the CM/ECF system.  Additionally, I have directed a process server to hand-deliver the foregoing notice, and any attachments thereto, to the Defendant's registered agent:  Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808.  I will also provide a courtesy copy of this notice to counsel for the Defendant by email today.

By: /s/ Evan Mendelson

PLAINTIFF'S NOTICE OF *IN CAMERA* SUBMISSION
Case No. 2:23-cv-0932

3

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320