## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>AMAZON.COM, INC.,<br><br>　　　Defendant. | Civil Action No. 2:23-cv-0932<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO EXCEED THE WORD LIMIT FOR MOTION TO DESEQUESTER DOCUMENTS CLAWED BACK BY DEFENDANT** |

　　　The Federal Trade Commission ("FTC" or the "Commission") moves for Leave to Exceed the Word Limit for Motion to Desequester Documents Clawed Back by Defendant. Dkt. # 6. The FTC requests leave to file a motion that is 1,700 words in excess of the 4,200-word limit imposed by Local Rule 7(e)(2). The Court has considered all filings, memoranda of law, and exhibits concerning this matter. The Court hereby GRANTS the motion. *See* Dkt. # 6.

　　　The Court hereby grants an additional 1,700 words—for a total of 5,900 words—for the Desequester Motion.

**IT IS SO ORDERED.**

ORDER GRANTING MOTION
TO EXCEED WORD LIMIT
Case No. 2:23-cv-0932　　　　　　　　　1

1
2  Dated this 26th day of June, 2023.
3
4
5  _____
6  UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

ORDER GRANTING MOTION
TO EXCEED WORD LIMIT
Case No. 2:23-cv-0932                    2