AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-0932-JHC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Amazon.com**
was received by me on *(date)* **06/26/2023**

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Legal Rep.**, who is designated by law to accept service of process on behalf of *(name of organization)* **Corporation Service Company Agent for Amazon.com** on *(date)* **06/26/2023** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **06/26/2023**

*Server's signature*

**Adam Golden**
*Printed name and title*

**DM Professional Services**
**501 Silverside Rd, Ste 72**
**Wilmington DE 19809**
*Server's address*

Additional information regarding attempted service, etc:
served at 251 Little Falls Dr, Wilmington DE 19808 @ 2:18pm