The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FEDERAL TRADE COMMISSION,

          Plaintiff,

  v.

AMAZON.COM, INC.,

          Defendant.

No. 2:23-cv-0932-JHC

**NOTICE OF APPEARANCE**

      Please take notice that Kenneth E. Payson and James Howard of Davis Wright Tremaine LLP appear as counsel for Amazon.com, Inc., ("Amazon") and request that all further papers and pleadings, except original process, be served upon the undersigned attorneys at the address stated below.  By this appearance, Amazon does not waive and expressly reserves any applicable defenses, including without limitation, lack of jurisdiction, improper venue, insufficiency of process, insufficiency of service of process, failure to state a claim, and failure to join a necessary party.

NOTICE OF APPEARANCE
(2:23-cv-0932-JHC) - 1
4854-1368-7662v.1 0050033-001660

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1     DATED this 3rd day of July, 2023.

2                                         DAVIS WRIGHT TREMAINE LLP

By s/ *Kenneth E. Payson*
    Kenneth E. Payson, WSBA #26369

By s/ *James Howard*
    James Howard, WSBA #38259

920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: (206) 622-3150
Fax: (206) 757-7700
E-mail: kenpayson@dwt.com
          jimhoward@dwt.com

*Attorneys for Defendant Amazon.com, Inc.*

NOTICE OF APPEARANCE
(2:23-cv-0932-JHC) - 2
4854-1368-7662v.1 0050033-001660

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax