The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM, INC.,<br><br>　　　　　　　Defendant. | No. 2:23-cv-0932-JHC<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1(a) and LCR 7.1, defendant Amazon, Inc. states that it has no parent company, and no publicly held corporation owns 10% or more of its stock.

DATED this 3rd day of July, 2023.

DAVIS WRIGHT TREMAINE LLP

By s/ *Kenneth E. Payson*
　　Kenneth E. Payson, WSBA #26369
　　James Howard, WSBA #38259
　　920 Fifth Avenue, Suite 3300
　　Seattle, WA  98104-1610
　　Telephone: (206) 622-3150
　　E-mail: kenpayson@dwt.com
　　　　　　jimhoward@dwt.com

CORPORATE DISCLOSURE STATEMENT
(2:23-cv-0932-JHC) - 1
4873-2707-6974v.4 0050033-001660

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

COVINGTON & BURLING LLP

Stephen P. Anthony*
Laura Flahive Wu*
Laura M. Kim*
John D. Grauber*
850 Tenth Street, NW
Washington, DC  20001
Telephone: (202) 662-5105
E-mail: santhony@cov.com
lflahivewu@cov.com
lkim@cov.com
jgraubert@cov.com

John E. Hall*
415 Mission Street, Suite 5400
San Francisco, CA  94105
Telephone: (415) 591-6855
E-mail: jhall@cov.com

Megan L. Rodgers*
3000 El Camino Real
Palo Alto, CA  94306
Telephone: (650) 632-4734
E-mail: mrodgers@cov.com

HUESTON HENNIGAN LLP

John C. Hueston*
Moez M. Kaba*
Joseph A. Reiter*
523 West 6th Street, Suite 400
Los Angeles, CA  90014
Telephone: (213) 788-4340
E-mail: jhueston@hueston.com
mkaba@hueston.com
jreiter@hueston.com

*pro hac vice applications forthcoming

*Attorneys for Defendant Amazon.com, Inc.*

CORPORATE DISCLOSURE STATEMENT
(2:23-cv-0932-JHC) - 2
4873-2707-6974v.4 0050033-001660

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax