UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM, INC.,<br><br>　　Defendant. | **Case No. 2:23-cv-0932**<br><br>**JOINT MOTION FOR ENTRY OF ORDER RESOLVING PLAINTIFF'S MOTION FOR LEAVE TO TEMPORARILY SEAL THE COMPLAINT AND MOTION TO DESEQUESTER AND PERMANENTLY SEAL REFERENCES TO NONPUBLIC INVESTIGATIONS**<br><br>NOTE ON MOTION CALENDAR:<br>Monday, July 3, 2023 |

　　Pursuant to Local Rule 5(g), 15 U.S.C. § 57b-2(b)(3)(C), and 16 C.F.R. § 4.10(g), Plaintiff Federal Trade Commission ("Plaintiff" or "FTC") and Defendant Amazon.com, Inc. ("Defendant" or "Amazon") jointly move the Court for an Order resolving the FTC's Motion for Leave to Temporarily Seal the Complaint and Motion to Desequester and Permanently Seal References to Nonpublic Investigations (the "Original Motion"; Dkt. #2). In support of this Joint Motion, Plaintiff and Defendant state as follows:

JOINT MOTION FOR LEAVE TO
TEMPORARILY SEAL
Case No. 2:23-cv-0932

1

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, D.C. 20580
(202) 326-3320

1.  On June 23, 2023, the FTC filed under seal unredacted versions of its Complaint (Dkt. #3), and Attachments A-N and P thereto, and its Motion to Desequester Documents Clawed Back by Defendant (Dkt. #4), and its Exhibit A (collectively, the "Sealed Filings").

2.  As stated in the Original Motion, the FTC is not permitted to publicly file information received from Defendant or third parties in response to compulsory process until the FTC has provided Defendant and all the third-party submitters "an opportunity to seek an appropriate protective or *in camera* order." 16 C.F.R. § 4.10(g).

3.  In the Sealed Filings, the FTC filed under seal information obtained from Defendant and third-party submitters. In order to afford Defendant and third-party submitters an opportunity to seek a protective order, or permanent sealing order, under 16 C.F.R. § 4.10, the FTC sought leave to temporarily seal the Sealed Filings (Dkt. #2).

4.  The Court may seal judicial records when a party shows a compelling reason to keep information out of the public view. *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). "What constitutes a 'compelling reason' is 'best left to the sound discretion of the trial court.'" *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1097 (9th Cir. 2016) (quoting *Nixon v. Warner Commnc'ns, Inc.*, 435 U.S. 589, 599 (1978)).

5.  Plaintiff and Defendant agree that there is compelling reason for entry of the attached Proposed Order, which maintains a temporary seal over the Sealed Filings, while allowing Defendant and third-party submitters until July 17, 2023 to file a motion to permanently seal any portion of the Sealed Filings. In particular, under Local Rule 5(g)(3)(B), such a temporary seal protects "legitimate private or public interests," and no "less restrictive alternative" exists, because the procedure agreed upon by the parties allows for efficient

JOINT MOTION FOR LEAVE TO  
TEMPORARILY SEAL  
Case No. 2:23-cv-0932  

Federal Trade Commission  
600 Pennsylvania Avenue N.W.  
Washington, D.C. 20580  
(202) 326-3320  

2

resolution of Defendant or any other submitters' effort to keep materials sealed. Additionally, Amazon contends it risks suffering competitive harm if it is not afforded this opportunity to protect from public disclosure the confidential information it provided to the FTC. *See Nixon*, 435 U.S. at 598 (recognizing that "business information that might harm a litigant's competitive standing" may appropriately be kept under seal) (citing cases).

6. Plaintiff and Defendant also agree, for the reasons stated in the Original Motion (Dkt. #2 at 5-6) that there is compelling reason to keep references in the Sealed Filings to nonpublic FTC investigations under seal.

7. Plaintiff and Defendant also have agreed to negotiate a stipulated protective order, or submit separate versions of proposed protective orders, on or before July 24, 2023. That order will address, going forward, how to handle information produced in discovery and information produced to the FTC in its investigation.

## **LOCAL RULES 7(g)(3)(A), 7(e) CERTIFICATION**

Pursuant to Local Rule 7(g)(3)(A), undersigned counsel certify that they met and conferred to reach the agreement described in this Joint Motion. Among other efforts, the following attorneys conferred by phone on July 3, 2023: Evan Mendelson, Olivia Jerjian, and Thomas Maxwell Nardini (representing the FTC), and Laura Flahive Wu, John Graubert, and Stephen Anthony (representing Defendant).

Undersigned counsel also certify that this memorandum contains 533 words, in compliance with the Local Civil Rules.

JOINT MOTION FOR LEAVE TO
TEMPORARILY SEAL
Case No. 2:23-cv-0932

3

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, D.C.20580
(202) 326-3320

Dated: July 3, 2023

/s/ Evan Mendelson
EVAN MENDELSON (D.C. Bar #996765)
OLIVIA JERJIAN (D.C. Bar #1034299)
THOMAS MAXWELL NARDINI
(IL Bar #6330190)
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320; emendelson@ftc.gov (Mendelson)
(202) 326-2749; ojerjian@ftc.gov (Jerjian)
(202) 326-2812; tnardini@ftc.gov (Nardini)

COLIN D. A. MACDONALD (WSBA # 55243)
Federal Trade Commission
915 Second Ave., Suite 2896
Seattle, WA 98174
(206) 220-4474; cmacdonald@ftc.gov (MacDonald)

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION


DAVIS WRIGHT TREMAINE LLP

By s/ *Kenneth E. Payson*
    Kenneth E. Payson, WSBA #26369
    James Howard, WSBA #37259
    920 Fifth Avenue, Suite 3300
    Seattle, WA 98104-1610
    Telephone: (206) 622-3150
    E-mail: kenpayson@dwt.com
        jimhoward@dwt.com

JOINT MOTION FOR LEAVE TO
TEMPORARILY SEAL
Case No. 2:23-cv-0932

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, D.C. 20580
(202) 326-3320

4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

COVINGTON & BURLING LLP

Stephen P. Anthony*
Laura Flahive Wu*
Laura M. Kim*
John D. Graubert*
850 Tenth Street, NW
Washington, DC  20001
Telephone: (206) 662-5105
E-mail: santhony@cov.com
      lflahivewu@cov.com
      lkim@cov.com
      jgraubert@cov.com

John E. Hall*
415 Mission Street, Suite 5400
San Francisco, CA  94105
Telephone: (415) 591-6855
E-mail: jhall@cov.com

Megan L. Rodgers*
3000 El Camino Real
Palo Alto, CA  94306
Telephone: (650) 632-4734
E-mail: mrodgers@cov.com

HUESTON HENNIGAN LLP

John C. Hueston*
Moez M. Kaba*
Joseph A. Reiter*
523 West 6th Street, Suite 400
Los Angeles, CA  90014
Telephone: (213) 788-4340
E-mail: jhueston@hueston.com
      mkaba@hueston.com
      jreiter@hueston.com

*pro hac vice applications forthcoming*

Attorneys for Defendant
AMAZON.COM, INC.

JOINT MOTION FOR LEAVE TO
TEMPORARILY SEAL
Case No. 2:23-cv-0932

5

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, D.C.20580
(202) 326-3320