1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

8

9   FEDERAL TRADE COMMISSION,

10       Plaintiff,

11       v.

12   AMAZON.COM, INC.,

13       Defendant.

**Case No. 2:23-cv-0932**

**[PROPOSED] STIPULATED ORDER TO TEMPORARILY SEAL THE COMPLAINT AND MOTION TO DESEQUESTER, AND PERMANENTLY SEAL REFERENCES TO NONPUBLIC INVESTIGATIONS**

14
15       Plaintiff Federal Trade Commission ("Plaintiff" or "FTC") and Defendant Amazon.com,

16   Inc. ("Defendant" or "Amazon"), having filed their Joint Motion for Entry of Order Resolving

17   Plaintiff's Motion for Leave to Temporarily Seal the Complaint and the Motion to Desequester

18   and Permanently Seal References to Nonpublic Investigations (the "Motion"), and the Court

19   having considered all filings, memoranda of law, and exhibits concerning this matter, the Motion

20   is GRANTED.  The Court hereby ORDERS:

21       1.       The Complaint for Permanent Injunction, Civil Penalties, Monetary Relief, and

22   Other Equitable Relief ("Complaint") (Dkt. #3), as well as its Attachments A–N and P, and the

23   Plaintiff's Motion to Desequester Documents Clawed Back by Defendant (the "Desequester

[PROPOSED] STIPULATED ORDER TO SEAL
Case No. 2:23-cv-0932

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

Motion") (Dkt. #4), as well as its Exhibit A (collectively, the "Sealed Filings"), shall be temporarily sealed;

2.      The FTC shall provide copies—by email, U.S. Mail, or FedEx—of this Order to all persons or entities (hereinafter referred to as "submitters") who provided information or documents to the FTC in response to compulsory process during the investigation leading to this case;

3.      Amazon or any other submitter shall file any motion to permanently seal parts of the Sealed Filings on or before July 17, 2023;

4.      Should neither Amazon nor any other submitter file a motion to permanently seal parts of the Complaint or its Attachments A–N and P on or before July 17, 2023, the Clerk of the Court shall unseal the Complaint and its Attachments;

5.      Should neither Amazon nor any other submitter file a motion to permanently seal parts of the Desequester Motion on or before July 17, 2023, the FTC shall file publicly a copy of the Desequester Motion and its Exhibits that redacts only references to other nonpublic FTC investigations;

6.      Should either Amazon or any other submitter file a motion to permanently seal any part of a Sealed Filing, the FTC may file a public version of that Sealed Filing that redacts only those parts that a submitter has moved to permanently seal and references to other nonpublic FTC investigations;

7.      The parties shall meet and confer regarding the entry of a protective order governing (1) the treatment of documents, testimony, and other information provided to the FTC by Amazon or any third-party submitter prior to the filing of this action, and (2) the exchange in

[PROPOSED] STIPULATED ORDER TO SEAL
Case No. 2:23-cv-0932

2

discovery of documents that a party deems confidential.  On or before July 24, 2023, the parties shall submit a joint stipulated proposed protective order or, if the parties are unable to reach an agreement, two separate proposed protective orders accompanied by a joint submission describing each party's justification for its proposal;

8.     Neither the FTC nor Amazon shall publicly file any information received by the FTC from a third-party submitter, including but not limited to any such information referenced in the Sealed Filings, without that submitter's consent, until the Court has entered a protective order in accordance with the procedure described in paragraph 7 above;

9.     After the Court resolves any outstanding motions filed pursuant to paragraph 3 of this Order, the FTC may file a public version of the Sealed Filings consistent with the Court's order resolving such outstanding motions.  That public version shall redact references in the Desequester Motion, and its Exhibit A, to nonpublic FTC investigations; and

10.     The FTC's original Motion for Leave to Temporarily Seal the Complaint and Motion to Desequester, and Permanently Seal References to Nonpublic Investigations (Dkt. #2) is DENIED as moot.

**IT IS SO ORDERED.**

Dated this _____ day of July, 2023.

_____

UNITED STATES DISTRICT JUDGE

[PROPOSED] STIPULATED ORDER TO SEAL
Case No. 2:23-cv-0932

3

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

Presented by:

 _s/ Evan Mendelson_
Evan Mendelson, DC Bar #996765
Olivia Jerjian, DC Bar #1034299
Thomas Maxwell Nardini, IL Bar #6330190
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington DC 20580
(202) 326-3320; emendelson@ftc.gov (Mendelson)
(202) 326-2749; ojerjian@ftc.gov (Jerjian)
(202) 326-2812; tnardini@ftc.gov (Nardini)

Colin D. A. MacDonald, WSBA # 55243
Federal Trade Commission
915 Second Ave., Suite 2896
Seattle, WA 98174
(206) 220-4474; cmacdonald@ftc.gov (MacDonald)

ATTORNEYS FOR PLAINTIFF
FEDERAL TRADE COMMISSION

DAVIS WRIGHT TREMAINE LLP

By s/ *Kenneth E. Payson*
Kenneth E. Payson, WSBA #26369
James Howard, WSBA #37259
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: (206) 622-3150
E-mail: kenpayson@dwt.com
        jimhoward@dwt.com

COVINGTON & BURLING LLP

Stephen P. Anthony*
Laura Flahive Wu*
Laura M. Kim*
John D. Graubert*
850 Tenth Street, NW
Washington, DC  20001
Telephone: (206) 662-5105
E-mail: santhony@cov.com
        lflahivewu@cov.com
        lkim@cov.com
        jgraubert@cov.com

[PROPOSED] STIPULATED ORDER TO SEAL
Case No. 2:23-cv-0932

4

1

2   John E. Hall*
    415 Mission Street, Suite 5400
3   San Francisco, CA  94105
    Telephone: (415) 591-6855
4   E-mail: jhall@cov.com

5   Megan L. Rodgers*
    3000 El Camino Real
6   Palo Alto, CA  94306
    Telephone: (650) 632-4734
7   E-mail: mrodgers@cov.com

8   HUESTON HENNIGAN LLP

9   John C. Hueston*
    Moez M. Kaba*
10  Joseph A. Reiter*
    523 West 6th Street, Suite 400
11  Los Angeles, CA  90014
    Telephone: (213) 788-4340
12  E-mail: jhueston@hueston.com
            mkaba@hueston.com
13          jreiter@hueston.com

14  *pro hac vice applications forthcoming

15  Attorneys for Defendant
    AMAZON.COM, INC.

16

17

18

19

20

21

22

23

[PROPOSED] STIPULATED ORDER TO SEAL
Case No. 2:23-cv-0932

5