UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>AMAZON.COM, INC.,<br><br>  Defendant. | Case No. 2:23-cv-0932<br><br>**STIPULATED ORDER TO TEMPORARILY SEAL THE COMPLAINT AND MOTION TO DESEQUESTER, AND PERMANENTLY SEAL REFERENCES TO NONPUBLIC INVESTIGATIONS** |

Plaintiff Federal Trade Commission ("Plaintiff" or "FTC") and Defendant Amazon.com, Inc. ("Defendant" or "Amazon"), having filed their Joint Motion for Entry of Order Resolving Plaintiff's Motion for Leave to Temporarily Seal the Complaint and the Motion to Desequester and Permanently Seal References to Nonpublic Investigations (the "Motion"), and the Court having considered all filings, memoranda of law, and exhibits concerning this matter, the Motion is GRANTED.  The Court hereby ORDERS:

1.   The Complaint for Permanent Injunction, Civil Penalties, Monetary Relief, and Other Equitable Relief ("Complaint") (Dkt. #3), as well as its Attachments A–N and P, and the Plaintiff's Motion to Desequester Documents Clawed Back by Defendant (the "Desequester

STIPULATED ORDER TO SEAL
Case No. 2:23-cv-0932

1

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

1  Motion") (Dkt. #4), as well as its Exhibit A (collectively, the "Sealed Filings"), shall be
2  temporarily sealed;
3      2.    The FTC shall provide copies—by email, U.S. Mail, or FedEx—of this Order to
4  all persons or entities (hereinafter referred to as "submitters") who provided information or
5  documents to the FTC in response to compulsory process during the investigation leading to this
6  case;
7      3.    Amazon or any other submitter shall file any motion to permanently seal parts of
8  the Sealed Filings on or before July 17, 2023;
9      4.    Should neither Amazon nor any other submitter file a motion to permanently seal
10 parts of the Complaint or its Attachments A–N and P on or before July 17, 2023, the Clerk of the
11 Court shall unseal the Complaint and its Attachments;
12     5.    Should neither Amazon nor any other submitter file a motion to permanently seal
13 parts of the Desequester Motion on or before July 17, 2023, the FTC shall file publicly a copy of
14 the Desequester Motion and its Exhibits that redacts only references to other nonpublic FTC
15 investigations;
16     6.    Should either Amazon or any other submitter file a motion to permanently seal
17 any part of a Sealed Filing, the FTC may file a public version of that Sealed Filing that redacts
18 only those parts that a submitter has moved to permanently seal and references to other
19 nonpublic FTC investigations;
20     7.    The parties shall meet and confer regarding the entry of a protective order
21 governing (1) the treatment of documents, testimony, and other information provided to the FTC
22 by Amazon or any third-party submitter prior to the filing of this action, and (2) the exchange in
23

STIPULATED ORDER TO SEAL
Case No. 2:23-cv-0932

2

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

discovery of documents that a party deems confidential.  On or before July 24, 2023, the parties shall submit a joint stipulated proposed protective order or, if the parties are unable to reach an agreement, two separate proposed protective orders accompanied by a joint submission describing each party's justification for its proposal;

8. Neither the FTC nor Amazon shall publicly file any information received by the FTC from a third-party submitter, including but not limited to any such information referenced in the Sealed Filings, without that submitter's consent, until the Court has entered a protective order in accordance with the procedure described in paragraph 7 above;

9. After the Court resolves any outstanding motions filed pursuant to paragraph 3 of this Order, the FTC may file a public version of the Sealed Filings consistent with the Court's order resolving such outstanding motions.  That public version shall redact references in the Desequester Motion, and its Exhibit A, to nonpublic FTC investigations; and

10. The FTC's original Motion for Leave to Temporarily Seal the Complaint and Motion to Desequester, and Permanently Seal References to Nonpublic Investigations (Dkt. #2) is DENIED as moot.

**IT IS SO ORDERED.**

Dated this 5th day of July, 2023.

_John H. Chun_

Hon. John H. Chun

UNITED STATES DISTRICT JUDGE

STIPULATED ORDER TO SEAL
Case No. 2:23-cv-0932

3

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

Presented by:

 s/ Evan Mendelson
Evan Mendelson, DC Bar #996765
Olivia Jerjian, DC Bar #1034299
Thomas Maxwell Nardini, IL Bar #6330190
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington DC 20580
(202) 326-3320; emendelson@ftc.gov (Mendelson)
(202) 326-2749; ojerjian@ftc.gov (Jerjian)
(202) 326-2812; tnardini@ftc.gov (Nardini)

Colin D. A. MacDonald, WSBA # 55243
Federal Trade Commission
915 Second Ave., Suite 2896
Seattle, WA 98174
(206) 220-4474; cmacdonald@ftc.gov (MacDonald)

ATTORNEYS FOR PLAINTIFF
FEDERAL TRADE COMMISSION


DAVIS WRIGHT TREMAINE LLP


By s/ *Kenneth E. Payson*
Kenneth E. Payson, WSBA #26369
James Howard, WSBA #37259
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: (206) 622-3150
E-mail: kenpayson@dwt.com
         jimhoward@dwt.com

COVINGTON & BURLING LLP

Stephen P. Anthony*
Laura Flahive Wu*
Laura M. Kim*
John D. Graubert*
850 Tenth Street, NW
Washington, DC  20001
Telephone: (206) 662-5105
E-mail: santhony@cov.com
         lflahivewu@cov.com
         lkim@cov.com
         jgraubert@cov.com

| STIPULATED ORDER TO SEAL | Federal Trade Commission |
| Case No. 2:23-cv-0932 | 600 Pennsylvania Avenue NW |
| 4 | Washington, DC 20580 |
| | (202) 326-3320 |

1
2  John E. Hall*
   415 Mission Street, Suite 5400
   San Francisco, CA 94105
3  Telephone: (415) 591-6855
   E-mail: jhall@cov.com
4

5  Megan L. Rodgers*
   3000 El Camino Real
   Palo Alto, CA 94306
6  Telephone: (650) 632-4734
   E-mail: mrodgers@cov.com
7
   HUESTON HENNIGAN LLP
8
   John C. Hueston*
9  Moez M. Kaba*
   Joseph A. Reiter*
   523 West 6th Street, Suite 400
10 Los Angeles, CA 90014
   Telephone: (213) 788-4340
11 E-mail: jhueston@hueston.com
          mkaba@hueston.com
12        jreiter@hueston.com

13 *pro hac vice applications forthcoming

   Attorneys for Defendant
14 AMAZON.COM, INC.

15

16

17

18

19

20

21

22

23

STIPULATED ORDER TO SEAL
Case No. 2:23-cv-0932

5

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320