1

2

3

4

5

6

7           **UNITED STATES DISTRICT COURT**
            **WESTERN DISTRICT OF WASHINGTON**
8

9    FEDERAL TRADE COMMISSION,                    Case No. 2:23-cv-00932-JHC

10        Plaintiff,                              ORDER GRANTING PLAINTIFF'S
                                                  MOTION TO DESEQUESTER
11        v.                                      DOCUMENTS CLAWED BACK BY
                                                  DEFENDANT
12   AMAZON.COM, INC.,

13        Defendant.

14

15       Before the Court is the Federal Trade Commission's (FTC) Motion to Desequester

16   Documents Clawed Back by Defendant.  Dkt. # 4.  The motion is unopposed.  *See generally* Dkt.

17   The Court GRANTS the unopposed motion.  *See* Local Civ. R. 7(b)(2) ("Except for motions for

18   summary judgment, if a party fails to file papers in opposition to a motion, such failure may be

19   considered by the court as an admission that the motion has merit.").

20       The Court hereby ORDERS that the FTC may immediately desequester the 54 documents

21   (numbered IC1 through IC55, with IC35 intentionally omitted), which Defendant Amazon.com,

22   Inc. clawed back during the FTC's investigation and the FTC thereafter sequestered.  *See*

23   Declaration of Adam Rottner (Dkt. #4-1 at 302-08 (identifying documents by Bates number)).

1

1

2    Dated this 7th day of July, 2023.

3

4    _____

5    UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23