The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FEDERAL TRADE COMMISSION,

                Plaintiff,

     v.

AMAZON.COM, INC.,

                Defendant.

No. 2:23-cv-0932-JHC

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO VACATE ORDER GRANTING PLAINTIFF'S MOTION TO DESEQUESTER DOCUMENTS CLAWED BACK BY DEFENDANT**

This matter came before the Court on Amazon's Motion to Vacate Order Granting Plaintiff's Motion to Desequester Documents Clawed Back by Defendant [Dkt. 16].  The Court, having considered the Motion and all other papers submitted in support of or in opposition to the motion, and for good cause shown, GRANTS the motion and ORDERS that:

1.   the Order Granting Plaintiff's Motion to Desequester Documents Clawed Back by Defendant [Dkt. 15] is VACATED; and

2.   the following briefing and noting schedule shall apply to the Plaintiff's Motion to Desequester Documents Clawed Back by Defendant [Dkt. 5]:

     a.   July 24, 2023 – Deadline for Amazon's Response

     b.   August 4, 2023 – Deadline for the FTC's Reply

     c.   August 4, 2023 – Motion Noted for Consideration

/  /  /  /

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

DATED this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE

*Presented by:*

DAVIS WRIGHT TREMAINE LLP

By s/ *Kenneth E. Payson*
    Kenneth E. Payson, WSBA #26369

By s/ *James Howard*
    James Howard, WSBA #37259

    920 Fifth Avenue, Suite 3300
    Seattle, WA  98104-1610
    Telephone: (206) 622-3150
    Fax: (206) 757-7700
    E-mail: kenpayson@dwt.com
            jimhoward@dwt.com


COVINGTON & BURLING LLP

    Stephen P. Anthony*
    Laura Flahive Wu*
    Laura M. Kim*
    John D. Graubert*
    850 Tenth Street, NW
    Washington, DC  20001
    Telephone: (206) 662-5105
    E-mail: santhony@cov.com
            lflahivewu@cov.com
            lkim@cov.com
            jgraubert@cov.com


    John E. Hall*
    415 Mission Street, Suite 5400
    San Francisco, CA  94105
    Telephone: (415) 591-6855
    E-mail: jhall@cov.com


    Megan L. Rodgers*
    3000 El Camino Real
    Palo Alto, CA  94306
    Telephone: (650) 632-4734
    E-mail: mrodgers@cov.com

[PROPOSED] ORDER GRANTING
MOTION TO VACATE
(2:23-cv-0932-JHC) - 2

1

HUESTON HENNIGAN LLP

2

John C. Hueston*
Moez M. Kaba*

3

Joseph A. Reiter*
523 West 6th Street, Suite 400

4

Los Angeles, CA  90014
Telephone: (213) 788-4340

5

E-mail: jhueston@hueston.com
        mkaba@hueston.com

6

        jreiter@hueston.com

7

*pro hac vice applications forthcoming

8

Attorneys for Defendant
AMAZON.COM, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

[PROPOSED] ORDER GRANTING
MOTION TO VACATE
(2:23-cv-0932-JHC) - 3