# EXHIBIT 1

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

**FEDERAL TRADE COMMISSION,**

        Plaintiff(s),

vs.

**AMAZON.COM, INC.,**

        Defendant(s).

Case No.: 2:23-CV-0932

**AFFIDAVIT OF SERVICE**

Received by **DM PROFESSIONAL SERVICES** on **06/21/2023** at **2:11 PM** to be served upon:

**AMAZON.COM, INC.**

STATE OF DELAWARE
COUNTIES OF NEW CASTLE, KENT AND SUSSEX    ss.

I, ADAM GOLDEN, depose and say that:

On **06/21/2023** at **3:13 PM**, I **SERVED** the within **PLAINTIFF'S MOTION FOR LEAVE TO TEMPORARILY SEAL THE COMPLAINT AND MOTION TO DESEQUESTER AND PERMANENTLY SEAL REFERRENCES TO NONPUBLIC INVESTIGATIONS (DKT.#2); COMPLAINT (SEALED, UNREDACTED VERSION) (DKT.#3); PLAINTIFF'S MOTION TO DESEQUESTER DOCUMENTS CLAWED BACK BY DEFENDANTS (DKT.#4); PLAINTIFF'S NOTICE OF FILING PUBLIC, REDACTED VERSION OF MOTION TO DESEQUESTER DOCUMENTS CLAWED BACK BY DEFENDANS (DKT.#5); PLAINTIFF'S MOTION FOR LEAVE TO EXCEED WORK LIMIT FOR MOTION TO DESEQUESTER DOCUMENTS CLAWED BACK BY DEFENDANT (DKT.#6); PLAINTIFF'S NOTICE OF SUBMISSION OF DOCUMENTS FOR IN CAMERA REVIEW (DKT.#7)** on **AMAZON.COM, INC.** at **c/o Corporation Service Company 251 Little Falls Dr, Wilmington, DE 19808** in the following manner:

**CORPORATE SERVICE:** By delivering to and leaving same with **LEGAL REPRESENTATIVE, AUTHORIZED TO ACCEPT SERVICE** So served and authorized to accept service.

Description of person process was left with:

Sex: **Female** - Skin: **Caucasian** - Hair: **Brown** - Approx. Age: **25** - Height: **5'4"** - Weight: **115**

I declare under penalty of perjury that the information contained herein is true and correct and that this affidavit was executed on this __22__ day of __June__, 20__23__.

X_____
**ADAM GOLDEN**
Special Process Server
DM PROFESSIONAL SERVICES
501 SILVERSIDE RD
WILMINGTON, DE 19809
302-792-0558

Signed and sworn to before me on this __22__ day of __Jan__, 20__23__.

_____
Notary Public

Law Firm: FEDERAL TRADE COMMISSION
Atty File#: - Our File#: 431383

*431383*