UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | CASE NO. 2:23-cv-0932-JHC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| AMAZON.COM, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

Amazon.com's Motion to Vacate is noted for July 28, 2023. Dkt. # 16. But the Court wishes to resolve this motion quickly, particularly in light of the Federal Trade Commission's prompt response. If Amazon.com wishes to file an optional reply brief, it shall do so no later than July 14, 2023 at 11:59 p.m.

Dated this 12th day of July 2023.

Ravi Subramanian
Clerk

/s/Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 1