The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>         Plaintiff,<br><br>     v.<br><br>AMAZON.COM, INC.,<br><br>         Defendant. | No. 2:23-cv-0932-JHC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT AND SETTING BRIEFING SCHEDULE**<br><br>**NOTE ON MOTION CALENDAR: July 12, 2023** |

### STIPULATED MOTION

The parties, by and through their attorneys of record, respectfully request that the Court enter the proposed Order set forth below, which extends the deadline for Defendant to answer or otherwise respond to the Complaint to August 30, 2023 and sets a briefing schedule for any motion to dismiss.

In support of this request, the parties represent the following to the Court:

1.  On June 21, 2023, Plaintiff filed the Complaint [Dkt. 1] against Defendant in the above-captioned action.  On June 26, 2023, Plaintiff served Defendant with a Summons and the Complaint.  Dkt. 10.  Accordingly, absent an extension of time, Defendant's deadline to answer or otherwise respond would be due July 17, 2023.  *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

2.  The parties agree to extend the deadline to answer or otherwise respond to the complaint to August 30, 2023.

STIPULATED MOTION AND
[PROPOSED] ORDER EXTENDING DEADLINE
AND SETTING BRIEFING SCHEDULE
(2:23-cv-0932-JHC) - 1
4861-7153-8543v.8 0051461-005818

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

3.      To allow the parties sufficient time to fully apprise the Court of their arguments regarding any motion to dismiss made pursuant to Fed. R. Civ. P 12(b), the parties stipulate, subject to Court approval, as follows and jointly request that the Court enter the following Order approving that stipulation:

   a. the deadline for Defendant to answer or otherwise respond to the Complaint shall be extended to August 30, 2023;

   b. Plaintiff shall file its opposition to any motion to dismiss on or before October 2, 2023; and

   c. Defendant shall file its reply in support of any motion to dismiss on or before October 13, 2023.

Stipulated to and respectfully submitted this 12th day of July, 2023, by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Defendant*

By s/ *Kenneth E. Payson*
   Kenneth E. Payson, WSBA #26369

By s/ *James Howard*
   James Howard, WSBA #37259

   920 Fifth Avenue, Suite 3300
   Seattle, WA  98104-1610
   Telephone: (206) 622-3150
   Fax: (206) 757-7700
   E-mail: kenpayson@dwt.com
              jimhoward@dwt.com

COVINGTON & BURLING LLP

   Stephen P. Anthony
   Laura Flahive Wu
   Laura M. Kim
   John D. Graubert
   850 Tenth Street, NW
   Washington, DC  20001
   Telephone: (206) 662-5105
   E-mail: santhony@cov.com

STIPULATED MOTION AND
[PROPOSED] ORDER EXTENDING DEADLINE
AND SETTING BRIEFING SCHEDULE
(2:23-cv-0932-JHC) - 2
4861-7153-8543v.8 0051461-005818

lflahivewu@cov.com
lkim@cov.com
jgraubert@cov.com

John E. Hall
415 Mission Street, Suite 5400
San Francisco, CA  94105
Telephone: (415) 591-6855
E-mail: jhall@cov.com

Megan L. Rodgers
3000 El Camino Real
Palo Alto, CA  94306
Telephone: (650) 632-4734
E-mail: mrodgers@cov.com

HUESTON HENNIGAN LLP

John C. Hueston
Moez M. Kaba
Joseph A. Reiter*
523 West 6th Street, Suite 400
Los Angeles, CA  90014
Telephone: (213) 788-4340
E-mail: jhueston@hueston.com
mkaba@hueston.com
jreiter@hueston.com

*pro hac vice application pending

*Approved and Agreed To By:*

FEDERAL TRADE COMMISSION
*Attorneys for Plaintiff*

By s/ *Evan Mendelson*
Evan Mendelson, D.C. Bar #996765
Olivia Jerjian, D.C. Bar #1034299
Thomas Maxwell Nardini, IL Bar #6330190
600 Pennsylvania Avenue NW
Washington, DC  20580
(202) 326-3320; emendelson@ftc.gov
(202) 326-2749; ojerjian@ftc.gov
(202) 326-2812; tnardini@ftc.gov

Colin D. A. McDonald, WSBA # 55243
Federal Trade Commission
915 Second Ave., Suite 2896
Seattle, WA 98174
(206) 220-4474; cmacdonald@ftc.gov

STIPULATED MOTION AND
[PROPOSED] ORDER EXTENDING DEADLINE
AND SETTING BRIEFING SCHEDULE
(2:23-cv-0932-JHC) - 3
4861-7153-8543v.8 0051461-005818

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

ORDER

IT IS SO ORDERED.

DATED this _____ day of _____, 2023.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented By:
DAVIS WRIGHT TREMAINE LLP
*Attorneys for Defendant*

By s/ *Kenneth E. Payson*
    Kenneth E. Payson, WSBA #26369

By s/ *James Howard*
    James Howard, WSBA #37259

    920 Fifth Avenue, Suite 3300
    Seattle, WA  98104-1610
    Telephone: (206) 622-3150
    Fax: (206) 757-7700
    E-mail: kenpayson@dwt.com
            jimhoward@dwt.com


COVINGTON & BURLING LLP

    Stephen P. Anthony
    Laura Flahive Wu
    Laura M. Kim
    John D. Graubert
    850 Tenth Street, NW
    Washington, DC  20001
    Telephone: (206) 662-5105
    E-mail: santhony@cov.com
            lflahivewu@cov.com
            lkim@cov.com
            jgraubert@cov.com


    John E. Hall
    415 Mission Street, Suite 5400
    San Francisco, CA  94105
    Telephone: (415) 591-6855
    E-mail: jhall@cov.com

STIPULATED MOTION AND
[PROPOSED] ORDER EXTENDING DEADLINE
AND SETTING BRIEFING SCHEDULE
(2:23-cv-0932-JHC) - 4
4861-7153-8543v.8 0051461-005818

```
Megan L. Rodgers
3000 El Camino Real
Palo Alto, CA  94306
Telephone: (650) 632-4734
E-mail: mrodgers@cov.com
```

HUESTON HENNIGAN LLP

```
John C. Hueston
Moez M. Kaba
Joseph A. Reiter*
523 West 6th Street, Suite 400
Los Angeles, CA  90014
Telephone: (213) 788-4340
E-mail: jhueston@hueston.com
        mkaba@hueston.com
        jreiter@hueston.com
```

*pro hac vice application pending*

FEDERAL TRADE COMMISSION
*Attorneys for Plaintiff*

By s/ *Evan Mendelson*
Evan Mendelson, D.C. Bar #996765
Olivia Jerjian, D.C. Bar #1034299
Thomas Maxwell Nardini, IL Bar #6330190
600 Pennsylvania Avenue NW
Washington, DC  20580
(202) 326-3320; emendelson@ftc.gov
(202) 326-2749; ojerjian@ftc.gov
(202) 326-2812; tnardini@ftc.gov

Colin D. A. McDonald, WSBA # 55243
Federal Trade Commission
915 Second Ave., Suite 2896
Seattle, WA 98174
(206) 220-4474; cmacdonald@ftc.gov

STIPULATED MOTION AND
[PROPOSED] ORDER EXTENDING DEADLINE
AND SETTING BRIEFING SCHEDULE
(2:23-cv-0932-JHC) - 5
4861-7153-8543v.8 0051461-005818