UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | CASE NO. 2:23-cv-0932-JHC |
| Plaintiff, | ORDER RE: STIPULATED MOTION TO MODIFY DEADLINES |
| v. | |
| AMAZON.COM, INC., | |
| Defendant. | |

Before the Court is a stipulated motion to modify certain case deadlines. Dkt. # 37. The Court GRANTS the motion. Pursuant to the parties' request, the Court modifies certain case deadlines as follows:

(1) the deadline for Defendant to answer or otherwise respond to the Complaint shall be extended to August 30, 2023;

(2) Plaintiff shall file its opposition to any motion to dismiss on or before October 2, 2023; and

(3) Defendant shall file its reply in support of any motion to dismiss on or before October 13, 2023.[1]

---

[1] The parties are reminded to submit a Word version of any proposed order to chunorders@wawd.uscourts.gov.

ORDER RE: STIPULATED MOTION TO MODIFY DEADLINES - 1

Dated this 13th day of July, 2023.

*John H. Chun*

John H. Chun
United States District Judge

ORDER RE: STIPULATED MOTION TO MODIFY DEADLINES - 2