**APPENDIX**

| Document | Paragraph/Page | Category | Reason for Sealing |
|---|---|---|---|
| Complaint | ¶ 3 | Highly sensitive commercial information | Discloses non-public and proprietary data from Amazon customer surveys. |
| Complaint | ¶ 20 | Highly sensitive commercial information | Discloses non-public and proprietary data regarding Amazon Prime enrollment decisions. |
| Complaint | ¶ 149 | Highly sensitive commercial information | Discloses non-public and proprietary data regarding Prime cancellation decisions. |
| Complaint | ¶¶ 150–62 and header | Highly sensitive commercial information | Discloses non-public and proprietary information regarding Amazon's internal decision-making processes. |
| Complaint | ¶ 163–64 | Highly sensitive commercial information | Discloses non-public and proprietary data regarding Amazon customer surveys. |
| Complaint | ¶ 165 | Highly sensitive commercial information | Discloses non-public and proprietary information regarding Amazon's internal metrics and decision-making processes. |
| Complaint | ¶ 167 | Highly sensitive commercial information | Discloses non-public and proprietary data regarding Prime cancellation decisions and customer service contacts. |
| Complaint | ¶170 | Highly sensitive commercial information | Discloses non-public and proprietary information regarding Amazon's internal decision-making processes. |
| Complaint | ¶¶ 177–79 and header | Highly sensitive commercial information | Discloses non-public and proprietary information regarding Amazon's internal decision-making processes. |
| Complaint | ¶ 184 | Highly sensitive commercial information | Discloses non-public and proprietary information regarding internal Amazon user and product testing. |
| Complaint | ¶ 186 | Highly sensitive commercial information | Discloses non-public and proprietary information regarding Amazon's internal decision-making processes and data from internal Amazon user and product testing. |

| Document | Paragraph/Page | Category | Reason for Sealing |
|---|---|---|---|
| Complaint | ¶ 202 | Highly sensitive commercial information | Discloses non-public and proprietary information regarding internal Amazon user and product testing. |
| Complaint | ¶ 204 | Highly sensitive commercial information | Discloses non-public and proprietary information regarding Amazon's internal decision-making processes. |
| Complaint | ¶ 217 | Highly sensitive commercial information | Discloses non-public and proprietary information regarding internal Amazon user and product testing. |
| Complaint | ¶ 219 | Highly sensitive commercial information | Discloses non-public and proprietary information regarding usage statistics of various Amazon subscription programs. |
| Motion to Desequester | Page 3 | Highly sensitive commercial information | Discloses non-public and proprietary data from Amazon customer surveys. |
| Rottner Declaration, Attachment 1 | Throughout | Irrelevant information related to other nonpublic investigation | Correspondence with FTC in unrelated investigation must be redacted to protect confidentiality of the nonpublic investigation. The description of Amazon's privilege review, the addressee, and the description of various correspondence, *inter alia*, can all be used to identify the nonpublic investigation.<br><br>*The FTC has consented to sealing this material. |
| Rottner Declaration, Attachment 2 | Throughout | Irrelevant information related to other nonpublic investigation | Correspondence with FTC in unrelated investigation must be redacted to protect confidentiality of the nonpublic investigation. The description of Amazon's privilege review, the addressee, and the description of various correspondence, *inter alia*, can all be used to identify the nonpublic investigation.<br><br>*The FTC has consented to sealing this material. |
| Rottner Declaration, Attachment 3 | Page 4 | Highly sensitive commercial information | Discloses non-public and proprietary data regarding Amazon Prime enrollment decisions. |

| Document | Paragraph/Page | Category | Reason for Sealing |
|---|---|---|---|
| Rottner Declaration, Attachment 10 | Throughout | Irrelevant information related to other nonpublic investigation | Correspondence with FTC in unrelated investigation must be redacted to protect confidentiality of the nonpublic investigation. The description of Amazon's privilege review, the addressee, and the description of various correspondence, *inter alia*, can all be used to identify the nonpublic investigation.<br><br>*The FTC has consented to sealing this material. |
| Rottner Declaration, Attachment 11 | Throughout | Irrelevant information related to other nonpublic investigation | Correspondence with FTC in unrelated investigation must be redacted to protect confidentiality of the nonpublic investigation. The description of Amazon's privilege review, the addressee, and the description of various correspondence, *inter alia*, can all be used to identify the nonpublic investigation.<br><br>*The FTC has consented to sealing this material. |
| Rottner Declaration, Attachment 18 | AMZN_00091287 – 92 | Highly sensitive commercial information | The FTC has included a memo full of proprietary data from internal studies and analysis of the same, despite this sensitive information being irrelevant to motion it purportedly supports. |
| Rottner Declaration, Attachment 24 | Throughout | Highly sensitive commercial information | Discloses non-public and proprietary data regarding Prime enrollment cancellation decisions, benefit usage, and customer service contact rates. |
| Rottner Declaration, Attachment 28 | Throughout | Personally Identifying Information | Includes images and names of participants in an internal Amazon survey.<br><br>*The FTC has consented to sealing this material. |
| Rottner Declaration, Attachment 29 | AMZN_00080797 | Highly sensitive commercial information | Discloses non-public and proprietary information regarding internal Amazon user and product tests. |