The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                    Plaintiff,<br><br>     v.<br><br>AMAZON.COM, INC.,<br><br>                    Defendant. | No. 2:23-cv-0932-JHC<br><br>**[PROPOSED] ORDER GRANTING AMAZON.COM, INC.'S MOTION TO SEAL COMMERCIALLY SENSITIVE AND IRRELEVANT INFORMATION** |

    This matter came before the Court on Amazon.com, Inc.'s Motion to Seal Commercially Sensitive and Irrelevant Information (the "Motion").  The Court, having considered the Motion and all other papers submitted in support of or in opposition to the Motion, and for compelling reasons shown, GRANTS the Motion and ORDERS that the following sealed materials will be treated as follows:

| **Document** | **Treatment** |
|---|---|
| Complaint (Dkt. # 3) | Sealed.  Within 14 days of this Order, Plaintiff shall file a copy of the Complaint in which the highlighted portions of Exhibit A to Flahive Wu Declaration have been redacted after striking the improper allegations as set forth in the Court's Order Granting |

[PROPOSED] ORDER GRANTING
MOTION TO SEAL
(2:23-cv-0932-JHC) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

| | |
|---|---|
| | Amazon.com, Inc.'s Motion to Strike Improper Complaint allegations. |
| Motion to Desequester (Dkt. # 4) | Sealed.  Within 14 days of this Order, Plaintiff shall file a copy of the Motion to Desequester in which the highlighted portions of Exhibit B to Flahive Wu Declaration have been redacted. |
| Attachment 1 to Rottner Declaration (Dkt. #4-1) | Sealed.  Within 14 days of this Order, Plaintiff shall file a copy of Attachment 1 to Rottner Declaration in which the highlighted portions of Exhibit C to Flahive Wu Declaration have been redacted. |
| Attachment 2 to Rottner Declaration (Dkt. #4-1) | Sealed.  Within 14 days of this Order, Plaintiff shall file a copy of Attachment 2 to Rottner Declaration in which the highlighted portions of Exhibit D to Flahive Wu Declaration have been redacted. |
| Attachment 3 to Rottner Declaration (Dkt. #4-1) | Sealed.  Within 14 days of this Order, Plaintiff shall file a copy of Attachment 3 to Rottner Declaration in which the highlighted portions of Exhibit E to Flahive Wu Declaration have been redacted. |
| Attachment 10 to Rottner Declaration (Dkt. #4-1) | Sealed.  Within 14 days of this Order, Plaintiff shall file a copy of Attachment 10 to Rottner Declaration in which the highlighted portions of Exhibit F to Flahive Wu Declaration have been redacted. |

[PROPOSED] ORDER GRANTING
MOTION TO SEAL
(2:23-cv-0932-JHC) - 2

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5 | Attachment 11 to Rottner Declaration (Dkt. #4-1) | Sealed.  Within 14 days of this Order, Plaintiff shall file a copy of Attachment 11 to Rottner Declaration in which the highlighted portions of Exhibit G to Flahive Wu Declaration have been redacted. |
| 6<br>7<br>8<br>9<br>10 | Attachment 18 to Rottner Declaration (Dkt. #4-1) | Sealed.  Within 14 days of this Order, Plaintiff shall file a copy of Attachment 18 to Rottner Declaration in which the highlighted portions of Exhibit H to Flahive Wu Declaration have been redacted. |
| 11<br>12<br>13<br>14<br>15 | Attachment 24 to Rottner Declaration (Dkt. #4-1) | Sealed.  Within 14 days of this Order, Plaintiff shall file a copy of Attachment 24 to Rottner Declaration in which the highlighted portions of Exhibit I to Flahive Wu Declaration have been redacted. |
| 16<br>17<br>18<br>19<br>20 | Attachment 28 to Rottner Declaration (Dkt. #4-1) | Within 14 days of this Order, Plaintiff shall file a copy of Attachment 28 to Rottner Declaration in which the highlighted portions of Exhibit J to Flahive Wu Declaration have been redacted. |
| 21<br>22<br>23<br>24<br>25 | Attachment 29 to Rottner Declaration (Dkt. #4-1) | Sealed.  Within 14 days of this Order, Plaintiff shall file a copy of Attachment 29 to Rottner Declaration in which the highlighted portions of Exhibit K to Flahive Wu Declaration have been redacted. |
| 26 | Exhibit A to Flahive Wu Declaration | Sealed. |
| 27 | Exhibit B to Flahive Wu Declaration | Sealed. |

[PROPOSED] ORDER GRANTING MOTION TO SEAL (2:23-cv-0932-JHC) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

| | |
|---|---|
| Exhibit C to Flahive Wu Declaration | Sealed. |
| Exhibit D to Flahive Wu Declaration | Sealed. |
| Exhibit E to Flahive Wu Declaration | Sealed. |
| Exhibit F to Flahive Wu Declaration | Sealed. |
| Exhibit G to Flahive Wu Declaration | Sealed. |
| Exhibit H to Flahive Wu Declaration | Sealed. |
| Exhibit J to Flahive Wu Declaration | Sealed. |
| Exhibit K to Flahive Wu Declaration | Sealed. |

DATED this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE

*Presented by:*

DAVIS WRIGHT TREMAINE LLP

By s/ *Kenneth E. Payson*
    Kenneth E. Payson, WSBA #26369
    James Howard, WSBA #37259
    920 Fifth Avenue, Suite 3300
    Seattle, WA  98104-1610
    Telephone: (206) 622-3150
    Fax: (206) 757-7700
    E-mail: kenpayson@dwt.com
          jimhoward@dwt.com

[PROPOSED] ORDER GRANTING
MOTION TO SEAL
(2:23-cv-0932-JHC) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

COVINGTON & BURLING LLP

Stephen P. Anthony*  
Laura Flahive Wu*  
Laura M. Kim*  
John D. Graubert*  
850 Tenth Street, NW  
Washington, DC  20001  
Telephone: (206) 662-5105  
E-mail: santhony@cov.com  
       lflahivewu@cov.com  
       lkim@cov.com  
       jgraubert@cov.com  

John E. Hall*  
415 Mission Street, Suite 5400  
San Francisco, CA  94105  
Telephone: (415) 591-6855  
E-mail: jhall@cov.com  

Megan L. Rodgers*  
3000 El Camino Real  
Palo Alto, CA  94306  
Telephone: (650) 632-4734  
E-mail: mrodgers@cov.com  

HUESTON HENNIGAN LLP

John C. Hueston*  
Moez M. Kaba*  
Joseph A. Reiter*  
523 West 6th Street, Suite 400  
Los Angeles, CA  90014  
Telephone: (213) 788-4340  
E-mail: jhueston@hueston.com  
       mkaba@hueston.com  
       jreiter@hueston.com  

*admitted pro hac vice

Attorneys for Defendant  
AMAZON.COM, INC.

[PROPOSED] ORDER GRANTING  
MOTION TO SEAL  
(2:23-cv-0932-JHC) - 5

Davis Wright Tremaine LLP  
LAW OFFICES  
920 Fifth Avenue, Suite 3300  
Seattle, WA  98104-1610  
206.622.3150 main · 206.757.7700 fax