The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

AMAZON.COM, INC.

    Defendant.

No. 2:23-cv-00932-JHC

**DECLARATION OF LISA LEUNG IN SUPPORT OF DEFENDANT'S MOTION TO SEAL COMMERCIALLY SENSITIVE AND IRRELEVANT INFORMATION**

I, Lisa Leung, declare as follows:

1. I am Director of Worldwide Prime Member Growth for Defendant Amazon.com, Inc. ("Amazon"). Unless otherwise noted, the matters set forth herein are true and correct to the best of my own knowledge and, if called as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of Amazon's Motion to Seal Commercially Sensitive and Irrelevant Information. Nothing in this declaration is intended to or should be construed to constitute a waiver of Amazon's attorney-client privilege and work product protection asserted in its privilege logs as to the documents discussed therein.

3. I have been employed at Amazon since August 2011. I assumed my current role as Director of Worldwide Prime Member Growth in January 2022. In this role, I am involved with Prime enrollment and retention and oversee many facets of the Prime business.

DECLARATION OF LISA LEUNG IN SUPPORT OF DEFENDANT'S
MOTION TO SEAL AND STRIKE (2:23-cv-00932-JHC) - 1

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

4.   I have reviewed the Complaint, the FTC's Motion to Desequester Documents Clawed Back by Defendant, and the attachments to the Declaration of Adam Rottner, including those portions that Amazon is moving to seal as identified in the appendix and attachments to Amazon's Motion to Seal Commercially Sensitive and Irrelevant Information.

**The Confidential Business Information**

5.   Amazon collects, develops, and maintains highly confidential and commercially sensitive business information ("Confidential Business Information"), including:

- customer survey data;
- user and product testing data;
- data regarding subscription enrollment and cancellation decisions;
- data regarding customer activity and subscription usage;
- data regarding customer acquisition channels;
- the specific metrics that Amazon uses to evaluate its products and services; and
- the specific analyses and decision-making processes that Amazon engages in to evaluate its products and services.

6.   Amazon has devoted significant time and resources to collecting, developing, and maintaining its Confidential Business Information.

7.   Amazon uses its Confidential Business Information to improve its products and services for its customers, to aid its efforts to attract and retain customers that might otherwise choose the products or services of competitors, and to aid its internal analyses and decision-making processes.

8.   Amazon does not publicly disclose its Confidential Business Information and treats it confidentially within the company to prevent its disclosure to competitors.

9.   Amazon has a strong business interest in protecting its Confidential Business Information from disclosure to competitors. The disclosure of its Confidential Business

LEUNG IN SUPP. OF DEF.'S
MOTION TO SEAL
(2:23-cv-00932-JHC) - 2

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206 622 3150 main · 206 757 7700 fax

Information would allow competitors to free-ride on Amazon's investment of time and resources to develop the Confidential Business Information and allow those competitors to gain an unfair competitive advantage by copying Amazon's internal processes and benchmarking their subscription programs against those of Amazon.

10. As part of the FTC's investigation, Amazon produced numerous documents, some of which contained its Confidential Business Information falling within the specific types of proprietary business information described in Paragraph 5 above.

11. I have reviewed the Complaint, the FTC's Motion to Desequester Documents Clawed Back by Defendant, and the attachments to the Declaration of Adam Rottner and portions of those documents contain such Confidential Business Information. The portions containing Confidential Business Information are identified in the appendix and attachments to Amazon's Motion to Seal Commercially Sensitive and Irrelevant Information.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on July 17, 2023.

By _____
Lisa Leung

LEUNG IN SUPP. OF DEF.'S
MOTION TO SEAL
(2:23-cv-00932-JHC) - 3

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax