The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FEDERAL TRADE COMMISSION,

        Plaintiff,

v.

AMAZON.COM, INC.,

        Defendant.

No. 2:23-cv-0932-JHC

**[PROPOSED] ORDER GRANTING AMAZON.COM, INC.'S MOTION TO STRIKE IMPROPER COMPLAINT ALLEGATIONS**

This matter came before the Court on Amazon.com, Inc.'s Motion to Strike Improper Complaint Allegations (the "Motion"). The Court, having considered the Motion and all other papers submitted in support of or in opposition to the Motion, and for good cause shown, GRANTS the Motion and ORDERS that Plaintiff shall within 14 days after entry of this Order (1) file under seal a copy of the Complaint from which Plaintiff has stricken ¶¶ 218–41 of the Complaint, including the headers accompanying these paragraphs, and (2) file publicly a copy of that Complaint after redacting the portions set forth in the Court's Order Granting Amazon.com, Inc.'s Motion to Seal Commercially and Irrelevant Information.

DATED this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING MOTION TO
STRIKE IMPROPER COMPLAINT ALLEGATIONS
(2:23-cv-0932-JHC) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

*Presented by:*

DAVIS WRIGHT TREMAINE LLP

By s/ *Kenneth E. Payson*
Kenneth E. Payson, WSBA #26369
James Howard, WSBA #37259
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Fax: (206) 757-7700
E-mail: kenpayson@dwt.com
         jimhoward@dwt.com

COVINGTON & BURLING LLP

Stephen P. Anthony*
Laura Flahive Wu*
Laura M. Kim*
John D. Graubert*
850 Tenth Street, NW
Washington, DC 20001
Telephone: (206) 662-5105
E-mail: santhony@cov.com
         lflahivewu@cov.com
         lkim@cov.com
         jgraubert@cov.com

John E. Hall*
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-6855
E-mail: jhall@cov.com

Megan L. Rodgers*
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 632-4734
E-mail: mrodgers@cov.com

HUESTON HENNIGAN LLP

John C. Hueston*
Moez M. Kaba*
Joseph A. Reiter*
523 West 6th Street, Suite 400
Los Angeles, CA 90014

[PROPOSED] ORDER GRANTING MOTION TO STRIKE IMPROPER COMPLAINT ALLEGATIONS (2:23-cv-0932-JHC) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Telephone: (213) 788-4340
E-mail: jhueston@hueston.com
mkaba@hueston.com
jreiter@hueston.com

*admitted pro hac vice*

Attorneys for Defendant
AMAZON.COM, INC.

[PROPOSED] ORDER GRANTING MOTION TO STRIKE IMPROPER COMPLAINT ALLEGATIONS (2:23-cv-0932-JHC) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax