1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | CASE NO. 2:23-cv-0932-JHC |
| Plaintiff, | ORDER |
| v. | |
| AMAZON.COM, INC., | |
| Defendant. | |

Before the Court is Amazon.com's motion to vacate the Court's previous order. Dkt. # 16; *see also* Dkt. #34 (the FTC's response brief); Dkt. # 40 (Amazon's reply brief). The FTC "takes no position on the relief Amazon seeks." Dkt. # 34 at 1; *see also* Dkt. # 17 at 6 (FTC's email to Amazon stating that "[w]e would take no position on such a request [to vacate the Court's order]").

The Court GRANTS the motion. The Court's order (Dkt. # 15) is VACATED. The Court hereby ORDERS the following briefing schedule for the FTC's motion to desequester: Amazon shall file its response brief no later than July 24, 2023, and the FTC shall file its reply no later than August 4, 2023. The Court DIRECTS the Clerk to re-note the FTC's motion to desequester (Dkt. # 4) for August 4, 2023.

ORDER - 1

Dated this 18th day of July, 2023.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 2