The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>              Plaintiff,<br><br>     v.<br><br>AMAZON.COM, INC.,<br><br>              Defendant. | No. 2:23-cv-0932-JHC<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR PARTIES TO SUBMIT PROTECTIVE ORDER**<br><br>**NOTE ON MOTION CALENDAR: July 21, 2023** |

## STIPULATED MOTION

The parties, by and through their attorneys of record, respectfully request that the Court enter the proposed order set forth below, which extends the deadline from July 24, 2023, until August 11, 2023, for the parties to submit a joint stipulated proposed protective order or, if the parties are unable to reach an agreement, two separate proposed protective orders accompanied by a joint submission describing each party's justification for its proposal.

In support of this request, the parties represent the following to the Court:

1.  On July 5, 2023, the Court entered an order directing the parties, on or before July 24, 2023, to submit a joint stipulated proposed protective order or, if the parties are unable to reach an agreement, two separate proposed protective orders, accompanied by a joint submission describing each party's justification for its proposal. Dkt. 14 at 2–3. Accordingly, absent an extension of time, the parties' deadline to submit a joint stipulated proposed protective

STIPULATED MOTION AND
[PROPOSED] ORDER EXTENDING DEADLINE
FOR PARTIES TO SUBMIT PROTECTIVE ORDER
(2:23-cv-0932-JHC) - 1
4880-4440-2289v.4 0051461-005818

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

order or joint submission describing each party's justification for its proposed protective order is July 24, 2023.

2. The parties have exchanged multiple drafts of a proposed protective order and have engaged in ongoing discussions in an effort to eliminate or at least narrow areas in dispute.

3. In order for the parties to continue their ongoing discussions and to attempt to reach agreement regarding the terms of a proposed stipulated protective order, the parties agree (subject to Court approval) to extend from July 24, 2023, until to August 11, 2023, the deadline for the parties to submit a joint stipulated proposed protective order or joint submission describing each party's justification for its proposed protective order.

Stipulated to and respectfully submitted this 21st day of July, 2023, by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Defendant*

By s/ *Kenneth E. Payson*
    Kenneth E. Payson, WSBA #26369
    James Howard, WSBA #37259
    920 Fifth Avenue, Suite 3300
    Seattle, WA  98104-1610
    Telephone: (206) 622-3150
    Fax: (206) 757-7700
    E-mail: kenpayson@dwt.com
           jimhoward@dwt.com

COVINGTON & BURLING LLP

    Stephen P. Anthony*
    Laura Flahive Wu*
    Laura M. Kim*
    John D. Graubert*
    850 Tenth Street, NW
    Washington, DC  20001
    Telephone: (206) 662-5105
    E-mail: santhony@cov.com
           lflahivewu@cov.com
           lkim@cov.com
           jgraubert@cov.com

STIPULATED MOTION AND
[PROPOSED] ORDER EXTENDING DEADLINE
FOR PARTIES TO SUBMIT PROTECTIVE ORDER
(2:23-cv-0932-JHC) - 2
4880-4440-2289v.4 0051461-005818

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

John E. Hall*
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-6855
E-mail: jhall@cov.com

Megan L. Rodgers*
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 632-4734
E-mail: mrodgers@cov.com

HUESTON HENNIGAN LLP

John C. Hueston*
Moez M. Kaba*
Joseph A. Reiter*
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
E-mail: jhueston@hueston.com
            mkaba@hueston.com
            jreiter@hueston.com

*admitted pro hac vice


*Approved and Agreed To By:*

FEDERAL TRADE COMMISSION
*Attorneys for Plaintiff*

By s/ *Evan Mendelson*
Evan Mendelson, D.C. Bar #996765
Olivia Jerjian, D.C. Bar #1034299
Thomas Maxwell Nardini, IL Bar #6330190
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320; emendelson@ftc.gov
(202) 326-2749; ojerjian@ftc.gov
(202) 326-2812; tnardini@ftc.gov

Colin D. A. McDonald, WSBA #55243
Federal Trade Commission
915 Second Ave., Suite 2896
Seattle, WA 98174
(206) 220-4474; cmacdonald@ftc.gov

STIPULATED MOTION AND
[PROPOSED] ORDER EXTENDING DEADLINE
FOR PARTIES TO SUBMIT PROTECTIVE ORDER
(2:23-cv-0932-JHC) - 3
4880-4440-2289v.4 0051461-005818

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

ORDER

IT IS SO ORDERED.

DATED this _____ day of _____, 2023.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented By:
DAVIS WRIGHT TREMAINE LLP
*Attorneys for Defendant*

By s/ *Kenneth E. Payson*
 Kenneth E. Payson, WSBA #26369
 James Howard, WSBA #37259
 920 Fifth Avenue, Suite 3300
 Seattle, WA  98104-1610
 Telephone: (206) 622-3150
 Fax: (206) 757-7700
 E-mail: kenpayson@dwt.com
   jimhoward@dwt.com

COVINGTON & BURLING LLP

 Stephen P. Anthony*
 Laura Flahive Wu*
 Laura M. Kim*
 John D. Graubert*
 850 Tenth Street, NW
 Washington, DC  20001
 Telephone: (206) 662-5105
 E-mail: santhony@cov.com
   lflahivewu@cov.com
   lkim@cov.com
   jgraubert@cov.com

 John E. Hall*
 415 Mission Street, Suite 5400
 San Francisco, CA  94105
 Telephone: (415) 591-6855
 E-mail: jhall@cov.com

STIPULATED MOTION AND
[PROPOSED] ORDER EXTENDING DEADLINE
FOR PARTIES TO SUBMIT PROTECTIVE ORDER
(2:23-cv-0932-JHC) - 4
4880-4440-2289v.4 0051461-005818

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

```
Megan L. Rodgers*
3000 El Camino Real
Palo Alto, CA  94306
Telephone: (650) 632-4734
E-mail: mrodgers@cov.com

HUESTON HENNIGAN LLP

John C. Hueston*
Moez M. Kaba*
Joseph A. Reiter*
523 West 6th Street, Suite 400
Los Angeles, CA  90014
Telephone: (213) 788-4340
E-mail: jhueston@hueston.com
        mkaba@hueston.com
        jreiter@hueston.com

*admitted pro hac vice
```

FEDERAL TRADE COMMISSION
*Attorneys for Plaintiff*

By s/ *Evan Mendelson*
Evan Mendelson, D.C. Bar #996765
Olivia Jerjian, D.C. Bar #1034299
Thomas Maxwell Nardini, IL Bar #6330190
600 Pennsylvania Avenue NW
Washington, DC  20580
(202) 326-3320; emendelson@ftc.gov
(202) 326-2749; ojerjian@ftc.gov
(202) 326-2812; tnardini@ftc.gov

Colin D. A. McDonald, WSBA #55243
Federal Trade Commission
915 Second Ave., Suite 2896
Seattle, WA 98174
(206) 220-4474; cmacdonald@ftc.gov

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR PARTIES TO SUBMIT PROTECTIVE ORDER
(2:23-cv-0932-JHC) - 5
4880-4440-2289v.4 0051461-005818

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax