The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                      Plaintiff,<br><br>   v.<br><br>AMAZON.COM, INC.,<br><br>                      Defendant. | No. 2:23-cv-0932-JHC<br><br>**STIPULATED MOTION AND ORDER EXTENDING DEADLINE FOR PARTIES TO SUBMIT PROTECTIVE ORDER**<br><br>**NOTE ON MOTION CALENDAR:**<br>**July 21, 2023** |

### STIPULATED MOTION

The parties, by and through their attorneys of record, respectfully request that the Court enter the proposed order set forth below, which extends the deadline from July 24, 2023, until August 11, 2023, for the parties to submit a joint stipulated proposed protective order or, if the parties are unable to reach an agreement, two separate proposed protective orders accompanied by a joint submission describing each party's justification for its proposal.

In support of this request, the parties represent the following to the Court:

1. On July 5, 2023, the Court entered an order directing the parties, on or before July 24, 2023, to submit a joint stipulated proposed protective order or, if the parties are unable to reach an agreement, two separate proposed protective orders, accompanied by a joint submission describing each party's justification for its proposal. Dkt. 14 at 2–3. Accordingly, absent an extension of time, the parties' deadline to submit a joint stipulated proposed protective

STIPULATED MOTION AND
ORDER EXTENDING DEADLINE  FOR PARTIES
TO SUBMIT PROTECTIVE ORDER (2:23-cv-0932-
JHC) - 1
4880-4440-2289v.4 0051461-005818

Davis Wright Tremaine LLP
Law Offices
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

order or joint submission describing each party's justification for its proposed protective order is July 24, 2023.

2. The parties have exchanged multiple drafts of a proposed protective order and have engaged in ongoing discussions in an effort to eliminate or at least narrow areas in dispute.

3. In order for the parties to continue their ongoing discussions and to attempt to reach agreement regarding the terms of a proposed stipulated protective order, the parties agree (subject to Court approval) to extend from July 24, 2023, until to August 11, 2023, the deadline for the parties to submit a joint stipulated proposed protective order or joint submission describing each party's justification for its proposed protective order.

Stipulated to and respectfully submitted this 21st day of July, 2023, by:

    DAVIS WRIGHT TREMAINE LLP
    *Attorneys for Defendant*

    By s/ *Kenneth E. Payson*
        Kenneth E. Payson, WSBA #26369
        James Howard, WSBA #37259
        920 Fifth Avenue, Suite 3300
        Seattle, WA 98104-1610
        Telephone: (206) 622-3150
        Fax: (206) 757-7700
        E-mail: kenpayson@dwt.com
                 jimhoward@dwt.com

    COVINGTON & BURLING LLP

    Stephen P. Anthony*
    Laura Flahive Wu*
    Laura M. Kim*
    John D. Graubert*
    850 Tenth Street, NW
    Washington, DC 20001
    Telephone: (206) 662-5105
    E-mail: santhony@cov.com
            lflahivewu@cov.com
            lkim@cov.com
            jgraubert@cov.com

STIPULATED MOTION AND ORDER EXTENDING DEADLINE FOR PARTIES TO SUBMIT PROTECTIVE ORDER (2:23-cv-0932-JHC) - 2
4880-4440-2289v.4 0051461-005818

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

John E. Hall*
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-6855
E-mail: jhall@cov.com

Megan L. Rodgers*
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 632-4734
E-mail: mrodgers@cov.com

HUESTON HENNIGAN LLP

John C. Hueston*
Moez M. Kaba*
Joseph A. Reiter*
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
E-mail: jhueston@hueston.com
mkaba@hueston.com
jreiter@hueston.com

*admitted pro hac vice

Approved and Agreed To By:

FEDERAL TRADE COMMISSION
Attorneys for Plaintiff

By s/ Evan Mendelson
Evan Mendelson, D.C. Bar #996765
Olivia Jerjian, D.C. Bar #1034299
Thomas Maxwell Nardini, IL Bar #6330190
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320; emendelson@ftc.gov
(202) 326-2749; ojerjian@ftc.gov
(202) 326-2812; tnardini@ftc.gov

Colin D. A. McDonald, WSBA #55243
Federal Trade Commission
915 Second Ave., Suite 2896
Seattle, WA 98174
(206) 220-4474; cmacdonald@ftc.gov

STIPULATED MOTION AND ORDER EXTENDING DEADLINE FOR PARTIES TO SUBMIT PROTECTIVE ORDER (2:23-cv-0932-JHC) - 3
4880-4440-2289v.4 0051461-005818

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

ORDER

IT IS SO ORDERED.

DATED this 21st day of July, 2023.

*[signature: John H. Chun]*

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented By:
DAVIS WRIGHT TREMAINE LLP
*Attorneys for Defendant*

By s/ *Kenneth E. Payson*
  Kenneth E. Payson, WSBA #26369
  James Howard, WSBA #37259
  920 Fifth Avenue, Suite 3300
  Seattle, WA  98104-1610
  Telephone: (206) 622-3150
  Fax: (206) 757-7700
  E-mail: kenpayson@dwt.com
      jimhoward@dwt.com

COVINGTON & BURLING LLP

  Stephen P. Anthony*
  Laura Flahive Wu*
  Laura M. Kim*
  John D. Graubert*
  850 Tenth Street, NW
  Washington, DC  20001
  Telephone: (206) 662-5105
  E-mail: santhony@cov.com
      lflahivewu@cov.com
      lkim@cov.com
      jgraubert@cov.com

  John E. Hall*
  415 Mission Street, Suite 5400
  San Francisco, CA  94105
  Telephone: (415) 591-6855
  E-mail: jhall@cov.com

STIPULATED MOTION AND ORDER
EXTENDING DEADLINE FOR PARTIES TO
SUBMIT PROTECTIVE ORDER (2:23-cv-0932-JHC) - 4
4880-4440-2289v.4 0051461-005818

```
Megan L. Rodgers*
3000 El Camino Real
Palo Alto, CA  94306
Telephone: (650) 632-4734
E-mail: mrodgers@cov.com

HUESTON HENNIGAN LLP

    John C. Hueston*
    Moez M. Kaba*
    Joseph A. Reiter*
    523 West 6th Street, Suite 400
    Los Angeles, CA  90014
    Telephone: (213) 788-4340
    E-mail: jhueston@hueston.com
            mkaba@hueston.com
            jreiter@hueston.com

*admitted pro hac vice
```

FEDERAL TRADE COMMISSION
*Attorneys for Plaintiff*

By s/ *Evan Mendelson*
Evan Mendelson, D.C. Bar #996765
Olivia Jerjian, D.C. Bar #1034299
Thomas Maxwell Nardini, IL Bar #6330190
600 Pennsylvania Avenue NW
Washington, DC  20580
(202) 326-3320; emendelson@ftc.gov
(202) 326-2749; ojerjian@ftc.gov
(202) 326-2812; tnardini@ftc.gov

Colin D. A. McDonald, WSBA #55243
Federal Trade Commission
915 Second Ave., Suite 2896
Seattle, WA 98174
(206) 220-4474; cmacdonald@ftc.gov

STIPULATED MOTION AND ORDER EXTENDING DEADLINE FOR PARTIES TO SUBMIT PROTECTIVE ORDER (2:23-cv-0932-JHC) - 5
4880-4440-2289v.4 0051461-005818

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax