# Exhibit 3

```
 1                  FEDERAL TRADE COMMISSION
 2
 3   In the Matter of:            )
 4   AMAZON.COM, INC.             ) No. 2123050
 5
 6
 7                    Investigational Hearing
 8                       JAMIL A. GHANI
 9
10
                     Federal Trade Commission
11             Henry M. Jackson Federal Building
                 915 Second Avenue, Suite 2896
12                     Seattle, Washington
13
14
15
16
17
18
19
20
21
22
23   DATE:  November 16, 2022
24   REPORTED BY:  Wade J. Johnson, RPR
                   CCR No.:  2574
25
```

231
Ghani
Amazon.com, Inc.                                                    11/16/2022

```
 1        A.   There were a couple reasons why it was
 2   postponed, one of which was we had had a lot of
 3   organizational change on the Prime team, and so there
 4   was just people getting up to speed, and it takes time
 5   for people to get work done.  So we weren't ready.
 6             We also, between Llew and I, felt like we
 7   needed to have time for his team and my team to work
 8   together more productivity and more closely to come
 9   forward to the senior leadership team with topics that
10   warranted their time because he and I were, as we
11   discussed in the previous exhibits, largely aligned on
12   this difficult balance, but aligned on working together
13   to try to work through it.
14        Q.   So was there a memorandum prepared for the
15   meeting that we're discussing, the meeting with
16   Mr. Clark?
17        A.   The ultimate meeting?
18        Q.   Yes.
19        A.   I believe so, yes.
20        Q.   One memorandum or more than one?
21        A.   I can't recall exactly when the meeting
22   finally took place.  I know there was, at a minimum, a
23   document.  We tend to have documents for all of our
24   meetings.
25        Q.   Was one of the documents that you discussed at
```

```
 1    the meeting with Mr. Clark a later version of the draft
 2    memoranda that's attached to Exhibit 14?
 3         A.   It's a long document, so you'll forgive me.
 4    I'm sorry.
 5              MR. HALL:  Counsel, could I have that
 6    question read back.
 7              MR. COHEN:  Yes.
 8                   (The previous question was
 9                    read back.)
10              MR. HALL:  I want to caution the witness.
11    I believe that the meeting that's under discussion now
12    is a privileged meeting that included counsel.  And so
13    to the extent your answer to this question about the
14    materials supporting that meeting would be a part of
15    those privileged discussions, I would instruct you not
16    to answer.
17         A.   So this document was prepared and nearly
18    finished.  And to my recollection, we decided not to
19    have the meeting in February.  We had a later meeting,
20    the work product of which was not this document.
21         Q.   One quick question about this document.  The
22    third page or the second page of the memo, 4109.
23         A.   4109, yes.
24         Q.   There's a comment where the commenter is JAG1.
25              Are you JAG1?
```

233
Ghani
Amazon.com, Inc.                                                11/16/2022

```
 1         A.   I don't know for certain what my -- my
 2   initials are Jamil Asad Ghani.  I don't know.  I
 3   haven't checked my Word settings.
 4         Q.   Can you spell your middle name, please.
 5         A.   A-s-a-d.
 6         Q.   That comment reads, "Unnecessary to state that
 7   this that way (sic.) reads accusatory."
 8              Have I read that correctly?
 9         A.   That is what I wrote, yes.
10         Q.   And the line you've crossed out previously
11   said Consumer Engagement, CE, has actively tracked
12   these issues since 2016 through the shoppers
13   frustration program and has raised these issues to
14   Prime leadership."  Did I read that correctly?
15         A.   That is what the line says.
16         Q.   What do you believe was accusatory about the
17   line you removed?
18         A.   The impression that that line left with me was
19   that Consumer Engagement was raising these concerns to
20   Prime leadership and we weren't doing anything about
21   it, which was not true.
22         Q.   Who was the original author or the primary
23   author of this memo if you know?
24         A.   I believe it was authored between Nikki
25   Baidwan and Ben Hills, Benjamin Hills.
```

```
 1                    C E R T I F I C A T E

 2    STATE OF WASHINGTON )
                          ) ss
 3    COUNTY OF KING      )

 4

 5            I, the undersigned Washington Certified Court
      Reporter, pursuant to RCW 5.28.010, authorized to
 6    administer oaths and affirmations in and for the State
      of Washington, do hereby certify:  That the foregoing
 7    Investigational Hearing of the witness named herein was
      taken stenographically before me and reduced to a typed
 8    format under my direction;

 9            That I am not a relative or employee of any
      attorney or counsel or participant and that I am not
10    financially or otherwise interested in the action or
      the outcome herein;
11
              That the Investigational Hearing, as
12    transcribed, is a full, true and correct transcript of
      the testimony, including questions and answers and all
13    objections, motions and examinations and said
      transcript was prepared pursuant to the Washington
14    Administrative Code 308-14-135 preparation guidelines.

15                       [Signature: Wade J. Johnson]

16                       Wade J. Johnson, Certified Court
                         Reporter 2574 for the State of
17                       Washington residing at Seattle,
                         Washington.
18                       My CCR certification expires on
                         09/18/23.
19

20

21

22

23

24

25
```