# Exhibit 6

```
 1                   FEDERAL TRADE COMMISSION
 2
 3
 4   In the Matter of:         ) File No. 2123050
 5   AMAZON.COM, INC.,         )
 6   --------------------------)
 7
 8
 9
10
11              Tuesday, February 21, 2023
12
13                        Via Zoom
14
15                     Meet & Confer
16
17
18
19
20
21
22
23
24
25
```

1  you know that you had the ability to question the
2  witness as to actual changes made to the
3  enrollment flow, and you elected not to do that.
4            I think one other point that's
5  critical to underscore is there were about 10
6  minutes left in the deposition when you
7  identified this document.  So I think those are
8  all things that are relevant to consideration
9  here.  We want to be reasonable, but we don't
10 believe any remedy is necessary given the
11 clawback and the way it was handled, which is
12 consistent with our ethical obligations and also
13 the strategic decisions that you made, which are
14 well within your decision-making power.
15            If there's something specific you want
16 to articulate, we could consider it, of course.
17 We always want to be reasonable.  But we're not
18 in a position to offer a remedy that simply isn't
19 necessary under the circumstances.
20            MR. COHEN:  All right.  Well, I'm a
21 little frustrated.  I don't agree with your
22 characterization, Laura Wu, of what took place in
23 the hallway, and I'm a little frustrated by
24 taking I think what I understood to be an
25 off-the-record conversation intended to

Meet and Confer  
Amazon.com, Inc.

33  
2/21/2023

```
 1    facilitate sort of things moving forward in a
 2    professional way and placing them on the record
 3    here.  So I'm not going to comment any further
 4    about that.
 5              In terms of what actually happened on
 6    the record, I think that it's normal for people
 7    to plan examinations based on the documents they
 8    think will be available to them and then finding
 9    out at the last minute that that document might
10    not be available or isn't available affects the
11    approach or would have affected the approach had
12    that information been available earlier.  But
13    that's okay.  We'll leave it at that.
14              I appreciate, Laura Wu, you saying
15    you'll consider some things that we might
16    propose, and we will get back to you with some
17    suggestions or we will endeavor to do that
18    anyway.  I have to deal with some particular
19    things that may have arisen as a result of these
20    late clawbacks.  We're going to give that some
21    consideration as well.
22              But I am at least somewhat buoyed by
23    your indication that you're not absolutely
24    closing the door, and if there's something or
25    some things that we might be interested in,
```

34

Meet and Confer

Amazon.com, Inc.                                                      2/21/2023

```
 1   you're willing to at least listen, unless I'm
 2   hearing that wrong.
 3              MS. WU:  I think what I have said is
 4   we are reasonable.  We believe no remedy is
 5   necessary and that it would be on staff to
 6   propose something crisply so we can consider it.
 7   We don't believe anything has been proposed to
 8   this date.  So we aren't in a position to address
 9   a hypothetical.
10              MR. COHEN:  Okay.  But you're not
11   ruling it out?
12              MS. WU:  We keep an open mind.
13              MR. COHEN:  Okay.  Laura, because you
14   didn't indicate -- this is back to Laura Kim.
15   Because you didn't indicate anything you wanted
16   to talk about in today's meet and confer, we will
17   follow-up with -- because we're out of time or at
18   least in terms of -- I'm not sure we're
19   completely at the end of the privilege issues,
20   which are complex.  But I'll do the best I can to
21   handle whatever you want to talk about now.
22              MS. KIM:  Yeah.  I just wanted to take
23   this opportunity during today's call just to
24   touch base about process going forward.  I
25   recognize that, just as you said, you're still
```

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Meet and Confer
Amazon.com, Inc.

37

2/21/2023

```
 1                CERTIFICATE OF REPORTER
 2             I, Tammy S. Newton, do hereby certify
 3      that the foregoing proceedings were taken by me
 4      in stenotype and thereafter reduced to
 5      typewriting under my supervision; that I am
 6      neither counsel for, related to, nor employed by
 7      any of the parties to the action in which these
 8      proceedings were taken; and further, that I am
 9      not a relative or employee of any attorney or
10      counsel employed by the parties hereto, nor
11      financially or otherwise interested in the
12      outcome of the action.
13
14
15                              _____
16                              Tammy S. Newton
17                              Notary Public
18
19
20
21
22
23
24
25
```