# Exhibit

# 7

| | |
|---|---|
| **From:** | Mendelson, Evan |
| **To:** | Kim, Laura |
| **Cc:** | Jerjian, Olivia; Nardini, Thomas; Rottner, Adam; Cole, Margaret; Hoffman, Elena; Frech, Jacob; Zwonik, Ryan; Graubert, John; Anthony, Stephen; Flahive Wu, Laura; Hall, John; Siegel, Andrew; Capuano, Marc; Moran, Jordan; Remick, Ali; Kelly, Kevin; Agama, Nicole; Higgins, Christina; Johnson, Haley; Noble, Zaria; Rodgers, Megan; Rutherford, Miranda; Ledain, Lelia A; Martin, Austin; Charles, Amber; Maldonado, Kassandra; Austin, Tarek; Miller, Ryan; Jacobs, Eli J; Grossman, Rachel; Ponder, Jayne |
| **Subject:** | RE: Amazon, FTC Matter No. 2123050 - IH Transcripts |
| **Date:** | Friday, May 5, 2023 4:33:54 PM |

**[EXTERNAL]**

Laura,

I'm going to be handling this matter, along with Olivia and Max, going forward.  I'd like to take the meeting off the calendar for now, with the possibility of rescheduling for a later date.  If there is anything you wanted to cover from your end, happy to discuss by phone or email.


Thanks,
Evan


Evan M. Mendelson
Federal Trade Commission
Bureau of Consumer Protection
Enforcement Division
600 Pennsylvania Avenue, NW, CC-9528
Washington, DC  20580
Phone: (202) 326-3320
Fax:  (202) 326-3197

---

**From:** Kim, Laura <LKim@cov.com>
**Sent:** Thursday, May 4, 2023 6:23 PM
**To:** Jerjian, Olivia <ojerjian@ftc.gov>
**Cc:** Cohen, Jonathan <jcohen2@ftc.gov>; Nardini, Thomas <tnardini@ftc.gov>; Rottner, Adam <arottner@ftc.gov>; Cole, Margaret <mcole@ftc.gov>; Hoffman, Elena <ehoffman@ftc.gov>; Frech, Jacob <jfrech@ftc.gov>; Zwonik, Ryan <rzwonik@ftc.gov>; Graubert, John <jgraubert@cov.com>; Anthony, Stephen <santhony@cov.com>; Flahive Wu, Laura <lflahivewu@cov.com>; Hall, John <jhall@cov.com>; Siegel, Andrew <ASiegel@cov.com>; Capuano, Marc <MCapuano@cov.com>; Moran, Jordan <JMoran@cov.com>; Remick, Ali <ARemick@cov.com>; Kelly, Kevin <Kkelly@cov.com>; Agama, Nicole <NAgama@cov.com>; Higgins, Christina <CHiggins@cov.com>; Johnson, Haley <HJohnson@cov.com>; Noble, Zaria <ZNoble@cov.com>; Rodgers, Megan <mrodgers@cov.com>; Rutherford, Miranda <MRutherford@cov.com>; Ledain, Lelia A <LLedain@cov.com>; Martin, Austin <AMartin@cov.com>; Charles, Amber <ACharles@cov.com>; Maldonado, Kassandra <KMaldonado@cov.com>; Austin, Tarek <TAustin@cov.com>; Miller, Ryan <RMiller@cov.com>; Jacobs, Eli J <EJacobs@cov.com>; Grossman, Rachel <RGrossman@cov.com>; Ponder, Jayne <JPonder@cov.com>
**Subject:** RE: Amazon, FTC Matter No. 2123050 - IH Transcripts

Olivia, thanks.  We will keep an eye out for the email.  In the meantime, are you able to confirm our meeting on May 18 at 2:30 at CC?  I don't believe we've heard back from you or Jonathan.

Laura

**From:** Jerjian, Olivia <ojerjian@ftc.gov>
**Sent:** Thursday, May 4, 2023 5:43 PM
**To:** Kim, Laura <LKim@cov.com>
**Cc:** Cohen, Jonathan <jcohen2@ftc.gov>; Nardini, Thomas <tnardini@ftc.gov>; Rottner, Adam <arottner@ftc.gov>; Cole, Margaret <mcole@ftc.gov>; Hoffman, Elena <ehoffman@ftc.gov>; Frech, Jacob <jfrech@ftc.gov>; Zwonik, Ryan <rzwonik@ftc.gov>; Graubert, John <jgraubert@cov.com>; Anthony, Stephen <santhony@cov.com>; Flahive Wu, Laura <lflahivewu@cov.com>; Hall, John <jhall@cov.com>; Siegel, Andrew <ASiegel@cov.com>; Capuano, Marc <MCapuano@cov.com>; Moran, Jordan <JMoran@cov.com>; Remick, Ali <ARemick@cov.com>; Kelly, Kevin <Kkelly@cov.com>; Agama, Nicole <NAgama@cov.com>; Higgins, Christina <CHiggins@cov.com>; Johnson, Haley <HJohnson@cov.com>; Noble, Zaria <ZNoble@cov.com>; Rodgers, Megan <mrodgers@cov.com>; Rutherford, Miranda <MRutherford@cov.com>; Ledain, Lelia A <LLedain@cov.com>; Martin, Austin <AMartin@cov.com>; Charles, Amber <ACharles@cov.com>; Maldonado, Kassandra <KMaldonado@cov.com>; Austin, Tarek <TAustin@cov.com>; Miller, Ryan <RMiller@cov.com>; Jacobs, Eli J <EJacobs@cov.com>; Grossman, Rachel <RGrossman@cov.com>; Ponder, Jayne <JPonder@cov.com>
**Subject:** Amazon, FTC Matter No. 2123050 - IH Transcripts

[EXTERNAL]
Laura,

To follow up, you and your colleagues should receive an email with Relativity credentials shortly to access to the IH transcripts, as per the recent Excel spreadsheet you sent us.

Best,
Olivia

Olivia C. Jerjian
Federal Trade Commission
Bureau of Consumer Protection
Division of Enforcement
600 Pennsylvania Avenue, NW | Washington DC 20580
202.326.2749
ojerjian@ftc.gov