# Exhibit 8



United States of America
FEDERAL TRADE COMMISSION
600 PENNSYLVANIA AVE. NW, CC-9528
WASHINGTON, DC 20580

Division of Enforcement
Bureau of Consumer Protection

**Evan Mendelson**
(202) 326-3320; emendelson@ftc.gov

**Max Nardini**
(202) 326-2812; tnardini@ftc.gov

**Olivia Jerjian**
(202) 326-2749; ojerjian@ftc.gov

July 5, 2023

**VIA ELECTRONIC MAIL**

Laura M. Kim, Esq. (LKim@cov.com)
John D. Graubert, Esq. (JGraubert@cov.com)
John E. Hall, Esq. (JHall@cov.com)
Laura Flahive Wu, Esq. (LFlahiveWu@cov.com)
Stephen P. Anthony, Esq. (SAnthony@cov.com)
Megan L. Rodgers, Esq. (MRodgers@cov.com)
Covington & Burling LLP
One CityCenter, 850 Tenth Street NW
Washington, DC 20001-4956

RE:   *FTC v. Amazon.com, Inc.*, No. 2:23-cv-0932-JHC (W.D. Wash.)

Counsel:

During our investigation in this matter, in an abundance of caution, we sequestered from any further use or review 55 documents we obtained from third parties.  We will be providing the documents to you tomorrow, July 6, 2023.  We ask that by Thursday, July 20, 2023, you (1) identify any documents from within this set that you assert are wholly or partially attorney-client privileged or protected attorney work-product, (2) provide redacted versions of documents you claim are partially privileged, and (3) provide a privilege log, consistent with the requirements of Fed. R. Civ. P. 26(b)(5)(A), for any documents you claim are fully or partially privileged.  In the absence of a response, we will assume you are not asserting a privilege claim as to the documents.

Prior to determining to sequester these 55 documents, we marked two of them as exhibits during investigational hearings.  When we then determined to sequester the documents, we redacted our copies of the corresponding investigational hearing transcripts to remove all

Case 2:23-cv-00932-JHC   Document 51-8   Filed 07/24/23   Page 3 of 3

FTC Matter No. 2123050 (Amazon)  
Page 2

questioning regarding the documents.  We sequestered unredacted versions of the transcripts, and will be providing those unredacted versions to you, as stated in my email of today.  Internally, we will continue to use the redacted versions until any privilege claims you make regarding the documents are resolved.

      Please let us know if you would like to discuss.

      Sincerely,

      Evan Mendelson  
      Counsel to the Federal Trade Commission

Cc:    Kenneth E. Payson, Esq. (kenpayson@dwt.com)  
       James Howard, Esq. (jimhoward@dwt.com)  
       John C. Hueston, Esq. (jhueston@hueston.com)  
       Moez M. Kaba, Esq. (mkaba@hueston.com)  
       Joseph A. Reiter Esq. (jreiter@hueston.com)