The Honorable John H. Chun

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

AMAZON.COM, INC.,

    Defendant.

**Case No. 2:23-cv-0932-JHC**

**PLAINTIFF'S UNOPPOSED MOTION TO SEAL PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO SEAL COMMERCIALLY SENSITIVE AND IRRELEVANT INFORMATION**

NOTE ON MOTION CALENDAR:
Monday, July 31, 2023

Pursuant to Local Rule 5(g), the Federal Trade Commission ("FTC" or the "Commission") respectfully requests the Court seal its Opposition to Defendant's Motion to Seal Commercially Sensitive and Irrelevant Information (Dkt. #56) ("Opposition"). In its Opposition, the FTC quotes and discusses materials that Defendant Amazon.com, Inc. ("Amazon") seeks to seal, as indicated in Amazon's filings. *See* Dkt. #43 ¶¶ 3-4 (Declaration of Laura Flahive Wu), Dkt. #44 (Exhibits to Declaration of Laura Flahive Wu). Although the FTC does not agree that the materials ultimately should be sealed, the FTC files this Motion to avoid mooting Amazon's

MOTION FOR LEAVE TO
SEAL OPPOSITION
Case No. 2:23-cv-0932

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, D.C. 20580
(202) 326-3320

1

1  Motion to Seal by publicly disclosing the sealed materials and to comply with the Court's July 5,
2  2023 Order (Dkt. #14 ¶ 8).

### LOCAL RULES 7(g)(3)(A), 7(e) CERTIFICATION

FTC counsel Evan Mendelson, Olivia Jerjian, and Thomas Maxwell Nardini, and Amazon counsel Laura Flahive Wu, Kevin Kelly, and Ryan Miller met and conferred by videoconference on July 17, 2023 regarding Amazon's request to seal the materials referenced herein.  *See* Dkt. #43 ¶ 5.  The parties did not reach an agreement and, as a result, the FTC will file its Opposition today.  On July 27, 2023, Amazon counsel Laura Flahive Wu consented, by email to Olivia Jerjian, to this Motion to Seal the Opposition.

I certify that this memorandum contains 119 words, in compliance with the Local Civil Rules.

Dated: July 31, 2023               /s/ Olivia Jerjian

EVAN MENDELSON (DC Bar #996765)
OLIVIA JERJIAN (DC Bar #1034299)
THOMAS MAXWELL NARDINI
(IL Bar #6330190)
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320; emendelson@ftc.gov (Mendelson)
(202) 326-2749; ojerjian@ftc.gov (Jerjian)
(202) 326-2812; tnardini@ftc.gov (Nardini)

COLIN D. A. MACDONALD (WSBA # 55243)
Federal Trade Commission
915 Second Ave., Suite 2896
Seattle, WA 98174
(206) 220-4474; cmacdonald@ftc.gov (MacDonald)

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

MOTION FOR LEAVE TO
SEAL OPPOSITION
Case No. 2:23-cv-0932

2

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, D.C.20580
(202) 326-3320