The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No. 2:23-cv-0932-JHC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO SEAL PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO SEAL COMMERCIALLY SENSITIVE AND IRRELEVANT INFORMATION** |

The Federal Trade Commission ("FTC" or the "Commission") having filed its Unopposed Motion to Seal Plaintiff's Opposition to Defendant's Motion to Seal Commercially Sensitive and Irrelevant Information (Dkt. #55), and the Court having considered all filings, memoranda of law, and exhibits concerning this matter, the Motion is GRANTED. The Court hereby ORDERS the Plaintiff's Opposition to Defendant's Motion to Seal Commercially Sensitive and Irrelevant Information (Dkt. #56) be filed under seal.

**IT IS SO ORDERED.**

Dated this ___ day of July, 2023.

[PROPOSED] ORDER TO SEAL
Case No. 2:23-cv-0932-JHC

1

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, D.C. 20580
(202) 326-3320

_____

UNITED STATES DISTRICT JUDGE

Presented by:

 s/ Olivia Jerjian
Evan Mendelson, DC Bar #996765
Olivia Jerjian, DC Bar #1034299
Thomas Maxwell Nardini, IL Bar #6330190
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington DC 20580
(202) 326-3320; emendelson@ftc.gov (Mendelson)
(202) 326-2749; ojerjian@ftc.gov (Jerjian)
(202) 326-2812; tnardini@ftc.gov (Nardini)

Colin D. A. MacDonald, WSBA # 55243
Federal Trade Commission
915 Second Ave., Suite 2896
Seattle, WA 98174
(206) 220-4474; cmacdonald@ftc.gov (MacDonald)

ATTORNEYS FOR PLAINTIFF
FEDERAL TRADE COMMISSION

[PROPOSED] ORDER TO SEAL
Case No. 2:23-cv-0932-JHC

2

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, D.C.20580
(202) 326-3320