The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC.,<br><br>    Defendant. | Case No. 2:23-cv-0932-JHC<br><br>**PLAINTIFF'S NOTICE OF FILING PUBLIC, REDACTED VERSION OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO SEAL COMMERCIALLY SENSITIVE AND IRRELEVANT INFORMATION** |

The Federal Trade Commission ("FTC") provides notices of its filing, attached hereto, a public, redacted version of the FTC's Opposition to Defendant Amazon.com, Inc.'s Motion to Seal Commercially Sensitive and Irrelevant Information (Dkt. #56) ("Opposition"). The FTC has requested leave to file, under seal, an unredacted version of its Opposition in its concurrently filed Unopposed Motion to Seal Plaintiff's Opposition to Defendant's Motion to Seal Commercially Sensitive and Irrelevant Information (Dkt. #55).

Dated: July 31, 2023                            /s/ Olivia Jerjian

| | |
|---|---|
| 1 | EVAN MENDELSON (D.C. Bar #996765) |
| | OLIVIA JERJIAN (D.C. Bar #1034299) |
| 2 | THOMAS MAXWELL NARDINI |
| | (IL Bar #6330190) |
| 3 | Federal Trade Commission |
| | 600 Pennsylvania Avenue NW |
| 4 | Washington, DC 20580 |
| | (202) 326-3320; emendelson@ftc.gov (Mendelson) |
| 5 | (202) 326-2749; ojerjian@ftc.gov (Jerjian) |
| | (202) 326-2812; tnardini@ftc.gov (Nardini) |
| 6 | |
| | COLIN D. A. MACDONALD (WSBA # 55243) |
| 7 | Federal Trade Commission |
| | 915 Second Ave., Suite 2896 |
| 8 | Seattle, WA 98174 |
| | (206) 220-4474; cmacdonald@ftc.gov (MacDonald) |
| 9 | |
| | Attorneys for Plaintiff |
| 10 | FEDERAL TRADE COMMISSION |

PLAINTIFF'S NOTICE OF PUBLIC,　　　　　　　　　　　　　　Federal Trade Commission
REDACTED FILING　　　　　　　　　　　　　　　　　　　　600 Pennsylvania Avenue N.W.
Case No. 2:23-cv-0932-JHC　　　　　　　　　　　　　　　　Washington, D.C.20580
　　　　　　　　　　　　　　　　2　　　　　　　　　　　　　(202) 326-3320