The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., <br><br> Defendant. | No. 2:23-cv-0932-JHC <br><br> **STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING DEADLINES FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT AND DEFENDANT TO RESPOND** <br><br> **NOTE ON MOTION CALENDAR: August 7, 2023** |

STIPULATED MOTION

The parties, by and through their attorneys of record, respectfully request that the Court enter the proposed order set forth below, which sets forth deadlines for the Plaintiff to file an amended complaint as of right, if any, and Defendant to answer or otherwise respond to the Complaint (or any amended complaint).

Specifically, the parties request that the deadline for Plaintiff to file an amended complaint (the "Amended Complaint"), if any, as of right be set for September 20, 2023. If Plaintiff does not file an Amended Complaint, the parties request that the deadline to answer or otherwise respond to the Complaint be set for September 27, 2023. If Plaintiff does file an Amended Complaint, the parties request that the deadline to answer or otherwise respond to the Amended Complaint be set for 28 days from the date of the Amended Complaint.

In support of this request, the parties represent the following to the Court:

STIPULATED MOT. AND [PROPOSED] ORDER EXTENDING DEADLINES FOR AM. COMPL. AND DEF'S RESP. (2:23-cv-0932-JHC) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1. On July 13, 2023, the Court entered an order setting August 30, 2023, as the deadline for Defendant to answer or otherwise respond to the Complaint. [Dkt. 38].

2. In order to provide Plaintiff sufficient time to decide whether to file an Amended Complaint, the parties agree that Plaintiff will file an Amended Complaint as of right, if any, by September 20, 2023.

3. To provide the parties and the Court adequate time to address and respond to Plaintiff's pleading (be it the Complaint or an Amended Complaint), the parties stipulate, subject to Court approval, as follows and jointly request that the Court enter the following Order approving that Stipulation:

    a. The deadline for Plaintiff to file an Amended Complaint, if any, as of right shall be extended to September 20, 2023.

    b. If Plaintiff does not file an Amended Complaint, Defendant's deadline to answer or otherwise respond to the Complaint shall be set for September 27, 2023.

    c. If Plaintiff does file an Amended Complaint, the deadline to answer or otherwise respond to the Amended Complaint shall be set for 28 days from the date of the Amended Complaint.

Stipulated to and respectfully submitted this 7th day of August, 2023, by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Defendant*

By s/ *Kenneth E. Payson*
    Kenneth E. Payson, WSBA #26369
    James Howard, WSBA #37259
    920 Fifth Avenue, Suite 3300
    Seattle, WA 98104-1610
    Telephone: (206) 622-3150
    Fax: (206) 757-7700
    E-mail: kenpayson@dwt.com
           jimhoward@dwt.com

STIPULATED MOT. AND
[PROPOSED] ORDER EXTENDING DEADLINES
FOR AM. COMPL. AND DEF'S RESP.
(2:23-cv-0932-JHC) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

COVINGTON & BURLING LLP

   Stephen P. Anthony*
   Laura Flahive Wu*
   Laura M. Kim*
   John D. Graubert*
   850 Tenth Street, NW
   Washington, DC  20001
   Telephone: (206) 662-5105
   E-mail: santhony@cov.com
         lflahivewu@cov.com
         lkim@cov.com
         jgraubert@cov.com

   John E. Hall*
   415 Mission Street, Suite 5400
   San Francisco, CA  94105
   Telephone: (415) 591-6855
   E-mail: jhall@cov.com

   Megan L. Rodgers*
   3000 El Camino Real
   Palo Alto, CA  94306
   Telephone: (650) 632-4734
   E-mail: mrodgers@cov.com


HUESTON HENNIGAN LLP

   John C. Hueston*
   Moez M. Kaba*
   Joseph A. Reiter*
   523 West 6th Street, Suite 400
   Los Angeles, CA  90014
   Telephone: (213) 788-4340
   E-mail: jhueston@hueston.com
         mkaba@hueston.com
         jreiter@hueston.com

*admitted pro hac vice


*Approved and Agreed To By:*

FEDERAL TRADE COMMISSION
*Attorneys for Plaintiff*

By s/ *Thomas Maxwell Nardini*
   Evan Mendelson, D.C. Bar #996765

STIPULATED MOT. AND
[PROPOSED] ORDER EXTENDING DEADLINES
FOR AM. COMPL. AND DEF'S RESP.
(2:23-cv-0932-JHC) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

Olivia Jerjian, D.C. Bar #1034299
Thomas Maxwell Nardini, IL Bar #6330190
600 Pennsylvania Avenue NW
Washington, DC  20580
(202) 326-3320; emendelson@ftc.gov
(202) 326-2749; ojerjian@ftc.gov
(202) 326-2812; tnardini@ftc.gov

Colin D. A. McDonald, WSBA #55243
Federal Trade Commission
915 Second Ave., Suite 2896
Seattle, WA 98174
(206) 220-4474; cmacdonald@ftc.gov

## ORDER

IT IS SO ORDERED.

DATED this _____ day of _____, 2023.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented By:
DAVIS WRIGHT TREMAINE LLP
*Attorneys for Defendant*

By s/ *Kenneth E. Payson*
   Kenneth E. Payson, WSBA #26369
   James Howard, WSBA #37259
   920 Fifth Avenue, Suite 3300
   Seattle, WA  98104-1610
   Telephone: (206) 622-3150
   Fax: (206) 757-7700
   E-mail: kenpayson@dwt.com
          jimhoward@dwt.com

COVINGTON & BURLING LLP

   Stephen P. Anthony*
   Laura Flahive Wu*
   Laura M. Kim*
   John D. Graubert*
   850 Tenth Street, NW
   Washington, DC  20001

STIPULATED MOT. AND
[PROPOSED] ORDER EXTENDING DEADLINES
FOR AM. COMPL. AND DEF'S RESP.
(2:23-cv-0932-JHC) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

Telephone: (206) 662-5105
E-mail: santhony@cov.com
lflahivewu@cov.com
lkim@cov.com
jgraubert@cov.com

John E. Hall*
415 Mission Street, Suite 5400
San Francisco, CA  94105
Telephone: (415) 591-6855
E-mail: jhall@cov.com

Megan L. Rodgers*
3000 El Camino Real
Palo Alto, CA  94306
Telephone: (650) 632-4734
E-mail: mrodgers@cov.com

HUESTON HENNIGAN LLP

John C. Hueston*
Moez M. Kaba*
Joseph A. Reiter*
523 West 6th Street, Suite 400
Los Angeles, CA  90014
Telephone: (213) 788-4340
E-mail: jhueston@hueston.com
mkaba@hueston.com
jreiter@hueston.com

*admitted pro hac vice

FEDERAL TRADE COMMISSION
*Attorneys for Plaintiff*

By s/ *Thomas Maxwell Nardini*
Evan Mendelson, D.C. Bar #996765
Olivia Jerjian, D.C. Bar #1034299
Thomas Maxwell Nardini, IL Bar #6330190
600 Pennsylvania Avenue NW
Washington, DC  20580
(202) 326-3320; emendelson@ftc.gov
(202) 326-2749; ojerjian@ftc.gov
(202) 326-2812; tnardini@ftc.gov

STIPULATED MOT. AND
[PROPOSED] ORDER EXTENDING DEADLINES
FOR AM. COMPL. AND DEF'S RESP.
(2:23-cv-0932-JHC) - 5

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1  Colin D. A. McDonald, WSBA #55243
   Federal Trade Commission
2  915 Second Ave., Suite 2896
   Seattle, WA 98174
3  (206) 220-4474; cmacdonald@ftc.gov

STIPULATED MOT. AND
[PROPOSED] ORDER EXTENDING DEADLINES
FOR AM. COMPL. AND DEF'S RESP.
(2:23-cv-0932-JHC) - 6

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax