# ATTACHMENT A

 

# Nicole KuhnFT8, why pay for shipping? Save $6.09 with FREE Two-Day Shipping on this order

| Delivery Speed | prime |
|---|---|
| Same-Day Delivery (in select areas) | FREE |
| One-Day Shipping (in select areas) | FREE |
| Two-Day Shipping | FREE |

Start a 30-day free trial of Amazon Prime

No thanks, I do not want fast, free shipping

**Get FREE Two-Day Shipping**
Enjoy Prime FREE for 30 days

By signing up, you agree to the Amazon Prime Terms and authorize us to charge your default payment method or another payment method on file after your 30-day free trial. Your Amazon Prime membership continues until cancelled. If you do not wish to continue for $12.99/month + any taxes, you may cancel any time by visiting Your Account.