# ATTACHMENT B

