# ATTACHMENT C

## Amazon Customer, why pay for shipping? Save $4.99 with fast, free shipping on this order

### Start your 30-day free trial of Amazon Prime

| FREE Two-Day Shipping | FREE Same-Day or One-Day | No minimum order size |
|---|---|---|
| Fast, free shipping on millions of eligible items to most cities in Canada | Same-Day or One-Day Delivery available in select major cities in Canada | Ship one item or ten - you can always order more later |

Your 30-day free trial can be canceled anytime.

Continue without the Amazon Prime benefits

**Start Your 30-Day Prime FREE Trial**
No minimum order size

By signing up, you agree to the Amazon Prime Terms & Conditions and authorize us to charge your default payment method (1234) or another payment method on file after your 30-day free trial. Your Amazon Prime membership continues until cancelled. If you do not wish to continue for CDN$ 7.99/month (plus any applicable taxes), you may cancel any time by visiting Your Account.
If you are a resident of Quebec (determined by billing address at signup), you are signing up for a monthly membership with the first 30 days included at no charge. Your default payment method will be charged CDN$ 7.99 (plus any applicable taxes) at the end of your first 30 days and monthly thereafter. If you cancel during the first 30 days, your card will not be charged.
By joining Prime, you will have a Prime Video and a Prime membership. To avoid paying for both, simply cancel your Prime Video membership after you join Prime.