# ATTACHMENT D

 

# Test, we're giving you a 30-day FREE trial of Prime



After your FREE trial, Prime is just $12.99/month

No Thanks    **Start my 30-day FREE trial**
             No commitments. Cancel anytime.

By signing up, you acknowledge that you have read and agree to the Amazon Prime Terms and Conditions and authorize us to charge your credit card (Visa ****-1111) or another available credit card on file after your 30-day free trial. **Your Amazon Prime membership continues until cancelled. If you do not wish to continue for $12.99/month plus any applicable taxes, you may cancel anytime by visiting Your Account and adjusting your membership settings.** For customers in Hawaii, Puerto Rico, and Alaska please visit the Amazon Prime Shipping Benefits page to check various shipping options.