# ATTACHMENT E

# Test, thank you for being a loyal customer.
# We're giving you Prime FREE for 30 days.

Receive eligible items **Thursday, Dec. 22 by 8PM** with Prime

Your top Prime eligible item in cart:



Delivery details:



| Delivery cost without Prime | prime |
|---|---|
| $5.99 | FREE |

**Save $5.99** on your Prime eligible items with FREE Prime Delivery on this order. After your FREE trial, Prime auto-renews for just $14.99/month.

No thanks



Get FREE Prime Delivery with Prime
Enjoy Prime FREE for 30 days

By signing up, you acknowledge that you have read and agree to the Amazon Prime Terms and Conditions and authorize us to charge your default payment method (Visa ****-3838) or another available payment method on file after your 30-day free trial. **Your Amazon Prime membership continues until cancelled.** If you do not wish to continue for $14.99/month plus any applicable taxes, you may cancel anytime by visiting Your Account and adjusting your membership settings. For customers in Hawaii, Puerto Rico, and Alaska please visit the Amazon Prime Shipping Benefits page to check various shipping options.