# ATTACHMENT F

