# ATTACHMENT G







# Choose your shipping options



**Shipment 1 of 1**

**Shipping from Amazon.com** (Learn more)

Shipping to: Domestic, 515 WESTLAKE AVE N, SEATTLE, WA, 98109-4304 United States

- **All-new Echo Dot (4th Gen, 2020 release) | Smart speaker with Alexa | Charcoal**
  $49.99 - Quantity: 1
  Sold by: Amazon.com Services LLC

Change quantities or delete

**Amazon Locker is available**

20 pickup locations near you

**Choose a delivery option:**



Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

| 4



| 5




# Test, we're giving you a 30-day FREE trial of Prime

After your FREE trial, Prime is just $12.99/month

Your top Prime eligible item in cart:



Your Prime benefits include:



Enjoy FREE delivery, as fast as today on your Prime eligible items.

☑ Use my gift card balance, when available, to pay for Prime.

No Thanks     Start your Prime FREE trial
              Don't worry, you can cancel anytime.

By signing up, you acknowledge that you have read and agree to the Amazon Prime Terms and Conditions and authorize us to charge your default payment method (MasterCard ****-2871) or another available payment method on file after your 30-day free trial. **Your Amazon Prime membership continues until cancelled. If you do not wish to continue for $12.99/month plus any applicable taxes, you may cancel anytime by visiting Your Account and adjusting your membership settings.** For customers in Hawaii, Puerto Rico, and Alaska please visit the Amazon Prime Shipping Benefits page to check various shipping options.

Having difficulties? Please visit our Help page to learn more about placing an order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

| 6

