# ATTACHMENT H



Case 2:23-cv-00932-JHC   Document 67-8   Filed 09/20/23   Page 3 of 8



| 2



 

# Choose your shipping options



---

**Shipment 1 of 1**

**Shipping from Amazon.com**  (Learn more)

Shipping to: Domestic, 515 WESTLAKE AVE N, SEATTLE, WA, 98109-4304 United States

- **All-new Echo Dot (4th Gen, 2020 release) | Smart speaker with Alexa | Charcoal**
  $49.99 - Quantity: 1
  Sold by: Amazon.com Services LLC

Change quantities or delete

**Amazon Locker is available**

20 pickup locations near you

**Choose a delivery option:**

> **Good news Test, we're giving you a 30-day FREE trial of Prime**

○ **Today**
FREE Same-Day Delivery with a free trial of amazon prime

○ **Tuesday, May 25**
**FREE Shipping**

◉ **Sunday, May 23**
$7.52 - Shipping

○ **Saturday, May 22**
$10.60 - Shipping

○ **Today 2PM – 6PM**
$12.99 - Fastest Delivery

---

Continue

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

| 4



  

**SIGN IN   SHIPPING & PAYMENT   GIFT OPTIONS   PLACE ORDER**

# Review your order

**Shipping address** Change
See details below.
Add delivery instructions

**Payment method** Change
ending in 2871

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**
[Enter Code]   [Apply]

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

You also agree to all of the terms found here.

By placing your order, you agree to Terms and Conditions, and authorize us to charge your default payment method or any other payment method on file. **Your Amazon Prime membership continues until cancelled. If you do not wish to continue for $12.99/month plus any applicable taxes after your first month, you may cancel anytime by visiting Your Account.** For customers in Hawaii, Puerto Rico, and Alaska please visit the Amazon Prime Shipping Benefits page to check various shipping options.

A 30-day FREE trial of Amazon Prime has been added to your order. Your order has been upgraded to fast, FREE shipping.
After your free trial, Prime is just $12.99/month. Cancel anytime.



**Amazon Prime (30-Day Free Trial)**
$0.00
View larger image
Delete
Sold by: Amazon.com Services LLC
Gift options not available.

Your Prime membership will be applied to peas-service+0-1621614338013WspB@email.amazon.com.
Learn more

### Order Summary
Items (2):           $49.99
Shipping & handling:  $0.00

Total before tax:    $49.99
Estimated tax to be collected:*  $5.12

**Order total:       $55.11**

How are shipping costs calculated?

**Items shipped from Amazon.com**
Shipping address: Domestic, 515 WESTLAKE AVE N, SEATTLE, WA, 98109-4304 United States Change

**Delivery: May 23, 2021** If you order in the next 14 hours and 31 minutes (Details)



**All-new Echo Dot (4th Gen, 2020 release) | Smart speaker with Alexa | Charcoal**
$49.99 & FREE Returns
View larger image
Quantity: 1 Change
Sold by: Amazon.com Services LLC

Add a gift receipt
and see other gift options

**Choose your Prime delivery option:**
○ Today 2PM – 6PM
   FREE Fastest Delivery

● Sunday, May 23
   FREE Prime Delivery

By placing your order, you agree to The Amazon Prime terms next to the order button at the top of this checkout page, including Amazon Prime's auto-renewal terms.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

| 6

