# ATTACHMENT I





## Test, thank you for being a loyal customer.
## We're giving you Prime FREE for 30 days.

Receive eligible items Saturday, Dec. 17 by 8PM with Prime

Delivery details:





| Delivery cost without Prime | prime |
|---|---|
| $5.99 | FREE |

**Save $5.99** on your Prime eligible items with FREE Prime Delivery on this order. After your FREE trial, Prime auto-renews for just $14.99/month.



No thanks



Get FREE Prime Delivery with Prime

Enjoy Prime FREE for 30 days

By signing up, you acknowledge that you have read and agree to the Amazon Prime Terms and Conditions and authorize us to charge your default payment method (Visa ****-3838) or another available payment method on file after your 30-day free trial. **Your Amazon Prime membership continues until cancelled. If you do not wish to continue for $14.99/month plus any applicable taxes, you may cancel anytime by visiting Your Account and adjusting your membership settings.** For customers in Hawaii, Puerto Rico, and Alaska please visit the Amazon Prime Shipping Benefits page to check various shipping options.

Having difficulties? Please visit our Help page to learn more about placing an order.

Conditions of Use | Privacy Notice © 1996-2022, Amazon.com, Inc.







| Enter code | Apply |

**3   Offers**                                                                    Change

**4   Review items and shipping**

A 30-day FREE trial of Amazon Prime has been added to your order. Your order has been upgraded to fast, FREE shipping.

After your free trial, Prime is just $14.99/month. Cancel anytime.

Your Prime membership will begin when you place your order

Items shipped from Amazon.com

| prime | Amazon Prime (30-Day Free Trial) | Your Prime membership will be applied to peas-service+0-1671063293421yJg8@email.amazon.com. |
| | $0.00 | |
| | 1 | |
| | azon.com Services LLC | |
| | Delete   not available. | |

amazon VISA

**Get a $60 Amazon Gift Card instantly**                    Learn more
upon approval for the Amazon Rewards Visa Card.

**Shipping address:** Domestic, 515 WESTLAKE AVE N, SEATTLE, WA, 98109-4304 United States Change

**Delivery: Dec. 17, 2022** If you order in the next 7 hours and 41 minutes (Details)

Items shipped from Amazon.com

Kindle Paperwhite (8 GB) – Now with a        Choose your Prime delivery option:
6.8" display and adjustable warm light        ● Saturday, Dec. 17
$109.99 & FREE Returns ⌄                         FREE Prime Delivery
Qty: 1 ⌄
Sold by: Amazon.com Services LLC

☑ Link device to your Amazon account
to simplify setup.
Why is this important? ⌄

🎁 Add a gift receipt
and see other gift options

☐ Reserve with Layaway for $22.00 . Item
ships after payments are complete.

**Order total: $121.26**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

You also agree to all of the terms found here.

Place your order

By placing your order, you agree to Terms and Conditions , and authorize us to charge your default payment method or any other payment method on file. **Your Amazon Prime membership continues until cancelled. If you do not wish to continue for $14.99/month plus any applicable taxes after your first month, you may cancel anytime by visiting Your Account.** For customers in Hawaii, Puerto Rico, and Alaska please visit the Amazon Prime Shipping Benefits page to check various shipping options.

---

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

You also agree to all of the terms found here.

By placing your order, you agree to Terms and Conditions , and authorize us to charge your default payment method or any other payment method on file. **Your Amazon Prime membership continues until cancelled. If you do not wish to continue for $14.99/month plus any applicable taxes after your first month, you may cancel anytime by visiting Your Account.** For customers in Hawaii, Puerto Rico, and Alaska please visit the Amazon Prime Shipping Benefits page to check various shipping options.

**Order Summary**

| Items (2): | $109.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $109.99 |
| Estimated tax to be collected:* | $11.27 |
| **Order total:** | **$121.26** |

How are shipping costs calculated?

By placing your order, you agree to The Amazon Prime terms next to the order button at the top of this checkout page, including Amazon Prime's

| 6





