# ATTACHMENT J

















