# ATTACHMENT K



| 1





