# ATTACHMENT L



| 2



| 2



| 3

| 4



| 4

| 5



| 5



# amazon

## Test, we're giving you 30 days of Prime for ~~$12.99~~ FREE

**SHOPPING BENEFITS INCLUDE:**


**Prime Delivery**
Fast, FREE convenient ways to get millions of items.


**Exclusive Deals**
Savings and discounts just for Prime members, plus early access to Lightning Deals.


**Savings at Whole Foods**
Prime members save more on grocery favorites and everyday essentials.

**ENTERTAINMENT BENEFITS INCLUDE:**


**Prime Video**
Watch what you love with award-winning Amazon Originals, movies and TV shows, included in your membership.


**Prime Music**
Unlimited access to millions of songs and custom playlists ad-free.


**Prime Gaming**
Free games, in-game loot, exclusives and surprises.

**Start your Prime FREE trial** 

Don't worry, cancel anytime.

**No Thanks**

After your FREE Trial, Amazon Prime is just $12.99/month. Cancel anytime.

By signing up, you acknowledge that you have read and agree to the Amazon Prime Terms and Conditions and authorize us to charge your default payment method (Visa ****-6733) or another available payment method on file after your 30-day free trial. **Your Amazon Prime membership continues until cancelled. If you do not wish to continue for $12.99/month plus any applicable taxes, you may cancel anytime by visiting Your Account and adjusting your membership settings.** For customers in Hawaii, Puerto Rico, and Alaska please visit the Amazon Prime Shipping Benefits page to check various shipping options.

amazon prime

Conditions of Use   Privacy Notice   Interest-Based Ads
© 1996-2021, Amazon.com, Inc. or its affiliates
Internal only: Link or mail this page.






