# ATTACHMENT M



QgescpqHnb, we are giving you a 30-day free trial of Amazon Prime. **Save $5.99 with FREE Two-Day Shipping** on this order.

| Delivery Speed | prime |
| --- | --- |
| Same-Day Delivery (in select cities) | **FREE** |
| One-Day Shipping (in select cities) | **FREE** |
| Two-Day Shipping | **FREE** |

**No minimum order threshold for FREE Two-Day Shipping**

Get FREE Two-Day Shipping

No thanks, I do not want FREE Two-Day Shipping

By signing up, you acknowledge that you have read and agree to the Amazon Prime Terms and Conditions and authorize us to charge your credit card (Visa ****-0988) or another available credit card on file after your 30-day free trial. **Your Amazon Prime membership continues until cancelled. If you do not wish to continue for $12.99/month plus any applicable taxes, you may cancel anytime by visiting Your Account and adjusting your membership settings.**