# ATTACHMENT N



| 1



| 2



| 3

| 4



| 4





| 6



| 7



