# ATTACHMENT O















| 7