# ATTACHMENT P





**prime**

Watch now, cancel anytime
## Start your 30-day free trial

Confirm your details

| | | |
|---|---|---|
| Plan | **Prime**<br>Enjoy unlimited streaming of thousands of movies and TV shows plus FREE Two-Day Delivery on millions of items.<br>($12.99/month after trial) | Change |
| Email | peas-service+0-162015059921?Wmev@email.amazon.com | |
| Payment method | Test Test<br>MasterCard ending in 2871<br>10/2025 | Change |
| Billing address | Domestic<br>515 WESTLAKE AVE N<br>SEATTLE<br>WA<br>98109-4304 | Change |

By signing up, you acknowledge that you have read and agree to the Amazon Prime Terms and Conditions and authorize us to charge your preferred card or another available credit card on file after your 30-day free trial. **Your Prime membership continues until cancelled. If you don't want to continue for $12.99/month plus any applicable taxes, you can cancel anytime by visiting Your Account and adjusting your membership settings.**



Start your free trial.

Change or cancel plan anytime
Pay later

Conditions of Use   Privacy Notice   Send Us Feedback   Help
© 1996-2021, Amazon.com, Inc. or its affiliates

