# ATTACHMENT Q



| 1





| 3







