# ATTACHMENT R



| 1





| 3













