# ATTACHMENT S



| 2



| 2



3



| 4






| 6