# ATTACHMENT T



| 1





| 3









