# ATTACHMENT U







| 3



| 5



| 5

