# ATTACHMENT V













Confirm your details

| Plan | **Prime**<br>Enjoy unlimited streaming of thousands of movies and TV shows plus FREE Two-Day Delivery on millions of items.<br>($14.99/month after trial) | Change |
|---|---|---|
| Email | ████████████ | |
| Payment method | ████████████████ Gift Card (Gift card balance will be used when available) | Change |
| Billing address | ████████████████ | Change |

By signing up, you acknowledge that you have read and agree to the Amazon Prime Terms and Conditions and authorize us to charge your preferred card or another available credit card on file after your 30-day free trial. **Your Prime membership continues until cancelled. If you don't want to continue for $14.99/month plus any applicable taxes, you may cancel anytime by visiting Your Account and adjusting your membership settings.**



Change or cancel plan anytime
Pay later

Conditions of Use   Privacy Notice   Send Us Feedback   Help
© 1996–2023, Amazon.com Inc. or its affiliates.



