The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>    Defendants. | No. 2:23-cv-0932-JHC<br><br>**PLAINTIFF'S MOTION TO TEMPORARILY SEAL PLAINTIFF'S AMENDED COMPLAINT**<br><br>NOTE ON MOTION CALENDAR:<br>Friday, October 6, 2023 |

Pursuant to Local Rule 5(g), the Federal Trade Commission ("FTC" or the "Commission") respectfully requests the Court temporarily seal its Amended Complaint for Permanent Injunction, Civil Penalties, Monetary Relief, and Other Equitable Relief ("Amended Complaint") (Dkt. #69).[1] The only proposed redactions to the Amended Complaint apply to the same information Amazon sought to protect in its Motion to Seal (Dkt. #41). Although the FTC

---

[1] The FTC has filed a redacted version of the Amended Complaint on the public docket. (Dkt. #67.)

PLAINTIFF'S MOTION TO TEMPORARILY SEAL
AMENDED COMPLAINT
Case No. 2:23-cv-0932-JHC

1

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC 20580
(202) 326-3320

does not agree that this information ultimately should be sealed (see Dkt. #56), the FTC files this Motion to avoid mooting Defendant Amazon.com, Inc.'s ("Amazon") Motion to Seal and to comply with the Court's July 5, 2023 Order (Dkt. #14 ¶ 8).  The FTC also respectfully requests the Court's permission, after the Court rules on Amazon's Motion to Seal (Dkt. #41), to file a public version of the Amended Complaint that unredacts information the Court has determined should not remain sealed.

## LOCAL RULES 7(g)(3)(A), 7(e) CERTIFICATION

FTC counsel Evan Mendelson, Olivia Jerjian, and Thomas Maxwell Nardini and Amazon counsel Laura Flahive Wu, Kevin Kelly, and Ryan Miller met and conferred by videoconference on July 17, 2023 regarding Amazon's request to seal the materials referenced herein.  See Dkt. #43 ¶5.  The parties did not reach an agreement.

On September 19, 2023, counsel for Amazon stated via email that it does not oppose this Motion, but also does not believe the Motion should be labeled "unopposed" and requested an opportunity to respond.  In particular, counsel wrote as follows:  "[A]lthough Amazon does not oppose the motion to seal, we saw that the FTC noted in the motion that it expressly does not agree that the material should remain sealed. We therefore do not believe it's proper to style the motion as unopposed and request that you note it for consideration three Fridays out per LCR 7(d)(3) to allow Amazon time to make it's affirmative showing under LCR 5(g)(3)(B) to maintain under seal the materials it believes warrant such treatment."  The FTC's understanding from this email exchange is that Amazon does not oppose entry of the attached Proposed Order. On September 20, 2023, counsel for Defendants Neil Lindsay, Russell Grandinetti, and Jamil Ghani stated via email:  "Messrs. Grandinetti, Lindsay, and Ghani consent to the public filing of

PLAINTIFF'S MOTION TO TEMPORARILY SEAL
AMENDED COMPLAINT
Case No. 2:23-cv-0932-JHC

2

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC 20580
(202) 326-3320

the redacted amended complaint you have shared.  As they are not yet parties to the litigation, they take no further position with regard to proposed or pending motions."

I certify that this memorandum contains 162 words, in compliance with the Local Civil Rules.

Dated: September 20, 2023            /s/ Evan Mendelson
                                     EVAN MENDELSON (DC Bar #996765)
                                     OLIVIA JERJIAN (DC Bar #1034299)
                                     THOMAS MAXWELL NARDINI
                                     (IL Bar # 6330190)
                                     Federal Trade Commission
                                     600 Pennsylvania Avenue NW
                                     Washington DC 20580
                                     (202) 326-3320; emendelson@ftc.gov (Mendelson)
                                     (202) 326-2749; ojerjian@ftc.gov (Jerjian)
                                     (202) 326-2812; tnardini@ftc.gov (Nardini)

                                     COLIN D. A. MACDONALD (WSBA # 55243)
                                     Federal Trade Commission
                                     915 Second Ave., Suite 2896
                                     Seattle, WA 98174
                                     (206) 220-4474; cmacdonald@ftc.gov (MacDonald)

                                     Attorneys for Plaintiff
                                     FEDERAL TRADE COMMISSION

PLAINTIFF'S MOTION TO TEMPORARILY SEAL                    Federal Trade Commission
AMENDED COMPLAINT                                         600 Pennsylvania Avenue N.W.
Case No. 2:23-cv-0932-JHC                                 Washington, DC 20580
                                    3                     (202) 326-3320

## CERTIFICATE OF SERVICE

I, Evan Mendelson, certify that on September 20, 2023, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which served counsel for Defendant Amazon.com, Inc.  Additionally, having received written consent from counsel for Defendants Neil Lindsay, Russell Grandinetti, and Jamil Ghani, I will serve the the foregoing motion on those Defendants by email  to:  Laura Flahive Wu, Esq. (lflahivewu@cov.com),  850 Tenth Street, NW, Washington, DC 20001.

Dated: September 20, 2023                                   /s/ Evan Mendelson
                                                                                    Evan Mendelson

PLAINTIFF'S MOTION TO TEMPORARILY SEAL AMENDED COMPLAINT
Case No. 2:23-cv-0932-JHC

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC 20580
(202) 326-3320

4