The Honorable John H. Chun

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>Defendants. | Case No. 2:23-cv-0932-JHC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO TEMPORARILY SEAL PLAINTIFF'S AMENDED COMPLAINT** |

The Federal Trade Commission ("FTC" or the "Commission") having filed its Motion to Seal Plaintiff's Amended Complaint for Permanent Injunction, Civil Penalties, Monetary Relief, and Other Equitable Relief (Dkt. #68), and the Court having considered all filings, memoranda of law, and exhibits concerning this matter, the Motion is GRANTED.  The Court hereby ORDERS the Plaintiff's Amended Complaint (Dkt. #69) be filed under seal.  After the Court resolves Amazon.com, Inc.'s ("Amazon") Motion to Seal Commercially Sensitive and Irrelevant Information (Dkt. #41), the FTC may file a public version of the Amended Complaint consistent with the Court's order resolving Amazon's Motion (Dkt. #41).

[PROPOSED] ORDER TO TEMPORARILY SEAL
Case No. 2:23-cv-0932-JHC

1

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, D.C. 20580
(202) 326-3320

**IT IS SO ORDERED.**

Dated this ___ day of September, 2023.

_____

UNITED STATES DISTRICT JUDGE

Presented by:

 /s/ Evan Mendelson
Evan Mendelson, DC Bar #996765
Olivia Jerjian, DC Bar #1034299
Thomas Maxwell Nardini, IL Bar #6330190
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington DC 20580
(202) 326-3320; emendelson@ftc.gov (Mendelson)
(202) 326-2749; ojerjian@ftc.gov (Jerjian)
(202) 326-2812; tnardini@ftc.gov (Nardini)

Colin D. A. MacDonald, WSBA # 55243
Federal Trade Commission
915 Second Ave., Suite 2896
Seattle, WA 98174
(206) 220-4474; cmacdonald@ftc.gov (MacDonald)

ATTORNEYS FOR PLAINTIFF
FEDERAL TRADE COMMISSION

[PROPOSED] ORDER TO TEMPORARILY SEAL
Case No. 2:23-cv-0932-JHC

2

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, D.C. 20580
(202) 326-3320