# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

**Federal Trade Commission**

                  **Plaintiff**

Case No.: 2:23-cv-00932-JHC

*vs.*

**Amazon.com, Inc., a corporation, et al.**

                  **Defendant(s)**

## AFFIDAVIT OF SERVICE

I, Ambiko Wallace, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement, Amended Complaint for Permanent Injunction, Civil Penalties, Monetary Relief, and Other Equitable Relief with Attachments A-V (Unredacted), and Amended Complaint for Permanent Injunction, Civil Penalties, Monetary Relief, and Other Equitable Relief with Attachments A-V (Redacted) in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 09/22/2023 at 1:56 PM, I served Neil Lindsay c/o Laura Flahive Wu, Esquire at Covington & Burling LLP, 850 10th Street, NW, Washington, DC 20001 with the Summons, Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement, Amended Complaint for Permanent Injunction, Civil Penalties, Monetary Relief, and Other Equitable Relief with Attachments A-V (Unredacted), and Amended Complaint for Permanent Injunction, Civil Penalties, Monetary Relief, and Other Equitable Relief with Attachments A-V (Redacted) by serving Colleen Vinson, Mail Clerk, authorized to accept service.

Colleen Vinson is described herein as:

Gender: Female   Race/Skin: Black   Age: 52   Weight: 185   Height: 5'7"   Hair: Black   Glasses: Yes

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

9/26/23
Executed On

Ambiko Wallace

Client Ref Number: N/A
Job #: 1624026

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____,
a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: