# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

Federal Trade Commission

                        Plaintiff

Case No.: 2:23-cv-00932-JHC

                        vs.

Amazon.com, Inc., a corporation, et al.

                        Defendant(s)

## AFFIDAVIT OF SERVICE

I, Ambiko Wallace, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement, Amended Complaint for Permanent Injunction, Civil Penalties, Monetary Relief, and Other Equitable Relief with Attachments A-V (Unredacted), and Amended Complaint for Permanent Injunction, Civil Penalties, Monetary Relief, and Other Equitable Relief with Attachments A-V (Redacted) in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 09/22/2023 at 1:56 PM, I served Jamil Ghani c/o Laura Flahive Wu, Esquire at Covington & Burling LLP, 850 10th Street, NW, Washington, DC 20001 with the Summons, Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement, Amended Complaint for Permanent Injunction, Civil Penalties, Monetary Relief, and Other Equitable Relief with Attachments A-V (Unredacted), and Amended Complaint for Permanent Injunction, Civil Penalties, Monetary Relief, and Other Equitable Relief with Attachments A-V (Redacted) by serving Colleen Vinson, Mail Clerk, authorized to accept service.

Colleen Vinson is described herein as:

Gender: Female   Race/Skin: Black   Age: 52   Weight: 185   Height: 5'7"   Hair: Black   Glasses: Yes

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

9/26/23
Executed On

Ambiko Wallace

Client Ref Number: N/A
Job #: 1624027

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| Federal Trade Commission <br><br> *Plaintiff(s)* <br> v. <br> Amazon.com, Inc., Neil Lindsay, Jamil Ghani, and Russell Grandinetti <br><br> *Defendant(s)* | ) ) ) ) ) ) ) )  Civil Action No. 2:23-cv-0932-JHC ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    Jamil Ghani
    c/o Covington & Burling LLP
    Attn: Laura Flahive Wu, Esq.
    850 Tenth Street, NW, Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Evan Mendelson, Thomas Maxwell Nardini, and Olivia Jerjian (Federal Trade Commission, 600 Pennsylvania Ave. NW, CC-9528, Washington, DC 20580)

    Colin D. A. MacDonald (Federal Trade Commission, 915 Second Ave., Suite 2896, Seattle, WA 98174)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/21/2023

*Signature of Clerk or Deputy Clerk*