The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

AMAZON.COM, INC., *et al.*,

Defendants.

No. 2:23-cv-0932-JHC

**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS**

**NOTE ON MOTION CALENDAR: September 28, 2023**

STIPULATED MOTION

The parties, by and through their attorneys of record, respectfully request that the Court enter the proposed Order set forth below, which sets a briefing schedule for motions to dismiss and word limits for such briefing.

In support of this request, the parties represent the following to the Court:

1.      On August 7, 2023, the Court granted the parties' stipulated motion to extend the deadline for the Plaintiff to file an amended complaint as of right to September 20, 2023, and to extend the deadline for Amazon.com, Inc. to answer or otherwise respond until 28 days from the date of the amended complaint.  [Dkt. 38].

2.      On September 20, 2023, Plaintiff filed the Amended Complaint, which added three individuals—Neil Lindsay, Russell Grandinetti, and Jamil Ghani—as Defendants in addition to Amazon.com, Inc.

STIPULATED MOTION AND
[PROPOSED] ORDER SETTING BRIEFING SCHEDULE
(2:23-cv-0932-JHC) - 1
4894-8168-3072v.2 0051461-005818

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

3.      Pursuant to the Court's Order, [Dkt. 38], the deadline for Amazon.com, Inc. to answer or otherwise respond to the Amended Complaint is October 18, 2023.  Absent an extension of time, Plaintiff's deadline to oppose would be November 6, 2023, and Amazon's deadline to reply would be November 10, 2023.

4.      The four Defendants intend to file two motions to dismiss pursuant to Fed. R. Civ. P. 12(b): one on behalf of Amazon, and the other on behalf of Messrs. Lindsay, Grandinetti, and Ghani.

5.      To allow the parties to fully apprise the Court of their arguments regarding the motions to dismiss, the parties stipulate as follows and jointly request that the Court enter the following Order approving that stipulation:

   a.   Defendants shall answer or otherwise respond to the Amended Complaint on or before October 18, 2023;

   b.   Plaintiff shall file its oppositions to any motions to dismiss on or before November 17, 2023;

   c.   Defendants shall file their replies in support of any motions to dismiss on or before December 8, 2023; and

   d.   The combined word count for the motions to dismiss shall not exceed 16,800 words; the combined word count for Plaintiff's oppositions shall not exceed 16,800 words; and the combined word count for Defendants' replies shall not exceed 8,400 words.

STIPULATED MOTION AND
[PROPOSED] ORDER SETTING BRIEFING SCHEDULE
(2:23-cv-0932-JHC) - 2
4894-8168-3072v.2 0051461-005818

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1   Stipulated to and respectfully submitted this 28th day of September, 2023, by:

2

3   DAVIS WRIGHT TREMAINE LLP
    *Attorneys for Defendants*

4   By *s/ Kenneth E. Payson*
        Kenneth E. Payson, WSBA #26369
5       James Howard, WSBA #37259
        920 Fifth Avenue, Suite 3300
6       Seattle, WA  98104-1610
        Telephone: (206) 622-3150
7       Fax: (206) 757-7700
        E-mail: kenpayson@dwt.com
8                  jimhoward@dwt.com

9
    COVINGTON & BURLING LLP
10
        Stephen P. Anthony*
11      Laura Flahive Wu*
        Laura M. Kim*
12      John D. Graubert*
        850 Tenth Street, NW
13      Washington, DC  20001
        Telephone: (206) 662-5105
14      E-mail: santhony@cov.com
              lflahivewu@cov.com
15            lkim@cov.com
              jgraubert@cov.com
16
        John E. Hall*
17      415 Mission Street, Suite 5400
        San Francisco, CA  94105
18      Telephone: (415) 591-6855
        E-mail: jhall@cov.com
19
        Megan L. Rodgers*
20      3000 El Camino Real
        Palo Alto, CA  94306
21      Telephone: (650) 632-4734
        E-mail: mrodgers@cov.com
22

23  HUESTON HENNIGAN LLP

24      John C. Hueston*
        Moez M. Kaba*
25      Joseph A. Reiter*
        523 West 6th Street, Suite 400
26      Los Angeles, CA  90014
        Telephone: (213) 788-4340
27

STIPULATED MOTION AND
[PROPOSED] ORDER SETTING BRIEFING SCHEDULE
(2:23-cv-0932-JHC) - 3
4894-8168-3072v.2 0051461-005818

E-mail: jhueston@hueston.com
mkaba@hueston.com
jreiter@hueston.com

*Admitted pro hac vice*

*Approved and Agreed To By:*

FEDERAL TRADE COMMISSION
*Attorneys for Plaintiff*

By s/ Evan M. Mendelson
Evan Mendelson, D.C. Bar #996765
Olivia Jerjian, D.C. Bar #1034299
Thomas Maxwell Nardini, IL Bar
#6330190
600 Pennsylvania Avenue NW
Washington, DC  20580
(202) 326-3320; emendelson@ftc.gov
(202) 326-2749; ojerjian@ftc.gov
(202) 326-2812; tnardini@ftc.gov

Colin D. A. McDonald, WSBA # 55243
Federal Trade Commission
915 Second Ave., Suite 2896
Seattle, WA 98174
(206) 220-4474; cmacdonald@ftc.gov

ORDER

IT IS SO ORDERED.

DATED this _____ day of _____, 2023.


_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND
[PROPOSED] ORDER SETTING BRIEFING SCHEDULE
(2:23-cv-0932-JHC) - 4
4894-8168-3072v.2 0051461-005818

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

Presented By:
DAVIS WRIGHT TREMAINE LLP
*Attorneys for Defendant*

By s/ Kenneth E. Payson
        Kenneth E. Payson, WSBA #26369

By s/ James Howard
        James Howard, WSBA #37259

        920 Fifth Avenue, Suite 3300
        Seattle, WA  98104-1610
        Telephone: (206) 622-3150
        Fax: (206) 757-7700
        E-mail: kenpayson@dwt.com
                    jimhoward@dwt.com

COVINGTON & BURLING LLP

        Stephen P. Anthony*
        Laura Flahive Wu*
        Laura M. Kim*
        John D. Graubert*
        850 Tenth Street, NW
        Washington, DC  20001
        Telephone: (206) 662-5105
        E-mail: santhony@cov.com
                    lflahivewu@cov.com
                    lkim@cov.com
                    jgraubert@cov.com

        John E. Hall*
        415 Mission Street, Suite 5400
        San Francisco, CA  94105
        Telephone: (415) 591-6855
        E-mail: jhall@cov.com

        Megan L. Rodgers*
        3000 El Camino Real
        Palo Alto, CA  94306
        Telephone: (650) 632-4734
        E-mail: mrodgers@cov.com

HUESTON HENNIGAN LLP

        John C. Hueston*
        Moez M. Kaba*
        Joseph A. Reiter*
        523 West 6th Street, Suite 400
        Los Angeles, CA  90014
        Telephone: (213) 788-4340

STIPULATED MOTION AND
[PROPOSED] ORDER SETTING BRIEFING SCHEDULE
(2:23-cv-0932-JHC) - 5
4894-8168-3072v.2 0051461-005818

E-mail: jhueston@hueston.com
        mkaba@hueston.com
        jreiter@hueston.com

*Admitted pro hac vice*

FEDERAL TRADE COMMISSION
*Attorneys for Plaintiff*

By s/ Evan Mendelson
     Evan Mendelson, D.C. Bar #996765
     Olivia Jerjian, D.C. Bar #1034299
     Thomas Maxwell Nardini, IL Bar #6330190
     600 Pennsylvania Avenue NW
     Washington, DC  20580
     (202) 326-3320; emendelson@ftc.gov
     (202) 326-2749; ojerjian@ftc.gov
     (202) 326-2812; tnardini@ftc.gov

     Colin D. A. McDonald, WSBA # 55243
     Federal Trade Commission
     915 Second Ave., Suite 2896
     Seattle, WA 98174
     (206) 220-4474; cmacdonald@ftc.gov

STIPULATED MOTION AND
[PROPOSED] ORDER SETTING BRIEFING SCHEDULE
(2:23-cv-0932-JHC) - 6
4894-8168-3072v.2 0051461-005818

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax