The Honorable John H. Chun

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>Defendants. | No. 2:23-cv-0932-JHC<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS**<br><br>**NOTE ON MOTION CALENDAR:**<br>**September 28, 2023** |

## STIPULATED MOTION

The parties, by and through their attorneys of record, respectfully request that the Court enter the proposed Order set forth below, which sets a briefing schedule for motions to dismiss and word limits for such briefing.

In support of this request, the parties represent the following to the Court:

1. On August 7, 2023, the Court granted the parties' stipulated motion to extend the deadline for the Plaintiff to file an amended complaint as of right to September 20, 2023, and to extend the deadline for Amazon.com, Inc. to answer or otherwise respond until 28 days from the date of the amended complaint. [Dkt. 38].

2. On September 20, 2023, Plaintiff filed the Amended Complaint, which added three individuals—Neil Lindsay, Russell Grandinetti, and Jamil Ghani—as Defendants in addition to Amazon.com, Inc.

STIPULATED MOTION AND ORDER SETTING
BRIEFING SCHEDULE (2:23-cv-0932-JHC) - 1
4894-8168-3072v.2 0051461-005818

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

3. Pursuant to the Court's Order, [Dkt. 38], the deadline for Amazon.com, Inc. to answer or otherwise respond to the Amended Complaint is October 18, 2023. Absent an extension of time, Plaintiff's deadline to oppose would be November 6, 2023, and Amazon's deadline to reply would be November 10, 2023.

4. The four Defendants intend to file two motions to dismiss pursuant to Fed. R. Civ. P. 12(b): one on behalf of Amazon, and the other on behalf of Messrs. Lindsay, Grandinetti, and Ghani.

5. To allow the parties to fully apprise the Court of their arguments regarding the motions to dismiss, the parties stipulate as follows and jointly request that the Court enter the following Order approving that stipulation:

    a. Defendants shall answer or otherwise respond to the Amended Complaint on or before October 18, 2023;

    b. Plaintiff shall file its oppositions to any motions to dismiss on or before November 17, 2023;

    c. Defendants shall file their replies in support of any motions to dismiss on or before December 8, 2023; and

    d. The combined word count for the motions to dismiss shall not exceed 16,800 words; the combined word count for Plaintiff's oppositions shall not exceed 16,800 words; and the combined word count for Defendants' replies shall not exceed 8,400 words.

STIPULATED MOTION AND ORDER SETTING
BRIEFING SCHEDULE (2:23-cv-0932-JHC) - 2
4894-8168-3072v.2 0051461-005818

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  Stipulated to and respectfully submitted this 28th day of September, 2023, by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Defendants*

By *s/ Kenneth E. Payson*
 Kenneth E. Payson, WSBA #26369
 James Howard, WSBA #37259
 920 Fifth Avenue, Suite 3300
 Seattle, WA 98104-1610
 Telephone: (206) 622-3150
 Fax: (206) 757-7700
 E-mail: kenpayson@dwt.com
      jimhoward@dwt.com

COVINGTON & BURLING LLP

 Stephen P. Anthony*
 Laura Flahive Wu*
 Laura M. Kim*
 John D. Graubert*
 850 Tenth Street, NW
 Washington, DC 20001
 Telephone: (206) 662-5105
 E-mail: santhony@cov.com
      lflahivewu@cov.com
      lkim@cov.com
      jgraubert@cov.com

 John E. Hall*
 415 Mission Street, Suite 5400
 San Francisco, CA 94105
 Telephone: (415) 591-6855
 E-mail: jhall@cov.com

 Megan L. Rodgers*
 3000 El Camino Real
 Palo Alto, CA 94306
 Telephone: (650) 632-4734
 E-mail: mrodgers@cov.com

HUESTON HENNIGAN LLP

 John C. Hueston*
 Moez M. Kaba*
 Joseph A. Reiter*
 523 West 6th Street, Suite 400
 Los Angeles, CA 90014
 Telephone: (213) 788-4340

STIPULATED MOTION AND ORDER SETTING
BRIEFING SCHEDULE (2:23-cv-0932-JHC) - 3
4894-8168-3072v.2 0051461-005818

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

E-mail: jhueston@hueston.com
mkaba@hueston.com
jreiter@hueston.com

*Admitted pro hac vice

Approved and Agreed To By:

FEDERAL TRADE COMMISSION
*Attorneys for Plaintiff*

By *s/ Evan M. Mendelson*
Evan Mendelson, D.C. Bar #996765
Olivia Jerjian, D.C. Bar #1034299
Thomas Maxwell Nardini, IL Bar #6330190
600 Pennsylvania Avenue NW
Washington, DC  20580
(202) 326-3320; emendelson@ftc.gov
(202) 326-2749; ojerjian@ftc.gov
(202) 326-2812; tnardini@ftc.gov

Colin D. A. McDonald, WSBA # 55243
Federal Trade Commission
915 Second Ave., Suite 2896
Seattle, WA 98174
(206) 220-4474; cmacdonald@ftc.gov

ORDER

IT IS SO ORDERED.

DATED this 29th day of September, 2023.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER SETTING
BRIEFING SCHEDULE (2:23-cv-0932-JHC) - 4
4894-8168-3072v.2 0051461-005818

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

Presented By:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Defendant*

By *s/ Kenneth E. Payson*
    Kenneth E. Payson, WSBA #26369

By *s/ James Howard*
    James Howard, WSBA #37259

    920 Fifth Avenue, Suite 3300
    Seattle, WA 98104-1610
    Telephone: (206) 622-3150
    Fax: (206) 757-7700
    E-mail: kenpayson@dwt.com
           jimhoward@dwt.com

COVINGTON & BURLING LLP

    Stephen P. Anthony*
    Laura Flahive Wu*
    Laura M. Kim*
    John D. Graubert*
    850 Tenth Street, NW
    Washington, DC 20001
    Telephone: (206) 662-5105
    E-mail: santhony@cov.com
           lflahivewu@cov.com
           lkim@cov.com
           jgraubert@cov.com

    John E. Hall*
    415 Mission Street, Suite 5400
    San Francisco, CA 94105
    Telephone: (415) 591-6855
    E-mail: jhall@cov.com

    Megan L. Rodgers*
    3000 El Camino Real
    Palo Alto, CA 94306
    Telephone: (650) 632-4734
    E-mail: mrodgers@cov.com

HUESTON HENNIGAN LLP

    John C. Hueston*
    Moez M. Kaba*
    Joseph A. Reiter*
    523 West 6th Street, Suite 400
    Los Angeles, CA 90014
    Telephone: (213) 788-4340

STIPULATED MOTION AND ORDER SETTING
BRIEFING SCHEDULE (2:23-cv-0932-JHC) - 5
4894-8168-3072v.2 0051461-005818

E-mail: jhueston@hueston.com
          mkaba@hueston.com
          jreiter@hueston.com

*Admitted pro hac vice*

FEDERAL TRADE COMMISSION
*Attorneys for Plaintiff*

By *s/ Evan Mendelson*
    Evan Mendelson, D.C. Bar #996765
    Olivia Jerjian, D.C. Bar #1034299
    Thomas Maxwell Nardini, IL Bar #6330190
    600 Pennsylvania Avenue NW
    Washington, DC  20580
    (202) 326-3320; emendelson@ftc.gov
    (202) 326-2749; ojerjian@ftc.gov
    (202) 326-2812; tnardini@ftc.gov

    Colin D. A. McDonald, WSBA # 55243
    Federal Trade Commission
    915 Second Ave., Suite 2896
    Seattle, WA 98174
    (206) 220-4474; cmacdonald@ftc.gov

STIPULATED MOTION AND ORDER SETTING
BRIEFING SCHEDULE (2:23-cv-0932-JHC) - 6
4894-8168-3072v.2 0051461-005818

Davis Wright Tremaine LLP
Law Offices
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax