The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>    Defendants. | No. 2:23-cv-0932-JHC<br><br>**AMAZON.COM, INC.'S RESPONSE TO PLAINTIFF'S MOTION TO TEMPORARILY SEAL PLAINTIFF'S AMENDED COMPLAINT**<br><br>**NOTED ON MOTION CALENDAR: October 6, 2023** |

The parties agree that: (1) the Amended Complaint should be sealed while the Court considers Amazon's pending Motion to Seal (Dkt. 41); and (2) the FTC's redactions in the publicly filed Amended Complaint apply to the same information Amazon seeks to protect in its Motion to Seal regarding the original Complaint. *See* Dkt. 68 at 1 ("The only proposed redactions to the Amended Complaint apply to the same information Amazon sought to protect in its Motion to Seal (Dkt. #41)."). The parties also agree that the Court's ruling on Amazon's Motion to Seal with regard to the Complaint allegations should apply equally to the same allegations contained in the Amended Complaint. *See* Dkt. 68 at 2 ("The FTC also respectfully requests the Court's permission, after the Court rules on Amazon's Motion to Seal (Dkt. #41), to file a public version of the Amended Complaint that unredacts information the Court has determined should not remain sealed.").

AMAZON'S RESPONSE TO MOTION TO SEAL
(2:23-cv-0932-JHC) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  Amazon files this response to assist the Court in locating this confidential information,
2  which in most instances occurs in different parts of the Amended Complaint than in the original
3  Complaint. To that end, Amazon attaches to this Response:

4  - Exhibit 1: Which identifies the specific allegations in the Amended Complaint
5    that Amazon has already moved to permanently seal, to supplement the Appendix
6    at Dkt. 41–1; and
7  - Exhibit 2 (filed under seal): Which highlights the specific allegations in the
8    Amended Complaint that Amazon has already moved to permanently seal, to
9    supplement Exhibit A contained in Dkt. 44.

10  As required by Local Civil Rule 5(g)(3)(A), counsel for the parties conferred by email
11 and videoconference on July 14 and 17, 2023, respectively, in attempt to reach agreement on the
12 need to file under seal, among other things, the information in Exhibits 1 and 2 to this Response
13 as described more fully in the Declaration of Laura Flahive Wu in Support of Defendant's
14 Motion to Seal (Dkt. 43 ¶ 50).

15  For the reasons discussed in Amazon's Motion to Seal and above, Amazon respectfully
16 requests that the Court enter the attached Amended [Proposed] Order Granting Motion to Seal
17 Commercially Sensitive and Irrelevant Information, which is substantively the same form
18 Amazon submitted with its Motion to Seal plus the additional highlighted entries for the
19 Amended Complaint and Exhibit 2 attached to this Response.

20 //
21
22 //
23
24 //
25
26 //
27

AMAZON'S RESPONSE TO MOTION TO SEAL
(2:23-cv-0932-JHC) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1   DATED this 2nd day of October, 2023.

2

3   I certify that this memorandum contains 382 words, in compliance with the Local Civil
4   Rules.

5
6                                         DAVIS WRIGHT TREMAINE LLP
7                                         By s/ *Kenneth E. Payson*
                                              Kenneth E. Payson, WSBA #26369
8                                             James Howard, WSBA #37259
                                              920 Fifth Avenue, Suite 3300
9                                             Seattle, WA  98104-1610
                                              Telephone: (206) 622-3150
10                                            Fax: (206) 757-7700
                                              E-mail: kenpayson@dwt.com
11                                                    jimhoward@dwt.com

12
                                          COVINGTON & BURLING LLP
13
                                              Stephen P. Anthony*
14                                            Laura Flahive Wu*
                                              Laura M. Kim*
15                                            John D. Graubert*
                                              850 Tenth Street, NW
16                                            Washington, DC  20001
                                              Telephone: (206) 662-5105
17                                            E-mail: santhony@cov.com
                                                      lflahivewu@cov.com
18                                                    lkim@cov.com
                                                      jgraubert@cov.com
19

20                                            John E. Hall*
                                              415 Mission Street, Suite 5400
21                                            San Francisco, CA  94105
                                              Telephone: (415) 591-6855
22                                            E-mail: jhall@cov.com

23
                                              Megan L. Rodgers*
24                                            3000 El Camino Real
                                              Palo Alto, CA  94306
25                                            Telephone: (650) 632-4734
                                              E-mail: mrodgers@cov.com
26

27

AMAZON'S RESPONSE TO MOTION TO SEAL
(2:23-cv-0932-JHC) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

HUESTON HENNIGAN LLP

John C. Hueston*
Moez M. Kaba*
Joseph A. Reiter*
523 West 6th Street, Suite 400
Los Angeles, CA  90014
Telephone: (213) 788-4340
E-mail: jhueston@hueston.com
          mkaba@hueston.com
          jreiter@hueston.com

*admitted pro hac vice

Attorneys for Defendant
AMAZON.COM, INC.

AMAZON'S RESPONSE TO MOTION TO SEAL
(2:23-cv-0932-JHC) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax