# EXHIBIT 1

**APPENDIX**

| Document | Paragraph/Page | Category | Reason for Sealing |
|---|---|---|---|
| Amended Complaint | ¶ 3 | Highly sensitive commercial information | Discloses non-public and proprietary data from Amazon customer surveys. |
| Amended Complaint | ¶ 31 | Highly sensitive commercial information | Discloses non-public and proprietary data regarding Amazon Prime benefit usage. |
| Amended Complaint | ¶ 34 | Highly sensitive commercial information | Discloses non-public and proprietary data regarding Amazon Prime enrollment decisions. |
| Amended Complaint | ¶ 163 | Highly sensitive commercial information | Discloses non-public and proprietary data regarding Prime cancellation decisions. |
| Amended Complaint | ¶¶ 164–176 and header | Highly sensitive commercial information | Discloses non-public and proprietary information regarding Amazon's internal decision-making processes. |
| Amended Complaint | ¶ 177–78 | Highly sensitive commercial information | Discloses non-public and proprietary data regarding Amazon customer surveys. |
| Amended Complaint | ¶ 179 | Highly sensitive commercial information | Discloses non-public and proprietary information regarding Amazon's internal metrics and decision-making processes. |
| Amended Complaint | ¶ 181 | Highly sensitive commercial information | Discloses non-public and proprietary data regarding Prime cancellation decisions and customer service contacts. |
| Amended Complaint | ¶ 184 | Highly sensitive commercial information | Discloses non-public and proprietary information regarding Amazon's internal decision-making processes. |
| Amended Complaint | ¶¶ 191-93 | Highly sensitive commercial information | Discloses non-public and proprietary information regarding Amazon's internal decision-making processes. |
| Amended Complaint | ¶ 198 | Highly sensitive commercial information | Discloses non-public and proprietary information regarding internal Amazon user and product testing. |

| Document | Paragraph/Page | Category | Reason for Sealing |
|---|---|---|---|
| Amended Complaint | ¶ 200 | Highly sensitive commercial information | Discloses non-public and proprietary information regarding Amazon's internal decision-making processes and data from internal Amazon user and product testing. |
| Amended Complaint | ¶¶ 206-07 | Highly sensitive commercial information | Discloses non-public and proprietary information regarding Amazon's metrics and terminology. |
| Amended Complaint | ¶ 216 | Highly sensitive commercial information | Discloses non-public and proprietary information regarding internal Amazon user and product testing. |
| Amended Complaint | ¶ 218 | Highly sensitive commercial information | Discloses non-public and proprietary information regarding Amazon's internal decision-making processes. |
| Amended Complaint | ¶ 219 | Highly sensitive commercial information | Discloses non-public and proprietary information regarding Amazon's metrics and terminology. |
| Amended Complaint | ¶ 231 | Highly sensitive commercial information | Discloses non-public and proprietary information regarding internal Amazon user and product testing. |
| Amended Complaint | ¶ 233 | Highly sensitive commercial information | Discloses non-public and proprietary information regarding usage statistics of various Amazon subscription programs. |