The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| FEDERAL TRADE COMMISSION, | |
|---|---|
| Plaintiff, | No. 2:23-cv-0932-JHC |
| v. | **AMENDED [PROPOSED] ORDER GRANTING MOTION TO SEAL COMMERCIALLY SENSITIVE AND IRRELEVANT INFORMATION** |
| AMAZON.COM, INC., *et al.*, | |
| Defendants. | |

This matter came before the Court on Amazon.com, Inc.'s Response to Plaintiff's Motion to Temporarily Seal Plaintiff's Amended Complaint (the "Motion"). The Court, having considered the Motion and all other papers submitted in support of or in response to the Motion, and for compelling reasons shown, GRANTS the Motion and ORDERS that the following sealed materials will be treated as follows:

| **Document** | **Treatment** |
|---|---|
| Complaint (Dkt. 3) | Sealed.  Within 14 days of this Order, Plaintiff shall file a copy of the Complaint in which the highlighted portions of Exhibit A to Flahive Wu Declaration have been redacted after striking the improper allegations as set forth in the Court's Order Granting |

AMENDED [PROPOSED] ORDER GRANTING IN PART
MOTION TO SEAL
(2:23-cv-0932-JHC) - 1

|   |   |
|---|---|
|   | Amazon.com, Inc.'s Motion to Strike Improper Complaint allegations. |
| ==Amended Complaint (Dkt. 69)== | ==Sealed.  Within 14 days of this Order, Plaintiff shall file a copy of the Amended Complaint in which the highlighted portions of Exhibit 1 to Amazon.com, Inc.'s Response to Plaintiff's Motion to Temporarily Seal Plaintiff's Amended Complaint have been redacted after striking the improper allegations as set forth in the Court's Order Granting Amazon.com, Inc.'s Motion to Strike Improper Complaint allegations.== |
| Motion to Desequester (Dkt. 4) | Sealed.  Within 14 days of this Order, Plaintiff shall file a copy of the Motion to Desequester in which the highlighted portions of Exhibit B to Flahive Wu Declaration have been redacted. |
| Attachment 1 to Rottner Declaration (Dkt. 4-1) | Sealed.  Within 14 days of this Order, Plaintiff shall file a copy of Attachment 1 to Rottner Declaration in which the highlighted portions of Exhibit C to Flahive Wu Declaration have been redacted. |
| Attachment 2 to Rottner Declaration (Dkt. 4-1) | Sealed.  Within 14 days of this Order, Plaintiff shall file a copy of Attachment 2 to Rottner Declaration in which the highlighted portions of Exhibit D to Flahive Wu Declaration have been redacted. |

AMENDED [PROPOSED] ORDER GRANTING IN PART MOTION TO SEAL
(2:23-cv-0932-JHC) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5 | Attachment 3 to Rottner Declaration (Dkt. 4-1) | Sealed.  Within 14 days of this Order, Plaintiff shall file a copy of Attachment 3 to Rottner Declaration in which the highlighted portions of Exhibit E to Flahive Wu Declaration have been redacted. |
| 6<br>7<br>8<br>9<br>10 | Attachment 10 to Rottner Declaration (Dkt. 4-1) | Sealed.  Within 14 days of this Order, Plaintiff shall file a copy of Attachment 10 to Rottner Declaration in which the highlighted portions of Exhibit F to Flahive Wu Declaration have been redacted. |
| 11<br>12<br>13<br>14<br>15 | Attachment 11 to Rottner Declaration (Dkt. 4-1) | Sealed.  Within 14 days of this Order, Plaintiff shall file a copy of Attachment 11 to Rottner Declaration in which the highlighted portions of Exhibit G to Flahive Wu Declaration have been redacted. |
| 16<br>17<br>18<br>19<br>20 | Attachment 18 to Rottner Declaration (Dkt. 4-1) | Sealed.  Within 14 days of this Order, Plaintiff shall file a copy of Attachment 18 to Rottner Declaration in which the highlighted portions of Exhibit H to Flahive Wu Declaration have been redacted. |
| 21<br>22<br>23<br>24<br>25 | Attachment 24 to Rottner Declaration (Dkt. 4-1) | Sealed.  Within 14 days of this Order, Plaintiff shall file a copy of Attachment 24 to Rottner Declaration in which the highlighted portions of Exhibit I to Flahive Wu Declaration have been redacted. |
| 26<br>27 | Attachment 28 to Rottner Declaration (Dkt. 4-1) | Within 14 days of this Order, Plaintiff shall file a copy of Attachment 28 to Rottner |

AMENDED [PROPOSED] ORDER GRANTING IN PART MOTION TO SEAL
(2:23-cv-0932-JHC) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

|  | Declaration in which the highlighted portions of Exhibit J to Flahive Wu Declaration have been redacted. |
|---|---|
| Attachment 29 to Rottner Declaration Dkt. 4-1) | Sealed.  Within 14 days of this Order, Plaintiff shall file a copy of Attachment 29 to Rottner Declaration in which the highlighted portions of Exhibit K to Flahive Wu Declaration have been redacted. |
| Exhibit A to Flahive Wu Declaration | Sealed. |
| Exhibit B to Flahive Wu Declaration | Sealed. |
| Exhibit C to Flahive Wu Declaration | Sealed. |
| Exhibit D to Flahive Wu Declaration | Sealed. |
| Exhibit E to Flahive Wu Declaration | Sealed. |
| Exhibit F to Flahive Wu Declaration | Sealed. |
| Exhibit G to Flahive Wu Declaration | Sealed. |
| Exhibit H to Flahive Wu Declaration | Sealed. |
| Exhibit J to Flahive Wu Declaration | Sealed. |
| Exhibit K to Flahive Wu Declaration | Sealed. |
| ==Exhibit 2 to Amazon.com, Inc.'s Response to Plaintiff's Motion to Temporarily Seal Plaintiff's Amended Complaint== | ==Sealed.== |

DATED this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE

AMENDED [PROPOSED] ORDER GRANTING IN PART
MOTION TO SEAL
(2:23-cv-0932-JHC) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

*Presented by:*

DAVIS WRIGHT TREMAINE LLP
By s/ *Kenneth E. Payson*
    Kenneth E. Payson, WSBA #26369
    James Howard, WSBA #37259
    920 Fifth Avenue, Suite 3300
    Seattle, WA  98104-1610
    Telephone: (206) 622-3150
    Fax: (206) 757-7700
    E-mail: kenpayson@dwt.com
           jimhoward@dwt.com

COVINGTON & BURLING LLP

    Stephen P. Anthony*
    Laura Flahive Wu*
    Laura M. Kim*
    John D. Graubert*
    850 Tenth Street, NW
    Washington, DC  20001
    Telephone: (206) 662-5105
    E-mail: santhony@cov.com
           lflahivewu@cov.com
           lkim@cov.com
           jgraubert@cov.com

    John E. Hall*
    415 Mission Street, Suite 5400
    San Francisco, CA  94105
    Telephone: (415) 591-6855
    E-mail: jhall@cov.com

    Megan L. Rodgers*
    3000 El Camino Real
    Palo Alto, CA  94306
    Telephone: (650) 632-4734
    E-mail: mrodgers@cov.com

HUESTON HENNIGAN LLP

    John C. Hueston*
    Moez M. Kaba*
    Joseph A. Reiter*
    523 West 6th Street, Suite 400
    Los Angeles, CA  90014
    Telephone: (213) 788-4340
    E-mail: jhueston@hueston.com
           mkaba@hueston.com
           jreiter@hueston.com

*\*admitted pro hac vice*

Attorneys for Defendant AMAZON.COM, INC.

AMENDED [PROPOSED] ORDER GRANTING IN PART MOTION TO SEAL
(2:23-cv-0932-JHC) - 5

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax