UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | No. 2:23-cv-0932-JHC |
| Plaintiff, | |
| v. | **ORDER RE: MOTION TO STRIKE** |
| AMAZON.COM, INC., | |
| Defendant. | |

This matter comes before the Court on Amazon.com, Inc.'s Motion to Strike Improper Complaint Allegations. Dkt. # 45. The Court has considered: the materials filed in support of, and in opposition to, the motion; pertinent portions of the record; and the applicable law. Being fully advised, the Court DENIES the motion.

DATED this 6th day of October, 2023.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE