UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FEDERAL TRADE COMMISSION,

           Plaintiff,

   v.

AMAZON.COM, INC., *et al.*,

           Defendants.

No. 2:23-cv-0932-JHC

**ORDER**

    This matter comes before the Court on Amazon.com, Inc.'s "Motion to Seal Commercially Sensitive and Irrelevant Information," Dkt. # 41, and Plaintiff's Motion to Temporarily Seal Plaintiff's Amended Complaint, Dkt. # 68.  The Court has considered: both motions; all other papers submitted in support of or in response to the motions; pertinent portions of the record; and the applicable law.  Being fully advised, the Court GRANTS the motions and ORDERS that the following sealed materials will be treated as follows:

| Document | Treatment |
| --- | --- |
| Complaint (Dkt. # 3) | Sealed.  Within 14 days of this Order, Plaintiff shall file a copy of the Complaint (Dkt. # 3) in which the highlighted portions of Exhibit A to Flahive Wu Declaration (Dkt. # 44) have been redacted. |

ORDER
(2:23-cv-0932-JHC) - 1

| | | |
|---|---|---|
| 1 2 3 4 5 6 7 | Amended Complaint (Dkt. # 69) | Sealed.  Within 14 days of this Order, Plaintiff shall file a copy of the Amended Complaint in which the highlighted portions of Exhibit 1 to Amazon.com, Inc.'s Response to Plaintiff's Motion to Temporarily Seal Plaintiff's Amended Complaint (Dkt. # 76-1) have been redacted. |
| 8 9 10 11 12 | Motion to Desequester (Dkt. # 4) | Sealed.  Within 14 days of this Order, Plaintiff shall file a copy of the Motion to Desequester in which the highlighted portions of Exhibit B to Flahive Wu Declaration (Dkt. # 44) have been redacted. |
| 13 14 15 16 17 18 | Attachment 1 to Rottner Declaration (Dkt. # 4-1) | Sealed.  Within 14 days of this Order, Plaintiff shall file a copy of Attachment 1 to Rottner Declaration (Dkt. #4-1) in which the highlighted portions of Exhibit C to Flahive Wu Declaration (Dkt. # 44) have been redacted. |
| 19 20 21 22 23 24 | Attachment 2 to Rottner Declaration (Dkt. # 4-1) | Sealed.  Within 14 days of this Order, Plaintiff shall file a copy of Attachment 2 to Rottner Declaration (Dkt. # 4-1) in which the highlighted portions of Exhibit D to Flahive Wu Declaration (Dkt. # 44) have been redacted. |
| 25 26 27 | Attachment 3 to Rottner Declaration (Dkt. # 4-1) | Sealed.  Within 14 days of this Order, Plaintiff shall file a copy of Attachment 3 to Rottner Declaration (Dkt. # 4-1) in which the |

| | |
|---|---|
| | highlighted portions of Exhibit E to Flahive Wu Declaration (Dkt. # 44) have been redacted. |
| Attachment 10 to Rottner Declaration (Dkt. # 4-1) | Sealed.  Within 14 days of this Order, Plaintiff shall file a copy of Attachment 10 to Rottner Declaration (Dkt. # 4-1) in which the highlighted portions of Exhibit F to Flahive Wu Declaration (Dkt. # 44) have been redacted. |
| Attachment 11 to Rottner Declaration (Dkt. # 4-1) | Sealed.  Within 14 days of this Order, Plaintiff shall file a copy of Attachment 11 to Rottner Declaration (Dkt. # 4-1) in which the highlighted portions of Exhibit G to Flahive Wu Declaration (Dkt. # 44) have been redacted. |
| Attachment 18 to Rottner Declaration (Dkt. # 4-1) | Sealed.  Within 14 days of this Order, Plaintiff shall file a copy of Attachment 18 to Rottner Declaration (Dkt. # 4-1) in which the highlighted portions of Exhibit H to Flahive Wu Declaration (Dkt. # 44) have been redacted. |
| Attachment 24 to Rottner Declaration (Dkt. # 4-1) | Sealed.  Within 14 days of this Order, Plaintiff shall file a copy of Attachment 24 to Rottner Declaration (Dkt. # 4-1) in which the highlighted portions of Exhibit I to Flahive Wu Declaration (Dkt. # 44) have been redacted. |

| Attachment 28 to Rottner Declaration (Dkt. # 4-1) | Within 14 days of this Order, Plaintiff shall file a copy of Attachment 28 to Rottner Declaration (Dkt. # 4-1) in which the highlighted portions of Exhibit J to Flahive Wu Declaration (Dkt. # 44) have been redacted. |
|---|---|
| Attachment 29 to Rottner Declaration (Dkt. # 4-1) | Sealed.  Within 14 days of this Order, Plaintiff shall file a copy of Attachment 29 to Rottner Declaration (Dkt. # 4-1) in which the highlighted portions of Exhibit K to Flahive Wu Declaration (Dkt. # 44) have been redacted. |
| Exhibit A to Flahive Wu Declaration (Dkt. # 44) | Sealed. |
| Exhibit B to Flahive Wu Declaration (Dkt. # 44) | Sealed. |
| Exhibit C to Flahive Wu Declaration (Dkt. # 44) | Sealed. |
| Exhibit D to Flahive Wu Declaration (Dkt. # 44) | Sealed. |
| Exhibit E to Flahive Wu Declaration (Dkt. # 44) | Sealed. |
| Exhibit F to Flahive Wu Declaration (Dkt. # 44) | Sealed. |
| Exhibit G to Flahive Wu Declaration (Dkt. # 44) | Sealed. |

ORDER
(2:23-cv-0932-JHC) - 4

| Exhibit H to Flahive Wu Declaration (Dkt. # 44) | Sealed. |
|---|---|
| Exhibit J to Flahive Wu Declaration (Dkt. # 44) | Sealed. |
| Exhibit K to Flahive Wu Declaration (Dkt. # 44) | Sealed. |
| Exhibit 2 to Amazon.com, Inc.'s Response to Plaintiff's Motion to Temporarily Seal Plaintiff's Amended Complaint (Dkt. # 77) | Sealed. |

DATED this 10th day of October, 2023.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE