The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                Plaintiff,<br><br>   v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>                Defendants. | No. 2:23-cv-0932-JHC<br><br>**NOTICE OF APPEARANCE** |

Please take notice that Kenneth E. Payson and James Howard of Davis Wright Tremaine LLP appear as counsel for Neil Lindsay, Russell Grandinetti, and Jamil Ghani ("Individual Defendants") and request that all further papers and pleadings, except original process, be served upon the undersigned attorneys at the address stated below. By this appearance, Individual Defendants do not waive and expressly reserve any applicable defenses, including without limitation, lack of jurisdiction, improper venue, insufficiency of process, insufficiency of service of process, failure to state a claim, and failure to join a necessary party.

NOTICE OF APPEARANCE
(2:23-cv-0932-JHC) - 1
4870-6692-4936v.2 0051461-005818

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1    DATED this 18th day of October, 2023.

2                                                           DAVIS WRIGHT TREMAINE LLP

3
                                                            By s/ *Kenneth E. Payson*
4                                                              Kenneth E. Payson, WSBA #26369

5                                                           By s/ *James Howard*
                                                               James Howard, WSBA #38259
6
                                                            920 Fifth Avenue, Suite 3300
7                                                           Seattle, WA  98104-1610
                                                            Telephone: (206) 622-3150
8                                                           Fax: (206) 757-7700
                                                            E-mail: kenpayson@dwt.com
9                                                                     jimhoward@dwt.com

10
                                                            *Attorneys for Defendants Neil Lindsay, Russell*
11                                                          *Grandinetti, and Jamil Ghani*

NOTICE OF APPEARANCE
(2:23-cv-0932-JHC) - 2
4870-6692-4936v.2 0051461-005818

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax