The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>    Defendants. | No. 2:23-cv-0932-JHC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS NEIL LINDSAY'S, RUSSELL GRANDINETTI'S, AND JAMIL GHANI'S MOTION TO DISMISS AMENDED COMPLAINT** |

    This matter came before the Court on Neil Lindsay's, Russell Grandinetti's, and Jamil Ghani's Motion to Dismiss Amended Complaint (the "Motion").  The Court, having considered the Motion and all other papers submitted in support of or in response to the Motion, GRANTS the Motion and DISMISSES this action with prejudice.

    DATED this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING MOTION TO
DISMISS AMENDED COMPLAINT
(2:23-cv-0932-JHC) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

*Presented by:*

DAVIS WRIGHT TREMAINE LLP
By s/ *Kenneth E. Payson*
    Kenneth E. Payson, WSBA #26369
    James Howard, WSBA #37259
    920 Fifth Avenue, Suite 3300
    Seattle, WA  98104-1610
    Telephone: (206) 622-3150
    Fax: (206) 757-7700
    E-mail: kenpayson@dwt.com
            jimhoward@dwt.com

COVINGTON & BURLING LLP

    Stephen P. Anthony*
    Laura Flahive Wu*
    Laura M. Kim*
    John D. Graubert*
    850 Tenth Street, NW
    Washington, DC  20001
    Telephone: (206) 662-5105
    E-mail: santhony@cov.com
            lflahivewu@cov.com
            lkim@cov.com
            jgraubert@cov.com

    John E. Hall*
    415 Mission Street, Suite 5400
    San Francisco, CA  94105
    Telephone: (415) 591-6855
    E-mail: jhall@cov.com

    Megan L. Rodgers*
    3000 El Camino Real
    Palo Alto, CA  94306
    Telephone: (650) 632-4734
    E-mail: mrodgers@cov.com

HUESTON HENNIGAN LLP

    John C. Hueston*
    Moez M. Kaba*
    Joseph A. Reiter*
    523 West 6th Street, Suite 400
    Los Angeles, CA  90014
    Telephone: (213) 788-4340
    E-mail: jhueston@hueston.com
            mkaba@hueston.com
            jreiter@hueston.com

*Pro hac vice application forthcoming on behalf of Defendants Lindsay, Grandinetti, and Ghani*

[PROPOSED] ORDER GRANTING MOTION TO DISMISS AMENDED COMPLAINT
(2:23-cv-0932-JHC) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1  Attorneys for Defendants LINDSAY,
   GRANDINETTI, AND GHANI

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

[PROPOSED] ORDER GRANTING MOTION TO
DISMISS AMENDED COMPLAINT
(2:23-cv-0932-JHC) - 3