# EXHIBIT 4

PageVault

| | |
|---|---|
| Document title: | FTC Looks to Modernize Its Guidance on Preventing Digital Deception \| Federal Trade Commission |
| Capture URL: | https://www.ftc.gov/news-events/news/press-releases/2022/06/ftc-looks-modernize-its-guidance-preventing-digital-deception |
| Page loaded at (UTC): | Tue, 17 Oct 2023 16:37:35 GMT |
| Capture timestamp (UTC): | Tue, 17 Oct 2023 16:38:08 GMT |
| Capture tool: | 10.33.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | jydqYWT33LL4ZqnS2ryEr1 |
| User: | hh-bbrownlee |

PDF REFERENCE #:    s1x7EvQ2YhEmWxFzNCytwJ

**FEDERAL TRADE COMMISSION**
PROTECTING AMERICA'S CONSUMERS

Enforcement  Policy  Advice and Guidance  News and Events  About the FTC

For Release

# FTC Looks to Modernize Its Guidance on Preventing Digital Deception

As Companies Wrongly Invoke the Guide to Justify Deception, Agency Seeks Public Input on Possible Revisions Around Dark Patterns and Other Deceptive Tactics

June 3, 2022

Tags: Consumer Protection | Bureau of Consumer Protection | Advertising and Marketing | Online Advertising and Marketing

The staff of the Federal Trade Commission is seeking the public's input on ways to modernize the agency's business guidance titled ".com Disclosures: How to Make Effective Disclosures in Digital Advertising." First published in March 2013, this resource provides guidance to businesses on digital advertising and marketing.

As digital deception grows in sophistication, some companies are wrongly citing the guides to justify practices that mislead consumers online. For example, firms have claimed that they can avoid liability under the FTC Act by burying disclosures behind hyperlinks, a practice that can expose consumers to financial fraud, intrusive surveillance, and other harms.

"We know that some companies are wrongly citing our current guides to justify dark patterns and other forms of digital deception," said Samuel Levine, Director of the FTC's Bureau of Consumer Protection. "We are looking to update the guides to make clear that online tricks and traps will not be tolerated, and we look forward to hearing from the public on this initiative."

FTC staff is seeking public input to ensure the guides are helping honest businesses treat consumers fairly, rather than being used as a shield by firms looking to deceive. In seeking public comment on possible revisions, staff is interested in the technical and legal issues that consumers, the FTC's law enforcement partners, and others believe should be addressed. The issues on which FTC staff is seeking comment include:

- the use of sponsored and promoted advertising on social media;

### Topics

Protecting Consumers

consumers fairly, rather than being used as a shield by firms looking to deceive. In seeking public comment on possible revisions, staff is interested in the technical and legal issues that consumers, the FTC's law enforcement partners, and others believe should be addressed. The issues on which FTC staff is seeking comment include:

- the use of sponsored and promoted advertising on social media;
- advertising embedded in games and virtual reality and microtargeted advertisements;
- the ubiquitous use of dark patterns, manipulative user interface designs used on websites and mobile apps, and in digital advertising that pose unique risks to consumers;
- whether the current guidance adequately addresses advertising on mobile devices;
- whether additional guidance is needed to reflect the multi-party selling arrangements involved in online commerce and affiliate marketing arrangements;
- how the guidance on the use of hyperlinks can be strengthened to better protect consumers; and
- the adequacy of online disclosures when consumers must navigate multiple webpages;

The FTC will seek public comment beginning today and continuing through August 2, 2022. Information on how to submit comments can be found here.

This is one of a number of initiatives the FTC is undertaking to tackle dark patterns and digital deception, including issuing a click-to-cancel policy statement, proposing strengthened advertising guidelines against fake and manipulated reviews, arming staff with new tools to investigate dark patterns, and authorizing a Notice of Penalty Offense against deceptive reviews.

The Federal Trade Commission works to promote competition and protect and educate consumers. Learn more about consumer topics at consumer.ftc.gov, or report fraud, scams, and bad business practices at ReportFraud.ftc.gov. Follow the FTC on social media, read consumer alerts and the business blog, and sign up to get the latest FTC news and alerts.

## Contact Information

### Media Contact

Juliana Gruenwald Henderson ✉
Office of Public Affairs
202-326-2924

### Staff Contact

Michael Ostheimer
Bureau of Consumer Protection
202-326-2699

The Federal Trade Commission works to promote competition, and protect and educate consumers. Learn more about consumer topics at consumer.ftc.gov, or report fraud, scams, and bad business practices at ReportFraud.ftc.gov. Follow the FTC on social media, read consumer alerts and the business blog, and sign up to get the latest FTC news and alerts.

## Contact Information

### Media Contact

Juliana Gruenwald Henderson
Office of Public Affairs
202-326-2924

### Staff Contact

Michael Ostheimer
Bureau of Consumer Protection
202-326-2699



Feedback



FEDERAL TRADE COMMISSION
PROTECTING AMERICA'S CONSUMERS

Report Fraud    Sign Up for Consumer Alerts    Search the Legal Library

| Enforcement | Policy | Advice and Guidance | News and Events | About the FTC |
|---|---|---|---|---|
| Cases and Proceedings | Advocacy and Research | Consumer Advice | News | Mission |
| Premerger Notification Program | Advisory Opinions | Military Consumer | Events | History |
| Merger Review | Cooperation Agreements | Consumer.gov | Features | Commissioners and Staff |
| Anticompetitive Practices | Federal Register Notices | Business Guidance | Topics | Bureaus and Offices |
| Rulemaking | Reports | Competition Guidance | Data and Visualizations | Budget and Strategy |
| Statutes | Public Comments | Bulk Publications | Stay Connected | Office of Inspector General |
| Competition and Consumer Protection Guidance Documents | Studies | | | Careers at the FTC |
| Warning Letters | Testimony | | | Contact |
| Consumer Sentinel Network | Policy Statements | | | |
| Criminal Liaison Unit | International | | | |
| FTC Refund Programs | | | | |
| Notices of Penalty Offenses | | | | |
| Competition Matters Blog | | | | |

Privacy Policy    Policy and Notices    Accessibility    FOIA    No FEAR Act    Office of Inspector General    USA.gov

