# EXHIBIT 5

![Page Vault]

| | |
|---|---|
| Document title: | (1) FTC on X: "Want the latest FTC news right in your inbox? Subscribe to our press releases, blogs &amp; newsletter email updates: http://t.co/yNfI3DWK" / X |
| Capture URL: | https://twitter.com/FTC/status/222418552190287873 |
| Page loaded at (UTC): | Tue, 17 Oct 2023 16:38:51 GMT |
| Capture timestamp (UTC): | Tue, 17 Oct 2023 16:40:13 GMT |
| Capture tool: | 10.33.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 3 |
| Capture ID: | 4U8MKoLAg8dyyDUR3FLCk3 |
| User: | hh-bbrownlee |

PDF REFERENCE #:     fZyTVDpAg8LGEELXVWFA53

← Post

Search

**FTC** @FTC

Want the latest FTC news right in your inbox? Subscribe to our press releases, blogs & newsletter email updates: 1.usa.gov/ncJGl5

7:54 PM · Jul 9, 2012

Post your reply

Reply

## Discover more

Sourced from across X

**FTC** @FTC · Oct 15

Scammers make big promises when they pitch money-making opportunities that turn out to be fake. Read the FTC's fotonovela to learn how Fátima spotted and avoided an income scam: bit.ly/3ErXcFG #HispanicHeritageMonth #HHM2023

5 10 15 3,310

## Relevant people

**FTC** @FTC

Follow

Official posts from Federal Trade Commission (FTC). Twitter's privacy policy governs here. Retweets, Follows and Likes ≠ Endorsements.

## What's happening

NBA · Last night
**Trail Blazers at Suns**

Sports · Trending
**Oladipo**
1,050 posts

Only on Twitter · Trending
**JUST ANNOUNCED**
23.3K posts

Trending in United States
**Ghibli**
7,169 posts

Politics · Trending
**Feds**
24.1K posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ··· © 2023 X Corp.

← Post

Search

**FTC** @FTC · Oct 15

Scammers make big promises when they pitch money-making opportunities that turn out to be fake. Read the FTC's fotonovela to learn how Fátima spotted and avoided an income scam: bit.ly/3ErXcFG #HispanicHeritageMonth #HHM2023

5 10 15 3,310

**Relevant people**

**FTC** @FTC Follow

Official posts from Federal Trade Commission (FTC). Twitter's privacy policy governs here. Retweets, Follows and Likes ≠ Endorsements.

**What's happening**

NBA · Last night
**Trail Blazers at Suns**

Sports · Trending
**Oladipo**
1,050 posts

Only on Twitter · Trending
**JUST ANNOUNCED**
23.3K posts

Trending in United States
**Ghibli**
7,169 posts

Politics · Trending
**Feds**
24.1K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.



