# EXHIBIT 8

PageVault

| | |
|---|---|
| Document title: | FTC to Hold Virtual Workshop Exploring Digital "Dark Patterns" \| Federal Trade Commission |
| Capture URL: | https://www.ftc.gov/news-events/news/press-releases/2021/02/ftc-hold-virtual-workshop-exploring-digital-dark-patterns |
| Page loaded at (UTC): | Tue, 17 Oct 2023 16:43:55 GMT |
| Capture timestamp (UTC): | Tue, 17 Oct 2023 16:44:46 GMT |
| Capture tool: | 10.33.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | 9Z7HUUAZjNgow9YDxPS7XV |
| User: | hh-bbrownlee |

PDF REFERENCE #:     sspS2UAtJeVyPRCAZNzveU

An official website of the United States government Here's how you know

English | español | Report Fraud | Sign Up for Consumer Alerts | Search the Legal Library

**FEDERAL TRADE COMMISSION**
PROTECTING AMERICA'S CONSUMERS

Enforcement | Policy | Advice and Guidance | News and Events | About the FTC

Home / News and Events / News / Press Releases

For Release

# FTC to Hold Virtual Workshop Exploring Digital "Dark Patterns"

February 24, 2021 

**Tags:** Consumer Protection | Midwest Region | Bureau of Consumer Protection | Office of Technology Research and Investigation (OTech) | Shopping | Technology | Advertising and Marketing

The Federal Trade Commission will host a virtual workshop on April 29, 2021 to examine digital "dark patterns," a term that has been used to describe a range of potentially manipulative user interface designs used on websites and mobile apps.

"Bringing Dark Patterns to Light: An FTC Workshop" will explore the ways in which user interfaces can have the effect, intentionally or unintentionally, of obscuring, subverting, or impairing consumer autonomy, decision-making, or choice. For example, some sites sneak extra items into a consumer's online shopping cart, or require users to navigate a maze of screens and confusing questions to avoid being charged for unwanted products or services.

The FTC workshop will bring together researchers, legal experts, consumer advocates, and industry professionals to examine what dark patterns are and how they might affect consumers and the marketplace. Some of the topics the workshop will examine include:

- how dark patterns differ from sales tactics employed by brick-and-mortar stores;
- how they affect consumer behavior, including potential harms;
- whether some groups of consumers are unfairly targeted or are especially vulnerable;
- what laws, rules, and norms regulate the use of dark patterns; and
- whether additional rules, standards, or enforcement efforts are needed to protect consumers.

In addition, the FTC is seeking research, recommendations for discussion topics, and requests for panelists in advance of the workshop. Please email any relevant information to

**Related actions**

Bringing Dark Patterns to Light: An FTC Workshop

**Topics**

Protecting Consumers

Competition in the Technology Marketplace

- what laws, rules, and norms regulate the use of dark patterns; and
- whether additional rules, standards, or enforcement efforts are needed to protect consumers.

In addition, the FTC is seeking research, recommendations for discussion topics, and requests for panelists in advance of the workshop. Please email any relevant information to darkpatterns@ftc.gov by March 15, 2021.

The FTC will also be posting a specific request for comments related to dark patterns. Comments should be submitted by May 29, 2021 and submitted via email to darkpatterns@ftc.gov.

The workshop will be held virtually and webcast on the FTC's website at FTC.gov. Additional information including a list of speakers, an agenda, and the request for comments will be posted in the coming weeks to the event page.

The Federal Trade Commission works to promote competition and protect and educate consumers. Learn more about consumer topics at consumer.ftc.gov, or report fraud, scams, and bad business practices at ReportFraud.ftc.gov. Follow the FTC on social media, read consumer alerts and the business blog, and sign up to get the latest FTC news and alerts.

Press Release Reference

FTC Seeks Public Comment on Dark Patterns Topics ahead of Workshop

## Contact Information

### Media Contact

### Staff Contacts

Sam Jacobson
Bureau of Consumer Protection
202-326-3251

Min Hee Kim
Bureau of Consumer Protection
202-326-3703

Katharine Roller
FTC Midwest Region
312-960-5605

---

**FEDERAL TRADE COMMISSION**
PROTECTING AMERICA'S CONSUMERS

Report Fraud    Sign Up for Consumer Alerts    Search the Legal Library

| Enforcement | Policy | Advice and Guidance | News and Events | About the FTC |
|---|---|---|---|---|
| Cases and Proceedings | Advocacy and | Consumer Advice | News | Mission |

## Contact Information

### Media Contact

### Staff Contacts

Sam Jacobson
Bureau of Consumer Protection
202-326-3251

Min Hee Kim
Bureau of Consumer Protection
202-326-3703

Katharine Roller
FTC Midwest Region
312-960-5605





**FEDERAL TRADE COMMISSION**
PROTECTING AMERICA'S CONSUMERS

Report Fraud     Sign Up for Consumer Alerts     Search the Legal Library

| Enforcement | Policy | Advice and Guidance | News and Events | About the FTC |
|---|---|---|---|---|
| Cases and Proceedings | Advocacy and Research | Consumer Advice | News | Mission |
| Premerger Notification Program | Advisory Opinions | Military Consumer | Events | History |
| Merger Review | Cooperation Agreements | Consumer.gov | Features | Commissioners and Staff |
| Anticompetitive Practices | Federal Register Notices | Business Guidance | Topics | Bureaus and Offices |
| Rulemaking | Reports | Competition Guidance | Data and Visualizations | Budget and Strategy |
| Statutes | Public Comments | Bulk Publications | Stay Connected | Office of Inspector General |
| Competition and Consumer Protection Guidance Documents | Studies | | | Careers at the FTC |
| Warning Letters | Testimony | | | Contact |
| Consumer Sentinel Network | Policy Statements | | | |
| Criminal Liaison Unit | International | | | |
| FTC Refund Programs | | | | |
| Notices of Penalty Offenses | | | | |
| Competition Matters Blog | | | | |

Privacy Policy     Policy and Notices     Accessibility     FOIA     No FEAR Act     Office of Inspector General     USA.gov

