# EXHIBIT 9

PageVault

| | |
|---|---|
| Document title: | FTC Seeks Public Comment on Dark Patterns Topics ahead of Workshop \| Federal Trade Commission |
| Capture URL: | https://www.ftc.gov/news-events/news/press-releases/2021/04/ftc-seeks-public-comment-dark-patterns-topics-ahead-workshop |
| Page loaded at (UTC): | Tue, 17 Oct 2023 16:45:01 GMT |
| Capture timestamp (UTC): | Tue, 17 Oct 2023 16:45:38 GMT |
| Capture tool: | 10.33.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 3 |
| Capture ID: | p4NYpGiBG499iKPqqmybqb |
| User: | hh-bbrownlee |

PDF REFERENCE #:     fiKaDfVcHTG1NqAXKqtSrZ

An official website of the United States government Here's how you know

English | español | Report Fraud | Sign Up for Consumer Alerts | Search the Legal Library



FEDERAL TRADE COMMISSION
PROTECTING AMERICA'S CONSUMERS

Enforcement | Policy | Advice and Guidance | News and Events | About the FTC

Home / News and Events / News / Press Releases

For Your Information

# FTC Seeks Public Comment on Dark Patterns Topics ahead of Workshop

April 9, 2021 |   

**Tags:** Consumer Protection | Midwest Region | Bureau of Consumer Protection | Office of Technology Research and Investigation (OTech) | Shopping | Technology | Advertising and Marketing

The Federal Trade Commission is seeking comment on topics related to the use of digital "dark patterns," a range of potentially deceptive or unfair user interface designs used on websites and mobile apps, that will be discussed at the agency's April 29, 2021 workshop.

The FTC is seeking comment on several topics that will be discussed at the workshop, Bringing Dark Patterns to Light: An FTC Workshop, including:

- The definition of dark patterns;
- The prevalence of dark patterns in the marketplace;
- The use of artificial intelligence and machine learning to design and deliver dark patterns;
- The effectiveness of dark patterns at influencing consumer choice, decision-making, or behavior;
- The harms dark patterns pose to consumers or competition; and
- Ways to prevent, mitigate, and remediate the harmful effects of dark patterns.

More information about the request for comments and how to submit a comment can be found on the event page. Comments are due May 29, 2021 and will be posted to Regulations.gov.

The Federal Trade Commission works to promote competition and to protect and educate consumers. Learn more about consumer topics at consumer.ftc.gov, or report fraud, scams, and bad business practices at ReportFraud.ftc.gov. Follow the FTC on social media, read consumer alerts and the business blog, and sign up to get the latest FTC news and alerts.

**Related actions**

Bringing Dark Patterns to Light: An FTC Workshop

**For Businesses**

Blog: Asking for your insights into digital dark patterns

**Topics**

Protecting Consumers

Competition in the Technology Marketplace

More information about the request for comments and how to submit a comment can be found on the event page. Comments are due May 29, 2021 and will be posted to Regulations.gov.

The Federal Trade Commission works to promote competition and protect and educate consumers. Learn more about consumer topics at consumer.ftc.gov, or report fraud, scams, and bad business practices at ReportFraud.ftc.gov. Follow the FTC on social media, read consumer alerts and the business blog, and sign up to get the latest FTC news and alerts.

**Press Release Reference**

FTC to Hold Virtual Workshop Exploring Digital "Dark Patterns"

## Contact Information

### Media Contact



---

**FEDERAL TRADE COMMISSION**
PROTECTING AMERICA'S CONSUMERS

Report Fraud  |  Sign Up for Consumer Alerts  |  Search the Legal Library

| Enforcement | Policy | Advice and Guidance | News and Events | About the FTC |
|---|---|---|---|---|
| Cases and Proceedings | Advocacy and Research | Consumer Advice | News | Mission |
| Premerger Notification Program | Advisory Opinions | Military Consumer | Events | History |
| Merger Review | Cooperation Agreements | Consumer.gov | Features | Commissioners and Staff |
| Anticompetitive Practices | Federal Register Notices | Business Guidance | Topics | Bureaus and Offices |
| Rulemaking | Reports | Competition Guidance | Data and Visualizations | Budget and Strategy |
| Statutes | Public Comments | Bulk Publications | Stay Connected | Office of Inspector General |
| Competition and Consumer Protection Guidance Documents | Studies | | | Careers at the FTC |
| Warning Letters | Testimony | | | Contact |
| Consumer Sentinel Network | Policy Statements | | | |
| Criminal Liaison Unit | International | | | |
| FTC Refund Programs | | | | |
| Notices of Penalty Offenses | | | | |
| Competition Matters Blog | | | | |

Privacy Policy  |  Policy and Notices  |  Accessibility  |  FOIA  |  No FEAR Act  |  Office of Inspector General  |  USA.gov

