The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                    Plaintiff,<br><br>     v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>                    Defendants. | No. 2:23-cv-0932-JHC<br><br>**AMAZON.COM, INC.'S SURREPLY IN OPPOSITION TO PLAINTIFF'S MOTION TO DESEQUESTER DOCUMENTS CLAWED BACK BY DEFENDANT**<br><br>**NOTED ON MOTION CALENDAR: August 4, 2023** |

On October 17, 2023, the Court inquired as to whether 16 C.F.R. § 2.11(d)(1)(ii)(b) provides a procedural basis for the FTC's pending Motion to Desequester. It does not. The FTC's Motion to Desequester is procedurally improper and should be denied.

Section 2.11 is part of the "rules governing the processes of [FTC] investigations." 77 Fed. Reg. 59294-01, *59295 (Sept. 27, 2012). It provides that the FTC must sequester privileged documents obtained during an FTC investigation "until such time as an Administrative Law Judge or court may rule on the merits of the claim of privilege or protection in a proceeding or action resulting from the investigation." Section 2.11 thus requires the FTC to sequester documents unless and until Amazon's privilege assertions are overruled by an Administrative

AMAZON.COM, INC.'S SURREPLY IN OPPOSITION TO PLAINTIFF'S MOTION TO DESEQUESTER DOCUMENTS CLAWED BACK BY DEFENDANT (2:23-cv-0932-JHC) - 1
4892-7901-4281v.1 0051461-005818

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Law Judge or Court. Critically, Section 2.11 does not specify a procedure for the FTC to obtain such a ruling—much less independently grant that authority.[1]

The FTC's investigation of Amazon is over, and therefore there is no live controversy regarding sequestration and no basis for this Court to apply or consider Section 2.11. Rather, the only live controversy between the parties is civil litigation initiated by the FTC in this Court. Accordingly, the Federal Rules of Civil Procedure, which "govern the procedure *in all civil actions and proceedings* in the United States district courts," and the Local Rules of this court control. Fed. R. Civ. P. 1. (emphasis added).

Under the FTC's expansive interpretation, Section 2.11 would trump the Federal Rules of Civil Procedure, including by eliminating all meet and confer and timing requirements for discovery disputes. *See, e.g.*, Fed. R. Civ. P. 37(a)(1) (requiring moving parties to "include a certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action"). There is no basis for the FTC's interpretation: Amazon has not identified any authority to support the use of Regulatory Provision 2.11 to circumvent the Federal Rules as the FTC proposes doing here, and has not identified any other examples of a similar "Motion to Desequester." Moreover, courts in this Circuit have explicitly held that regulations do not trump the Federal Rules of Civil Procedure. Rather, "in the Ninth Circuit, the Federal Rules of Civil Procedure generally trump [conflicting] regulations." *Newton v. American Debt Services, Inc.*, 2014 WL 2452743, *3 (N.D. Cal. 2014).

---

[1] An entirely separate regulatory provision—16 C.F.R. § 2.13(a)—provides a dispute resolution process for "failure to comply with Commission compulsory processes." Pursuant to Section 2.13(a), the FTC has taken the position that "[p]roceedings to enforce administrative compulsory process . . . are properly instituted by a petition and order to show cause." Dkt. 36-1, FTC's Memorandum ISO Petition to Enforce Match Civil Investigative Demand at 6, *FTC v. Match Group, Inc.*, No. 1:22-mc-00054 (D.D.C. June 16, 2023). The FTC elected not to take such action during the course of its investigation and Section 2.11 provides no basis to override both the Federal Rules of Civil Procedure and the regulation's dedicated enforcement mechanism.

AMAZON.COM, INC.'S SURREPLY IN OPPOSITION
TO PLAINTIFF'S MOTION TO DESEQUESTER
DOCUMENTS CLAWED BACK BY DEFENDANT
(2:23-cv-0932-JHC) - 2
4892-7901-4281v.1 0051461-005818

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

To be sure, this Court might ultimately be called on to resolve the privilege disputes raised in the FTC's Motion to Desequester.  Indeed, the FTC has served parallel document requests seeking production of the 54 documents at issue in the Motion.  Amazon is eager to assist the Court in efficiently resolving this and all discovery disputes.  But § 2.11 is not the proper procedural vehicle for the FTC to raise a discovery dispute in ongoing civil litigation.

DATED this 20th day of October, 2023.

I certify that this memorandum contains 593 words, in compliance with the Court's Order, Dkt. 81.

DAVIS WRIGHT TREMAINE LLP

By s/ *Kenneth E. Payson*
   Kenneth E. Payson, WSBA #26369
   James Howard, WSBA #37259
   920 Fifth Avenue, Suite 3300
   Seattle, WA  98104-1610
   Telephone: (206) 622-3150
   Fax: (206) 757-7700
   E-mail: kenpayson@dwt.com
         jimhoward@dwt.com

COVINGTON & BURLING LLP

   Stephen P. Anthony*
   Laura Flahive Wu*
   Laura M. Kim*
   John D. Graubert*
   850 Tenth Street, NW
   Washington, DC  20001
   Telephone: (202) 662-5105
   E-mail: santhony@cov.com
         lflahivewu@cov.com
         lkim@cov.com
         jgraubert@cov.com

AMAZON.COM, INC.'S SURREPLY IN OPPOSITION
TO PLAINTIFF'S MOTION TO DESEQUESTER
DOCUMENTS CLAWED BACK BY DEFENDANT
(2:23-cv-0932-JHC) - 3
4892-7901-4281v.1 0051461-005818

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

John E. Hall*
415 Mission Street, Suite 5400
San Francisco, CA  94105
Telephone: (415) 591-6855
E-mail: jhall@cov.com

Megan L. Rodgers*
3000 El Camino Real
Palo Alto, CA  94306
Telephone: (650) 632-4734
E-mail: mrodgers@cov.com

HUESTON HENNIGAN LLP

John C. Hueston*
Moez M. Kaba*
Joseph A. Reiter*
523 West 6th Street, Suite 400
Los Angeles, CA  90014
Telephone: (213) 788-4340
E-mail: jhueston@hueston.com
         mkaba@hueston.com
         jreiter@hueston.com

*admitted pro hac vice

Attorneys for Defendant
AMAZON.COM, INC.

---

AMAZON.COM, INC.'S SURREPLY IN OPPOSITION TO PLAINTIFF'S MOTION TO DESEQUESTER DOCUMENTS CLAWED BACK BY DEFENDANT
(2:23-cv-0932-JHC) - 4
4892-7901-4281v.1 0051461-005818

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax