# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM, INC.,<br><br>　　Defendant. | Case No. 2:23-cv-0932-JHC<br><br>**ORDER RE: MOTION TO DESEQUESTER DOCUMENTS CLAWED BACK BY DEFENDANT** |

　　This matter comes before the Court on Plaintiff's Motion to Desequester Documents Clawed Back by Defendant. Dkt. # 4. The Court has considered: the materials filed in support of, and in opposition to, the motion; pertinent portions of the record; and the applicable law. Being fully advised, the Court DENIES the motion without prejudice to Plaintiff's ability to seek these documents through discovery in this matter.

　　Dated this 23rd day of October, 2023.

_____
JOHN H. CHUN
U.S. DISTRICT JUDGE

ORDER RE: MOTION TO DESEQUESTER