Hon. John H. Chun

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>Defendants. | No. 2:23-cv-0932-JHC<br><br>**PLAINTIFF'S NOTICE OF FILING REDACTED DOCUMENTS** |

Pursuant to the Court's Order on Defendant Amazon.com, Inc.'s Motion to Seal (Dkt. #79), the Federal Trade Commission ("FTC") is filing redacted, public versions of its Complaint for Permanent Injunction, Civil Penalties, Monetary Relief, and Other Equitable Relief (Exhibit A) and Motion to Desequester Documents Clawed Back by Defendant (Exhibit B) and the exhibits thereto. The FTC has already filed a redacted, public version of its Amended Complaint for Permanent Injunction, Civil Penalties, Monetary Relief, and Other Equitable Relief (Dkt. #67).

PLAINTIFF'S NOTICE OF FILING
REDACTED DOCUMENTS
Case No. 2:23-cv-0932-JHC

1

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC 20580
(202) 326-3320

| | |
|---|---|
| Dated: October 24, 2023 | /s/ Olivia Jerjian |
| | EVAN MENDELSON (DC Bar #996765) |
| | OLIVIA JERJIAN (DC Bar #1034299) |
| | THOMAS MAXWELL NARDINI |
| | (IL Bar # 6330190) |
| | Federal Trade Commission |
| | 600 Pennsylvania Avenue NW |
| | Washington DC 20580 |
| | (202) 326-3320; emendelson@ftc.gov (Mendelson) |
| | (202) 326-2749; ojerjian@ftc.gov (Jerjian) |
| | (202) 326-2812; tnardini@ftc.gov (Nardini) |
| | |
| | COLIN D. A. MACDONALD (WSBA # 55243) |
| | Federal Trade Commission |
| | 915 Second Ave., Suite 2896 |
| | Seattle, WA 98174 |
| | (206) 220-4474; cmacdonald@ftc.gov (MacDonald) |
| | |
| | Attorneys for Plaintiff |
| | FEDERAL TRADE COMMISSION |

PLAINTIFF'S NOTICE OF FILING REDACTED DOCUMENTS
Case No. 2:23-cv-0932-JHC

2

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC 20580
(202) 326-3320