HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., *et al.*, <br><br> Defendants. | Civil Action No. 2:23-cv-0932-JHC <br><br> **NOTICE OF APPEARANCE** |

NOTICE OF APPEARANCE
Case No. 2:23-cv-00932

Maynard Law PLLC
111 21st Ave SW
Olympia, WA
(850) 519-3495

## NOTICE OF APPEARANCE

YOU ARE HEREBY NOTIFIED that JACKSON WILDER MAYNARD JR., hereby appears as local counsel for the Chamber of Commerce of the United States of America, Amicus, pursuant to LCR 83.2(a) in the above-entitled action; and you are notified that service of all further pleadings, notices, documents, or other papers herein, exclusive of process, may be had on said respondent by serving the undersigned attorney at the address stated below.

Dated: October 25, 2023               Respectfully submitted,

_____
Jackson Wilder Maynard, Jr.
WSBA No. 43481
Maynard Law PLLC
111 21st Ave SW
Olympia, WA 98501
(850) 519-3495

*Local Counsel for Amicus Curiae the Chamber of Commerce of the United States of America*

NOTICE OF APPEARANCE
Case No. 2:23-cv-00932

Maynard Law PLLC
111 21st Ave SW
Olympia, WA
(850) 519-3495

2