THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>Defendants. | No. 2:23-cv-0932-JHC<br><br>**NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF PROSPECTIVE *AMICUS CURIAE***<br><br>**[Clerk's Action Required]** |

**TO:** **THE CLERK OF THE COURT;**

**AND TO:** **ALL PARTIES and COUNSEL OF RECORD.**

PLEASE TAKE NOTICE that Duncan C. Turner (WSBA No. 20597) of Badgley Mullins Turner PLLC, hereby appears for Prospective *Amicus Curiae* Computer & Communication Industry Association, NetChoice, LLC, and Chamber of Progress (collectively, "Prospective *Amicus Curiae*"), in the above cited action. All copies of papers and proceedings related thereto, except original process, shall be served upon the undersigned attorneys of record.

**DATED** this 25th day of October, 2023.

/s/Duncan C. Turner
Duncan C. Turner, WSBA No. 20597
BADGLEY MULLINS TURNER PLLC

---

NOTICE OF APPEARANCE OF COUNSEL ON
BEHALF OF PROSPECTIVE AMICUS CURIAE
(2:23-cv-0932-JHC) - 1

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
**TEL** 206.621.6566
**FAX** 206.621.9686

1
2
3
4

19929 Ballinger Way NE, #200
Seattle, WA 98155
Tel: (206) 621-6566
Email: dturner@badgleymullins.com
*Liaison Counsel for Prospective Amicus Curiae Computer Communication Industry Association, NetChoice, LLC, and Chamber of Progress*

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

NOTICE OF APPEARANCE OF COUNSEL ON
BEHALF OF PROSPECTIVE AMICUS CURIAE
(2:23-cv-0932-JHC) - 2

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of October, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Yonten Dorjee*
Yonten Dorjee, Paralegal
**BADGLEY MULLINS TURNER PLLC**
Email:ydorjee@badgleymullins.com

NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF PROSPECTIVE AMICUS CURIAE (2:23-cv-0932-JHC) - 3

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686