THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>        Plaintiff,<br><br>   v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>        Defendants. | No. 2:23-cv-0932-JHC<br><br>MOTION OF<br>COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION, NETCHOICE, LLC, AND CHAMBER OF PROGRESS FOR LEAVE TO FILE BRIEF *AMICI CURIAE* IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS<br><br>**NOTE ON MOTION CALENDAR: NOVEMBER 10, 2023** |

## I.    INTRODUCTION

COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION ("CCIA"), NETCHOICE, LLC ("NetChoice"), and CHAMBER OF PROGRESS hereby respectfully submit this Motion for Leave to File an *Amici Curiae* Brief in support of the Motion to Dismiss of Defendant Amazon.com, Inc. (Dkt. 84) and the Motion to Dismiss of Defendants Lindsay, Grandinetti, and Ghani (Dkt. 83).  The *amici curiae* brief is attached as **Exhibit A** hereto.  CCIA contacted Plaintiff's counsel for consent to this motion, which was refused.

## II.    IDENTITY AND INTEREST OF *AMICI CURIAE*

Movant CCIA is a non-stock, not-for-profit trade association organized under the laws of Virginia and operating pursuant to 26 U.S.C. § 501(c)(6).  CCIA represents companies offering information and communications technology products and services.  Defendant

CCIA, *ET AL*. MOTION FOR LEAVE TO FILE
BRIEF *AMICI CURIAE*
(2:23-cv-0932-JHC) - 1

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
**TEL** 206.621.6566
**FAX** 206.621.9686

1
2
3
4
5
6
7
8
9
10
11

Amazon.com, Inc. ("Amazon") is one of CCIA's members.  The full list of CCIA members is available at www.ccianet.org/members. For more than 50 years, CCIA has promoted open markets, open systems, and open networks. CCIA members employ more than 1.6 million workers, invest more than $100 billion in research and development, and contribute trillions of dollars in productivity to the global economy.  CCIA has a significant interest in this case, because many of its members, including but not limited to Amazon, employ arrangements by which consumers obtain ongoing, or subscribed, delivery of goods and services. These arrangements inure to the benefit of consumers in several respects, including convenience, efficiency, and decreased costs of service.  In fact, CCIA is participating in the new rulemaking that the Federal Trade Commission ("FTC") commenced shortly before initiating this lawsuit: the agency has sought comment on bolstering existing federal rules that govern subscription arrangements.[1]

12
13
14
15
16
17

Movant NetChoice is a national trade association of online businesses that share the goal of promoting free enterprise and free expression on the internet. NetChoice's members operate a variety of popular websites, apps, and online services, including Meta, YouTube, and Etsy. NetChoice's guiding principles are promoting consumer choice, continuing the successful policy of "light-touch" internet regulation, and fostering online competition to provide consumers with many choices. Defendant Amazon is a member of NetChoice. The full list of NetChoice's members is available at https://netchoice.org/about/#association-members.

18
19
20
21
22

Movant Chamber of Progress  is a tech-industry coalition devoted to a progressive society economy, workforce, and consumer climate. Chamber of Progress backs public policies that build a fairer, more inclusive country in which the tech industry operates responsibly and fairly, and in which all people benefit from technological leaps. Chamber of Progress seeks to protect internet freedom and free speech, to promote innovation and economic growth, and to empower

23
24

---

[1] *Negative Option Rule*, 88 Fed. Reg. 24716 (Apr. 24, 2023)(to be codified at 16 CFR Part 425).

CCIA, *ET AL.* MOTION FOR LEAVE TO FILE
BRIEF *AMICI CURIAE*
(2:23-cv-0932-JHC) - 2

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
**TEL** 206.621.6566
**FAX** 206.621.9686

1    technology customers and users. A list of Chamber of Progress' partners is available at

2    https://progresschamber.org/partners/.

3         All Movants work to preserve a competitive, accessible, and vibrant internet ecosystem.

4    As shown above, CCIA, NetChoice, and Chamber of Progress have particular expertise that can

5    assist the Court in its review of the Motions to Dismiss.

6                        **III.    GROUNDS FOR GRANTING THE MOTION**

7         The "classic role" of an *amicus curiae* is to assist a court in a case of public interest by

8    "supplementing the efforts of counsel, and drawing the court's attention to law that escaped

9    consideration." *Miller-Wohl Co. v. Comm'r of Lab. & Indus., State of Mont*., 694 F.2d 203, 204

10   (9th Cir. 1982).  "An amicus brief should normally be allowed when … the amicus has unique

11   information or perspective that can help the court beyond the help that the lawyers for the parties

12   are able to provide." *Ryan v. Commodity Futures Trading Comm'n*, 125 F.3d 1062, 1064 (7th

     Cir. 1997).

13        The Court should permit Movants to file the attached brief *amici curiae*.  CCIA,

14   NetChoice, and Chamber of Progress have significant expertise in the issues of competition and

15   consumer protection as applied to digital services and the provision of online shopping services.

16   This expertise enables Movants to provide exactly the type of "unique information [and]

     perspective," 125 F.3d at 1064, that *amicus* briefs are intended to supply.

17                              **IV.    CONCLUSION**

18        For the reasons set forth above, Movants CCIA, NetChoice, and Chamber of Progress

19   respectfully request the Court grant them leave to file the *amici curiae* brief attached hereto as

20   **Exhibit A**.

21        DATED this 25th day of October 2023.

     I certify that this motion contains 690 words, in compliance with LCR 7(e)(2).

22

23                                        By: */s/ Duncan C. Turner*
                                          Duncan Turner, Esq., WSBA No. 20597

24

     CCIA, *ET AL*. MOTION FOR LEAVE TO FILE         **BADGLEY MULLINS TURNER** PLLC
     BRIEF *AMICI CURIAE*                            19929 Ballinger Way NE, Suite 200
     (2:23-cv-0932-JHC) - 3                          Seattle, WA 98155
                                                     **TEL** 206.621.6566
                                                     **FAX** 206.621.9686

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

BADLEY MULLINS TURNER, PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
Tel. 206.340.5907
Fax 206.621.9686
dturner@badgleymullins.com
***Liaison Counsel for Prospective Amicus
Curiae***

Stephanie A. Joyce, Esq.*
Senior Vice President and Chief of Staff
COMPUTER & COMMUNICATIONS
INDUSTRY ASSOCIATION
25 Massachusetts Ave., NW, Suite 300C
Washington, DC 20001
Tel. 202.838.3173
stephaniejoyce@ccianet.org

*Application for Admission *Pro Hac Vice*
Pending

CCIA, *ET AL*. MOTION FOR LEAVE TO FILE
BRIEF *AMICI CURIAE*
(2:23-cv-0932-JHC) - 4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of October, 2023, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system which will send notification

of such filing to all counsel of record.

_s/ Yonten Dorjee_

Yonten Dorjee, Paralegal

**BADGLEY MULLINS TURNER PLLC**

Email:ydorjee@badgleymullins.com

CCIA, _ET AL_. MOTION FOR LEAVE TO FILE
BRIEF _AMICI CURIAE_
(2:23-cv-0932-JHC) - 5

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
**TEL** 206.621.6566
**FAX** 206.621.9686