THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>            Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>            Defendants. | No. 2:23-cv-0932-JHC<br><br>**(PROPOSED) ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF *AMICUS CURIAE* IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS** |

This matter, having come before the Court upon Prospective *Amicus Curiae*, Computer & Communications Industry Association, NetChoice, LLC, and Chamber of Progress' (collectively, "Prospective *Amicus Curiae*") Motion for Leave to File Brief *Amici Curiae* in Support of Defendants' Motions to Dismiss, and the Court having considered the pleading, motions, and records filed with the Court, including the following:

1. Prospective *Amicus Curiae's* Motion for Leave;

2. Responses in Opposition, if any;

3. Reply in Support, if any; and,

4. _____
   _____.

(PROPOSED) ORDER
(2:23-cv-0932-JHC) - 1

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

After considering the forgoing, the Court hereby GRANTS Prospective *Amicus Curiae's* Motion for Leave to File Brief *Amici Curiae* in Support of Defendants' Motions to Dismiss.

DATED this ____ day of _____, 2023.

_____
Honorable John H. Chun
U.S. District Judge

Presented by:

*/s/Duncan C. Turner*
Duncan C. Turner, WSBA No. 20597
BADGLEY MULLINS TURNER PLLC
19929 Ballinger Way NE, #200
Seattle, WA 98155
Tel: (206) 621-6566
Email: dturner@badgleymullins.com
*Liaison Counsel for Prospective Amicus Curiae*

Stephanie A. Joyce, Esq.*
Senior Vice President and Chief of Staff
COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION
25 Massachusetts Ave., NW, Suite 300C
Washington, DC 20001
Tel. 202.838.3173
stephaniejoyce@ccianet.org

*Application for Admission *Pro Hac Vice* Pending

(PROPOSED) ORDER
(2:23-cv-0932-JHC) - 2

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
**TEL** 206.621.6566
**FAX** 206.621.9686