The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>Defendants. | No. 2:23-cv-0932-JHC<br><br>CORPORATE DISCLOSURE STATEMENT OF PROSPECTIVE *AMICUS CURIAE* COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION |

Pursuant to Fed. R. Civ. P. 7.1 and LCR 7.1, Computer & Communications Industry Association ("CCIA") states that it is a non-profit, non-stock organization registered under the laws of Virginia. CCIA has no stock and no publicly held corporation owns 10% or more of its stock. CCIA has no parent, shareholder, member, owner, or partner requiring disclosure under LCR 7.1.

DATED this 25th day of October 2023.

By: *s/ Duncan C. Turner*
Duncan Turner, Esq., WSBA #20597
BADLEY MULLINS TURNER, PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
Tel. 206.621.6566
Fax 206.621.9686
dturner@badgleymullins.com
*Liaison Counsel for Prospective Amicus Curiae CCIA*

CCIA'S LCR 7.1 CORPORATE DISCLOSURE STATEMENT
(2:23-cv-0932-JHC) - 1

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

Stephanie A. Joyce, Esq.*
Senior Vice President and Chief of Staff
COMPUTER & COMMUNICATIONS
INDUSTRY ASSOCIATION
25 Massachusetts Ave., NW, Suite 300C
Washington, DC 20001
Tel. 202.838.3173
stephaniejoyce@ccianet.org

*Application for Admission *Pro Hac Vice* Pending

CCIA'S LCR 7.1 CORPORATE DISCLOSURE
STATEMENT
(2:23-cv-0932-JHC) - 2

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
**TEL** 206.621.6566
**FAX** 206.621.9686

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of October, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                        *s/ Yonten Dorjee*
                        Yonten Dorjee, Paralegal
                        **BADGLEY MULLINS TURNER PLLC**
                        Email:ydorjee@badgleymullins.com

CCIA'S LCR 7.1 CORPORATE DISCLOSURE STATEMENT
(2:23-cv-0932-JHC) - 3

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686