HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>    Defendants. | Civil Action No. 2:23-cv-0932-JHC<br><br>**[PROPOSED] ORDER GRANTING THE CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA'S MOTION FOR LEAVE TO FILE A BRIEF AS AMICUS CURIAE** |

[PROPOSED] ORDER MOTION FOR
LEAVE TO PARTICIPATE AS AMICUS
CURIAE
Case No. 2:23-cv-00932

Eimer Stahl LLP
224 S. Michigan Ave. Suite 1100
Chicago, IL 60604
(312) 660-7619

1

This matter comes before the Court on the Chamber of Commerce of the United States of America's Motion for Leave to File a Brief as Amicus Curiae. Having considered the Motion and the materials submitted by the parties,

IT IS HEREBY ORDERED that:

1. The Chamber's Motion for Leave to File is GRANTED.

2. The Clerk is directed to accept the Chamber's proposed amicus brief for filing.

IT IS SO ORDERED. The Clerk of Court is directed to forward copies of this order to counsel.

DATED this ___ day of _____, 2023.

_____
THE HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

*Presented by:*

Daniel D. Birk
  *pro hac vice application pending*
John K. Adams
  *pro hac vice application pending*
EIMER STAHL LLP
224 South Michigan Ave.,
Suite 1100
Chicago, IL 60604
(312) 660-7600
dbirk@eimerstahl.com
jadams@eimerstahl.com

*Counsel for Amicus Curiae the Chamber of Commerce of the United States of America*

[PROPOSED] ORDER MOTION FOR LEAVE TO PARTICIPATE AS AMICUS CURIAE
Case No. 2:23-cv-00932

Eimer Stahl LLP
224 S. Michigan Ave. Suite 1100
Chicago, IL 60604
(312) 660-7619

2

Jackson Wilder Maynard Jr.
Maynard Law PLLC
WSBA No. 43481
111 21st Ave SW
Olympia, WA 98501
(850) 519-3495
jackson@maynardlawpllc.com

*Local Counsel for Amicus Curiae the Chamber of Commerce of the United States of America*