The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>Defendants. | No. 2:23-cv-0932-JHC<br><br>CORPORATE DISCLOSURE STATEMENT OF PROSPECTIVE *AMICUS CURIAE* NETCHOICE, LLC |

Pursuant to Fed. R. Civ. P. 7.1 and LCR 7.1, NetChoice, LLC ("NetChoice") is a not-for-profit trade association organized under the laws of the District of Columbia and operating pursuant to 26 U.S.C. § 501(c)(6). It has no parent corporation and no publicly held corporation that owns 10% or more of its stock. NetChoice has no parent, shareholder, member, owner, or partner requiring disclosure under LCR 7.1.

DATED this 25th day of October 2023.

By: *s/ Duncan C. Turner*
Duncan Turner, Esq., WSBA #20597
BADLEY MULLINS TURNER, PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
Tel. 206.621.6566
Fax 206.621.9686
dturner@badgleymullins.com
*Liaison Counsel for Prospective Amicus Curiae NetChoice, LLC*

NETCHOICE'S LCR 7.1 CORPORATE
DISCLOSURE STATEMENT
(2:23-cv-0932-JHC) - 1

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
**TEL** 206.621.6566
**FAX** 206.621.9686

Stephanie A. Joyce, Esq.*
Senior Vice President and Chief of Staff
COMPUTER & COMMUNICATIONS
INDUSTRY ASSOCIATION
25 Massachusetts Ave., NW, Suite 300C
Washington, DC 20001
Tel. 202.838.3173
stephaniejoyce@ccianet.org

*Application for Admission *Pro Hac Vice* Pending

NETCHOICE'S LCR 7.1 CORPORATE
DISCLOSURE STATEMENT
(2:23-cv-0932-JHC) - 2

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
**TEL** 206.621.6566
**FAX** 206.621.9686

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of October, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Yonten Dorjee*
Yonten Dorjee, Paralegal
**BADGLEY MULLINS TURNER PLLC**
Email:ydorjee@badgleymullins.com

NETCHOICE'S LCR 7.1 CORPORATE
DISCLOSURE STATEMENT
(2:23-cv-0932-JHC) - 3

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
**TEL** 206.621.6566
**FAX** 206.621.9686