The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>Defendants. | No. 2:23-cv-0932-JHC<br><br>CORPORATE DISCLOSURE STATEMENT OF PROSPECTIVE *AMICUS CURIAE* CHAMBER OF PROGRESS |

Pursuant to Fed. R. Civ. P. 7.1 and LCR 7.1, Chamber of Progress ("CHOP") states that it is a nonprofit entity organized under Section 501(c) of the Internal Revenue Code created in and existing under the laws of Virginia. No publicly held company owns 10 percent or more of Chamber of Progress. A list of Chamber of Progress' partners is available at https://progresschamber.org/partners/. CHOP has no parent, shareholder, member, owner, or partner requiring disclosure under LCR 7.1.

DATED this 25th day of October 2023.

By: *s/ Duncan C. Turner*
Duncan Turner, Esq., WSBA #20597
BADLEY MULLINS TURNER, PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
Tel. 206.621.6566
Fax 206.621.9686
dturner@badgleymullins.com
*Liaison Counsel for Prospective Amicus Curiae Chamber of Progress*

CHAMBER OF PROGRESS' LCR 7.1
CORPORATE DISCLOSURE STATEMENT
(2:23-cv-0932-JHC) - 1

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

| | |
|---|---|
| 1 | Stephanie A. Joyce, Esq.* |
| 2 | Senior Vice President and Chief of Staff |
|   | COMPUTER & COMMUNICATIONS |
| 3 | INDUSTRY ASSOCIATION |
|   | 25 Massachusetts Ave., NW, Suite 300C |
| 4 | Washington, DC 20001 |
|   | Tel. 202.838.3173 |
| 5 | stephaniejoyce@ccianet.org |
|   | *Application for Admission *Pro Hac Vice* |
| 6 | Pending |

CHAMBER OF PROGRESS' LCR 7.1
CORPORATE DISCLOSURE STATEMENT
(2:23-cv-0932-JHC) - 2

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
**TEL** 206.621.6566
**FAX** 206.621.9686

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of October, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Yonten Dorjee*
Yonten Dorjee, Paralegal
**BADGLEY MULLINS TURNER PLLC**
Email:ydorjee@badgleymullins.com

CHAMBER OF PROGRESS' LCR 7.1
CORPORATE DISCLOSURE STATEMENT
(2:23-cv-0932-JHC) - 3

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686