HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>Defendant. | Case No. 2:23-cv-0932-JHC<br><br>**NOTICE OF APPEARANCE OF BRIAN D. BUCKLEY** |

Amicus Curiae Interactive Advertising Bureau ("IAB"), files this Notice of Appearance and hereby notifies the Court that Brian D. Buckley, of the law firm of Fenwick & West LLP, is hereby appearing as local counsel for IAB in the above-referenced matter.

Mr. Buckley's email addresses, for purposes of receipt of Notices of Electronic Filing, are: bbuckley@fenwick.com and ashafranskaya@fenwick.com. For other purposes, contact information for counsel is set forth below. IAB requests that Mr. Buckley be included on the Court's and parties' services lists.

/ /

/ /

/ /

/ /

/ /

/ /

BUCKLEY NOTICE OF APPEARANCE        - 1 -
Case No. 2:23-CV-0932-JHC

FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

Dated: October 25, 2023

Respectfully submitted,

FENWICK & WEST LLP

By: *s/Brian D. Buckley*
Brian D. Buckley, WSBA No. 26423
401 Union St., 5th Floor
Seattle, WA 98101
Telephone:   206.389.4510
Facsimile:   206.389.4511
Email:   bbuckley@fenwick.com

Attorney for Amicus Curiae Interactive Advertising Bureau

BUCKLEY NOTICE OF APPEARANCE
Case No. 2:23-CV-0932-JHC

- 2 -

FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE  206.389.4511