HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>Defendant. | Case No. 2:23-cv-0932-JHC<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1(a) and LCR 7.1, Amicus Curiae Interactive Advertising Bureau, Inc. states that it has no parent company, and no publicly held corporation owns 10% or more of its stock.

Dated: October 25, 2023                                        Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP

Corey W. Roush (*pro hac vice* pending)
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, DC 20006
Telephone:     (202) 887-4000
Email:            croush@akingump.com

*Attorneys for Amicus Curiae Interactive Advertising Bureau*

FENWICK & WEST LLP

By: */s/ Brian D. Buckley*
Brian D. Buckley, WSBA No. 26423
401 Union Street, 5th Floor
Seattle, WA  98101
Telephone:    (206) 389-4510
Facsimile:     (206) 389-4511
Email:           bbuckley@fenwick.com

IAB
CORPORATE DISCLOSURE STATEMENT
(2:23-cv-0932-JHC) - 1

Akin Gump Strauss Hauer & Feld IAB
2001 K Street NW
Washington, DC 20006
(202) 887-4000