The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | No. 2:23-cv-0932-JHC |
| Plaintiff, | NOTICE OF APPEARANCE |
| v. | |
| AMAZON.COM, INC., *et al.*,, | |
| Defendants. | |

YOU AND EACH OF YOU will please take notice that the Association of Corporate Counsel ("ACC") hereby appears in the above-entitled action and requests that all further papers and pleadings, except original process, be served upon the undersigned attorneys at the address below stated.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

NOTICE OF APPEARANCE - 1
(2:23-cv-0932-JHC)

Snell & Wilmer
506 Second Avenue, Suite 1400
Seattle, Washington 98104
425.748.5055

| | |
|---|---|
| DATED this 25th day of October, 2023 | SNELL & WILMER LLP<br>Cooperating Attorneys for ASSOCIATION OF CORPORATE COUNSEL<br><br>By /s/ Clifford S. Davidson<br>   Clifford S. Davidson, WSBA 48313<br>   506 Second Avenue, Suite 1400<br>   Seattle, WA 98104<br>   T: (425) 748-5055<br>   F: (503) 624-6888<br>   csdavidson@swlaw.com<br><br>BAKER BOTTS LLP<br>Cooperating Attorneys for ASSOCIATION OF CORPORATE COUNSEL<br><br>Maureen K. Ohlhausen, *pro hac vice* to be filed<br>Andrew T. George, *pro hac vice* to be filed<br>700 K Street, N.W.<br>Washington, DC 20001-5692<br>T: (202) 639-7726<br>F: (202) 585-1064<br>Maureen.ohlhausen@bakerbotts.com<br>Andrew.george@bakerbotts.com<br><br>*Attorneys for Proposed Amicus Curiae Association of Corporate Counsel* |

4866-5427-3674

NOTICE OF APPEARANCE - 2
(2:23-cv-0932-JHC)

Snell & Wilmer
506 Second Avenue, Suite 1400
Seattle, Washington 98104
425.748.5055