The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., *et al.*,,<br><br>Defendants. | No. 2:23-cv-0932-JHC<br><br>CORPORATE DISCLOSURE STATEMENT OF PROPOSED *AMICUS CURIAE* ASSOCIATION OF CORPORATE COUNSEL |

Pursuant to Fed. R. Civ. P. 7.1 and LCR 7.1, Association of Corporate Counsel ("ACC") states it is a nonprofit organization with no parent corporation, and no publicly held corporation owns 10% or more of its stock. The ACC has no parent, shareholder, member, owner, or partner requiring disclosure under LCR 7.1.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

CORPORATE DISCLOSURE STATEMENT OF
ASSOCIATION OF CORPORATE COUNSEL - 1
(2:23-cv-0932-JHC)

Snell & Wilmer
506 Second Avenue, Suite 1400
Seattle, Washington 98104
425.748.5055

| | |
|---|---|
| DATED this 25th day of October, 2023 | SNELL & WILMER LLP<br>Cooperating Attorneys for ASSOCIATION OF CORPORATE COUNSEL<br><br>By */s/ Clifford S. Davidson*<br>   Clifford S. Davidson, WSBA 48313<br>   506 Second Avenue, Suite 1400<br>   Seattle, WA 98104<br>   T: (425) 748-5055<br>   F: (503) 624-6888<br>   csdavidson@swlaw.com<br><br>BAKER BOTTS LLP<br>Cooperating Attorneys for ASSOCIATION OF CORPORATE COUNSEL<br><br>Maureen K. Ohlhausen, *pro hac vice* to be filed<br>Andrew T. George, *pro hac vice* to be filed<br>700 K Street, N.W.<br>Washington, DC 20001-5692<br>T: (202) 639-7726<br>F: (202) 585-1064<br>Maureen.ohlhausen@bakerbotts.com<br>Andrew.george@bakerbotts.com<br><br>*Attorneys for Proposed Amicus Curiae*<br>*Association of Corporate Counsel* |

4884-1162-1514

CORPORATE DISCLOSURE STATEMENT OF
ASSOCIATION OF CORPORATE COUNSEL - 2
(2:23-cv-0932-JHC)

Snell & Wilmer
506 Second Avenue, Suite 1400
Seattle, Washington 98104
425.748.5055