HONORABLE JOHN H. CHUN

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>       Plaintiff,<br><br>  v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>       Defendant. | Case No. 2:23-cv-0932-JHC<br><br>**MOTION FOR LEAVE TO FILE** ***AMICUS CURIAE*** **BRIEF BY INTERACTIVE ADVERTISING BUREAU IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS**<br><br><u>NOTE ON MOTION CALENDAR:</u><br>November 10, 2023 |

## I.  INTRODUCTION

The Interactive Advertising Bureau ("IAB") hereby respectfully submits this Motion for Leave to File an *Amicus Curiae* Brief in support of Defendant Amazon.com, Inc.'s Motion to Dismiss (Dkt. #84).  Counsel for Amazon did not oppose the filing of IAB's amicus brief.  IAB also contacted Counsel for the FTC, who declined to consent.

## II.  IDENTITY AND INTEREST OF *AMICUS CURIAE*

*Amicus curiae*, IAB, founded in 1996 and headquartered in New York City represents over 700 leading media companies, brand marketers, agencies, and technology companies that are responsible for selling, delivering, and optimizing digital advertising and marketing campaigns. Together, our members account for 86 percent of online advertising expenditures in the United States.  Working with our member companies, the IAB develops both technical standards and best practices for our industry.  In addition, the IAB fields critical consumer and market research on

IAB'S MOT. FOR LEAVE TO FILE AMICUS BRIEF
(2:23-cv-0932-JHC) - 1
4883-9825-0374v.1 0051461-005818

interactive advertising, while also educating brands, agencies, and the wider business community on the importance of digital marketing.  The organization is committed to professional development and elevating the knowledge, skills, expertise, and diversity of the workforce across the digital advertising and marketing industry.  Through the work of our public policy office in Washington, D.C., IAB advocates for our members and promotes the value of the interactive advertising industry to legislators and policymakers.

## III.    REASONS WHY THE MOTION SHOULD BE GRANTED

District courts have "broad discretion" to appoint *amici curiae*.  *Skokomish Indian Tribe v. Goldmark*, 2013 WL 5720053, at *1 (W.D. Wash. Oct. 21, 2013) (quoting *Hoptowit v. Ray,* 682 F.2d 1237, 1260 (9th Cir. 1982)).  "District courts frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has 'unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.'"  *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 355 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005) (quoting *Cobell v. Norton,* 246 F. Supp. 2d 59, 62 (D.D.C. 2003)).  The Court should exercise its discretion to permit IAB to file the attached *amicus* brief.  IAB has deep expertise on issues of digital advertising and marketing. This background positions IAB to provide exactly the type of "unique information [and] perspective" that *amicus* briefs are intended to supply.

## IV.    CONCLUSION

For the reasons set forth above, the proposed *amicus* IAB respectfully requests the Court grant it leave to file the *amicus curiae* brief attached as Exhibit A.

Dated: October 25, 2023                   Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP     FENWICK & WEST LLP

Corey W. Roush (*pro hac vice* pending)      By: */s/ Brian D. Buckley*
Robert S. Strauss Tower                    Brian D. Buckley, WSBA No. 26423
2001 K Street, N.W.                        401 Union Street, 5th Floor
Washington, DC 20006                       Seattle, WA  98101
Telephone:     (202) 887-4000              Telephone:     (206) 389-4510
Email:         croush@akingump.com         Facsimile:     (206) 389-4511
                                           Email:         bbuckley@fenwick.com

*Attorneys for Amicus Curiae Interactive*
*Advertising Bureau*

1

**LCR 7(E) WORD-COUNT CERTIFICATION**

2

    As required by Western District of Washington Local Civil Rule 7(e), I certify that this

3

memorandum contains 408 words.

4

5

Dated:  October 25, 2023

6

                                    FENWICK & WEST LLP

7

8

                                    By: */s/ Brian D. Buckley*
                                        Brian D. Buckley

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27