THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>                Defendants. | No. 2:23-cv-0932-JHC<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE INTERACTIVE ADVERTISING BUREAU, INC.'S IN SUPPORT OF DEFENDANT AMAZON.COM, INC.'S MOTION TO DISMISS AMENDED COMPLAINT** |

This matter came before the Court on the Motion for Leave to File Brief of Amicus Curiae Interactive Advertising Bureau, Inc. ("IAB") in Support of Defendant Amazon.com, Inc.'s Motion to Dismiss Amended Complaint, Dkt. 84, which was filed on October 18, 2023. Upon consideration of IAB's Motion and record thereon, and finding it supported by good cause, it is hereby

**ORDERED** that IAB's Motion is **GRANTED**; and it is further

**ORDERED** that the Clerk is directed to file the Proposed Brief of Amicus Curiae IAB in Support of Defendant Amazon.com, Inc.'s Motion to Dismiss the Amended Complaint.

DATED this _____ day of _____, 2023.

_____
The Honorable John H. Chun
United States District Judge

[PROPOSED] ORDER GRANTING MOTION FOR
LEAVE TO FILE BRIEF OF AMICUS CURIAE IAB
(2:23-cv-0932-JHC) - 1

Akin Gump Strauss Hauer & Feld LLP
2001 K Street NW
Washington, DC 20006
(202) 887-4000

Presented by:

FENWICK & WEST LLP

By: */s/ Brian D. Buckley*
  Brian D. Buckley, WSBA No. 26423
  401 Union Street, 5th Floor
  Seattle, WA  98101
  Tel.: (206) 389-4510
  Email: bbuckley@fenwick.com

AKIN GUMP STRAUSS HAUER & FELD LLP
  Corey W. Roush (*pro hac vice* pending)
  Robert S. Strauss Tower
  2001 K Street, N.W.
  Washington, DC 20006
  Tel.: (202) 887-4000
  Email: croush@akingump.com

*Attorneys for Amicus Curiae Interactive Advertising Bureau*

[PROPOSED] ORDER GRANTING MOTION FOR
LEAVE TO FILE BRIEF OF AMICUS CURIAE IAB
(2:23-cv-0932-JHC) - 2

Akin Gump Strauss Hauer & Feld LLP
2001 K Street NW
Washington, DC 20006
(202) 887-4000