The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | No. 2:23-cv-0932-JHC |
| Plaintiff, | [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF BY ASSOCIATION OF CORPORATE COUNSEL |
| v. | |
| AMAZON.COM, INC., *et al.*,, | |
| Defendants. | |

This Matter came before the Court on the Motion of Association of Corporate Counsel as Amicus Curiae for Leave to File Amicus in Support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint ("Motion to Dismiss"). The Court, having considered the Motion and all other papers submitted in support of and in opposition to the Motion, hereby GRANTS the Motion for Leave. The amicus brief attached as Exhibit A to the Motion for Leave is hereby deemed filed.

IT IS SO ORDERED this ___ day of _____, 2023.

_____
The Honorable John H. Chun
United States District Judge

/ / /

/ / /

/ / /

[PROPOSED] ORDER GRANTING MOTION
FOR LEAVE TO FILE AMICUS BRIEF - 1
(2:23-cv-0932-JHC)

Snell & Wilmer
506 Second Avenue, Suite 1400
Seattle, Washington 98104
425.748.5055

1  Presented by:

2  SNELL & WILMER LLP
   Cooperating Attorneys for
3  Association of Corporate Counsel

4

   */s/ Clifford S. Davidson*
5  Clifford S. Davidson, WSBA 48313
   506 Second Ave, Suite 1400
6  Seattle WA 98104
   T: (425) 748-5055
7  F: (503) 624-6888
   csdavidson@swlaw.com
8
   BAKER BOTTS LLP
9  Cooperating Attorneys for
   Association of Corporate Counsel
10
   Maureen K. Ohlhausen, *pro hac vice* to be filed
11 Andrew T. George, *pro hac vice* to be filed
   700 K Street, N.W.
12 Washington, DC 20001-5692
   T: (202) 639-7726
13 F: (202) 585-1064
   maureen.ohlhausen@bakerbotts.com
14 andrew.george@bakerbotts.com

15 Attorneys for Proposed *Amicus Curiae*
   Association of Corporate Counsel
16 4854-1059-7002

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING MOTION
FOR LEAVE TO FILE AMICUS BRIEF - 2
(2:23-cv-0932-JHC)

Snell & Wilmer
506 Second Avenue, Suite 1400
Seattle, Washington 98104
425.748.5055