UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMISSION, | CASE NO. 2:23-cv-00932-JHC |
| Plaintiff, | ORDER |
| v. | |
| AMAZON.COM, INC., et al., | |
| Defendants. | |

    This matter comes before the Court on motions for leave to file briefing as amicus curiae by Computer & Communications Industry Association, NetChoice, LLC, and Chamber of Progress, Dkt. # 96; Chamber of Commerce of the United States of America, Dkt. # 98; The Interactive Advertising Bureau, Dkt. # 106; and the Association of Corporate Counsel, Dkt. # 107.

    The Court has considered all papers submitted in connection with the motions, pertinent portions of the record, and the applicable law.

    Being fully advised, the Court GRANTS the motions.

//

//

ORDER - 1

Dated this 13th day of November, 2023.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 2