The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>    Defendants. | No. 2:23-cv-0932-JHC<br><br>**JOINT MOTION FOR ENTRY OF STIPULATED ORDER PURSUANT TO FEDERAL RULE OF EVIDENCE 502(D)**<br><br>**NOTE ON MOTION CALENDAR:**<br>**November 14, 2023** |

The parties, by and through their attorneys of record, respectfully request that the Court enter the attached Proposed Stipulated Federal Rule of Evidence 502(d) Order.

In support of this Motion, the parties state as follows:

1. Federal Rule of Evidence 502(d) permits the Court to "order that the [attorney-client] privilege or [work-product] protection is not waived by disclosure connected with the litigation pending before the court—in which event the disclosure is also not a waiver in any other federal or statement proceeding."

2. Consistent with Rule 502(d), the Court's Model Stipulated Protective Order includes a provision stating that "the production of any documents, electronically stored information (ESI) or information, whether inadvertent or otherwise, in this proceeding shall not, for the purposes of this proceeding or any other federal or state proceeding, constitute a waiver by the producing party of any privilege applicable to those documents."

JOINT MOTION FOR ENTRY OF
FED. R. EVID. 502(D) ORDER
Case No. 2:23-cv-0932-JHC - 1

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC 20580
(202) 326-3320

3. The parties have supplemented the Court's model Rule 502(d) order language with procedures regarding the handling of potentially privileged information. The attached Proposed Order memorializes the parties' agreement.

Stipulated to and respectfully submitted this 14th day of November, 2023, by:

        FEDERAL TRADE COMMISSION
        *Attorneys for Plaintiff*

        By */s/ Evan Mendelson*
            Evan Mendelson, D.C. Bar #996765
            Olivia Jerjian, D.C. Bar #1034299
            Thomas Maxwell Nardini, IL Bar #6330190
            600 Pennsylvania Avenue NW
            Washington, DC  20580
            (202) 326-3320; emendelson@ftc.gov
            (202) 326-2749; ojerjian@ftc.gov
            (202) 326-2812; tnardini@ftc.gov

            Colin D. A. McDonald, WSBA # 55243
            Federal Trade Commission
            915 Second Ave., Suite 2896
            Seattle, WA 98174
            (206) 220-4474; cmacdonald@ftc.gov

        *Approved and Agreed To By:*

        DAVIS WRIGHT TREMAINE LLP

        By *s/ Kenneth E. Payson*
        Kenneth E. Payson, WSBA #26369
        James Howard, WSBA #37259
        920 Fifth Avenue, Suite 3300
        Seattle, WA 98104-1610
        Telephone: (206) 622-3150
        Fax: (206) 757-7700
        E-mail: kenpayson@dwt.com
                jimhoward@dwt.com

        COVINGTON & BURLING LLP

        Stephen P. Anthony*
        Laura Flahive Wu*

JOINT MOTION FOR ENTRY OF
FED. R. EVID. 502(D) ORDER
Case No. 2:23-cv-0932-JHC - 2

        Federal Trade Commission
        600 Pennsylvania Avenue N.W.
        Washington, DC 20580
        (202) 326-3320

Laura M. Kim*
John D. Graubert*
850 Tenth Street, NW
Washington, DC 20001
Telephone: (206) 662-5105
E-mail: santhony@cov.com
      lflahivewu@cov.com
      lkim@cov.com
      jgraubert@cov.com

John E. Hall*
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-6855
E-mail: jhall@cov.com

Megan L. Rodgers*
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 632-4734
E-mail: mrodgers@cov.com

HUESTON HENNIGAN LLP

John C. Hueston*
Moez M. Kaba*
Joseph A. Reiter*
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
E-mail: jhueston@hueston.com
      mkaba@hueston.com
      jreiter@hueston.com

*Admitted pro hac vice on behalf of Defendant Amazon.com, Inc. and pro hac vice application forthcoming on behalf of Defendants Lindsay, Grandinetti, and Ghani*

Attorneys for Defendants
AMAZON.COM, INC., LINDSAY, GRANDINETTI, AND GHANI

JOINT MOTION FOR ENTRY OF
FED. R. EVID. 502(D) ORDER
Case No. 2:23-cv-0932-JHC - 3

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC 20580
(202) 326-3320