The Honorable John H. Chun

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

AMAZON.COM, INC., *et al.,*

    Defendants.

No. 2:23-cv-0932-JHC

**PRAECIPE TO AMEND APPLICATIONS FOR LEAVE TO APPEAR *PRO HAC VICE***

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

On July 10, 2023, attorneys John D. Graubert; John E. Hall; Laura Flahive Wu; Laura M. Kim; Megan L. Rodgers; Stephen P. Anthony; John C. Hueston; Joseph A. Reiter; and Moez M. Kaba ("*pro hac vice* counsel") applied for permission to appear and participate as *pro hac vice* counsel on behalf of Defendant Amazon.com, Inc., (*see* Dkts. 18–26), and the Court admitted the attorneys *pro hac vice* on July 11, 2023, and July 14, 2023. *See* Dkts. 27–33, 35, 39. On September 20, 2023, Plaintiff Federal Trade Commission filed its Amended Complaint (*see* Dkt. No. 67), which named Defendants Neil Lindsay, Russell Grandinetti, and Jamil Ghani. On October 18, 2023, Kenneth E. Payson and James Howard appeared as local counsel for Lindsay, Grandinetti, and Ghani. *See* Dkt. 82. Kenneth E. Payson and James Howard now respectfully request that the applications for the *pro hac vice* counsel to appear on behalf of Amazon.com, Inc. (*see* Dkts. 18–26) be amended to also apply for permission to appear and participate as counsel in this matter on behalf of Defendants Lindsay, Grandinetti, and Ghani.

PRAECIPE
(2:23-cv-0932-JHC) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1       DATED this 28th day of November, 2023.

2

3                                          DAVIS WRIGHT TREMAINE LLP

4                                          By *s/ Kenneth E. Payson*
                                              Kenneth E. Payson, WSBA #26369
5
                                           By *s/ James Howard*
6                                             James Howard, WSBA #37259
                                              920 Fifth Avenue, Suite 3300
7                                             Seattle, WA  98104-1610
                                              Telephone: (206) 622-3150
8                                             Fax: (206) 757-7700
                                              E-mail: kenpayson@dwt.com
9                                                      jimhoward@dwt.com

10
                                           COVINGTON & BURLING LLP
11
                                           By *s/ Stephen P. Anthony*
12                                            Stephen P. Anthony*

13                                         By *s/ Laura Flahive Wu*
                                              Laura Flahive Wu*
14
                                           By *s/ Laura M. Kim*
15                                            Laura M. Kim*

16                                         By *s/ John D. Graubert*
                                              John D. Graubert*
17                                            850 Tenth Street, NW
                                              Washington, DC  20001
18                                            Telephone: (206) 662-5105
                                              E-mail: santhony@cov.com
19                                                     lflahivewu@cov.com
                                                       lkim@cov.com
20                                                     jgraubert@cov.com

21
                                           By *s/ John E. Hall*
22                                            John E. Hall*
                                              415 Mission Street, Suite 5400
23                                            San Francisco, CA  94105
                                              Telephone: (415) 591-6855
24                                            E-mail: jhall@cov.com

25
                                           By *s/ Megan L. Rodgers*
26                                            Megan L. Rodgers*
                                              3000 El Camino Real
27                                            Palo Alto, CA  94306

Telephone: (650) 632-4734
E-mail: mrodgers@cov.com

HUESTON HENNIGAN LLP

By *s/ John C. Hueston*
    John C. Hueston*

By *s/ Moez M. Kaba*
    Moez M. Kaba*

By *s/ Joseph A. Reiter*
    Joseph A. Reiter*
    523 West 6th Street, Suite 400
    Los Angeles, CA  90014
    Telephone: (213) 788-4340
    E-mail: jhueston@hueston.com
        mkaba@hueston.com
        jreiter@hueston.com

*admitted pro hac vice on behalf of Defendant Amazon.com, Inc. and pro hac vice pending on behalf of Defendants Lindsay, Grandinetti, and Ghani*

Attorneys for Defendants Amazon.com, Inc., Lindsay, Grandinetti, and Ghani

PRAECIPE
(2:23-cv-0932-JHC) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax