The Honorable John H. Chun

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>Defendants. | **Case No. 2:23-cv-0932-JHC**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO EXCEED WORD LIMIT FOR MOTION TO COMPEL** |

Plaintiff Federal Trade Commission having filed its Motion For Leave to Exceed Word Limit for Motion to Compel (Dkt. #134), and the Court having considered all filings, memoranda of law, and exhibits concerning this matter, the Motion is GRANTED. The Court hereby ORDERS that Plaintiff's Motion to Compel shall not exceed 5,200 words.

**IT IS SO ORDERED.**

Dated this ___ day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER TO EXCEED WORD LIMIT
Case No. 2:23-cv-0932-JHC

1

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, D.C. 20580
(202) 326-3320

Presented by:

/s/ Evan Mendelson
Evan Mendelson, DC Bar #996765
Olivia Jerjian, DC Bar #1034299
Thomas Maxwell Nardini, IL Bar #6330190
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington DC 20580
(202) 326-3320; emendelson@ftc.gov (Mendelson)
(202) 326-2749; ojerjian@ftc.gov (Jerjian)
(202) 326-2812; tnardini@ftc.gov (Nardini)

Colin D. A. MacDonald, WSBA # 55243
Federal Trade Commission
915 Second Ave., Suite 2896
Seattle, WA 98174
(206) 220-4474; cmacdonald@ftc.gov (MacDonald)

ATTORNEYS FOR PLAINTIFF
FEDERAL TRADE COMMISSION

[PROPOSED] ORDER TO EXCEED WORD LIMIT
Case No. 2:23-cv-0932-JHC

2

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, D.C.20580
(202) 326-3320