UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>  Defendants. | Case No. 2:23-cv-0932-JHC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO EXCEED WORD LIMIT FOR MOTION TO COMPEL |

This matter comes before the Court on Plaintiff Federal Trade Commission's Motion For Leave to Exceed Word Limit for Motion to Compel. Dkt. #134. The Court, having considered the filing, GRANTS the motion. The Court hereby ORDERS that Plaintiff's Motion to Compel shall not exceed 5,200 words.

**IT IS SO ORDERED.**

Dated this 23rd day of January, 2024.

*John H. Chun*
John. H. Chun
UNITED STATES DISTRICT JUDGE