The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>  Defendants. | No. 2:23-cv-0932-JHC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CROSS-MOTIONS FOR PROTECTIVE ORDER**<br><br>**NOTE ON MOTION CALENDAR: January 24, 2024** |

## STIPULATED MOTION

The parties, by and through their attorneys of record, respectfully request that the Court enter the proposed Order set forth below, which permits a party resisting a motion to compel discovery to do so without any requirement that it file a separate cross-motion for a protective order.

In support of this request, the parties represent the following to the Court:

1. The parties are in ongoing negotiations regarding discovery issues.

2. The parties agree that if, despite their best efforts, judicial intervention is needed to resolve their disputes, they would like to make the process as efficient as possible for the Court and parties.

3. To further this goal, the parties agree that a party resisting a motion to compel discovery may, at the party's election, oppose the motion to compel in an opposition brief without the need to file a cross-motion for a protective order.

STIPULATED MOTION AND [PROPOSED] ORDER
REGARDING CROSS-MOTIONS FOR PROTECTIVE ORDER
(2:23-cv-0932-JHC) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

4. Accordingly, the parties stipulate as follows and jointly request that the Court enter the following order approving that stipulation:

   a. A cross-motion for a protective order will not be required from any party to fully resist a motion to compel without waiving any rights or privileges.

   b. Any party at its election may also affirmatively move or cross-move for a protective order pursuant to LCR 7(k) should it choose to do so.

Stipulated to and respectfully submitted this 24th day of January, 2024, by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Defendants*

By s/ Kenneth E. Payson
Kenneth E. Payson, WSBA #26369
James Howard, WSBA #37259
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Fax: (206) 757-7700
E-mail: kenpayson@dwt.com
         jimhoward@dwt.com

COVINGTON & BURLING LLP

Stephen P. Anthony*
Laura Flahive Wu*
Laura M. Kim*
John D. Graubert*
850 Tenth Street, NW
Washington, DC 20001
Telephone: (206) 662-5105
E-mail: santhony@cov.com
         lflahivewu@cov.com
         lkim@cov.com
         jgraubert@cov.com

John E. Hall*
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-6855
E-mail: jhall@cov.com

Megan L. Rodgers*
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 632-4734
E-mail: mrodgers@cov.com

STIPULATED MOTION AND [PROPOSED] ORDER
REGARDING CROSS-MOTIONS FOR PROTECTIVE ORDER
(2:23-cv-0932-JHC) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

HUESTON HENNIGAN LLP

John C. Hueston*
Moez M. Kaba*
Joseph A. Reiter*
523 West 6th Street, Suite 400
Los Angeles, CA  90014
Telephone: (213) 788-4340
E-mail: jhueston@hueston.com
mkaba@hueston.com
jreiter@hueston.com

*Admitted pro hac vice

Approved and Agreed To By:

FEDERAL TRADE COMMISSION
Attorneys for Plaintiff

By s/ Thomas Maxwell Nardini
Evan Mendelson, D.C. Bar #996765
Olivia Jerjian, D.C. Bar #1034299
Thomas Maxwell Nardini, IL Bar #6330190
600 Pennsylvania Avenue NW
Washington, DC  20580
(202) 326-3320; emendelson@ftc.gov
(202) 326-2749; ojerjian@ftc.gov
(202) 326-2812; tnardini@ftc.gov

Colin D. A. McDonald, WSBA # 55243
Federal Trade Commission
915 Second Ave., Suite 2896
Seattle, WA 98174
(206) 220-4474; cmacdonald@ftc.gov

STIPULATED MOTION AND [PROPOSED] ORDER
REGARDING CROSS-MOTIONS FOR PROTECTIVE ORDER
(2:23-cv-0932-JHC) - 3

Davis Wright Tremaine LLP
Law Offices
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

## ORDER

Based on the foregoing, IT IS SO ORDERED.

DATED this _____ day of _____, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented By:
DAVIS WRIGHT TREMAINE LLP
*Attorneys for Defendant*

By *s/ Kenneth E. Payson*
    Kenneth E. Payson, WSBA #26369
    James Howard, WSBA #37259
    920 Fifth Avenue, Suite 3300
    Seattle, WA 98104-1610
    Telephone: (206) 622-3150
    Fax: (206) 757-7700
    E-mail: kenpayson@dwt.com
            jimhoward@dwt.com

COVINGTON & BURLING LLP

    Stephen P. Anthony*
    Laura Flahive Wu*
    Laura M. Kim*
    John D. Graubert*
    850 Tenth Street, NW
    Washington, DC 20001
    Telephone: (206) 662-5105
    E-mail: santhony@cov.com
            lflahivewu@cov.com
            lkim@cov.com
            jgraubert@cov.com


    John E. Hall*
    415 Mission Street, Suite 5400
    San Francisco, CA 94105
    Telephone: (415) 591-6855
    E-mail: jhall@cov.com


    Megan L. Rodgers*
    3000 El Camino Real
    Palo Alto, CA 94306
    Telephone: (650) 632-4734
    E-mail: mrodgers@cov.com

STIPULATED MOTION AND [PROPOSED] ORDER
REGARDING CROSS-MOTIONS FOR PROTECTIVE ORDER
(2:23-cv-0932-JHC) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

HUESTON HENNIGAN LLP

    John C. Hueston*
    Moez M. Kaba*
    Joseph A. Reiter*
    523 West 6th Street, Suite 400
    Los Angeles, CA 90014
    Telephone: (213) 788-4340
    E-mail: jhueston@hueston.com
           mkaba@hueston.com
           jreiter@hueston.com

*Admitted pro hac vice

FEDERAL TRADE COMMISSION
*Attorneys for Plaintiff*

By s/ Thomas Maxwell Nardini
    Evan Mendelson, D.C. Bar #996765
    Olivia Jerjian, D.C. Bar #1034299
    Thomas Maxwell Nardini, IL Bar #6330190
    600 Pennsylvania Avenue NW
    Washington, DC 20580
    (202) 326-3320; emendelson@ftc.gov
    (202) 326-2749; ojerjian@ftc.gov
    (202) 326-2812; tnardini@ftc.gov

    Colin D. A. McDonald, WSBA # 55243
    Federal Trade Commission
    915 Second Ave., Suite 2896
    Seattle, WA 98174
    (206) 220-4474; cmacdonald@ftc.gov

STIPULATED MOTION AND [PROPOSED] ORDER
REGARDING CROSS-MOTIONS FOR PROTECTIVE ORDER
(2:23-cv-0932-JHC) - 5

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax