The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FEDERAL TRADE COMMISSION,

    Plaintiff,

  v.

AMAZON.COM, INC., *et al.*,

    Defendants.

Case No. 2:23-cv-0932

[PROPOSED] STIPULATED ORDER TO SEAL MATERIAL CITED IN PLAINTIFF'S MOTION TO COMPEL

Plaintiff Federal Trade Commission ("FTC") and Defendant Amazon.com, Inc. ("Amazon"), having filed the Stipulated Motion to Seal Material Cited in Plaintiff's Motion to Compel ("Stipulated Motion") (Dkt. #138), and the Court having considered all filings concerning this matter, the Stipulated Motion is GRANTED. The Court hereby ORDERS that the Sealed Material, as described in paragraph 5 of the Stipulated Motion, is hereby sealed.

**IT IS SO ORDERED.**

[PROPOSED] STIPULATED ORDER TO SEAL
DOCUMENTS CITED IN MOTION TO COMPEL
Case No. 2:23-cv-0932

1

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

1  Dated this ___ day of January, 2024.

2  _____
   UNITED STATES DISTRICT JUDGE

3

4  Presented by:

5

   /s/ *Evan Mendelson*_____
6  EVAN MENDELSON (DC Bar #996765)
   OLIVIA JERJIAN (DC Bar #1034299)
7  THOMAS MAXWELL NARDINI (IL Bar #6330190)
   Federal Trade Commission
8  600 Pennsylvania Avenue NW
   Washington, DC 20580
9  (202) 326-3320; emendelson@ftc.gov (Mendelson)
   (202) 326-2749; ojerjian@ftc.gov (Jerjian)
10 (202) 326-2812; tnardini@ftc.gov (Nardini)

11 COLIN D. A. MACDONALD (WSBA # 55243)
   Federal Trade Commission
12 915 Second Ave., Suite 2896
   Seattle, WA 98174
13 (206) 220-4474; cmacdonald@ftc.gov (MacDonald)

14 ATTORNEYS FOR PLAINTIFF
   FEDERAL TRADE COMMISSION

15

16

17

18

19

20

21

22

23