Hon. John H. Chun

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

FEDERAL TRADE COMMISSION,

  Plaintiff,

  v.

AMAZON.COM, INC., *et al.*,

  Defendants.

No. 2:23-cv-0932-JHC

**PLAINTIFF'S NOTICE OF FILING REDACTED MOTION TO COMPEL PRODUCTION OF DOCUMENTS CLAWED BACK DURING INVESTIGATION**

Pursuant to Local Rule 5(g)(5), the Federal Trade Commission ("FTC") attaches to this Notice a redacted, public version of its Motion to Compel Production of Documents Clawed Back During the Investigation (Dkt. #139) and the exhibit thereto.

Dated: January 25, 2024

/s/ Evan M. Mendelson
EVAN MENDELSON (DC Bar #996765)
OLIVIA JERJIAN (DC Bar #1034299)
THOMAS MAXWELL NARDINI
(IL Bar # 6330190)
Federal Trade Commission
600 Pennsylvania Avenue NW

PLAINTIFF'S NOTICE OF FILING
REDACTED MOTION
Case No. 2:23-cv-0932-JHC

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC 20580
(202) 326-3320

1

Washington DC 20580
(202) 326-3320; emendelson@ftc.gov (Mendelson)
(202) 326-2749; ojerjian@ftc.gov (Jerjian)
(202) 326-2812; tnardini@ftc.gov (Nardini)

COLIN D. A. MACDONALD (WSBA # 55243)
Federal Trade Commission
915 Second Ave., Suite 2896
Seattle, WA 98174
(206) 220-4474; cmacdonald@ftc.gov (MacDonald)

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

PLAINTIFF'S NOTICE OF FILING
REDACTED MOTION
Case No. 2:23-cv-0932-JHC

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC 20580
(202) 326-3320

2