# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>　　Defendants. | Case No. 2:23-cv-0932<br><br>**STIPULATED ORDER TO SEAL MATERIAL CITED IN PLAINTIFF'S MOTION TO COMPEL** |

Plaintiff Federal Trade Commission ("FTC") and Defendant Amazon.com, Inc. ("Amazon"), having filed the Stipulated Motion to Seal Material Cited in Plaintiff's Motion to Compel ("Stipulated Motion") (Dkt. #138), and the Court having considered all filings concerning this matter, the Stipulated Motion is GRANTED.  The Court hereby ORDERS that the Sealed Material, as described in paragraph 5 of the Stipulated Motion, is hereby sealed.

**IT IS SO ORDERED.**

Dated this 25th day of January, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　John H. Chun
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

STIPULATED ORDER TO SEAL
DOCUMENTS CITED IN MOTION TO COMPEL