The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | No. 2:23-cv-0932-JHC |
| Plaintiff, | NOTICE OF CHANGE OF FIRM ADDRESS |
| v. | |
| AMAZON.COM, INC., *et al.*, | |
| Defendants. | |

TO:     CLERK OF THE COURT

AND TO:     ALL PARTIES OF RECORD

NOTICE IS HEREBY GIVEN that the law firm of Snell & Wilmer L.L.P., has moved locations. Counsel respectfully requests that the Court and all counsel of record take notice of the following new address information effective immediately:

Snell & Wilmer L.L.P.
600 University Street, Suite 310
Seattle, WA 98101
Tel: (206) 741-1420
Fax: (206) 741-1495

/ / /

/ / /

/ / /

NOTICE OF CHANGE OF FIRM ADDRESS
(2:23-cv-0932-JHC)

Snell & Wilmer
600 University Street, Suite 310
Seattle, Washington 98101
206.741.1420

DATED this 8th day of February, 2024

SNELL & WILMER LLP
Cooperating Attorneys for ASSOCIATION OF CORPORATE COUNSEL

By */s/ Clifford S. Davidson*
    Clifford S. Davidson, WSBA 48313
    600 University Street, Suite 310
    Seattle, WA 98101
    T: (206) 741-1420
    F: (206) 741-1495
    csdavidson@swlaw.com

BAKER BOTTS LLP
Cooperating Attorneys for ASSOCIATION OF CORPORATE COUNSEL

Maureen K. Ohlhausen, *pro hac vice*
Andrew T. George, *pro hac vice*
700 K Street, N.W.
Washington, DC 20001-5692
T: (202) 639-7726
F: (202) 585-1064
Maureen.ohlhausen@bakerbotts.com
Andrew.george@bakerbotts.com

*Attorneys for Amicus Curiae*
*Association of Corporate Counsel*

NOTICE OF CHANGE OF FIRM ADDRESS
(2:23-cv-0932-JHC)

Snell & Wilmer
600 University Street, Suite 310
Seattle, Washington 98101
206.741.1420