The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>   Plaintiff,<br><br>   v.<br><br>AMAZON.COM, INC. *et al.*,<br><br>   Defendants. | No. 2:23-cv-0932-JHC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL PRODUCTION OF FTC COMMUNICATIONS AND INTERNAL DOCUMENTS** |

Defendants having filed their Motion to Compel the Production of FTC Communications and Internal Documents (the "Motion"), and the Court having considered all filings, memoranda of law, and exhibits concerning this matter, the Motion is GRANTED.

The Court hereby orders Plaintiff the Federal Trade Commission ("FTC") to produce the following documents within seven (7) days of this Order:

a. Internal FTC documents reflecting the FTC's interpretation over time of ROSCA, negative options, and "dark patterns." *See* Ex. 1 to Joseph A. Reiter's Declaration in Support of the Motion ("Amazon's Request for Production" or "Amazon RFP") at Nos. 15, 17, 18, 21, 23, 24, 25, and 26.

b. Documents post-dating June 21, 2023 (the date the FTC filed its complaint) that relate to the FTC's ongoing negative option rulemaking, 88 Federal Register 24716. *See* Amazon RFP No. 23.

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL
(2:23-cv-0932-JHC) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

    c. Documents relating to the FTC's 2009 report titled, "Negative Options – A Report by the staff of the FTC's Division of Enforcement" and the related workshop discussed in the report.  *See* Amazon RFP No. 26.

    d. Documents in the custody of the FTC's Office of Public Affairs ("OPA"), including documents relating to the FTC's press releases about this litigation.  *See* Amazon RFP Nos. 1-2, 4, 6-14, 17, 28-30.

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT COURT JUDGE

*Presented by:*

By s/ *James Howard*
Kenneth E. Payson, WSBA #26369
James Howard, WSBA #37259
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: (206) 622-3150
Fax: (206) 757-7700
E-mail: kenpayson@dwt.com
         jimhoward@dwt.com

HUESTON HENNIGAN LLP

John C. Hueston*
Moez M. Kaba*
Joseph A. Reiter*
523 West 6th Street, Suite 400
Los Angeles, CA  90014
Telephone: (213) 788-4340
E-mail: jhueston@hueston.com
         mkaba@hueston.com
         jreiter@hueston.com

[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION TO COMPEL
(2:23-cv-0932-JHC) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

COVINGTON & BURLING LLP

Stephen P. Anthony*
Laura Flahive Wu*
Laura M. Kim*
John D. Graubert*
850 Tenth Street, NW
Washington, DC  20001
Telephone: (206) 662-5105
E-mail: santhony@cov.com
        lflahivewu@cov.com
    lkim@cov.com
      jgraubert@cov.com

John E. Hall*
415 Mission Street, Suite 5400
San Francisco, CA  94105
Telephone: (415) 591-6855
E-mail: jhall@cov.com

Megan L. Rodgers*
3000 El Camino Real
Palo Alto, CA  94306
Telephone: (650) 632-4734
E-mail: mrodgers@cov.com

*admitted pro hac vice

Attorneys for Defendants AMAZON.COM, INC., NEIL LINDSAY, RUSSELL GRANDINETTI, AND JAMIL GHANI.

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL
(2:23-cv-0932-JHC) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax