The Honorable John H. Chun

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>　　Defendants. | No. 2:23-cv-0932-JHC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

Plaintiff Federal Trade Commission ("FTC") having filed its Motion for Leave to File Response to Defendants' Notice of Supplemental Authority Relating to Defendants' Motions to Dismiss (Dkt. #151; the "Motion"), and the Court having considered all filings, memoranda of law, and exhibits concerning this matter, the Motion is GRANTED.  It is further ORDERED that the Clerk is directed to file the FTC's proposed Response (Dkt. #151-2).  Alternatively, the FTC may file the proposed Response.

[PROPOSED] ORDER GRANTING MOTION FOR
LEAVE TO FILE RESPONSE TO NOTICE OF
SUPPLEMENTAL AUTHORITY
Case No. 2:23-cv-0932-JHC - 1

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC 20580
(202) 326-3320

**IT IS SO ORDERED.**

Dated this ___ day of March, 2024.

_____

UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Evan Mendelson
Evan Mendelson, DC Bar #996765
Olivia Jerjian, DC Bar #1034299
Thomas Maxwell Nardini, IL Bar #6330190
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington DC 20580
(202) 326-3320; emendelson@ftc.gov (Mendelson)
(202) 326-2749; ojerjian@ftc.gov (Jerjian)
(202) 326-2812; tnardini@ftc.gov (Nardini)

Colin D. A. MacDonald, WSBA # 55243
Federal Trade Commission
915 Second Ave., Suite 2896
Seattle, WA 98174
(206) 220-4474; cmacdonald@ftc.gov (MacDonald)

ATTORNEYS FOR PLAINTIFF
FEDERAL TRADE COMMISSION

[PROPOSED] ORDER GRANTING MOTION FOR
LEAVE TO FILE RESPONSE TO NOTICE OF
SUPPLEMENTAL AUTHORITY
Case No. 2:23-cv-0932-JHC - 2

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC 20580
(202) 326-3320