UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>Defendants. | No. 2:23-cv-0932-JHC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

Plaintiff Federal Trade Commission ("FTC") having filed its Motion for Leave to File Response to Defendants' Notice of Supplemental Authority Relating to Defendants' Motions to Dismiss (Dkt. #151; the Motion), and the Court having considered all filings, memoranda of law, and exhibits concerning this matter, the Motion is GRANTED. The FTC may file its response on March 26, 2024. The Court GRANTS Defendants leave to file the Reply attached as Exhibit A to Dkt. # 152 on March 27, 2024.

/

/

ORDER GRANTING MOTION FOR
LEAVE TO FILE RESPONSE TO NOTICE OF
SUPPLEMENTAL AUTHORITY
Case No. 2:23-cv-0932-JHC - 1

Dated this 25th day of March, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE