The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>Defendants. | No. 2:23-cv-0932-JHC<br><br>NOTICE OF CHANGE OF FIRM AFFILIATION ADDRESS |

Please take notice that Andrew T. George, attorney for Amicus, Association of Corporate Counsel, notifies this Court and all parties to the change in firm affiliation and address, effective immediately, as follows:

Andrew T. George<br>
BOURELLY, GEORGE, AND BRODEY<br>
1050 30th Street, NW<br>
Washington DC  20007<br>
Tel: 202.753.5012<br>
andrew.george@bgblawyers.com

DATED: April 10, 2024

SNELL & WILMER LLP
Cooperating Attorneys for ASSOCIATION OF CORPORATE COUNSEL

By */s/ Clifford S. Davidson*
Clifford S. Davidson, WSBA 48313
600 University Street, Suite 310
Seattle, WA 98101

NOTICE OF CHANGE OF FIRM AFFILIATION
& ADDRESS - 1
Case No. 2:23-cv-0932-JHC

Snell & Wilmer
600 University Street, Suite 310
Seattle, Washington 98101
206.741.1420

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

T: (206) 741-1420
F: (206) 741-1489
csdavidson@swlaw.com

BAKER BOTTS LLP
Cooperating Attorneys for ASSOCIATION OF CORPORATE COUNSEL

Maureen K. Ohlhausen, *pro hac vice*
Andrew T. George, *pro hac vice*
700 K Street, N.W.
Washington, DC 20001-5692
T: (202) 639-7726
F: (202) 585-1064
Maureen.ohlhausen@bakerbotts.com
Andrew.george@bakerbotts.com

*Attorneys for Amicus Curiae*
*Association of Corporate Counsel*

NOTICE OF CHANGE OF FIRM AFFILIATION
& ADDRESS - 2
Case No. 2:23-cv-0932-JHC

Snell & Wilmer
600 University Street, Suite 310
Seattle, Washington 98101
206.741.1420