The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>Defendants. | No. 2:23-cv-0932-JHC<br><br>**NOTICE OF CHANGE OF FIRM AFFILIATION AND ADDRESS** |

Please take notice that Andrew T. George, attorney for Amicus, Association of Corporate Counsel, notifies this Court and all parties to the change in firm affiliation and address, effective immediately, as follows:

Andrew T. George<br>
BOURELLY, GEORGE, AND BRODEY<br>
1050 30th Street, NW<br>
Washington DC 20007<br>
Tel: 202.753.5012<br>
andrew.george@bgblawyers.com

DATED: April 11, 2024

BOURELLY, GEORGE, AND BRODEY
Cooperating Attorneys for ASSOCIATION OF CORPORATE COUNSEL

By */s/ Andrew T. George*
   Andrew T. George, *pro hac vice*
   1050 30th Street, NW
   Washington, DC 20007

NOTICE OF CHANGE OF FIRM AFFILIATION AND
ADDRESS - 1
Case No. 2:23-cv-0932-JHC

T: (206) 753-5012
andrew.george@bgblawyers.com

SNELL & WILMER LLP
Cooperating Attorneys for ASSOCIATION OF CORPORATE COUNSEL

By */s/ Clifford S. Davidson*
   Clifford S. Davidson, WSBA 48313
   600 University Street, Suite 310
   Seattle, WA 98101
   T: (206) 741-1420
   F: (206) 741-1489
   csdavidson@swlaw.com

BAKER BOTTS LLP
Cooperating Attorneys for ASSOCIATION OF CORPORATE COUNSEL

Maureen K. Ohlhausen, *pro hac vice*
Andrew T. George, *pro hac vice*
700 K Street, N.W.
Washington, DC 20001-5692
T: (202) 639-7726
F: (202) 585-1064
Maureen.ohlhausen@bakerbotts.com
Andrew.george@bakerbotts.com

*Attorneys for Amicus Curiae*
*Association of Corporate Counsel*

4894-7371-9478

NOTICE OF CHANGE OF FIRM AFFILIATION AND
ADDRESS - 2
Case No. 2:23-cv-0932-JHC