The Honorable John H. Chun

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>AMAZON.COM, INC., *et al*.<br><br>  Defendants. | **Case No. 2:23-cv-0932-JHC**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY SCHEDULING ORDER** |

The Federal Trade Commission ("FTC") having filed its Motion to Modify the Scheduling Order (the "Motion"), and the Court having considered all filings, memoranda of law, and exhibits concerning this matter, the Motion is GRANTED.

The Court hereby enters the following modified schedule:

| Event | Proposed Deadline |
|---|---|
| Deadline for Amended Pleadings | August 9, 2024 |
| Close of Fact Discovery | October 18, 2024 |
| Opening Expert Reports (all parties) | November 8, 2024 |
| Rebuttal Expert Reports (all parties) | December 20, 2024 |
| Motions Relating to Expert Discovery | January 6, 2025 |

[PROPOSED] ORDER GRANTING
FTC'S MOTION TO MODIFY SCHEDULE
Case No. 2:23-cv-0932-JHC

1

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, D.C.20580
(202) 326-3320

| | |
|---|---|
| Close of Expert Discovery | January 31, 2025 |
| Dispositive and *Daubert* Motions Deadline | February 28, 2025 |
| Responses to Dispositive and *Daubert* Motions Deadline | March 31, 2025 |
| Replies In Support of Dispositive and *Daubert* Motions Deadline | April 11, 2025 |
| Settlement Conference | April 25, 2025 |
| Motions in Limine Deadline | June 2, 2025 |
| Agreed Pretrial Order | June 13, 2025 |
| Deposition Designations | June 17, 2025 |
| Pretrial Conference (1:30 pm) | June 24, 2025 |
| Trial Briefs, Proposed Findings of Fact, and Conclusions of Law | June 30, 2025 |
| Bench Trial | July 14, 2025 |

**IT IS SO ORDERED.**

Dated this ___ day of June, 2024.

_____

UNITED STATES DISTRICT JUDGE

Presented by:

 s/ Olivia Jerjian
Evan Mendelson, DC Bar #996765
Olivia Jerjian, DC Bar #1034299
Thomas Maxwell Nardini, IL Bar #6330190
Federal Trade Commission

[PROPOSED] ORDER GRANTING
FTC'S MOTION TO MODIFY SCHEDULE
Case No. 2:23-cv-0932-JHC

2

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, D.C.20580
(202) 326-3320

600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-3320; emendelson@ftc.gov (Mendelson)
(202) 326-2749; ojerjian@ftc.gov (Jerjian)
(202) 326-2812; tnardini@ftc.gov (Nardini)

Colin D. A. MacDonald, WSBA # 55243
Federal Trade Commission
915 Second Ave., Suite 2896
Seattle, WA 98174
(206) 220-4474; cmacdonald@ftc.gov (MacDonald)

ATTORNEYS FOR PLAINTIFF
FEDERAL TRADE COMMISSION

[PROPOSED] ORDER GRANTING
FTC'S MOTION TO MODIFY SCHEDULE
Case No. 2:23-cv-0932-JHC

3

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, D.C.20580
(202) 326-3320