The Honorable John H. Chun

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., *et al.*, <br><br> Defendants. | Case No. 2:23-cv-0932 <br><br> **[PROPOSED] STIPULATED ORDER TO SEAL MATERIAL CITED IN EXHIBIT A OF FTC'S MOTION TO MODIFY SCHEDULING ORDER** |

Plaintiff Federal Trade Commission ("FTC") and Defendant Amazon.com, Inc. ("Amazon"), having filed the Stipulated Motion to Seal Material Cited in Exhibit A of the FTC's Motion to Modify the Scheduling Order ("Stipulated Motion") (Dkt. #160), and the Court having considered all filings concerning this matter, the Stipulated Motion is GRANTED. The Court hereby ORDERS that the Sealed Material, as described in paragraph 6 of the Stipulated Motion, is hereby sealed.

**IT IS SO ORDERED.**

[PROPOSED] STIPULATED ORDER TO SEAL
MATERIAL CITED IN EXHIBIT A
Case No. 2:23-cv-0932

1

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

Dated this ___ day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ *Olivia Jerjian*
EVAN MENDELSON (DC Bar #996765)
OLIVIA JERJIAN (DC Bar #1034299)
THOMAS MAXWELL NARDINI (IL Bar #6330190)
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320; emendelson@ftc.gov (Mendelson)
(202) 326-2749; ojerjian@ftc.gov (Jerjian)
(202) 326-2812; tnardini@ftc.gov (Nardini)

COLIN D. A. MACDONALD (WSBA # 55243)
Federal Trade Commission
915 Second Ave., Suite 2896
Seattle, WA 98174
(206) 220-4474; cmacdonald@ftc.gov (MacDonald)

ATTORNEYS FOR PLAINTIFF
FEDERAL TRADE COMMISSION

[PROPOSED] STIPULATED ORDER TO SEAL
MATERIAL CITED IN EXHIBIT A
Case No. 2:23-cv-0932

2

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320