AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| Federal Trade Commission | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:23-cv-00932-JHC |
| Amazon.com, Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Trade Commission.

Date:    05/14/2024

s/ Sana Chaudhry
*Attorney's signature*

Sana Chaudhry (NY # 5284807)
*Printed name and bar number*

Federal Trade Commission
600 Pennsylvania Avenue, NW, CC-9528
Washington, DC  20580
*Address*

schaudhry@ftc.gov
*E-mail address*

(202) 326-2679
*Telephone number*

(202) 326-3197
*FAX number*