1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

9

FEDERAL TRADE COMMISSION,

10
　　　　Plaintiff,

11
　　v.

12
AMAZON.COM, INC., *et al.*,

13
　　　　Defendants.

14

**Case No. 2:23-cv-0932**

**STIPULATED ORDER TO SEAL**
**MATERIAL CITED IN EXHIBIT A**
**OF FTC'S MOTION TO MODIFY**
**SCHEDULING ORDER**

15
16
17
18
19
20

　　Plaintiff Federal Trade Commission ("FTC") and Defendant Amazon.com, Inc. ("Amazon"), having filed the Stipulated Motion to Seal Material Cited in Exhibit A of the FTC's Motion to Modify the Scheduling Order ("Stipulated Motion") (Dkt. # 160), and the Court having considered all filings concerning this matter, the Stipulated Motion is GRANTED.  The Court hereby ORDERS that the Sealed Material, as described in paragraph 6 of the Stipulated Motion, is hereby sealed.

21
　　**IT IS SO ORDERED.**

22
23

STIPULATED ORDER TO SEAL
MATERIAL CITED IN EXHIBIT A
Case No. 2:23-cv-0932

1

1

2    Dated this 14th day of May, 2024.

3

4    _____

5    JOHN H. CHUN
     UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

STIPULATED ORDER TO SEAL
MATERIAL CITED IN EXHIBIT A
Case No. 2:23-cv-0932