**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., *et al*.<br><br>Defendants. | Case No. 2:23-cv-0932-JHC<br><br>**ORDER RE: PLAINTIFF'S MOTION TO MODIFY SCHEDULING ORDER** |

The Federal Trade Commission ("FTC") having filed its Motion to Modify the Scheduling Order (the "Motion"), and the Court having considered all filings, memoranda of law, and exhibits concerning this matter, the Motion is GRANTED in part. The Court sets trial in this matter for June 9, 2025. The Clerk is DIRECTED to issue a case scheduling order that follows the Court's standard schedule. The parties are DIRECTED to meet and confer regarding modifying the schedule for dispositive and *Daubert* motions.

Dated this 11th day of June, 2024.

John H. Chun
United States District Judge

ORDER GRANTING RE:
FTC'S MOTION TO MODIFY SCHEDULE
Case No. 2:23-cv-0932-JHC