The Honorable John H. Chun

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>    Defendants. | No. 2:23-cv-0932-JHC<br><br>**JOINT MOTION FOR ENTRY OF STIPULATED ORDER REGARDING INVESTIGATIONAL HEARING TRANSCRIPTS**<br><br>NOTE ON MOTION CALENDAR:<br>August 27, 2024 |

The parties, by and through their attorneys of record, respectfully request that the Court enter the attached Proposed Stipulated Order Regarding Investigational Hearing Transcripts.

In support of this Motion, the parties state as follows:

1. During the investigation leading to this litigation, the FTC conducted investigational hearings of several witnesses.

2. The parties have agreed to the attached stipulation regarding the use, at trial, of transcripts from the FTC's investigational hearings.

3. Accordingly, the parties respectfully request that the Court enter the attached Proposed Order memorializing the parties' agreement.

JOINT MOTION FOR ENTRY OF
ORDER REGARDING INVESTIGATIONAL
HEARING TRANSCRIPTS
Case No. 2:23-cv-0932-JHC - 1

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC 20580
(202) 326-3320

Stipulated to and respectfully submitted this 27th day of August, 2024, by:

          FEDERAL TRADE COMMISSION
*Attorneys for Plaintiff*

By /s/ Evan Mendelson
   Evan Mendelson, D.C. Bar #996765
   Olivia Jerjian, D.C. Bar #1034299
   Thomas Maxwell Nardini
   (IL Bar #6330190)
   Sana Chaudhry (NY Bar #5284807)
   Anthony Saunders (NJ Bar #008032001)
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington DC 20580
(202) 326-3320; emendelson@ftc.gov
(202) 326-2749; ojerjian@ftc.gov
(202) 326-2812; tnardini@ftc.gov
(202) 326-2679; schaudhry@ftc.gov
(202) 326-2917; asaunders@ftc.gov

Colin D. A. MacDonald (WSBA # 55243)
Federal Trade Commission
915 Second Ave., Suite 2896
Seattle, WA 98174
(206) 220-4474; cmacdonald@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

*Approved and Agreed To By:*

DAVIS WRIGHT TREMAINE LLP

Kenneth E. Payson, WSBA #26369
James Howard, WSBA #37259
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Fax: (206) 757-7700
E-mail: kenpayson@dwt.com
       jimhoward@dwt.com

COVINGTON & BURLING LLP

By /s/ Laura Flahive Wu

Stephen P. Anthony*

JOINT MOTION FOR ENTRY OF
ORDER REGARDING INVESTIGATIONAL
HEARING TRANSCRIPTS
Case No. 2:23-cv-0932-JHC - 2

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC 20580
(202) 326-3320

Laura Flahive Wu*
Laura M. Kim*
John D. Graubert*
850 Tenth Street, NW
Washington, DC 20001
Telephone: (206) 662-5105
E-mail: santhony@cov.com
       lflahivewu@cov.com
       lkim@cov.com
       jgraubert@cov.com

John E. Hall*
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-6855
E-mail: jhall@cov.com

Megan L. Rodgers*
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 632-4734
E-mail: mrodgers@cov.com

HUESTON HENNIGAN LLP

John C. Hueston*
Moez M. Kaba*
Joseph A. Reiter*
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
E-mail: jhueston@hueston.com
       mkaba@hueston.com
       jreiter@hueston.com

*admitted pro hac vice

Attorneys for Defendants
AMAZON.COM, INC., LINDSAY, GRANDINETTI, AND GHANI

---

JOINT MOTION FOR ENTRY OF
ORDER REGARDING INVESTIGATIONAL
HEARING TRANSCRIPTS
Case No. 2:23-cv-0932-JHC - 3

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC 20580
(202) 326-3320