The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>Defendants. | No. 2:23-cv-0932-JHC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXCESS FACT-WITNESS DEPOSITIONS** |

Plaintiff Federal Trade Commission ("FTC") having filed its Motion for Excess Fact-Witness Depositions (Dkt. #183; the "Motion"), and the Court having considered all filings, memoranda of law, and exhibits concerning this matter, the Motion is GRANTED. The FTC may conduct up to 35 depositions of fact witnesses.

[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION FOR EXCESS
FACT-WITNESS DEPOSITIONS
Case No. 2:23-cv-0932-JHC - 1

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC 20580
(202) 326-3320

**IT IS SO ORDERED.**

Dated this ___ day of August, 2024.

_____

UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Evan Mendelson
Evan Mendelson, DC Bar #996765
Olivia Jerjian, DC Bar #1034299
Thomas Maxwell Nardini, IL Bar #6330190
Sana Chaudhry (NY Bar #5284807)
Anthony Saunders (NJ Bar #008032001)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington DC 20580
(202) 326-3320; emendelson@ftc.gov (Mendelson)
(202) 326-2749; ojerjian@ftc.gov (Jerjian)
(202) 326-2812; tnardini@ftc.gov (Nardini)
(202) 326-2679; schaudhry@ftc.gov (Chaudhry)
(202) 326-2917; asaunders@ftc.gov (Saunders)

Colin D. A. MacDonald, WSBA # 55243
Federal Trade Commission
915 Second Ave., Suite 2896
Seattle, WA 98174
(206) 220-4474; cmacdonald@ftc.gov (MacDonald)

ATTORNEYS FOR PLAINTIFF
FEDERAL TRADE COMMISSION

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXCESS FACT-WITNESS DEPOSITIONS
Case No. 2:23-cv-0932-JHC - 2

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC 20580
(202) 326-3320