The Honorable John H. Chun

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC., *et al*.<br><br>    Defendants. | Case No. 2:23-cv-0932-JHC<br><br>**EXHIBIT A**<br><br>**DECLARATION OF OLIVIA JERJIAN IN SUPPORT OF MOTION FOR EXCESS FACT-WITNESS DEPOSITIONS** |

I, Olivia Jerjian, hereby state that I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify as follows:

1. I am a United States citizen and am over eighteen years of age. I am a staff attorney in the Division of Enforcement, Bureau of Consumer Protection at the Federal Trade Commission (FTC). My office address is 600 Pennsylvania Avenue, NW, Washington, DC 20580.

2. Consistent with Local Rule 10(e)(10), orange highlighting has been added to the attachments to indicate excerpts referenced in this declaration. Blue highlighting

DECLARATION OF OLIVIA JERJIAN
ISO PLAINTIFF'S MOTION FOR
EXCESS FACT-WITNESS DEPOSITIONS
Case No. 2:23-cv-0932-JHC - 1

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

represents material that is being filed under seal and will be redacted in the public version of this declaration.

## AMAZON'S DOCUMENT PRODUCTIONS

3. On March 16, 2021, the FTC issued a Civil Investigative Demand ("CID") to Amazon.com, Inc. ("Amazon") with document requests and interrogatories.

4. The chart below reflects the document productions Amazon made to the FTC during the investigation leading to this case.

| Production Reference | Production Date | No. of Documents Produced |
| --- | --- | --- |
| AMZN 001 | April 22, 2021 | 3 |
| AMZN 002 and 003 | May 24, 2021 | 1,895 |
| AMZN 004 | June 21, 2021 | 1,178 |
| AMZN 005 | September 30, 2021 | 630 |
| AMZN 006 | October 25, 2021 | 860 |
| AMZN 007 | November 5, 2021 | 32 |
| AMZN 008 | November 17, 2021 | 1,055 |
| AMZN 009 | December 23, 2021 | 1,315 |
| AMZN 010 | February 18, 2022 | 1,843 |
| AMZN 011 | May 24, 2022 | 6 |
| AMZN 012 | June 1, 2022 | 2 |
| AMZN 013 | June 10, 2022 | 1,796 |
| AMZN 014 | June 13, 2022 | 8 |
| AMZN 015 | July 8, 2022 | 6 |
| AMZN 016 | August 4, 2022 | 194 |
| AMZN 017 | August 5, 2022 | 6 |
| AMZN 018 | October 7, 2022 | 10,876 |
| AMZN 019 | October 7, 2022 | 392 |
| AMZN 020 | October 21, 2022 | 164 |
| AMZN 021 | October 28, 2022 | 180 |
| AMZN 022 | November 7, 2022 | 496 |
| AMZN 023 | November 16, 2022 | 499 |
| AMZN 024 | November 22, 2022 | 561 |
| AMZN 025 | December 12, 2022 | 220 |
| AMZN 026 | December 22, 2022 | 2,514 |
| AMZN 027 | December 24, 2022 | 391 |
| AMZN 028 | January 4, 2023 | 9 |
| AMZN 029 | January 6, 2023 | 2,773 |
| AMZN 030 | January 24, 2023 | 40 |
| AMZN 031 | February 13, 2023 | 23 |

DECLARATION OF OLIVIA JERJIAN
ISO PLAINTIFF'S MOTION FOR
EXCESS FACT-WITNESS DEPOSITIONS
Case No. 2:23-cv-0932-JHC - 2

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

| | | |
|---|---|---|
| AMZN 032 | April 20, 2023 | 1 |

5. The chart below reflects the document productions that Amazon made to the FTC in the course of this litigation, excluding Amazon's production of customer data to the FTC.

| Production Reference | Date of Production | No. of Documents Produced |
|---|---|---|
| Prod 1 | December 22, 2023 | 26 |
| Prod 2 | December 29, 2023 | 410 |
| Prod 3 | January 19, 2024 | 1,985 |
| Prod 4 | February 2, 2024 | 6,785 |
| Prod 5 | February 17, 2024 | 13,865 |
| Prod 6 | March 1, 2024 | 2,278 |
| Prod 7 | March 17, 2024 | 34,395 |
| Prod 8 | March 29, 2024 | 24,666 |
| Prod 9 | April 5, 2024 | 11 |
| Prod 10 | April 20, 2024 | 221 |
| Prod 11 | April 24, 2024 | 358 |
| Prod 12 | May 3, 2024 | 67 |
| Prod 13 | May 3, 2024 | 426 |
| Prod 14 | May 17, 2024 | 136,124 |
| Prod 15 | May 24, 2024 | 7 |
| Prod 16 | June 6, 2024 | 5,143 |
| Prod 17 | June 6, 2024 | 986 |
| Prod 18 | June 7, 2024 | 915 |
| Prod 19 | June 28, 2024 | 24,464 |
| Prod 20 | July 12, 2024 | 214,826 |
| Prod 20 | July 12, 2024 | 255 |
| Prod 21 | July 18, 2024 | 15 |
| Prod 22 | July 19, 2024 | 831 |
| Prod 23 | August 16, 2024 | 18,719 |

6. On June 30, 2022, the FTC issued CIDs to current and former Amazon employees, including to Prime UX designer Christopher "C.R." Brown, setting investigative hearings ("IHs") and including document requests. The FTC provided a copy of Mr. Brown's CID to counsel for Amazon on July 20, 2022.

7. At that time, Amazon had produced no documents from Mr. Brown's custodial file.

DECLARATION OF OLIVIA JERJIAN
ISO PLAINTIFF'S MOTION FOR
EXCESS FACT-WITNESS DEPOSITIONS
Case No. 2:23-cv-0932-JHC - 3

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

8. As part of Mr. Brown's custodial file, Amazon produced a total of 185 documents during the investigation: (a) 180 documents on October 28, 2022 (as part of the "AMZN_021" production), just five days before his IH on November 2, 2022; (b) 1 document on January 4, 2023 (as part of the "AMZN_28" production); (c) 2 documents on January 24, 2023 (as part of the "AMZN_30" production); and (d) 2 documents on February 13, 2023 (as part of the "AMZN_31" production).

9. In the course of this litigation, Amazon has produced an additional 8,091 documents from Mr. Brown's custodial file.

10. Attachment 1 is a copy of Amazon's April 15, 2021 response to the FTC's investigatory Interrogatories.

11. Attachment 2 is a copy of an April 17, 2021 letter from counsel for Amazon to the FTC during the investigation.

12. Attachment 3 is a copy of a document produced by Amazon during the FTC's investigation, with Bates numbers AMZN_00156573–AMZN_00156576.

## COMMUNICATIONS REGARDING EXCESS DEPOSITIONS

13. Attachment 4 is a copy of email communications between counsel for the Defendants and the FTC from June 11, 2024 through August 15, 2024 with the subject line: "FTC v. Amazon – Motion to Exceed Deposition Limit."

14. Attachment 5 is a copy of a May 17, 2024 letter from the FTC to counsel for Defendants.

15. Attachment 6 is a copy of a May 20, 2024 letter from the FTC to counsel for Defendants.

DECLARATION OF OLIVIA JERJIAN
ISO PLAINTIFF'S MOTION FOR
EXCESS FACT-WITNESS DEPOSITIONS
Case No. 2:23-cv-0932-JHC - 4

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

16. Attachment 7 is a copy of a May 24, 2024 letter from counsel for the Defendants to the FTC.

17. Attachment 8 is a copy of a May 29, 2024 letter from the FTC to counsel for Defendants.

18. Attachment 9 is a copy of a June 4, 2024 letter from counsel for the Defendants to the FTC.

19. Attachment 10 is a copy of a June 6, 2024 letter from the FTC to counsel for Defendants.

20. Attachment 11 is a copy of a June 10, 2024 letter from counsel for the Defendants to the FTC.

21. Attachment 12 is a copy of a June 24, 2024 letter from the FTC to counsel for Defendants.

22. Attachment 13 is a copy of a July 1, 2024 letter from counsel for the Defendants to the FTC.

23. Attachment 14 is a copy of a July 10, 2024 letter from the FTC to counsel for Defendants.

24. Attachment 15 is a copy of a July 18, 2024 letter from counsel for the Defendants to the FTC.

25. Attachment 16 is a copy of a July 31, 2024 letter from counsel for the Defendants to the FTC.

26. Bharath Srinivasan's LinkedIn profile states that from October 2018 through April 2023, he was "Global Product Head for Amazon Prime membership growth" and

DECLARATION OF OLIVIA JERJIAN
ISO PLAINTIFF'S MOTION FOR
EXCESS FACT-WITNESS DEPOSITIONS
Case No. 2:23-cv-0932-JHC - 5

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

"[led] product management for Prime member acquisition, retention, [and] cancel prevention."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 28, 2024             /s/ Olivia Jerjian_____
                                        Olivia Jerjian