1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>    Defendants. | Case No. 2:23-cv-0932<br><br>**STIPULATED ORDER TO SEAL MATERIAL CITED IN EXHIBIT A TO FTC'S MOTION FOR EXCESS FACT-WITNESS DEPOSITIONS** |

Plaintiff Federal Trade Commission ("FTC") and Defendant Amazon.com, Inc. ("Amazon"), having filed the Stipulated Motion to Seal Material Cited in Exhibit A to the FTC's Motion for Excess Fact-Witness Depositions ("Stipulated Motion") (Dkt. #184), and the Court having considered all filings concerning this matter, the Stipulated Motion is GRANTED. The Court hereby ORDERS that the Sealed Material, as described in paragraph 6 of the Stipulated Motion, is hereby sealed.

   **IT IS SO ORDERED.**

Dated this 28th day of August, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATED ORDER TO SEAL
MATERIAL CITED IN EXHIBIT A
Case No. 2:23-cv-0932