UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>　　　Defendants. | No. 2:23-cv-0932-JHC<br><br>ORDER |

　　　Before the Court is Plaintiff's Motion for Excess Fact-Witness Depositions. Dkt. #183. The Court has considered the materials submitted in support of and in opposition to the motion, the rest of the file, and the governing law. The Court GRANTS the motion in part and DENIES it in part without prejudice. Plaintiff may conduct up to 22 depositions of the fact witnesses it has identified. If Plaintiff identifies an additional witness/witnesses it seeks to depose, it may renew its request for additional depositions.

/

/

/

ORDER

Case No. 2:23-cv-0932-JHC - 1

Dated this 19th day of September, 2024.

*John H. Chun*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE