The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>　　　　　Defendants. | No. 2:23-cv-0932-JHC<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER**<br><br>**NOTE ON MOTION CALENDAR: November 5, 2024** |

## STIPULATED MOTION

The parties, by and through their attorneys of record, respectfully request that the Court enter the proposed Order set forth below, amending the case schedule.

In support of this request, the parties represent the following to the Court:

1.　On June 27, 2024, the Court entered a minute order setting the trial date and related dates on June 14, 2024. Dkt. 175.

2.　Since that time, the parties have actively and diligently engaged in extensive discovery. These discovery efforts have taken longer than the parties originally anticipated.

3.　To allow sufficient time for expert analysis and related discovery, the parties agree that adjustments to the case schedule are warranted as set forth below.

4.　To accommodate these adjustments, the parties also agree that an extension of the trial date by approximately two months to a date convenient for the Court, and a corresponding adjustment to the related pre-trial deadlines, are warranted.

STIPULATED MOTION AND
[PROPOSED] ORDER TO AMEND SCHEDULING ORDER
(2:23-cv-0932-JHC) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

5. Accordingly, the parties stipulate and jointly request that the Court enter an Order amending the case schedule as follows:

| Event | Existing Deadline (Dkt. 175) | Joint Proposed Deadline |
|---|---|---|
| Deadline for Amended Pleadings | November 12, 2024 | November 12, 2024 |
| Motions Relating to Fact Discovery | December 11, 2024 | December 11, 2024 |
| Fact Discovery Deadline | January 10, 2025 | January 10, 2025 |
| Opening Expert Reports (all parties) | November 12, 2024 | January 24, 2025 |
| Rebuttal Expert Reports (all parties) | December 12, 2024 (calculated under FRCP 26) | March 7, 2025 |
| Motions Relating to Expert Discovery | December 11, 2024 | March 7, 2025 |
| Expert Discovery Deadline | January 10, 2025 | April 4, 2025 |
| Dispositive and *Daubert* Motions | February 10, 2025 | May 2, 2025 |
| Responses to Dispositive and *Daubert* Motions | March 3, 2025 (calculated under LCR 7) | May 23, 2025 |
| Replies In Support of Dispositive and *Daubert* Motions | March 10, 2025 (calculated under LCR 7) | June 6, 2025 |
| Settlement Conference | April 10, 2025 | June 13, 2025 |
| Plaintiff's Pretrial Statement & Deposition Designations Served But Not Filed (per LCR 16(h) and LCR 32(e)) | | June 30, 2025 |
| Motions in Limine | April 28, 2025 | July 8, 2025 |
| Defendants' Pretrial Statement & Deposition Designations Served But Not Filed (per LCR 16(i) and LCR 32(e)) | | July 9, 2025 |
| Agreed Pretrial Order | May 19, 2025 | July 29, 2025 |
| All Parties' Deposition Designations filed with Court | May 21, 2025 | July 31, 2025 |
| Pretrial Conference (1:30 pm) | May 27, 2025 | August 5, 2025 |
| Trial Briefs, Proposed Voir Dire, Jury Instructions | June 2, 2025 | August 11, 2025 |
| Trial Date | June 9, 2025 | August 18, 2025 |

STIPULATED MOTION AND
[PROPOSED] ORDER TO AMEND SCHEDULING ORDER
(2:23-cv-0932-JHC) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

6.    Based on the foregoing, the parties respectfully request that the Court grant their motion through entry of the Proposed Order below.

Stipulated to and respectfully submitted this 5th day of November, 2024, by:

          DAVIS WRIGHT TREMAINE LLP
          *Attorneys for Defendants*

By s/ *Kenneth E. Payson*
    Kenneth E. Payson, WSBA #26369
    James Howard, WSBA #37259
    920 Fifth Avenue, Suite 3300
    Seattle, WA 98104-1610
    Telephone: (206) 622-3150
    Fax: (206) 757-7700
    E-mail: kenpayson@dwt.com
           jimhoward@dwt.com

COVINGTON & BURLING LLP

    Stephen P. Anthony*
    Laura Flahive Wu*
    Laura M. Kim*
    John D. Graubert*
    850 Tenth Street, NW
    Washington, DC 20001
    Telephone: (206) 662-5105
    E-mail: santhony@cov.com
           lflahivewu@cov.com
           lkim@cov.com
           jgraubert@cov.com

    John E. Hall*
    415 Mission Street, Suite 5400
    San Francisco, CA 94105
    Telephone: (415) 591-6855
    E-mail: jhall@cov.com

    Megan L. Rodgers*
    3000 El Camino Real
    Palo Alto, CA 94306
    Telephone: (650) 632-4734
    E-mail: mrodgers@cov.com

STIPULATED MOTION AND
[PROPOSED] ORDER TO AMEND SCHEDULING ORDER
(2:23-cv-0932-JHC) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Anders Linderot*
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 841-1000
Email: alinderot@cov.com


HUESTON HENNIGAN LLP

John C. Hueston*
Moez M. Kaba*
Joseph A. Reiter*
523 West 6th Street, Suite 400
Los Angeles, CA  90014
Telephone: (213) 788-4340
E-mail: jhueston@hueston.com
mkaba@hueston.com
jreiter@hueston.com

*Admitted pro hac vice


*Approved and agreed to by:*

FEDERAL TRADE COMMISSION
*Attorneys for Plaintiff*

By s/ *Evan Mendelson*
   Evan Mendelson, D.C. Bar #996765
   Olivia Jerjian, D.C. Bar #1034299
   Thomas Maxwell Nardini, IL Bar #6330190
   Sana Chaudhry (NY Bar #5284807)
   Anthony Saunders (NJ Bar #008032001)
   600 Pennsylvania Avenue NW
   Washington, DC  20580
   (202) 326-3320; emendelson@ftc.gov
   (202) 326-2749; ojerjian@ftc.gov
   (202) 326-2812; tnardini@ftc.gov
   (202) 326-2679; schaudhry@ftc.gov
   (202) 326-2917; asaunders@ftc.gov

   Colin D. A. McDonald, WSBA # 55243
   Federal Trade Commission
   915 Second Ave., Suite 2896
   Seattle, WA 98174
   (206) 220-4474; cmacdonald@ftc.gov

STIPULATED MOTION AND
[PROPOSED] ORDER TO AMEND SCHEDULING ORDER
(2:23-cv-0932-JHC) - 4

Davis Wright Tremaine LLP
L AW  O FFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

## ORDER

IT IS SO ORDERED.

DATED this _____ day of _____, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND
[PROPOSED] ORDER TO AMEND SCHEDULING ORDER
(2:23-cv-0932-JHC) - 5

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax