UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>  Defendants. | No. 2:23-cv-0932-JHC<br><br>STIPULATION AND ORDER TO AMEND SCHEDULING ORDER |

## STIPULATED MOTION

The parties, by and through their attorneys of record, respectfully request that the Court enter the proposed Order set forth below, amending the case schedule.

In support of this request, the parties represent the following to the Court:

1. On June 27, 2024, the Court entered a minute order setting the trial date and related dates on June 14, 2024. Dkt. 175.

2. Since that time, the parties have actively and diligently engaged in extensive discovery. These discovery efforts have taken longer than the parties originally anticipated.

3. To allow sufficient time for expert analysis and related discovery, the parties agree that adjustments to the case schedule are warranted as set forth below.

4. To accommodate these adjustments, the parties also agree that an extension of the trial date by approximately two months to a date convenient for the Court, and a corresponding adjustment to the related pre-trial deadlines, are warranted.

STIPULATED MOTION AND
ORDER TO AMEND SCHEDULING ORDER
(2:23-cv-0932-JHC) - 1

5. Accordingly, the parties stipulate and jointly request that the Court enter an Order amending the case schedule as follows:

| Event | Existing Deadline (Dkt. 175) | Joint Proposed Deadline |
|---|---|---|
| Deadline for Amended Pleadings | November 12, 2024 | November 12, 2024 |
| Motions Relating to Fact Discovery | December 11, 2024 | December 11, 2024 |
| Fact Discovery Deadline | January 10, 2025 | January 10, 2025 |
| Opening Expert Reports (all parties) | November 12, 2024 | January 24, 2025 |
| Rebuttal Expert Reports (all parties) | December 12, 2024 (calculated under FRCP 26) | March 7, 2025 |
| Motions Relating to Expert Discovery | December 11, 2024 | March 7, 2025 |
| Expert Discovery Deadline | January 10, 2025 | April 4, 2025 |
| Dispositive and *Daubert* Motions | February 10, 2025 | May 2, 2025 |
| Responses to Dispositive and *Daubert* Motions | March 3, 2025 (calculated under LCR 7) | May 23, 2025 |
| Replies In Support of Dispositive and *Daubert* Motions | March 10, 2025 (calculated under LCR 7) | June 6, 2025 |
| Settlement Conference | April 10, 2025 | June 13, 2025 |
| Plaintiff's Pretrial Statement & Deposition Designations Served But Not Filed (per LCR 16(h) and LCR 32(e)) | | June 30, 2025 |
| Motions in Limine | April 28, 2025 | July 8, 2025 |
| Defendants' Pretrial Statement & Deposition Designations Served But Not Filed (per LCR 16(i) and LCR 32(e)) | | July 9, 2025 |
| Agreed Pretrial Order | May 19, 2025 | July 29, 2025 |
| All Parties' Deposition Designations filed with Court | May 21, 2025 | July 31, 2025 |
| Pretrial Conference (1:30 pm) | May 27, 2025 | August 5, 2025 |
| Trial Briefs, Proposed Voir Dire, Jury Instructions | June 2, 2025 | August 11, 2025 |
| Trial Date | June 9, 2025 | August 18, 2025 |

STIPULATED MOTION AND
ORDER TO AMEND SCHEDULING ORDER
(2:23-cv-0932-JHC) - 2

6. Based on the foregoing, the parties respectfully request that the Court grant their motion through entry of the Proposed Order below.

Stipulated to and respectfully submitted this 5th day of November, 2024, by:

        DAVIS WRIGHT TREMAINE LLP
        *Attorneys for Defendants*

        By s/ *Kenneth E. Payson*
            Kenneth E. Payson, WSBA #26369
            James Howard, WSBA #37259
            920 Fifth Avenue, Suite 3300
            Seattle, WA 98104-1610
            Telephone: (206) 622-3150
            Fax: (206) 757-7700
            E-mail: kenpayson@dwt.com
                    jimhoward@dwt.com

        COVINGTON & BURLING LLP

            Stephen P. Anthony*
            Laura Flahive Wu*
            Laura M. Kim*
            John D. Graubert*
            850 Tenth Street, NW
            Washington, DC 20001
            Telephone: (206) 662-5105
            E-mail: santhony@cov.com
                    lflahivewu@cov.com
                    lkim@cov.com
                    jgraubert@cov.com

            John E. Hall*
            415 Mission Street, Suite 5400
            San Francisco, CA 94105
            Telephone: (415) 591-6855
            E-mail: jhall@cov.com

            Megan L. Rodgers*
            3000 El Camino Real
            Palo Alto, CA 94306
            Telephone: (650) 632-4734
            E-mail: mrodgers@cov.com

Anders Linderot*
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 841-1000
Email: alinderot@cov.com

HUESTON HENNIGAN LLP

John C. Hueston*
Moez M. Kaba*
Joseph A. Reiter*
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
E-mail: jhueston@hueston.com
mkaba@hueston.com
jreiter@hueston.com

*Admitted pro hac vice

*Approved and agreed to by:*

FEDERAL TRADE COMMISSION
*Attorneys for Plaintiff*

By s/ *Evan Mendelson*
Evan Mendelson, D.C. Bar #996765
Olivia Jerjian, D.C. Bar #1034299
Thomas Maxwell Nardini, IL Bar #6330190
Sana Chaudhry (NY Bar #5284807)
Anthony Saunders (NJ Bar #008032001)
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320; emendelson@ftc.gov
(202) 326-2749; ojerjian@ftc.gov
(202) 326-2812; tnardini@ftc.gov
(202) 326-2679; schaudhry@ftc.gov
(202) 326-2917; asaunders@ftc.gov

Colin D. A. McDonald, WSBA # 55243
Federal Trade Commission
915 Second Ave., Suite 2896
Seattle, WA 98174
(206) 220-4474; cmacdonald@ftc.gov

STIPULATED MOTION AND
ORDER TO AMEND SCHEDULING ORDER
(2:23-cv-0932-JHC) - 4

## ORDER

Given the Court's trial calendar—and to provide more time than proposed by the parties between the briefing schedule on dispositive and *Daubert* motions and the trial date—the Court sets September 22, 2025, as the trial date in this matter and DIRECTS the Clerk to issue a new case scheduling order that follows the Court's standard pretrial schedule. After issuance of that order, the parties may propose amendments thereto, except the parties may not propose reducing time for the Court to rule on dispositive or *Daubert* motions before trial.

DATED this 5th day of November, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE