UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FEDERAL TRADE COMMISSION,

                      Plaintiff(s),

       v.

AMAZON.COM INC et al.,

                      Defendant(s).

CASE NO. 2:23−cv−00932−JHC

MINUTE ORDER SETTING TRIAL DATE AND RELATED DATES

| | |
|---|---|
| **JURY TRIAL DATE** | **September 22, 2025 at 01:30 pm** |
| Length of Trial | 10 days |
| Deadline for joining additional parties | |
| Deadline for amended pleadings | February 24, 2025 |
| Disclosure of expert testimony under FRCP 26(a)(2) | February 24, 2025 |
| All motions related to discovery must be filed by (*see* LCR 7(d)) | March 26, 2025 |
| Discovery completed by | April 25, 2025 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (*see* LCR 7(d)) | May 27, 2025 |

MINUTE ORDER SETTING TRIAL DATE
AND RELATED DATES – 1

| | | |
|---|---|---|
| 1 | | |
| 2 | Settlement conference held no later than (*See* LCR 39.1(b)(5) if parties are interested in pro bono mediation) | July 24, 2025 |
| 3 | | |
| 4 | All motions in limine must be filed by All motions in limine shall be filed as one motion. | August 11, 2025 |
| 5 | | |
| 6 | Agreed pretrial order due | September 2, 2025 |
| 7 | Deposition Designations must be submitted to the court (not filed on CM/ECF) by: (*see* LCR 32(e)) | September 3, 2025 |
| 8 | | |
| 9 | Pretrial conference to be held at 01:30 pm on | September 8, 2025 |
| 10 | Trial briefs, proposed voir dire, jury instructions by | September 15, 2025 |
| 11 | | |
| 12 | Motions raised in trial briefs will not be considered. | |

These dates are set at the direction of the court after reviewing the joint status report and discovery plan submitted by the parties. All other dates are specified in the Local Civil Rules. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the court, not by agreement of counsel or parties. The court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause.

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. In addition, pursuant to Federal Rule of Civil Procedure 16, the Court "direct[s] that before moving for an order relating to discovery, the movant must request a conference with the court" by notifying Ashleigh Drecktrah at

Ashleigh_Drecktrah@wawd.uscourts.gov. See Fed.R.Civ.P.16(b)(3)(B)(v).

Counsel are directed to cooperate in preparing the final pretrial order in the format required by LCR 16.1, except as ordered below.

The original and one copy of the trial exhibits are to be delivered to the courtroom deputy by close of business the Thursday before trial. Each exhibit shall be clearly marked. Plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with 500. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it. Each set of exhibits shall be submitted in a three−ring binder with appropriately numbered tabs.

Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

Should this case settle, counsel shall notify Ashleigh Drecktrah at Ashleigh_Drecktrah@wawd.uscourts.gov as soon as possible. An attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the court deems appropriate.

A copy of this Minute Order shall be mailed to all counsel of record.

DATED:    November 8, 2024

                                    s/ Ashleigh Drecktrah
                                 Ashleigh Drecktrah, Deputy Clerk to
                                 Hon. John H. Chun, Judge
                                 (206) 370−8520