The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                    Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC. *et al.*,<br><br>                    Defendants. | No. 2:23-cv-0932-JHC<br><br>**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE OVER-LENGTH MOTION TO COMPEL**<br><br>NOTE ON MOTION CALENDAR:<br>Monday, December 9, 2024 |

Pursuant to Local Civil Rule 7(f), Defendants respectfully request leave to file a brief of no more than 6,700 words in support of their forthcoming motion to compel. The FTC has consented to Defendants' request.

The additional words Defendants request will aid the parties' presentation of this disputed issue to the Court. Defendants' forthcoming motion will seek to compel a Rule 30(b)(6) deposition on topics related to the FTC's official public statements made during its recently completed negative option rulemaking. The administrative record underlying these topics is lengthy and voluminous. The FTC's relevant rulemaking efforts stretch back to 2009 and include a 2014 regulatory review, a 2019 advanced notice of proposed rulemaking, and a 2023 proposed rule. *See* 88 Fed. Reg. 24716, 24718-19. The final rule alone is 230 pages long[1] and, as the FTC has emphasized, arose out of an extensive record. *See* FTC Office of Public Affairs, *Federal Trade Commission Announces Final "Click-to-Cancel" Rule* (Oct. 16, 2024) (describing

---

[1] *See* https://www.ftc.gov/system/files/ftc_gov/pdf/p064202_negative_option_rule.pdf.

DEFENDANTS' UNOPPOSED MOTION FOR LEAVE
TO FILE OVER-LENGTH MOTION
(2:23-cv-0932-JHC) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

the "more than 16,000 comments from consumers and federal and state government agencies, consumer groups, and trade associations").

Before making this request for extra words, Defendants streamlined their motion wherever possible. In doing so, Defendants have worked to reduce the word count of the motion to within the length range this Court previously granted at the FTC's request. *See* Dkt. 9 (granting the FTC's request to file a 5,900-word motion); Case No. 2:23-cv-01495-JHC, Dkt. 321 (granting the FTC's request to file 7,000-word motion to compel).

For these reasons, Defendants respectfully request the Court's leave to file a brief of no more than 6,700 words in support of Defendants' planned motion to compel.

DATED this 9th day of December, 2024.

I certify that this memorandum contains 274 words, in compliance with the Local Civil Rules.

DAVIS WRIGHT TREMAINE LLP

By s/ *Kenneth E. Payson*
Kenneth E. Payson, WSBA #26369
James Howard, WSBA #37259
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: (206) 622-3150
Fax: (206) 757-7700
E-mail: kenpayson@dwt.com
         jimhoward@dwt.com

COVINGTON & BURLING LLP

Stephen P. Anthony*
Laura Flahive Wu*
Laura M. Kim*
John D. Graubert*
850 Tenth Street, NW
Washington, DC  20001
Telephone: (206) 662-5105
E-mail: santhony@cov.com
         lflahivewu@cov.com
         lkim@cov.com
         jgraubert@cov.com

DEFENDANTS' UNOPPOSED MOTION FOR LEAVE
TO FILE OVER-LENGTH MOTION
(2:23-cv-0932-JHC) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

|   |   |
|---|---|
| 1 | |
| 2 | John E. Hall*<br>415 Mission Street, Suite 5400<br>San Francisco, CA  94105<br>Telephone: (415) 591-6855<br>E-mail: jhall@cov.com |
| 3 | |
| 4 | |
| 5 | Megan L. Rodgers*<br>3000 El Camino Real<br>Palo Alto, CA  94306<br>Telephone: (650) 632-4734<br>E-mail: mrodgers@cov.com |
| 6 | |
| 7 | |
| 8 | Anders Linderot*<br>620 Eighth Avenue<br>New York, NY 10018<br>Telephone: (212) 841-1000<br>Email: alinderot@cov.com |

1
2   John E. Hall*
    415 Mission Street, Suite 5400
3   San Francisco, CA  94105
    Telephone: (415) 591-6855
4   E-mail: jhall@cov.com

5   Megan L. Rodgers*
    3000 El Camino Real
6   Palo Alto, CA  94306
    Telephone: (650) 632-4734
7   E-mail: mrodgers@cov.com

8   Anders Linderot*
    620 Eighth Avenue
9   New York, NY 10018
    Telephone: (212) 841-1000
10  Email: alinderot@cov.com

11  HUESTON HENNIGAN LLP

12  John C. Hueston*
    Moez M. Kaba*
13  Joseph A. Reiter*
    523 West 6th Street, Suite 400
14  Los Angeles, CA  90014
    Telephone: (213) 788-4340
15  E-mail: jhueston@hueston.com
            mkaba@hueston.com
16          jreiter@hueston.com

17  *admitted pro hac vice

18  Attorneys for Defendants

19
20
21
22
23
24
25
26
27

DEFENDANTS' UNOPPOSED MOTION FOR LEAVE
TO FILE OVER-LENGTH MOTION
(2:23-cv-0932-JHC) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax