UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>AMAZON.COM, INC. *et al.*,<br><br>  Defendants. | No. 2:23-cv-0932-JHC<br><br>ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE OVER-LENGTH MOTION TO COMPEL |

This matter comes before the Court on Defendants' Unopposed Motion for Leave to File Over-length Motion to Compel. Dkt. # 206. The Court, having considered the filing, GRANTS the Motion. The Court hereby ORDERS that Defendants' Motion to Compel shall not exceed 6,700 words.

**IT IS SO ORDERED.**

DATED this 9th day of December, 2024.

  John H. Chun
  UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANTS'
UNOPPOSED MOTION FOR LEAVE TO
FILE OVER-LENGTH MOTION (2:23-cv-0932-JHC) - 1