The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>　　Defendants. | No. 2:23-cv-0932-JHC<br><br>**PLAINTIFF'S NOTICE OF FILING REDACTED MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND INFORMATION RELATING TO MAY 6, 2021 MEETING** |

　　Pursuant to Local Rule 5(g)(5), the Federal Trade Commission ("FTC") attaches to this Notice redacted, public versions of its Motion to Compel Production of Documents and Information Relating to May 6, 2021 Meeting (Dkt. #217) and the exhibits thereto.

Dated: January 13, 2025

/s/ Evan M. Mendelson
EVAN MENDELSON (DC Bar #996765)
OLIVIA JERJIAN (DC Bar #1034299)
THOMAS MAXWELL NARDINI
(IL Bar # 6330190)
SANA CHAUDHRY (NY Bar #5284807)
ANTHONY SAUNDERS (NJ Bar #008032001)

PLAINTIFF'S NOTICE OF FILING
PUBLIC, REDACTED MOTION
Case No. 2:23-cv-0932-JHC

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC 20580
(202) 326-3320

1

1
2
3
4
5

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington DC 20580
(202) 326-3320; emendelson@ftc.gov (Mendelson)
(202) 326-2749; ojerjian@ftc.gov (Jerjian)
(202) 326-2812; tnardini@ftc.gov (Nardini)
(202) 326-2679; schaudhry@ftc.gov (Chaudhry)
(202) 326-2917; asaunders@ftc.gov (Saunders)

6
7
8
9

COLIN D. A. MACDONALD (WSBA # 55243)
Federal Trade Commission
915 Second Ave., Suite 2896
Seattle, WA 98174
(206) 220-4474; cmacdonald@ftc.gov (MacDonald)

10

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

11
12
13
14
15
16
17
18
19
20
21
22
23

PLAINTIFF'S NOTICE OF FILING
PUBLIC, REDACTED MOTION
Case No. 2:23-cv-0932-JHC

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC 20580
(202) 326-3320

2