1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

FEDERAL TRADE COMMISSION,

    Plaintiff,

  v.

AMAZON.COM, INC., *et al.*,

    Defendants.

Case No. 2:23-cv-0932

ORDER TO SEAL PLAINTIFF'S
MOTION TO COMPEL PRODUCTION
OF DOCUMENTS AND
INFORMATION RELATING TO MAY
6, 2021 MEETING

      Plaintiff Federal Trade Commission ("FTC") and Defendant Amazon.com, Inc.

("Amazon"), having filed the Stipulated Motion to Seal Plaintiff's Motion to Compel Production

of Documents and Information Relating to May 6, 2021 Meeting ("Stipulated Motion") (Dkt.

# 216), and the Court having considered all filings concerning this matter, the Stipulated Motion

is GRANTED.  The Court hereby ORDERS that the Sealed Material, as described in paragraph 5

of the Stipulated Motion, is hereby sealed.

      **IT IS SO ORDERED.**

ORDER TO SEAL
PLAINTIFF'S MOTION TO COMPEL
Case No. 2:23-cv-0932 - 1

1

2          Dated this 14th day of January, 2025.

3

4                                        JOHN H. CHUN
                                         UNITED STATES DISTRICT JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER TO SEAL
PLAINTIFF'S MOTION TO COMPEL
Case No. 2:23-cv-0932 - 2