UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>               Plaintiff,<br><br>   v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>               Defendants. | No. 2:23-cv-0932-JHC<br><br>STIPULATED MOTION AND ORDER REGARDING BRIEFING AND NOTING SCHEDULE ON PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND INFORMATION RELATING TO MAY 6, 2021 MEETING |

      Pursuant to Local Civil Rule 7(j) and (l), Plaintiff Federal Trade Commission ("FTC") and Defendant Amazon.com, Inc. ("Amazon"), by and through their counsel, stipulate (subject to Court approval) to a one-day extension of the deadline for the FTC's reply in support of its Motion to Compel Production of Documents and Information Relating to May 6, 2021 Meeting ("Motion to Compel"), Dkt. 217, and to renote the same motion to the same extended date. In support of this request, the parties stipulate and agree as follows:

      1.    On January 13, 2025, the FTC filed its Motion to Compel. Dkt. 217. Under the default briefing schedule, Amazon's opposition was due January 28, 2025, and Plaintiff's reply is due February 3, 2025.

      2.    Amazon timely filed its opposition on January 28, 2025. Dkt. 224. However, one of the declarations in support of the opposition was inadvertently omitted. Amazon filed the declaration the following day, on January 29, 2025. Dkt. 226.

STIPULATED MOTION AND ORDER
RE: BRIEFING SCHEDULE ON PLAINTIFF'S MOT. TO COMPEL
(2:23-cv-0932-JHC) - 1

3. In order to provide adequate time for the FTC to respond to Amazon's opposition, including the supporting declaration filed one day after the opposition, the parties stipulate and agree (subject to Court approval) to extend the deadline for the FTC's reply brief by one day, to February 4, 2025, and to renote the Motion to Compel to that same date.

4. Based on the foregoing, the parties respectfully request that the Court grant this stipulated motion through entry of the Proposed Order below.

IT IS SO STIPULATED.

DATED this 30th day of January, 2025.

DAVIS WRIGHT TREMAINE LLP

By *s/ Kenneth E. Payson*
Kenneth E. Payson, WSBA #26369
James Howard, WSBA #37259
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: (206) 622-3150
Fax: (206) 757-7700
E-mail: kenpayson@dwt.com
jimhoward@dwt.com

COVINGTON & BURLING LLP

Stephen P. Anthony*
Laura Flahive Wu*
Laura M. Kim*
John D. Graubert*
850 Tenth Street, NW
Washington, DC  20001
Telephone: (206) 662-5105
E-mail: santhony@cov.com
lflahivewu@cov.com
lkim@cov.com
jgraubert@cov.com

STIPULATED MOTION AND ORDER
RE: BRIEFING SCHEDULE ON PLAINTIFF'S MOT. TO COMPEL
(2:23-cv-0932-JHC) - 2

John E. Hall*
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-6855
E-mail: jhall@cov.com

Megan L. Rodgers*
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 632-4734
E-mail: mrodgers@cov.com

Anders Linderot*
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 841-1000
Email: alinderot@cov.com

HUESTON HENNIGAN LLP

John C. Hueston*
Moez M. Kaba*
Joseph A. Reiter*
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
E-mail: jhueston@hueston.com
        mkaba@hueston.com
        jreiter@hueston.com

*admitted pro hac vice

Attorneys for Defendant
AMAZON.COM, INC.


By *s/ Evan Mendelson*
    Evan Mendelson (D.C. Bar #996765)
    Olivia Jerjian (D.C. Bar #1034299)
    Thomas Maxwell Nardini
    (IL Bar #6330190)
    Sana Chaudhry (NY BAR #5284807)
    Anthony Saunders
    (NEW JERSEY BAR #008032001
    Jonathan Cohen (D.C. BAR #483454)
    Federal Trade Commission
    600 Pennsylvania Avenue NW
    Washington, DC 20580
    (202) 326-3320; emendelson@ftc.gov
    (202) 326-2749; ojerjian@ftc.gov
    (202) 326-2812; tnardini@ftc.gov
    (202) 326-2679; schaudhry@ftc.gov
    (202) 326-2917; asaunders@ftc.gov
    (202) 326-2551; jcohen2@ftc.gov

STIPULATED MOTION AND ORDER
RE: BRIEFING SCHEDULE ON PLAINTIFF'S MOT. TO COMPEL
(2:23-cv-0932-JHC) - 3

Colin D. A. Macdonald
(WSBA #55243)
Federal Trade Commission
915 Second Ave., Suite 2896
Seattle, WA 98174-1097
(206) 220-4474; cmacdonald@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

## ORDER

The Court GRANTS the Parties' Stipulated Motion. The Court DIRECTS the Clerk to re-note Plaintiff's Motion to Compel, Dkt. # 217, for February 4, 2025. Plaintiff shall file its reply by February 4, 2025.

IT IS SO ORDERED this 30th day of January, 2025.

_____
John H. Chun
United States District Judge