1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

8

9

10

11

12

13

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                    Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>                    Defendants. | No. 2:23-cv-0932-JHC<br><br>STIPULATED MOTION AND ORDER TO EXTEND CERTAIN EXPERT DISCLOSURE DEADLINES |

14

15

16

17

        Pursuant to Fed. R. Civ. P. 6(b)(1), LCR 7(d)(1), and LCR 10(g), the parties, by and through their attorneys of record, respectfully request that the Court enter the Proposed Order set forth below, extending the deadlines for disclosure of certain expert testimony.

18

19

20

        In support of this request, the parties represent the following to the Court:

        1.        Under the Court's scheduling order (Dkt. #199), the deadline for disclosure of expert testimony is February 24, 2025.

21

22

23

24

        2.        Counsel for Plaintiff represents that on Friday, January 31, 2025, they were informed that the father of an expert Plaintiff has retained ("Subject Expert") has entered hospice care and is expected to pass in a few weeks.

25

26

STIPULATION AND
ORDER TO EXTEND CERTAIN EXPERT
DISCLOSURE DEADLINES
Case No. 2:23-cv-0932-JHC - 1

3.    To accommodate Subject Expert so he may provide adequate support to his family during this time, the parties stipulate, subject to Court approval, as follows and jointly request that the Court enter the following Proposed Order approving that stipulation:

a.    Plaintiff's deadline to disclose the expert testimony of Subject Expert shall be extended one-month to March 24, 2025.

b.    Defendants may serve any reports that rebut opinions offered in Subject Expert's report within 30 days after the report's disclosure.  Specifically, Defendants' deadline to serve any reports that rebut opinions offered in Subject Expert's report will be April 23, 2025.

c.    All other dates contained in the Court's scheduling order (Dkt. #199) will remain the same.

6.    The parties reserve all rights to request further extensions or modifications of deadlines, and to oppose any such requests.

Stipulated to and respectfully submitted this 5th day of February, 2025, by:

FEDERAL TRADE COMMISSION
*Attorneys for Plaintiff*

By */s/  Sana Chaudhry*
    Jonathan Cohen (D.C. Bar #483454)
    Evan Mendelson (D.C. Bar #996765)
    Olivia Jerjian (D.C. Bar #1034299)
    Thomas Maxwell Nardini
    (IL Bar #6330190)
    Sana Chaudhry (NY Bar #5284807)
    Anthony Saunders (NJ Bar #008032001)
    Federal Trade Commission
    600 Pennsylvania Avenue NW
    Washington DC 20580
    (202) 326-2551; jcohen2@ftc.gov
    (202) 326-3320; emendelson@ftc.gov
    (202) 326-2749; ojerjian@ftc.gov
    (202) 326-2812; tnardini@ftc.gov

STIPULATION AND
ORDER TO EXTEND CERTAIN EXPERT
DISCLOSURE DEADLINES
Case No. 2:23-cv-0932-JHC - 2

1    (202) 326-2679; schaudhry@ftc.gov
     (202) 326-2917; asaunders@ftc.gov

2
     Colin D. A. MacDonald (WSBA # 55243)
3    Federal Trade Commission
     915 Second Ave., Suite 2896
4    Seattle, WA 98174
     (206) 220-4474; cmacdonald@ftc.gov
5
     Attorneys for Plaintiff
6    FEDERAL TRADE COMMISSION

7

8    *Approved and Agreed To By:*

9    DAVIS WRIGHT TREMAINE LLP

10   s/ *Kenneth E. Payson*
     Kenneth E. Payson, WSBA #26369
11   James Howard, WSBA #37259
     920 Fifth Avenue, Suite 3300
12   Seattle, WA 98104-1610
     Telephone: (206) 622-3150
13   Fax: (206) 757-7700
     E-mail: kenpayson@dwt.com
14            jimhoward@dwt.com

15   COVINGTON & BURLING LLP

16   Stephen P. Anthony*
     Laura Flahive Wu*
17   Laura M. Kim*
     John D. Graubert*
18   850 Tenth Street, NW
     Washington, DC 20001
19   Telephone: (202) 662-5105
     E-mail: santhony@cov.com
20            lflahivewu@cov.com
              lkim@cov.com
21            jgraubert@cov.com

22   John E. Hall*
     415 Mission Street, Suite 5400
23   San Francisco, CA 94105
     Telephone: (415) 591-6855
24   E-mail: jhall@cov.com

25

26   Megan L. Rodgers*

STIPULATION AND
ORDER TO EXTEND CERTAIN EXPERT
DISCLOSURE DEADLINES
Case No. 2:23-cv-0932-JHC - 3

3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 632-4734
E-mail: mrodgers@cov.com

Anders Linderot*
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 841-1163
Email: alinderot@cov.com

HUESTON HENNIGAN LLP

John C. Hueston*
Moez M. Kaba*
Joseph A. Reiter*
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
E-mail: jhueston@hueston.com
            mkaba@hueston.com
            jreiter@hueston.com

*admitted pro hac vice

Attorneys for Defendants
AMAZON.COM, INC., LINDSAY,
GRANDINETTI, AND GHANI

STIPULATION AND
ORDER TO EXTEND CERTAIN EXPERT
DISCLOSURE DEADLINES
Case No. 2:23-cv-0932-JHC - 4

## ORDER

**IT IS SO ORDERED.**

DATED this 6th day of February, 2025

_John H. Chun_
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATION AND
ORDER TO EXTEND CERTAIN EXPERT
DISCLOSURE DEADLINES
Case No. 2:23-cv-0932-JHC - 5