The Honorable John H. Chun

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>　　　　Defendants. | No. 2:23-cv-0932-JHC<br><br>**NOTICE OF WITHDRAWAL** |

Pursuant to Local Civil Rule 83.2(b)(3), Thomas Maxwell Nardini respectfully withdraws as an attorney of record for Plaintiff Federal Trade Commission in this matter. The FTC will continue to be represented by the undersigned counsel and other attorneys who have entered appearances for the FTC in this action.

Dated: February 21, 2025                                      Respectfully submitted,

Withdrawing Attorney:

*/s/ Thomas Maxwell Nardini*
Thomas Maxwell Nardini (IL Bar #6330190)

　　　　　　　　　　　　　　　　　　　　*/s/ Jonathan Cohen*
　　　　　　　　　　　　　　　　　　　　Jonathan Cohen (D.C. Bar #483454)
　　　　　　　　　　　　　　　　　　　　Evan Mendelson (D.C. Bar #996765)
　　　　　　　　　　　　　　　　　　　　Olivia Jerjian (D.C. Bar #1034299)
　　　　　　　　　　　　　　　　　　　　Sana Chaudhry (NY Bar #5284807)
　　　　　　　　　　　　　　　　　　　　Anthony Saunders (NJ Bar #008032001)
　　　　　　　　　　　　　　　　　　　　Federal Trade Commission
　　　　　　　　　　　　　　　　　　　　600 Pennsylvania Avenue NW
　　　　　　　　　　　　　　　　　　　　Washington DC 20580
　　　　　　　　　　　　　　　　　　　　(202) 326-2551; jcohen2@ftc.gov
　　　　　　　　　　　　　　　　　　　　(202) 326-3320; emendelson@ftc.gov
　　　　　　　　　　　　　　　　　　　　(202) 326-2749; ojerjian@ftc.gov

NOTICE OF WITHDRAWAL
Case No. 2:23-cv-0932-JHC - 1

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC 20580
(202) 326-3320

(202) 326-2812; tnardini@ftc.gov
(202) 326-2679; schaudhry@ftc.gov
(202) 326-2917; asaunders@ftc.gov

Colin D. A. MacDonald (WSBA # 55243)
Federal Trade Commission
915 Second Ave., Suite 2896
Seattle, WA 98174
(206) 220-4474; cmacdonald@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

NOTICE OF WITHDRAWAL
Case No. 2:23-cv-0932-JHC - 2

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC 20580
(202) 326-3320