

United States of America
**FEDERAL TRADE COMMISSION**
600 PENNSYLVANIA AVE. NW, CC-9528
WASHINGTON, DC 20580

Division of Enforcement
Bureau of Consumer Protection

| | | |
|---|---|---|
| **Jonathan Cohen** | **Evan Mendelson** | **Sana Chaudhry** |
| (202) 326-2551; jcohen2@ftc.gov | (202) 326-3320; emendelson@ftc.gov | (202) 326-2679; schaudhry@ftc.gov |
| **Jonathan W. Ware** | **Anthony Saunders** | **Olivia Jerjian** |
| (202) 326-2726; jware1@ftc.gov | (202) 326-2917; asaunders@ftc.gov | (202) 326-2749; ojerjian@ftc.gov |

March 12, 2025

United States Courthouse
Honorable John H. Chun
700 Stewart Street, Suite 14134
Seattle, WA 98101-9906
Chambers: (206) 370-8590

RE:  *FTC v. Amazon.com, Inc.*, No. 2:23-cv-0932-JHC (W.D. Wash.)
     **Corrected Information Concerning Resources**

Judge Chun,

Following today's telephonic status conference, I write to clarify comments I made today: I was wrong. The Commission does not have resource constraints and we are fully prepared to litigate this case. Please be assured that the FTC will meet whatever schedule and deadlines the court sets.

Very truly yours,

Jonathan Cohen
*Counsel to Plaintiff Federal Trade Commission*

CC:   <u>Via Email</u>

Laura Flahive Wu (lflahivewu@cov.com)
Laura M. Kim (lkim@cov.com)
John D. Graubert (jgraubert@cov.com)
Stephen P. Anthony (santhony@cov.com)
John E. Hall (jhall@cov.com)
Megan L. Rodgers (mrodgers@cov.com)
Marc Capuano (mcapuano@cov.com)
Kevin Kelly (kkelly@cov.com)
Anders Linderot (alinderot@cov.com)

Edward Hassi (thassi@debevoise.com)
Anna A. Moody (amoody@debevoise.com)
Megan McGuiggan (mmcguiggan@debevoise.com)

John C. Hueston (jhueston@hueston.com)
Moez M. Kaba (mkaba@hueston.com)
Joseph A. Reiter (jreiter@hueston.com)
Joseph Aronsohn (jaronsohn@heuston.com)
Karen Ding (kding@heuston.com)
Cassidy O'Sullivan (cosullivan@hueston.com)

Ralph J. Caccia (rcaccia@wiley.law)
Enbar Toledano (etoledano@wiley.law)

Kenneth E. Payson (kenpayson@dwt.com)
James Howard (jimhoward@dwt.com)

Richard Donoghue
(Richard.donoghue@pillsburylaw.com)