UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>    Defendants. | Case No. 2:23-cv-0932-JHC<br><br>STIPULATED ORDER TO SEAL PLAINTIFF'S MOTIONS TO COMPEL AND FOR ADDITIONAL FACT-WITNESS DEPOSITIONS |

Plaintiff Federal Trade Commission ("FTC") and Defendant Amazon.com, Inc. ("Amazon"), having filed the Stipulated Motion to Seal Plaintiff's Motions to Compel and for Additional Fact-Witness Depositions ("Stipulated Motion") (Dkt. # 249), and the Court having considered all filings concerning this matter, the Stipulated Motion is GRANTED.  The Court hereby ORDERS that the Sealed Material, as described in paragraph 5 of the Stipulated Motion, is hereby sealed.

    **IT IS SO ORDERED.**

STIPULATED ORDER TO SEAL
PLAINTIFF'S MOTIONS TO COMPEL AND
FOR ADDITIONAL FACT-WITNESS DEPOSITIONS
Case No. 2:23-cv-0932-JHC - 1

Dated this 26th day of March, 2025.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATED ORDER TO SEAL
PLAINTIFF'S MOTIONS TO COMPEL AND
FOR ADDITIONAL FACT-WITNESS DEPOSITIONS
Case No. 2:23-cv-0932-JHC - 2