The Honorable John H. Chun

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., *et al.*<br><br>Defendants. | Case No. 2:23-cv-0932-JHC<br><br>**DECLARATION OF EVAN MENDELSON IN SUPPORT OF PLAINTIFF'S MOTIONS TO COMPEL AND MOTION FOR ADDITIONAL FACT-WITNESS DEPOSITIONS** |

I, Evan Mendelson, hereby state that I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify as follows:

1. I am a United States citizen and am over eighteen years of age. I am a staff attorney in the Division of Enforcement, Bureau of Consumer Protection at the Federal Trade Commission (FTC). My office address is 600 Pennsylvania Avenue, NW, Washington, DC 20580.

2. Consistent with Local Rule 10(e)(10), orange highlighting has been added to the attachments to indicate excerpts referenced in the FTC's Motion to Compel Production of



Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

Documents Relating to 2019 and 2022 Benchmarking Surveys, Motion To Compel Interrogatory Responses, and Motion for Additional Fact-Witness Depositions. Blue highlighting represents material that is being filed under seal and will be redacted in the public version of this declaration and the FTC's Motions.

3. Attachment 1 to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-000281686.

4. Attachment 2 to this declaration is a copy of a document of excerpts from a document produced by Amazon during the FTC's investigation, with beginning Bates number AMZN_00101053.

5. Attachment 3 to this declaration is a copy of excerpts from Amazon's Responses and Objections to the Federal Trade Commission's Eighth Set of Requests for Production of Documents.

6. Attachment 4 to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-000705657.

7. Attachment 5 to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-000707224.

8. Attachment 6 to this declaration is a copy of a is a copy of a February 28, 2025, letter from counsel for Amazon to counsel for the FTC.

9. Attachment 7 to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-001424225.

10. Attachment 8 to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-001536516.



Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

11. Attachment 9 to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-001596130.

12. Attachment 10 to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-001639938.

13. Attachment 11 to this declaration is a copy of a excerpts from a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-001639943.

14. Attachment 12 to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-001996324

15. Attachment 13 to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-002163874.

16. Attachment 14 to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-002585850.

17. Attachment 15 to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-002703643.

18. Attachment 16 to this declaration is a copy of excerpts from Amazon's Individual Defendants' Responses and Objections to FTC's First Set of Interrogatories.

19. Attachment 17 to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-002704762.

20. Attachment 18 to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-002711058.

21. Attachment 19 to this declaration is a copy of Amazon's Initial Disclosures, dated August 18, 2023.



Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

22. Attachment 20 to this declaration is a copy of Amazon's Amended Initial Disclosures, dated December 20, 2024.

23. Attachment 21 to this declaration is a copy of excerpts from Amazon's Second Amended Initial Disclosures, dated January 14, 2025.

24. Attachment 22 to this declaration is a copy of Ishan Agnihotri's LinkedIn profile, downloaded on March 21, 2025.

25. Attachment 23 to this declaration is a copy of excerpts from an investigational hearing of Amazon.com, Inc. through corporate representative Jamil Ghani.

26. Attachment 24 to this declaration is a copy of excerpts from the investigational hearing of David Edelstein.

27. Attachment 25 to this declaration is a copy of excerpts from the investigational hearing of Masuma Henry.

28. Attachment 26 to this declaration is a copy of excerpts from the deposition of Bharath Srinivasan.

29. Attachment 27 to this declaration is a copy of excerpts from the deposition of Caroline Abramowicz.

30. Attachment 28 to this declaration is a copy of excerpts from the deposition of Jenny Blackburn.

31. Attachment 29 to this declaration is a copy of excerpts from the deposition of Sanjay Balakrishnan.

32. Attachment 30 to this declaration is Amazon's Cross Notice of Deposition of Jenny Blackburn.



Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

33. Attachment 31 to this declaration is a copy of excerpts from the Amazon's Expert Report of Dr. Ran Kivetz.

34. Attachment 32 to this declaration is a copy of an October-December 2024 email chain between counsel for the FTC and counsel for Amazon.

35. Attachment 33 to this declaration is a copy of a March 18, 2025 email from counsel for Amazon to counsel for the FTC.

36. Attachment 34 to this declaration is a copy of a March 4, 2025 email from counsel for the FTC to counsel for Amazon.

37. Attachment 35 to this declaration is a copy of a January 31, 2025 letter from counsel for the FTC to counsel for Amazon.

38. Attachment 36 to this declaration is a copy of a February 12, 2025, letter from counsel for Amazon to counsel for the FTC.

39. Attachment 37 to this declaration is a copy of a March 24, 2025, letter from counsel for Amazon to counsel for the FTC.

40. Attachment 38 to this declaration is a copy of a March 12, 2025, letter from counsel for the FTC to counsel for Amazon.

41. Attachment 39 to this declaration is a copy of a November 11, 2024, letter from counsel for Amazon to counsel for the FTC.

42. Attachment 40 to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-000702522.

43. Attachment 41 to this declaration is a copy a February 14, 2025, letter from counsel for the FTC to counsel for Amazon.



Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

44. Attachment 42 to this declaration is a copy of Danielle Paulet's LinkedIn profile, downloaded on March 21, 2025.

45. Attachment 43 to this declaration is a copy of Jun Wakabayashi's LinkedIn profile, downloaded on March 21, 2025.

46. Counsel for Masuma Henry informed counsel for the FTC that Ms. Henry will be out of the country for substantial portions of 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 26, 2025

/s/ Evan Mendelson____________
Evan Mendelson



Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320