**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　Plaintiff,<br><br>　v.<br><br>AMAZON.COM, INC., *et al*.<br><br>　　Defendants. | Case No. 2:23-cv-0932-JHC<br><br>STIPULATED MOTION AND ORDER FOR ONE-DAY EXTENSION TO DISCOVERY MOTIONS DEADLINE |

Pursuant to Local Rule 7(j), Plaintiff and Defendants, through their respective counsel of record, stipulate (subject to Court approval) to the FTC receiving a one-day extension to the Court's March 26, 2025 discovery motions deadline as to the FTC's motion at Dkt. #256. In support of this request, the parties stipulate and agree as follows:

　　1.　　The Court's Scheduling Order establishes a March 26, 2025 for discovery-related motions. *See* Dkt. #199.

　　2.　　On March 26, the FTC filed two discovery-related motions. *See* Dkt. #250, 252.

　　3.　　Undersigned FTC counsel represents that between 8:00-9:30 pm last night (March 26), counsel attempted to file a third discovery-related motion. Three FTC attorneys attempted

STIPULATED MOTION AND
ORDER REGARDING DISCOVERY
MOTIONS DEADLINE
Case No. 2:23-cv-0932-JHC

to log in to the Court's CM/ECF filing system in order to file that motion, but were unable to access the login page.

4. Pursuant to LCR 7(j), FTC counsel promptly informed Defendants' counsel and the Court that it was unable to file its third discovery motion. Defendants' counsel consented to a one-day extension for the FTC to file the motion.

5. The FTC filed its third discovery motion this morning. *See* Dkt. #256. The FTC served Defendants with a copy of the motion last night, prior to filing.

6. Based on the foregoing, the parties respectfully request that the Court grant this stipulated motion through entry of the Proposed Order below.

IT IS SO STIPULATED.

DATED this 27th Day of March, 2025.

FEDERAL TRADE COMMISSION
*Attorneys for Plaintiff*

By /s/ *Evan Mendelson*
JONATHAN COHEN (D.C. Bar #483454)
EVAN MENDELSON (D.C. Bar #996765)
OLIVIA JERJIAN (D.C. Bar #1034299)
JONATHAN W. WARE (DC Bar #989414)
SANA CHAUDHRY (NY Bar #5284807)
ANTHONY SAUNDERS (NJ Bar #008032001)
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington DC 20580
(202) 326-2551; jcohen2@ftc.gov (Cohen)
(202) 326-3320; emendelson@ftc.gov (Mendelson)
(202) 326-2749; ojerjian@ftc.gov (Jerjian)
(202) 326-2726; jware1@ftc.gov (Ware)
(202) 326-2679; schaudhry@ftc.gov (Chaudhry)
(202) 326-2917; asaunders@ftc.gov (Saunders)

COLIN D. A. MACDONALD (WSBA # 55243)
Federal Trade Commission
915 Second Ave., Suite 2896

Seattle, WA 98174
(206) 220-4474; cmacdonald@ftc.gov (MacDonald)

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

*Approved and Agreed To By:*

DAVIS WRIGHT TREMAINE LLP

Kenneth E. Payson, WSBA #26369
James Howard, WSBA #37259
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Fax: (206) 757-7700
E-mail: kenpayson@dwt.com
         jimhoward@dwt.com

COVINGTON & BURLING LLP

Stephen P. Anthony*
Laura Flahive Wu*
Laura M. Kim*
John D. Graubert*
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-5105
E-mail: santhony@cov.com
         lflahivewu@cov.com
         lkim@cov.com
         jgraubert@cov.com

John E. Hall*
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-6855
E-mail: jhall@cov.com

Megan L. Rodgers*
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 632-4734
E-mail: mrodgers@cov.com

Anders Linderot*
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 841-1163
Email: alinderot@cov.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

<u>/s/    Moez M. Kaba</u>
HUESTON HENNIGAN LLP
John C. Hueston*
Moez M. Kaba*
Joseph A. Reiter*
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
E-mail: jhueston@hueston.com
           mkaba@hueston.com
           jreiter@hueston.com

*admitted pro hac vice

Attorneys for Defendants
AMAZON.COM, INC., LINDSAY, GRANDINETTI, AND GHANI

**ORDER**

The Court GRANTS the Parties' Stipulated Motion. The FTC's deadline for filing discovery-related motions is extended to March 27, 2025.

IT IS SO ORDERED this 28th day of March, 2025.

John H. Chun
UNITED STATES DISTRICT JUDGE