UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | No. 2:23-cv-0932-JHC |
| Plaintiff, | ORDER TO SEAL CONFIDENTIAL DOCUMENTS |
| v. | |
| AMAZON.COM, INC. *et al.*, | |
| Defendants. | |

Plaintiff Federal Trade Commission and Defendant Amazon.com, Inc., having filed the Stipulated Motion to File Confidential Documents Under Seal (Dkt. #263), and the Court having considered all filings concerning this matter, the Stipulated Motion is GRANTED for the reasons presented in the Stipulated Motion. The Court hereby ORDERS that the Sealed Material, as described in paragraph 5 of the Stipulated Motion, is hereby sealed.

**IT IS SO ORDERED.**

DATED this 11th day of April, 2025.

_John H. Chun_
John H. Chun
UNITED STATES DISTRICT JUDGE

ORDER TO SEAL
CONFIDENTIAL DOCUMENTS
(2:23-cv-0932-JHC) - 1