UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AMAZON.COM, INC. *et al.*,<br><br>　　　　　Defendants. | No. 2:23-cv-0932-JHC<br><br>STIPULATED ORDER TO SEAL CONFIDENTIAL DOCUMENTS |

Plaintiff Federal Trade Commission and Defendant Amazon.com, Inc., having filed the Stipulated Motion to File Confidential Documents Under Seal (Dkt. #268), and the Court having considered all filings concerning this matter, the Stipulated Motion is GRANTED. The Court hereby ORDERS that the Sealed Material, as described in paragraph 5 of the Stipulated Motion, is hereby sealed.

**IT IS SO ORDERED.**

DATED this 14th day of April, 2025.

*/s/ John H. Chun*
John H. Chun
UNITED STATES DISTRICT JUDGE

ORDER TO SEAL
CONFIDENTIAL DOCUMENTS
(2:23-cv-0932-JHC) - 1