The Honorable John H. Chun

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., *et al.*<br><br>Defendants. | Case No. 2:23-cv-0932-JHC<br><br>**DECLARATION OF OLIVIA JERJIAN IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR SIX ADDITIONAL FACT-WITNESS DEPOSITIONS** |

I, Olivia Jerjian, hereby state that I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify as follows:

1. I am a United States citizen and am over eighteen years of age. I am a staff attorney in the Division of Enforcement, Bureau of Consumer Protection at the Federal Trade Commission (FTC). My office address is 600 Pennsylvania Avenue, NW, Washington, DC 20580.

2. Consistent with Local Rule 10(e)(10), orange highlighting has been added to the attachments to indicate excerpts referenced in the FTC's Reply in Support of its Motion for



Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

Additional Fact-Witness Depositions. Blue highlighting represents material that is being filed under seal and will be redacted in the public version of this declaration.

3. Attachment 1 to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-002708436.

4. Attachment 2 to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number, with beginning Bates number AMZN-PRM-FTC-002709700.

5. The FTC first received a copy of the memorandum circulated at the June 17, 2019 meeting with Defendant Grandinetti on October 7, 2022, during the investigation. The FTC took Henry's investigational hearing ("IH") on August 23, 2022. *See* Att. 7.

6. Attachment 4[1] to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-002710485.

7. Attachment 5 to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-002710515.

8. Attachment 6 to this declaration is a copy of a document produced by Amazon during the investigation, with beginning Bates number AMZN_00040674.

9. Attachment 7 to this declaration is a copy of excerpts from an investigational hearing of Masuma Henry on August 23, 2022.

10. Attachment 8 to this declaration is a copy of Molly O'Donnell's LinkedIn profile, downloaded on April 17, 2025.

[1] There is no Attachment 3.



Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

11. Attachment 9 to this declaration is a copy of Rachel Green's LinkedIn profile, downloaded on April 17, 2025.

12. Attachment 10 to this declaration is a copy of a document produced by Amazon during the litigation, with beginning Bates number AMZN-PRM-FTC-002736760.

13. Attachment 11 is a copy of a February 14, 2025 letter from counsel for the FTC to counsel for Amazon.

14. Attachment 12 is a copy of an April 11, 2025 letter from counsel for Amazon to counsel for the FTC.

15. The FTC has taken or will take (with Amazon's agreement) the depositions of the following individuals in this litigation:

i. Lisa Leung
ii. Rex Morey
iii. Neel Malhotra
iv. Michael Bruhanov
v. Llew Mason
vi. Linnea Hagen
vii. Sanjay Balakrishnan
viii. Miles Hunter
ix. Anthony Boulis
x. Bharath Srinivasan
xi. Benjamin Goeltz
xii. Caroline Moeller
xiii. Ryan Ogborn
xiv. Sara Mead
xv. Defendant Russell Grandinetti
xvi. Defendant Neil Lindsay
xvii. Defendant Jamil Ghani
xviii. Laura Kim
xix. Andy Ramirez (3 hours)
xx. Christopher "C.R." Brown
xxi. Jediah Hankin (3.5 hours)
xxii. Benjamin Hills (4 hours)



Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

xxiii. Mary Pat Gotschall
xxiv. Erik Schmitz
xxv. Emily Ikeda (6 hours)
xxvi. Reid Nelson
xxvii. Nikki Baidwan (4.5 hours)
xxviii. Rachel Green (3 hours)
xxix. David Edelstein (6 hours)
xxx. Amazon 30(b)(6)
xxxi. Molly O'Donnell (3.5 hours)
xxxii. Olivier Fontenelle

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 17, 2025 /s/ Olivia Jerjian_____________
Olivia Jerjian



Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320