UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>Defendants. | Case No. 2:23-cv-0932-JHC<br><br>STIPULATED ORDER TO SEAL DOCUMENTS CITED IN PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR SIX ADDITIONAL FACT WITNESS DEPOSITIONS |

Plaintiff Federal Trade Commission ("FTC") and Defendant Amazon.com, Inc. ("Amazon"), having filed the Stipulated Motion to Seal Documents Cited in Plaintiff's Reply in Support of Motion for Six Additional Fact Witness Depositions ("Stipulated Motion") (Dkt. # 275), and the Court having considered all filings concerning this matter, the Stipulated Motion is GRANTED.  The Court hereby ORDERS that the Sealed Material, as described in paragraph 5 of the Stipulated Motion, is hereby sealed.

**IT IS SO ORDERED.**

STIPULATED ORDER TO SEAL
MATERIALS CITED IN PLAINTIFF'S REPLY ISO
MOTION FOR ADDITIONAL DEPOSITIONS
Case No. 2:23-cv-0932-JHC - 1

| | |
|---|---|
| 1 | Dated this 18th day of April, 2025. |
| 2 | |
| 3 | *John H. Chun* |
| 4 | JOHN H. CHUN<br>UNITED STATES DISTRICT JUDGE |

STIPULATED ORDER TO SEAL
MATERIALS CITED IN PLAINTIFF'S REPLY ISO
MOTION FOR ADDITIONAL DEPOSITIONS
Case No. 2:23-cv-0932-JHC - 2