The Honorable John H. Chun

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC., *et al*.<br><br>    Defendants. | Case No. 2:23-cv-0932-JHC<br><br>**DECLARATION OF OLIVIA JERJIAN IN SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS DUE TO DEFENDANT AMAZON.COM., INC.'S SYSTEMATIC ABUSE OF PRIVILEGE CLAIMS** |

I, Olivia Jerjian, hereby state that I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify as follows:

1.     I am a United States citizen and am over eighteen years of age. I am a staff attorney in the Division of Enforcement, Bureau of Consumer Protection at the Federal Trade Commission (FTC). My office address is 600 Pennsylvania Avenue, NW, Washington, DC 20580.

2.     Consistent with Local Rule 10(e)(10), orange highlighting has been added to the attachments to indicate excerpts referenced in the FTC's Reply in Support of its Motion for

DECLARATION OF OLIVIA JERJIAN
ISO PLAINTIFF'S MOTION FOR SANCTIONS
Case No. 2:23-cv-0932-JHC - 1

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

Additional Fact-Witness Depositions.  Blue highlighting represents material that is being filed under seal and will be redacted in the public version of the attachments.

3. Attachment 1 to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-002710773.

4. Attachment 2 to this declaration is a copy of a February 14, 2025 letter from counsel for the FTC to counsel for Amazon.

5. Attachment 3 to this declaration is a copy of a January 26, 2024 letter from counsel for the FTC to counsel for Amazon.

6. Attachment 4 to this declaration is a copy of a March 27, 2024 email from counsel for the FTC to counsel for Amazon.

7. Attachment 5 to this declaration is a copy of an April 16, 2024 letter from counsel for the FTC to counsel for Amazon.

8. Attachment 6 to this declaration is a copy of a February 7, 2024 email from counsel for Amazon to counsel for the FTC.

9. Attachment 7 to this declaration is a copy of an April 12, 2024 letter from counsel for Amazon to counsel for the FTC.

10. Attachment 8 to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-002788044.

11. Attachment 9 to this declaration is a copy of a May 10, 2024 letter from counsel for Amazon to counsel for the FTC.

12. Attachment 10 to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-002757091.

DECLARATION OF OLIVIA JERJIAN
ISO PLAINTIFF'S MOTION FOR SANCTIONS
Case No. 2:23-cv-0932-JHC - 2

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

1       13.     Attachment 11 to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-002771943.

        14.     Attachment 12 to this declaration is a copy of an April 11, 2025 letter from counsel for Amazon to counsel for the FTC.

        15.     Attachment 13 to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-002708424.

        16.     Attachment 14 to this declaration is a copy of a document produced by Amazon during the investigation leading to this litigation, with beginning Bates number AMZN_00087314.

        17.     Attachment 15 to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-002713958.

        18.     Attachment 16 to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-002713961.

        19.     Attachment 17 to this declaration is a copy of an excerpt of the November 19, 2024 deposition of Defendant Neil Lindsay.

        20.     Attachment 18 to this declaration is a copy of the Certification of Compliance pursuant to 28 U.S.C. § 1746 submitted by Benjamin Langner (on behalf of Amazon) to the FTC on October 7, 2022 during the investigation leading up to this case.

        21.     Attachment 19 to this declaration is a chart reflecting partial information contained in six entries in the privilege log Amazon produced in this litigation.

        22.     Attachment 20 to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-002623648.

DECLARATION OF OLIVIA JERJIAN
ISO PLAINTIFF'S MOTION FOR SANCTIONS
Case No. 2:23-cv-0932-JHC - 3

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

23. Attachment 21 to this declaration is a copy of an excerpt of the November 16, 2022 investigational hearing of Defendant Jamil Ghani.[1]

24. Attachment 26 to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-002710894.

25. Attachment 32 to this declaration is a copy of a document produced by Amazon during the litigation, with beginning Bates number AMZN-PRM-FTC-002713769.

26. Amazon has clawed back a small percentage of documents as inadvertent productions in the course of this litigation (mistakes that disclosed information).

27. The FTC's Request for Documents No. 45(e) in its Second Set of RFPs, issued on August 30, 2023, reads as follows: "All Documents relating to or referring to, including all notes taken at [t]he December 3, 2020 meeting with Doug Herrington, see AMZN_00022861, and any meeting held in preparation for that meeting."

28. In an April 28, 2025 email to counsel to the FTC, counsel for Amazon stated the following on the re-review of its privilege log:

> *Amazon endeavored to re-review all of the documents it had identified as privileged during this litigation and the preceding investigation. Subject to limitations inherent in document review and database reporting, and reserving all rights:*
>
> 1. *Amazon re-reviewed approximately 76,500 documents*
> 2. *Amazon re-reviewed and produced as Partially Privileged approximately 12,500 documents*
> 3. *Amazon re-reviewed and produced as Not Privileged approximately 58,000 documents*

29. The log entries in the privilege log that Amazon produced on August 16, 2024 in the course of this litigation span AMZN-PRM-FTC-LOG-19 through -71362.

---

[1] There are no Attachments 22 through 25 and 27 through 31.

DECLARATION OF OLIVIA JERJIAN
ISO PLAINTIFF'S MOTION FOR SANCTIONS
Case No. 2:23-cv-0932-JHC - 4

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Executed on May 7, 2025                    /s/ Olivia Jerjian
3                                              Olivia Jerjian

DECLARATION OF OLIVIA JERJIAN
ISO PLAINTIFF'S MOTION FOR SANCTIONS
Case No. 2:23-cv-0932-JHC - 5

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320