# Attachment 1

**From:** Morey, Rex [/O=AMAZON/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=REXFORDB81]
**Sent:** 12/3/2020 5:47:39 PM
**To:** Moeller, Caroline [cmmoell@amazon.com]; Tuladhar, Praju [tuladhar@amazon.com]
**CC:** Baidwan, Nikki [nikbai@amazon.com]; Grimes, Eric [ewg@amazon.com]; Benjamin Hills (bhills@amazon.com) [bhills@amazon.com]
**Subject:** RE: Privileged and Confidential: Notes from US Prime Performance meeting

+ Eric/Ben

Thank you for the notes Caroline!

I'll review tonight and send something to the broader group, but I wanted to include Eric and Ben so we could make sure we're aligned on action items since we need to move fast.

---

**From:** Moeller, Caroline <cmmoell@goodreads.com>
**Sent:** Thursday, December 3, 2020 5:39 PM
**To:** Morey, Rex <rexford@amazon.com>; Tuladhar, Praju <tuladhar@amazon.com>
**Cc:** Baidwan, Nikki <nikbai@amazon.com>
**Subject:** Privileged and Confidential: Notes from US Prime Performance meeting

Hi Rex, here are the notes I captured -

**Key takeaways and action items:**

- We've got the right focus, alignment to prioritize paid members over short term OP2 goal.
- Guidance was to go as big as possible in marketing
  - Eric looking into Push and SMS options
  - Eric / Rex pushing for H1 on Gateway
  - Other ways to go big on Gateway ?
  - With shipping cutoff, joining prime will be the best CX to get items by Christmas. Checkout messaging should lean into the holiday deadline.
- Just like we took over the site for digital this year, we should do the same for Prime
- The associates option is not worth pursuing
- Lean in to Up, more opportunity there than Student
- We should lean away from experimenting with signup clarity, and focus more on driving overall members and increasing confirmation that you are Prime

**US Prime Performance Notes:**

- DH – why we didn't get a giant tailwind from the whole thing, are we missing something? Our business is [redacted] YoY and we're barely at OP2 for Prime members.
- Neil Lindsay – [redacted]n sales could be coming from existing members
- Neil – if we weren't so concerned about the shipping, we could've promoted the heck out of Prime. In hindsight we should've leaned in to that.
  - Jamil – just at the moment behavior started switching (march), we leaned away from messaging
  - Neil – we started a mass one day campaign, and pulled that
- Clarity:

○ Neil: We're debating the clarity the most – it took us a number of years to get to this point, we always kne wit would cost us, worried we were losing members who didn't intend to sign up but end up being happy,

▪ Dh – subscription driving is a bit of a shady world, jeff b used to be chief dark arts officer – you used to have to call to cancel your subscription,

▪ Jamil – trying to get to the objective way to know how to tradeoff, working on clarity score

○ Neil – Redacted

Redacted

▪ Praju Redacted lega Redacted

▪ DH: it's how much we encourage people not to sign up – could we experiment with "this is how you sign up – 3 steps",

○ Jamil – it's unfair to experiment with 1 location or point in time, because everything is a full experience. And then once you do sign up, make it more clear you are prime"

○ Doug – can we improve signups instead of avoiding the signups, what about one that's 'every member a prime member', to him, it wouldn't be weird to always see an upsell for prime in checkout

▪ Neil – we looked at the average number of exposures, and found that there was a variance element – need to keep playing with both driving signups and reducing unintended

● Levers:

● Neil – the promotions – should we push on that is more?

○ Rex: yes, just weighing the cost of the opt outs because then we lose ability to

○ Eric – in PD we switched to push, did we try that for this? Eric following up to see what we can do on push and maybe sms pending legal guidance

○ 'we're the only ones that can ship' – let's go aggressive on the messaging. Don't worry about the [redacted]

▪ Rex : aligned on increasing marketing, what about the bounceback

▪ Neil – no on associates given prior conversation a few weeks ago, for PD... he thinks it costs a lot and not a lot of impact

▪ Christine – aggressive mssaging to our networks of publishers and individuals, like softlines influencers, they are looking for new messaging – rex and eric to follow up

● PMGMS overperforming, but in softlines she noticed a flip – non prime having ops growth that is outpacing prime, which doesn't make financial sense – in a typical week its [redacted] prime,

○ Our us templates are focusing speed over free, could we do a number of tests there

○ On the point of reticence to talking about shipping, but in CBR the speeds (as of yesterday) [redacted]

○ Eric – dex launched free first delivery in july could – turned off on 11/9 for peak , prime wasn't a key success criteria for that

▪ Neil – let meknow if you need help there

● Christine – have we tried a push on gift of prime?

○ Rex – yes , did that last year, around [redacted] signups

○ The incremental signups were small

○ Rex: more excited about ability to pay with gift cards (student and up)

● Neil – are there any onsite placements we should take over?

○ Jamil – talking about using maple (payments) – we could do more there with marketing with maple

○ Eric – hero 5 – do a bigger push on gift of prime, see if we could do an h1

▪ Neil – don't negotiate, just escalate

● Doug: effectively making the site prime only because that's the only speed thatll get you there by the holiday. All the checkout messaging should make it seem natural.

● Rex – test holiday messaging in updp "I want it by Christmas" – cta , because the delta between the two options would be big

○ Jamil – what about upstream, where we message shipping cutoff, could we add that in with

○ Doug – if you want it after Christmas, then you go down the non prime chute. We can not break the tenet of the not making non prime tenet worse, but here the non prime experience will be really bad in a couple weeks, so maybe now is the time to give it a try

● Doug – doesn't care about the end of year number, if you got an extra million trialist

● Christine – does non prime gateway? We cant upsell on iphone .. what else can we do for prime on gateway?

- Jamil – lets swing the pendulum from digital to prime,
  - Doug – that will be the best cx where people will shop for prime
  - Doug – you've got the right focus, prime up is a real opportunity for incremental customers, continue experimentation there, we offer incredible value (neil – theyre good spenders), [redacted] has demonstrated that offering a good service there is great prices. Doug more excited about up long term than student, sees more long term potential there. Rex – student pools stays about the same size, whereas up grows
- Doug - WM+ what does [redacted] signups mean ? [redacted] of us but it's declining, hard to see ft vs paid, program only live for 2 months ,we've asked the research to differentiate there.
  - Jamil – similar studies on prime membership and it's inflated, so it's
  - Neil – it has us at 84% penetration and prime is at [redacted]
- Neil – non prime desktop – let's do h1 on gateway
  - Christine – during turkey 5, say a lot of amazon values on broadcast tv, what about paid social, mid funnel messaging, - neil – theres meant to be a strong weight on the save money campaign, but that should be heavy now, we were worried about demand the past two weeks, we don't have a good prime campaign for that right now,
    - Shraddha – not much on prime, it's embrace amazon

**Caroline Moeller**
Manager, Prime Content Marketing
cmmoell@amazon.com

prime