# Attachment 11

# Chat with "Morey, Rex <rexford@amazon.com>"

reidn@amazon.com & rexford@amazon.com
Earliest item: 2020-03-30 12:19:17
Latest item: 2020-03-30 15:42:41

All Parties:
**Nelson, Reid <reidn@amazon.com>**
Morey, Rex <rexford@amazon.com>

**Monday 30 March 2020**

**Nelson, Reid <reidn@amazon.com>**
Member Add
12:19:17

**Morey, Rex <rexford@amazon.com>**
Member Add
12:19:17

**Morey, Rex <rexford@amazon.com>**
Hi Reid, I'm on the Prime team and I'm writing a doc focused on our Prime Voice of the Customer (VOC) strategy for Jamil Ghani. I was told that you are the POC for the Customer Frustrations Eliminations Program. Is that right? If so, do you have a high-level paragraph that describes the program and any data on the number of tickets we get for Prime?
12:21:27

**Nelson, Reid <reidn@amazon.com>**
Hey Rex!
13:29:02

**Nelson, Reid <reidn@amazon.com>**
Nice to meet you
13:29:05

**Nelson, Reid <reidn@amazon.com>**
We're actually still trying to hire a Principal program leader for the Frustrations program
13:29:27

**Nelson, Reid <reidn@amazon.com>**
It's unfortuantely in an orphaned state
13:29:37

**Nelson, Reid <reidn@amazon.com>**
Mary Pat Gotschall is presently the L7 Manager overseeing it (Jenny Blackburn the L8 sponsor), and I'm one of many UX researchers that contributes insights to it.
13:30:03

**Nelson, Reid <reidn@amazon.com>**
But to be clear, I'm not the POC running the program; we currently don't have any PM/TPM on it. Mary Pat's been working feverishly to find someone. It's a hard role to hire for.
13:30:38

**Nelson, Reid <reidn@amazon.com>**
That said, I can give you a quick update:
13:30:51

**Nelson, Reid <reidn@amazon.com>**
I'll send it over in a P&C email, if that's OK
13:31:00

**Morey, Rex <rexford@amazon.com>**
Hey Reid, thanks for your help. That would be great if you could send me an update via email! Any chance you could send it today?
13:33:53

**Nelson, Reid <reidn@amazon.com>**
I'll get right on it
13:34:05

**Morey, Rex <rexford@amazon.com>**
Thank you!
13:34:10

**Nelson, Reid <reidn@amazon.com>**
This is for Prime all-up?

CONFIDENTIAL                                         AMZN-PRM-FTC-002771943

13:34:12
**Nelson, Reid <reidn@amazon.com>**
Not just acquisition?

13:34:22
**Nelson, Reid <reidn@amazon.com>**
When I say Prime all-up, I mean things like:
Prime upsells
Prime retention CX
Prime badging CX
…

13:35:05
**Morey, Rex <rexford@amazon.com>**
Yes, ideally Prime all-up. Although badging is handled by the DEX team.

13:43:43
**Nelson, Reid <reidn@amazon.com>**
Indeed, from a technical standpoint, DEX owns badging… but there have been a TON of inputs from the Prime team on that front (e.g., Aaron Brady's team)

13:49:31
**Nelson, Reid <reidn@amazon.com>**
It's probably good to have some visibility on those issues from within the Prime org

13:50:03
**Nelson, Reid <reidn@amazon.com>**
NPX has also done some away team work for making Prime badges interactive (vs. deprecating them entirely, e.g., for NPAs). And the Prime team was involved heavily in those discussions.

13:50:37
**Nelson, Reid <reidn@amazon.com>**
Are you going to be running a Prime VOC program? I wonder if we should get you more formally plugged into the Frustrations program?

13:51:41
**Nelson, Reid <reidn@amazon.com>**
E.g., so you could comment on frustration tickets with updates, etc

13:51:56
**Nelson, Reid <reidn@amazon.com>**
Create your own filtered dashboards for subsets of issues

13:52:12
**Morey, Rex <rexford@amazon.com>**
Yes, I know about the badging work that Aaron and team worked on in 2019. For now, I just need a high-level paragraph describing the frustrations process and any Prime-related info (e.g., # of tickets, # of issues resolved). Also, please include any ideas you have to improve it.

13:52:45
**Morey, Rex <rexford@amazon.com>**
We're not sure if we're going to create a full Prime VOC program, but it's a passion for both me and Jamil. We'll know more after this meeting with Jamil.

13:53:25
**Nelson, Reid <reidn@amazon.com>**
Got it

13:54:32
**Nelson, Reid <reidn@amazon.com>**
We definitely don't have any accurate statuses regarding resolutions

13:54:50
**Nelson, Reid <reidn@amazon.com>**
So I couldn't provide details on that

13:55:07
**Nelson, Reid <reidn@amazon.com>**
That's where having a PM focused on doing follow-ups for Prime-owned frustrations would be super helpful.

13:55:34
**Morey, Rex <rexford@amazon.com>**
Got it. Do you have data on the # of Prime-related tickets?

14:00:04
**Nelson, Reid <reidn@amazon.com>**
writing it up for you now my friend!@

**Nelson, Reid <reidn@amazon.com>**
14:00:14
:)

**Morey, Rex <rexford@amazon.com>**
14:00:16
Thanks!

**Morey, Rex <rexford@amazon.com>**
14:00:21
Thanks for sending the email. Why is it P&C? The paragraph you wrote is perfect for the doc. Can I include it? Also, people won't know what "site-wide fluidity" means. I looked at the link and added this: "Two top frustration themes within the Prime org are related to Subscription Clarity and Site-wide Fluidity (e.g., multiple signup messages throughout the shopping journey)." Does that capture it?

**Nelson, Reid <reidn@amazon.com>**
15:23:44
That captures it pretty well!

**Nelson, Reid <reidn@amazon.com>**
15:24:50
It's a combination of "multiple sign ups messages" and "forced interstitials that interrupt a customer's flow"

**Nelson, Reid <reidn@amazon.com>**
15:25:11
It's P&C because of the subscription clarity issues

**Nelson, Reid <reidn@amazon.com>**
15:25:35
Anything involving accidental / uninformed sign ups…customers settling without realizing it due to auto-renew…etc, etc… All of that is P&C.

**Morey, Rex <rexford@amazon.com>**
15:26:19
Got it. I think what you wrote is OK to include in my doc without marking it P&C because "subscription clarity" is innocuous. OK to include the paragraph?

**Nelson, Reid <reidn@amazon.com>**
15:29:01
Good with me!

**Nelson, Reid <reidn@amazon.com>**
15:29:21
Trust me… P&Cing docs sucks

**Nelson, Reid <reidn@amazon.com>**
15:29:35
Been fighting the good fight on that particular Frustration Theme for over 4 years now.

**Nelson, Reid <reidn@amazon.com>**
15:30:48
It's a lot of adding lawyers to threads, and creating multiple redacted versions of documents

**Morey, Rex <rexford@amazon.com>**
15:31:13
I've been involved with these types of escalations, so I understand. Thanks again for your help!

**Nelson, Reid <reidn@amazon.com>**
15:32:20
Of course, happy to help.
Let's keep an eye out for any feedback from Mary Pat / David, just in case there are any edits they'd like to make. But I suspect you should be good to go.

**Morey, Rex <rexford@amazon.com>**
15:33:25
👍

15:42:41

**End Thread**

**Thread Statistics**

Thread Item Count 47

Participation Event Count 2

Instant Message Count 45