1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>    Defendants. | **Case No. 2:23-cv-0932**<br><br>STIPULATED ORDER TO SEAL MATERIAL CITED IN THE DECLARATION OF OLIVIA JERJIAN IN SUPPORT OF THE PLAINTIFF'S MOTION FOR SANCTIONS |

        Plaintiff Federal Trade Commission ("FTC") and Defendant Amazon.com, Inc.

("Amazon"), having filed the Stipulated Motion to Seal Documents Cited in Plaintiff's Motion

for Sanctions ("Stipulated Motion") (Dkt. 285), and the Court having considered all filings

concerning this matter, the Stipulated Motion is GRANTED.  The Court hereby ORDERS that

the Sealed Material, as described in paragraph 5 of the Stipulated Motion, is hereby sealed.

**IT IS SO ORDERED.**

Dated this 8th day of May, 2025.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATED ORDER TO SEAL
MATERIAL CITED IN MOTION FOR SANCTIONS
Case No. 2:23-cv-0932