UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC; NEIL LINDSAY, individually and as an officer of Amazon.com, Inc.; RUSSELL GRANDINETTI, individually and as an officer of Amazon.com, Inc.; JAMIL GHANI, individually and as an officer of Amazon.com, Inc.,<br><br>Defendants. | CASE NO. 2:23-cv-00932-JHC<br><br>ORDER |

This matter comes before the Court on the FTC's Motion to Compel Certain Interrogatory Responses. Dkt. # 252. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the record, and the applicable law. Being fully advised, the Court DENIES the motion without prejudice.

Through Interrogatories 2 and 3, the FTC seeks sensitive financial information about the assets and liabilities of Defendants Neil Lindsay, Russell Grandinetti, and Jamil Ghani. Dkt. # 255-16. The agency also seeks financial information about the assets and liabilities of these

ORDER - 1

Defendants' spouses and dependents. *Id.* The FTC has stated that it is seeking this information as it relates to the imposition of civil penalties. Dkt. # 252 at 3. But Defendants say such information is not relevant unless and until the Court is required to calculate civil penalties. Dkt. # 261 at 13.

Under the FTC Act, when imposing civil penalties, "the court shall take into account the degree of culpability, any history of prior such conduct, ability to pay, effect on ability to continue to do business, and such other matters as justice may require." 15 U.S.C. § 45(m)(1)(C). The Court views the FTC's request as premature. And Defendants have provided the FTC with financial information about their compensation by Amazon. *See* Dkt. # 261 at 16. Delaying discovery on this issue until after the trial will not prejudice the FTC because the requested financial information has no bearing on the FTC's ability to prove the merits of its underlying claims.

For these reasons, the Court DENIES the motion without prejudice. The FTC may renew the motion after trial if appropriate.

Dated this 21st day of May, 2025.

John H. Chun
United States District Judge

ORDER - 2