1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8  FEDERAL TRADE COMMISSION,                No. 2:23-cv-0932-JHC

9                        Plaintiff,         ORDER GRANTING AMAZON'S
                                            UNOPPOSED MOTION FOR LEAVE
10        v.                                TO FILE OVER-LENGTH MOTION
                                            FOR SUMMARY JUDGMENT
11  AMAZON.COM, INC. *et al.*,

12                        Defendants.

13

14        This matter comes before the Court on Amazon.com, Inc.'s Motion for Leave to File

15  Over-length Motion for Summary Judgment.  Dkt. # 296.  The Court, having considered the

16  filing, GRANTS the Motion.  The Court hereby ORDERS that Defendants' Motion for Summary

17  Judgment shall not exceed 12,600 words.

18        **IT IS SO ORDERED.**

19        DATED this 22nd day of May, 2025.

20

21        *John H. Chun*

22        John H. Chun
          UNITED STATES DISTRICT JUDGE

23
24
25
26
27

ORDER GRANTING AMAZON'S
UNOPPOSED MOTION FOR LEAVE TO
FILE OVER-LENGTH MOTION (2:23-cv-0932-JHC) - 1