1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                    Plaintiff,<br><br>        v.<br><br>AMAZON.COM, INC; NEIL LINDSAY,<br>individually and as an officer of<br>Amazon.com, Inc.; RUSSELL<br>GRANDINETTI, individually and as an<br>officer of Amazon.com, Inc.; JAMIL GHANI,<br>individually and as an officer of<br>Amazon.com, Inc.,<br><br>                    Defendants. | CASE NO. 2:23-cv-00932-JHC<br><br>ORDER |

        Before the Court is the FTC's Motion for Six Additional Fact Witness Depositions.  Dkt.

# 256.  The Court has considered the materials filed in support of and in opposition to the

motion, the rest of the record, and the applicable law.  Being fully advised, the Court GRANTS

the motion.  The FTC may conduct the depositions of the six identified fact witnesses.

/

/

/

ORDER - 1

Dated this 22nd day of May, 2025.

John H. Chun
United States District Judge

ORDER - 2