UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., *et al*.<br><br>Defendants. | Case No. 2:23-cv-0932-JHC<br><br>ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO EXCEED WORD LIMIT FOR MOTION FOR SUMMARY JUDGMENT |

The Federal Trade Commission ("FTC") having filed its Unopposed Motion for Leave to Exceed Word Limit for Motion for Summary Judgment, Dkt. # 297, and the Court having considered all filings, memoranda of law, and exhibits concerning this matter, the Motion is GRANTED.  The hereby ORDERS that Plaintiff's Motion for Summary Judgment shall not exceed 21,000 words.

Dated this 22nd day of May, 2025.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING
FTC'S MOTION FOR EXCESS WORDS
Case No. 2:23-cv-0932-JHC

1