# ATTACHMENT A

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

FEDERAL TRADE COMMISSION,

   Plaintiff,

 v.

AMAZON.COM, INC., *et al*.

   Defendants.

Case No. 2:23-cv-0932-JHC

**DECLARATION OF ERIC SPURLINO, PH.D.**

(Pursuant to 28 U.S.C. § 1746)

I, Eric Spurlino, Ph.D., hereby state that I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify as follows:

1. I am a United States citizen and am over eighteen years of age. I am employed by the Federal Trade Commission ("FTC" or the "Commission") as an Economist in the Consumer Protection Division, Bureau of Economics. My office address is 600 Pennsylvania Avenue, NW, Washington, DC 20580.

DECLARATION OF ERIC SPURLINO, PH.D.
Case No. 2:23-cv-0932-JHC - 1

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

## WILCOX CANCELLATION SURVEY

2. In May 2025, as part of my duties as an Economist in this matter, I reviewed data produced along with the Expert Report of Ronald T. Wilcox, Ph.D., dated February 24, 2025, disclosed by Amazon in this matter.

3. The data I reviewed showed that the initial screening questions in Wilcox's cancellation survey (S1 through S60), combined, eliminated 311 total respondents from the 1,408 people who started the survey.[1]

4. The data further revealed that the last four screening questions (S70-S90 and the Stimulus attention-check question), combined, eliminated 233 total respondents from the remaining 1,097 people in the survey sample (an additional 318 respondents were eliminated for not being current Amazon Prime subscribers).[2] In other words, the last four screening questions eliminated 29.91% of the respondents remaining after the initial screening questions and the Amazon Prime subscriber screening question.[3]

## AMAZON PRIME MEMBERS WITH PRIOR MEMBERSHIP SIGN-UPS

5. In May 2025, as part of my duties as an Economist in this matter, I reviewed and analyzed data produced by Amazon in this matter related to Amazon Prime membership ███████████████████████████████████████.

6. My analysis of the data showed the following:

---

[1] 1,408 is exclusive of the 34 respondents who were eliminated due to status code "Overquota" and the 203 respondents who provided "partial" responses.

[2] S70 includes two attention checks in the form of two decoy options. Questions S70-S90 and the Stimulus attention-check question therefore contain a total of 5 attention checks.

[3] The denominator is again exclusive of the 34 respondents eliminated due to the status code "Overquota" and the 203 respondents who provided "partial" responses.

DECLARATION OF ERIC SPURLINO, PH.D.
Case No. 2:23-cv-0932-JHC - 2

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

a. Approximately ■% of active Prime members as of ■■■■ have ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■;

b. Approximately ■% of active Prime members as of ■■■■ have ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■;

c. Approximately ■% of active Prime members as of ■■■■ have ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■;

d. Approximately ■% of active Prime members as of ■■■■ have ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■;

e. Approximately ■% of active Prime members as of ■■■■ have ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■; and

f. Approximately ■% of active Prime members as of ■■■■ have ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 27, 2025.                    /s *Eric Spurlino*
                                              Eric Spurlino

DECLARATION OF ERIC SPURLINO, PH.D.
Case No. 2:23-cv-0932-JHC - 3

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320