1

2

3    **UNITED STATES DISTRICT COURT**

4    **WESTERN DISTRICT OF WASHINGTON**
     **AT SEATTLE**

5

6    FEDERAL TRADE COMMISSION,                    Case No. 2:23-cv-0932-JHC

7            Plaintiff,

8        v.

9    AMAZON.COM, INC., *et al.*

10           Defendants.

11

12                    **DECLARATION OF ADAM ROTTNER**

13                    (Pursuant to 28 U.S.C. § 1746)

14

15        I, Adam Rottner, hereby state that I have personal knowledge of the facts set forth below.

16   If called as a witness, I could and would testify as follows:

17   1.    I am a United States citizen and am over eighteen years of age.  I am employed by the

18         Federal Trade Commission ("FTC" or the "Commission") as a Senior Investigator in the

19         Division of Enforcement, Bureau of Consumer Protection.  My office address is 600

20         Pennsylvania Avenue, NW, Washington, DC 20580.

21   2.    Five attachments are included with this declaration.  Consistent with Local Rule 10(e)(10),

22         highlighting has been added to two of the attachments to indicate excerpts referenced in

23         this declaration or the accompanying motion.

DECLARATION OF ADAM ROTTNER                                    Federal Trade Commission
Case No. 2:23-cv-0932-JHC - 1                                  600 Pennsylvania Avenue NW
                                                               Washington, DC 20580
                                                               (202) 326-3320

## DYNATA

3.     In May 2025, as part of my duties as an Investigator, I researched Dynata, LLC ("Dynata"), a market research firm referenced in the Expert Report of Ronald T. Wilcox, Ph.D., dated February 24, 2025, disclosed by Amazon in this matter.

4.     I used an undercover FTC computer to gather screenshots of information related to Dynata, including the following:  web pages marketing its survey data services; its Terms of Order setting forth the terms and conditions for engaging its services; a blog post entitled, "A Guide to Online Survey Validation and Reliability," published by Dynata; and a listing of Dynata affiliated companies.

5.     My research also revealed that Dynata (including its parent, subsidiary, and affiliated companies) operates various market research companies that recruit people to participate in market research activities, including online surveys.  One of these entities is Rewards for Opinions, a division of the Dynata company Research Now Group, LLC.

6.     To understand the processes and procedures required to become a paid survey taker for Dynata, I went through the process of creating an online member profile for an account on Rewards for Opinions.  I also captured screenshots of the joining process and the online profile I created, as well as documents provided by the website, such as the privacy policy.

7.     I entered information in fields for email address, first and last name, address, age, gender, and password to start the online account, and completed a CAPTCHA to verify that I was not a robot.  I then selected boxes to confirm that I read and understood certain policy documents and terms and conditions, and I clicked a button to join.  I then activated my account by confirming my email address.

DECLARATION OF ADAM ROTTNER
Case No. 2:23-cv-0932-JHC - 2

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

**PROFILE FOR SURVEY TAKER**

8.  After creating an online account for Rewards for Opinions using an undercover identity and email address, I proceeded to complete a profile on the Rewards for Opinions website by answering the questions as if I were intending to become a survey taker for Dynata.

9.  The Rewards for Opinions profile section categorized the questions for completing a profile. The categories of questions were as follows: Get Started; Business; Personal & Household; Politics; Insurance; Leisure & Interests; Magazines; Utilities; Automotive; Health Conditions; Finances; Technology Devices Owned; Technology Activities; Shopping; Food & Beverages; Personal Banking; Investing; Electronic & Gadgets; Mobile Devices; and Technology Roles.

10. Each category had multiple questions to respond to and the required methods of responding varied depending on the question. Some questions required selecting a response from a drop-down menu; some questions required selecting all responses that applied by checking boxes; some questions required selecting a single response using radio buttons; and some questions required typing answers into a search box to locate a list of potential responses and then selecting appropriate responses from that list.

11. The first category, "Get Started," collected numerous pieces of demographic information for the online profile. This information included, but is not limited to: annual gross income; ethnicity; race; languages spoken; language fluency; level of education; employment status; occupation; number of children in the household, if any; and age of children in the household.

12. A user needed to respond to each question in a category before the site would indicate that the section was completed. It appeared that certain responses to some questions would

DECLARATION OF ADAM ROTTNER
Case No. 2:23-cv-0932-JHC - 3

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

1  cause the website to provide additional, follow-up questions, depending on the answer

2  provided.  I attempted to provide a response to all of the questions with the intention of

3  answering the minimum number of questions possible to complete a profile.

4  13.  I captured screenshots of the question pages I encountered to fully complete a profile on

5  Rewards for Opinions.  I was required to answer 103 pages of questions to complete a

6  profile, including some pages that contained more than one question per page.

7  **<u>DOCUMENTS</u>**

8  14.  Attached hereto as **Attachment 1** is a true and correct copy of "A Guide to Online Survey

9  Validation and Reliability," as seen on the Dynata website.  That document contains the

10  following statements, each of which are highlighted:

11      a.  "Dynata uses the following controls, among others… Two-factor claim

12         authentication required for reward redemption…."

13      b.  "Dynata constantly seeks to add new and better levels of verification for our panels.

14         For example, establishing trust and engagement by analyzing answers to open end

15         questions.  Open end answer analysis can be particularly effective in deterring

16         fraudsters because it is difficult to invent complex, unique, relevant answers to

17         open-ended questions."

18  15.  Attached hereto as **Attachment 2** is a true and correct copy of the Privacy Policy, as found

19  on the Rewards for Opinions website.  That document contains the following statements,

20  each of which are highlighted:

21      a.  "You may submit, upload or transmit content or material, including, without

22         limitation, photos, videos, and/or any other similar or related content or material

23

DECLARATION OF ADAM ROTTNER
Case No. 2:23-cv-0932-JHC - 4

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

1  which may include your PII ("User Content"), for example, when completing

2  surveys."

3  16.  Attached hereto as **Attachment 3** is a true and correct copy of a document produced by the

4  FTC to Amazon with Bates number FTCAMZN_0023843.  This document is a capture I

5  took of the first page of the "Iliad" cancellation flow using an undercover desktop device

6  on September 8, 2022.

7  17.  Attached hereto as **Attachment 4** is a true and correct copy of a document produced by the

8  FTC to Amazon with Bates number FTCAMZN_0101575.  This document is a capture I

9  took of the first page of the "Iliad" cancellation flow on an undercover mobile device on

10  October 9, 2024.  It shows the entire portion of the page that was visible on the smart phone

11  screen, prior to my scrolling down the page.

12  18.  Attached hereto as **Attachment 5** is a true and correct copy of a document produced by the

13  FTC to Amazon with Bates number FTCAMZN_0101583.  This document is a capture I

14  took of the first page of the "Iliad" cancellation flow on an undercover mobile device on

15  October 9, 2024.  It shows the entire page, including portions that I could not see without

16  scrolling down.

17

18  I declare under penalty of perjury that the foregoing is true and correct.

19

20

21  Executed on May 27, 2025.

22  _____
    Adam Rottner

23

DECLARATION OF ADAM ROTTNER
Case No. 2:23-cv-0932-JHC - 5

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

# Attachment 1

Login     Contact us     Called by Dynata?     🔍

dynata

Products ▾     Data ▾     Quality ▾     Solutions ▾     Company ▾     Insights Hub ▾     Request a Quote

BLOG

# A Guide to Online Survey Validation and Reliability

○ The majority of research participants are engaged and honest in their responses.

○ Although "bad" participants usually make no material difference to survey results because there are so few of them, we must still be concerned about them, especially since their impact is increased in low-incidence projects.

○ Technology enables increasingly powerful quality controls

Verification procedures in telephone and face-to-face interviewing (both at the interview and data entry stage) are usually done as a check on the truthfulness of the interviewer, not the participant. It is the interviewer who has the means, motive, and opportunity to cheat. In online surveys, it is the participant who can cheat. Why would they do that?

They might cheat to qualify for a survey and claim a reward. In fact, there is a great deal of evidence to suggest that hard-core fraudsters over-qualify for interviews. Research also suggests that a large majority of such people are physically located in places where the small rewards offered by market research are worth a great deal.

For this reason, many research agencies do not allow participants into surveys with "out-of-area" IP addresses. Dynata's quality controls have IP verification functionality built in, as do many other proprietary systems.

Dynata prevents the same "person" doing the same survey more than once, either because they are coming from multiple panels being used on a project or exist multiple times within the same panel. Otherwise "good" participants might be tempted to cheat to get into a survey because a high reward is offered, especially if the invitation gives the game away by telling you how to qualify! Research Now SSI usually does not state the survey topic or reward until after the initial screening process, to minimize the risk of fraudulent qualification.

We know, from our own research, that large incentives do not encourage generally better response rates, so we discourage them.

There is much that panel companies can do to prevent frauds from entering questionnaires. ==Dynata uses the following controls, among others:==

○ Recruiting from trusted partnerships with loyalty programs whose memberships are verified at source.

○ Feedback loop with action taken on any poor-quality respondent reported to Research Now SSI by a client

○ Tracking of quality throughout a panelist's lifetime

○ ==Two-factor claim authentication required for reward redemption==

○ 24 and 72-hour claim delays

We can also establish the truthfulness of the participant by asking them something they should know repeatedly. If they provide consistent answers on age, gender, etc., we can assume they are telling the truth there, and can have confidence they are telling the truth on other questions.

Dynata also recommends using the questionnaire itself, where possible, to verify that the person is indeed who they claim to be by asking them something that they should know based on who they say they are. This is easier to do in business-to-business settings where knowledge-based questions can be asked. However, we need to use caution when creating in-survey quality control questions to reduce the risk of false positives. For example, it is very easy for a genuine participant to mis-click while moving through a survey. For this reason, Research Now SSI recommends not assuming fraudulent behavior unless we see multiple pieces of evidence of it.

==Dynata constantly seeks to add new and better levels of verification for our panels. For example, establishing trust and engagement by analyzing answers to open end questions. Open end answer analysis can be particularly effective in deterring fraudsters because it is difficult to invent complex, unique, relevant answers to an open-ended question.==

*Download our POV to learn more about the realities of survey sampling today and how to achieve high quality data from your next research study.*


dynata

| **Products** | **Data** | **Solutions** | **Company** | **Insights Hub** |
|---|---|---|---|---|
| Find Your Audience | Data Quality Difference | Data & Insights | About Us | Insights Hub |
| Build A Survey | Enrich Your Data | Solutions | Diversity & Inclusion | Case Studies |
| Connect Your Data | Connect Your Data | Advertising Solutions | Careers | Global Consumer Trends |
| Audience Activation | Activate Your Data | | Press Room | Dynata Panel Book |

Creative Testing
Advertising
Effectiveness
Reporting & Analytics
Publish & Share

Newsletter
Data & Information
Security Overview

© 2025 Dynata. All Rights Reserved.

Privacy Policy          Terms & Conditions          Developers          Modern Slavery Act Statement

Report of Organizational Actions Affecting Basis of Securities – Form 8937 Dynata

Cookie Notice / Do Not Sell My Information

Cookie Notice

# Attachment 2

rewardsforopinions.com/auth/privacy

**Rewards for Opinions** ✈

SURVEYS    ⭐ MY BADGES    ❓ HELP

Emerson
ACCOUNT ⌄

California Residents, click here for the California Consumer Privacy Act (CCPA) Section of the Privacy Policy

# Privacy Policy

The following is the Rewards for Opinions for residents of United States Of America and is the policy of Research Now Group, LLC with a registered address at 5800 Tennyson Pkwy Suite 600 Plano TX, 75024 on behalf of itself and all members of the Research Now Group, LLC corporate family including all affiliates of Dynata, LLC (f/k/a Dynata International, LLC) globally listed below (collectively "Dynata"). All such entities globally shall have access to personal data collected pursuant to this policy and may access and/or store such data outside of your country of residence including in the United States.

**First Effective: October 25, 2017**

**This Version: Effective December 30, 2022**

The following sets forth the privacy policy for the Dynata online panel communities, websites and/or mobile applications (collectively "Application/Services") offered by Dynata.

This Privacy Policy sets forth the collection, use and disclosure of personal data or personally identifiable information ("**PII**") and other information by Dynata in connection with Dynata's Services as defined herein and other Dynata and third party activities as defined herein ("Non-Research Activities"). Dynata's Services provide you with the opportunity to join a panel, participate in surveys administered by Dynata or by third parties (whether as a panel member or a non-panel member), use the websites associated with the panels, use the Application/Services associated with the panels, and receive and redeem rewards and incentives, including, without limitation, sweepstakes entries, offered in connection with panel membership and/or the completion of surveys (collectively "**Services**"). Non-Research Activities include, but are not limited to, Dynata marketing Dynata Services and/or third parties marketing their services to you and/or sharing individual and/or aggregate profile data with third parties to develop marketing insights and/or audience/look alike models. Non-Research Activities are described in more detail in this Privacy Policy.

Your use of Dynata's Application/Services is completely voluntary and therefore Dynata's processing of your PII in connection with the Application/Services and Non-Research Activities and this Privacy Policy is with your consent.

Surveys administered by third parties and the data collected in connection therewith are not subject to this Privacy Policy. Registration with, use of, and access to Dynata's Services is subject to Dynata's Terms and Conditions. In most cases Dynata is not the sponsor of the survey and the survey instrument, and the survey results or survey data will be owned by the sponsor of the survey.

All references in this Privacy Policy to "Dynata" include Dynata and its parent, subsidiary and affiliated companies. All references to "us" or "we" refer to Dynata. All PII is stored on servers located in the United States, where Dynata's servers are located and accessible globally to Dynata employees and/or agents. For purposes of this policy, respondent shall mean any individual who participates in Dynata Services, including passive data collection and/or participates in the Non-Research Activities described herein. For purposes of this policy, online shall include mobile web browsing.

## What personal data and other information does the Application/Services collect and how is it used?

Dynata collects personally identifiable information ("PII") from research participants during and after registration with a panel, including, without limitation, during participation in a survey and in connection with the receipt and redemption of rewards and incentives and/or during the Application/Services registration and download process. You will be asked to provide certain PII and demographic information, including, without limitation, your name, address(es), telephone number(s) (including home, cell, and/or business telephone numbers), email address(es), date of birth, and occupation/education, the unique panelist/respondent identification number we assign to you when you sign up for an account (individually a "UID" and collectively "UIDs"), and racial and gender information. In addition to the collection of PII mentioned above, during and subsequent to the registration process, you may be asked to voluntarily provide or disclose Sensitive Data. "Sensitive Data" means PII that discloses or reveals health and medical conditions, sexual orientation or sexual life, political opinions/views, race/ethnic origin, religious and philosophical beliefs and trade-union membership. Sensitive Data is used to target survey opportunities to you and as otherwise set forth in this Privacy Policy.

Dynata collects PII, Sensitive Data and demographic information from non-panel members prior to and during participation in a survey.

Dynata provides its clients and/or its advertising partners with information about your device, including but not limited to, the device's IDFA or Advertising ID and interactions with the Application/Services with your consent. Dynata, the clients and/or ad partners may use this information to facilitate Dynata surveys, for marketing of Dynata products and services to you, for unrelated interest-based advertising, to link your device to additional data about you and/or your device available from third party data management platforms and data providers/brokers and/or to validate certain information you provide about yourself and/or your device. Click here to learn more about some of our ad partners, including how to subsequently opt-out.

Additional information you submit.

<mark>You may submit, upload or transmit content or material, including, without limitation, photos, videos, and/or any other similar or related content or material which may include your PII ("User Content"), for example, when completing surveys.</mark> PII included in User Content shall be collected, used and disclosed as set forth in this Privacy Policy. User Content should not include audio, video, images, or the likeness of anyone other than you.

Information collected through automated means:

The Application/Services also collect certain information automatically, such as information about your device and device capabilities, including, without limitation, the device operating system, the other applications on your device, IP address, device network provider, device type, time zone, network status, browser type, browser identifier, unique device identification number (such as identifiers for analytics or advertising), network provider user ID (a number uniquely allocated to you by your network provider), Media Access Control (MAC) address, International Mobile Equipment Identity or, location and other information that alone or in combination may be used to uniquely identify your device. Specific examples of this data and the technology that collects it are below:

Geo-location data. The Application/Services will request your permission to obtain geo-location information from your mobile device, and such geo-location information may be provided by the Application/Services at any time, whether the Application/Services is open or not. If you consent to sharing your geo-location data, in addition to the uses set forth under "Dynata's use of information" below, Dynata will also use your location information to offer you the option to participate in location-based surveys and market research and/or to share such geolocation data with third party clients to demonstrate certain location and/or traffic patterns of Application/Services participants. In addition, Dynata may share your geo-location data with third party vendors to identify commercial addresses near your location, such as stores or restaurants. To learn more about such vendors, please visit https://www.placed.com for a description of the services they provide and how the geo-location data is used, including the vendor's use of such data for location-based advertising.

Geo-location data also may be used by ad networks to provide you with location-based advertising. The ad networks' use of data, and how to opt out, are described in more detail below.

If you no longer wish to share your geo-location data through your device, please change the privacy settings in your device for the Application/Services.

Application/Services and functionality. Dynata may request access to certain applications and/or functionality available on or through your device for use in connection with the Application/Services and the Services. Access shall be requested via push notification or other alerts and access will only be granted with your consent. If you consent, you may subsequently opt-out by changing your settings on the device.

Social media information. You may also be offered the opportunity to access the Application/Services through third party social media platforms. If you select such option, Dynata may collect certain profile information stored in your social media platform account.

Cookies and Similar Technology. Cookies are small files that store certain data on a device. Session cookies expire when you close your browser. Persistent cookies remain on your device until deleted or once they reach a defined expiration date. You may set your browser to notify you when you receive a cookie. Additional geographic and demographic data such as the Audience Measurement Data (as defined below) may be shared with third parties and associated with a cookie placed on your computer.

First party and third party cookies and other similar or related technology and device identifiers (e.g., IDFAs, AAIDs, etc.) may be placed, written, set, and/or read for several purposes including, without limitation, to provide a better survey experience, quality control, validation, to enable or facilitate survey participation, tracking of completed surveys or other completed actions, for fraud detection and/or prevention, online ad effectiveness research, website tracking and audience measurement, to develop audience insights and/or look-alike models in connection with marketing campaigns, and for the purpose of targeting advertisements and other content to individuals, subject to your consent where required by applicable law. However, for certain cookies and/or similar or related technology, if you decide not to accept cookies, you will not be able to use the Application/Services.

For more information on the types of cookies we use, the purposes for which we use information collected via cookies, please see our Cookie Consent Tool.

Log Files. The Application/Services may automatically gather and store certain information, including, without limitation, data available from your web browser, including, without limitation, IP Address, browser type, internet service provider, referring/exiting pages, operating system, date/time stamp, and click stream data in log files.

Digital Fingerprinting. Generally, digital fingerprinting assigns a unique identifier to your device based upon the device's technical settings, characteristics, and IP Address. Dynata uses digital fingerprinting technology for quality control and validation purposes and fraud detection and/or prevention, including, without limitation, identifying duplicate or fraudulent respondents. Dynata may implement and use digital fingerprinting directly or through a third party vendor with your consent where required by applicable law.

Watermarking. Generally, watermarking involves placing a technology or file on your device to identify that it has previously been used to register with or access the Application/Services or the Services. Watermarking is used for quality control and validation purposes and fraud detection and/or prevention purposes. Dynata may engage in watermarking activities directly or through a third party vendor with your consent where required by applicable law. In some cases, we may use information collected through automated means, along with other information, to recognize users (or households) across platforms or across devices, such as smartphones, computers, tablets or related browsers, for the purposes described in this Privacy Policy.

Information collected from third parties

Dynata may obtain PII, behavioral and/or demographic information from third parties, including, without limitation, data management platforms, ad networks, information service bureaus, other sample suppliers and/or social media platforms. Dynata may use the PII, behavioral and/or demographic data received from these third parties for various purposes, including, without limitation, data validation, data append, developing marketing insights and look alike models, fraud detection purposes, and/or sending you a one-time email to invite you to participate in a survey and/or join a Panel. In addition, geolocation data, including information regarding retail and other commercial enterprises you may visit while the geolocation feature is enabled, may be appended to your panel profile and/or shared with Dynata's clients if you elected to opt in to the geolocation services.

## How does Dynata use the information it collects?

Dynata's use of information:

In addition to the purposes described above, Dynata uses personal data collected through the Application/Services as follows: (i) to communicate with you regarding your membership with a survey panel(s) owned by Dynata; (ii) to communicate with you regarding your participation in a survey(s); (iii) to tailor survey opportunities to you and to arrange for advertisements to be displayed to you outside the Application/Services for the purposes of facilitating the completion of advertisement recall surveys; (iv) to send you notifications of

for the purposes of facilitating the completion of survey research. Redacted. REY; (v) to send you notifications of survey opportunities; (v) to comply with any and all legal obligations, including, without limitation, tax obligations; (vi) to administer and manage Dynata's reward and incentive programs and fulfill your requests for rewards and incentives; (vii) to facilitate your entry into Dynata's sweepstakes and promotions and communicate with you regarding such entries; (viii) to update Dynata's records; (ix) to comply with any data suppression obligations or requirements; (x) for fraud detection and/or prevention purposes; (xi) to link your device and/or profile to additional information available about you and/or your device available from data management platforms ("DMP"); (xii) to market Dynata products/services to you; (xiii) to enable third parties to market their products/services to you; (xiv) to enable Dynata or third parties to develop marketing insights and/or audience/look alike models; (xv) to validate the profile information you provided to us; and/or (xvi) as otherwise permitted pursuant to this Privacy Policy. Dynata may use information collected in the context of the Application/Services in connection with other survey panels that Dynata administers and/or in connection with Non-Research Activities. With respect to the linking of Application/Services data to third party DMP data, Dynata uses such data itself and/or permits Dynata's clients and/or the DMP itself to use such data to provide you with survey opportunities, to measure advertising effectiveness (as described in more detail below), to segment audiences; to design advertising campaigns using "look alike" cohort groups based on survey and third party data; and/or to market such third party's products/services to you.

Retargeting. Dynata may from time-to-time engage a third party or third parties to either display advertising on an Dynata website(s) or to manage Dynata's advertising on other websites (for example on social media sites). Dynata's third party partner(s) may use technologies such as cookies or identifying data elements. Including but not limited to your IDFA or Advertising ID to gather information about your activities on Dynata's website(s) and/or on other websites in order to: (i) provide you with advertising about Dynata and its services and/or (ii) assist Dynata in developing marketing and advertising campaigns designed to target individuals who have a social and demographic profile similar to your social and demographic profile. If Dynata is conducting a re-targeting program and you wish to not participate in this re-targeting program, please opt-out via the applicable cookie opt-out process set forth in this Privacy Policy or in Dynata's separate cookie notice, by modifying your IDFA or Advertising ID and/or by unsubscribing within the advertisement itself.

Audience Insights/Look-alikes. Dynata and/or third parties may use Personal Data and/or may link Personal Data to a third-party cookie to develop audience insights and/or look-alike models in connection with marketing campaigns.

Online Advertising Effectiveness. In connection with Dynata's online ad effectiveness program, you can participate in surveys regarding ads, promotions, content, campaigns, and/or websites that Dynata is testing for its clients. To facilitate the completion of these surveys, Dynata's clients may write, set, or read cookies, locally shared/stored objects, flash cookies and/or any other related technology (each a "Third Party Technology" and collectively the "Third Party Technologies"). The Third Party Technologies may be written, set or read in various locations, including, without limitation, Dynata's servers or systems. If you participate, your UID will be stored in or associated with the Third Party Technology to allow you to be re-contacted about the online ad or promotion and Dynata's client will use the Third Party Technology to determine whether you have seen, clicked on, or otherwise interacted with the online ad or promotion. If you have interacted with the online ad or promotion, Dynata's client will send your UID and the specific survey to Dynata and Dynata will provide you with the opportunity to complete the survey.

Audience Measurement Data. In addition to the use and sharing of Audience Measurement Data (as defined below) in connection with online advertising effectiveness research, as such research is described above, Dynata may share your UID and data previously collected by Dynata, including, without limitation, age, gender, income, number of people in your household, education/education level, and employment status, ("Audience Measurement Data"), to third parties, including, without limitation, Dynata's subcontractors, partners, and/or clients for the purpose of audience measurement reporting on the content, advertisements, campaigns, and websites that you visit, view, and/or click on. The Audience Measurement Data will be used in connection with online advertising effectiveness research, and to assist in the creation, development, and implementation of websites, online advertisements, and other Internet and digital media features, functionality, and campaigns. Audience Measurement Data may be shared in a single summary form (i.e. individual respondent level) or aggregate summary form (i.e. group of respondents).

## How do advertisers/ad networks use my information?

Ad partners' use of information.

You can use the Application/Services to participate in surveys, including, without limitation, surveys regarding specific ads and promotions that Dynata is testing for its business clients. You may see these ads or promotions in several places, including, without limitation, in non-Dynata mobile apps (for example, in a gaming app), after which Dynata shall provide you with access to, or contact you to complete, a survey about the ad or promotion that you were exposed to. To facilitate the completion of surveys on ads or promotions, Dynata has partnered with and companies that provide, measure or facilitate advertisements, including, without limitation, in many other mobile apps. The Application/Services provides these ad networks with the UID, your unique device identifier, and many or all of the other types of information described in the "Information collected through automated means" section above (including your ongoing geolocation, if your device permits the collection of geolocation). Then, when you use a mobile app that has partnered with one of the ad companies, the ad company can use your unique device identifier or other automatically collected information to recognize your device. The ad company may then show you an ad or promotion that Dynata is testing for one of our business clients. The ad company may then inform Dynata that the device associated with your UID has just received an ad or promotion, which allows Dynata to provide you with access to, or to contact you to complete, a survey regarding the ad or promotion. With your consent, the ad companies also use the information they collect about your device and your interactions with the Application/Services and other mobile apps to provide you with in-app advertising that has been tailored to your interests and for other purposes. To learn more about some of these ad companies, including how to opt-out, please visit the following:

https://www.voicefive.com/preferences.aspx

https://www.insightexpressai.com/adserver/optout.aspx

https://n01d01.cumulus-cloud.com/ssi/optout.php

https://priv-policy.imrworldwide.com/priv/browser/us/en/optout.html

## What communications will I receive through the Application/Services or relating to the Services?

Dynata may contact you to participate in surveys via "push" notifications or SMS/text messages if you expressly agree to receive such communications.

agree to receive such communications.

In addition, Dynata and/or its agents or vendors on behalf of Dynata will send email communications to you regarding survey invitations, survey participation, reward or incentive information, inquiries and redemption, newsletters, notices required to be provided hereunder or by law, sweepstakes or promotion entries, notice of winning a sweepstakes or promotion, and in response to inquiries from you.

Where you provide Dynata with your telephone number(s), Dynata, its clients and/or its Subcontractors may also contact you by telephone in relation to your account, including, without limitation: (i) surveys you have or are participating in; (ii) reward or incentive information, inquiries and redemption; (iii) sweepstakes or promotion entries and prize fulfillment; (iv) responding to your queries; (v) notices under this Privacy Policy; (vi) additional survey invitations and/or opportunities; and/or (vii) to validate profile information you have provided to us.

## Does Dynata share personal data and other information collected through the Application/Services with third parties?

Pursuant to applicable law, Dynata may disclose or transfer personal data and other information collected through the Application/Services to third parties as follows:

(i) With your consent;

(ii) In response to a subpoena or an order of a court or government agency;

(iii) To establish, exercise, or defend legal claims of an individual or Dynata, including in order to protect the safety of an individual or to protect Dynata's rights and/or property;

(iv) Between various Dynata panels, if you sign up for more than one Dynata panel;

(v) To a parent, subsidiary, or affiliate of Dynata: (1) in the event of a reorganization or restructuring; or (2) for use and processing in accordance with this Policy or as authorized by you;

(vi) To authorized agents and/or subcontractors of Dynata and/or of Dynata's clients, who are providing services, including, without limitation, data append services, data validation services, fraud detection and/or prevention services, database matching services, coding services, and reward, incentive, and sweepstakes related services;

(vii) To a client for limited market research related uses including, without limitation, modeling, validation, data append, database segmentation, and reward, incentive, or sweepstakes redemption, fulfillment, and/or entry;

(viii) In connection with a change of ownership or control, including, without limitation, a merger or an acquisition of any or all of Dynata's business assets, provided that the party receiving or acquiring the personal data agrees to use, protect, and maintain the security, integrity, and confidentiality of personal data in accordance with this Policy;

(ix) to a client or to such client's customer in the event Dynata or a third party believes that you have or may violate the intellectual property rights of a third party;

(x) to a client or to such client's customer in the event Dynata or a third party believes that you have violated the Terms of Service;

(xi) to a third party, which shall include both Dynata research clients and third parties that engage in Non-Research Activities to enable such third party to develop marketing campaigns, audience insights, look-alike models and/or to market such third party's products/services to you; and

(xii) As otherwise permitted pursuant to this Policy.

In addition to the foregoing, if you enroll through a third party with whom Dynata has a contractual relationship and/or from an email sent from a third party company proposing you to join our Application/Services (collectively "Program Partner"), Dynata may share select enrollment information with the Program Partner who invited you into the program, which can include your full name, post or zip code, and your email address. You acknowledge that our Program Partner may collect, use, and disclose that information in accordance with their privacy policy. Please note that Dynata will not be responsible for and will not be liable for our Program Partner's actions concerning your information or for any Program Partner's privacy practices when you are dealing directly with them.

Please note, Dynata may allow a client to collect PII directly from respondents. The disclosure is voluntary and, prior to collection, the client is required to enter into a written agreement with Dynata, which, among other things, limits use of the PII.

Dynata may license certain PII to third parties (e.g., data brokers, data aggregators, etc.) for their own Non-Research Purposes, including, without limitation, the licensing of individual-level and/or aggregated-level data (e.g., product and/or service purchasing or usage activity, social media activity, website visitation data, internet search history, etc.) for the development of audience insights and/or look-alike models, for the purpose of sale of such data to the third party's clients/customers for the purpose of performing analytics and providing marketing intelligence and/or to enable such third party to market its products/services to you.

Additionally, UIDs and information collected by automated means are provided to third parties, including, without limitation, clients, partners, agents and/or vendor for the purposes of identifying respondents for re-contact surveys or communications, fraud detection and/or prevention, database matching, data validation, data append, coding, data segmentation, and reward, incentive, and/or sweepstakes or promotion related services.

In connection with your survey data, Dynata or the client may associate certain demographic attributes to you. Dynata may share with third parties, including but not limited to clients, the geographic and/or demographic data Dynata collects from you during enrolment or through certain profile questions Dynata may ask you. Such data may be shared with third parties on an individual respondent level or aggregate summary form (i.e. a group of respondents). If you voluntarily disclose personal data in connection with your survey data and responses, and Dynata collects the survey data and responses, Dynata will transfer the survey data and responses, UID and the voluntarily disclosed personal data to the relevant Dynata client.

## How can I opt-out of certain data collection and/or use?

There are multiple opt-out options for users of this Application/Services.

You can stop all collection of personal data and other information by the Application/Services by uninstalling the Application/Services and/or terminating your participation in the panel(s). You may use the standard uninstall processes available as part of your mobile device or via the mobile application marketplace or network and/or you may cancel your panelist account on the panel Site. Please note that if you delete the Application/Services, but

maintain a profile with one of Dynata's websites, we may still collect personal data and other data from you through our site(s). Uninstalling the Application/Services will not delete all information collected by Dynata prior to uninstalling the Application/Services. To delete all information collected by Dynata please contact Dynata as set forth below.

Six months following termination of your account, inactivity of your account and/or the date upon which you uninstall the Application/Services, Dynata may transfer your PII to a third party data broker and/or data management platform for purposes of resale/reuse by such third party. If you do not wish for your PII to be used for Non-Research Activities and/or if you do not consent to Dynata sharing your PII with third parties after termination of your account and/or removal of the Application/Services from your device, please contact us at privacy@dynata.com

**For iOS Opt-out of location data**

You may, at any time, opt-out from enabling the Application/Services to access your location data by:

- Touching or selecting the settings icon for the device;
- Once in the settings icon, touch or select Location Services; and
- Once in Location Services, you can use the individual slider for the Application/Services, to turn off location services.

**Note**: If you turn off Location Services, you will be prompted to turn on Location Services the next time the Application/Services tries to use this feature.

**For Android Opt out of location data**

You may, at any time, opt-out from enabling the Application/Services to access your location data by:

- Touching the ABOUT button on the top right of the navigation bar
- Once in the ABOUT dialog, you can toggle on/off Location Services via a switch labeled: "Access to my location"

**For iOS Opt-out of push notifications**

You may opt-out of push notifications for the Application/Services by:

- Touching or selecting the settings icon for the device;
- Once in the settings icon, touch or select notifications;
- If push notifications are turned on, there will be a list of icons, touch or select the icon for the Application/Services; and
- From this screen, you will be able to modify the push notification settings for the Application/Services.

**For Android Opt-out of push notifications**

- You may opt-out of push notifications for the Application/Services by:
- Access the Settings for the device.
- From within Settings, locate the Apps setting.
- Once in Apps, locate the relevant application (QuickThoughts or iPoll), and select it.
- Locate a checkbox labeled "Show notifications" and toggle it based on your preference.

**Opt-out of email communications**

You may opt-out of email communications by clicking the unsubscribe link in any email you receive from us or contacting us as set forth below.

**Opt-out of sharing social media platform profile data**

You may opt-out of sharing social media platform profile data by changing your preference/profile settings with the social media platform regarding the sharing of data with third parties or removing the Application/Services from your social media profile.

**Opt out of use of the advertising identifier assigned to your smartphone/device**

You may change the advertising identifier assigned to your device at any time.

**Ad network opt-out**

The ad networks that collect information through the Application/Services for use in facilitating surveys and providing interest-based advertising offer certain opt-out mechanisms. To opt-out, follow the instructions for each ad network at the links provided below. If you opt-out, you will not be able to participate in our surveys about ads and promotions.

| Ad network | Opt-out information |
| --- | --- |
| Admob by Google | https://www.google.com/ads/preferences/html/mobile-about.html |
| Flurry | https://policies.oath.com/us/en/oath/privacy/controls/index.html |
| InMobi | https://www.inmobi.com/inmobi-privacy-policy/opt-out/ |
| Millennial Media | https://policies.oath.com/us/en/oath/privacy/controls/index.html |

## Can I stop Dynata from tracking my online activities?

Do Not Track ("**DNT**") is a preference in your browser that you can set to notify websites that you visit that you do

not want the websites to collect certain information about you. Dynata does not respond to DNT signals. If you object to Dynata's practice with regards to DNT signals, you may opt-out from participation or use of Dynata's services as described below.

In connection with Dynata's online ad effectiveness program, Dynata permits Dynata's subcontractors, partners and/or clients to drop, set, and/or write Third Party Technologies for the purpose of facilitating audience measurement and ad recall survey activities. Dynata is not responsible for any third party's compliance with or response to DNT signals. To learn more about Dynata's online ad effectiveness program, please review the Cookies section of this Privacy Policy.

## How long do you keep my personal data and other information?

Dynata will retain personal data and other information relating to your use of the Application/Services and/or the Services for as long as you have the Application installed and/or use the Application/Services and for up to one (1) year thereafter or such other period as may be required or permissible by law. Six months following your inactivity with the panel Sites and/or uninstalling the Application/Services, Dynata may transfer your PII to a third party data broker and/or data management platform for purposes of resale/reuse by such third party.

## How can I access the personal data and other information the Application/Services has collected about me?

You have the right to review, correct, and delete your personal data, subject to applicable law. You may contact us with such a request using the contact details provided below.

## Does the Application/Services collect data from minors under eighteen (18) years of age?

The Application/Services is not designed for, or intended for use by, any individual under the age of eighteen (18). We do not knowingly collect personal data from children under the age of eighteen (18), and if we became aware that we have inadvertently collected personal data from a child under the age of eighteen (18), we will undertake reasonable commercial efforts to delete such personal data.

## What security is available for the personal data and other information collected through the Application/Services?

Dynata maintains an appropriate level of technical, administrative, and physical safeguards to protect personal data and other information disclosed or collected by Dynata. Dynata reviews, monitors, and evaluates its privacy practices and protection systems on a regular basis. Despite the safeguards we implement, transmissions over the Internet and/or a mobile network are not totally secure and Dynata does not guarantee the security of online transmissions. Dynata is not responsible for any errors by individuals in submitting personal data to Dynata.

## FOR CALIFORNIA RESIDENTS:

### Your Rights Under the California Consumer Protection Act of 2018 ("CCPA")

Pursuant to the California Consumer Protection Act of 2018 ("CCPA"), and subject to certain exceptions and limitations, Californians can contact Dynata to exercise the rights described below with respect to certain personal information that Dynata holds about them. To the extent those rights apply to you, they are described below. Dynata also handles certain personal information on behalf of Dynata customers. You should contact those customers to exercise any rights you have with respect to that personal information.

Right to Know About Personal Information Collected, Disclosed, or Sold

You have the right to request that we provide you with details about the personal information we collect, use, disclose and sell. You can submit a verifiable consumer request by clicking here . You can also submit your request via our toll-free number 833-681-0436. Dynata reserves the right to verify your identity to our satisfaction, including by asking you to log into your account if you have one.

You are entitled to receive the following:

- The categories of your personal information that Dynata has collected in the preceding 12 months
- The categories of sources from which that information was collected
- The business/commercial purpose for the collection or selling
- The categories of third parties with whom Dynata shares personal information
- The specific pieces of personal information Dynata has collected about you (subject to some exceptions)

Because Dynata has disclosed or sold (as those words are defined in the CCPA) personal information to third parties in the last 12 months, you are also entitled to receive:

- The categories of personal information that Dynata has disclosed or sold in the past 12 months

Right to Request Deletion of Personal Information

You have the right to request deletion of the personal information we have collected about you (subject to some exceptions). You can submit your request as described above, and we reserve the right to conduct the verification described above.

Right to Non-Discrimination for the Exercise of a Consumer's Privacy Rights

You have the right not to receive unlawful discriminatory treatment by Dynata for the exercise of your privacy rights under the CCPA.

Right to Opt-Out of Sale of Personal Information

You have the right to opt-out of the sale of your personal information by Dynata. You can submit a verifiable consumer request by clicking here or by calling 833-681-0436. You may also request to opt-out by sending an email to privacy@dynata.com.

## List of Categories of Personal Information to be Collected and May Have Been Sold or Disclosed

Categories of Personal Information Collected

Dynata collects personal information from research participants during and after registration with a panel, including, without limitation, during participation in a survey and in connection with the receipt and redemption

of rewards and incentives and/or during the Application/Services registration and download process.

The categories of personal information we may collect include:

- "Identifiers" such as
  - Name
  - Address(es)
  - Telephone number(s) (including home, cell, and/or business telephone numbers)
  - Email address(es)
  - Date of birth
  - Internet Protocol address
  - Unique device identification number (such as identifiers for analytics or advertising)
  - Network provider user ID (a number uniquely allocated to you by your network provider)
  - Media Access Control (MAC) address
  - International Mobile Equipment Identity
  - Unique cookie identifiers
- Internet or other electronic network activity information, and other information collected through automated means (more detail can be found here ), such as:
  - Information about your device (e.g., device operating system, the other applications on your device, device network provider, device type, time zone, network status, browser type, browser identifier and other information that alone or in combination may be used to uniquely identify your device)
  - Geolocation
  - Cookies and similar technology
  - Social media information
  - Log files
  - Digital fingerprinting
  - Watermarking
  - Browsing activity
- Other behavioral information
- Professional or employment-related information, including occupation
- Education information
- Additional content/material you submit, including photos, videos and/or similar content
- Characteristics of potentially protected classifications under California, federal or international law (e.g., health and medical conditions, sexual orientation or sexual life, political opinions/views, race/ethnic origin, gender, religious and philosophical beliefs and trade-union membership)
- Other medical information
- Demographic information

All of the information above was collected for the purposes described here . In CCPA terms, these purposes, which are described further in that section of our Privacy Policy, include but are not limited to the following examples:

- Auditing related to a current interaction with you and concurrent transactions, including, but not limited to, counting ad impressions to unique visitors, verifying positioning and quality of ad impressions, and auditing compliance with the CCPA and other standards;
- Detecting security incidents, protecting against malicious, deceptive, fraudulent, or illegal activity, and prosecuting those responsible for that activity;
- Debugging to identify and repair errors that impair existing intended functionality;
- Short-term, transient uses;
- Performing or services, including maintaining or servicing accounts, providing customer service, processing or fulfilling orders and transactions, verifying customer information, processing payments, providing financing, providing or using advertising or marketing services, providing or using analytic services, or providing or using similar services;
- Undertaking internal research for technological development and demonstration;
- Undertaking activities to verify or maintain the quality or safety of services and devices, and to improve, upgrade, or enhance services and devices; and
- Facilitating the operational purposes of Dynata or our service providers.

Categories of Personal Information that May Have Been Sold

Dynata sold all of the above categories of personal information in the last 12 months.

Categories of Personal Information that Were Disclosed

Dynata disclosed all of the above categories of personal information in the last 12 months.

## Who can I contact with questions about this Policy?

If you wish to:

- receive a copy of the information we hold about you;

- communicate an opt-out request to Dynata;

- request access to, or the correction, blocking or deletion of, your personal data;

- make a complaint about our privacy practice;

- opt out of certain uses of your PII;

or have any questions regarding Dynata's privacy practices and/or this Policy, please contact us via email at privacy@dynata.com

Dynata's Legal Department is responsible for Dynata's compliance with this Policy.

## Are there any companies within the Dynata Group that may collect, store and process PII?

Yes, please see the list of companies here: https://www.rnssiprivacy.com/dynata-locations/

Cookie Notice / Do Not Sell My Information

# Attachment 3



FTCAMZN_0023843

# Attachment 4



FTCAMZN_0101575

# Attachment 5



‹ Back

**████ you still have 18 days left to enjoy your Prime benefits until the next billing cycle**

Use your Prime benefits today

**Prime Delivery**
Unlimited fast, FREE Delivery on millions of items

**Prime Video**
Amazon Originals, movies, TV shows, and live events

**Amazon Music with Prime**
All the music + top podcasts ad-free

**Prime Reading**
Enjoy hundreds of new books, magazines, and more each month

**Exclusive Deals**
Prime Members save on thousands of items

**Prime Gaming**
Get free games, a free Twitch channel subscription, and more gaming benefits every month

Remind Me Later

Prime Plan Offers

Continue to cancel

Amazon Prime Terms and Conditions

TOP OF PAGE

| | |
|---|---|
| Amazon.com | Your Orders |
| AmazonFresh | Your Lists |
| Gift Cards | Registry & Gift List |
| Find a Gift | Your Account |
| Your Subscribe & Save | Browsing History |
| Sell products on Amazon | Your Recommendations |
| Returns | 1-Click Settings |
| Customer Service | Recalls and Product Safety Alerts |
| Help | |

English    🇺🇸 United States

Switch Accounts

Sign Out

Conditions of Use    Privacy Notice
Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates

FTCAMZN_0101583