UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　Plaintiff,<br><br>　v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>　　Defendants. | Case No. 2:23-cv-0932-JHC<br><br>ORDER TO SEAL PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT AND TO EXCLUDE CERTAIN EXPERT WITNESS TESTIMONY |

Plaintiff Federal Trade Commission ("FTC") and Defendant Amazon.com, Inc. ("Amazon"), having filed the Stipulated Motion to Seal Plaintiff's Motions to for Summary Judgment and to Exclude Certain Expert Witness Testimony ("Stipulated Motion"), Dkt. # 308, and the Court having considered all filings concerning this matter, the Stipulated Motion is GRANTED. The Court hereby ORDERS that the Sealed Material, as described in paragraph 5 of the Stipulated Motion, is hereby sealed.

　　**IT IS SO ORDERED.**

ORDER TO SEAL
PLAINTIFF'S MOTION FOR SUMMARY
JUDGMENT AND *DAUBERT* MOTIONS
Case No. 2:23-cv-0932-JHC - 1

Dated this 28th day of May, 2025.

                                           *[signature]*
                                           JOHN H. CHUN
                                           UNITED STATES DISTRICT JUDGE