UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>        Plaintiff,<br><br>   v.<br><br>AMAZON.COM, INC. *et al.*,<br><br>        Defendants. | No. 2:23-cv-0932-JHC<br><br>ORDER TO SEAL CONFIDENTIAL DOCUMENTS |

Plaintiff Federal Trade Commission ("FTC") and Defendant Amazon.com, Inc. ("Amazon"), having filed the Stipulated Motion to File Confidential Documents Under Seal, Dkt. # 326, and the Court having considered all filings concerning this matter, the Stipulated Motion is GRANTED. The Court hereby ORDERS that the Sealed Material, as described in paragraph 5 of the Stipulated Motion, is hereby sealed.

**IT IS SO ORDERED.**

DATED this 28th day of May, 2025.

*John H. Chun*
John H. Chun
UNITED STATES DISTRICT JUDGE

ORDER TO SEAL
CONFIDENTIAL DOCUMENTS
(2:23-cv-0932-JHC) - 1