1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

The Honorable John H. Chun

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

FEDERAL TRADE COMMISSION,

    Plaintiff,

    v.

AMAZON.COM, INC., *et al.*

    Defendants.

Case No. 2:23-cv-0932-JHC

**DECLARATION OF EVAN MENDELSON IN SUPPORT OF PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT AND TO EXCLUDE CERTAIN EXPERT WITNESS TESTIMONY**

    I, Evan Mendelson, hereby state that I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify as follows:

    1.    I am a United States citizen and am over eighteen years of age. I am a staff attorney in the Division of Enforcement, Bureau of Consumer Protection at the Federal Trade Commission (FTC). My office address is 600 Pennsylvania Avenue, NW, Washington, DC 20580.

    2.    Consistent with Local Rule 10(e)(10), orange highlighting has been added to the attachments to indicate excerpts referenced in the FTC's Motion to Compel Production of

DECLARATION OF EVAN MENDELSON
ISO PLAINTIFF'S MOTIONS FOR SUMMARY
JUDGMENT AND TO EXCLUDE EXPERTS
Case No. 2:23-cv-0932-JHC - 1

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

1  Documents Relating to 2019 and 2022 Benchmarking Surveys, Motion To Compel Interrogatory

2  Responses, and Motion for Additional Fact-Witness Depositions.  Blue highlighting represents

3  material that is being filed under seal and will be redacted in the public version of this

4  declaration and the FTC's Motions.

5      3.    **Attachment 1** to this declaration is a copy of a document produced by Amazon

6  during this litigation, with beginning Bates number AMZN-PRM-FTC-000583717.

7      4.    **Attachment 2** to this declaration is a copy of Amazon's April 10, 2025 Fifth

8  Supplemental Objections and Responses to the Federal Trade Commission's First Set of

9  Interrogatories.

10     5.    **Attachment 3** to this declaration is a copy of exhibit "AMZN-2" from the May 5,

11  2025 Rule 30(b)(6) deposition of Amazon, through its corporate representative Lisa Leung.

12     6.    **Attachment 4** to this declaration is a copy of a document produced by Amazon

13  during the FTC's investigation, with beginning Bates number AMZN_00003614.

14     7.    **Attachment 5** to this declaration is a copy of a document produced by Amazon

15  during the FTC's investigation, with beginning Bates number AMZN_00047290.

16     8.    **Attachment 6** to this declaration is a copy of a document produced by Amazon

17  during the FTC's investigation, with beginning Bates number AMZN_00046782.

18     9.    **Attachment 7** to this declaration is a copy of a document produced by Amazon

19  during the FTC's investigation, with beginning Bates number AMZN_00046832.

20     10.   **Attachment 8** to this declaration is a copy of exhibit "CA-15" from the

21  November 7, 2024 deposition of Caroline Abramowicz.

22     11.   **Attachment 9** to this declaration is a copy of a document produced by Amazon

23  during the FTC's investigation, with beginning Bates number AMZN_00046108.

DECLARATION OF EVAN MENDELSON
ISO PLAINTIFF'S MOTIONS FOR SUMMARY
JUDGMENT AND TO EXCLUDE EXPERTS
Case No. 2:23-cv-0932-JHC - 2

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

12.    **Attachment 10** to this declaration is a copy of a document produced by Amazon during the FTC's investigation, with beginning Bates number AMZN_00046056.

13.    **Attachment 11** to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-003491166.

14.    **Attachment 12** to this declaration is a copy of a document produced by Amazon during the FTC's investigation, with beginning Bates number AMZN_00003615.

15.    **Attachment 13** to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-000513321.

16.    **Attachment 14** to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-002704809.

17.    **Attachment 15** to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-002611829.

18.    **Attachment 16** to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-002550521.

19.    **Attachment 17** to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-000302041.

20.    **Attachment 18** to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-002714380.

21.    **Attachment 19** to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-002710539.

22.    **Attachment 20** to this declaration is a copy of a document produced by Amazon during the FTC's investigation, with beginning Bates number AMZN_00096217, along with its attachment with beginning Bates number AMZN_00096219.

DECLARATION OF EVAN MENDELSON
ISO PLAINTIFF'S MOTIONS FOR SUMMARY
JUDGMENT AND TO EXCLUDE EXPERTS
Case No. 2:23-cv-0932-JHC - 3

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

23.     **Attachment 21** to this declaration is a copy of a document produced by Amazon during the FTC's investigation, with beginning Bates number AMZN_00100110.

24.     **Attachment 22** to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-002550536.

25.     **Attachment 23** to this declaration is a copy of the expert report submitted by James C. Cooper, Ph.D., during this litigation.

26.     **Attachment 24** to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-002714740.

27.     **Attachment 25** to this declaration is a copy of a document produced by Amazon during the FTC's investigation, with beginning Bates number AMZN_00148853.

28.     **Attachment 26** to this declaration is a copy of a document produced by Amazon during the FTC's investigation, with beginning Bates number AMZN_00120182, along with its attachment with beginning Bates number AMZN_00120184.

29.     **Attachment 27** to this declaration is a copy of a document produced by Amazon during the FTC's investigation, with beginning Bates number AMZN_00028275.

30.     **Attachment 28** to this declaration is a copy of transcript excerpts from the December 2, 2022 investigational hearing of Russell Grandinetti.

31.     **Attachment 29** to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-000521575.

32.     **Attachment 30** to this declaration is a copy of a document produced by Amazon during the FTC's investigation, with beginning Bates number AMZN_00110929.

33.     **Attachment 31** to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-002714721.

DECLARATION OF EVAN MENDELSON
ISO PLAINTIFF'S MOTIONS FOR SUMMARY
JUDGMENT AND TO EXCLUDE EXPERTS
Case No. 2:23-cv-0932-JHC - 4

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

34.     **Attachment 32** to this declaration is a copy of a document produced by Amazon during the FTC's investigation, with beginning Bates number AMZN_00086354.

35.     **Attachment 33** to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-002714315.

36.     **Attachment 34** to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-002714312.

37.     **Attachment 35** to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-002708424.

38.     **Attachment 36** to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-002714520.

39.     **Attachment 37** to this declaration is a copy of exhibit "CA-10" from the November 7, 2024 deposition of Caroline Abramowicz.

40.     **Attachment 38** to this declaration is a copy of a document produced by Amazon during the FTC's investigation, with beginning Bates number AMZN_00059691, along with its attachment with beginning Bates number AMZN_00059693.

41.     **Attachment 39** to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-002886062.

42.     **Attachment 40** to this declaration is a copy of exhibit "CA-13" from the November 7, 2024 deposition of Caroline Abramowicz.

43.     **Attachment 41** to this declaration is a copy of transcript excerpts from the April 30, 2025 deposition of David Edelstein.

44.     **Attachment 42** to this declaration is a copy of transcript excerpts from the July 19, 2022 investigational hearing of Molly O'Donnell.

DECLARATION OF EVAN MENDELSON
ISO PLAINTIFF'S MOTIONS FOR SUMMARY
JUDGMENT AND TO EXCLUDE EXPERTS
Case No. 2:23-cv-0932-JHC - 5                                    Federal Trade Commission
                                                                600 Pennsylvania Avenue NW
                                                                Washington, DC 20580
                                                                (202) 326-3320

1       45.     **Attachment 43** to this declaration is a copy of exhibit "JG-9" from the November

2   21, 2024 deposition of Jamil Ghani.

3       46.     **Attachment 44** to this declaration is a copy of transcript excerpts from the

4   November 16, 2022 investigational hearing of Jamil Ghani.

5       47.     **Attachment 45** to this declaration is a copy of exhibit "CA-19" from the

6   November 7, 2024 deposition of Caroline Abramowicz.

7       48.     **Attachment 46** to this declaration is a copy of exhibit "RM-19" from the July 25,

8   2024 deposition of Rex Morey.

9       49.     **Attachment 47** to this declaration is a copy of exhibit "CA-21" from the

10  November 7, 2024 deposition of Caroline Abramowicz.

11      50.     **Attachment 48** to this declaration is a copy of exhibit "MH-11" from the August

12  23, 2022 investigational hearing of Masuma Henry.

13      51.     **Attachment 49** to this declaration is a copy of exhibit "JG-17" from the

14  November 21, 2024 deposition of Jamil Ghani.

15      52.     **Attachment 50** to this declaration is a copy of exhibit "JG-18" from the

16  November 21, 2024 deposition of Jamil Ghani.

17      53.     **Attachment 51** to this declaration is a copy of transcript excerpts from the

18  August 23, 2022 investigational hearing of Masuma Henry.

19      54.     **Attachment 52** to this declaration is a copy of a document produced by Amazon

20  during this litigation, with beginning Bates number AMZN-PRM-FTC-002673009.

21      55.     **Attachment 53** to this declaration is a copy of a document produced by Amazon

22  during this litigation, with beginning Bates number AMZN-PRM-FTC-002715038.

23

DECLARATION OF EVAN MENDELSON
ISO PLAINTIFF'S MOTIONS FOR SUMMARY
JUDGMENT AND TO EXCLUDE EXPERTS
Case No. 2:23-cv-0932-JHC - 6

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

1    56.    **Attachment 54** to this declaration is a copy of a document produced by Amazon

2    during this litigation, with beginning Bates number AMZN-PRM-FTC-002534147, along with

3    its attachments with beginning Bates numbers AMZN-PRM-FTC-002534160 and AMZN-PRM-

4    FTC-002534168, respectively.

5    57.    **Attachment 55** to this declaration is a copy of a document produced by Amazon

6    during the FTC's investigation, with beginning Bates number AMZN_00015642.

7    58.    **Attachment 56** to this declaration is a copy of exhibit "EI-14" from the February

8    20, 2025 deposition of Emily Ikeda.

9    59.    **Attachment 57** to this declaration is a copy of exhibit "EI-15" from the February

10   20, 2025 deposition of Emily Ikeda.

11   60.    **Attachment 58** to this declaration is a copy of exhibit "EI-12" from the February

12   20, 2025 deposition of Emily Ikeda.

13   61.    **Attachment 59** to this declaration is a copy of transcript excerpts from the

14   November 7, 2024 deposition of Caroline Abramowicz.

15   62.    **Attachment 60** to this declaration is a copy of exhibit "EI-16" from the February

16   20, 2025 deposition of Emily Ikeda.

17   63.    **Attachment 61** to this declaration is a copy of transcript excerpts from the

18   February 20, 2025 deposition of Emily Ikeda.

19   64.    **Attachment 62** to this declaration is a copy of a document produced by Amazon

20   during this litigation, with beginning Bates number AMZN-PRM-FTC-002670749.

21   65.    **Attachment 63** to this declaration is a copy of exhibit "EI-20" from the February

22   20, 2025 deposition of Emily Ikeda.

23

DECLARATION OF EVAN MENDELSON
ISO PLAINTIFF'S MOTIONS FOR SUMMARY
JUDGMENT AND TO EXCLUDE EXPERTS
Case No. 2:23-cv-0932-JHC - 7

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

1    66.    **Attachment 64** to this declaration is a copy of exhibit "EI-23" from the February

2    20, 2025 deposition of Emily Ikeda.

3    67.    **Attachment 65** to this declaration is a copy of a document produced by Amazon

4    during this litigation, with beginning Bates number AMZN-PRM-FTC-000946775, along with

5    its attachment with beginning Bates number AMZN-PRM-FTC-000946776.

6    68.    **Attachment 66** to this declaration is a copy of exhibit "EI-25" from the February

7    20, 2025 deposition of Emily Ikeda.

8    69.    **Attachment 67** to this declaration is a copy of a document produced by Amazon

9    during this litigation, with beginning Bates number AMZN-PRM-FTC-002111339, along with

10   its attachment with beginning Bates number AMZN-PRM-FTC-002111342.

11   70.    **Attachment 68** to this declaration is a copy of transcript excerpts from the

12   January 17, 2023 investigational hearing of Omar Kalim.

13   71.    **Attachment 69** to this declaration is a copy of a document produced by Amazon

14   during the FTC's investigation, with beginning Bates number AMZN_00095830, along with its

15   attachments with beginning Bates numbers AMZN_00095831 and AMZN_00095836,

16   respectively.

17   72.    **Attachment 70** to this declaration is a copy of exhibit "EI-26" from the February

18   20, 2025 deposition of Emily Ikeda.

19   73.    **Attachment 71** to this declaration is a copy of a document produced by Amazon

20   during the FTC's investigation, with beginning Bates number AMZN_00003642.

21   74.    **Attachment 72** to this declaration is a copy of the expert report submitted by Dr.

22   Neale Mahoney during this litigation.

23

DECLARATION OF EVAN MENDELSON
ISO PLAINTIFF'S MOTIONS FOR SUMMARY
JUDGMENT AND TO EXCLUDE EXPERTS
Case No. 2:23-cv-0932-JHC - 8

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

75.     **Attachment 73** to this declaration is a copy of Amazon's August 6, 2021 Interrogatory Responses to the Federal Trade Commission's Civil Investigative Demand.

76.     **Attachment 74** to this declaration is a copy of the rebuttal expert report submitted by William J. Violette, Ph.D., during this litigation.

77.     **Attachment 75** to this declaration is a copy of a document produced by Amazon during the FTC's investigation, with beginning Bates number AMZN_00097374, along with its attachments with beginning Bates numbers AMZN_00097379 and AMZN_00097430, respectively.

78.     **Attachment 76** to this declaration is a copy of a document produced by Amazon during the FTC's investigation, with beginning Bates number AMZN_00171571.

79.     **Attachment 77** to this declaration is a copy of transcript excerpts from the August 23, 2024 deposition of Llew Mason.

80.     **Attachment 78** to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-000655631.

81.     **Attachment 79** to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-000937337.

82.     **Attachment 80** to this declaration is a copy of a document produced by Amazon during the FTC's investigation, with beginning Bates number AMZN_00057753.

83.     **Attachment 81** to this declaration is a copy of exhibit "BG-17" from the October 30, 2024 deposition of Benjamin Goeltz.

84.     **Attachment 82** to this declaration is a copy of exhibit "BG-18" from the October 30, 2024 deposition of Benjamin Goeltz.

DECLARATION OF EVAN MENDELSON
ISO PLAINTIFF'S MOTIONS FOR SUMMARY
JUDGMENT AND TO EXCLUDE EXPERTS
Case No. 2:23-cv-0932-JHC - 9

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

85. **Attachment 83** to this declaration is a copy of exhibit "BG-20" from the October 30, 2024 deposition of Benjamin Goeltz.

86. **Attachment 84** to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-002758075.

87. **Attachment 85** to this declaration is a copy of exhibit "AMZN-11" from the January 11, 2023 Commission Rule 2.7(h) investigational hearing of Amazon, through its corporate representative Jamil Ghani.

88. **Attachment 86** to this declaration is a copy of a document produced by Amazon during the FTC's investigation, with beginning Bates number AMZN_00118117.

89. **Attachment 87** to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-002348622.

90. **Attachment 88** to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-002673156.

91. **Attachment 89** to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-000067957.

92. **Attachment 90** to this declaration is a copy of transcript excerpts from the September 18, 2024 deposition of Miles Hunter.

93. **Attachment 91** to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-001314203.

94. **Attachment 92** to this declaration is a copy of a document produced by Amazon during the FTC's investigation, with beginning Bates number AMZN_00076967.

DECLARATION OF EVAN MENDELSON
ISO PLAINTIFF'S MOTIONS FOR SUMMARY
JUDGMENT AND TO EXCLUDE EXPERTS
Case No. 2:23-cv-0932-JHC - 10

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

95.    **Attachment 93** to this declaration is a copy of a document produced by Amazon during the FTC's investigation, with beginning Bates number AMZN_00058595, along with its attachment with beginning Bates number AMZN_00058597.

96.    **Attachment 94** to this declaration is a copy of a document produced by Amazon during the FTC's investigation, with beginning Bates number AMZN_00059592.

97.    **Attachment 95** to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-002845742, along with its attachment with beginning Bates number AMZN-PRM-FTC-002845744.

98.    **Attachment 96** to this declaration has been intentionally omitted.

99.    **Attachment 97** to this declaration is a copy of a document produced by Amazon during the FTC's investigation, with beginning Bates number AMZN_000021076, along with its attachment with beginning Bates number AMZN_00021084.

100.    **Attachment 98** to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-000578584.

101.    **Attachment 99** to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-000761676.

102.    **Attachment 100** to this declaration is a copy of a document produced by Amazon during the FTC's investigation, with beginning Bates number AMZN_00020318.

103.    **Attachment 101** to this declaration is a copy of a document produced by Amazon during the FTC's investigation, with beginning Bates number AMZN_00060306.

104.    **Attachment 102** to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-002709030.

DECLARATION OF EVAN MENDELSON
ISO PLAINTIFF'S MOTIONS FOR SUMMARY
JUDGMENT AND TO EXCLUDE EXPERTS
Case No. 2:23-cv-0932-JHC - 11

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

105.    **Attachment 103** to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-000348600.

106.    **Attachment 104** to this declaration is a copy of the export report submitted by Donna L. Hoffman, Ph.D., during this litigation.

107.    **Attachment 105** to this declaration is a copy of a document produced by Amazon during the FTC's investigation, with beginning Bates number AMZN_00000001.

108.    **Attachment 106** to this declaration is a copy of transcript excerpts from the April 25, 2025 deposition of James C. Cooper, Ph.D.

109.    **Attachment 107** to this declaration is a copy of excerpts from a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-001032118.

110.    **Attachment 108** to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-000939073.

111.    **Attachment 109** to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-002193543.

112.    **Attachment 110** to this declaration is a copy of the expert report submitted by Craig Rosenberg, Ph.D., during this litigation.

113.    **Attachment 111** to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-0002673016.

114.    **Attachment 112** to this declaration is a copy of Amazon's April 15, 2021 Interrogatory Responses to the Federal Trade Commission's Civil Investigative Demand.

115.    **Attachment 113** to this declaration is a copy of Amazon's April 22, 2021 Interrogatory Responses to the Federal Trade Commission's Civil Investigative Demand.

DECLARATION OF EVAN MENDELSON
ISO PLAINTIFF'S MOTIONS FOR SUMMARY
JUDGMENT AND TO EXCLUDE EXPERTS
Case No. 2:23-cv-0932-JHC - 12

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

116.     **Attachment 114** to this declaration is a copy of Amazon's May 24, 2021 Interrogatory Responses to the Federal Trade Commission's Civil Investigative Demand.

117.     **Attachment 115** to this declaration is a copy of Amazon's June 21, 2021 Interrogatory Responses to the Federal Trade Commission's Civil Investigative Demand.

118.     **Attachment 116** to this declaration is a copy of "Exhibit E" from Amazon's August 6, 2021 Interrogatory Responses to the Federal Trade Commission's Civil Investigative Demand.

119.     **Attachment 117** to this declaration is a copy of "Exhibit F" from Amazon's August 6, 2021 Interrogatory Responses to the Federal Trade Commission's Civil Investigative Demand.

120.     **Attachment 118** to this declaration is a copy of Amazon's May 23, 2022 Interrogatory Responses to the Federal Trade Commission's Civil Investigative Demand.

121.     **Attachment 119** to this declaration is a copy of Amazon's August 5, 2022 Interrogatory Responses to the Federal Trade Commission's Civil Investigative Demand.

122.     **Attachment 120** to this declaration is a copy of excerpts from Amazon's October 7, 2022 Interrogatory Responses to the Federal Trade Commission's Civil Investigative Demand.

123.     **Attachment 121** to this declaration is a copy of Amazon's March 21, 2025 Supplemental Objections and Responses to the Federal Trade Commission's Third Set of Interrogatories.

124.     **Attachment 122** to this declaration is a copy of Amazon's March 21, 2025 Supplemental Objections and Responses to the Federal Trade Commission's Fourth Set of Interrogatories.

DECLARATION OF EVAN MENDELSON
ISO PLAINTIFF'S MOTIONS FOR SUMMARY
JUDGMENT AND TO EXCLUDE EXPERTS
Case No. 2:23-cv-0932-JHC - 13

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

125.    **Attachment 123** to this declaration is a copy of a document produced by Amazon during the FTC's investigation, with beginning Bates number AMZN_00090120, along with its attachment with beginning Bates number AMZN_00090122.

126.    **Attachment 124** to this declaration is a copy of a document produced by Amazon during the FTC's investigation, with beginning Bates number AMZN_00003629.

127.    **Attachment 125** to this declaration is a copy of exhibit "RG-23" from the November 13, 2024 deposition of Russell Grandinetti.

128.    **Attachment 126** to this declaration is a copy of exhibit "RG-22" from the November 13, 2024 deposition of Russell Grandinetti.

129.    **Attachment 127** to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-002775614.

130.    **Attachment 128** to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-002714959.

131.    **Attachment 129** to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-002789976.

132.    **Attachment 130** to this declaration is a copy of a document produced by Amazon during the FTC's investigation, with beginning Bates number AMZN_00078172, along with its attachment with beginning Bates number AMZN_00078173.

133.    **Attachment 131** to this declaration is a copy of a letter from Covington attorney John Graubert to FTC attorney Jonathan Cohen dated May 24, 2022.

134.    **Attachment 132** to this declaration is a copy of transcript excerpts from the May 5, 2025 Rule 30(b)(6) deposition of Amazon, through its corporate representative Lisa Leung

DECLARATION OF EVAN MENDELSON
ISO PLAINTIFF'S MOTIONS FOR SUMMARY
JUDGMENT AND TO EXCLUDE EXPERTS
Case No. 2:23-cv-0932-JHC - 14

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

135.    **Attachment 133** to this declaration is a copy of the rebuttal expert report submitted by Craig Rosenberg, Ph.D., during this litigation.

136.    **Attachment 134** to this declaration is a copy of a document produced by Amazon during the FTC's investigation, with beginning Bates number AMZN_00080321, along with its attachment with beginning Bates number AMZN_00080322.

137.    **Attachment 135** to this declaration is a copy of a document produced by Amazon during the FTC's investigation, with beginning Bates number AMZN_00045678.

138.    **Attachment 136** to this declaration is a copy of transcript excerpts from the November 19, 2024 deposition of Neil Lindsay.

139.    **Attachment 137** to this declaration is a copy of Amazon's May 21, 2025 Objections and Responses to the Federal Trade Commission's Notice of Rule 30(b)(6) Deposition of Amazon.

140.    **Attachment 138** to this declaration is a copy of a document produced by Amazon during the FTC's investigation, with beginning Bates number AMZN_00148914, along with its attachment with beginning Bates number AMZN_00148918.

141.    **Attachment 139** to this declaration is a copy of transcript excerpts from the April 29, 2025 deposition of Craig Rosenberg, Ph.D.

142.    **Attachment 140** to this declaration is a copy of the 2016 Motion for Summary Judgement Ruling in *FTC v. Amazon.com, Inc., No. C14-1038-JCC, Dkt. 253-1.*

143.    **Attachment 141** to this declaration is a copy of the rebuttal expert report submitted by Donna L. Hoffman, Ph.D., during this litigation.

144.    **Attachment 142** to this declaration is a copy of transcript excerpts from the May 13, 2025 deposition of Donna L. Hoffman, Ph.D.

DECLARATION OF EVAN MENDELSON
ISO PLAINTIFF'S MOTIONS FOR SUMMARY
JUDGMENT AND TO EXCLUDE EXPERTS
Case No. 2:23-cv-0932-JHC - 15

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

145.    **Attachment 143** to this declaration is a copy of a document produced by Amazon during the FTC's investigation, with beginning Bates number AMZN_00096140.

146.    **Attachment 144** to this declaration is a copy of the expert report submitted by Ronald T. Wilcox, Ph.D., during this litigation.

147.    **Attachment 145** to this declaration is a copy of the rebuttal expert report submitted by Ronald T. Wilcox, Ph.D., during this litigation.

148.    **Attachment 146** to this declaration is a copy of "Appendix D" to the expert report submitted by Ronald T. Wilcox, Ph.D., during this litigation.

149.    **Attachment 147** to this declaration is a copy of "Appendix F" to the expert report submitted by Ronald T. Wilcox, Ph.D., during this litigation.

150.    **Attachment 148** to this declaration is a copy of transcript excerpts from the May 9, 2025 deposition of Ronald T. Wilcox, Ph.D.

151.    **Attachment 149** to this declaration is a copy of exhibit "RW-7" from the May 9, 2025 deposition of Ronald T. Wilcox, Ph.D.

152.    **Attachment 150** to this declaration is a copy of "Appendix C" to the expert report submitted by Donna L. Hoffman, Ph.D., during this litigation.

153.    **Attachment 151** to this declaration is a copy of Chapter 16 in the following textbook: Helen Sharp, Jennifer Preece & Yvonne Rogers, *Evaluation: Inspections, Analytics, and Models*, in *Interaction Design: Beyond Human-Computer Interaction*, 583-614 (Wiley 6th ed. 2023).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 27, 2025                          /s/ Evan Mendelson_____
                                                                  Evan Mendelson

DECLARATION OF EVAN MENDELSON                                    Federal Trade Commission
ISO PLAINTIFF'S MOTIONS FOR SUMMARY                             600 Pennsylvania Avenue NW
JUDGMENT AND TO EXCLUDE EXPERTS                                    Washington, DC 20580
Case No. 2:23-cv-0932-JHC - 16                                         (202) 326-3320