The Honorable John H. Chun

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>Plaintiff,<br>v.<br>AMAZON.COM, INC., *et al*.<br>Defendants. | Case No. 2:23-cv-0932-JHC<br>**DECLARATION OF OLIVIA JERJIAN IN SUPPORT OF PLAINTIFF'S REPLY ISO MOTION FOR SANCTIONS** |

I, Olivia Jerjian, hereby state that I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify as follows:

1. I am a United States citizen and am over eighteen years of age. I am a staff attorney in the Division of Enforcement, Bureau of Consumer Protection at the Federal Trade Commission (FTC). My office address is 600 Pennsylvania Avenue, NW, Washington, DC 20580.

2. Consistent with Local Rule 10(e)(10), orange highlighting has been added to the attachments to indicate excerpts referenced in the FTC's Reply in Support of its Motion for



Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

Sanctions. Blue highlighting represents material that is being filed under seal and will be redacted in the public version of this declaration.

3. Attachment 1 to this declaration is a copy of a January 26, 2024 letter from counsel for the FTC to counsel for Amazon.

4. Attachment 2 to this declaration is a copy of a February 21, 2023 Meet and Confer transcript between counsel for the FTC and counsel for Amazon during the investigation.

5. Attachment 3 to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN_00110926. Below is the corresponding privilege log entry in the investigation log (to the best of my knowledge):

| **Log Number** | **Filename/ Subject** | **Description of Subject Matter** | **Privilege Basis** | **Privilege Treatment** |
|---|---|---|---|---|
| AMZ_LOG03_000002108 | [Privileged and Confidential] - Heads up on Project Phoenix | Email requesting legal advice regarding regulatory compliance requirements governing Prime cancellations. | Attorney-Client Communication | Privileged - Withhold in Full |

6. Attachment 4 to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-002708249. Below is the corresponding privilege log entry in the investigation log (to the best of my knowledge):



Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

| Log Number | Filename/ Subject | Description of Subject Matter | Privilege Basis | Privilege Treatment |
|---|---|---|---|---|
| AMZ_LOG03_000000902 | Re: [Privileged and Confidential] - Heads up on Project Phoenix | Email reflecting a request for legal advice regarding regulatory compliance requirements governing Prime cancellations. | Attorney-Client Communication | Privileged - Withhold in Full |

7. Attachment 5 to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-002745328. Below is the corresponding privilege log entry in the investigation log (to the best of my knowledge):

| Log Number | Filename/Subject | Description of Subject Matter | Privilege Basis | Privilege Treatment |
|---|---|---|---|---|
| AMZ_LOG03_000001270 | Re: [Privileged and Confidential] - Heads up on Project Phoenix | Email reflecting a request for legal advice regarding regulatory compliance requirements governing Prime cancellations. | Attorney-Client Communication | Privileged - Withhold in Full |

8. Attachment 6 to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-002745331. Below is the corresponding privilege log entry in the investigation log (to the best of my knowledge):



Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

| Log Number | Filename/Subject | Description of Subject Matter | Privilege Basis | Privilege Treatment |
|---|---|---|---|---|
| AMZ_LOG03_000001387 | RE: [Privileged and Confidential] - Heads up on Project Phoenix | Email reflecting a request for legal advice regarding regulatory compliance requirements governing Prime cancellations. | Attorney-Client Communication | Privileged - Withhold in Full |

9. Attachment 7 to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-002745333. Below is the corresponding privilege log entry in the investigation log (to the best of my knowledge):

| Log Number | Filename/Subject | Description of Subject Matter | Privilege Basis | Privilege Treatment |
|---|---|---|---|---|
| AMZ_LOG03_000002211 | Re: [Privileged and Confidential] - Heads up on Project Phoenix | Email reflecting a request for legal advice regarding regulatory compliance requirements governing Prime cancellations. | Attorney-Client Communication | Privileged - Withhold in Full |

10. Attachment 8 to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-002745335. Below is the corresponding privilege log entry in the investigation log (to the best of my knowledge):



Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

| Log Number | Filename/Subject | Description of Subject Matter | Privilege Basis | Privilege Treatment |
|---|---|---|---|---|
| AMZ_LOG03_000001090 | RE: [Privileged and Confidential] - Heads up on Project Phoenix | Email reflecting a request for legal advice regarding regulatory compliance requirements governing Prime cancellations. | Attorney-Client Communication | Privileged - Withhold in Full |

11. Attachment 9 to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-002745337. Below is the corresponding privilege log entry in the investigation log (to the best of my knowledge):

| Log Number | Filename/Subject | Description of Subject Matter | Privilege Basis | Privilege Treatment |
|---|---|---|---|---|
| AMZ_LOG03_000001485 | Re: [Privileged and Confidential] - Heads up on Project Phoenix | Email requesting legal advice regarding regulatory compliance requirements governing Prime cancellations. | Attorney-Client Communication | Privileged - Withhold in Full |

12. Attachment 10 to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-002745400. Below is the corresponding privilege log entry in the investigation log (to the best of my knowledge):



Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

| Log Number | Filename/Subject | Description of Subject Matter | Privilege Basis | Privilege Treatment |
|---|---|---|---|---|
| AMZ_LOG03_000001440 | [Privileged and Confidential] - Heads up on Project Phoenix | Email requesting legal advice regarding regulatory compliance requirements governing Prime cancellations. | Attorney-Client Communication | Privileged - Withhold in Full |

13. Attachment 11 to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-002745406. Below is the corresponding privilege log entry in the investigation log (to the best of my knowledge):

| Log Number | Filename/Subject | Description of Subject Matter | Privilege Basis | Privilege Treatment |
|---|---|---|---|---|
| AMZ_LOG03_000001044 | [Privileged and Confidential] - Heads up on Project Phoenix | Email requesting legal advice regarding regulatory compliance requirements governing Prime cancellations. | Attorney-Client Communication | Privileged - Withhold in Full |

14. Attachment 12 to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-002748541. Below is the corresponding privilege log entry in the investigation log (to the best of my knowledge):



Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

| Log Number | Filename/Subject | Description of Subject Matter | Privilege Basis | Privilege Treatment |
|---|---|---|---|---|
| AMZ_LOG03_000002032 | Re: [Privileged and Confidential] - Heads up on Project Phoenix | Email requesting legal advice regarding regulatory compliance requirements governing Prime cancellations. | Attorney-Client Communication | Privileged - Withhold in Full |

15. Attachment 13 to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-002758829. Below is the corresponding privilege log entry in the investigation log (to the best of my knowledge):

| Log Number | Filename/Subject | Description of Subject Matter | Privilege Basis | Privilege Treatment |
|---|---|---|---|---|
| AMZ_LOG03_000001870 | FW: [Privileged and Confidential] - Heads up on Project Phoenix | Email requesting legal advice regarding regulatory compliance requirements governing Prime cancellations. | Attorney-Client Communication | Privileged - Withhold in Full |

16. Attachment 14 to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-002795317. Below is the corresponding privilege log entry in the litigation log (to the best of my knowledge):



Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

| Log Number | Filename/Subject | Description of Subject Matter | Privilege Basis | Privilege Treatment |
|---|---|---|---|---|
| AMZN-PRM-FTC-LOG-000021142 | Re: C-team meeting on Prime clarity - privileged and confidential | Discussing or relating to legal and regulatory risks related to features of Amazon subscription enrollment or cancellation flows. | Attorney-Client Communication | Wholly Privileged - Withhold |

17. Attachment 15 to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-002874232. Below is the corresponding privilege log entry in the litigation log (to the best of my knowledge):

| Log Number | Filename/Subject | Description of Subject Matter | Privilege Basis | Privilege Treatment |
|---|---|---|---|---|
| AMZN-PRM-FTC-LOG-000059399 | FW: [Privileged and Confidential] - Heads up on Project Phoenix | Discussing or relating to legal advice regarding review of press releases, earnings reports, and/or other external communications. | Attorney-Client Communication | Wholly Privileged - Withhold |

18. Attachment 16 to this declaration is a copy of a document produced by Amazon during this litigation, with beginning Bates number AMZN-PRM-FTC-002765504. Below is the corresponding privilege log entry in the litigation log (to the best of my knowledge):



Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

| Log Number | Filename/Subject | Description of Subject Matter | Privilege Basis | Privilege Treatment |
|---|---|---|---|---|
| AMZN-PRM-FTC-LOG-000007042 | RE: [Privileged & Confidential] Prep for upcoming EC meeting - FINAL presentation attached | Discussing or relating to legal and regulatory risks related to features of Amazon subscription enrollment or cancellation flows. | Attorney-Client Communication | Wholly Privileged - Withhold |

19. Attachment 17 to this declaration is a copy of the transcript of the April 30, 2025 telephonic discovery conference in this matter.

20. On May 19, 2025, during a telephonic meet-and-confer, counsel for Amazon asked counsel for the FTC to submit what it would accept as an out-of-court resolution of this motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 28, 2025

/s/ Olivia Jerjian_____________
Olivia Jerjian



Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320