UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>　　Defendants. | Case No. 2:23-cv-0932<br><br>ORDER TO SEAL MATERIAL CITED IN REPLY ISO PLAINTIFF'S MOTION FOR SANCTIONS AND THE DECLARATION OF OLIVIA JERJIAN |

Plaintiff Federal Trade Commission ("FTC") and Defendant Amazon.com, Inc. ("Amazon"), having filed the Stipulated Motion to Seal Material Cited in the Reply In Support of Plaintiff's Motion for Sanctions and the Declaration of Olivia Jerjian ("Stipulated Motion") (Dkt. # 331), and the Court having considered all filings concerning this matter, the Stipulated Motion is GRANTED. The Court hereby ORDERS that the Sealed Material, as described in paragraph 5 of the Stipulated Motion, is hereby sealed.

**IT IS SO ORDERED.**

Dated this 29th day of May, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER TO SEAL
MATERIAL CITED IN REPLY ISO MOTION FOR
SANCTION AND JERJIAN DECLARATION
Case No. 2:23-cv-0932

2