# Attachment 146

# Survey Panel Brochure



# Panel Quality: Our Values

Answers to ESOMAR's 37 Questions

# Contents

| | |
|---|---|
| Purpose and Scope | 02 |
| Company Profile | 05 |
| Sample Sources and Recruitment | 08 |
| Sampling and Project Management | 16 |
| Data Quality and Validation | 24 |
| Policies and Compliance | 30 |
| Metrics | 37 |
| Project Team & Sounding Board | 40 |
| Glossary | 42 |

Appendix D



# Sample Sources and Recruitment

> Answers to the questions in this section will help you understand the types of sample available from different sample providers in the market and the sources they rely on.

This will help you evaluate the quality of the sample being offered, whether it is suitable for measuring change over time, and whether there are any specific constraints you need to consider when using it. It will also allow you to understand whether the sample provider is drawing the sample from its own sources or aggregating sources from other providers. We recommend that you first identify the sample types being offered and then ask the relevant questions for all sources.

**Broadly speaking, there are two models of sample sources and recruitment:**

### PANELS

These are databases of potential participants who declare that they will cooperate for future data collection if selected, generally in exchange for a reward/incentive. This includes traditional access panels, co-branded panels, or opt-in databases of individuals who agreed to complete research projects and also undertake other non- market research activities (watch ads, download an app, complete marketing offers, etc, also known as loyalty programmes, or rewards communities within GPT (Get paid to) sites.) Loyalty card and subscription databases are included here if there is a continuous relationship with members who understand the commitment asked of them.

### INTERCEPTS

This includes intercepts from offer walls, affiliate networks, social media or other platforms to drive traffic to a survey. Intercept is an approach where potential participants are asked to take a survey for a reward while they are engaged in another activity such as playing an online game, reading news, or some other online activity. Intercepted participants may be previously unknown to the sample provider or may have been pre-identified and profiled through a prior survey experience.

**4.** **Using the broad classifications above, from what sources of online sample do you derive participants?**

Dynata uses both types of respondents, although the vast majority of our respondents are part of our own proprietary panels.  We have the largest proprietary source of online sample in the industry, and we recruit more broadly (online coverage) into our proprietary panels than any other sample provider. Many of our intercept respondents are re-contactable, known sources. We believe that using both panels and intercept respondents contributes to a sample that is more diverse and representative.  Dynata also has access to the industry's inventory to further increase capacity and diversity. All respondents, regardless of source, go through multiple quality controls



> Sample providers may deliver sample from a single source, such as their own proprietary panel, or other panels. Or they may leverage a range of technologies and platforms to aggregate/blend participants from a combination of sample sources. Some providers may do both. Clarity about the sources being used will help you to understand what type of sample is being offered. This answer might differ from country to country and from project to project

6. **What recruitment channels are you using for each of the sources you have described?** Is the recruitment process 'open to all' or by invitation only? Are you using probabilistic methods?  Are you using affiliate networks and referral programs and in what proportions? How does your use of these channels vary by geography?

Dynata recruits more broadly than any other provider, using multiple approaches to cover the online landscape. We're firm believers that including people using different types of approaches and methods ensures the highest quality, most diverse sample.  We run both "open enrollment" and "by-invitation-only"® recruitment campaigns, via direct email and through online marketing channels, using hundreds of diverse, online affiliate partners and targeted websites.  As are most online panels, recruitment methods are non-probabilistic (although they do provide broad general population coverage).

**Dynata recruitment falls into three broad types or "channels":**

- **Loyalty:** Dynata uses its relationship with dozens of large national brands across retail, travel, hospitality, entertainment and more to build proprietary Loyalty panels.  Members must be invited to join the panel.  Loyalty panelists take part in research in exchange for rewards in the branded currency of the loyalty program.  This creates a group of people who stay with us for a long time and who have a clear value exchange in the form of a reward that's very relevant to them. Since they have already signed up with the program with accurate e-mail, address and even credit card information in order to obtain loyalty rewards, we know that these are current, registered members of the loyalty program. These people tend to be older and more affluent than the general population.

- **Open:**  Recruited across the web and beyond via mobile app panels, social media influencers, billboards, online and in-app advertising, paid search, and more.  This group generally mirrors the broad, general population well, with diverse income and education levels. It provides strong population coverage across the most countries globally.

- **Integrated:**  People coming from partnerships with publishers, social networks, additional websites and more. These people tend to be younger, can add additional coverage of minority groups and are often more interested in technology.

Capacity by channel varies by country and we can discuss this in the context of a specific project.



Understanding the method of recruitment and whether the recruitment is by invitation only will help you to understand the quality of the sample and how it may be used.