# Attachment 147

# Cancellation Survey
# Survey Sample Demographics

| | 2020 U.S. Census[1][2] | Inbound Sample[2][3] |
|---|---|---|
| **Age** | | |
| 18–34 | 29% | 32% |
| 35–49 | 24% | 24% |
| 50–64 | 25% | 25% |
| 65 or older | 22% | 19% |
| **Sample Size** | | 1,302 |
| **Gender** | | |
| Male | 49% | 48% |
| Female | 51% | 52% |
| **Sample Size** | | 1,297 |
| **Region** | | |
| Northeast | 18% | 18% |
| South | 38% | 38% |
| Midwest | 21% | 21% |
| West | 24% | 22% |
| **Sample Size** | | 1,255 |

Source: 2020 U.S. Census; Cancellation Survey 10/10/24–10/14/24
Note:
[1] Shares for age, gender, and region are calculated from the population that is 18+ in age.
[2] Percentages may not add up to 100 due to rounding.
[3] Data for age demographics are filtered to respondents who completed **S30** in the screening questions. Data for gender demographics are filtered to respondents who completed **S40** in the screening questions. Data for region demographics are filtered to respondents who completed **S50** in the screening questions.