# Attachment 150

# Appendix C attached separately











Shop small space furniture & décor

See all pre-owned devices

Shop plants, plant care & pots

See the full edit from Shopbop



Sponsored ⓘ

*After viewing product detail pages, look here to find an easy way to navigate back to pages you are interested in.*

› View or edit your browsing history

**Back to top**

**Get to Know Us**

Careers

Amazon Newsletter

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

**Let Us Help You**

Your Account

Your Orders

Shipping Rates &

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help



English     United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
|---|---|---|---|---|---|---|
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |

| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
|---|---|---|---|---|---|---|
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |

| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
|---|---|---|---|---|---|---|
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |

| Amazon Resale | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
|---|---|---|---|---|---|---|
| Great Deals on | Deals and | Shoes & | Smart Home | Stream 4K Video | Smart Security |

Press Center
Investor Relations
Amazon Devices
Amazon Science

Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

Reload Your Balance
Gift Cards
Amazon Currency Converter

Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon

| English | United States |

| **Amazon Music** Stream millions of songs | **Amazon Ads** Reach customers wherever they spend their time | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account | **Veeqo** Shipping Software Inventory Management |
|---|---|---|---|---|---|---|
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Box Office Mojo** Find Movie Box Office Data |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Resale** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates











Prime Membership Benefits

| SHIP | STREAM | SHOP | READ | MORE |



**FREE SAME DAY, 1-DAY & 2-DAY DELIVERY**

FREE 1-day delivery on over 4 million items

Super-fast delivery, tens of millions of items, and flexible delivery options to fit your life. Plus, Prime members get FREE One-Day Delivery on tens of millions of items.

**Explore Prime Delivery**

## Share your Prime Benefits

### Manage Your Household

Share your favorite Prime benefits with someone you live with, including Prime Delivery, Prime Video, Prime Reading, and more!

**Manage Your Household**

Learn More

## Need Help?

**Visit our help page**

---

## Need Help?

---

### Visit our help page

See popular help topics or connect with us.

Get help

Amazon Prime Terms and Conditions

**Back to top**

### Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

### Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

### Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

### Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

Press Center

Investor Relations

Amazon Devices

Amazon Science

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

Reload Your Balance

Gift Cards

Amazon Currency Converter

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

amazon

| English | United States |

| | | | | | |
|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Ads** Reach customers wherever they spend their time | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account |
| | | | | | **Veeqo** Shipping Software Inventory Management |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances |
| | | | | | **Box Office Mojo** Find Movie Box Office Data |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy |
| | | | | | **Shopbop** Designer Fashion Brands |
| **Amazon Resale** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room |
| | | | | | **Blink** Smart Security for Every Home |
| | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ✔️

© 1996-2024, Amazon.com, Inc. or its affiliates





**Dalton, you still have 29 days left to enjoy your Prime benefits for free**

Use your Prime benefits today

**Prime Delivery**
Unlimited fast, FREE Delivery on millions of items

**Prime Video**
Amazon Originals, movies, TV shows, and live events

**Amazon Music with Prime**
All the music + top podcasts ad-free

**Free Grubhub+**
$0 food delivery fees, exclusive savings and more

**Exclusive Deals**
Prime Members save on thousands of items

**Prime Gaming**
Get free games, a free Twitch channel subscription, and more gaming benefits every month

Remind Me Later     Prime Plan Offers     Continue to cancel

Amazon Prime Terms and Conditions

Back to top

Remind Me Later

Prime Plan Offers

Continue to cancel

Amazon Prime Terms and Conditions

Back to top

### Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

### Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

### Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

### Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

amazon

English    United States

Amazon Music
Stream millions
of songs

Amazon Ads
Reach
customers
wherever
they
spend their
time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Veeqo
Shipping
Software
Inventory
Management

Amazon Business
Everything For
Your Business

Amazon
Fresh
Groceries &

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness

Amazon Web
Services
Scalable Cloud

Audible
Listen to Books &
Original
Audio

Box Office Mojo
Find Movie
Box Office Data





Shop small space furniture & décor

See all pre-owned devices

Shop plants, plant care & pots

See the full edit from Shopbop



Sponsored ⓘ

*After viewing product detail pages, look here to find an easy way to navigate back to pages you are interested in.*

› View or edit your browsing history

**Back to top**

### Get to Know Us
Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

### Make Money with Us
Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

### Amazon Payment Products
Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

### Let Us Help You
Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements



**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

English    United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on

Whole Foods Market

Woot!
Deals and

Zappos
Shoes &

Ring
Smart Home

eero WiFi
Stream 4K Video

Blink
Smart Security

Press Center

Investor Relations

Amazon Devices

Amazon Science

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

Reload Your Balance

Gift Cards

Amazon Currency Converter

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help



English    United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
|---|---|---|---|---|---|---|
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |
| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |
| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |
| Amazon Resale | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |
| Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | | | |
| Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates







## Ordering and shopping preferences

Your Addresses
Your Payments
Your Transactions
Your Amazon profile
1-Click settings
Amazon Key settings
Language preferences
Manage saved IDs
Coupons
Product Vouchers
VAT registration number
Recalls and Product Safety Alerts

## Digital content and devices

All things Alexa
Content Library
Devices
Manage Digital Delivery
Your apps
Prime Video settings
Amazon Music settings
Manage Amazon Drive and photos
Twitch settings
Audible settings
Amazon Coins
Digital gifts you've received
Digital and device forum
Comixology settings

## Memberships and subscriptions

Kindle Unlimited
Prime Video Channels
Music Unlimited
Subscribe & Save
Amazon Kids+
Audible membership
Your Essentials
Magazine subscriptions
One Medical membership for Prime members
Other subscriptions

## Communication and content

Email subscriptions
Advertising preferences
Communication preferences
Shipment updates via text
Alexa shopping notifications
Videos you've uploaded
Purchase Reminders

## Shopping programs and rentals

Buy now, pay over time
Third Party Credit Card Installment
Manage Your Amazon Family
Rentals by Amazon
Amazon Household
No-Rush rewards summary
Teens Program
Pets
Shop with Points
Amazon Second Chance
Benefits balance

## Other programs

Account Linking
Amazon credit cards
Your seller account
Amazon Pay
Manage your trade-ins
Amazon Web Services
Amazon tax exemption program
Your Interests
In-Store Promo Wallet

## Manage your data

Request your data
Manage apps & services with data access
Close Your Amazon Account
Privacy Notice

## Manage your data

Request your data

Manage apps & services with data access

Close Your Amazon Account

Privacy Notice

*After viewing product detail pages, look here to find an easy way to navigate back to pages you are interested in.*

View or edit your browsing history

Benefits balance

**Back to top**

### Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

### Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

### Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

### Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

**Back to top**

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help



English     United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
|---|---|---|---|---|---|---|
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |

| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
|---|---|---|---|---|---|---|
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |

| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
|---|---|---|---|---|---|---|
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing | Unlimited Photo Storage Free With | Video Distribution | Designer Fashion Brands |



Press Center

Investor Relations

Amazon Devices

Amazon Science

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

Reload Your Balance

Gift Cards

Amazon Currency Converter

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

**amazon**

English | United States

**Amazon Music**
Stream millions of songs

**Amazon Ads**
Reach customers wherever they spend their time

**6pm**
Score deals on fashion brands

**AbeBooks**
Books, art & collectibles

**ACX**
Audiobook Publishing Made Easy

**Sell on Amazon**
Start a Selling Account

**Veeqo**
Shipping Software Inventory Management

**Amazon Business**
Everything For Your Business

**Amazon Fresh**
Groceries & More Right To Your Door

**AmazonGlobal**
Ship Orders Internationally

**Home Services**
Experienced Pros Happiness Guarantee

**Amazon Web Services**
Scalable Cloud Computing Services

**Audible**
Listen to Books & Original Audio Performances

**Box Office Mojo**
Find Movie Box Office Data

**Goodreads**
Book reviews & recommendations

**IMDb**
Movies, TV & Celebrities

**IMDbPro**
Get Info Entertainment Professionals Need

**Kindle Direct Publishing**
Indie Digital & Print Publishing Made Easy

**Amazon Photos**
Unlimited Photo Storage Free With Prime

**Prime Video Direct**
Video Distribution Made Easy

**Shopbop**
Designer Fashion Brands

**Whole Foods Market**
America's Healthiest Grocery Store

**Woot!**
Deals and Shenanigans

**Zappos**
Shoes & Clothing

**Ring**
Smart Home Security Systems

**eero WiFi**
Stream 4K Video in Every Room

**Blink**
Smart Security for Every Home

**Amazon Resale**
Great Deals on Quality Used Products

**Neighbors App**
Real-Time Crime & Safety Alerts

**Amazon Subscription Boxes**
Top subscription boxes – right to your door

**PillPack**
Pharmacy Simplified

**Amazon Renewed**
Like-new products you can trust

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates



Welcome to the Prime world, Dalton!

Unlock the best of Amazon with Prime

Unlimited fast delivery, award-winning films & TV shows, exclusive deals, and more

**Explore Prime now**

Activate and save

**Prime means savings and free two-day shipping. That's $6.99 saved per order. Start saving now.**

Shop today's deals





## Shop Prime exclusive deals
**Explore deals ▸**



## Shop Prime exclusive deals

**Explore deals ▸**

### Prime Membership Benefits

| SHIP | STREAM | SHOP | READ | MORE |

**FREE SAME DAY, 1-DAY & 2-DAY DELIVERY**

FREE 1-day delivery on over 4 million items

Super-fast delivery, tens of millions of items, and flexible delivery options to fit your life. Plus, Prime members get FREE One-Day Delivery on tens of millions of items.

**Explore Prime Delivery**

### Share your Prime Benefits

## Manage Your Household

Share your favorite Prime benefits with someone you live with, including Prime Delivery, Prime Video, Prime Reading, and more!

**Manage Your Household**

Learn More

## Need Help?

### Visit our help page

See popular help topics or connect with us.

Get help

Amazon Prime Terms and Conditions

Back to top

#### Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

#### Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

#### Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

#### Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help



Press Center

Investor Relations

Amazon Devices

Amazon Science

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

Reload Your Balance

Gift Cards

Amazon Currency Converter

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

English    United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |

| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |

| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |

| Amazon Resale | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |

| Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | | | |
| Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates





Remind Me Later

Prime Plan Offers

Continue to cancel

Amazon Prime Terms and Conditions

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

amazon

English

United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |

| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Everything For Your Business | Groceries & | Ship Orders Internationally | Experienced Pros Happiness | Scalable Cloud | Listen to Books & Original | Find Movie Box Office Data |



Press Center

Investor Relations

Amazon Devices

Amazon Science

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

Reload Your Balance

Gift Cards

Amazon Currency Converter

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

English

United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates



Get help

Amazon Prime Terms and Conditions

Back to top

## Get to Know Us

Careers

Amazon
Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your
Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery
Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub
Partner

› See More Ways to Make
Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates &
Policies

Amazon Prime

Returns &
Replacements

Manage Your
Content and Devices

Recalls and Product
Safety Alerts

Registry & Gift List

Help

English    United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
| --- | --- | --- | --- | --- | --- | --- |
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |



Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates





Shop small space furniture & décor

See all pre-owned devices

Shop plants, plant care & pots

See the full edit from Shopbop

La Roche-Posay Hyalu B5 Pure Hyaluronic Acid Serum for Face, with Vitamin B5, Anti-Aging Serum for Fin…

27,639

$39.99 ✓prime

Climate Pledge Friendly

Shop now

Sponsored

After viewing product detail pages, look here to find an easy way to navigate back to pages you are interested in.

› View or edit your browsing history

Back to top

## Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

## Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us

## Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

## Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts

| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Registry & Gift List |
| | Become an Amazon Hub Partner | | Help |
| | › See More Ways to Make Money | | |



English    United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |
| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |
| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |
| Amazon Resale | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |
| | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | | |
| | Real-Time Crime | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products | | |









Have a question about your subscription?    Contact us

**Back to top**

### Get to Know Us

Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us

Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

### Amazon Payment Products

Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

### Let Us Help You

Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon

English    United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
|---|---|---|---|---|---|---|
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |

| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
|---|---|---|---|---|---|---|
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |



Press Center

Investor Relations

Amazon Devices

Amazon Science

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

Reload Your Balance

Gift Cards

Amazon Currency Converter

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

English    United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates



amazon prime

Delivering to Brooklyn 11201 — Update location

Search Amazon — All

EN — Hello, Dalton Account & Lists — Returns & Orders — 0 Cart

☰ All — Rufus — Holiday Deals — Medical Care — Groceries — Prime Video — Amazon Basics — Today's Deals — Buy Again — Prime — Keep Shopping For — Best Sellers — Customer Service — Music — New Releases — Books — Registry — Livestreams — Amazon Home

✓prime
**Dalton McAndrew**
29 days left in your trial

**Prime Plan**
Free Trial
Save $40.88 with Annual plan ▾

**Renewal Date**
January 3, 2025
Update your payment method ▾

**Manage**
Membership
Update, cancel and more ▾

Welcome to the Prime world, Dalton!
## Unlock the best of Amazon with Prime

Unlimited fast delivery, award-winning films & TV shows, exclusive deals, and more

Explore Prime now

Activate and save
**Prime means savings and free two-day shipping. That's $6.99 saved per order. Start saving now.**

Shop today's deals





## Shop Prime exclusive deals
### Explore deals ▸



## Shop Prime exclusive deals

**Explore deals ▸**

**Prime Membership Benefits**

| SHIP | STREAM | SHOP | READ | MORE |

**FREE SAME DAY, 1-DAY & 2-DAY DELIVERY**

FREE 1-day delivery on over 4 million items

Super-fast delivery, tens of millions of items, and flexible delivery options to fit your life. Plus, Prime members get FREE One-Day Delivery on tens of millions of items.

**Explore Prime Delivery**

## Share your Prime Benefits

### Manage Your Household

Share your favorite Prime benefits with someone you live with, including Prime Delivery, Prime Video, Prime Reading, and more!

**Manage Your Household**

Learn More

**Manage Your Household**

Learn More



---

**Need Help?**

**Visit our help page**

See popular help topics or connect with us.

Get help

---

Amazon Prime Terms and Conditions

**Back to top**

**Get to Know Us**
- Careers
- Amazon Newsletter
- About Amazon
- Accessibility
- Sustainability
- Press Center
- Investor Relations

**Make Money with Us**
- Sell on Amazon
- Sell apps on Amazon
- Supply to Amazon
- Protect & Build Your Brand
- Become an Affiliate
- Become a Delivery Driver
- Start a Package Delivery Business

**Amazon Payment Products**
- Amazon Visa
- Amazon Store Card
- Amazon Secured Card
- Amazon Business Card
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Gift Cards

**Let Us Help You**
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices





Press Center
Investor Relations
Amazon Devices
Amazon Science

Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

Reload Your Balance
Gift Cards
Amazon Currency Converter

Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

English    United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |

| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |

| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |

| Amazon Resale | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |

| | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | | |
| | Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates





**Dalton, you still have 29 days left to enjoy your Prime benefits for free**

Use your Prime benefits today

**Prime Delivery**
Unlimited fast, FREE Delivery on millions of items

**Prime Video**
Amazon Originals, movies, TV shows, and live events

**Amazon Music with Prime**
All the music + top podcasts ad-free

**Free Grubhub+**
$0 food delivery fees, exclusive savings and more

**Exclusive Deals**
Prime Members save on thousands of items

**Prime Gaming**
Get free games, a free Twitch channel subscription, and more gaming benefits every month

Remind Me Later

Prime Plan Offers

Continue to cancel

Amazon Prime Terms and Conditions

Back to top



Remind Me Later    Prime Plan Offers    Continue to cancel

Amazon Prime Terms and Conditions

**Back to top**

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon

English    United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory



© 1996-2024, Amazon.com, Inc. or its affiliates

**Remind Me Later**

**Prime Plan Offers**

**Continue to cancel**

Amazon Prime Terms and Conditions

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help



amazon

English

United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
|---|---|---|---|---|---|---|
| Stream millions of songs | Reach customers wherever | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory |



## Please confirm your Prime membership cancellation

| Dalton McAndrew | Current Plan | Next Billing Date |
|---|---|---|
| | Free Trial | 1/3/25 |

**Cancel on renewal 1/3/25**

Your Prime benefits will end on January 3, 2025.

After that date your benefits will end, and you will no longer be charged for your Prime membership.

1. By cancelling, you will no longer be eligible for your unclaimed **Prime exclusive offers.**

Pause on renewal 1/3/25

| Remind Me Later | Keep Membership | End On January 3, 2025 |

### Need Help?

**Visit our help page**

See popular help topics or connect with us.

Get help

**Amazon Prime Terms and Conditions**

Back to top

## Visit our help page
### See popular help topics or connect with us.

Get help

Amazon Prime Terms and Conditions

**Back to top**

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon

English    United States

Amazon Music     Amazon Ads     6pm     AbeBooks     ACX     Sell on Amazon     Veeqo







Shop small space furniture & décor

See all pre-owned devices

Shop plants, plant care & pots

See the full edit from Shopbop



**GoDaddy Airo™**

Launch your business in *minutes* with GoDaddy Airo™.

Sponsored ⓘ

*After viewing product detail pages, look here to find an easy way to navigate back to pages you are interested in.*

› **View or edit your browsing history**

**Back to top**

### Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

### Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

### Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

### Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

**Back to top**

## Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

## Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

## Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

## Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

English

United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
|---|---|---|---|---|---|---|
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |

| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
|---|---|---|---|---|---|---|
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |

| Goodreads | IMDb | IMDbPro | Kindle Direct | Amazon Photos | Prime Video | Shopbop |

Press Center

Investor Relations

Amazon Devices

Amazon Science

Become a Delivery Driver

Start a Package Delivery
Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub
Partner

› See More Ways to Make
Money

Reload Your Balance

Gift Cards

Amazon Currency Converter

Manage Your
Content and Devices

Recalls and Product
Safety Alerts

Registry & Gift List

Help



English    United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
|---|---|---|---|---|---|---|
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |
| **Amazon Business** | **Amazon Fresh** | **AmazonGlobal** | **Home Services** | **Amazon Web Services** | **Audible** | **Box Office Mojo** |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |
| **Goodreads** | **IMDb** | **IMDbPro** | **Kindle Direct Publishing** | **Amazon Photos** | **Prime Video Direct** | **Shopbop** |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |
| **Amazon Resale** | **Whole Foods Market** | **Woot!** | **Zappos** | **Ring** | **eero WiFi** | **Blink** |
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |
| **Neighbors App** | **Amazon Subscription Boxes** | | **PillPack** | **Amazon Renewed** | | |
| Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | | Pharmacy Simplified | Like-new products you can trust | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates





**Archived orders**
View and manage your archived orders

**Your Lists**
View, modify, and share your lists, or create new ones

**Customer Service**
Browse self service options, help articles or contact us

**Your Messages**
View or respond to messages from Amazon, Sellers and Buyers

## Ordering and shopping preferences

Your Addresses
Your Payments
Your Transactions
Your Amazon profile
1-Click settings
Amazon Key settings
Language preferences
Manage saved IDs
Coupons
Product Vouchers
VAT registration number
Recalls and Product Safety Alerts

## Digital content and devices

All things Alexa
Content Library
Devices
Manage Digital Delivery
Your apps
Prime Video settings
Amazon Music settings
Manage Amazon Drive and photos
Twitch settings
Audible settings
Amazon Coins
Digital gifts you've received
Digital and device forum
Comixology settings

## Memberships and subscriptions

Kindle Unlimited
Prime Video Channels
Music Unlimited
Subscribe & Save
Amazon Kids+
Audible membership
Your Essentials
Magazine subscriptions
One Medical membership for Prime members
Other subscriptions

## Communication and content

Email subscriptions
Advertising preferences
Communication preferences
Shipment updates via text
Alexa shopping notifications
Videos you've uploaded
Purchase Reminders

## Shopping programs and rentals

Buy now, pay over time
Third Party Credit Card Installment
Manage Your Amazon Family
Rentals by Amazon
Amazon Household
No-Rush rewards summary
Teens Program

## Other programs

Account Linking
Amazon credit cards
Your seller account
Amazon Pay
Manage your trade-ins
Amazon Web Services
Amazon tax exemption program

### Communication and content

Email subscriptions

Advertising preferences

Communication preferences

Shipment updates via text

Alexa shopping notifications

Videos you've uploaded

Purchase Reminders

### Shopping programs and rentals

Buy now, pay over time

Third Party Credit Card Installment

Manage Your Amazon Family

Rentals by Amazon

Amazon Household

No-Rush rewards summary

Teens Program

Pets

Shop with Points

Amazon Second Chance

Benefits balance

### Other programs

Account Linking

Amazon credit cards

Your seller account

Amazon Pay

Manage your trade-ins

Amazon Web Services

Amazon tax exemption program

Your Interests

In-Store Promo Wallet

### Manage your data

Request your data

Manage apps & services with data access

Close Your Amazon Account

Privacy Notice

*After viewing product detail pages, look here to find an easy way to navigate back to pages you are interested in.*

› View or edit your browsing history

**Back to top**

### Get to Know Us

Careers

Amazon Newsletter

### Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

### Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

### Let Us Help You

Your Account

Your Orders

Shipping Rates &

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help



English          United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
|---|---|---|---|---|---|---|
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |

| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
|---|---|---|---|---|---|---|
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |

| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
|---|---|---|---|---|---|---|
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |

| Amazon Resale | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
|---|---|---|---|---|---|---|
| Great Deals on Quality Used | America's | Deals and Shenanigans | Shoes & Clothing | Smart Home Security | Stream 4K Video in Every Room | Smart Security for Every Home |



Press Center

Investor Relations

Amazon Devices

Amazon Science

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

Reload Your Balance

Gift Cards

Amazon Currency Converter

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

**amazon**    English    United States

**Amazon Music**
Stream millions of songs

**Amazon Ads**
Reach customers wherever they spend their time

**6pm**
Score deals on fashion brands

**AbeBooks**
Books, art & collectibles

**ACX**
Audiobook Publishing Made Easy

**Sell on Amazon**
Start a Selling Account

**Veeqo**
Shipping Software Inventory Management

**Amazon Business**
Everything For Your Business

**Amazon Fresh**
Groceries & More Right To Your Door

**AmazonGlobal**
Ship Orders Internationally

**Home Services**
Experienced Pros Happiness Guarantee

**Amazon Web Services**
Scalable Cloud Computing Services

**Audible**
Listen to Books & Original Audio Performances

**Box Office Mojo**
Find Movie Box Office Data

**Goodreads**
Book reviews & recommendations

**IMDb**
Movies, TV & Celebrities

**IMDbPro**
Get Info Entertainment Professionals Need

**Kindle Direct Publishing**
Indie Digital & Print Publishing Made Easy

**Amazon Photos**
Unlimited Photo Storage Free With Prime

**Prime Video Direct**
Video Distribution Made Easy

**Shopbop**
Designer Fashion Brands

**Whole Foods Market**
America's Healthiest Grocery Store

**Woot!**
Deals and Shenanigans

**Zappos**
Shoes & Clothing

**Ring**
Smart Home Security Systems

**eero WiFi**
Stream 4K Video in Every Room

**Blink**
Smart Security for Every Home

**Neighbors App**
Real-Time Crime & Safety Alerts

**Amazon Subscription Boxes**
Top subscription boxes – right to your door

**PillPack**
Pharmacy Simplified

**Amazon Renewed**
Like-new products you can trust

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates



**Prime**
Dalton McAndrew
29 days left in your trial

| Prime Plan | Renewal Date | Manage |
|---|---|---|
| **Free Trial** | **January 3, 2025** | **Membership** |
| Save $40.88 with Annual plan ⌄ | Update your payment method ⌄ | Update, cancel and more |

Welcome to the Prime world, Dalton!

Unlock the best of Amazon with Prime

Unlimited fast delivery, award-winning films & TV shows, exclusive deals, and more

Explore Prime now

Activate and save

**Prime means savings and free two-day shipping. That's $6.99 saved per order. Start saving now.**

Shop today's deals





Shop Prime exclusive deals
Explore deals ▸



# Shop Prime exclusive deals

## Explore deals ▸

### Prime Membership Benefits

| SHIP | STREAM | SHOP | READ | MORE |

**FREE SAME DAY, 1-DAY & 2-DAY DELIVERY**

## FREE 1-day delivery on over 4 million items

Super-fast delivery, tens of millions of items, and flexible delivery options to fit your life. Plus, Prime members get FREE One-Day Delivery on tens of millions of items.

**Explore Prime Delivery**

## Share your Prime Benefits

### Manage Your Household

Share your favorite Prime benefits with someone you live with, including Prime Delivery, Prime Video, Prime Reading, and more!

**Manage Your Household**

Learn More

Learn More



---

Need Help?

### Visit our help page

See popular help topics or connect with us.

Get help

---

Amazon Prime Terms and Conditions

**Back to top**

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

Press Center
Investor Relations
Amazon Devices
Amazon Science

Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

Reload Your Balance
Gift Cards
Amazon Currency Converter

Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help



| English | United States |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music**<br>Stream millions of songs | **Amazon Ads**<br>Reach customers wherever they spend their time | **6pm**<br>Score deals on fashion brands | **AbeBooks**<br>Books, art & collectibles | **ACX**<br>Audiobook Publishing Made Easy | **Sell on Amazon**<br>Start a Selling Account | **Veeqo**<br>Shipping Software Inventory Management |
| **Amazon Business**<br>Everything For Your Business | **Amazon Fresh**<br>Groceries & More Right To Your Door | **AmazonGlobal**<br>Ship Orders Internationally | **Home Services**<br>Experienced Pros Happiness Guarantee | **Amazon Web Services**<br>Scalable Cloud Computing Services | **Audible**<br>Listen to Books & Original Audio Performances | **Box Office Mojo**<br>Find Movie Box Office Data |
| **Goodreads**<br>Book reviews & recommendations | **IMDb**<br>Movies, TV & Celebrities | **IMDbPro**<br>Get Info Entertainment Professionals Need | **Kindle Direct Publishing**<br>Indie Digital & Print Publishing Made Easy | **Amazon Photos**<br>Unlimited Photo Storage Free With Prime | **Prime Video Direct**<br>Video Distribution Made Easy | **Shopbop**<br>Designer Fashion Brands |
| **Amazon Resale**<br>Great Deals on Quality Used Products | **Whole Foods Market**<br>America's Healthiest Grocery Store | **Woot!**<br>Deals and Shenanigans | **Zappos**<br>Shoes & Clothing | **Ring**<br>Smart Home Security Systems | **eero WiFi**<br>Stream 4K Video in Every Room | **Blink**<br>Smart Security for Every Home |
| **Neighbors App**<br>Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes**<br>Top subscription boxes – right to your door | **PillPack**<br>Pharmacy Simplified | **Amazon Renewed**<br>Like-new products you can trust | | | |

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates



**Dalton, you still have 29 days left to enjoy your Prime benefits for free**

Use your Prime benefits today

**Prime Delivery**
Unlimited fast, FREE Delivery on millions of items

**Prime Video**
Amazon Originals, movies, TV shows, and live events

**Amazon Music with Prime**
All the music + top podcasts ad-free

**Free Grubhub+**
$0 food delivery fees, exclusive savings and more

**Exclusive Deals**
Prime Members save on thousands of items

**Prime Gaming**
Get free games, a free Twitch channel subscription, and more gaming benefits every month

Remind Me Later

Prime Plan Offers

Continue to cancel

Amazon Prime Terms and Conditions

Back to top

Get to Know Us          Make Money with Us          Amazon Payment Products          Let Us Help You

  

| Remind Me Later | Prime Plan Offers | Continue to cancel |

Amazon Prime Terms and Conditions

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help



English  United States



Press Center

Investor Relations

Amazon Devices

Amazon Science

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

Reload Your Balance

Gift Cards

Amazon Currency Converter

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

English     United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |
| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |
| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |
| Amazon Resale | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |
| | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | | |
| | Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | | |

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates



## Please confirm your Prime membership cancellation

| Dalton McAndrew | Current Plan **Free Trial** | Next Billing Date 1/3/25 |
|---|---|---|

**Cancel on renewal 1/3/25**

Your Prime benefits will end on January 3, 2025.

After that date your benefits will end, and you will no longer be charged for your Prime membership.

1. By cancelling, you will no longer be eligible for your unclaimed **Prime exclusive offers.**

Pause on renewal 1/3/25

| Remind Me Later | Keep Membership | End On January 3, 2025 |

### Need Help?

**Visit our help page**

See popular help topics or connect with us.

Get help

**Amazon Prime Terms and Conditions**

Back to top

Get help

Amazon Prime Terms and Conditions

Back to top

**Get to Know Us**

Careers

Amazon
Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your
Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery
Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub
Partner

› See More Ways to Make
Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates &
Policies

Amazon Prime

Returns &
Replacements

Manage Your
Content and Devices

Recalls and Product
Safety Alerts

Registry & Gift List

Help

English

United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
|---|---|---|---|---|---|---|
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |







Shop small space furniture & décor



See all pre-owned devices



Shop plants, plant care & pots



See the full edit from Shopbop



Take your Prime to more sites.
Explore now

Buy with prime

Sponsored

*After viewing product detail pages, look here to find an easy way to navigate back to pages you are interested in.*

› View or edit your browsing history

**Back to top**

### Get to Know Us

Careers

Amazon Newsletter

### Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

### Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

### Let Us Help You

Your Account

Your Orders

Shipping Rates &

| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Registry & Gift List |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Help |
| | Become an Amazon Hub Partner | | |
| | › See More Ways to Make Money | | |



English    United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |
| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |
| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |
| Amazon Resale | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |
| | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | | |
| | Real-Time Crime | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products | | |







# Your Account

**Your Orders**
Track, return, cancel an order, download invoice or buy again

**Login & security**
Edit login, name, and mobile number

**Prime**
Manage your membership, view benefits, and payment settings

**Your Addresses**
Edit, remove or set default address

**Your business account**
Sign up for free to save with business-only pricing and receive deliveries during business hours.

**Gift cards**
View balance or redeem a card, and purchase a new Gift Card

**Your Payments**
View all transactions, manage payment methods and settings

**Your Amazon Family**
Manage profiles, sharing, and permissions in one place

**Digital Services and Device Support**
Troubleshoot device issues, manage or cancel digital subscriptions

**Archived orders**
View and manage your archived orders

**Your Lists**
View, modify, and share your lists, or create new ones

**Customer Service**
Browse self service options, help articles or contact us

**Your Messages**
View or respond to messages from Amazon, Sellers and Buyers

Ordering and shopping

Digital content and devices

Memberships and subscriptions



**Archived orders**
View and manage your archived orders

**Your Lists**
View, modify, and share your lists, or create new ones

**Customer Service**
Browse self service options, help articles or contact us

**Your Messages**
View or respond to messages from Amazon, Sellers and Buyers

## Ordering and shopping preferences

Your Addresses
Your Payments
Your Transactions
Your Amazon profile
1-Click settings
Amazon Key settings
Language preferences
Manage saved IDs
Coupons
Product Vouchers
VAT registration number
Recalls and Product Safety Alerts

## Digital content and devices

All things Alexa
Content Library
Devices
Manage Digital Delivery
Your apps
Prime Video settings
Amazon Music settings
Manage Amazon Drive and photos
Twitch settings
Audible settings
Amazon Coins
Digital gifts you've received
Digital and device forum
Comixology settings

## Memberships and subscriptions

Kindle Unlimited
Prime Video Channels
Music Unlimited
Subscribe & Save
Amazon Kids+
Audible membership
Your Essentials
Magazine subscriptions
One Medical membership for Prime members
Other subscriptions

## Communication and content

Email subscriptions
Advertising preferences
Communication preferences
Shipment updates via text
Alexa shopping notifications
Videos you've uploaded
Purchase Reminders

## Shopping programs and rentals

Buy now, pay over time
Third Party Credit Card Installment
Manage Your Amazon Family
Rentals by Amazon
Amazon Household
No-Rush rewards summary
Teens Program

## Other programs

Account Linking
Amazon credit cards
Your seller account
Amazon Pay
Manage your trade-ins
Amazon Web Services
Amazon tax exemption program

Advertising preferences

Communication preferences

Shipment updates via text

Alexa shopping notifications

Videos you've uploaded

Purchase Reminders

Third Party Credit Card Installment

Manage Your Amazon Family

Rentals by Amazon

Amazon Household

No-Rush rewards summary

Teens Program

Pets

Shop with Points

Amazon Second Chance

Benefits balance

Amazon credit cards

Your seller account

Amazon Pay

Manage your trade-ins

Amazon Web Services

Amazon tax exemption program

Your Interests

In-Store Promo Wallet

### Manage your data

Request your data

Manage apps & services with data access

Close Your Amazon Account

Privacy Notice

---

*After viewing product detail pages, look here to find an easy way to navigate back to pages you are interested in.*

▸ View or edit your browsing history

Back to top

### Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

### Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

### Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

### Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

| | | | |
|---|---|---|---|
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Registry & Gift List |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Help |
| | Become an Amazon Hub Partner | | |
| | › See More Ways to Make Money | | |



amazon

| 🌐 English ⇕ | 🇺🇸 United States |

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions of songs | Amazon Ads<br>Reach customers wherever they spend their time | 6pm<br>Score deals on fashion brands | AbeBooks<br>Books, art & collectibles | ACX<br>Audiobook Publishing Made Easy | Sell on Amazon<br>Start a Selling Account | Veeqo<br>Shipping Software Inventory Management |
| Amazon Business<br>Everything For Your Business | Amazon Fresh<br>Groceries & More Right To Your Door | AmazonGlobal<br>Ship Orders Internationally | Home Services<br>Experienced Pros Happiness Guarantee | Amazon Web Services<br>Scalable Cloud Computing Services | Audible<br>Listen to Books & Original Audio Performances | Box Office Mojo<br>Find Movie Box Office Data |
| Goodreads<br>Book reviews & recommendations | IMDb<br>Movies, TV & Celebrities | IMDbPro<br>Get Info Entertainment Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print Publishing Made Easy | Amazon Photos<br>Unlimited Photo Storage Free With Prime | Prime Video Direct<br>Video Distribution Made Easy | Shopbop<br>Designer Fashion Brands |
| Amazon Resale<br>Great Deals on Quality Used Products | Whole Foods Market<br>America's Healthiest Grocery Store | Woot!<br>Deals and Shenanigans | Zappos<br>Shoes & Clothing | Ring<br>Smart Home Security Systems | eero WiFi<br>Stream 4K Video in Every Room | Blink<br>Smart Security for Every Home |
| | Neighbors App<br>Real-Time Crime | Amazon Subscription Boxes<br>Top subscription boxes – right to your door | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Like-new products | | |

Press Center
Investor Relations
Amazon Devices
Amazon Science

Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

Reload Your Balance
Gift Cards
Amazon Currency Converter

Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon

| 🌐 English ▾ | 🇺🇸 United States |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Ads** Reach customers wherever they spend their time | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account | **Veeqo** Shipping Software Inventory Management |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Box Office Mojo** Find Movie Box Office Data |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Resale** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ✓✗
© 1996-2024, Amazon.com, Inc. or its affiliates



✔prime
**Dalton McAndrew**
29 days left in your trial

**Prime Plan**
Free Trial
Save $40.88 with Annual plan ⌄

**Renewal Date**
January 3, 2025
Update your payment method ⌄

**Manage**
Membership
Update, cancel and more ⌄

Welcome to the Prime world, Dalton!
**Unlock the best of Amazon with Prime**

Unlimited fast delivery, award-winning films & TV shows, exclusive deals, and more

Explore Prime now

Activate and save
**Prime means savings and free two-day shipping. That's $6.99 saved per order. Start saving now.**

Shop today's deals





Shop Prime exclusive deals
Explore deals ▸

# Shop Prime exclusive deals

## Explore deals ▸

--- **Prime Membership Benefits** ---

| SHIP | STREAM | SHOP | READ | MORE |

○○○○

**FREE SAME DAY, 1-DAY & 2-DAY DELIVERY**

### FREE 1-day delivery on over 4 million items

Super-fast delivery, tens of millions of items, and flexible delivery options to fit your life. Plus, Prime members get FREE One-Day Delivery on tens of millions of items.

**Explore Prime Delivery**

--- **Share your Prime Benefits** ---

## Manage Your Household

Share your favorite Prime benefits with someone you live with, including Prime Delivery, Prime Video, Prime Reading, and more!

**Manage Your Household**

Learn More



Learn More



## Need Help?

### Visit our help page

See popular help topics or connect with us.

Get help

Amazon Prime Terms and Conditions

Back to top

**Get to Know Us**

Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**

Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner

**Amazon Payment Products**

Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**

Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help



English    United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
|---|---|---|---|---|---|---|
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |

| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
|---|---|---|---|---|---|---|
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |

| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video | Shopbop |
|---|---|---|---|---|---|---|
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing | Unlimited Photo Storage Free With | Video Distribution | Designer Fashion Brands |

Press Center

Investor Relations

Amazon Devices

Amazon Science

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

Reload Your Balance

Gift Cards

Amazon Currency Converter

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help



English

United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
|---|---|---|---|---|---|---|
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |

| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
|---|---|---|---|---|---|---|
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |

| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
|---|---|---|---|---|---|---|
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |

| Amazon Resale | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
|---|---|---|---|---|---|---|
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |

| Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | | | |
|---|---|---|---|---|---|---|
| Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates







devices









Shop small space furniture & décor

See all pre-owned devices

Shop plants, plant care & pots

See the full edit from Shopbop



Sponsored ⓘ

After viewing product detail pages, look here to find an easy way to navigate back to pages you are interested in.

View or edit your browsing history

Back to top

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help



English

United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |

| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |

Goodreads          IMDb          IMDbPro          Kindle Direct          Amazon Photos          Prime Video          Shopbop

Press Center

Investor Relations

Amazon Devices

Amazon Science

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

Reload Your Balance

Gift Cards

Amazon Currency Converter

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help



| | | | | | |
|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Ads** Reach customers wherever they spend their time | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account | **Veeqo** Shipping Software Inventory Management |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Box Office Mojo** Find Movie Box Office Data |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Resale** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | | |

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices ✔✕

© 1996-2024, Amazon.com, Inc. or its affiliates









**Your Messages**
View or respond to messages
from Amazon, Sellers and Buyers

## Ordering and shopping preferences

Your Addresses
Your Payments
Your Transactions
Your Amazon profile
1-Click settings
Amazon Key settings
Language preferences
Manage saved IDs
Coupons
Product Vouchers
VAT registration number
Recalls and Product Safety Alerts

## Digital content and devices

All things Alexa
Content Library
Devices
Manage Digital Delivery
Your apps
Prime Video settings
Amazon Music settings
Manage Amazon Drive and photos
Twitch settings
Audible settings
Amazon Coins
Digital gifts you've received
Digital and device forum
Comixology settings

## Memberships and subscriptions

Kindle Unlimited
Prime Video Channels
Music Unlimited
Subscribe & Save
Amazon Kids+
Audible membership
Your Essentials
Magazine subscriptions
One Medical membership for Prime members
Other subscriptions

## Communication and content

Email subscriptions
Advertising preferences
Communication preferences
Shipment updates via text
Alexa shopping notifications
Videos you've uploaded
Purchase Reminders

## Shopping programs and rentals

Buy now, pay over time
Third Party Credit Card Installment
Manage Your Amazon Family
Rentals by Amazon
Amazon Household
No-Rush rewards summary
Teens Program
Pets
Shop with Points
Amazon Second Chance
Benefits balance

## Other programs

Account Linking
Amazon credit cards
Your seller account
Amazon Pay
Manage your trade-ins
Amazon Web Services
Amazon tax exemption program
Your Interests
In-Store Promo Wallet

Advertising preferences

Communication preferences

Shipment updates via text

Alexa shopping notifications

Videos you've uploaded

Purchase Reminders

Third Party Credit Card Installment

Manage Your Amazon Family

Rentals by Amazon

Amazon Household

No-Rush rewards summary

Teens Program

Pets

Shop with Points

Amazon Second Chance

Benefits balance

Amazon credit cards

Your seller account

Amazon Pay

Manage your trade-ins

Amazon Web Services

Amazon tax exemption program

Your Interests

In-Store Promo Wallet

## Manage your data

Request your data

Manage apps & services with data access

Close Your Amazon Account

Privacy Notice

*After viewing product detail pages, look here to find an easy way to navigate back to pages you are interested in.*

› View or edit
your browsing
history

Back to top

### Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

### Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

### Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

### Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Privacy Notice

*After viewing product detail pages, look here to find an easy way to navigate back to pages you are interested in.*

› View or edit your browsing history

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help



🌐 English    🇺🇸 United States

Amazon Music
Stream millions

Amazon Ads
Reach

6pm
Score deals

AbeBooks
Books, art

ACX
Audiobook

Sell on Amazon
Start a Selling

Veeqo
Shipping

Press Center

Investor Relations

Amazon Devices

Amazon Science

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

Reload Your Balance

Gift Cards

Amazon Currency Converter

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

English    United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |
| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |
| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |
| Amazon Resale | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |
| Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | | | |
| Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates



**Welcome to the Prime world, Dalton!**

**Unlock the best of Amazon with Prime**

Unlimited fast delivery, award-winning films & TV shows, exclusive deals, and more

Explore Prime now

**Activate and save**

**Prime means savings and free two-day shipping. That's $6.99 saved per order. Start saving now.**

Shop today's deals





**Shop Prime exclusive deals**

**Explore deals ▸**





on tens of millions of items.

**Explore Prime Delivery**

---

## Share your Prime Benefits

### Manage Your Household

Share your favorite Prime benefits with someone you live with, including Prime Delivery, Prime Video, Prime Reading, and more!

**Manage Your Household**

Learn More



---

## Need Help?

### Visit our help page

See popular help topics or connect with us.

**Get help**

---

Amazon Prime Terms and Conditions

Back to top

Get help

Amazon Prime Terms and Conditions

Back to top

### Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

### Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

### Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

### Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help



English     United States

Amazon Music
Stream millions
of songs

Amazon Ads
Reach
customers
wherever
they

6pm
Score deals
on fashion brands

AbeBooks
Books, art,
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Veeqo
Shipping
Software
Inventory
Management

Press Center
Investor Relations
Amazon Devices
Amazon Science

Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

Reload Your Balance
Gift Cards
Amazon Currency Converter

Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon

English     United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
|---|---|---|---|---|---|---|
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |
| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |
| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |
| Amazon Resale | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |
| Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | | | |
| Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates



**Dalton, you still have 29 days left to enjoy your Prime benefits for free**

Use your Prime benefits today

**Prime Delivery**
Unlimited fast, FREE Delivery on millions of items

**Prime Video**
Amazon Originals, movies, TV shows, and live events

**Amazon Music with Prime**
All the music + top podcasts ad-free

**Free Grubhub+**
$0 food delivery fees, exclusive savings and more

**Exclusive Deals**
Prime Members save on thousands of items

**Prime Gaming**
Get free games, a free Twitch channel subscription, and more gaming benefits every month

Remind Me Later

Prime Plan Offers

Continue to cancel

Amazon Prime Terms and Conditions

Back to top

Get to Know Us

Make Money with Us

Amazon Payment Products

Let Us Help You

Remind Me Later

Prime Plan Offers

Continue to cancel

Amazon Prime Terms and Conditions

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

amazon

English    United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness

Amazon Web Services
Scalable Cloud

Audible
Listen to Books & Original Audio

Box Office Mojo
Find Movie Box Office Data

Press Center
Investor Relations
Amazon Devices
Amazon Science

Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

Reload Your Balance
Gift Cards
Amazon Currency Converter

Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help



| | | | |
|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Ads** Reach customers wherever they spend their time | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles |
| | | | |

English    United States

| | | | | | |
|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Ads** Reach customers wherever they spend their time | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account | **Veeqo** Shipping Software Inventory Management |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Box Office Mojo** Find Movie Box Office Data |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Resale** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates





Shop small space furniture & décor



See all pre-owned devices



Shop plants, plant care & pots



See the full edit from Shopbop

After viewing product detail pages, look here to find an easy way to navigate back to pages you are interested in.

› View or edit your browsing history

Back to top

## Get to Know Us

Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

## Make Money with Us

Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

## Let Us Help You

Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon

English    United States

Press Center

Become a Delivery Driver

Reload Your Balance

Manage Your
Content and Devices

Investor Relations

Start a Package Delivery
Business

Gift Cards

Amazon Devices

Advertise Your Products

Amazon Currency Converter

Recalls and Product
Safety Alerts

Amazon Science

Self-Publish with Us

Registry & Gift List

Become an Amazon Hub
Partner

Help

› See More Ways to Make
Money



| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |

| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |

| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |

| Amazon Resale | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |

| Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | | | |
| Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates



# Welcome to Amazon Customer Service, Dalton

What would you like help with today? You can quickly take care of most things here, or connect with us when needed.

- A delivery, order or return
- Kindle, Fire, Alexa or other Amazon devices
- eBooks, Prime Videos, Music or Games
- Prime
- Payment, charges or gift cards
- Login, address, security & privacy
- Memberships, subscriptions or communications
- Accessible support for customers with disabilities
- Something else
- Report Something Suspicious

**Search our help library**

## Search our help library

🔍 Type something like, "question about a charge"

### All help topics

**Take Quick Actions**

Where's my stuff

Shipping and Delivery

Returns, Refunds and Product Support

Managing Your Account

Security & Privacy

Payment, Pricing and Promotions

Devices & Digital Solutions

Amazon Business Accounts

Large Items and Heavy-Bulky Services

Identify & Report Scams

Other topics & Help sites

**Track your package**
Track your packages in **Your Orders**.

**Return Items You Ordered**
Return your orders using our **Online Return Center**.

**Check status of a refund**
Track your return and refunds in **Your Orders**.

**Update Your Password**
Update your password in **Your account**.

**Amazon Prime**
Get detailed information on all Prime benefits.

**End Your Amazon Prime Membership** 
Cancel your membership easily via this page.

**Ads in Prime Video**
Prime Video movies and TV shows will include limited advertisements. For further details, click here.

**Chat with Amazon Customer Service**
Get help with your account, orders, and more.

Back to top

Get to Know Us          Make Money with Us          Amazon Payment Products          Let Us Help You

Other topics & Help sites

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help



English          United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
|---|---|---|---|---|---|---|
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |

| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
|---|---|---|---|---|---|---|
| Everything For Your Business | Groceries & More | Ship Orders Internationally | Experienced Pros Happiness | Scalable Cloud Computing | Listen to Books & Original Audio | Find Movie Box Office Data |

Press Center
Investor Relations
Amazon Devices
Amazon Science

Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

Reload Your Balance
Gift Cards
Amazon Currency Converter

Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon

English | United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Ads** Reach customers wherever they spend their time | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account | **Veeqo** Shipping Software Inventory Management |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Box Office Mojo** Find Movie Box Office Data |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Resale** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | | |

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates

# Help & Customer Service

‹ All Help Topics

## Amazon Prime

Amazon Prime Benefits

Amazon Prime

Amazon Prime Shipping Plan

Sign Up for the Amazon Prime Free Trial

Share Your Amazon Prime Benefits

Prime Membership Plans Comparison

Pause Your Amazon Prime Membership

**End Your Amazon Prime Membership**

The Amazon Prime Membership Fee

Switch Amazon Prime Membership

Use Buy Now with Amazon Prime

Using a Promotional Code for Amazon Prime

Subscribe to Amazon Prime via an Approved Partner (Free, SFR)

Amazon Prime Terms & Conditions

Amazon Prime Referral Program Terms and Conditions

Electronic Benefits Transfer (EBT) Cards

Amazon Incentives Purchase

**Find more solutions**

Shipping and Delivery › Amazon Prime ›

## End Your Amazon Prime Membership

You can cancel Prime by selecting the **End Your Prime Membership** button on this page.



For additional options on managing your Prime membership, please visit your Prime membership page.

**Refund Eligibility**

Paid members who haven't used their benefits are eligible for a full refund of the current membership period. Amazon will process the refund in three to five business days.

For more information, visit the **Cancel Membership** section of the Amazon Prime Terms and Conditions.

**Add-on Subscriptions**

Additional subscriptions tied to your membership, such as Prime Video Channels like Paramount+, won't renew once your Prime membership ends.

For more information, review your Memberships and Subscriptions.

**Canceling Third-party Memberships**

If you signed up for Amazon Prime through Google Play using the Android mobile shopping app or Prime Video Android app, cancel your subscription through Google Subscription services.

app or Prime Video Android app, cancel your subscription through Google Subscription services.

If your Prime membership is associated with another company's service, such as Metro by T-Mobile, please contact them to cancel your Prime.

**Still need help?**

- Refund Timelines
- Unknown Payment Charges
- Track Your Package

Was this information helpful?

Yes     No

**Quick solutions**

Your Orders
Track or cancel orders

Returns & Refunds
Exchange or return items

Manage Prime
Cancel or view benefits

Payment Settings
Add or edit payment methods

Carrier Info
Shipping carrier information

Account Settings
Change email or password

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Press Center

Investor Relations

Amazon Devices

Amazon Science

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

Reload Your Balance

Gift Cards

Amazon Currency Converter

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help



| English | United States |

**Amazon Music**
Stream millions of songs

**Amazon Ads**
Reach customers wherever they spend their time

**6pm**
Score deals on fashion brands

**AbeBooks**
Books, art & collectibles

**ACX**
Audiobook Publishing Made Easy

**Sell on Amazon**
Start a Selling Account

**Veeqo**
Shipping Software Inventory Management

**Amazon Business**
Everything For Your Business

**Amazon Fresh**
Groceries & More Right To Your Door

**AmazonGlobal**
Ship Orders Internationally

**Home Services**
Experienced Pros Happiness Guarantee

**Amazon Web Services**
Scalable Cloud Computing Services

**Audible**
Listen to Books & Original Audio Performances

**Box Office Mojo**
Find Movie Box Office Data

**Goodreads**
Book reviews & recommendations

**IMDb**
Movies, TV & Celebrities

**IMDbPro**
Get Info Entertainment Professionals Need

**Kindle Direct Publishing**
Indie Digital & Print Publishing Made Easy

**Amazon Photos**
Unlimited Photo Storage Free With Prime

**Prime Video Direct**
Video Distribution Made Easy

**Shopbop**
Designer Fashion Brands

**Amazon Resale**
Great Deals on Quality Used Products

**Whole Foods Market**
America's Healthiest Grocery Store

**Woot!**
Deals and Shenanigans

**Zappos**
Shoes & Clothing

**Ring**
Smart Home Security Systems

**eero WiFi**
Stream 4K Video in Every Room

**Blink**
Smart Security for Every Home

**Neighbors App**
Real-Time Crime & Safety Alerts

**Amazon Subscription Boxes**
Top subscription boxes – right to your door

**PillPack**
Pharmacy Simplified

**Amazon Renewed**
Like-new products you can trust

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates





| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Registry & Gift List |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Help |
| | Become an Amazon Hub Partner | | |
| | › See More Ways to Make Money | | |

| Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Veeqo Shipping Software Inventory Management |
| --- | --- | --- | --- | --- | --- | --- |
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Resale Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |

Press Center

Investor Relations

Amazon Devices

Amazon Science

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

Reload Your Balance

Gift Cards

Amazon Currency Converter

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help



English

United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |
| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |
| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |
| Amazon Resale | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |
| Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | | | |
| Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates





**Explore My Benefits**     **Exclusive Deals**     **Manage My Membership**     **Help**

### Celebrate more, save more these holidays



Unwrap joy with savings on gifts, decor, toys, and more

Shop now

### Prime members get 45% off on Shutterfly



Sign in with Amazon on Shutterfly to start saving

Learn More

### Thousands of Movies and Shows



Free access to Amazon Originals plus thousands of movies and shows

Watch Awesome Stuff

### Ad-Free Music on Amazon Music



All the music + top podcasts ad-free, included with Prime

Listen Now

## See what's upcoming with Prime



ONGOING

SHOPPING
**Holiday Gifting**
Ends Tue, Dec 31, 2024

Shop now



SHOPPING
**New Year's Eve**
Wed, Dec 11, 2024

Learn more



ONGOING

PRIME VIDEO
**Its in the Game**
Released Tue, Nov 26, 2024

Watch now



LIVE

PRIME VIDEO
**Pop Culture Jeopardy**
Released Wed, Dec 4, 2024

Watch now



**prime**    Explore My Benefits    Exclusive Deals    Manage My Membership    Help

# Prime members get 45% off on Shutterfly

+ free shipping on orders $35+

**Continue to Amazon Photos**

Shutterfly. × amazon photos

## Ad-free Podcasts on Amazon Music

NPR News Now

The Daily

48 Hours

Up First from NPR

20/20

MrBallen's Medical Mysteries

## Amazon Music, included with Prime

Christmas Classics

Greatest Christmas Songs

Country Heat

Christmas Instrumentals

REDISCOVER Pentatonix Christmas

Mellow '70s Gold







**Get to Know Us**

Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**

Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us

**Amazon Payment Products**

Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**

Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List





© 1996-2024, Amazon.com, Inc. or its affiliates



✔prime
**Dalton McAndrew**
29 days left in your trial

**Prime Plan**
Free Trial
Save $40.88 with Annual plan ⌄

**Renewal Date**
January 3, 2025
Update your payment method ⌄

**Manage**
Membership
Update, cancel and more

Welcome to the Prime world, Dalton!
Unlock the best of Amazon with Prime

Unlimited fast delivery, award-winning films & TV shows, exclusive deals, and more

Explore Prime now

Activate and save

**Prime means savings and free two-day shipping. That's $6.99 saved per order. Start saving now.**

Shop today's deals





Shop Prime exclusive deals
Explore deals ▸

―――――――――― **Prime Membership Benefits** ――――――――――

| SHIP | STREAM | SHOP | READ | MORE |



**FREE SAME DAY, 1-DAY & 2-DAY DELIVERY**

FREE 1-day delivery on over 4 million items

Super-fast delivery, tens of millions of items, and flexible delivery options to fit your life. Plus, Prime members get FREE One-Day Delivery on tens of millions of items.

**Explore Prime Delivery**

―――――――――― **Share your Prime Benefits** ――――――――――

## Manage Your Household

Share your favorite Prime benefits with someone you live with, including Prime Delivery, Prime Video, Prime Reading, and more!

**Manage Your Household**

Learn More

―――――――――― **Need Help?** ――――――――――

**Visit our help page**

## Visit our help page

See popular help topics or connect with us.

Get help

Amazon Prime Terms and Conditions

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

English

United States

Press Center
Investor Relations
Amazon Devices
Amazon Science

Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

Reload Your Balance
Gift Cards
Amazon Currency Converter

Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

![Amazon logo]  English  United States

| | | | | | |
|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Ads** Reach customers wherever they spend their time | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account | **Veeqo** Shipping Software Inventory Management |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Box Office Mojo** Find Movie Box Office Data |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Resale** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | | | |

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates





Dalton, you still have **29 days left** to enjoy your Prime benefits for free

Use your Prime benefits today

**Prime Delivery**
Unlimited fast, FREE Delivery on millions of items

**Prime Video**
Amazon Originals, movies, TV shows, and live events

**Amazon Music with Prime**
All the music + top podcasts ad-free

**Free Grubhub+**
$0 food delivery fees, exclusive savings and more

**Exclusive Deals**
Prime Members save on thousands of items

**Prime Gaming**
Get free games, a free Twitch channel subscription, and more gaming benefits every month

Remind Me Later

Prime Plan Offers

Continue to cancel

Amazon Prime Terms and Conditions

Back to top

Remind Me Later

Prime Plan Offers

Continue to cancel

Amazon Prime Terms and Conditions

**Back to top**

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

amazon

English

United States

Amazon Music
Stream millions
of songs

Amazon Ads
Reach
customers
wherever

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Veeqo
Shipping
Software
Inventory

Press Center
Investor Relations
Amazon Devices
Amazon Science

Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

Reload Your Balance
Gift Cards
Amazon Currency Converter

Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon

English    United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |

| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |

| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |

| Amazon Resale | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |

| Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed |
| Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates



## Please confirm your Prime membership cancellation

| Dalton McAndrew | Current Plan | Next Billing Date |
|---|---|---|
| | Free Trial | 1/3/25 |

**● Cancel on renewal 1/3/25**

Your Prime benefits will end on January 3, 2025.

After that date your benefits will end, and you will no longer be charged for your Prime membership.

1. By cancelling, you will no longer be eligible for your unclaimed **Prime exclusive offers.**

**○ Pause on renewal 1/3/25**

[ Remind Me Later ]    [ Keep Membership ]    [ **End On January 3, 2025** ]

## Need Help?

### Visit our help page
#### See popular help topics or connect with us.

[ Get help ]

**Amazon Prime Terms and Conditions**

Back to top

Get help

Amazon Prime Terms and Conditions

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

amazon

English

United States

Amazon Music
Stream millions
of songs

Amazon Ads
Reach
customers
wherever
they
spend their
time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Veeqo
Shipping
Software
Inventory
Management

Press Center

Investor Relations

Amazon Devices

Amazon Science

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

Reload Your Balance

Gift Cards

Amazon Currency Converter

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

amazon

English | United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
|---|---|---|---|---|---|---|
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |

| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
|---|---|---|---|---|---|---|
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |

| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
|---|---|---|---|---|---|---|
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |

| Amazon Resale | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
|---|---|---|---|---|---|---|
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |

| Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | | | |
|---|---|---|---|---|---|---|
| Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ✔✘
© 1996-2024, Amazon.com, Inc. or its affiliates







# Help & Customer Service

‹ All Help Topics

**Amazon Prime**

Amazon Prime Benefits

Amazon Prime

Amazon Prime Shipping Plan

Sign Up for the Amazon Prime Free Trial

Share Your Amazon Prime Benefits

Prime Membership Plans Comparison

Pause Your Amazon Prime Membership

**End Your Amazon Prime Membership**

The Amazon Prime Membership Fee

Switch Amazon Prime Membership

Use Buy Now with Amazon Prime

Using a Promotional Code for Amazon Prime

Subscribe to Amazon Prime via an Approved Partner (Free, SFR)

Amazon Prime Terms & Conditions

Amazon Prime Referral Program Terms and Conditions

Electronic Benefits Transfer (EBT) Cards

Amazon Incentives Purchase

**Find more solutions**

Shipping and Delivery › Amazon Prime ›

## End Your Amazon Prime Membership

You can cancel Prime by selecting the **End Your Prime Membership** button on this page.

Take Action

**End Your Prime Membership**

For additional options on managing your Prime membership, please visit your Prime membership page.

**Refund Eligibility**

Paid members who haven't used their benefits are eligible for a full refund of the current membership period. Amazon will process the refund in three to five business days.

For more information, visit the **Cancel Membership** section of the Amazon Prime Terms and Conditions.

**Add-on Subscriptions**

Additional subscriptions tied to your membership, such as Prime Video Channels like Paramount+, won't renew once your Prime membership ends.

For more information, review your Memberships and Subscriptions.

**Canceling Third-party Memberships**

If you signed up for Amazon Prime through Google Play using the Android mobile shopping app or Prime Video Android app, cancel your subscription through Google Subscription services.

app or Prime Video Android app, cancel your subscription through Google Subscription services.

If your Prime membership is associated with another company's service, such as Metro by T-Mobile, please contact them to cancel your Prime.

**Still need help?**

- Refund Timelines
- Unknown Payment Charges
- Track Your Package

Was this information helpful?

[Yes] [No]

## Quick solutions

**Your Orders**
Track or cancel orders

**Returns & Refunds**
Exchange or return items

**Manage Prime**
Cancel or view benefits

**Payment Settings**
Add or edit payment methods

**Carrier Info**
Shipping carrier information

**Account Settings**
Change email or password

Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability

### Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help



English

United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |

| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |



Press Center
Investor Relations
Amazon Devices
Amazon Science

Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

Reload Your Balance
Gift Cards
Amazon Currency Converter

Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon

English    United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |

| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |

| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |

| Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |

| Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed |
| Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates



**Dalton, you still have 29 days left to enjoy your Prime benefits for free**

Use your Prime benefits today

**Prime Delivery**
Unlimited fast, FREE Delivery on millions of items

**Prime Video**
Amazon Originals, movies, TV shows, and live events

**Amazon Music with Prime**
All the music + top podcasts ad-free

**Free Grubhub+**
$0 food delivery fees, exclusive savings and more

**Exclusive Deals**
Prime Members save on thousands of items

**Prime Gaming**
Get free games, a free Twitch channel subscription, and more gaming benefits every month

Remind Me Later

Prime Plan Offers

Continue to cancel

Amazon Prime Terms and Conditions

Back to top

Get to Know Us     Make Money with Us     Amazon Payment Products     Let Us Help You



Press Center
Investor Relations
Amazon Devices
Amazon Science

Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

Reload Your Balance
Gift Cards
Amazon Currency Converter

Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon

English

United States

**Amazon Music**
Stream millions of songs

**Amazon Ads**
Reach customers wherever they spend their time

**6pm**
Score deals on fashion brands

**AbeBooks**
Books, art & collectibles

**ACX**
Audiobook Publishing Made Easy

**Sell on Amazon**
Start a Selling Account

**Veeqo**
Shipping Software Inventory Management

**Amazon Business**
Everything For Your Business

**Amazon Fresh**
Groceries & More Right To Your Door

**AmazonGlobal**
Ship Orders Internationally

**Home Services**
Experienced Pros Happiness Guarantee

**Amazon Web Services**
Scalable Cloud Computing Services

**Audible**
Listen to Books & Original Audio Performances

**Box Office Mojo**
Find Movie Box Office Data

**Goodreads**
Book reviews & recommendations

**IMDb**
Movies, TV & Celebrities

**IMDbPro**
Get Info Entertainment Professionals Need

**Kindle Direct Publishing**
Indie Digital & Print Publishing Made Easy

**Amazon Photos**
Unlimited Photo Storage Free With Prime

**Prime Video Direct**
Video Distribution Made Easy

**Shopbop**
Designer Fashion Brands

**Amazon Resale**
Great Deals on Quality Used Products

**Whole Foods Market**
America's Healthiest Grocery Store

**Woot!**
Deals and Shenanigans

**Zappos**
Shoes & Clothing

**Ring**
Smart Home Security Systems

**eero WiFi**
Stream 4K Video in Every Room

**Blink**
Smart Security for Every Home

**Neighbors App**
Real-Time Crime & Safety Alerts

**Amazon Subscription Boxes**
Top subscription boxes – right to your door

**PillPack**
Pharmacy Simplified

**Amazon Renewed**
Like-new products you can trust

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates



## Please confirm your Prime membership cancellation

| Dalton McAndrew | Current Plan | Next Billing Date |
| --- | --- | --- |
| | Free Trial | 1/3/25 |

**Cancel on renewal 1/3/25**

Your Prime benefits will end on January 3, 2025.

After that date your benefits will end, and you will no longer be charged for your Prime membership.

1. By cancelling, you will no longer be eligible for your unclaimed **Prime exclusive offers.**

**Pause on renewal 1/3/25**

[ Remind Me Later ]    [ Keep Membership ]    [ End On January 3, 2025 ]

## Need Help?

### Visit our help page

### See popular help topics or connect with us.

[ Get help ]

**Amazon Prime Terms and Conditions**

Back to top

[Amazon Prime Terms and Conditions](#)

**Back to top**

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

English     United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |

| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |

Goodreads     IMDb     IMDbPro     Kindle Direct     Amazon Photos     Prime Video     Shopbop

Press Center
Investor Relations
Amazon Devices
Amazon Science

Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

Reload Your Balance
Gift Cards
Amazon Currency Converter

Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help



English     United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
|---|---|---|---|---|---|---|
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |
| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |
| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |
| Amazon Resale | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |
| Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | | | |
| Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | | | |

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates



## Winter styles under $30


Sweaters


Dresses




## Cool winter looks


Outerwear


Sweaters



## Luxury bestsellers


Women's fashion


Skincare



## Sign in for the best experience

Sign in securely



**Shoes**

**Accessories**

Shop now

**Boots**

**Accessories**

Shop now

**Fragrances**

**Men's fashion**

Shop Luxury Stores

Asian-inspired dishes for less.
365 by Whole Foods Market

Shop 365 brand

Sponsored

## Build your home gym

**Cardio equipment**

**Yoga & Pilates**

**Strength training**

**Recovery**

Shop now

## Refresh your wardrobe

**Activewear**

**Loungewear**

**Sneakers**

**Winter warmers**

Shop now

## Deals on tech

**PC**

**Wireless**

**Software**

**Home entertainment**

Shop all tech deals

## Outdoor winter gear under $100

**Slope activities**

**Snowshoeing**

**Ice skating**

**Ice fishing**

Shop now



amazon | Delivering to New York 10016 **Update location** | All | Search Amazon | EN | Hello, sign in **Account & Lists** | Returns **& Orders** | 0 Cart

Strength training | Recovery | Sneakers | Winter warmers | Software | Home entertainment | Ice skating | Ice fishing

Shop now | Shop now | Shop all tech deals | Shop now

## Best Sellers in Home & Kitchen



8x10

Stain Soap Resistan

Premium PE

## Best Sellers in Grocery & Gourmet Food


CELSIUS

NESPRESSO

Premier Protein

SPARKLING ICE

ZERO SUGAR
MONS



## Vacation dresses



## Small space solutions



## Shop Black-owned businesses



## The Shop by Shopbop



Winter wardrobe



Going-out styles



Dresses



Jackets & coats

See more from Shopbop

Shop small space furniture & décor

Celebrate Black History Month

Dresses

Jackets & coats

See more on Shopbop

## Best Sellers in Clothing, Shoes & Jewelry



## Best Sellers in Toys & Games








# Best Sellers in Toys & Games





Sponsored







Sponsored ⓘ

## Best Sellers in Computers & Accessories



## See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

### Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

### Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

### Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

### Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements



About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

English

United States

Amazon Music
Stream millions
of songs

Amazon Ads
Reach customers
wherever they
spend their time

6pm
Score deals
on fashion brands

AbeBooks
Books, art,
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Veeqo
Shipping Software
Inventory
Management

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Web
Services
Scalable Cloud
Computing

Audible
Listen to Books &
Original
Audio

Box Office Mojo
Find Movie
Box Office Data





Amazon Music
Stream millions
of songs

Amazon Ads
Reach customers
wherever they
spend their time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Veeqo
Shipping Software
Inventory
Management

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office Mojo
Find Movie
Box Office Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Resale
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates













Cost after savings: **$13.00**

Find out how

Subtotal
**$23.00**



Owala Silicone Water Bottle
Boot, Anti-Slip Protective Sl...
★★★★★ 7,641
$6⁹⁹

Add to cart

Silicone Boot for Owala Water
Bottle 24 oz 32 oz 40 oz, An...
★★★★☆ 273
$5⁹⁹

Add to cart

Alwenid 2PCS Silicone Water
Bottle Boot for Owala 24oz...
★★★★☆ 1,437
$7⁹⁹

Add to cart

THE NC
Commu...
★★★
$99⁰⁰

Add to

## Top picks for you

Page 1 of 5

Owala Silicone Water Bottle
Boot, Anti-Slip Protective Sl...
★★★★★ 7,641
$7⁹⁹

Metal Replacement Straws for
Owala Water Bottle 24 oz 3...
★★★★☆ 30
$4⁹⁹

Owala FreeSip Insulated
Stainless Steel Water Bottle...
★★★★★ 132
$55⁹⁸

Owala FreeSip Twist Insulated
Stainless Steel Water Bottle...
★★★★☆ 1,286
$29⁹⁸

Owala Harry Potter FreeS
Insulated Stainless Steel V
★★★★☆ 6,430
$34⁹⁹





Owala Harry Potter FreeSip
Insulated Stainless Steel Wa...
★★★★½ 6,430
$34.99

**Add to cart**

Owala Flip Insulated Stainless
Steel Water Bottle with Stra...
★★★★½ 67

See buying options

Owala Silicone Water Bottle
Boot, Anti-Slip Protective Sl...
★★★★★ 7,641
$7.99

**Add to cart**

Owala FreeSip Twist Insulated
Stainless Steel Water Bottle...
★★★★½ 1,286
$29.98

**Add to cart**

Owala Kids Flip Insulated
Stainless-Steel Water Bot
★★★★½ 248
$17.29

**Add to cart**

Subtotal
$23.00

## Recommended based on your shopping trends

Page 1 of 4

Sponsored ⓘ

Oceania Flask 32oz
Stainless Steel Water
Bottles | Modern,
Leakproof, Hydro BPA-
Free, Insulated Water
★★★★½ 72

HYDRO CELL Stainless
Steel Insulated Water
Bottle with Straw - For
Cold & Hot Drinks -
Metal Vacuum Flask with
★★★★½ 59,673

DOMICARE 40 oz
Insulated Water Bottle
Bulk, Vacuum Insulated
Stainless Steel Sports
Water Bottle with Straw
★★★★½ 775

TakeToday Collapsible
Water Bottles 32oz,
Foldable Travel Water
Bottle with Straw, BPA
Free, Silicone Water
★★★★½ 105

64 oz Water Bottle
Insulated with Straw & 3
Lids, Coolflask Large
Metal Stainless Steel
Water Jug Big Half
★★★★½ 13,188

Oceania Flask 32oz Stainless Steel Water Bottles | Modern, Leakproof, Hydro BPA-Free, Insulated Water

★★★★½ 72

$20.95

✓prime

HYDRO CELL Stainless Steel Insulated Water Bottle with Straw - For Cold & Hot Drinks - Metal Vacuum Flask with

★★★★½ 59,673

$21.56

✓prime

DOMICARE 40 oz Insulated Water Bottle Bulk, Vacuum Insulated Stainless Steel Sports Water Bottle with Straw

★★★★½ 775

$42.99

✓prime

TakeToday Collapsible Water Bottles 32oz, Foldable Travel Water Bottle with Straw, BPA Free, Silicone Water

★★★★½ 105

$24.99

✓prime

64 oz Water Bottle Insulated with Straw & 3 Lids, Coolflask Large Metal Stainless Steel Water Jug Big Half

★★★★½ 13,188

$28.99

✓prime

## See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

### Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

### Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

### Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

### Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Subtotal $23.00

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

Subtotal
$23.00



English

United States

Amazon Music
Stream millions
of songs

Amazon Ads
Reach customers
wherever they
spend their time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Veeqo
Shipping Software
Inventory
Management



Subtotal
$23.00

amazon

English

United States

**Amazon Music**
Stream millions
of songs

**Amazon Ads**
Reach customers
wherever they
spend their time

**6pm**
Score deals
on fashion brands

**AbeBooks**
Books, art
& collectibles

**ACX**
Audiobook
Publishing
Made Easy

**Sell on Amazon**
Start a Selling
Account

**Veeqo**
Shipping Software
Inventory
Management

**Amazon Business**
Everything For
Your Business

**Amazon Fresh**
Groceries & More
Right To Your Door

**AmazonGlobal**
Ship Orders
Internationally

**Home Services**
Experienced Pros
Happiness
Guarantee

**Amazon Web
Services**
Scalable Cloud
Computing
Services

**Audible**
Listen to Books &
Original
Audio
Performances

**Box Office Mojo**
Find Movie
Box Office Data

**Goodreads**
Book reviews
&
recommendations

**IMDb**
Movies, TV
& Celebrities

**IMDbPro**
Get Info
Entertainment
Professionals Need

**Kindle Direct
Publishing**
Indie Digital &
Print Publishing
Made Easy

**Amazon Photos**
Unlimited Photo
Storage
Free With Prime

**Prime Video Direct**
Video Distribution
Made Easy

**Shopbop**
Designer
Fashion Brands

**Amazon Resale**
Great Deals on
Quality Used
Products

**Whole Foods
Market**
America's
Healthiest
Grocery Store

**Woot!**
Deals and
Shenanigans

**Zappos**
Shoes &
Clothing

**Ring**
Smart Home
Security Systems

**eero WiFi**
Stream 4K Video
in Every Room

**Blink**
Smart Security
for Every Home

**Neighbors App**
Real-Time Crime
& Safety Alerts

**Amazon
Subscription Boxes**
Top subscription
boxes – right to
your door

**PillPack**
Pharmacy
Simplified

**Amazon Renewed**
Like-new products
you can trust

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates



# Digital Content

View: **Books** ▾  **All** ▾    |    Sort by: **Acquired: Newest to Oldest** ▾

Explore Your Books to discover similar titles based on all your Kindle, Audible and print books.

Select All | Deselect All | Deliver to Device | Delete | Mark as Read | Mark as Unread | Add to Library | Remove from Library | Add to Collections

⚠ No Results found

⚠ **No Results found**

Back to top

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

› See More Ways to Make Money



amazon

English    United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music**<br>Stream millions of songs | **Amazon Ads**<br>Reach customers wherever they spend their time | **6pm**<br>Score deals on fashion brands | **AbeBooks**<br>Books, art & collectibles | **ACX**<br>Audiobook Publishing Made Easy | **Sell on Amazon**<br>Start a Selling Account | **Veeqo**<br>Shipping Software Inventory Management |
| **Amazon Business**<br>Everything For Your Business | **Amazon Fresh**<br>Groceries & More Right To Your Door | **AmazonGlobal**<br>Ship Orders Internationally | **Home Services**<br>Experienced Pros Happiness Guarantee | **Amazon Web Services**<br>Scalable Cloud Computing Services | **Audible**<br>Listen to Books & Original Audio Performances | **Box Office Mojo**<br>Find Movie Box Office Data |
| **Goodreads**<br>Book reviews & recommendations | **IMDb**<br>Movies, TV & Celebrities | **IMDbPro**<br>Get Info Entertainment Professionals Need | **Kindle Direct Publishing**<br>Indie Digital & Print Publishing Made Easy | **Amazon Photos**<br>Unlimited Photo Storage Free With Prime | **Prime Video Direct**<br>Video Distribution Made Easy | **Shopbop**<br>Designer Fashion Brands |
| **Amazon Resale**<br>Great Deals on Quality Used Products | **Whole Foods Market**<br>America's Healthiest Grocery Store | **Woot!**<br>Deals and Shenanigans | **Zappos**<br>Shoes & Clothing | **Ring**<br>Smart Home Security Systems | **eero WiFi**<br>Stream 4K Video in Every Room | **Blink**<br>Smart Security for Every Home |
| | **Neighbors App**<br>Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes**<br>Top subscription boxes – right to your door | **PillPack**<br>Pharmacy Simplified | **Amazon Renewed**<br>Like-new products you can trust | **Amazon Luna**<br>Video games from the cloud, no console required | |



English | United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Ads** Reach customers wherever they spend their time | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account | **Veeqo** Shipping Software Inventory Management |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Box Office Mojo** Find Movie Box Office Data |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Resale** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Luna** Video games from the cloud, no console required | |

Conditions of Use | Privacy Notice | Consumer Health Data Privacy Disclosure | Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates