# Attachment 151

# Chapter 16

# EVALUATION: INSPECTIONS, ANALYTICS, AND MODELS

16.1 Introduction
16.2 Inspections: Heuristic Evaluation and Walk-Throughs
16.3 Analytics and A/B Testing
16.4 Predictive Models

## Objectives

The main goals of this chapter are to accomplish the following:

- Describe the key concepts associated with inspection methods.
- Explain how to do heuristic evaluation and walk-throughs.
- Explain the role of analytics in evaluation.
- Describe how A/B testing is used in evaluation.
- Describe how to use Fitts' law—a predictive model.

## 16.1 Introduction

Most of the evaluation methods described in this book so far have involved interaction with, or direct observation of, users. In this chapter, we introduce methods that are based on understanding users through one of the following:

- Knowledge codified in heuristics
- Data collected remotely
- Models that predict people's performance

None of these methods requires users to be present during the evaluation, so they can be conducted remotely, synchronously or asynchronously. Inspection methods often involve a researcher, sometimes known as an *expert*, role-playing the users for whom the product is designed, analyzing aspects of an interface, and identifying potential usability problems. The most well-known methods are *heuristic evaluation* and *walk-throughs*. *Analytics* involves interaction logging, and *A/B testing* is an experimental method that uses data collected about people's behavior. Both analytics and A/B testing are usually carried out remotely. *Predictive modeling* involves analyzing the various physical and mental operations that are needed to

perform particular tasks and operationalizing them as quantitative measures. One of the most commonly used predictive models is *Fitts' law*.

## 16.2 Inspections: Heuristic Evaluation and Walk-Throughs

Sometimes, it is not practical to involve participants in an evaluation because they are not available, there is insufficient time, or it is difficult to find people. In such circumstances, other people, often referred to as *experts* or *researchers*, can provide feedback. These are people who are knowledgeable about both interaction design and the needs and typical behavior of users. Various inspection methods were developed as alternatives to usability testing in the early 1990s, drawing on software engineering practice where code and other types of inspections are commonly used. Inspection methods for interaction design include heuristic evaluations and walk-throughs, in which researchers examine the interface of an interactive product, often role-playing typical users, and suggest problems that people would likely have when interacting with the product. One of the attractions of these methods is that they can be used at any stage of a design project. They can also be used to complement other types of usability testing.

### 16.2.1 Heuristic Evaluation

In *heuristic evaluation*, evaluators, guided by a set of usability principles known as *heuristics*, evaluate whether user-interface elements, such as menus, navigation structure, sound, online help, conversational agents, and so on, conform to tried-and-tested principles. These heuristics closely resemble high-level design principles (such as making designs consistent, reducing memory load, and using terms that users understand). Heuristic evaluation was developed by Jakob Nielsen and his colleagues (Nielsen and Mohlich, 1990; Nielsen, 1994a) and later modified by other researchers to evaluate other types of systems (Hollingshead and Novick, 2007; Pinelle et al., 2009; Harley, 2018a, 2018b, 2018c). In addition, many researchers and practitioners have converted design guidelines into heuristics that are then applied in heuristic evaluation.

The original set of heuristics for HCI evaluation were empirically derived from the analysis of 249 usability problems (Nielsen, 1994b); an early revised version of these heuristics follows:

**Visibility of System Status**: The system should always keep users informed about what is going on, through appropriate feedback and within a reasonable time.

**Match Between System and the Real World**: The system should speak the users' language, with words, phrases, and concepts familiar to the user, rather than system-oriented terms. It should follow real-world conventions, making information appear in a natural and logical order.

**User Control and Freedom**: Users often choose system functions by mistake and will need a clearly marked emergency exit to leave the unwanted state without having to go through an extended dialog. The system should support undo and redo.

**Consistency and Standards**: Users should not have to wonder whether different words, situations, or actions mean the same thing. The system should follow platform conventions.

**Error Prevention**: Rather than just good error messages, the system should incorporate careful design that prevents a problem from occurring in the first place. Either eliminate error-prone conditions or check for them and present users with a confirmation option before they commit to the action.

**Recognition Rather Than Recall**: Minimize the user's memory load by making objects, actions, and options visible. The user should not have to remember information from one part of the dialog to another. Instructions for use of the system should be visible or easily retrievable whenever appropriate.

**Flexibility and Efficiency of Use**: Accelerators—unseen by the novice user—may often speed up the interaction for the expert user such that the system can cater to both inexperienced and experienced users. Allow users to tailor frequent actions.

**Aesthetic and Minimalist Design**: Dialogs should not contain information that is irrelevant or rarely needed. Every extra unit of information in a dialog competes with the relevant units of information and diminishes their relative visibility.

**Help Users Recognize, Diagnose, and Recover from Errors**: Error messages should be expressed in plain language (not codes), precisely indicate the problem, and constructively suggest a solution.

**Help and Documentation**: Even though it is better if the system can be used without documentation, it may be necessary to provide help and documentation. Any such information should be easy to search, be focused on the user's task, list concrete steps to be carried out, and not be too large.

A slightly modified version was produced by Jakob Nielsen (2020), this time with examples, figures, and videos to help readers understand how to use the heuristics. There is even a free poster that you can download!

To view Jakob Nielsen's updated list of heuristics, see **www.nngroup.com/articles/ten-usability-heuristics**.

This site shows how a researcher, Wendy Bravo (2017), used heuristics to evaluate two travel websites, Travelocity and Expedia: **medium.com/@WendyBravo/heuristic-evaluation-of-two-travel-websites-13f830cf0111**.

Designers and researchers evaluate aspects of the interface against the appropriate heuristics. For example, if a new social media system is being evaluated, the designer might consider how people would add friends to their networks. This might involve modifying Nielsen's heuristics (Harley, 2018a) or even adding new ones to ensure that "adding friends"

gets evaluated. The researchers doing the heuristic evaluation go through the interface several times, inspecting the various interaction elements and comparing them with the usability heuristics. During each iteration, usability problems will be identified, and ways of fixing them may be suggested.

Although many heuristics apply to most products (for example, be consistent and provide meaningful feedback), some are too general for evaluating products that have come onto the market more recently, such as digital toys, ambient devices, web design (Budd, 2007; Krawiec and Dudycz, 2019), virtual reality (VR) (Joyce, 2019), games (Joyce, 2021), conversational agents (Langevin et al., 2021), mobile apps (Da Costa et al., 2019), and IoT—to name just a few. Designers and researchers have therefore developed their own heuristics by tailoring Nielsen's heuristics with other design guidelines, market research, results from research studies, and requirements documents.

For more information about how the 10 heuristics are applied to evaluate VR systems check out **www.nngroup.com/articles/usability-heuristics-virtual-reality**.

And for video games, check out **www.nngroup.com/articles/usability-heuristics-applied-video-games**.

An example of how Nielsen's heuristics can be adapted is illustrated by Raina Langevin and her colleagues who used them to evaluate the design of different conversational agents (Langevin et al., 2021). These researchers tested their heuristics on two different types of conversational agents, a chatbot and a voice-based personal assistant. They found that when evaluators used the adapted heuristics, they were able to identify more usability problems than when using Nielsen's generic set of heuristics.

Exactly which heuristics are appropriate and how many are needed for different products is debatable and depends on the goals of the evaluation. However, most sets have between 5 and 10 items. This number provides a good range of usability criteria by which to judge the various aspects of a product's design. More than 10 items becomes difficult for those doing the evaluation to manage, while fewer than 5 items tends not to be sufficiently discriminating.

Another concern is the number of researchers needed to carry out a heuristic evaluation that identifies the majority of usability problems. Empirical tests were conducted suggesting that three to five researchers can typically identify up to 75 percent of the total usability problems, as shown in Figure 16.1 (Nielsen, 1994a). However, employing several researchers can be resource intensive. Therefore, the overall conclusion is that while more researchers might be better, fewer can be used—especially if they are experienced and knowledgeable about the product and the people for whom it is designed.




**Figure 16.1** Curve showing the proportion of usability problems in an interface found by heuristic evaluation using various numbers of evaluators

*Source:* Nielsen and Mack (1994). Used courtesy of John Wiley & Sons, Inc.

## *Heuristic Evaluation for Websites*

Ensuring that websites are designed so that those using them can find what they need and have a pleasant experience has been important since the early days of the web, especially as websites have become more elaborate and interactive. A number of different heuristic sets for evaluating websites have been developed based on Nielsen's original 10 heuristics. One of these was developed by Andy Budd (2007) after discovering that Nielsen's heuristics did not address the problems of the continuously evolving web. He also found that there was overlap between several of the heuristics and that they varied widely in terms of their scope and specificity, which made them difficult to use. The extract from Budd's heuristics shown in Box 16.1 highlights issues that are fundamental for good website design. Notice that a difference between these and Nielsen's original heuristics is that Budd's place more emphasis on information content.

Websites vary according to the purpose for which they are designed. For example, Łukasz Krawiec and Helena Dudycz (2019) carried out a survey of Polish public administration websites with the aim of identifying the most common usability problems. They used Nielsen's heuristics to evaluate 60 websites, and then they grouped the problems that they identified according to severity. The most serious problems were concerned with navigation; these included unintuitive menu layout with too many options, navigation between pages, and dead links. Navigating websites to find what one is looking for is a general problem, but particularly for people who need essential information from government websites.

## BOX 16.1

### Extract from the Heuristics Developed by Budd (2007) That Emphasize Web Design Issues

**Clarity**
Make the system as clear, concise, and meaningful as possible for the intended audience.

- Write clear, concise copy.
- Only use technical language for a technical audience.
- Write clear and meaningful labels.
- Use meaningful icons.

**Minimize Unnecessary Complexity and Cognitive Load**
Make the system as simple as possible for people to accomplish their tasks.

- Remove unnecessary functionality, process steps, and visual clutter.
- Use progressive disclosure to hide advanced features.
- Break down complicated processes into multiple steps.
- Prioritize using size, shape, color, alignment, and proximity.

**Provide Context**
Interfaces should provide people with a sense of context in time and space.

- Provide a clear site name and purpose.
- Highlight the current section in the navigation.
- Provide a breadcrumb trail, or add entries to the browser history list (that is, show where the person has been in a website).
- Use appropriate feedback messages.
- Show the number of steps in a process.
- Reduce perception of latency by providing visual cues (for instance, a progress indicator) or by allowing people to complete other tasks while waiting.

**Promote a Pleasurable and Positive Experience**
People should be treated with respect, and the design should be aesthetically pleasing and promote a pleasurable and rewarding experience.

- Create a pleasurable and attractive design.
- Provide easily attainable goals.
- Provide rewards for usage and progression. ■

A similar approach to Budd's is also taken by Leigh Howells in her article entitled "A guide to heuristic website reviews" (Howells, 2011). In this article and in a more recent one by Toni Granollers (2018), techniques for making the results of heuristic evaluation more

objective are proposed. This can be done either to show the occurrence of different heuristics from an evaluation or to compare the results of different researchers' evaluations, as shown in Figure 16.2. First, a calculation is done to find the mean number of usability problems identified by each researcher, which is then displayed around the diagram (in this case there were seven researchers). Then a single value representing the mean of all of the researchers' individual means is calculated and displayed in the center of the diagram. In addition to being able to compare the relative performance of different experts and the overall usability of the design, a version of this procedure can be used to compare the usability of different prototypes or for comparisons with competitors' products.




**Figure 16.2** Radar diagram showing the mean number of problems identified by each of the seven researchers and the overall mean of all the researchers, which is shown in the center of the diagram

*Source:* Granollers (2018). Used courtesy of Springer Nature

## ACTIVITY 16.1

1. Use some of Budd's heuristics (Box 16.1) to evaluate a website that you visit regularly. Do these heuristics help you to identify important usability and user experience issues? If so, how?
2. How does being aware of the heuristics influence how you interact with the website?
3. Was it difficult to use these heuristics?

(*Continued*)

**Comment**

1. The heuristics focus on key usability criteria, such as whether the website seems unnecessarily complex and how color is used. Budd's heuristics also encourage consideration of how people feel about the experience of interacting with a website.
2. Being aware of the heuristics may lead to a stronger focus on the design and interaction, and it can raise awareness about what the person is trying to do and how the website is responding.
3. When applied at a high level, these guidelines can be tricky to use. For example, what exactly does "clarity" mean in regard to a website? Although the detailed list (write clear, concise copy; only use technical language for a technical audience, and so on) provides some guidance, making the evaluation task a bit easier, it may still seem quite difficult, particularly for those not used to doing heuristic evaluations. ■

### *Doing Heuristic Evaluations*

The process of doing heuristic evaluation can be broken down into three main stages (Nielsen and Mack, 1994; Muniz, 2016).

- A *briefing session*, in which the researcher is briefed about the goal of the evaluation. If there is more than one researcher, a prepared script may be used to ensure that each person receives the same briefing.
- The *evaluation period*, in which the researchers typically spend one to two hours independently inspecting the product, using the heuristics for guidance.

  Typically, each researcher will take at least two passes through the app, website, or product. The first pass gives a feel for the flow of the interaction and the product's scope. The second pass allows them to focus on specific interface elements in the context of the whole product and to identify potential usability problems.

  If the evaluation is for a functioning product, the researchers will typically have some specific tasks in mind so that their exploration is focused. Suggesting tasks may be helpful, but many UX researchers suggest their own tasks. However, this approach is more difficult if the evaluation is done early in design when there are only screen mock-ups or a specification. Therefore, the approach needs to be adapted for the evaluation circumstances. While working through the product, specification, or mock-ups, different researchers may focus on different things: One may record the problems while the other researcher may think aloud, which can be video recorded.
- The *debriefing session*, in which the researchers come together to discuss their findings with designers and to prioritize the problems they found and give suggestions for solutions.

The heuristics focus the researchers' attention on particular issues, so selecting appropriate heuristics is critically important. Even so, sometimes there is disagreement among researchers, as discussed in the following "Dilemma."

## DILEMMA

### Classic Problems or False Alarms?

Some researchers and designers may have the impression that heuristic evaluation is a panacea that can reveal all that is wrong with a design with little demand on a design team's resources. However, in addition to being quite difficult to carry out as just discussed, heuristic evaluation has other problems, such as sometimes missing key problems that would likely be found by testing the product with real users.

Shortly after heuristic evaluation was developed, several independent studies compared it with other methods, particularly user testing. They found that the different approaches often identify different problems and that sometimes heuristic evaluation misses severe problems (Karat, 1994). In addition, its efficacy can be influenced both by the number of experts and by the nature of the problems, as mentioned earlier (Cockton and Woolrych, 2001; Woolrych and Cockton, 2001). Heuristic evaluation, therefore, should not be viewed as a replacement for user testing.

Another issue concerns researchers reporting problems that don't exist. In other words, some of the researchers' predictions are wrong. Bill Bailey (2001) cites analyses from three published sources showing that about 33 percent of the problems reported were real usability problems, some of which were serious, while others were trivial. However, the researchers missed about 21 percent of the problems. Furthermore, about 43 percent of the problems identified were not problems at all; they were false alarms. This means that only about half of the problems identified were true problems.

How can the number of false alarms or missed serious problems be reduced? Checking that researchers really have the expertise that is required could help, particularly that they have a good understanding of the target user population. But how can this be done? One way to overcome these problems is to have several people involved. This helps to reduce the impact of one researcher's experience or poor performance. Using heuristic evaluation along with user testing and other methods is also a good idea. Providing support for researchers and designers to use heuristics effectively is yet another way to reduce these shortcomings. For example, Bruce Tognazzini (2014) includes short case studies to illustrate some of the principles that he advocates using as heuristics. Analyzing the meaning of each heuristic and developing a set of questions can be helpful. A study by Mohd Kamal Othman and his colleagues (2022) identified some differences between researchers who were experienced in detecting usability problems and those who were novices. In an evaluation of a smartphone app for cultural heritage, the experienced interaction design researchers identified more usability problems than the novices, 19 to 14, respectively. The experienced researchers also identified usability problems that were more severe. ■

Accessibility is a usability issue for people who are sight (Mankoff et al., 2005) and hearing (Yeratziotis and Zaphiris, 2018) challenged (Mankoff et al., 2019; BBC, 2021). Heuristics

can help designers ensure that their designs are accessible. For example, Alexandros Yeratziotis and Panayiotis Zaphiris (2018) created a method comprising 12 heuristics for evaluating deaf users' experiences with websites. Increasingly, governments around the world are trying to ensure that their websites are usable and accessible. For example, Surjit Paul and Saini Das carried out an analysis of 65 Indian e-government websites (Paul and Das, 2020). They found that web content was often difficult to access, particularly diagrams and other graphics.

Box 16.2 discusses Web Content Accessibility Guidelines, which were created to help ensure that designers, developers, companies, and governments take account of web accessibility.

## BOX 16.2

### Evaluating for Accessibility Using the Web Content Accessibility Guidelines

*Web Content Accessibility Guidelines (WCAG)* are a detailed set of standards about how to ensure that web page content is accessible for users with various disabilities (Lazar et al., 2015). While heuristics such as Ben Shneiderman's eight golden rules (Shneiderman et al., 2016) and Nielsen and Mohlich's heuristic evaluation are well-known within the HCI community, the WCAG is the best-known set of guidelines outside of the HCI community. Why? Because many countries around the world have laws that require that government websites, and websites of public accommodations (such as hotels, libraries, and retail stores), are accessible for people with disabilities. A majority of those laws, including the Disability Discrimination Act in Australia, Stanca Act in Italy, Equality Act in the United Kingdom, and Section 508 of the Rehabilitation Act in the United States, as well as policies such as Canada's Policy on Communications and Federal Identity and India's Guidelines for Indian Government Websites, use WCAG as the benchmark for web accessibility.

The concept of web accessibility is as old as the web itself. Tim Berners-Lee said, "The power of the web is in its universality. Access by everyone, regardless of disability, is an essential aspect" (www.w3.org/Press/IPO-announce). To fulfill this mission, the WCAG were created, approved, and released in 1999. The WCAG were created by committee members from 475 member organizations, including leading tech companies such as Microsoft, Google, and Apple. The process for developing them was transparent and open, and all of the stakeholders, including many members of the HCI community, were encouraged to contribute and comment. WCAG 2.0 was released in 2008. WCAG 2.1 was released in 2018, with a modification to improve accessibility further for low-vision users and for web content presented on mobile devices. When designers follow these guidelines, there are often benefits for all users, such as improved readability and search results that are presented in more meaningful ways.

While all of the various WCAG documents online would add up to hundreds of printed pages, the key concepts and core requirements are summarized in "WCAG 2.1 at a Glance" (www.w3.org/WAI/standards-guidelines/wcag/glance), a document that could be considered to be a set of HCI heuristics.

The key concepts of web accessibility, according to WCAG, are summarized as POUR—Perceivable, Operable, Understandable, and Robust.

1. **Perceivable**
   - **1.1** Provide text alternatives for non-text content.
   - **1.2** Provide captions and other alternatives for multimedia.
   - **1.3** Create content that can be presented in different ways, including by assistive technologies, without losing meaning.
   - **1.4** Make it easier for users to see and hear content.
2. **Operable**
   - **2.1** Make all functionality available from a keyboard.
   - **2.2** Give users enough time to read and use content.
   - **2.3** Do not use content that causes seizures or physical reactions.
   - **2.4** Help users navigate and find content.
   - **2.5** Make it easy to use inputs other than keyboard.
3. **Understandable**
   - **3.1** Make text readable and understandable.
   - **3.2** Make content appear and operate in predictable ways.
   - **3.3** Help users avoid and correct mistakes.
4. **Robust**
   - **4.1** Maximize compatibility with current and future user tools.

Source: www.w3.org/WAI/standards-guidelines/wcag/glance ■

These guidelines can be used as heuristics to evaluate basic web page accessibility. For example, they can be converted into specific questions such as the following: Is there ALT text on graphics? Is the entire page usable if a pointing device cannot be used? Is there any flashing content that will trigger seizures? Is there captioning on videos? While some of these issues can be addressed directly by designers, captioning is typically contracted out to organizations that specialize in developing and inserting captions. Governments and large organizations have to make their websites accessible to avoid possible legal action in the United States and in some other countries throughout the world (Stein and Lazar, 2021). However, tools and advice that help small companies and individuals develop appropriate captions make captioning more universal. Some companies, such as Gartner (2021) and the Nielsen Norman Group (www.nngroup.com/reports/topic/accessibility), have guides and digital tools for testing accessibility to help both developers and venders of digital products.

When WCAG is updated, it is intended to be easier for designers and the public to understand; include more needs of people with cognitive disabilities; and address different types of web content, apps, tools, and organizations. A working draft of WCAG 3 is available at www.w3.org/TR/wcag-3.0.

For more information about the web accessibility guidelines, laws, and policies, see **www.w3.org/WAI**.

### *Turning Design Guidelines, Principles, and Golden Rules into Heuristics*

An approach to developing heuristics for evaluating the many different types of digital technologies is to convert design guidelines into heuristics. Often this is done by just using guidelines as though they are heuristics, so guidelines and heuristics are assumed to be interchangeable. A more principled approach is for designers and researchers to translate the design guidelines into questions (Väänänen-Vainio-Mattila and Wäljas, 2009). Toni Granollers suggests first converting the heuristics into principles and then identifying pertinent questions to ground the principles so that they are useful. For example, consider the heuristic "visibility and system state," which is a composite between Nielsen's early 1994 and Tognazzini's 2014 heuristics. Granollers suggests the following questions:

> ***Does the application include a visible title page, section or site? Does the user always know where they are located? Does the user always know what the system or application is doing? Are the links clearly defined? Can all actions be visualized directly (i.e., no other actions are required)?***
>
> **Granollers, 2018, p. 62**

Each heuristic is therefore decomposed into a set of questions like these, which could be further adapted for evaluating specific products.

Other examples of developing heuristics based on guidelines or rules, include shared groupware (Baker et al., 2002), video games (Pinelle et al., 2008), multi-player games (Pinelle et al., 2009), online communities (Preece and Shneiderman, 2009), information visualization (Forsell and Johansson, 2010), captchas (Reynaga et al., 2015), ecommerce sites (Harley, 2018b), and quality assessment for mobile applications on smartphones (Da Costa et al., 2019). David Travis (2016), a consultant, compiled 247 guidelines that are used in evaluations. These include 20 guidelines for home page usability, 20 for search usability, 29 for navigation and information architecture, 23 for trust and credibility, and more.

To access more information about these guidelines, check out David Travis's website at **www.userfocus.co.uk/resources/guidelines.html**.

In the mid-1980s Ben Shneiderman also proposed "eight golden rules," which are design guidelines that have been modified and are frequently used as heuristics for evaluation (Shneiderman et al., 2016):

1. Strive for consistency.
2. Seek universal usability.
3. Offer informative feedback.
4. Design dialogs to yield closure.
5. Prevent errors.
6. Permit easy reversal of actions.

7. Keep users in control.
8. Reduce short-term memory load.

## ACTIVITY 16.2

## COMPARING HEURISTICS

1. Which guidelines should you use? Compare Nielsen's original or modified usability heuristics with Shneiderman's eight golden rules. Which are similar, and which are different?
2. Then select another set of heuristics or guidelines for evaluating a system in which you are particularly interested and add them to the comparison.

**Comment**

1. A few heuristics and golden rules nearly match, for instance, Nielsen's guidelines for "consistency and standards," "error prevention," and "user control and freedom" match up with Shneiderman's rules of "striving for consistency," "prevent errors," and "keep users in control." It is harder to find heuristics and golden rules that are unique to each researcher's set; "aesthetic and minimalist design" appears only in Nielsen's list, whereas "seek universal usability" appears only in Shneiderman's list. In the end, perhaps the best way forward is for researchers to select the set of heuristics that seem most appropriate for their own evaluation context.
2. We selected the web accessibility guidelines listed in Box 16.2. These guidelines specifically target the accessibility of websites for users with disabilities. The ones under "perceivable," "operable," and "robust" do not appear in either of the other two lists. The guidelines listed for "understandable" are more like those in Nielsen's and Shneiderman's lists. They focus on reminding designers to make content appear in consistent and predictable ways and to help users to avoid making mistakes. ■

## 16.2.2 Walk-Throughs

Walk-throughs offer an alternative approach to heuristic evaluation for predicting users' problems without doing user testing. As the name suggests, *walk-throughs* involve walking through a task with the product and noting problematic usability features. While most walk-through methods do not involve users, others, such as pluralistic walk-throughs, involve a team that may include users as participants, as well as developers and usability specialists.

In this section, we consider cognitive and pluralistic walk-throughs. Both were originally developed for evaluating desktop systems, but, as with heuristic evaluation, they can be adapted for other kinds of systems and circumstances.

### *Cognitive Walk-Throughs*

*Cognitive walk-throughs* involve simulating how people go about problem-solving at each step in a human-computer interaction. A cognitive walk-through, as the name implies, takes a cognitive perspective in which the focus is on evaluating designs for ease of learning—a focus that is motivated by observations that people learn by exploration. This well-established method (Wharton et al., 1994) is often integrated with a range of other evaluation and design processes (Salazar, 2022). A key feature of cognitive walk-throughs is that they focus on evaluating designs for ease of learning (Salazar, 2022).

The main steps involved in cognitive walk-throughs (Wharton et al., 1994) are as follows:

1. The characteristics of typical users are identified and documented, and sample tasks are developed that focus on the aspects of the design to be evaluated. A description, mock-up, or prototype of the app or system to be developed is also produced, along with a clear sequence of the actions needed for people to complete the task.
2. A designer and one or more UX researchers come together to do the analysis.
3. The UX researchers walk through the action sequences for each task, placing it within the context of a typical scenario. As they do this, they try to answer the following questions:
   a. Will the correct action be sufficiently evident to the user?
      *(Will they know what to do to achieve the task?)*
   b. Will the user notice that the correct action is available?
      *(Can they see the button or menu item that they should use for the next action? Is it apparent when it is needed?)*
   c. Will the user associate and interpret the response from the action correctly?
      *(Will they know from the feedback that they have made a correct or incorrect choice of action?)*

   In other words, will users know what to do, see how to do it, and understand from feedback whether the action was completed correctly or not?
4. As the walk-through is being done, a record of critical information is compiled.
   a. The assumptions about what would cause problems and why are identified.
   b. Notes about side issues and design changes are made.
   c. A summary of the results is compiled.
5. The design is then revised to fix the problems presented. Before making the fixes, insights derived from the walk-through are often checked by testing them with real users.

When doing a cognitive walk-through, it is important to document the process, keeping account of what works and what doesn't. A standardized feedback form can be used in which answers are recorded to each question. Any negative answers are carefully documented on a separate form, along with details of the product, its version number, and the date of the evaluation. It is also useful to document the severity of the problems. For example, this includes how likely a problem is to occur and how serious it will be for users. The form can also be used to record the process details outlined in steps 1–4.

Cognitive walk-throughs have been adapted to evaluate other products such as smartphones (Jadhav et al., 2013), large public displays (Parker et al., 2017), and a system to manufacture electric scooters (Thorvald et al., 2015). The method for doing cognitive walk-throughs has also been adapted for different circumstances. For example, Brad Dalrymple (2018) describes doing a walk-through with himself as the user that takes only three steps, which are a bit different from those previously listed.

1. Identify the goal you want to examine.
2. Identify the tasks you must complete to accomplish that goal.
3. Document the experience while completing the tasks.

Dalrymple provides an example of the actions that he needs to go through to create a Spotify playlist (the task) of music for guests who will attend his dinner party (the goal).

Check out this link for the Dalrymple cognitive walk-through to create a Spotify playlist: **medium.com/user-research/cognitive-walk-throughs-b84c4f0a14d4**.

In another example, Kim Salazar (2022) describes evaluating a tablet interface for patients visiting a health clinic who needed to check in for their first visit and for patients who need to update their personal information. When a new patient arrives at the clinic, the receptionist asks them to *check in* using the application on a tablet, as shown in Figure 16.3.




**Figure 16.3** The first screen that the evaluators see

*Source:* From Nielsen Norman Group, Kim Salazar (2022) Evaluate Interface Learnability with Cognitive Walkthroughs www.nngroup.com/articles/cognitive-walkthroughs/?utm_source=Alertbox&utm_campaign=8df358360e-EMAIL_CAMPAIGN_2020_11_12_08_52_COPY_01&utm_medium=email&utm_term=0_7f29a2b335-8df358360e-40509353

During the cognitive walk-through of the check-in procedure, the evaluators start by looking at the first screen that the new patient would encounter (Figure 16.3) to check in. The correct action for the new patient would be to tap on the square in the bottom-right corner of Figure 16.3. The evaluators then address the four analysis questions that have been

adapted from the original list by Wharton et al. (1994). These questions and the evaluators' responses are shown in Table 16.1. (Notice how, as in the Dalrymple example, evaluators adapt questions to fit their own needs.) After completing this part of the walk-through, the evaluators repeat the process for other tasks, such as how a returning patient would respond to the receptionist's request to review and update their patient history. For each evaluation the evaluators need to decide on how detailed—that is, fine-grained—to make the analysis.

Compared with heuristic evaluation, walk-throughs focus more closely on identifying specific problems at a detailed level. For example, a walk-through that is used in Brazil, known as *semiotic engineering*, focuses on analyzing the signs and symbols used in the interactions between people and digital devices (de Souza et al., 2016).

| Analysis Question | Group Determination |
| --- | --- |
| 1. **Will users try to achieve the right result?** | **Yes:** patients will be directed by a receptionist upon entry to check in for their appointment, and the application includes the phrase *Patient Check in* in the header.<br><br>**Note:** Group discusses that there may be instances where the receptionist is away from the desk. Although the phrase *Patient Check in*, is shown in the app, its placement in the top right corner could be perceived as branding, causing it to be overlooked. They agree to further look for design solutions for this situation. |
| 2. **Will users notice that the correct action is available?** | **Yes:** all action buttons are positioned within the body of the page using a highly salient visual styling that effectively communicates tapability. |
| 3. **Will users associate the correct action with the result they're trying to achive?** | **No:** the group discusses that selecting from the four options provided on the screen requires a lot of cognitive effort for new patients, because they must assess and eliminate the incorrect options before determining the correct one, *New Patient*. Some patients may assume they have a patient record because they have an appointment. Others may simply see the *Patient Search* option first and take action before assessing the *New Patient* option.<br><br>The group agrees to further seek ways to simplify the design by first asking whether the patient is a new or existing patient and then providing returning visitors various record-lookup options. |
| 4. **After the action is performed, will users see that progress is made toward the goal?** | **Yes:** the page changes and a form with the heading *Enter your personal information* is displayed. |

**Table 16.1** Four Questions Used in the Analysis of the Patient Check-In System and the Evaluators' Responses

*Source:* From Nielsen Norman Group, Kim Salazar (2022) Evaluate Interface Learnability with Cognitive Walkthroughs www.nngroup.com/articles/cognitive-walkthroughs/?utm_source=Alertbox&utm_campaign=8df358360e-EMAIL_CAMPAIGN_2020_11_12_08_52_COPY_01&utm_medium=email&utm_term=0_7f29a2b335-8df358360e-40509353

For more information about how to conduct a cognitive walk-through, see the following article by Kim Salazar (2022a): **www.nngroup.com/articles/cognitive-walkthrough-workshop**.

## ACTIVITY 16.3

Conduct a cognitive walk-through of typical users who want to buy a copy of this book as an ebook at www.amazon.com or www.wiley.com. Follow the steps outlined earlier by Cathleen Wharton (Wharton et al., 1994), which you may modify slightly.

**Comment**

***Step 1***

**Typical users:** Students and professional designers who use the web regularly.
**Task:** To buy an ebook version of this book from www.amazon.com or www.wiley.com.

***Step 2***

You will play the role of the evaluator.

***Step 3***

(Note that the interface for www.amazon.com or www.wiley.com may have changed since the authors did this evaluation.)

The first action will probably be to select the search box on the home page of the website selected and then type in the title of the book or names of the author(s) of the book.

Q: Will users know what to do?
A: Yes. They know that they must find books, and the search box is a good place to start.
Q: Will they see how to do it?
A: Yes. They have seen a search box before, will type in the appropriate term, and will click the Go or Search icon.
Q: Will they understand from the feedback provided whether the action was correct or not?
A: Yes. Their action should take them to a page that shows them the cover of this book. They need to click this or a Buy icon next to the cover of the book.
Q: Will they understand from the feedback provided whether the action was correct or not?
A: Yes. They have probably done this before, and they will be able to continue to purchase the book. ■

## ACTIVITY 16.4

From your experience of reading about and trying a heuristic evaluation and cognitive walk-through, how do you think they compare for evaluating a website in terms of the following?

1. The time typically needed to do each kind of evaluation
2. The suitability of each method for evaluating a whole website

**Comment**

1. A cognitive walk-through would usually take longer because it is a more detailed process than a heuristic evaluation.
2. A cognitive walk-through would typically not be used to evaluate a whole website unless it was a small one because it is a detailed process, whereas a heuristic evaluation is more holistic. ■

Another variation of a cognitive walk-through was developed by Rick Spencer (2000) to overcome some problems that he encountered when using the original form of a cognitive walk-through for a design team. The first problem was that answering the questions and discussing the answers took too long. Second, the designers tended to be defensive, often invoking long explanations of cognitive theory to justify their designs. To cope with these problems, Rick Spencer adapted the method by asking fewer detailed questions and curtailing discussion. This meant that the analysis was more coarse-grained but could normally be completed in about 2.5 hours. He also identified a leader and set strong ground rules for the session, including a ban on defending a design, debating cognitive theory, or doing designs on the fly.

Valentina Grigoreanu and Manal Mohanna (2013) modified the cognitive walk-through so that it could be used effectively within an agile design process in which a quick turnaround in design-evaluate-design cycles is needed. Their method involved an informal, simplified *streamlined cognitive walk-through* (SCW) followed by an informal pluralistic walk-through (discussed next). When compared to a traditional user study on the same user interface, they found that approximately 80 percent of the findings from the user study were also revealed by the SCW.

A discussion by David Travis of the value of the cognitive walk-through method and the four questions to ask when evaluating various apps and devices can be found at **www.userfocus.co.uk/articles/cogwalk.html**.

### *Pluralistic Walk-Throughs*

*Pluralistic walk-throughs* are a well-established walk-through in which developers and usability researchers work together to step through a task scenario. As they do this, they discuss usability issues associated with dialog elements involved in the scenario steps (Nielsen and

Mack, 1994). In a pluralistic walk-through, each person is asked to assume the role of a typical user. Scenarios of use, consisting of a few prototype screens, are given to each person who writes down the sequence of actions that they would take to move from one screen to another, without conferring with each other. Then they all discuss the actions they each suggested before moving on to the next round of screens. This process continues until all of the scenarios have been evaluated (Bias, 1994).

Pluralistic walk-throughs focus strongly on the detailed steps involved in completing a task, which can be beneficial for designing safety-critical systems, where a usability problem identified for a single step could be critical to its safety or efficiency. The approach lends itself well to participatory design practices, as discussed in Chapter 12, "Design, Prototyping, and Construction," by involving a multidisciplinary team in which users play a key role. Furthermore, the researchers bring a variety of expertise and opinions for interpreting each stage of the interaction. The limitations with this approach include having to get the researchers together at one time and then proceed at the rate of the slowest. Time constraints may also result in using a limited number of scenarios, and hence only a few paths through the system can usually be explored.

For an overview of walk-throughs and an example of a cognitive walk-through of iTunes, see the following site: **team17-cs3240.blogspot.com/2012/03/cognitive-walkthrough-and-pluralistic.html**.

*Note: The link to pluralistic walk-throughs may not work correctly on all browsers*.

## 16.3 Analytics and A/B Testing

People's actions can be automatically recorded by software, including key presses, mouse or other pointing device movements, sound, video, time spent searching a web page, looking at help systems, and task flow through software modules. A key advantage of logging activity automatically is that it is unobtrusive provided the system's performance is not affected, but it also raises ethical concerns about observing participants if this is done without their knowledge, as discussed in Chapter 10, "Data at Scale and Ethical Concerns." Another advantage is that large volumes of data can be logged automatically and then explored and analyzed using visualization and other tools, though the downside of this can be that evaluators may feel overwhelmed and lost in their data.

### 16.3.1 Web Analytics

*Web analytics* is a form of interaction logging that was specifically created to analyze peoples' activity on websites so that designers could modify their designs to attract and retain customers. For example, if a website promises information about how to plant a wildflower garden but the home page is unattractive and it only shows gardens in arid and tropical regions, then people from more temperate zones will not look any further because the information they see isn't relevant to them. These people become one-time visitors and leave to

look for other websites that contain the information they need to create their gardens. If the website is used by thousands of people and a small number of them do not return, this loss may not be noticed by the web designers and web owners unless they track their activities.

Using web analytics, web designers and developers can trace the activity of the people who visit their website. They can see how many people came to the site, how many stayed and for how long, and which pages they visited. They can also find out about where the people came from and much more. Web analytics is therefore a powerful evaluation tool for web designers that can be used on its own or in conjunction with other types of evaluations, particularly user testing. For instance, web analytics can provide a “big-picture” overview of interaction on a website, whereas user testing with a few typical participants can reveal details about UX design problems that need to be fixed.

Because the goal of using web analytics is to enable designers to optimize people’s usage of the website, web analytics is especially valued by businesses and market research organizations. For example, web analytics can be used to evaluate the effectiveness of a print or media advertising campaign by showing how traffic to a website changes during and after the campaign.

Web analytics are also used for information and entertainment websites, including hobbies, music, games, blogs, and personal websites (Sleeper et al., 2014), and for learning. When analytics are used in learning, they are often referred to as *learning analytics* (LA) (Oviatt et al., 2013; Buckingham Shum, 2014; Educause, 2016). Learning analytics play a strong role in evaluating learners’ activities in massive open online courses (MOOCs) and with Open Education Resources (OERs). The designers of these systems are interested in questions such as at what point do learners tend to drop out and why?

Learning that involves social interaction can also be evaluated using *social learning analytics* (SLA) (Buckingham Shum, 2014; Buckingham Shum et al., 2019; Wise et al., 2021; Rogers et al., 2022). This generally involves the collection and measurement of students’ digital artifacts and online interactions in formal and informal social settings in order to analyze their activities, social behavior, and knowledge creation (Buckingham Shum, 2014 in Rogers et al., 2022). The important difference between LA and SLA is the emphasis on the role of social and cultural influences. In addition, SLA is strongly focused on the learning process and how to support learning within the social context.

Other types of specialist analytics have also been developed that can be used in evaluation studies, such as *visual analytics* in which thousands and often millions of data points are displayed and can be manipulated visually, as in social network analysis (Hansen et al., 2019). Many different types of tools support visual analysis of large volumes of data. One of these, called ReLive, combines an immersive view of visual analytics with a synchronized non-immersive visual desktop view for analyzing mixed reality studies (Hubenschmid et al., 2022). These kinds of tools are discussed in Chapter 10.

### *Using Web Analytics*

Web analytics involve the collection, analysis, and reporting of data that reveals activity on the web. Web analytics are collected on all kinds of websites, from small personal websites to those of businesses of all sizes, government, and large tech companies like Google, Microsoft, and Apple. Web analytics can be used by web owners to measure visitor behavior or by companies that offer services to evaluate and promote a website. Marketing and advertising companies rely strongly on web analytics to understand how their websites and

those of their competitors are performing. There are different kinds of web analytics as shown in Box 16.3. In this book we focus on Google Analytics as one example of how analytics may be used.

## BOX 16.3

### Other Analytics Tools

In addition to Google Analytics, other tools continue to emerge that provide additional layers of information, good access control options, and raw and real-time data collection.

**Moz Analytics**: Tracks search marketing, social media marketing, brand activity, links, and content marketing, and it is particularly useful for link management and analysis: www.moz.com.

**TrueSocialMetrics**: Tracks social media metrics, and it helps calculate social media marketing return on investment: www.truesocialmetrics.com.

**Clicky**: Comprehensive and real-time analytics tool that provides privacy-friendly website analytics. It shows individual visitors and the actions they take, and it helps define what people from different demographics find interesting: www.clicky.com.

**Crazy Egg**: Tracks visitor clicks based on where they are specifically clicking, and it creates click heat maps useful for website design, usability, and conversion: www.crazyegg.com.

**Contentsquare**: Records website visitor actions and uses meta-statistics to create visual heat map reports on customer mouse movement, scrolling, and other visitor behaviors. It also focuses on mobile apps: contentsquare.com/clicktale. ■

### *Google Analytics*

Google launched Google Analytics in November 2005, and even as early as 2012, Google Analytics was the most widely used on-site web analytics and statistics service. More than 50 percent of the 10,000 most popular websites at that time (Empson, 2012) used Google Analytics, and its popularity continues to soar. According to Wikipedia, Google Analytics is the most widely used analytics on the web (Wikipedia, accessed June, 2022). Data from other sources suggests that Google Analytics is used by 56 percent of all sites and that more than 85 percent of sites that use any kind of analytics use Google Analytics (w3techs.com/technologies/overview/traffic_analysis accessed July 2022). There is also Google Analytics for Mobile Apps for collecting usage data on iOS and Android devices.

Figure 16.4 shows parts of the Google Analytics dashboard for the accompanying website for the previous edition of this book, id-book.com, during October 2022. The first segment (a) shows information about who accessed the site and how long they stayed, the second segment (b) shows the devices used to view the website and the pages visited, and the third segment (c) shows the languages spoken by the users. Box 16.4 contains a case study about using Google Analytics for evaluating a community website for air monitoring.




(a)




(b)

**Figure 16.4** Segments of the Google Analytics dashboard for id-book.com during October 2022: (a) audience overview, (b) the devices used to access the site, and (c) the languages of the users

| | Language | Acquisition | | | Behaviour | | |
|---|---|---|---|---|---|---|---|
| | | Users | New Users | Sessions | Bounce Rate | Pages/Session | Avg. Session Duration |
| | | 699 % of Total: 100.00% (699) | 617 % of Total: 100.16% (616) | 846 % of Total: 100.00% (846) | 70.69% Avg for View: 70.69% (0.00%) | 1.99 Avg for View: 1.99 (0.00%) | 00:01:41 Avg for View: 00:01:41 (0.00%) |
| 1. | en-us | 379 (54.14%) | 323 (52.35%) | 466 (55.08%) | 68.67% | 2.12 | 00:01:45 |
| 2. | en-gb | 89 (12.71%) | 79 (12.80%) | 111 (13.12%) | 71.17% | 1.77 | 00:02:22 |
| 3. | zh-cn | 69 (9.86%) | 67 (10.86%) | 79 (9.34%) | 79.75% | 1.44 | 00:00:33 |
| 4. | sv-se | 31 (4.43%) | 28 (4.54%) | 37 (4.37%) | 62.16% | 2.11 | 00:02:12 |
| 5. | en | 13 (1.86%) | 12 (1.94%) | 15 (1.77%) | 73.33% | 1.33 | 00:00:27 |
| 6. | ko-kr | 12 (1.71%) | 12 (1.94%) | 14 (1.65%) | 78.57% | 1.43 | 00:00:15 |
| 7. | en-ph | 10 (1.43%) | 10 (1.62%) | 13 (1.54%) | 69.23% | 1.85 | 00:03:28 |
| 8. | id-id | 8 (1.14%) | 5 (0.81%) | 11 (1.30%) | 81.82% | 1.27 | 00:02:25 |
| 9. | en-ca | 7 (1.00%) | 6 (0.97%) | 7 (0.83%) | 85.71% | 1.14 | 00:00:02 |
| 10. | ar | 5 (0.71%) | 4 (0.65%) | 6 (0.71%) | 83.33% | 3.50 | 00:03:32 |

(c)

**Figure 16.4** *Continued*

## ACTIVITY 16.5

Consider the three screenshot segments shown in Figure 16.4 from the Google Analytics for id-book.com, and then answer the following questions.

1. How many people visited the site during this period?
2. What do you think someone might look at in 1 minute, 53 seconds (the average time they spent on the site)?
3. *Bounce rate* refers to the percentage of visitors who view just one page of your site. What is the bounce rate for this book, and why do you think this might be a useful metric to capture for any website?
4. Which devices are being used to access the site?
5. Which were the three largest language groups during the period, and what can you say about the bounce rate for each of them?

### Comment

1. 2,988 users visited the site over this period of which 2,767 were new users, possibly taking HCI and ID classes for the first time. Notice that some users must have had more than one session since the number of users is not the same as the number of sessions, which was 3,988.

(*Continued*)

2. The number of pages viewed per session on average is 2.23. This suggests that a user probably won't have played any of the videos on the site nor read any of the case studies in any great detail. From Figure 16.4(b), it appears that they did check out some of the chapters, resources, and slides.
3. The bounce rate is 66.17 percent. This is a useful metric because it represents a simple but significant characteristic of user behavior, which is that after visiting one page, they did not go anywhere else on the site. Typical bounce rates are 40–60 percent, while greater than 65 percent is high and less than 35 percent is low. If the bounce rate is high, it merits further investigation to see whether there is a problem with the website.
4. 75.5 percent of users accessed the site using a desktop, 22.3 percent used a mobile device, and 2.2 percent used a tablet. Compared to the previous week, the number of mobile users decreased by 30 percent.
5. American English speakers were the largest group (379, or 54.14 percent), followed by British English speakers (89, or 12.71 percent), and then Chinese speakers (69, or 9.86 percent). The bounce rate for the Chinese visitors was the highest of these three at 79.75 percent, compared with 68.67 percent for the Americans and 71.17 percent for the British visitors. ■

There are many websites and YouTube videos to help you use Google Analytics. The following are some that may be useful.

You can learn about analytics from Google's online free courses at **analytics.google.com/analytics/academy**.

Ian Lurie's Google Analytics Tutorial—Install video explains how to install and use Google Analytics on your website. This video can be found at **youtu.be/P_I4oc6tbYk**.

Scott Bradley's Google Analytics Tutorial Step-by-Step video describes the statistics included in Google Analytics, and it provides insight into how the analytics may be used to improve user traffic. This video can be found at **youtu.be/mm78xlsADgc**.

For an overview of different dashboards that can be customized in Google Analytics, see Ned Poulter's website (2013) *6 Google Analytics Custom Dashboards to Save You Time NOW!* at **www.stateofdigital.com/google-analytics-dashboards**.

## BOX 16.4

### Using Google Analytics for Monitoring an Air Quality Website

Many parts of the world suffer from poor air quality caused by pollution from industry, traffic congestion, and forest fires (Hsu and Nourbakhsh, 2020). More recently, fires in California, the northwest United States, Canada, and parts of Europe have created severe air quality problems. Consequently, communities are developing devices to crowdsource air quality readings for monitoring the quality of the air that they breathe. In one of these community-empowered air quality monitoring projects, Yen-Chia Hsu and her colleagues (2017, 2020) developed a website that integrates animated smoke images, data from sensors, and crowdsourced smell reports and wind data.

Having enabled the community to monitor its own air quality and to collect reliable data to advocate for change, these researchers were eager to track users' activity on their website. They carried out a Google Analytics evaluation of the website from August 2015 to July 2016, which showed that there were 542 unique users who visited the website on 1,480 occasions for an average of 3 minutes each.

This study was innovative because, like many other local communities, this community was not technically savvy. Furthermore, developing information technology to democratize scientific knowledge and support citizen empowerment is a challenging task. However, Google Analytics, along with user testing, enabled these researchers to modify the design of the website and the associated system so that it was easier for the community to use. ■

### 16.3.2 A/B Testing

Another way to evaluate a website, part of a website, an application, or an app running on a mobile device is by carrying out a large-scale experiment to evaluate how two groups of users perform using two different designs—one of which acts as the control and the other as the experimental condition, that is, the new design being tested. This approach was mentioned in Chapter 2, "The Process of Interaction Design," and it is known as *A/B testing*. This is basically a controlled experiment but one that often involves hundreds or thousands of participants. Like the experimental design discussed in Chapter 15, "Evaluation Studies: From Controlled to Natural Settings," A/B testing involves a "between participants" experimental design in which two similar groups of participants are randomly selected from a single large

participant population (Kohavi and Longbotham, 2015; Kohavi et al., 2020), for instance, from participants of social media sites such as Twitter, Facebook, Instagram, or Telegram. The main differences between A/B testing and the experiments discussed in Chapter 15 is one of scale and that typically A/B testing is done online. Another difference is that users don't necessarily know they are in an experiment, nor which version they are looking at. This could be an ethical dilemma, except that typically none of the users are identified.

To do A/B testing, a variable of interest is identified, such as the design of an advertisement. Group A is served design A, the existing design, and group B is served design B, the new design. A dependent measure is then identified, such as how many times participants in each group, A and B, click the advertisement that they are presented with over a particular period of time, such as a day, week, or a month. More than one new variant of the design can be tested, and this is known as A/B/n testing (Kohavi et al., 2022), but this makes the experiment more complex. Because this is a controlled experiment, the results can be analyzed statistically to establish the probability that if a difference is observed, it is because of the treatment (in this case, the design) and not because of chance.

As Ron Kohavi and his colleagues mention (Kohavi et al., 2022), A/B testing provides a valuable data-driven approach for evaluating the impact of small or large differences in the designs of web and social media sites. From front-end user-interface changes to backend algorithms, from search engines (such as Google, Bing, and Yahoo!) to retailers (for example, Amazon, eBay, and Etsy) to social networking services (such as Facebook, LinkedIn, Telegram, and Twitter) to travel services (for instance, Expedia, Airbnb, and Booking.com) to many startups, online controlled experiments are now utilized to make data-driven decisions at a wide range of companies (Deng et al., 2017).

To get the most benefit from running an online A/B test, Kohavi and Longbotham (2015) recommend first running an *A/A test*. This is a test in which both populations of participants see the same design and should have the same experience. The results of the A/A test are then examined, and they should show no statistically significant difference. Following this procedure ensures that the algorithm used for splitting the populations is working as expected and that the conditions under which the experiment is running are indeed similar. This is important because the Internet is complex, and people's interactions can be influenced in ways that researchers do not expect (for example by bots or the way browsers refresh or redirect), which could reduce the value of the A/B test, possibly even invalidating it.

Powerful though A/B testing may be, researchers are advised to check their plans in detail to ensure that they are testing what they expect to test. For example, Kohavi and Longbotham (2015) carried out an A/B test on two versions of a design for early versions of the Microsoft Office 2007 home page. The idea was to test the effectiveness of a new and more modern-looking home page with the primary objective of increasing the number of download clicks. However, instead of the number of download clicks going up as expected, it actually decreased by 64 percent. The researchers wondered what caused such an unexpected result. Upon closer examination of the two designs, they noticed the words in the new design were "Buy now" with a $149.95 price, whereas the old design said, "Try 2007 for free" and "Buy now." The impact of being asked to pay $149.95 immediately distorted the experiment, even though the new design might have provided a more satisfying user experience.

In another example, an employee working for Microsoft's Bing search engine suggested changing how advertisement headlines appear. This involved lengthening the headline by

combining it with the first line below the title, as shown in Figure 16.5 in which the original title is shown at the top and the revised design is shown below (Kohavi et al., 2022). No one thought this small change would have an effect, but the results of the A/B test were astonishing and very profitable for the company. Revenue from sales increased by 12 percent, which was more than $100M US. Because the results seemed unbelievable, the experiment was repeated several times, and the results were found to be the same.




**Figure 16.5** Original ad title for buying flowers (top) and suggested new title design (below)

*Source:* Kohavi et al. (2022), Cambridge University Press

The results of both of these experiments demonstrate that small changes can have a big effect. However, care is needed when setting up A/B testing to ensure that it is actually testing

the intended design features because other design features, such as ones that involve payments (in the first example), can have unexpected consequences.

This seminal talk by Ron Kohavi entitled "Controlled Experiments: Lessons from Running A/B Tests for 12 Years" provides more depth about A/B and A/B/n tests that include more variables: **www.youtube.com/watch?v=qtboCGd_hTA**.

## ACTIVITY 16.6

From your knowledge of web analytics and A/B testing:

1. What would you be able to find out by using each method to evaluate a website?
2. What skills would you need to use each successfully?

**Comment**

1. Analytics would most likely be used to get an overview of how people are using the website. It would show who is using the website, when and for how long, where the people's IP addresses are located, bounce rates, and more. In contrast, A/B testing is a controlled experiment that enables researchers to evaluate and compare the impact of two or more UX designs. Typically, A/B testing is used to look at one or two features rather than a whole website.
2. There are many tools for evaluating websites using analytics. These tools are typically fairly straightforward to use, and with just a little knowledge designers can embed prewritten code into their designs to obtain analytics. Alternatively, there are many consultancy companies that can be hired to perform this service. In contrast, knowledge of experimental design and statistics is needed to do A/B testing. ■

# 16.4 Predictive Models

Like inspection methods and analytics, *predictive models* can be used to evaluate a product without the people who will use it being present. Rather than researchers being involved in role-playing during inspections, or tracking online behavior using analytics, predictive models use formulas to derive various measures of peoples' performance. *Predictive modeling* provides estimates of the efficiency of different systems for various kinds of tasks. For example, a smartphone designer may choose to use a predictive model because it enables them to determine accurately, which is the optimal sequence of keys for performing a particular operation.

### 16.4.1 Fitts' Law

One kind of predictive model that has been influential in HCI and interaction design for many years is Fitts' law (1954), which predicts the time it takes to reach a target using a pointing device. It was originally used in human factors research to model the relationship between speed and accuracy when moving toward a target on a display. In interaction design, it has been used to model the time it takes to point at a target (for example, an icon on a screen), based on the size of the object and the distance to the object (Mackenzie, 1992; 2018). One of its main benefits is that it can help designers decide where to locate physical or digital buttons, what size to make them, and how close together to put them on a touch display or a physical device. In the early days, it was most useful for designing physical laptop/PC keyboard layouts and the placement of physical keys on mobile devices, such as smartphones, watches, and remote controls. It has also been used for designing the layout of digital displays for input on touchscreen interfaces, such as smartphones.

Fitts' law states

$$T = k \log_2 (D / S + 1.0)$$

where

| | | |
|---|---|---|
| $T$ | = | time to move the pointer to a target |
| $D$ | = | distance between the pointer and the target |
| $S$ | = | size of the target |
| $k$ | = | a constant of approximately 200 ms/bit |

In a nutshell, the bigger the target, the easier and quicker it is to reach it. This is why interfaces that have big buttons are easier to use than interfaces that present lots of tiny buttons crammed together. Fitts' law also predicts that the targets accessed most quickly on any computer display are positioned at the four corners of the screen. This is because of their *pinning action*; in other words, the sides of the display constrain the user from over-stepping the target, though this may not be true for all kinds of interaction devices.

Fitts' law can be useful for evaluating systems where the time to locate an object physically is critical to the task at hand. In particular, it can help designers think about where to locate objects on the screen in relation to each other. This is especially useful for mobile devices, where there is limited space for placing icons and buttons (MacKenzie, 2018). In an early study carried out by Nokia, Fitts' law was also used to predict text entry rates for several input methods on a 12-key cell phone keypad (Silfverberg et al., 2000). The study helped the designers make decisions involving trade-offs about the size of keys, their positioning, and the sequences of keypresses to perform common tasks.

Scott MacKenzie and Robert Teather (2012) used Fitts' law in several studies including one designed to evaluate tilt as an input method for devices with built-in accelerometers, such as touchscreen phones and tablet computers. It was also used to examine the effect of the size of the physical gap between displays and the proximity of targets in multiple-display environments (Hutchings, 2012). In addition, it has been used to compare eye-tracking input

with manual input for visual targets (Vertegaal, 2008); different ways of mapping Chinese characters to the keypad of cell phones (Liu and Räihä, 2010); and gestural, touch, and mouse interaction (Sambrooks and Wilkinson, 2013).

Fitts' law has been useful for considering the effectiveness of new forms of input such as different game controllers (Ramcharitar and Teather, 2017), cursor positions for 3D selections in VR (Li et al., 2018), and gaze input on large displays with touch and mouse input (Rajanna and Hammond, 2018), as well as for assessing the effect of finger width for pointing and touch devices (Ko et al., 2021). Another use of Fitts' law is to evaluate the efficacy of simulating users with motor impairments interacting with a head-controlled mouse pointer system (Rizvi et al., 2018). This application was especially useful because it can be difficult to recruit participants with motor impairments to take part in user tests.

This short video entitled Us*ing Fitts' Law to Make Links and Buttons Easier to Click* by Kathryn Whitenton from the Nielsen Norman Group summarizes the basic uses: **www.nngroup.com/videos/fittss-law-links-buttons**.

## ACTIVITY 16.7

Microsoft toolbars used to provide people with the option of displaying a label below each tool. Give a reason why labeled tools may be accessed more quickly. (Assume that the participant knows the tool and does not need the label to identify it.)

**Comment**

The label becomes part of the target, and hence the target gets bigger. As mentioned earlier, bigger targets can be accessed more quickly.

Furthermore, tool icons that don't have labels are likely to be placed closer together so that they are more crowded. Spreading the icons farther apart creates buffer zones of space around the icons so that if people accidentally go past the target, they will be less likely to select the wrong icon. When the icons are crowded together, people are at greater risk of accidentally overshooting and selecting the wrong icon. The same is true of menus where the items are closely bunched together. ■

## In-Depth Activity

*This in-depth activity continues the work you did on the new interactive product for booking tickets at the end of Chapters 11, 12, and 15. The goal of this assignment is to evaluate the prototypes produced in the assignment from Chapter 12 by using heuristic evaluation.*

1. Decide on an appropriate set of heuristics and perform a heuristic evaluation of one of the prototypes that you designed in Chapter 12.
2. Based on this evaluation, redesign the prototype to overcome the problems that you encountered.
3. Compare the findings from this evaluation with those from the usability testing in the previous chapter. What differences do you observe? Which evaluation approach do you prefer and why?

## Summary

This chapter presented inspection evaluation methods, focusing on heuristic evaluation and walk-throughs, which are usually done by UX specialists (often referred to as *researchers* or *experts*), who role-play peoples' interactions with designs, prototypes, and specifications. They use their knowledge of the kinds of problems that people typically encounter, and then they offer their opinions. Heuristic evaluation and walk-throughs offer a structure to guide the evaluation process.

Analytics, in which people's interactions are logged, are often performed remotely and without the people using the product being aware that their interactions are being tracked. Large volumes of data are collected, anonymized, and statistically analyzed using specially developed software services, such as Google Analytics. The analysis provides information about how a product is used, for instance, how different versions of a website or prototype perform, or which parts of a website are seldom used—possibly because of poor usability design or lack of appeal. Data are often presented visually so that it is easier to see trends and interpret the results.

A/B testing is another form of remote testing. Fundamentally, A/B testing is a controlled experiment in which two or more dependent variables are investigated using large numbers of participants who are randomly allocated to the different experimental conditions. Small differences in the UX design of a home page can, for example, be tested using A/B testing. For sites with very large populations of users, such as popular social media sites, even small differences in design can strongly impact the number of users who use the application.

Fitts' law is an example of an evaluation method that can be used to predict a user's performance with a product by determining whether a proposed interface design or keypad layout will be optimal. Typically, it is used to compare different design layouts for virtual or physical objects, such as buttons on a device or screen.

(*Continued*)

Designers and researchers often find that they have to modify these methods, as they do for those described in the previous chapters, for use with the wide range of products that have come onto the market since they were originally developed.

Key Points

- Inspections can be used for evaluating a range of representations including requirements, mockups, prototypes, or products.
- User testing and heuristic evaluation often reveal different usability problems.
- Other types of inspections used in UX design include cognitive and pluralistic walk-throughs.
- Walk-throughs are fine-grained, focused methods that are suitable for evaluating small parts of a product.
- Analytics involve collecting data about user interactions to identify how users use a website or product and which parts are underused.
- When applied to websites, analytics are often referred to as *web analytics*. Similarly, when applied to learning systems, they are referred to as *learning analytics*.
- A/B testing is an experimental method used to compare two or more different designs.
- Fitts' law is a predictive model that has been used in HCI to evaluate keypress sequences for handheld devices.

# Further Reading

**BUDIU, R. AND NIELSEN, J.** (2012) *Mobile Usability*. New Riders Press. This classic book discusses why designing for mobile devices is different than designing for other systems. It describes how to evaluate these systems, including doing expert reviews, and it provides many examples.

**KOHAVI, R., TANG, D., AND XU, T.** (2022) *Trustworthy Online Controlled Experiments: A Practical Guide to A/B Testing*. Cambridge University Press, Cambridge: UK. This book offers a detailed description of how to do A/B and A/B/n testing.

**MACKENZIE, I. S.** (2018) Fitts' Law in *The Wiley Handbook of Human Computer Interaction*, Volume 1, First Edition. Edited by Kent L. Norman and Jurek Kirakowski. Pages 349–370. This chapter provides a detailed description of Fitts' law with many examples about the way it has been used.