UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>Defendants. | No. 2:23-cv-0932-JHC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION TO RESPOND TO DEFENDANTS' CONDITIONAL MOTION TO CERTIFY INTERLOCUTORY APPEAL |

Before the Court is Plaintiff's Motion for Extension to Respond to Defendants' Conditional Motion to Certify Interlocutory Appeal. Dkt. # 306. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. Being fully advised, for the reasons presented by Plaintiff, the Court GRANTS the motion.

The Court hereby extends the deadline for the FTC's response to Defendants' Conditional Motion to Certify Interlocutory Appeal, Dkt. # 293. If applicable, the FTC has until 15 days after the Court denies either Defendants' Motion for Leave to File Standalone Motion *in*

ORDER GRANTING
PL.'S MOTION FOR EXTENSION TO
RESPOND TO DEFS.' CONDITIONAL MOTION
Case No. 2:23-cv-0932-JHC - 1

*Limine* (Dkt. #291) or Defendants' Standalone Motion *in Limine* Regarding Public FTC Statements (Dkt. #291-1).

Dated this 9th day of June 2025.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE