1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

FEDERAL TRADE COMMISSION,

No. 2:23-cv-0932-JHC

10

Plaintiff,

ORDER GRANTING DEFENDANTS'
MOTION FOR LEAVE TO FILE
STANDALONE MOTION IN LIMINE

11

v.

12

AMAZON.COM, INC. *et al.*,

13

Defendants.

14

15     Before the Court is Defendants' Motion for Leave to File Standalone Motion in Limine.

16  Dkt. # 291.  The Court has considered the materials submitted in support of and in opposition to

17  the motion, the rest of the file, and the governing law.  To ensure full treatment of the issue

18  raised, the Court GRANTS the motion.  Plaintiff Federal Trade Commission's Opposition to

19  Defendants' Motion in Limine shall be filed not later than June 30, 2025.  The Court DIRECTS

20  the Clerk to note the Motion in Limine at Dkt. 291-1 for June 30, 2025.  The Court will consider

21  the Motion in Limine without prejudice to Defendants' ability to later file a motion in limine

22  concerning different issues closer to the pretrial conference.

23     DATED this 13th day of June, 2025.

24

25

_John H. Chun_

John H. Chun
UNITED STATES DISTRICT JUDGE

26

27

ORDER ON DEFENDANTS' MOTION FOR
LEAVE TO FILE STANDALONE MOTION IN LIMINE
(2:23-cv-0932-JHC) - 1