The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AMAZON.COM, INC. *et al.*,<br><br>　　　　　Defendants. | No. 2:23-cv-0932-JHC<br><br>**DECLARATION OF DR. RONALD WILCOX IN SUPPORT OF AMAZON'S OPPOSITION TO FTC'S MOTION TO EXCLUDE HIS EXPERT TESTIMONY** |

DECLARATION OF RONALD WILCOX ISO AMAZON'S
OPPOSITION TO FTC'S MOTION TO EXCLUDE
HIS EXPERT TESTIMONY
(2:23-cv-0932-JHC) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

# DECLARATION

I, Ronald T. Wilcox, declare as follows:

1. I am the NewMarket Corporation Professor of Business Administration at the Darden Graduate School of Business Administration, University of Virginia, where I conduct research and teach classes related to marketing, and where I was the Senior Associate Dean for Degree Programs.

2. Amazon.com, Inc. ("Amazon") submitted my opening expert report on February 24, 2025 and my rebuttal expert report on April 23, 2025.

3. I submit this declaration in support of Amazon's Opposition to the FTC's Motion to Exclude my expert testimony.

4. The exhibits attached hereto comport with the Court's Local Civil Rule 10(e)(10).

5. I understand the FTC has submitted a declaration by Adam Rottner, a Senior Investigator in the Division of Enforcement, Bureau of Consumer Protection, where he describes the steps he took to create an online member profile for an account on Rewards for Opinions, a division of the Dynata company Research Now Group, LLC. Dkt. 311, Rottner ¶¶ 3-7. He states that he was required to answer 103 pages of questions to complete a profile. *Id*. ¶ 13.

6. On June 16, 2025, I visited the Rewards for Opinions webpage to create a profile for myself and to start a survey. What I found was that I only needed to complete 7% of my profile—which was just one page—in order to participate in a survey on the Rewards for Opinions website. Below are the steps I took to create my profile on Rewards for Opinions and to start a survey.

7. *First,* I went on the Rewards for Opinions website, www.rewardsforopinions.com/, and created my account under my name. On that page, I was required to enter my name, age, gender, address, Southwest Rapid Rewards number, and password. I also selected two Terms and Conditions boxes, agreed to accept the terms and conditions of the Cookie policy, and completed a CAPTCHA to verify that I was not a robot. **Attachment 1** is a true and correct copy of the account creation page that I filled out, with my address and Rapid Rewards Number redacted.

DECLARATION OF RONALD WILCOX ISO AMAZON'S
OPPOSITION TO FTC'S MOTION TO EXCLUDE
HIS EXPERT TESTIMONY
(2:23-cv-0932-JHC) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Below are accurate screenshots.



8. *Second*, I clicked a "Next Steps" button on the account creation page, and was asked to set up a security question and activate my account.

9. *Third*, after I activated my account, I logged back on to the Rewards for Opinions website. At the top of the landing page, I saw a "Welcome" banner which indicated that my

DECLARATION OF RONALD WILCOX ISO AMAZON'S
OPPOSITION TO FTC'S MOTION TO EXCLUDE
HIS EXPERT TESTIMONY
(2:23-cv-0932-JHC) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

"Profile Status" was 7% completed. That same page displayed a selection of surveys that I could complete in exchange for reward points. **Attachment 2** is a true and correct copy of the landing page that I saw after I logged into the Rewards for Opinions website. Below is an accurate screenshot.



10. *Fourth,* I checked my profile status, and it indicated that none of the profile categories were complete. Most of the categories indicated that they were 0% filled out. My Personal & Household category had the highest completion rate, at 50%. **Attachment 3** is a true and correct copy of my survey profile completion page. Below is an accurate screenshot.



DECLARATION OF RONALD WILCOX ISO AMAZON'S
OPPOSITION TO FTC'S MOTION TO EXCLUDE
HIS EXPERT TESTIMONY
(2:23-cv-0932-JHC) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

11. *Fifth*, I started one of the surveys that I saw on the landing page. **Attachment 4** contains true and correct copies of the first few pages of the survey that I started on the Rewards for Opinions website. Below is an accurate screenshot.

[Screenshot: Rewards for Opinions – Your Survey Offer. Based on your qualification answers, we think this survey is a good match: 25 Rapid Rewards® points, Social Topics, 10 minutes. START QUALIFICATION. You'll be redirected to start the survey and will leave the Rewards For Opinions website. Learn more. Terms and Conditions · Privacy · Cookie Notice / Do Not Sell My Information]

[Screenshot: 0%. Thanks for agreeing to take part in this survey, your time and thoughtful feedback is appreciated. This survey covers a range of different products and services, you will be asked a random selection of these. Please click the 'Continue' button to start the survey. Continue »]

DECLARATION OF RONALD WILCOX ISO AMAZON'S
OPPOSITION TO FTC'S MOTION TO EXCLUDE
HIS EXPERT TESTIMONY
(2:23-cv-0932-JHC) - 5

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax



DECLARATION OF RONALD WILCOX ISO AMAZON'S
OPPOSITION TO FTC'S MOTION TO EXCLUDE
HIS EXPERT TESTIMONY
(2:23-cv-0932-JHC) - 6

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

12. At no point was I required to complete my profile in order to start the survey. I ***did not*** have to fill out the profile section categories which Mr. Rottner describes going through in his declaration. The only information I filled out was the one-page form presented to me when I created my Rewards for Opinions account.

I declare under penalty of perjury that the foregoing is true and correct and based on my personal knowledge.

Executed on this 16th day of June, 2025, in Charlottesville, Virginia.

*/s/ Ron Wilcox*
_____
Ronald T. Wilcox

DECLARATION OF RONALD WILCOX ISO AMAZON'S
OPPOSITION TO FTC'S MOTION TO EXCLUDE
HIS EXPERT TESTIMONY
(2:23-cv-0932-JHC) - 7

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

# Attachment 1







# Attachment 2



# Attachment 3





# Attachment 4







