UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>Defendants. | Case No. 2:23-cv-0932-JHC<br><br>STIPULATED ORDER TO SEAL PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT AND TO EXCLUDE CERTAIN EXPERT WITNESS TESTIMONY |

Plaintiff Federal Trade Commission ("FTC") and Defendant Amazon.com, Inc. ("Amazon"), having filed the Stipulated Motion to Seal Plaintiff's Opposition to Defendants' Motions for Summary Judgment and to Exclude Certain Expert Witness Testimony ("Stipulated Motion"), and the Court having considered all filings concerning this matter, the Stipulated Motion is GRANTED. The Court hereby ORDERS that the Sealed Material, as described in paragraph 5 of the Stipulated Motion, is hereby sealed.

**IT IS SO ORDERED.**

Dated this 18th day of June, 2025.

_____
John H. Chun
United States District Judge