UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                Plaintiff,<br><br>   v.<br><br>AMAZON.COM, INC. *et al.*,<br><br>                Defendants. | No. 2:23-cv-0932-JHC<br><br>STIPULATED ORDER TO SEAL CONFIDENTIAL DOCUMENTS |

Plaintiff Federal Trade Commission ("FTC") and Defendant Amazon.com, Inc. ("Amazon"), having filed the Stipulated Motion to File Confidential Documents Under Seal, and the Court having considered all filings concerning this matter, the Stipulated Motion is GRANTED. The Court hereby ORDERS that the Sealed Material, as described in paragraph 5 of the Stipulated Motion, is hereby sealed.

**IT IS SO ORDERED.**

DATED this 18th day of June, 2025.

*John H. Chun*
John H. Chun
UNITED STATES DISTRICT JUDGE

ORDER - 1