# Attachment 158

# p26

1

**S1:** Yes.

2

**S2:** And the microphone is working great. So with that going, let's just start with some open ended questions like how would you describe your, you know, your experience online shopping?

3

**S3:** That's what I do. Majority of my shopping through specifically like Amazon is really bad. I probably order on Amazon almost. Every other day just because of the convenience. Because of my job, I don't. When I get off of work, I don't really feel like going to the store, so online shopping makes it easier. The only issue is like with with buying clothes, if they don't fit and you, you didn't have a chance to try them on. So. But I get my clothes altered for the most part anyway. So. But I've had most of my shopping, except for groceries is online. I don't really go to the stores. Maybe makeup. I like to go to the makeup stores for everything else. Yeah. Typically online? Yeah.

4

**S2:** Have you ever bought a candy online?

5

**S3:** No. Maybe no for like, maybe because I, I had a birthday vacation trip, and for their goodie bags, I put some gum in there. That's. I don't know if that's considered candy, but I got it from Amazon. And. No, I don't really eat candy. Okay.

6

**S2:** Okay.

7

**S3:** Well that's okay.

8

**S2:** My.

9

**S3:** Niece, I buy candy for her. I probably if there was an opportunity I would buy her candy online, but for myself probably not. Okay. Yeah.

10

**S2:** Well, so the idea of candy forever is that you can purchase candy from different countries around the world at different price points. Does that seem like a service that would maybe interest you?

11

**S3:** Yeah, for my nieces. Yeah, I would buy them candy, cause she really likes, like, candy from Asia. Like, it's one of her interests. It's like Asian candy. Okay, cool.

12

**S2:** So we're gonna have you test out that site today, okay? Unfortunately, the website inventory isn't fully there right now, so there's only ten or so candy that's been added to the site as it stands, but it is a working version of the site that. So they gave us access to a working version of the site that we can use to primarily test general website flow, for example, like ordering some candy. Okay. So so we're actually gonna have you order candy today.

13

**S3:** Oh, okay, I like chocolate.

14

**S2:** I'm gonna reveal the screen, but don't get started until until I give you the go ahead. I just want to show you that we, (4) You have to come here. (..) There we go. I just want to show you that we signed you up, made you an account already? It saves me time. And we also added your address. I'm going to confirm that information. (17) Great. Okay, so that means that, when you order candy, you can, you know, you're actually, like, ordering candy. You can expect it. (..) And we're going to give you a preloaded $20 debit card that you can use at checkout.

15

**S3:**

16

**S2:** And so we're going to ask you to navigate the site and buy an item. Just one item please. And then you can use this card at checkout and get delivered to your place. And you can keep what's left on the card. Okay. Does everything make sense so far.

17

**S3:** So I can do it? Yeah. Okay.

18

**S2:** I'm just making sure that we're on the same page here. Cool. Okay, so before we get started. (..) You don't disappear for a moment. And just so, just before we get started, I, Want to say that. So in this observation, we're interested in what you think about as you use the website.

19

**S3:**

20

**S2:** Sorry. There's a pop up. Okay. And so, in order to do this, we're asking you to think out loud as we work on this site. And what we mean by think out loud is, you know, we want you to say everything you're thinking from the first time we set you loose until you completely purchase an item. Try to talk aloud constantly the whole time. You don't have to plan out what you're going to say or explain what you're saying. Just try to act as if you were alone, buying an item, doing what you would be doing, but then just bring those thoughts out loud, okay, does that make sense? And if you're quiet, I might, you know, I might try for the question or something. And again, this goes to the whole study that you were not under scrutiny here. We're testing the website. And so what that means is, you know, and we're not candy forever. And so we're trying to provide them with, you know, any feedback you have. (..) There's no time pressure, so you can take your time. And also for the sake of study, we may not provide very much help. So sorry in advance if that does happen. They want us to have you find your way as much as possible.

21

**S3:** Yeah.

22

**S2:** Okay. Do you understand everything? Okay. Great. I think that means you can go for it.

23

**S3:** It looks like Amazon.

24

**S2:** Your initial thoughts?

25

**S3:** Yeah, it looks exactly like even like the top part. Like the account. Return the card where it's delivering to. (..) Yeah, this is Amazon. (...) I thought it was candy from different, you know, places. Okay. (..) So this is the only candy they have where it says all. Bestseller. (..) Okay. These are okay. So the inventory is kind of limited. But I understand what they're trying to do. Okay. So I like chocolate. But why is there only one option. (7) Cookie. Cigarette. (..) Japanese. Mom. Eat these. Do you love me? (..) Marshmallows? Yeah. See, I'm going to pick something for my niece. She would like these green pops because I wouldn't eat any of these things. Maybe the sour patch is I do like sour patches, but if they're just. I don't like sugar a lot. (4) Okay, so the best sellers. Are all of them. (..) Okay, here's a milestone. (5)

26

**S2:** It's connected to my screen, to the masses. Over here. There you go.

27

**S3:** Shows. (..) So new releases are all of them. Okay.

28

**S2:** Yeah, I imagine that'll get, you know, it'll get more. Yeah I think.

29

**S3:** Let's look at the account. Yeah. Let's check. I'm familiar with Amazon because I use Amazon every day. So this is Amazon. So it's not hard to navigate at all because if you use Amazon it's the same thing. And everybody

| | |
|---|---|
| | uses Amazon. You guys okay? I'll just. (..) Return to home. (4) Is this how it's gonna look? You can't answer that. (..) All right, let's get a tin bag, cause she doesn't need all that sugar. My address is already in there. (...) |
| 30 | **S2:** If you want, you could just like the address that's in there. |
| 31 | **S3:** Oh, okay. The shipping tomorrow okay. Similar to Amazon. And then add debit card. (10) |
| 32 | **S2:** And since there's no name on the card, they told us to just put study participant. (8) |
| 33 | **S3:** 235. Wow, that is an inspire for a long time. (7) It'll be here tomorrow. It's really coming. |
| 34 | **S2:** So. Yeah. Yeah. Well, let's just go through it. So you you purchased an item. And, I'm gonna take control of the mouse here for just a second. Do you mind if I just kind of slightly. Okay. You got it. Well, first off, you know, having gone through this process, is there anything that you would want to share overall about the purchasing process? |
| 35 | **S3:** It was fairly simple. They just need to get more selections okay. But obviously they will. It's it's just new. So is there anything. |
| 36 | **S2:** You would tell Candy forever that, you know, they should, change about the purchasing flow? |
| 37 | **S3:** No, because it's so similar to Amazon. And I feel like everybody uses Amazon. So it's pretty simple. It'll probably be the same on the phone too if they have like an app. Similar to Amazon. Is that what they did on purpose? |

38

**S2:** I'm not sure.

39

**S3:** Because it was just like Amazon, even like with the shipping, like the fast shipping that it'll be here tomorrow. That's. (..)

40

**S2:** So you okay? Let's just go through it. Kind of click by click. (..) You were looking around at different items here, checking out different stuff. Like, what are you looking for? Like, what are the important things you're kind of seeing when you're looking around at different items?

41

**S3:** I like the that the pictures are pretty big, so you can kind of see. I like that they have a good description and that you can buy different counts. So different varieties of sizes because not everybody wants 48. Just like for the ring candy I only got the ten because who is gonna eat 1040? That's insane. Yeah, the pictures are a good quality. I guess when they get more of a selection, it'll be better.

42

**S2:** Okay. And then. So you clicked. You decided to go here. And you decided that this was your item. So then you went to add to cart.

43

**S3:**

44

**S2:** Just. Yeah I mean so I'm gonna go screen by screen and kind of we can just discuss them as we go if you want. So you started to type here I think. Yeah. Maybe we should tell them that.

45

**S3:** Yeah, just.

46

**S2:** Be a bit bigger. So here. Yeah. Okay. What were the important things you saw on this one?

47

**S3:** The options for the shipping because it was free for tomorrow. So who's going to do those other days? Nobody.

48

**S2:** So you went with here right.

49

**S3:** This is free. Okay.

50

**S2:** And then you ended your card. How about on this one. What were the important things you saw here. (..)

51

**S3:** Why pay?

52

**S2:** You should remember what you were thinking when you got to this point.

53

**S3:** No, because I had already said free, so I didn't care. Okay, what you said. I just said no thanks. Because I did get fast shipping. Because it was tomorrow. The other ones were like two day, three day. And they were. They cost money. So why wouldn't I not do the one that was free and its come faster? I don't know if that was a little error.

54

**S2:** I'm not sure. Yeah. So you.

| | |
|---|---|
| 55 | **S3:** Think that was an. |
| 56 | **S2:** Error? So you went with this one. |
| 57 | **S3:** |
| 58 | **S2:** And is there any important thing you saw in this. (..) |
| 59 | **S3:** Three as three. One day, but that's the same thing as this one. Plus tomorrow. No, tomorrow is not Wednesday. What's today? Friday? Yeah, yeah. So I do have. I am a Amazon Prime, so I probably would get the, the membership if I was able to get my items faster because it makes it worth it. But I'm not ordering candy every day. Sure, yeah. Amazon makes sense. |
| 60 | **S2:** So you you ended up, you placed your order. I won't, you know, but. |
| 61 | **S3:** I, I placed it for. Oh, did I not look at that right. I just saw next one day it said one day. |
| 62 | **S4:** |
| 63 | **S3:** I did go back. |

| | |
|---|---|
| 64 | **S2:** I'm not sure. (..) So I guess we can go back here. So here's what you're talking about, right? Yeah, yeah. So you clicked here. |
| 65 | **S3:** Yeah. That's tomorrow. |
| 66 | **S2:** |
| 67 | **S3:** Oh, a 30 day free trial. |
| 68 | **S2:** But then when you went with. No, thanks. |
| 69 | **S3:** Oh, I didn't see that. Maybe because I'm so used to Amazon and I'm just used to it coming fast because I'm a Prime member. I didn't even see that. That said Wednesday. I just saw free shipping. So that was confusing. |
| 70 | **S2:** Right. Okay, okay. |
| 71 | **S3:** Because go back. |
| 72 | **S2:** Yeah. Okay. You can go back. (..) |
| 73 | **S3:** What does this even say? I didn't even read this. (5) And I said, no thanks. I don't want this shit, man. But they already told me that it would be free. And this this, screen. But with the 30 day trial. (...) So that. Yeah, |

that's why it's that because I didn't. I just saw free. I didn't even look at that part. Right. Okay. Yeah, I just saw free. Well, I.

74

**S2:** Mean, it's all good.

75

**S3:** But I got a 30 day trial. Free for free trial? (..)

76

**S2:** Anyone with. Okay, so then you were here and you placed your order.

77

**S3:** I think I put this one right. Look at that.

78

**S4:**

79

**S3:** With the free trial. (..)

80

**S2:** I don't think I.

81

**S3:** Got an email.

82

**S2:** I think you placed that. But that's okay. Let's just. I'm gonna just click out. I'm not gonna place the order because you already did. I don't want to, you know, double stuff, but, like, so I guess. Yeah. So, like, let's, like, thinking back now, this is just good stuff we can share with them. Like, when you saw the stuff about Candy premium, do you remember seeing, like, how much that cost?

| | |
|---|---|
| 83 | **S3:** No. How much does it cost? |
| 84 | **S2:** I think it's 12.99 a month. (...) |
| 85 | **S3:** You gotta be like candy obsessed for that to make sense. Okay. Yeah. |
| 86 | **S2:** Then what were the benefits of paying that? Like, what did you get for that? |
| 87 | **S3:** Are you shipping? That's it right? I didn't see anything else. I just said something about the shipping being free. Okay, great. I don't know if there's any incentives. If you get, like, a percentage off. |
| 88 | **S1:** I'm just like. |
| 89 | **S2:** Yeah, that's right, that's right, that's all right. So let's, Well. (7) Well, I guess I guess I'm maybe a little worried that because I think it looks like you are enrolled in premium. And maybe it was something because, you know, we kind of clicked back and forth on it. But I don't want you to get charged or anything. I don't want you to like get a bill in the mail or anything like that. So, and this is only version of the site that they gave us. So can you just try to maybe cancel? This is more so if. |
| 90 | **S3:** I was on. |
| 91 | **S2:** Amazon. |

| | |
|---|---|
| 92 | **S3:** Let's see. So I would go to account accounts. Premium management. Oh yeah okay. So cancel. (5) |
| 93 | **S2:** Again. If you want to continue thinking out loud, you can. (..) |
| 94 | **S5:** |
| 95 | **S3:** And now. Immediately and you'll be funded for me. Okay? |
| 96 | **S2:** Okay. Okay. Okay. So you can. Let's just do. |
| 97 | **S3:** This is fine. How did I get enrolled? |
| 98 | **S2:** It's possible. It's, you know, it's buggy or something, but I don't know. We clicked on the different premium options in the free trial. |
| 99 | **S3:** Let's make sure that that's a real thing now. So premium. Okay. Confirmation. Cancel. |
| 100 | **S2:** Yeah. Let's, let's just let's just do the same thing we did before. I'll take control of the mouse, and then we can go through the screens and discuss them as we did before. Just okay. I'll just rejoin you briefly for this. |
| 101 | **S3:** Why? |

102

**S2:** And just for just right now as we go through it again, you proved that you could cancel it, so like.

103

**S3:** But how? What are they charging? What what what account are they charging this.

104

**S2:** Well, probably they'll probably start with that. But I'm I don't know if they want like because they have your address or something. So okay so you said you, you know if you're looking to cancel. What are you looking what are you looking for. Like when you're on the home screen you're like okay I want to cancel.

105

**S3:** Well, I know how to go to account.

106

**S2:** You have to go to account. And then you went to account.

107

**S3:** And then it says premium. Yeah. You went pretty.

108

**S2:** Quickly to premium. And then when you're on this, there's anything important that you kind of saw when you're on this page. (...)

109

**S3:** Update. Cancel more. Yeah. Okay.

110

**S2:** So you saw cancel and membership.

111

**S3:** That's pretty simple. What about.

112

**S2:** Here?

113

**S3:** They always try to get you to not cancel. So they gotta put something in there. You have 30 days left until your next billing cycle. And they give you the pros of continuing the membership. But no. Cancel it. Are you a student? No, I used to be. Or ate? Oh. Can you go to that? What? What do they do for ET members? You can't click it.

114

**S2:** It's not available yet.

115

**S3:** They probably get like a, you know, discounted.

116

**S5:**

117

**S3:** They probably have, like a student discount or I wonder how they would, confirm that you're getting EBT. (...)

118

**S2:** Let's go to know.

119

**S3:** And then they you want to keep it for a couple of days. They give you I guess they'll send you a reminder email. Save 4088. (...)

120

**S2:** Okay then. Yeah. So once you get to this point, is there anything important that you saw on the screen? (..)

121

**S3:** So the items that I've already ordered won't be affected if I cancel now. Oh no will be affected if you cancel membership. If I pause though. Oh, they will be too. (..) So if you pause. You have access to June 9th. That's a month. And then you'll be no longer charge. Okay, so if I paused it, I would still have the benefits for the month. But if I cancel. I have. You know your the benefits immediately end. (..)

122

**S2:** Okay. So you you did go down now. Yeah. We confirm. Yeah. Okay. It's cancelled. Same question as before. Now, having gone through this process, is there anything that you would want to share with Candy forever about, you know, the cancellation of premium? (..)

123

**S3:** No, I think it's pretty straightforward. I don't know what what they mean by pores, though. Like, are they gonna remind me again? Like, are you sure? Because you said that I would still have the benefits. What did it say? That. (4) I would have to. I would have the benefits.

124

**S2:** I think you would have the benefits.

125

**S3:** Until his pause, until it's paused. I mean, you mean until. All right. That was a little confusing. Okay. They need to work out the word for that. The ending was pretty clear. You ended it okay. The pause was a little unclear.

126

**S2:** Okay, great. (..) So that just about concludes everything. Is there anything else you would want to share with Candy forever?

127

**S5:** No, I think it's pretty.

128

**S3:** I don't know. They're going to get sued by Amazon though for using their. It looks just like Amazon. You know Jeff Bezos is not going to play with you know I don't know. That's funny. (..)

129

**S2:** Well so let me just stop the recording and then we can we're pretty much at time so I can stop the recording and we can go through the debrief documents together.