# Attachment 196





UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Office of the Secretary

July 1, 2022

<u>Via Federal Express</u>
Neil Lindsay
█████████████████
█████████████████

FTC Matter No. 2123050

Dear Mr. Lindsay:

The Federal Trade Commission ("FTC") has issued the attached Civil Investigative Demand ("CID") asking for information as part of a non-public investigation. Our purpose is to determine whether the Amazon Parties and any individuals affiliated with the Amazon Parties violated laws and regulations the Commission enforces, including, but not limited to, Section 5 of the Federal Trade Commission Act, 15 U.S.C. § 45, Section 4 of the Restore Online Shoppers' Confidence Act ("ROSCA"), 15 U.S.C. § 8403, Section 907(a) of the Electronic Funds Transfer Act ("EFTA"), 15 U.S.C. § 1693e(a), and Section 1005.10(b) of Regulation E, 12 C.F.R. § 1005.10(b), by promoting Negative Option programs that, among other things, failed to provide consumers with clear and conspicuous disclosures, enrolled consumers without their express informed consent, or failed to provide consumers with a simple mechanism to cancel their subscriptions, and whether Commission action to obtain monetary and injunctive relief would be in the public interest. See also attached resolution. Please read the attached documents carefully. Here are a few important points we would like to highlight:

1. **Contact FTC counsel, Jonathan Cohen, (202) 326-2551, jcohen2@ftc.gov, as soon as possible to schedule a telephone call to be held within 7 days.** During that telephone call, FTC counsel can address any questions or concerns you have regarding this CID, including whether there are changes to how you comply with the CID that would reduce your cost or burden while still giving the FTC the information it needs. Please read the attached documents for more information about that meeting.

2. **You must immediately stop any routine procedures for electronic or paper document destruction, and you must preserve all paper or electronic documents** that are in any way relevant to this investigation, even if you believe the documents are protected from discovery by privilege or some other reason.

3. **The FTC will use information you provide in response to the CID for the purpose of investigating violations of the laws the FTC enforces.** We will not disclose the information under the Freedom of Information Act, 5 U.S.C. § 552. We may disclose the information in response to a valid request from Congress, or other

civil or criminal federal, state, local, or foreign law enforcement agencies for their official law enforcement purposes.  The FTC or other agencies may use and disclose your response in any federal, state, or foreign civil or criminal proceeding, or if required to do so by law.  However, we will not publicly disclose your information without giving you prior notice.

4. **Please read the attached documents closely.**  They contain important information about how you should provide your response, and about where and when the Company's designee must appear to give testimony.

Please contact FTC counsel as soon as possible to set up an initial meeting.  We appreciate your cooperation.

Very truly yours,

April J. Tabor
Secretary