UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC; NEIL LINDSAY, individually and as an officer of Amazon.com, Inc.; RUSSELL GRANDINETTI, individually and as an officer of Amazon.com, Inc.; JAMIL GHANI, individually and as an officer of Amazon.com, Inc.,<br><br>Defendants. | CASE NO. 2:23-cv-00932-JHC<br><br>ORDER |

This matter comes before the Court on Plaintiff Federal Trade Commission's Motion for Sanctions due to Defendant Amazon.com, Inc.'s Systematic Abuse of Privilege Claims. Dkt. # 286. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. Being fully advised, for the reasons below, the Court ORDERS as follows:

- The Court GRANTS the FTC's request for 90 days to conduct additional discovery arising out of Amazon's recent document production. Due to this

ORDER - 1

extension, the Court DIRECTS the parties to file a joint submission by June 30, 2025, that includes a proposed pretrial schedule and trial date.

- Amazon will be precluded from making affirmative use of any documents produced after March 19, 2025, absent leave of court.  Furthermore, if Amazon believes that any additional discovery requests do not arise from the recently produced documents, Amazon shall bear the burden of moving for, and obtaining, a protective order.

- The Court GRANTS the FTC's request for attorney fees and costs incurred in connection with the additional discovery.  The FTC may file a motion for an award of such fees and costs.

- The Court RESERVES ruling on the issue of bad faith.  Assuming the FTC continues to seek a finding of bad faith, the Court DIRECTS the parties to contact the Courtroom Deputy to schedule oral argument.

Dated this 23rd day of June, 2025.

John H. Chun
United States District Judge

ORDER - 2