UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>    Defendants. | Case No. 2:23-cv-0932-JHC<br><br>STIPULATED ORDER TO SEAL MATERIAL CITED IN PLAINTIFF'S REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT AND TO EXCLUDE EXPERT WITNESS TESTIMONY |

Plaintiff Federal Trade Commission ("FTC") and Defendant Amazon.com, Inc. ("Amazon"), having filed the Stipulated Motion to Seal Material Cited in Plaintiff's Replies in Support of Motions for Summary Judgment and to Exclude Expert Witness Testimony ("Stipulated Motion"), Dkt. # 373, and the Court having considered all filings concerning this matter, the Stipulated Motion is GRANTED.  The Court hereby ORDERS that the Sealed Material, as described in paragraph 5 of the Stipulated Motion, is hereby sealed.

    **IT IS SO ORDERED.**

STIPULATED ORDER TO SEAL
PLAINTIFF'S REPLIES ISO SUMMARY
JUDGMENT AND *DAUBERT* MOTIONS
Case No. 2:23-cv-0932-JHC - 1

Dated this 24th day of June, 2025.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE