The Honorable John H. Chun

1
2
3
4
5
6

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

7
8

FEDERAL TRADE COMMISSION,

     Plaintiff,

   v.

AMAZON.COM, INC., *et al.*

     Defendants.

Case No. 2:23-cv-0932-JHC

**DECLARATION OF EVAN MENDELSON IN SUPPORT OF PLAINTIFF'S REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT AND TO EXCLUDE EXPERT WITNESS TESTIMONY**

     I, Evan Mendelson, hereby state that I have personal knowledge of the facts set forth below.  If called as a witness, I could and would testify as follows:

     1.     I am a United States citizen and am over eighteen years of age.  I am a staff attorney in the Division of Enforcement, Bureau of Consumer Protection at the Federal Trade Commission (FTC).  My office address is 600 Pennsylvania Avenue, NW, Washington, DC 20580.

     2.     Consistent with Local Rule 10(e)(10), orange highlighting has been added to the attachments to indicate excerpts referenced in the FTC's Reply briefs filed today.  Blue

DECLARATION OF EVAN MENDELSON
ISO PLAINTIFF'S REPLIES ISO MOTIONS FOR
SUMMARY JUDGMENT AND TO EXCLUDE EXPERTS
Case No. 2:23-cv-0932-JHC - 1

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

highlighting represents material that is being filed under seal and will be redacted in the public version of this declaration and the FTC's Replies.

3.      **Attachment 222** to this declaration is a copy of excerpts from the opening expert report submitted by Dr. Ran Kivetz during this litigation.

4.      **Attachment 223** to this declaration is a copy of transcript excerpts from the May 20, 2025 deposition of Dr. Ran Kivetz.

5.      **Attachment 224** to this declaration is a copy of transcript excerpts from the May 5, 2025 Rule 30(b)(6) deposition of Amazon, through its corporate representative Lisa Leung.

6.      **Attachment 225** to this declaration is a copy of transcript excerpts from the May 6, 2025 Rule 30(b)(6) deposition of Amazon, through its corporate representative Lisa Leung.

7.      **Attachment 226** to this declaration is a copy of "Appendix F.1" and "Appendix F.2" to the opening expert report submitted by Ronald T. Wilcox, Ph.D.

8.      **Attachment 227** to this declaration is a copy of excerpts from the rebuttal expert report submitted by Dr. Ran Kivetz during this litigation.

9.      **Attachment 228** to this declaration is a copy of transcript excerpts from the April 29, 2025 deposition of Craig Rosenberg, Ph.D.

10.      **Attachment 229** to this declaration is a copy of transcript excerpts from the May 13, 2025 deposition of Donna L. Hoffman, Ph.D.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 24, 2025                    /s/ Evan Mendelson_____
                                             Evan Mendelson

DECLARATION OF EVAN MENDELSON
ISO PLAINTIFF'S REPLIES ISO MOTIONS FOR
SUMMARY JUDGMENT AND TO EXCLUDE EXPERTS
Case No. 2:23-cv-0932-JHC - 2

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320