# Attachment 226

**Appendix F.1**

# Cancellation Survey
# Questionnaire

[PROGRAMMER NOTES IN BOLD CAPS AND BRACKETS]
*Notes to respondents in italics.*

**[PROGRAMMER: PLACE DEVICE SNIFFER AT BEGINNING OF SURVEY. ASK RESPONDENTS TO RETURN IF NOT ON A QUALIFIED DEVICE. QUALIFIED DEVICES DEFINED IN S10.]**

## Introduction

Thank you for agreeing to participate in this survey. Please take a few moments to answer our questions.

This survey will take approximately 10 minutes to complete. Please take the survey in one session without interruption. While taking the survey, please answer all questions on your own without consulting any other source of information (including websites, books, or another person).

If you normally wear eyeglasses or contact lenses when viewing a computer screen, please wear them for the survey.

For each question, if you don't know or if you don't have an answer, please don't guess. Just select the "Don't know / not sure" option and click "Next" to proceed.

Your responses will be treated confidentially and will not be used to sell you anything.

**[NEXT PAGE]**

**S1.**  To confirm that you are a person, please enter the code exactly as it appears in the image below, and then click the "Next" button.

Please do not include any spaces.

**[PROGRAMMER: PIPE IN ONE RANDOM CODE. CONFIRM THAT WHAT THE RESPONDENT TYPES MATCHES THE CODE.]**
TEXT BOX: _____

**[PROGRAMMER: TERMINATE IF THE CODE DOES NOT MATCH AFTER THE THIRD TRY.]**

**[NEXT PAGE]**

First, please answer a few short questions to determine whether you qualify for the survey.

**[NEXT PAGE]**

**Appendix F.1**

**Screening Questions**

**S10.** Which type of device are you using to take this survey?

*Select only one.*

**[PROGRAMMER: RANDOMIZE ANSWER OPTIONS EXCEPT 7 ("Other…"). ALLOW ONLY ONE SELECTION. TERMINATE IF RESPONDENT SELECTS 2 ("A tablet…"), 4 ("A smartphone…"), 5 ("A TV-based browser…"), 6 ("An eBook…"), OR 7 ("Other…"). TERMINATE IF DEVICE INFORMATION DOES NOT MATCH DEVICE SNIFFER DATA. ALL OTHERS GO TO S20.]**

1. A laptop/notebook computer
2. A tablet (for example, Apple iPad, Samsung Galaxy Tab, Amazon Fire, or similar)
3. A desktop computer
4. A smartphone (for example, Apple iPhone, Google Pixel, Samsung Galaxy, or similar)
5. A TV-based browser or video game console (for example, Apple TV, Microsoft Xbox, Sony PlayStation, or similar)
6. An eBook reading device (for example, Kindle, Kobo, Nook, or similar)
7. Other, please specify: _____

**[NEXT PAGE]**

**S20.** Do you, or does any member of your household, currently work for any of the following?

*Select all that apply.*

**[PROGRAMMER: RANDOMIZE ANSWER OPTIONS EXCEPT 7 ("None of the above"). ALLOW MULTIPLE SELECTIONS.**
**TERMINATE IF RESPONDENT SELECTS 1 ("A retailer…"), 5 ("An advertising…"), OR 6 ("A market…"). ALL OTHERS GO TO S30.]**

1. A retailer (for example, Amazon or Walmart)
2. A brokerage company (for example, Fidelity or Charles Schwab)
3. A car manufacturer (for example, Ford or Toyota)
4. A healthcare company or healthcare provider (for example, Cigna or UnitedHealth Group)
5. An advertising or public relations company, marketing agency, or advertising department of a company
6. A market research firm or a marketing research department of a company
7. None of the above **[SINGLE PUNCH]**

**[NEXT PAGE]**

**Appendix F.1**

**S30.** Which of the following includes your age?

*Select only one.*

**[PROGRAMMER: DO NOT RANDOMIZE ANSWER OPTIONS. ALLOW ONLY ONE SELECTION.
TERMINATE IF RESPONDENT SELECTS 1 ("Under 18") OR 6 ("Prefer not to answer"). TERMINATE IF AGE
INFORMATION DOES NOT MATCH PANELIST PROFILE DATA. ALL OTHERS GO TO S40.]**

1. Under 18
2. 18 - 34
3. 35 - 49
4. 50 - 64
5. 65 or older
6. Prefer not to answer

**[NEXT PAGE]**

**S40.** What is your gender?

*Select only one.*

**[PROGRAMMER: RANDOMIZE ANSWER OPTIONS EXCEPT 3 ("Nonbinary") AND 4 ("Prefer not to
answer"). ALLOW ONLY ONE SELECTION.
TERMINATE IF RESPONDENT SELECTS 4 ("Prefer not to answer"). TERMINATE IF RESPONDENT SELECTS
1 ("Male") OR 2 ("Female") AND IT DOES NOT MATCH GENDER IN PANELIST PROFILE. ALL OTHERS GO
TO S50.]**

1. Male
2. Female
3. Nonbinary
4. Prefer not to answer

**[NEXT PAGE]**

**S50.** In which of the following states do you currently live?

*Select only one.*

**[PROGRAMMER: INCLUDE DROPDOWN LIST OF STATES IN ALPHABETICAL ORDER PLUS DISTRICT OF
COLUMBIA AND "None of the above." ALLOW ONLY ONE SELECTION.
TERMINATE IF RESPONDENT SELECTS "None of the above." ALL OTHERS GO TO S60.]**

**[NEXT PAGE]**

# Appendix F.1

**S60.** You will now be asked some questions about the activities that you have done in the <u>past 12 months</u>.

Which of the following activities, if any, have you done in the <u>past 12 months</u>?

*Select all that apply.*

**[PROGRAMMER: RANDOMIZE ANSWER OPTIONS EXCEPT 5 ("None of the above") AND 6 ("Don't know / not sure"). ALLOW MULTIPLE SELECTIONS.**
**TERMINATE IF RESPONDENT DOES NOT SELECT 1 ("Shopped online"). ALL OTHERS GO TO S70.]**

1. Shopped online
2. Read news online
3. Used an online social network
4. Used online banking
5. None of the above **[SINGLE PUNCH]**
6. Don't know / not sure **[SINGLE PUNCH]**

**[NEXT PAGE]**

**S70.** You indicated that you have shopped online in the <u>past 12 months</u>.

Which of the following <u>websites</u>, if any, have you shopped on in the <u>past 12 months</u>?

*Select one answer for each row.*

**[PROGRAMMER: RANDOMIZE ORDER OF ROWS. RANDOMIZE ORDER OF COLUMNS 2 ("Shopped on this website") AND 3 ("<u>Did not</u> shop on this website"). REQUIRE EXACTLY ONE SELECTION PER ROW.**
**TERMINATE IF RESPONDENT SELECTS "Shopped on this website" FOR "BoardGameBin.com" OR "UrbanOutpost.com." ALL OTHERS GO TO S80.]**

|  | Shopped on this website | <u>Did not</u> shop on this website | Don't know / not sure |
|---|---|---|---|
| **Amazon.com** |  |  |  |
| **Walmart.com** |  |  |  |
| **Target.com** |  |  |  |
| **HomeDepot.com** |  |  |  |
| **BestBuy.com** |  |  |  |
| **Kroger.com** |  |  |  |
| **Ebay.com** |  |  |  |
| **DisneyStore.com** |  |  |  |
| **BoardGameBin.com** |  |  |  |
| **UrbanOutpost.com** |  |  |  |

**[NEXT PAGE]**

# Appendix F.1

**S80.** Which of the following services, if any, do you <u>currently</u> have a membership / subscription with?

Please <u>include</u> memberships / subscriptions that you <u>currently own</u>, and memberships / subscriptions that you <u>currently share</u> with members of your household.

*Select one answer for each row.*

**[PROGRAMMER: RANDOMIZE ORDER OF ROWS. ORDER OF COLUMN 2 ("Currently have this membership / subscription") CORRESPONDS TO ORDER OF COLUMN 2 ("Shopped on this website") IN S70. ORDER OF COLUMN 3 ("<u>Do not</u> currently have this membership / subscription") CORRESPONDS TO ORDER OF COLUMN 3 ("<u>Did not</u> shop on this website") IN S70. REQUIRE EXACTLY ONE SELECTION PER ROW.**
**TERMINATE IF RESPONDENT DOES NOT SELECT "Currently have this membership / subscription" FOR "Amazon Prime." TERMINATE IF RESPONDENT SELECTS "Currently have this membership / subscription" FOR "eBay Premier." ALL OTHERS GO TO S90.]**

|  | Currently have this membership / subscription | <u>Do not</u> currently have this membership / subscription | Don't know / not sure |
|---|---|---|---|
| **Amazon Prime** |  |  |  |
| **Walmart+** |  |  |  |
| **Sam's Club** |  |  |  |
| **My Best Buy Plus** |  |  |  |
| **Kroger Boost** |  |  |  |
| **eBay Premier** |  |  |  |
| **Netflix** |  |  |  |
| **Disney+** |  |  |  |
| **Uber One** |  |  |  |
| **YouTube Premium** |  |  |  |
| **Apple TV+** |  |  |  |
| **Spotify Premium** |  |  |  |
| **New York Times** |  |  |  |
| **Wall Street Journal** |  |  |  |

**[NEXT PAGE]**

# Appendix F.1

**S90.** For quality control purposes, please select the "Other, please specify" option below and type the word "survey" into the space provided.

*Select only one.*

**[PROGRAMMER: REVERSE ORDER 1 ("Strongly agree") THROUGH 5 ("Strongly disagree") ACROSS RESPONDENTS. ALLOW ONLY ONE SELECTION.**
**TERMINATE IF RESPONDENT DOES NOT SELECT 6 ("Other, please specify") AND DOES NOT ENTER "survey" INTO TEXT BOX (NOT CASE SENSITIVE). ALLOW CLOSE MISSPELLINGS LISTED IN APPENDIX E. ALL OTHERS GO TO STIMULUS_INTRO.]**

1. Strongly agree
2. Agree
3. Neither agree nor disagree
4. Disagree
5. Strongly disagree
6. Other, please specify: **[TEXT BOX; DO NOT FORCE RESPONSE IF SELECTED]**

# Appendix F.1

---

**Stimulus**

**STIMULUS_INTRO.** You have qualified to take this survey.

**[PROGRAMMER: ALL GO TO A_INTRO.]**

**[NEXT PAGE]**

**A_INTRO.** In what follows, we will ask you to go through a simulated process of cancelling your Amazon Prime membership.

You will begin on the Prime Central page of the simulated Amazon website where you can manage your Amazon Prime membership settings.

Please interact with the simulated website as you would if you wanted to <u>cancel</u> your Amazon Prime membership.

When you complete the simulation, you will be asked some questions about your experience.

Please note that this is only a simulation. Your real Amazon Prime membership will not be affected by your choices in this survey. You will not be asked to input any personal information.

The "Next" button will appear in 5 seconds.

If you have read these instructions, please select the "Other, please specify" option below and type "agree" into the space provided.

Please select one:

**[PROGRAMMER: RANDOMIZE 1 ("I have read the instructions") AND 2 ("I have <u>not read</u> the instructions") ACROSS RESPONDENTS. ALLOW ONLY ONE SELECTION. DISPLAY THE "NEXT" BUTTON AFTER 5 SECONDS.**
**IF RESPONDENT DOES NOT SELECT 3 ("Other, please specify") AND DOES NOT ENTER "agree" INTO THE "Other, please specify" BOX (NOT CASE SENSITIVE, ALLOWING CLOSE MISSPELLINGS LISTED IN APPENDIX E), THEN DISPLAY ERROR MESSAGE "Please re-read the instructions and try to answer again." AFTER TWO INCORRECT SUBMISSIONS, TERMINATE RESPONDENT. ALL OTHERS GO TO B_INTRO.]**

1. I have read the instructions
2. I have <u>not read</u> the instructions
3. Other, please specify: **[TEXT BOX; DO NOT FORCE RESPONSE IF SELECTED]**

**[NEXT PAGE]**

**Appendix F.1**

**B_INTRO.** Next, you will enter the Prime Central page of the simulated Amazon website where you can manage your Amazon Prime membership settings. Please navigate the simulated website as you would if you wanted to <u>cancel</u> your Amazon Prime membership.

Remember that that this is only a simulation. Your real Amazon Prime membership will not be affected by your choices in this survey. You will not be asked to input any personal information.

When you are ready to begin, click the "Next" button to launch the simulated website and go to the Prime Central page.

**[PROGRAMMER:**

**DEFINE VARIABLE "Pre_flow_time_spent," WHICH TRACKS HOW LONG RESPONDENT SPENDS IN A10, A20, A30, AND A40. IF "Pre_flow_time_spent" > 10 MINUTES, THEN RESPONDENT GOES TO E10. START "Pre_flow_time_spent" WHEN RESPONDENT SELECTS "Next" ON THIS PAGE.**

**DEFINE VARIABLE "Within_flow_time_spent," WHICH TRACKS HOW LONG RESPONDENT SPENDS IN A50, A60, A70, B50, B60, AND B70. IF "Within_flow_time_spent" > 10 MINUTES, THEN RESPONDENT GOES TO E10.**

**ALL GO TO A10.]**

**[NEXT PAGE]**

**Appendix F.1**

**A10. [PROGRAMMER: DEFINE VARIABLE "RENEWAL_DATE" = FIXED DATE 15 DAYS FROM THE DATE THE RESPONDENT TAKES THE SURVEY.**

**ENABLE THE FOLLOWING ELEMENTS ON THE WEBPAGE BELOW THAT DIRECT RESPONDENT TO DIFFERENT PARTS OF THE SURVEY:**

1. The "End membership" button within the "Update, cancel and more" dropdown menu.
2. The "click here" link within the "How do I cancel my Amazon Prime membership and get a refund?" option in the "Need Help?" menu.
3. The "Account & Lists" button.
4. The "Account" link within the "Account & Lists" dropdown menu.
5. The "Hello" button within the "All" side panel menu.
6. The "Your Account" button within the "All" side panel menu.
7. The "Prime Membership" link within the "Account & Lists" dropdown menu.
8. The "Manage Your Prime membership" link within the "How do I cancel my Amazon Prime membership and get a refund?" option in the "Need Help?" menu.
9. The "Manage Your Prime membership" link within the "Can I get reminded before my next billing date?" option in the "Need Help?" menu.
10. The "Amazon Prime" button in the top banner.
11. The "Memberships & Subscriptions" link within the "Account & Lists" dropdown menu.
12. Other elements that can be clicked on and would direct respondent to a different page outside of the simulation.

IF RESPONDENT SELECTS 1 ("End Membership") OR 2 ("click here"), THEN RESPONDENT GOES TO A50, SET VARIABLE "Entered_flow" = 1, STOP "Pre_flow_time_spent," AND START "Within_flow_time_spent."

IF RESPONDENT SELECTS 3 ("Account & Lists"), 4 ("Account"), 5 ("Hello"), OR 6 ("Your Account"), THEN RESPONDENT GOES TO A30.

IF RESPONDENT SELECTS 7 ("Prime Membership"), 8 ("Manage Your Prime membership"), OR 9 ("Manage Your Prime membership"), THEN RELOAD A10.

IF RESPONDENT SELECTS 10 ("Amazon Prime"), THEN RESPONDENT GOES TO A20.

IF RESPONDENT SELECTS 11 ("Memberships & Subscriptions"), THEN RESPONDENT GOES TO A40.

IF RESPONDENT SELECTS ANY OTHER ELEMENT, THEN RESPONDENT GOES TO RESTART_INTRO AND STOP "Pre_flow_time_spent."]

# Appendix F.1

amazon prime
Deliver to
All
English
Account & Lists
Returns & Orders
0 Cart
All
Shopper Toolkit
Health & Household
Coupons
Pet Supplies
Amazon Basics
Amazon Home
Beauty & Personal Care
Pharmacy
Home Improvement
Smart Home
Amazon Launchpad
Amazon Business
Gift card upon approval
prime
Prime Plan
Monthly $14.99
See more plans
Renewal Date
Aug 16, 2024
Update your payment method
Manage
Membership
Update, cancel and more
Hello!
Check out what's included with your Prime membership
See all your Prime benefits
Your Prime Exclusive Rewards
Exclusive deals for Prime members
Check out our exclusive deals just for Prime members
Shop now
See more ways Prime members save
See more offers ›
Deals and promotions for Prime members
Learn more ›
Prime Membership Benefits
SHIP
STREAM
SHOP
READ
MORE
FAST, FREE DELIVERY
Fast, FREE delivery on over 100 million items
Super-fast delivery, tens of millions of items, and flexible delivery options to fit your life. Plus, Prime members get FREE One-Day Delivery on tens of millions of items.
Explore Prime Delivery »
Need Help?
What are the benefits included in my Prime membership?
What are my unused benefits?
Can I get reminded before my next billing date?
How do I manage my billing information?
How do I cancel my Amazon Prime membership and get a refund?
Don't see your question? Click here for more.
As an Amazon Prime member, you have access to:
Prime Delivery: Unlimited Two-Day Shipping on over 100 million items and One-Day Shipping and Same-Day Delivery in over 10,000 cities and towns as well as 2-Hour Delivery with Prime Now in select cities.
Prime Video: Unlimited streaming of Movies, TV shows, and Amazon Originals
Amazon Music: Over two million songs, always ad-free and on-demand
Exclusive Deals and offers, just for Prime members
and much more. Click here to see all your Prime benefits.
Share your Prime Benefits
Manage Your Household
Share your favorite Prime benefits with someone you live with, including FREE Two-Day Shipping, Prime Video, Prime reading, and more.
Manage Your Household
Learn More
Explore Prime Reading
New in Prime Reading
See more
prime
THE HOUSEMAID
FREIDA McFADDEN
ALL THE LIGHT WE CANNOT SEE
ANTHONY DOERR
THE HUNGER GAMES
THE BALLAD OF SONGBIRDS & SNAKES
SUZANNE COLLINS
Divine Rivals
A Novel
Rebecca Ross
crave
TRACY WOLFF
The Housemaid
93,622
All the Light We Cannot See: A...
5,613
The Hunger Games: The Ballad of...
5,621
Divine Rivals: A Novel
12,010
Crave
16,476



**Appendix F.1**

**A20. [PROGRAMMER: ENABLE THE FOLLOWING ELEMENTS ON THE WEBPAGE BELOW THAT DIRECT RESPONDENT TO DIFFERENT PARTS OF THE SURVEY:**

1. **The "Account & Lists" button.**
2. **The "Account" link within the "Account & Lists" dropdown menu.**
3. **The "Hello" button within the "All" side panel menu.**
4. **The "Your Account" button within the "All" side panel menu.**
5. **The "Memberships & Subscriptions" link within the "Account & Lists" dropdown menu.**
6. **The "Prime Membership" link within the "Account & Lists" dropdown menu.**
7. **The "Amazon Prime" button in the top banner.**
8. **Other elements that can be clicked on and would direct respondent to a different page outside of the simulation.**

**IF RESPONDENT SELECTS 1 ("Account & Lists"), 2 ("Account"), 3 ("Hello"), OR 4 ("Your Account"), THEN RESPONDENT GOES TO A30.**

**IF RESPONDENT SELECTS 5 ("Memberships & Subscriptions"), THEN RESPONDENT GOES TO A40.**

**IF RESPONDENT SELECTS 6 ("Prime Membership"), THEN RESPONDENT GOES TO A10.**

**IF RESPONDENT SELECTS 7 ("Amazon Prime"), THEN RELOAD A20.**

**IF RESPONDENT SELECTS ANY OTHER ELEMENT, THEN RESPONDENT GOES TO RESTART_INTRO AND STOP "Pre_flow_time_spent."]**

# Appendix F.1



# Appendix F.1

**A30. [PROGRAMMER: ENABLE THE FOLLOWING ELEMENTS ON THE WEBPAGE BELOW THAT DIRECT RESPONDENT TO DIFFERENT PARTS OF THE SURVEY:**

1. **The "Account & Lists" button.**
2. **The "Account" link within the "Account & Lists" dropdown menu.**
3. **The "Hello" button within the "All" side panel menu.**
4. **The "Your Account" button within the "All" side panel menu.**
5. **The "Prime Membership" link within the "Account & Lists" dropdown menu.**
6. **The "Prime" button under the "Your Account" header.**
7. **The "Memberships & Subscriptions" link within the "Account & Lists" dropdown menu.**
8. **The "Other subscriptions" link under the "Memberships and subscriptions" heading.**
9. **The "Amazon Prime" button in the top banner.**
10. **Other elements that can be clicked on and would direct respondent to a different page outside of the simulation.**

**IF RESPONDENT SELECTS 1 ("Account & Lists"), 2 ("Account"), 3 ("Hello"), OR 4 ("Your Account"), THEN RELOAD A30.**

**IF RESPONDENT SELECTS 5 ("Prime Membership") OR 6 ("Prime"), THEN RESPONDENT GOES TO A10.**

**IF RESPONDENT SELECTS 7 ("Memberships & Subscriptions") OR 8 ("Other subscriptions"), THEN RESPONDENT GOES TO A40.**

**IF RESPONDENT SELECTS 9 ("Amazon Prime"), THEN RESPONDENT GOES TO A20.**

**IF RESPONDENT SELECTS ANY OTHER ELEMENT, THEN RESPONDENT GOES TO RESTART_INTRO AND STOP "Pre_flow_time_spent."]**

# Appendix F.1

amazon prime Deliver to All English Account & Lists Returns & Orders 0 Cart

All Shopper Toolkit Health & Household Coupons Pet Supplies Amazon Basics Amazon Home Beauty & Personal Care Pharmacy Home Improvement Smart Home Amazon Launchpad Amazon Business Gift card upon approval

## Your Account

**Your Orders**
Track, return, or buy things again

**Login & security**
Edit login, name, and mobile number

**Prime**
View benefits and payment settings

**Gift cards**
View balance, redeem, or reload cards

**Your Payments**
View all transactions, manage payment methods and settings

**Your Profiles**
Manage, add, or remove user profiles for personalized experiences

**Digital Services and Device Support**
Troubleshoot device issues

**Your Messages**
View messages to and from Amazon, sellers, and buyers

**Archived orders**
View and manage your archived orders

**Your Lists**
View, modify, and share your lists, or create new ones

**Customer Service**

### Ordering and shopping preferences

- Your addresses
- Your Payments
- Your Transactions
- Your Amazon profile
- Download order reports
- 1-Click settings
- Amazon Fresh settings
- Language preferences
- Manage saved IDs
- Coupons
- Product Vouchers
- VAT registration number

### Digital content and devices

- All things Alexa
- Manage content and devices
- Manage Digital Delivery
- Your apps
- Prime Video settings
- Amazon Music settings
- Manage Amazon Drive and photos
- Twitch settings
- Audible settings
- Amazon Coins
- Digital gifts you've received
- Digital and device forum
- Comixology settings
- Online Learning

### Memberships and subscriptions

- Kindle Unlimited
- Prime Video Channels
- Music Unlimited
- Subscribe & Save
- Amazon Kids+
- Audible membership
- Your Essentials
- Magazine subscriptions
- Other subscriptions

### Communication and content

- Email subscriptions
- Advertising preferences
- Communication preferences
- Shipment updates via text
- Alexa shopping notifications
- Deals Notifications
- Videos you've uploaded
- Purchase Reminders

### Shopping programs and rentals

- Third Party Credit Card Installment
- Manage your Profiles
- Rentals by Amazon
- Amazon Household
- Shop the Kids' Store by age
- No-Rush rewards summary
- Teens Program
- Pet Profiles
- Shop with Points
- Amazon Second Chance

### Other programs

- Account Linking
- Amazon credit cards
- Your seller account
- Login with Amazon
- Amazon Pay
- Manage your trade-ins
- Amazon Business registration
- Amazon Web Services
- Amazon tax exemption program
- Store Analytics
- Your Interests

### Data and Privacy

- Request Your Information
- Close Your Amazon Account
- Privacy Notice



# Appendix F.1

**A40. [PROGRAMMER: ENABLE THE FOLLOWING ELEMENTS ON THE WEBPAGE BELOW THAT DIRECT RESPONDENT TO DIFFERENT PARTS OF THE SURVEY:**

1. **The "Account & Lists" button.**
2. **The "Account" link within the "Account & Lists" dropdown menu.**
3. **The "Hello" button within the "All" side panel menu.**
4. **The "Your Account" button within the "All" side panel menu.**
5. **The "Memberships & Subscriptions" link within the "Account & Lists" dropdown menu.**
6. **The "Prime Membership" link within the "Account & Lists" dropdown menu.**
7. **The "Prime Membership Settings" button.**
8. **The "more." link.**
9. **The "Amazon Prime" button in the top banner.**
10. **Other elements that can be clicked on and would direct respondent to a different page outside of the simulation.**

**IF RESPONDENT SELECTS 1 ("Account & Lists"), 2 ("Account"), 3 ("Hello"), OR 4 ("Your Account"), THEN RESPONDENT GOES TO A30.**

**IF RESPONDENT SELECTS 5 ("Memberships & Subscriptions"), THEN RELOAD A40.**

**IF RESPONDENT SELECTS 6 ("Prime Membership"), 7 ("Prime Membership Settings"), OR 8 ("more."), THEN RESPONDENT GOES TO A10.**

**IF RESPONDENT SELECTS 9 ("Amazon Prime"), THEN RESPONDENT GOES TO A20.**

**IF RESPONDENT SELECTS ANY OTHER ELEMENT, THEN RESPONDENT GOES TO RESTART_INTRO AND STOP "Pre_flow_time_spent."]**

# Appendix F.1

amazon prime
Deliver to
All
English
Account & Lists
Returns & Orders
0 Cart
All
Shopper Toolkit
Health & Household
Coupons
Pet Supplies
Amazon Basics
Amazon Home
Beauty & Personal Care
Pharmacy
Home Improvement
Smart Home
Amazon Launchpad
Amazon Business
Gift card upon approval
Your Memberships & Subscriptions Help
Your Memberships & Subscriptions
Go
View: Current Subscriptions
Sort by: Featured
Showing 1 to 1 of 1 subscriptions
prime
Amazon Prime
Includes Prime Delivery, Prime Video, Prime Music and more.
$14.99 / Month
Renews on August 16, 2024
Payment history
Payment method
VISA Visa ending in 2759 Change
Changes to this payment method also updates your payment method for recurring ad free and all Prime Video Channel subscriptions.
Prime Membership Settings
Don't see your subscription? Take me to my...
Kindle Newsstand Subscription Manager
Subscribe & Save
Audible Audiobooks
Your Orders
One Medical membership for Prime members
prime video
Prime Video
Have a question about your subscription?
Contact us



# Appendix F.1

**A50. [PROGRAMMER: ENABLE THE FOLLOWING ELEMENTS ON THE WEBPAGE BELOW THAT DIRECT RESPONDENT TO DIFFERENT PARTS OF THE SURVEY:**

1. **The "Continue To Cancel" button.**
2. **The "Keep My Benefits" button.**
3. **The "Your Account" link.**
4. **The "Manage Your Prime Membership" link.**
5. **All the enabled elements on the top bar that starts with "Amazon Prime."**
6. **All the enabled elements on the top bar that starts with "All."**
7. **The "Remind Me Later" button.**
8. **The "today's deals" link.**
9. **The "clicking here" link.**
10. **The "Start listening now!" link.**

**IF RESPONDENT SELECTS 1 ("Continue To Cancel"), THEN RESPONDENT GOES TO A60.**

**IF RESPONDENT SELECTS ANY OTHER ELEMENT, THEN RESPONDENT GOES TO RESTART_INTRO AND STOP "Within_flow_time_spent."]**



**Appendix F.1**

A60. [PROGRAMMER: ENABLE THE FOLLOWING ELEMENTS ON THE WEBPAGE BELOW THAT DIRECT RESPONDENT TO DIFFERENT PARTS OF THE SURVEY:

1. The "Continue to Cancel" button.
2. The "Keep My Membership" button.
3. The "Your Account" link.
4. The "Manage Your Prime Membership" link.
5. All the enabled elements on the top bar that starts with "Amazon Prime."
6. All the enabled elements on the top bar that starts with "All."
7. The "Remind Me Later" button.
8. The "Switch to annual payments >" button.
9. The "Are you a student?" link.
10. The "Have an EBT card/receive government assistance?" link.
11. The "Prime exclusive offers" link.

IF RESPONDENT SELECTS 1 ("Continue to Cancel"), THEN RESPONDENT GOES TO A70.

IF RESPONDENT SELECTS ANY OTHER ELEMENT, THEN RESPONDENT GOES TO RESTART_INTRO AND STOP "Within_flow_time_spent."]



**Appendix F.1**

**A70. [PROGRAMMER: ENABLE THE FOLLOWING ELEMENTS ON THE WEBPAGE BELOW THAT DIRECT RESPONDENT TO DIFFERENT PARTS OF THE SURVEY:**

1. The "End on [[RENEWAL_DATE]]" button.
2. The "End Now" button.
3. The "Pause on [[RENEWAL_DATE]]" button.
4. The "Keep My Membership" button.
5. The "Your Account" link.
6. The "Manage Your Prime Membership" link.
7. All the enabled elements on the top bar that starts with "Amazon Prime."
8. All the enabled elements on the top bar that starts with "All."
9. The "Remind Me Later" button.
10. The "View everything included in Prime" link.
11. The "Prime exclusive offers." link under the "Pause your Prime membership" heading.
12. The "Prime exclusive offers." link under the "Cancel your Prime membership" heading.
13. The "Click here" link.
14. The "Learn More" link.

**IF RESPONDENT SELECTS ANY ELEMENT, STOP "Within_flow_time_spent."**

**IF RESPONDENT SELECTS 1 ("End on [[RENEWAL_DATE]]"), THEN RESPONDENT GOES TO E10, SET VARIABLE "Selected_end_on" = 1, AND SET VARIABLE "Completed_flow" = 1.**

**IF RESPONDENT SELECTS 2 ("End Now"), THEN RESPONDENT GOES TO E10, SET VARIABLE "Selected_end_now" = 1, AND SET VARIABLE "Completed_flow" = 1.**

**IF RESPONDENT SELECTS 3 ("Pause on [[RENEWAL_DATE]]"), THEN RESPONDENT GOES TO E10, SET VARIABLE "Selected_pause" = 1, AND SET VARIABLE "Completed_flow" = 1.**

**IF RESPONDENT SELECTS ANY OTHER ELEMENT, THEN RESPONDENT GOES TO RESTART_INTRO]**

# Appendix F.1

amazon prime | Deliver to | All | English | Account & Lists | Returns & Orders | 0 Cart

All | Shopper Toolkit | Health & Household | Coupons | Pet Supplies | Amazon Basics | Amazon Home | Beauty & Personal Care | Pharmacy | Home Improvement | Smart Home | Amazon Launchpad | Amazon Business | Gift card upon approval

Your Account > Manage Your Prime Membership > Edit Membership

## We're sorry to see you go. Please confirm the cancellation of your membership.

You could also consider the following:

**Remind Me Later**
Remind me three days before my membership renews.
[Remind Me Later]

**Keep My Membership**
You will continue enjoying all the benefits of Prime.
View everything included in Prime.
[Keep My Membership]

Pause your Prime membership:

⚠ Items tied to your Prime membership will be affected if you pause your membership.

1. By pausing, you will no longer be eligible for your unclaimed Prime exclusive offers. Click here to see your offers.

**Pause on August 16, 2024**
Your benefits access will continue until August 16, 2024. After that date, your billing and benefits will be paused, and you will no longer be charged for your Prime membership. Use the quick-resume function anytime to regain access to your Prime benefits.
Learn More.
[Pause on August 16, 2024]

Cancel your Prime membership:

⚠ Items tied to your Prime membership will be affected if you cancel your membership.

1. By cancelling, you will no longer be eligible for your unclaimed Prime exclusive offers.

**End on August 16, 2024**
Your benefits will continue until August 16, 2024, after which your card will not be charged.
[End on August 16, 2024]

OR

**End Now**
Your benefits will end immediately and you will be refunded $7.50 for the remaining period of your membership.
[End Now]



# Appendix F.1

**Restart Instructions and Additional Stimulus Pages**

**RESTART_INTRO.** You have made a selection that ends the simulation without canceling your Amazon Prime membership in the simulation.

Next, you will re-enter the simulation of the Amazon website starting on the last page you visited. Please navigate the simulated website as you would if you wanted to <u>cancel</u> your Amazon Prime membership.

Remember that this is only a simulation. Your real Amazon Prime membership will not be affected by your choices in this survey. You will not be asked to input any personal information.

When you are ready to begin, click the "Next" button to return to the simulated website on the last page you visited.

[PROGRAMMER:

DEFINE VARIABLE "Pre_flow_additional_instructions," WHICH IS THE NUMBER OF TIMES RESPONDENT IS SHOWN RESTART_INTRO FROM A10, A20, A30, OR A40, AND SELECTS THE "NEXT" BUTTON IN RESTART_INTRO.

DEFINE VARIABLE "Within_flow_additional_instructions," WHICH IS THE NUMBER OF TIMES RESPONDENT IS SHOWN RESTART_INTRO FROM A50, A60, OR A70, AND SELECTS THE "NEXT" BUTTON IN RESTART_INTRO.

IF RESPONDENT IS SHOWN RESTART_INTRO FROM A10, A20, A30, OR A40, AND SELECTS THE "Next" ON THIS PAGE, THEN START "Pre_flow_time_spent" AND RESPONDENT GOES TO THE SAME PAGE OF THE STIMULUS THEY VIEWED BEFORE RESTART_INTRO.

IF RESPONDENT IS SHOWN RESTART_INTRO FROM A50, A60, OR A70, AND RESPONDENT SELECTS "Next" ON THIS PAGE, THEN START "Within_flow_time_spent" AND RESPONDENT GOES TO B50 IF THEY PREVIOUSLY VIEWED A50; RESPONDENT GOES TO B60 IF THEY PREVIOUSLY VIEWED A60; OR RESPONDENT GOES TO B70 IF THEY PREVIOUSLY VIEWED A70.]

[NEXT PAGE]

# Appendix F.1

**B50. [PROGRAMMER: ENABLE THE SAME ELEMENTS AS A50.**

**IF RESPONDENT SELECTS 1 ("Continue To Cancel"), THEN RESPONDENT GOES TO B60.**

**IF RESPONDENT SELECTS ANY OTHER ELEMENT, THEN RESPONDENT GOES TO E10 AND STOP "Within_flow_time_spent."]**



**Appendix F.1**

**B60. [PROGRAMMER: ENABLE THE SAME ELEMENTS AS A60.**

**IF RESPONDENT SELECTS 1 ("Continue to Cancel"), THEN RESPONDENT GOES TO B70.**

**IF RESPONDENT SELECTS ANY OTHER ELEMENT, THEN RESPONDENT GOES TO E10 AND STOP "Within_flow_time_spent."]**



# Appendix F.1

**B70. [PROGRAMMER: ENABLE THE SAME ELEMENTS AS A70.**

**IF RESPONDENT SELECTS ANY ELEMENT, STOP "Within_flow_time_spent."**

**IF RESPONDENT SELECTS 1 ("End on [[RENEWAL_DATE]]"), THEN RESPONDENT GOES TO E10, SET VARIABLE "Selected_end_on" = 1, AND SET VARIABLE "Completed_flow" = 1.**

**IF RESPONDENT SELECTS 2 ("End Now"), THEN RESPONDENT GOES TO E10, SET VARIABLE "Selected_end_now" = 1, AND SET VARIABLE "Completed_flow" = 1.**

**IF RESPONDENT SELECTS 3 ("Pause on [[RENEWAL_DATE]]"), THEN RESPONDENT GOES TO E10, SET VARIABLE "Selected_pause" = 1, AND SET VARIABLE "Completed_flow" = 1.**

**IF RESPONDENT SELECTS ANY OTHER ELEMENT, THEN RESPONDENT GOES TO E10.]**



**Appendix F.1**

**E10.** This completes the survey. Thank you for your participation!

CONFIDENTIAL

**Appendix F.2**

# Cancellation Survey
# Survey Screenshots

<div>

0%

Thank you for agreeing to participate in this survey. Please take a few moments to answer our questions.

This survey will take approximately 10 minutes to complete. Please take the survey in one session without interruption. While taking the survey, please answer all questions on your own without consulting any other source of information (including websites, books, or another person).

If you normally wear eyeglasses or contact lenses when viewing a computer screen, please wear them for the survey.

For each question, if you don't know or if you don't have an answer, please don't guess. Just select the "Don't know / not sure" option and click "Next" to proceed.

Your responses will be treated confidentially and will not be used to sell you anything.

Next »

</div>

**Appendix F.2**

**S1.**



To confirm that you are a person, please enter the code exactly as it appears in the image below, and then click the "Next" button.

Please do not include any spaces.

TH9Ts

Next »

# Appendix F.2



**Appendix F.2**

**S10.**

Which type of device are you using to take this survey?

*Select only one.*

○ A desktop computer

○ A tablet (for example, Apple iPad, Samsung Galaxy Tab, Amazon Fire, or similar)

○ A laptop/notebook computer

○ A smartphone (for example, Apple iPhone, Google Pixel, Samsung Galaxy, or similar)

○ A TV-based browser or video game console (for example, Apple TV, Microsoft Xbox, Sony PlayStation, or similar)

○ An eBook reading device (for example, Kindle, Kobo, Nook, or similar)

○ Other, please specify: [                    ]

Next »

# Appendix F.2

**S20.**

---

8%

Do you, or does any member of your household, currently work for any of the following?

*Select all that apply.*

- [ ] An advertising or public relations company, marketing agency, or advertising department of a company
- [ ] A brokerage company (for example, Fidelity or Charles Schwab)
- [ ] A retailer (for example, Amazon or Walmart)
- [ ] A car manufacturer (for example, Ford or Toyota)
- [ ] A healthcare company or healthcare provider (for example, Cigna or UnitedHealth Group)
- [ ] A market research firm or a marketing research department of a company
- [ ] None of the above

Next »

---

**Appendix F.2**

**S30.**

Which of the following includes your age?

*Select only one.*

○ Under 18

○ 18 - 34

○ 35 - 49

○ 50 - 64

○ 65 or older

○ Prefer not to answer

Next »

**Appendix F.2**

**S40.**

**Appendix F.2**

**S50.**



# Appendix F.2

**S60.**



You will now be asked some questions about the activities that you have done in the <u>past 12 months</u>.

Which of the following activities, if any, have you done in the <u>past 12 months</u>?

*Select all that apply.*

- ☐ Shopped online
- ☐ Used an online social network
- ☐ Read news online
- ☐ Used online banking
- ☐ None of the above
- ☐ Don't know / not sure

Next »

**Appendix F.2**

**S70.**

| | 29% |
|---|---|

You indicated that you have shopped online in the past 12 months.

Which of the following websites, if any, have you shopped on in the past 12 months?

*Select one answer for each row.*

| | Shopped on this website | Did not shop on this website | Don't know / not sure |
|---|:---:|:---:|:---:|
| Walmart.com | ○ | ○ | ○ |
| HomeDepot.com | ○ | ○ | ○ |
| Amazon.com | ○ | ○ | ○ |
| BestBuy.com | ○ | ○ | ○ |
| Ebay.com | ○ | ○ | ○ |
| Target.com | ○ | ○ | ○ |
| UrbanOutpost.com | ○ | ○ | ○ |
| Kroger.com | ○ | ○ | ○ |
| DisneyStore.com | ○ | ○ | ○ |
| BoardGameBin.com | ○ | ○ | ○ |

Next »

CONFIDENTIAL

**Appendix F.2**

**S80.**



34%

Which of the following services, if any, do you currently have a membership / subscription with?

Please include memberships / subscriptions that you currently own, and memberships / subscriptions that you currently share with members of your household.

*Select one answer for each row.*

| | Currently have this membership / subscription | Do not currently have this membership / subscription | Don't know / not sure |
|---|---|---|---|
| Uber One | ○ | ○ | ○ |
| Amazon Prime | ○ | ○ | ○ |
| Wall Street Journal | ○ | ○ | ○ |
| YouTube Premium | ○ | ○ | ○ |
| Walmart+ | ○ | ○ | ○ |
| My Best Buy Plus | ○ | ○ | ○ |
| Netflix | ○ | ○ | ○ |
| Kroger Boost | ○ | ○ | ○ |
| Disney+ | ○ | ○ | ○ |
| Apple TV+ | ○ | ○ | ○ |
| New York Times | ○ | ○ | ○ |
| Sam's Club | ○ | ○ | ○ |
| Spotify Premium | ○ | ○ | ○ |
| eBay Premier | ○ | ○ | ○ |

Next »

**Appendix F.2**

**S90.**



41%

For quality control purposes, please select the "Other, please specify" option below and type the word "survey" into the space provided.

*Select only one.*

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

○ Other, please specify: [                    ]

Next »

# Appendix F.2

**STIMULUS_INTRO.**



**Appendix F.2**

**A_INTRO.**



55%

In what follows, we will ask you to go through a simulated process of cancelling your Amazon Prime membership.

You will begin on the Prime Central page of the simulated Amazon website where you can manage your Amazon Prime membership settings.

Please interact with the simulated website as you would if you wanted to cancel your Amazon Prime membership.

When you complete the simulation, you will be asked some questions about your experience.

Please note that this is only a simulation. Your real Amazon Prime membership will not be affected by your choices in this survey. You will not be asked to input any personal information.

The "Next" button will appear in 5 seconds.

If you have read these instructions, please select the "Other, please specify" option below and type "agree" into the space provided.

Please select one:

○ I have read the instructions

○ I have not read the instructions

○ Other, please specify: [          ]

Next »

**Appendix F.2**

**B_INTRO.**[1]

59%

Next, you will enter the Prime Central page of the simulated Amazon website where you can manage your Amazon Prime membership settings. Please navigate the simulated website as you would if you wanted to cancel your Amazon Prime membership.

Remember that that this is only a simulation. Your real Amazon Prime membership will not be affected by your choices in this survey. You will not be asked to input any personal information.

When you are ready to begin, click the "Next" button to launch the simulated website and go to the Prime Central page.

Next »

---

[1] Following **B_INTRO**, respondents entered the Cancellation Stimulus.  For screenshot images of the Cancellation Stimulus, *see* **Appendix F.4**.

CONFIDENTIAL

**RESTART_INTRO.**[2]

63%

You have made a selection that ends the simulation without canceling your Amazon Prime membership in the simulation.

Next, you will re-enter the simulation of the Amazon website starting on the last page you visited. Please navigate the simulated website as you would if you wanted to cancel your Amazon Prime membership.

Remember that this is only a simulation. Your real Amazon Prime membership will not be affected by your choices in this survey. You will not be asked to input any personal information.

When you are ready to begin, click the "Next" button to return to the simulated website on the last page you visited.

Next »

[2] Following **RESTART_INTRO**, respondents entered the Cancellation Stimulus. For screenshot images of the Cancellation Stimulus, *see* **Appendix F.4**.

**Appendix F.2**

**E10.**

