The Honorable John H. Chun

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　Plaintiff,<br><br>　v.<br><br>AMAZON.COM, INC., *et al*.<br><br>　Defendants. | Case No. 2:23-cv-0932-JHC<br><br>**JOINT STATEMENT REGARDING TRIAL AND PRETRIAL SCHEDULE** |

Pursuant to the Court's June 23, 2025 Order, Dkt. #371, the Parties submit this joint statement concerning the trial and pretrial schedule.

**TRIAL DATE AND PRETRIAL SCHEDULE**

**FTC's Position:** The FTC's position is that trial in this matter should begin on September 22, 2025 as scheduled, and that no changes to interim deadlines are warranted. The Court should not relieve Defendants from any disadvantage they may face as a result of discovery taking place pursuant to the Court's order sanctioning them. Instead, the parties should work cooperatively to resolve any issues concerning interim deadlines that may arise because of the late discovery that Defendants' sanctionable conduct has necessitated.

1  **Defendants' Position:** Defendants are eager to get to trial and defer to the Court's judgment on

2  trial setting.  Defendants note, however, that to the extent the FTC intends to take 90 days of

3  additional discovery, that will necessarily impact pretrial deadlines.  For instance, the deadlines

4  for deposition designations, exchange of exhibit lists, motions in limine, the joint pretrial order

5  and conference of attorneys, and pretrial conference all fall before the 90 days will elapse.

6  Defendants are not seeking to be relieved from a "disadvantage" but are instead flagging the

7  practicalities of the pretrial deadlines compared to the discovery schedule.  Defendants welcome

8  the Court's guidance on these issues.

## TRIAL LENGTH

10  **FTC's Position:** Trial should be extended such that each side has 10 trial days to put on their

11  cases, for a total of four weeks of trial.

12  **Defendants' Position:** Trial should be extended such that each side has 7.5 trial days to put on

13  their cases, for a total of three weeks of trial.

14   Thus, the parties agree that additional trial time is necessary, but disagree about the

15  proper amount of additional time. Given the parties agree that trial should be extended by at least

16  one week, the parties jointly request that the Court extend the scheduled trial to three weeks at

17  this time. The FTC will soon the move the Court to extend the trial to ten days per side.

JOINT STATEMENT RE: TRIAL
AND PRETRIAL SCHEDULE
Case No. 2:23-cv-0932-JHC                2

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-2551

| | | |
|---|---|---|
| 1 | Dated: June 30, 2025 | s/ Colin D. A. MacDonald |

JONATHAN COHEN (DC Bar # 483454)
EVAN MENDELSON (DC Bar #996765)
OLIVIA JERJIAN (DC Bar #1034299)
JONATHAN WARE (DC Bar #989414)
ANTHONY SAUNDERS (NJ Bar #008032001)
SANA CHAUDHRY (NY Bar #5284807)

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington DC 20580

(202) 326-2551 (Cohen); -3320 (Mendelson); -2726 (Ware); -2749 (Jerjian); -2917 (Saunders); -2679 (Chaudhry)

JCohen2@ftc.gov; EMendelson@ftc.gov;
JWare1@ftc.gov; OJerjian@ftc.gov;
ASaunders@ftc.gov; SChaudhry@ftc.gov

COLIN D. A. MACDONALD (WSBA # 55243)
Federal Trade Commission
915 Second Ave., Suite 2896
Seattle, WA 98174
(206) 220-4474; CMacdonald@ftc.gov

RACHEL F. SIFUENTES
(IL Bar #6304016; CA Bar #324403)
Federal Trade Commission
230 S. Dearborn St., Room 3030
Chicago, IL 60604
(312) 960-5617; RSifuentes@ftc.gov

JEFFREY TANG (CA Bar #308007)
Federal Trade Commission
10990 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
(310) 824-4303; JTang@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

JOINT STATEMENT RE: TRIAL
AND PRETRIAL SCHEDULE
Case No. 2:23-cv-0932-JHC

3

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-2551

| | |
|---|---|
| 1 | *Approved and Agreed To By:* |
| 2 | DAVIS WRIGHT TREMAINE LLP |
| 3 | Kenneth E. Payson, WSBA #26369<br>James Howard, WSBA #37259 |
| 4 | 920 Fifth Avenue, Suite 3300<br>Seattle, WA  98104-1610 |
| 5 | Telephone: (206) 622-3150<br>Fax: (206) 757-7700 |
| 6 | E-mail: kenpayson@dwt.com<br>         jimhoward@dwt.com |
| 7 | |
| 8 | COVINGTON & BURLING LLP |
| | s/ Moez M. Kaba |
| 9 | |
| 10 | Stephen P. Anthony*<br>Laura Flahive Wu* |
| 11 | Laura M. Kim*<br>John D. Graubert* |
| 12 | 850 Tenth Street, NW<br>Washington, DC  20001 |
| 13 | Telephone: (202) 662-5105<br>E-mail: santhony@cov.com |
| 14 |           lflahivewu@cov.com<br>      lkim@cov.com |
| 15 |           jgraubert@cov.com |
| 16 | John E. Hall*<br>415 Mission Street, Suite 5400 |
| 17 | San Francisco, CA  94105<br>Telephone: (415) 591-6855 |
| 18 | E-mail: jhall@cov.com |
| 19 | Megan L. Rodgers*<br>3000 El Camino Real |
| 20 | Palo Alto, CA  94306<br>Telephone: (650) 632-4734 |
| 21 | E-mail: mrodgers@cov.com |
| 22 | Anders Linderot*<br>620 Eighth Avenue |
| 23 | New York, NY 10018<br>Telephone: (212) 841-1000<br>Email: alinderot@cov.com |

JOINT STATEMENT RE: TRIAL
AND PRETRIAL SCHEDULE
Case No. 2:23-cv-0932-JHC

4

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-2551

1  HUESTON HENNIGAN LLP

2  John C. Hueston*
   Moez M. Kaba*
3  Joseph A. Reiter*
   523 West 6th Street, Suite 400
4  Los Angeles, CA  90014
   Telephone: (213) 788-4340
5  E-mail: jhueston@hueston.com
              mkaba@hueston.com
6             jreiter@hueston.com

7  *admitted pro hac vice

8  Attorneys for Defendants
   AMAZON.COM, INC., NEIL LINDSAY, RUSSELL GRANDINETTI, and JAMIL GHANI

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

JOINT STATEMENT RE: TRIAL
AND PRETRIAL SCHEDULE
Case No. 2:23-cv-0932-JHC          5          Federal Trade Commission
                                              600 Pennsylvania Avenue NW
                                              Washington, DC 20580
                                              (202) 326-2551