

United States of America
FEDERAL TRADE COMMISSION
600 PENNSYLVANIA AVE. NW, CC-9528
WASHINGTON, DC 20580

Division of Enforcement
Bureau of Consumer Protection

| | | |
|---|---|---|
| **Jonathan Cohen** (202) 326-2551; jcohen2@ftc.gov | **Evan Mendelson** (202) 326-3320; emendelson@ftc.gov | **Sana Chaudhry** (202) 326-2679; schaudhry@ftc.gov |
| **Jonathan W. Ware** (202) 326-2726; jware1@ftc.gov | **Anthony Saunders** (202) 326-2917; asaunders@ftc.gov | **Olivia Jerjian** (202) 326-2749; ojerjian@ftc.gov |
| **Colin D. A. MacDonald** (206) 220-4474; cmacdonald@ftc.gov | **Jeffrey Tang** (310) 824-4303; jtang@ftc.gov | **Rachel F. Sifuentes** (312) 960-5617; rsifuentes@ftc.gov |

July 2, 2025

RE:   *FTC v. Amazon.com, Inc.*, No. 2:23-cv-0932-JHC (W.D. Wash.)
         <u>Today's Oral Argument</u>

Judge Chun,

On Monday, we asked Defendants' counsel to authorize us to reference a small number of additional, likely non-confidential discovery materials during today's public oral argument. Defendants declined to so, citing the relatively short notice and the asserted complexity of our request. We will work with Defendants to narrow the request; however, in the event that Defendants still do not authorize us to discuss these materials publicly before today's oral argument, we have attached them (under seal) here so that the Court may review them if it chooses.

Very truly yours,

Jonathan Cohen
*Counsel to Plaintiff Federal Trade Commission*

Enclosure

All Counsel of Record
*Today's Oral Argument*—Page 2

**CC:** <u>Via Email</u>

Laura Flahive Wu (lflahivewu@cov.com)
Laura M. Kim (lkim@cov.com)
John D. Graubert (jgraubert@cov.com)
Stephen P. Anthony (santhony@cov.com)
John E. Hall (jhall@cov.com)
Megan L. Rodgers (mrodgers@cov.com)
Marc Capuano (mcapuano@cov.com)
Kevin Kelly (kkelly@cov.com)
Anders Linderot (alinderot@cov.com)

Covington & Burling LLP
One CityCenter, 850 Tenth Street NW
Washington, DC 20001-4956

Edward Hassi (thassi@debevoise.com)
Anna Moody (amoody@debevoise.com)

Debevoise & Plimpton LLP
801 Pennsylvania Avenue, NW
Washington, D.C. 20004

John C. Hueston (jhueston@hueston.com)
Moez M. Kaba (mkaba@hueston.com)
Joseph A. Reiter (jreiter@hueston.com)
Joseph Aronsohn (jaronsohn@heuston.com)
Karen Ding (kding@heuston.com)
Cassidy O'Sullivan (cosullivan@hueston.com)
Vicki Chou (vchou@heuston.com)
Lisa Chen (lchen@heuston.com)
Warren Chu (wchu@hueston.com)

Hueston Hennigan LLP
523 West 6th St., Suite 400
Los Angeles, CA 90014

Ralph J. Caccia (rcaccia@wiley.law)
Enbar Toledano (etoledano@wiley.law)

Wiley Rein LLP
2050 M Street NW
Washington, DC 20036

Kenneth E. Payson (kenpayson@dwt.com)
James Howard (jimhoward@dwt.com)
Theo Lesczynski (theolesczynski@dwt.com)
Gina Chan (ginachan@dwt.com)

Davis Wright Tremaine LLP
920 5th Avenue, Suite 3300
Seattle, WA 98104

Richard Donoghue
(Richard.donoghue@pillsburylaw.com)

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street
New York, NY 10019-1638

2

| Tab | Bates Number | Date | Privileged and Confidential (P&C) or "Raw Notes" | Examples of Content Concerning Privileged and Confidential (P&C) Designations or Instructions to Destroy "Raw Notes" |
|---|---|---|---|---|
| 1 | Amazon-FTC-CID_07392031 (Pg. 032) | 3/2/2021 | P&C | |
| 2 | Amazon-FTC-CID_06991007 (Pg. 007) | 5/18/2020 | P&C | |
| 3 | Amazon-FTC-CID_07733633 (Pg. 636) | 6/4/2020 | P&C | |
| 4 | Amazon-FTC-CID_09960883 (Pg. 883) | 5/8/2019 | P&C | |
| 5 | AMZN-RTL-FTC-08440030 (Pg. 031) | 01/21/2021 | P&C | |
| 6 | Amazon-FTC-CID_07872824 (Pg. 824) | 3/12/2019 | P&C | |
| 7 | AMZN-RTL-FTC-14063464 (Pg. 465) | 7/26/2021 | "Raw Notes" | |
| 8 | AMZN-RTL-FTC-11162914 (Pg. 919) | 5/13/2023 | "Raw Notes" | |

| | | | | |
|---|---|---|---|---|
| 9 | Amazon-FTC-CID_10294467 (Pg. 467) | 10/17/2019 | "Raw Notes" | |
| 10 | AMZN-RTL-FTC-09491766 (Pg. 768) | 7/31/2023 | "Raw Notes" | |
| 11 | AMZN-RTL-FTC-11481336 (Pg. 336) | 2/1/2022 | "Raw Notes" | |

| Tab | Bates Number | Date | Document Withheld in Full or in Part | Example of Content Withheld on Privilege Grounds |
|---|---|---|---|---|
| 12 | AMZN-PRM-FTC-001551540 (Pg. 540) | 6/16/2017 | Partially Withheld | |
| 13 | AMZN-PRM-FTC-002317819 (Pg. 823) | 5/29/2022 | Partially Withheld | |
| 14 | AMZN-PRM-FTC-002040948 (Pg. 948) | 5/18/2018 | Partially Withheld | |
| 15 | AMZN_00045678 (Pg. 001) | 4/26/2021 | Fully Withheld | |

# TABS 1 - 15 FILED UNDER SEAL