The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>Defendants. | No. 2:23-cv-0932-JHC<br><br>AMAZON.COM, INC.'S OBJECTION TO FTC'S UNTIMELY [PROPOSED] ORDER FINDING AMAZON.COM WITHHELD MATERIAL IN BAD FAITH |

Amazon objects to the FTC's new "[Proposed] Order," Dkt. 399, in support of its Motion for Sanctions, Dkt. 286. The new [Proposed] Order improperly seeks new relief and findings that the FTC did not request in its original [Proposed] Order, and for which the FTC has not satisfied its burden of proof. *See* Dkt. 286-1.

Specifically, the FTC now asks the Court to make specific factual findings, and to "not entertain a motion from Amazon" to "make affirmative use of" the downgraded documents. The new [Proposed] Order effectively constitutes an improper and untimely request for reconsideration in violation of Local Civil Rule 7(h); indeed, the Court's June 23, 2025 order already ruled that Amazon may seek leave to affirmatively use recently produced documents and any disputes about that use can be addressed at that time, Dkt. 371. And the FTC's request that the Court not entertain any motion from Amazon would preclude this Court from reconsidering its own evidentiary rulings. *See Ohler v. United States*, 529 U.S. 753, 758 n.3 (2000) ("In limine

AMAZON'S OBJECTION TO
FTC'S UNTIMELY [PROPOSED] ORDER
(2:23-cv-0932-JHC) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1 rulings are not binding on the trial judge, and the judge may always change his mind during the
2 course of trial.").
3       For these reasons, and those identified in Amazon's Opposition Brief, Dkt. 302, and
4 stated on the record at the July 2, 2025 hearing, the Court should not adopt the FTC's new
5 [Proposed] Order. *See also* Dkt. 286 at 14 (FTC motion identifying specific relief sought,
6 without proposed factual findings).

7

8       DATED this 8th day of July, 2025.

9                           DAVIS WRIGHT TREMAINE LLP

10

11                           By *s/ Kenneth E. Payson*
                              Kenneth E. Payson, WSBA #26369
12                               James Howard, WSBA #37259
                              920 Fifth Avenue, Suite 3300
13                               Seattle, WA  98104-1610
                              Telephone: (206) 622-3150
14                               Fax: (206) 757-7700
                              E-mail: kenpayson@dwt.com
15                                         jimhoward@dwt.com

16                          COVINGTON & BURLING LLP

17                               Stephen P. Anthony*
                              Laura Flahive Wu*
18                               Laura M. Kim*
                              John D. Graubert*
19                               850 Tenth Street, NW
                              Washington, DC  20001
20                               Telephone: (206) 662-5105
                              E-mail: santhony@cov.com
21                                         lflahivewu@cov.com
                                        lkim@cov.com
22                                         jgraubert@cov.com

23

24                               John E. Hall*
                              415 Mission Street, Suite 5400
25                               San Francisco, CA  94105
                              Telephone: (415) 591-6855
26                               E-mail: jhall@cov.com

27

AMAZON'S OBJECTION TO
FTC'S UNTIMELY [PROPOSED] ORDER
(2:23-cv-0932-JHC) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Megan L. Rodgers*
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 632-4734
E-mail: mrodgers@cov.com

Anders Linderot*
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 841-1000
Email: alinderot@cov.com

HUESTON HENNIGAN LLP

John C. Hueston*
Moez M. Kaba*
Joseph A. Reiter*
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
E-mail: jhueston@hueston.com
mkaba@hueston.com
jreiter@hueston.com

*admitted pro hac vice

Attorneys for Defendants AMAZON.COM, INC., NEIL LINDSAY, RUSSELL GRANDINETTI, AND JAMIL GHANI

AMAZON'S OBJECTION TO
FTC'S UNTIMELY [PROPOSED] ORDER
(2:23-cv-0932-JHC) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax