The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>Defendants. | No. 2:23-cv-0932-JHC<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANT AMAZON'S OBJECTION TO FTC'S [PROPOSED] ORDER FINDING AMAZON.COM WITHHELD MATERIAL IN BAD FAITH** |

In response to Defendant Amazon's Objection (Dkt. #401) to the FTC's [Proposed] Order Finding Amazon.com Withheld Material in Bad Faith (Dkt. #399; the "Proposed Order"), the FTC states as follows:

1.   The Proposed Order is not an improper reconsideration request.  Rather, the Court, at oral argument, "direct[ed]" the FTC "to submit an order with the language that you're seeking" regarding bad faith.  July 2, 2025 Hearing Tr. at 17:15-20.  Additionally, although the FTC did not include a specific proposed finding of bad faith in its prior Proposed Order (Dkt. #286-1)—instead, as is typical of proposed orders, listing only the relief sought—the FTC's

PLAINTIFF'S RESPONSE TO DEFENDANTS'
OBJECTION TO PROPOSED ORDER
RE: FINDING OF BAD FAITH
Case No. 2:23-cv-0932-JHC - 1

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC 20580
(202) 326-3320

1    Motion made clear bad faith was the basis for the proposed relief and provided supporting

2    evidence. Dkt. #286 at 12-15. Then, in Reply, the FTC explained Amazon had no plausible

3    alternative explanation for its conduct other than bad faith. Dkt. #334 at 2-6.

4         2.    The FTC's original Proposed Order *did* seek to bar Amazon from using any of the

5    wrongfully withheld materials. Therefore, Amazon's statement at the oral argument that the

6    FTC already has received all of the relief it sought was false, and the FTC's Proposed Order

7    merely addresses this issue that arose at the hearing. July 2, 2025 Hearing Tr. at 18:21-19:14

8    (Amazon stating it agreed to "all of the relief that the FTC was seeking" and "everything that

9    [the FTC] asked for"), 28:20-29:23 (Court questioning FTC regarding this point).

10        3.    The Court's Sanctions Order (Dkt. #371) is not an *in limine* evidentiary ruling,

11   and the Court, in any event, retains the authority to modify any order it enters (including the

12   Proposed Order), provided Amazon meets its burden of showing why modification is warranted.

13

14   Dated: July 9, 2025                    /s/ Evan Mendelson

15                                          JONATHAN COHEN (DC Bar # 483454)
                                            EVAN MENDELSON (DC Bar #996765)
16                                          OLIVIA JERJIAN (DC Bar #1034299)
                                            JONATHAN WARE (DC Bar #989414)
17                                          ANTHONY SAUNDERS (NJ Bar #008032001)
                                            SANA CHAUDHRY (NY Bar #5284807)
18
                                            Federal Trade Commission
19                                          600 Pennsylvania Avenue NW
                                            Washington DC 20580
20
                                            (202) 326-2551 (Cohen); -3320 (Mendelson); -2726
21                                          (Ware); 2749 (Jerjian); -2917 (Saunders); -2679
                                            (Chaudhry)
22
                                            JCohen2@ftc.gov; EMendelson@ftc.gov;
23                                          JWare1@ftc.gov; OJerjian@ftc.gov;
                                            ASaunders@ftc.gov; SChaudhry@ftc.gov

COLIN D. A. MACDONALD (WSBA # 55243)
Federal Trade Commission
915 Second Ave., Suite 2896
Seattle, WA 98174
(206) 220-4474; CMacdonald@ftc.gov

RACHEL F. SIFUENTES
(IL Bar #6304016; CA Bar #324403)
Federal Trade Commission
230 S. Dearborn St., Room 3030
Chicago, IL 60604
(312) 960-5617; RSifuentes@ftc.gov

JEFFREY TANG (CA Bar #308007)
Federal Trade Commission
10990 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
(310) 824-4303; JTang@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

PLAINTIFF'S RESPONSE TO DEFENDANTS'
OBJECTION TO PROPOSED ORDER
RE: FINDING OF BAD FAITH
Case No. 2:23-cv-0932-JHC - 3

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC 20580
(202) 326-3320