UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC; NEIL LINDSAY, individually and as an officer of Amazon.com, Inc.; RUSSELL GRANDINETTI, individually and as an officer of Amazon.com, Inc.; JAMIL GHANI, individually and as an officer of Amazon.com, Inc.,<br><br>Defendants. | CASE NO. 2:23-cv-00932-JHC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

The parties are directed to file a joint status report by July 25, 2025, regarding compliance with the settlement conference deadline of July 24, 2025. *See* Dkt. # 199.

Dated this 17th day of July 2025.

Ravi Subramanian
Clerk

*/s/Ashleigh Drecktrah*
Deputy Clerk

MINUTE ORDER - 1