UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>    Defendants. | No. 2:23-cv-0932-JHC<br><br>STIPULATED MOTION AND ORDER STRIKING DKTS. 393, 394, & 395 |

       Pursuant to LCR 7(d)(1), Plaintiff Federal Trade Commission ("FTC") and Defendants, by and through their counsel, stipulate (subject to Court approval) to strike from the Court's file in this matter Dkts. 393, 394, & 395. In support of this request, the parties stipulate and agree as follows:

       1.    On July 2, 2025, the FTC filed under seal a letter to the Court, Dkt. 394, which attached additional materials the FTC asked the Court to consider in support of the FTC's Motion for Sanctions, Dkt. 286. The same day, the FTC also filed (i) a motion to seal the attachments to the letter, Dkt. 393, and (ii) a redacted version of the letter and attachments, Dkt. 395.

       2.    At the July 2, 2025 telephonic hearing on the FTC's Motion for Sanctions, the Court stated that it was "not inclined to consider the additional material because they weren't filed in connection with the motion at issue," and the FTC agreed to "proceed without making

STIPULATED MOTION AND
ORDER STRIKING DKTS. 393, 394, & 395
(2:23-cv-0932-JHC) - 1

1  reference to them." Dkt. 398 (Verbatim Report of Proceedings) at 3. The Court's recent ruling
2  confirms that "[t]he Court did not consider the materials filed by the FTC after the briefing was
3  completed." Dkt. No. 404 at 1 (citing Dkt. 394).

4      3.    Given that the Court did not consider the FTC's letter or attachments, the parties
5  jointly request that the Court grant this stipulated motion striking Dkts. 393, 394, & 395 from the
6  Court's file in this matter through entry of the Proposed Order below.

7      IT IS SO STIPULATED.

8      I certify that this memorandum contains 251 words, in compliance with the Local Civil
9  Rules.

10     DATED this 24th day of July, 2025.

DAVIS WRIGHT TREMAINE LLP

By *s/ Kenneth E. Payson*
    Kenneth E. Payson, WSBA #26369
    James Howard, WSBA #37259
    920 Fifth Avenue, Suite 3300
    Seattle, WA  98104-1610
    Telephone: (206) 622-3150
    Fax: (206) 757-7700
    E-mail: kenpayson@dwt.com
           jimhoward@dwt.com

COVINGTON & BURLING LLP

    Stephen P. Anthony*
    Laura Flahive Wu*
    Laura M. Kim*
    John D. Graubert*
    850 Tenth Street, NW
    Washington, DC  20001
    Telephone: (206) 662-5105
    E-mail: santhony@cov.com
           lflahivewu@cov.com
           lkim@cov.com
           jgraubert@cov.com

    John E. Hall*
    415 Mission Street, Suite 5400
    San Francisco, CA  94105
    Telephone: (415) 591-6855
    E-mail: jhall@cov.com

|   |   |
|---|---|
| 1 | Megan L. Rodgers* |
|   | 3000 El Camino Real |
| 2 | Palo Alto, CA 94306 |
|   | Telephone: (650) 632-4734 |
| 3 | E-mail: mrodgers@cov.com |
| 4 | Anders Linderot* |
|   | 620 Eighth Avenue |
| 5 | New York, NY 10018 |
|   | Telephone: (212) 841-1000 |
| 6 | Email: alinderot@cov.com |
| 7 | HUESTON HENNIGAN LLP |
| 8 | John C. Hueston* |
|   | Moez M. Kaba* |
| 9 | Joseph A. Reiter* |
|   | 523 West 6th Street, Suite 400 |
| 10 | Los Angeles, CA 90014 |
|   | Telephone: (213) 788-4340 |
| 11 | E-mail: jhueston@hueston.com |
|   |          mkaba@hueston.com |
| 12 |          jreiter@hueston.com |

*admitted pro hac vice*

Attorneys for Defendant
AMAZON.COM, INC.

By *s/ Evan Mendelson*
Evan Mendelson (D.C. Bar #996765)
Olivia Jerjian (D.C. Bar #1034299)
Sana Chaudhry (NY Bar #5284807)
Anthony Saunders (NJ Bar #008032001)
Jonathan Cohen (D.C. Bar #483454)
Jonathan Ware (D.C. Bar #989414)
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320; emendelson@ftc.gov
(202) 326-2749; ojerjian@ftc.gov
(202) 326-2679; schaudhry@ftc.gov
(202) 326-2917; asaunders@ftc.gov
(202) 326-2551; jcohen2@ftc.gov
(202) 326-2726; jware1@ftc.gov

Colin D. A. MacDonald (WSBA #55243)
Federal Trade Commission
915 Second Avenue, Suite 2896
Seattle, WA 98174-1097
(206) 220-4474; cmacdonald@ftc.gov

STIPULATED MOTION AND
ORDER STRIKING DKTS. 393, 394, & 395
(2:23-cv-0932-JHC) - 3

Jeffrey Tang (CA Bar #308007)
Federal Trade Commission
10990 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
(310) 824-4303; jtang@ftc.gov

Rachel F. Sifuentes (IL Bar #6304016; CA Bar #324403)
Federal Trade Commission
230 S Dearborn Street, Room 3030
Chicago, IL 60604
(312) 960-5617; rsifuentes@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

**ORDER**

The Court GRANTS the Parties' Stipulated Motion. The Clerk shall strike from the Court's file in this matter Dkts. 393, 394, and 395.

IT IS SO ORDERED this 25th day of July, 2025.

*John H. Chun*
John H. Chun
United States District Judge