UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>AMAZON.COM, INC., *et al*.<br><br>    Defendants. | Case No. 2:23-cv-0932-JHC<br><br>ORDER TO EXTEND TRIAL LENGTH |

Before the Court is Plaintiff Federal Trade Commission's Motion to Extend Trial Length. Dkt. # 400.  The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law.  Being fully advised, for the reasons presented by Plaintiff, the Court GRANTS the motion.

The Court hereby orders that the trial in this matter be extended to permit the FTC ten days to put on its case and Defendants ten days to put on their case, for a total of 20 days.

**IT IS SO ORDERED.**

//

//

ORDER TO EXTEND
TRIAL LENGTH
Case No. 2:23-cv-0932-JHC                                1

1. Dated this 25th day of July 2025.

*[signature: John H. Chun]*

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE