The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>    Defendants. | Case No. 2:23-cv-0932<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT CONFERENCE** |

The parties file this Joint Status Report in response to the Court's July 12, 2025 Order (Dkt. #407). As required by the Court's Scheduling Order (Dkt. #199), FTC representatives have engaged in multiple virtual (face-to-face) settlement conferences with Amazon representatives. The parties have not reached a resolution.

Dated: July 25, 2025

/s/ Evan Mendelson

JONATHAN COHEN (D.C. Bar #483454)
EVAN MENDELSON (D.C. Bar #996765)
OLIVIA JERJIAN (D.C. Bar #1034299)
JONATHAN W. WARE (DC Bar #989414)
SANA CHAUDHRY (NY Bar #5284807)

JOINT STATUS REPORT RE:
SETTLEMENT CONFERENCE
Case No. 2:23-cv-0932

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

1

ANTHONY SAUNDERS (NJ Bar #008032001)
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington DC 20580
(202) 326-2551; jcohen2@ftc.gov (Cohen)
(202) 326-3320; emendelson@ftc.gov (Mendelson)
(202) 326-2749; ojerjian@ftc.gov (Jerjian)
(202) 326-2726; jware1@ftc.gov (Ware)
(202) 326-2679; schaudhry@ftc.gov (Chaudhry)
(202) 326-2917; asaunders@ftc.gov (Saunders)

COLIN D. A. MACDONALD (WSBA # 55243)
Federal Trade Commission
915 Second Ave., Suite 2896
Seattle, WA 98174
(206) 220-4474; cmacdonald@ftc.gov (MacDonald)

RACHEL F. SIFUENTES
(IL Bar #6304016; CA Bar #324403)
Federal Trade Commission
230 S. Dearborn St., Room 3030
Chicago, IL 60604
(312) 960-5617; RSifuentes@ftc.gov

JEFFREY TANG (CA Bar #308007)
Federal Trade Commission
10990 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
(310) 824-4303; JTang@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

JOINT STATUS REPORT RE:
SETTLEMENT CONFERENCE
Case No. 2:23-cv-0932

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

1  *Approved and Agreed to By:*

2  DAVIS WRIGHT TREMAINE LLP

3  Kenneth E. Payson, WSBA #26369
James Howard, WSBA #37259
920 Fifth Avenue, Suite 3300
4  Seattle, WA  98104-1610
Telephone: (206) 622-3150
5  Fax: (206) 757-7700
E-mail: kenpayson@dwt.com
           jimhoward@dwt.com
6
COVINGTON & BURLING LLP
7
Stephen P. Anthony*
8  Laura Flahive Wu*
Laura M. Kim*
9  John D. Graubert*
850 Tenth Street, NW
Washington, DC  20001
10  Telephone: (206) 662-5105
E-mail: santhony@cov.com
11             lflahivewu@cov.com
        lkim@cov.com
12             jgraubert@cov.com

13  John E. Hall*
415 Mission Street, Suite 5400
San Francisco, CA  94105
14  Telephone: (415) 591-6855
E-mail: jhall@cov.com
15
Megan L. Rodgers*
3000 El Camino Real
16  Palo Alto, CA  94306
Telephone: (650) 632-4734
17  E-mail: mrodgers@cov.com

18  Anders Linderot*
620 Eighth Avenue
New York, NY 10018
19  Telephone: (212) 841-1000
Email: alinderot@cov.com

20

21

22

23  JOINT STATUS REPORT RE:                                    Federal Trade Commission
    SETTLEMENT CONFERENCE                                      600 Pennsylvania Avenue NW
    Case No. 2:23-cv-0932                                      Washington, DC 20580
                                                                (202) 326-3320

HUESTON HENNIGAN LLP

/s/ Moez M. Kaba

John C. Hueston*
Moez M. Kaba*
Joseph A. Reiter*
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
E-mail: jhueston@hueston.com
         mkaba@hueston.com
         jreiter@hueston.com

*admitted pro hac vice

Attorneys for Defendants
AMAZON.COM, INC., NEIL LINDSAY,
RUSSELL GRANDINETTI, and JAMIL GHANI

| | |
|---|---|
| JOINT STATUS REPORT RE: | Federal Trade Commission |
| SETTLEMENT CONFERENCE | 600 Pennsylvania Avenue NW |
| Case No. 2:23-cv-0932 | Washington, DC 20580 |
| | (202) 326-3320 |