# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　Plaintiff,<br><br>　v.<br><br>AMAZON.COM, INC., *et al*.<br><br>　Defendants. | Case No. 2:23-cv-0932-JHC<br><br>**ORDER TO INCREASE WORD LIMITS – MOTIONS IN LIMINE** |

Pursuant to Local Civil Rule 7(f), the parties jointly seek an order increasing the word limits for their motions in limine. Dkt. # 418. The Court GRANTS the parties' motion and orders that Plaintiff shall have a word limit of 11,000 words for its motions in limine and Defendants shall have the same limit for their response. The Court further orders that Defendants shall have a word limit of 8,500 words and Plaintiff shall have the same limit for its response.

Dated: August 11, 2025.

　　　　　　　　　　　　　　　　　　　*John H. Chun*
　　　　　　　　　　　　　　　　　　　John H. Chun
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE