The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

AMAZON.COM, INC., *et al.*,

    Defendants.

No. 2:23-cv-0932-JHC

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTIONS *IN LIMINE*

This matter came before the Court on Defendants' Motions *In Limine* (the "Motions"). The Court has considered the Motions and any materials in support of or in opposition to the Motions, oral argument (if any), and the Court files in this matter. The Court thus being fully informed of the matter hereby:

ORDERS that Defendants' Motion in Limine No. 1 is GRANTED. Plaintiff shall be precluded from offering evidence of all financial and remedies evidence unrelated to the jury's liability determinations.

ORDERS that Defendants' Motion in Limine No. 2 is GRANTED. Plaintiff shall be precluded from offering evidence or argument concerning discovery disputes.

ORDERS that Defendants' Motion in Limine No. 3 is GRANTED. Plaintiff shall be precluded from arguing that that involvement of Amazon's in-house counsel implies that Amazon or the Individual Defendants knew, or should have known, that their conduct was unlawful.

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTIONS IN LIMINE (2:23-cv-0932-JHC) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1    ORDERS that Defendants' Motion in Limine No. 4 is GRANTED. Plaintiff shall be
2 precluded from offering consumer witness testimony and Consumer Sentinel Complaints.
3    ORDERS that Defendants' Motion in Limine No. 5 is GRANTED. Plaintiff shall be
4 precluded from offering evidence, testimony, or references to the non-U.S. consumer data,
5 surveys, and reports.
6    ORDERS that Defendants' Motion in Limine No. 6 is GRANTED. Plaintiff shall be
7 precluded from offering evidence of the Search Sentiment Survey, the Cancellation Surveys, and
8 the Benchmarking Surveys.
9    DATED this _____ day of _____, 2025.

_____

John H. Chun
UNITED STATES DISTRICT JUDGE

*Presented by:*

DAVIS WRIGHT TREMAINE LLP

By s/ *Kenneth E. Payson*
   Kenneth E. Payson, WSBA #26369
   James Howard, WSBA #37259
   920 Fifth Avenue, Suite 3300
   Seattle, WA  98104-1610
   Telephone: (206) 622-3150
   Fax: (206) 757-7700
   E-mail: kenpayson@dwt.com
          jimhoward@dwt.com

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTIONS IN LIMINE
(2:23-cv-0932-JHC) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

COVINGTON & BURLING LLP

Stephen P. Anthony*
Laura Flahive Wu*
Laura M. Kim*
John D. Graubert*
850 Tenth Street, NW
Washington, DC  20001
Telephone: (206) 662-5105
E-mail: santhony@cov.com
lflahivewu@cov.com
lkim@cov.com
jgraubert@cov.com

John E. Hall*
415 Mission Street, Suite 5400
San Francisco, CA  94105
Telephone: (415) 591-6855
E-mail: jhall@cov.com

Megan L. Rodgers*
3000 El Camino Real
Palo Alto, CA  94306
Telephone: (650) 632-4734
E-mail: mrodgers@cov.com

HUESTON HENNIGAN LLP

John C. Hueston*
Moez M. Kaba*
Joseph A. Reiter*
523 West 6th Street, Suite 400
Los Angeles, CA  90014
Telephone: (213) 788-4340
E-mail: jhueston@hueston.com
mkaba@hueston.com
jreiter@hueston.com

*admitted pro hac vice

Attorneys for Defendant
AMAZON.COM, INC.

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTIONS IN LIMINE
(2:23-cv-0932-JHC) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax