UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC. *et al.*,<br><br>    Defendants. | No. 2:23-cv-0932-JHC<br><br>ORDER TO SEAL CONFIDENTIAL DOCUMENTS |

Plaintiff Federal Trade Commission ("FTC") and Defendant Amazon.com, Inc. ("Amazon") have filed the Stipulated Motion to File Under Seal Exhibits in Support of Defendants' Motions *in Limine*, Dkt. # 423. The Court has considered all filings concerning this matter and GRANTS the Stipulated Motion. The Court hereby ORDERS that the Sealed Material, as described in paragraph 5 of the Stipulated Motion, is hereby sealed.

**IT IS SO ORDERED.**

DATED this 12th day of August, 2025.

_____
John H. Chun
UNITED STATES DISTRICT JUDGE

ORDER ON STIPULATED MOTION
TO FILE UNDER SEAL
(2:23-cv-0932-JHC) - 1