The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>　　　　　　Defendants. | No. 2:23-cv-0932-JHC<br><br>JOINT STATEMENT ON SEALED ORDER DENYING DEFENDANTS' MOTION TO EXCLUDE DR. MARSHINI CHETTY'S TESTIMONY |

　　　Plaintiff Federal Trade Commission ("Plaintiff" or "FTC") and Defendants Amazon.com, Inc. ("Amazon"), Jamil Ghani, Russell Grandinetti, and Neil Lindsay file this Joint Statement in compliance with the Court order at Dkt. 417.

　　　1.　　On August 8, 2025, the Court denied Defendants' Rule 702 Motion to Exclude Dr. Marshini Chetty's Testimony. Dkt. 417 (the "Order"). The Court provisionally filed the Order under seal and directed the Parties to file a joint statement, on or before August 15, 2025, indicating what redactions, if any, should be included in the public version of the Order. *Id.*

　　　2.　　The FTC and Defendants agree that no redactions are necessary in the public version of the Order.

　　　DATED this 15th day of August, 2025.

JOINT STATEMENT ON SEALED ORDER
DENYING MOTION TO EXCLUDE
(2:23-cv-0932-JHC) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

```
 1
 2                                          DAVIS WRIGHT TREMAINE LLP
 3                                          By s/ Kenneth E. Payson
                                               Kenneth E. Payson, WSBA #26369
 4                                             James Howard, WSBA #37259
                                               920 Fifth Avenue, Suite 3300
 5                                             Seattle, WA  98104-1610
                                               Telephone: (206) 622-3150
 6                                             E-mail: kenpayson@dwt.com
                                                       jimhoward@dwt.com
 7
                                            COVINGTON & BURLING LLP
 8
                                               Stephen P. Anthony*
 9                                             Laura Flahive Wu*
                                               Laura M. Kim*
10                                             John D. Graubert*
                                               850 Tenth Street, NW
11                                             Washington, DC  20001
                                               Telephone: (206) 662-5105
12                                             E-mail: santhony@cov.com
                                                       lflahivewu@cov.com
13                                                     lkim@cov.com
                                                       jgraubert@cov.com
14                                             John E. Hall*
                                               415 Mission Street, Suite 5400
15                                             San Francisco, CA  94105
                                               Telephone: (415) 591-6855
16                                             E-mail: jhall@cov.com

17
                                               Megan L. Rodgers*
18                                             3000 El Camino Real
                                               Palo Alto, CA  94306
19                                             Telephone: (650) 632-4734
                                               E-mail: mrodgers@cov.com
20
                                               Anders Linderot*
21                                             620 Eighth Avenue
                                               New York, NY 10018
22                                             Telephone: (212) 841-1000
                                               Email: alinderot@cov.com
23
                                            HUESTON HENNIGAN LLP
24
                                               John C. Hueston*
25                                             Moez M. Kaba*
                                               Joseph A. Reiter*
26                                             523 West 6th Street, Suite 400
                                               Los Angeles, CA  90014
27                                             Telephone: (213) 788-4340
```

JOINT STATEMENT ON SEALED ORDER
DENYING MOTION TO EXCLUDE
(2:23-cv-0932-JHC) - 2

E-mail: jhueston@hueston.com
mkaba@hueston.com
jreiter@hueston.com

*admitted pro hac vice

Attorneys for Defendants
AMAZON.COM, INC., LINDSAY, GRANDINETTI, AND GHANI

*Approved and Agreed To By:*

By s/ *Olivia Jerjian*
    JONATHAN COHEN (D.C. Bar #483454)
    EVAN MENDELSON (D.C. Bar #996765)
    OLIVIA JERJIAN (D.C. Bar #1034299)
    JONATHAN W. WARE (DC Bar #989414)
    SANA CHAUDHRY (NY Bar #5284807)
    ANTHONY SAUNDERS (NJ Bar #008032001)
    Federal Trade Commission
    600 Pennsylvania Avenue NW
    Washington DC 20580
    (202) 326-2551; jcohen2@ftc.gov (Cohen)
    (202) 326-3320; emendelson@ftc.gov (Mendelson)
    (202) 326-2749; ojerjian@ftc.gov (Jerjian)
    (202) 326-2726; jware1@ftc.gov (Ware)
    (202) 326-2679; schaudhry@ftc.gov (Chaudhry)
    (202) 326-2917; asaunders@ftc.gov (Saunders)

COLIN D. A. MACDONALD (WSBA # 55243)
Federal Trade Commission
915 Second Ave., Suite 2896
Seattle, WA 98174-1097
(206) 220-4474; cmacdonald@ftc.gov

JEFFREY TANG (CA Bar # 308007)
Federal Trade Commission
10990 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
310-824-4303; jtang@ftc.gov (Tang)

RACHEL F. SIFUENTES
(IL Bar # 6304016; CA Bar # 324403)
Federal Trade Commission
230 S Dearborn Street, Room 3030
Chicago, IL 60604
312-960-5617; rsifuentes@ftc.gov (Sifuentes)

JOINT STATEMENT ON SEALED ORDER
DENYING MOTION TO EXCLUDE
(2:23-cv-0932-JHC) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

JOINT STATEMENT ON SEALED ORDER
DENYING MOTION TO EXCLUDE
(2:23-cv-0932-JHC) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax