The Honorable John H. Chun

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>   Plaintiff,<br><br>   v.<br><br>AMAZON.COM, INC., *et al*.<br><br>   Defendants. | Case No. 2:23-cv-0932-JHC<br><br>**STIPULATED MOTION TO CIRCULATE AN ONLINE QUESTIONNAIRE TO PROSPECTIVE JURORS BEFORE TRIAL**<br><br>**NOTE ON MOTION CALENDAR: AUGUST 26, 2025** |

STIPULATED MOTION TO
CIRCULATE AN ONLINE QUESTIONNAIRE TO
PROSPECTIVE JURORS BEFORE TRIAL
Case No. 2:23-cv-0932-JHC - 1

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-2551

## I. INTRODUCTION

The Federal Trade Commission and Defendants Amazon.com, Inc. ("Amazon"), Jamil Ghani, Russell Grandinetti, and Neil Lindsay respectfully stipulate and jointly move this Court to send a jury questionnaire to prospective jurors prior to trial, preferably through an online process such as SurveyMonkey,[1] to assist the Court and parties with efficiently selecting a fair and impartial jury. The parties' stipulated proposed online questionnaire is attached as **Exhibit A**. The questionnaire contemplated by this motion is intended to supplement, not replace, the usual in-court *voir dire* process.

A jury questionnaire sent out prior to trial will encourage complete and candid responses from potential jurors, allow counsel to make informed use of for-cause and peremptory challenges, promote judicial efficiency, and streamline the in-court *voir dire* process for prospective jurors. Moreover, an online questionnaire would greatly benefit judicial efficiency and preserve the resources of the Court and the parties by making it convenient for prospective jurors to provide information, and for the parties and the Court to obtain the information.

## II. ARGUMENT

As this Court is well-aware, this case concerns one of the most well-known companies in the world—Amazon—and one of the largest online subscription services—Amazon Prime. It is undisputed that Amazon has many millions of American customers and Prime has many millions of American members. Considering the prominence of the parties, the issues to be addressed in this matter, and the high likelihood that many of the potential jurors in this venue may have familiarity with the parties, issues, and possibly this case itself, the jury selection process here

---

[1] It is the FTC's understanding that SurveyMonkey is a preferred method of certain federal district courts for online jury questionnaires, as discussed herein.

STIPULATED MOTION TO
CIRCULATE AN ONLINE QUESTIONNAIRE
TO PROSPECTIVE JURORS BEFORE TRIAL
Case No. 2:23-cv-0932-JHC - 2

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

may be complex.  The parties thus respectfully request that the Court exercise its considerable discretion and implement an online jury questionnaire to supplement and provide valuable assistance to the in-court *voir dire* and jury selection process, under these special circumstances.

### A. Legal Standard

Under Federal Rules of Civil Procedure 47 "[t]he court may permit the parties or their attorneys to examine prospective jurors or may itself do so.  If the court examines the jurors, it must permit the parties or their attorneys to make any further inquiry it considers proper, or must itself ask any of their additional questions it considers proper." Fed. R. Civ. P. 47(a).  "Voir dire examination serves the dual purposes of enabling the court to select an impartial jury and assisting counsel in exercising peremptory challenges." *Mu'Min v. Virginia*, 500 U.S. 415, 431 (1991).

It is well established that the "scope of voir dire examination of jurors is within the sound discretion of the trial court." *Johnson v. United States*, 270 F.2d 721, 724 (9th Cir. 1959) (citing *Fredrick v. United States*, 163 F.2d 536, 550-51 (9th Cir. 1947)).  This discretion extends to the decision to submit a jury questionnaire to prospective jurors prior to trial.  *See United States v. Isaacson*, 752 F.3d 1291, 1301 (11th Cir. 2014) (explaining that district courts have "considerable discretion in deciding how best to pick a jury," and noting that "[w]ritten questionnaires are now a common complement to oral examination when selecting an effective and impartial jury"); *see also United States v. Cloud*, No. 1:19-CR-02032-SMJ-1, 2021 WL 7184483, at *2 (E.D. Wash. Dec. 8, 2021) (describing use of a pre-trial online jury questionnaire as part of the court's usual jury selection process); *Horton v. Parsons*, No. 17-CV-01915-JSC, 2023 WL 1975276, at *1 (N.D. Cal. Feb. 13, 2023) (efficient use of online jury questionnaire allowed for quick excusals of jurors).

STIPULATED MOTION TO
CIRCULATE AN ONLINE QUESTIONNAIRE
TO PROSPECTIVE JURORS BEFORE TRIAL
Case No. 2:23-cv-0932-JHC - 3

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

B.   **The Proposed Questionnaire Promotes Efficiency**

The parties' stipulated proposed online questionnaire would provide the parties and the Court with significant amounts of helpful information about prospective jurors in advance of trial, greatly promoting the efficient use of resources. A pre-trial questionnaire here allows for more candid, thoughtful, and accurate responses than could be obtained in the courtroom, as it allows jurors more time to think through questions and give complete answers. Jurors who might not otherwise feel comfortable speaking up in the courtroom about their opinions or situations may also be more inclined to share their views and information in writing. *See* Ellen Kreitzberg & Mary Procaccio-Flowers, JURYSELLAS § 13:1, *Introduction to capital voir dire*, JURY SELECTION: THE LAW, ART AND SCIENCE OF SELECTING A JURY (2024) ("In the privacy provided by a questionnaire, jurors are more likely to give candid, considered, honest, and thoughtful responses than they would in open court."). An out-of-court questionnaire also guards against jurors' influencing each other via in-court responses. Importantly, providing the parties and the Court with advanced information about each prospective juror will aid the process of in-court questioning by allowing for the preparation of follow-up questioning during *voir dire* in advance, reducing the time needed for that questioning, and permitting early assessments of potential for-cause challenges.

C.   **The Proposed Online Process Preserves Judicial Resources**

The use of an online pre-trial questionnaire is particularly likely to promote judicial economy here, as the administrative burden should be less than the use of in-court, paper questionnaires. It is the parties' understanding that the online survey services SurveyMonkey, which would be a cost-effective and easy-to-use online host for the questionnaire, is a preferred

STIPULATED MOTION TO
CIRCULATE AN ONLINE QUESTIONNAIRE
TO PROSPECTIVE JURORS BEFORE TRIAL
Case No. 2:23-cv-0932-JHC - 4

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

method of certain district courts and has been utilized in prior trials. *See, e.g.*,

https://cand.uscourts.gov/2025/06/notice-regarding-online-surveymonkey-juror-questionnaires/.

**III.   CONCLUSION**

For the foregoing reasons, the parties respectfully stipulate and jointly move the Court to send out an online jury questionnaire to prospective jurors, as provided in their stipulated proposed online questionnaire, attached as **Exhibit A**.

**LOCAL RULE 7(e) CERTIFICATION**

Undersigned counsel certify that this memorandum contains 922 words, in compliance with the Local Civil Rules.

Dated:  August 26, 2025.       /s/ *Rachel F. Sifuentes*
JONATHAN COHEN (DC Bar # 483454)
EVAN MENDELSON (DC Bar #996765)
OLIVIA JERJIAN (DC Bar #1034299)
JONATHAN WARE (DC Bar #989414)
ANTHONY SAUNDERS (NJ Bar #008032001)
SANA CHAUDHRY (NY Bar #5284807)

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington DC 20580

(202) 326-2551 (Cohen); -3320 (Mendelson); -2726 (Ware); -2749 (Jerjian); -2917 (Saunders); -2679 (Chaudhry)

JCohen2@ftc.gov; EMendelson@ftc.gov; JWare1@ftc.gov; OJerjian@ftc.gov; ASaunders@ftc.gov; SChaudhry@ftc.gov

COLIN D. A. MACDONALD (WSBA # 55243)
Federal Trade Commission
915 Second Ave., Suite 2896
Seattle, WA 98174
(206) 220-4474; CMacdonald@ftc.gov

STIPULATED MOTION TO CIRCULATE AN ONLINE QUESTIONNAIRE TO PROSPECTIVE JURORS BEFORE TRIAL — Case No. 2:23-cv-0932-JHC - 5 / Federal Trade Commission, 600 Pennsylvania Avenue NW, Washington, DC 20580, (202) 326-3320

STIPULATED MOTION TO
CIRCULATE AN ONLINE QUESTIONNAIRE
TO PROSPECTIVE JURORS BEFORE TRIAL
Case No. 2:23-cv-0932-JHC - 5

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320

1  
2  RACHEL F. SIFUENTES  
    (IL Bar #6304016; CA Bar #324403)  
3   Federal Trade Commission  
    230 S. Dearborn St., Room 3030  
    Chicago, IL 60604  
4   (312) 960-5617; RSifuentes@ftc.gov  

5   JEFFREY TANG (CA Bar #308007)  
    Federal Trade Commission  
6   10990 Wilshire Boulevard, Suite 400  
    Los Angeles, CA 90024  
7   (310) 824-4303; JTang@ftc.gov  

8   Attorneys for Plaintiff  
    FEDERAL TRADE COMMISSION  
9  
    *Approved and Agreed To By:*  
10  
    DAVIS WRIGHT TREMAINE LLP  
11  
    By:   s/ *Kenneth E. Payson*  
12        Kenneth E. Payson, WSBA #26369  
          James Howard, WSBA #37259  
13        920 Fifth Avenue, Suite 3300  
          Seattle, WA 98104-1610  
14        Telephone: (206) 622-3150  
          E-mail: kenpayson@dwt.com  
15        jimhoward@dwt.com  

16  COVINGTON & BURLING LLP  

17        Stephen P. Anthony*  
          Laura Flahive Wu*  
18        Laura M. Kim*  
          John D. Graubert*  
19        850 Tenth Street, NW  
          Washington, DC 20001  
20        Telephone: (206) 662-5105  
          E-mail:  santhony@cov.com  
21             lflahivewu@cov.com  
               lkim@cov.com  
22             jgraubert@cov.com  

23  

STIPULATED MOTION TO                                    Federal Trade Commission  
CIRCULATE AN ONLINE QUESTIONNAIRE                       600 Pennsylvania Avenue NW  
TO PROSPECTIVE JURORS BEFORE TRIAL                      Washington, DC 20580  
Case No. 2:23-cv-0932-JHC - 6                           (202) 326-3320

John E. Hall*
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-6855
E-mail: jhall@cov.com

Megan L. Rodgers*
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 632-4734
E-mail: mrodgers@cov.com

Anders Linderot*
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 841-1000
Email: alinderot@cov.com

HUESTON HENNIGAN LLP

   John C. Hueston*
   Moez M. Kaba*
   Joseph A. Reiter*
   523 West 6th Street, Suite 400
   Los Angeles, CA 90014
   Telephone: (213) 788-4340
   E-mail: jhueston@hueston.com
       mkaba@hueston.com
       jreiter@hueston.com

*admitted pro hac vice

Attorneys for Defendants
AMAZON.COM, INC., LINDSAY, GRANDINETTI, AND GHANI

STIPULATED MOTION TO
CIRCULATE AN ONLINE QUESTIONNAIRE
TO PROSPECTIVE JURORS BEFORE TRIAL
Case No. 2:23-cv-0932-JHC - 7

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320