# EXHIBIT A

**Proposed Online Juror Questionnaire**

Opening text:

You have been selected as a potential juror in a matter pending before this court. The information you will be providing in this form is for use by the court and the parties to learn information related to your service as a juror. There are no "right" or "wrong" answers, but it is important that you answer these questions truthfully and accurately. Please fill out the entire questionnaire.

Please do not discuss these questions or your answers with anyone, including any other prospective jurors. If anyone tries to discuss the questionnaire or case with you, please notify court staff immediately.

Information contained in this questionnaire will be kept confidential. It will be reviewed only by the judge and the attorneys for the parties.

You may learn some information about the issues in the case or the parties as you complete this questionnaire. You are instructed not to research or seek out more information about this case or the issues to be presented at trial. All of the information you will need to rule on this matter if you are selected as a juror will be provided by the parties at trial under the supervision of the judge. You will be asked under oath as you begin your service if you have complied with this order.

Thank you for your cooperation.

1. Are you a citizen of the United States?

2. Are you 18 years of age or older?

3. What is your primary residence?
    a. Has your primary residence for the past year been in the same county and state?
    b. If your answer is no to either or both questions, indicate the names and dates of other primary residences.

4. Do you read, write, speak, and understand the English language?

5. Are any charges now pending against you for a violation of state or federal law punishable by imprisonment for more than one year?
    a. If your answer is yes, please explain the following: the date and nature of the offense, the potential sentence imposed if convicted, and the name of the court.

6. Have you ever been convicted of a state or federal crime for which punishment could have been more than one year in prison?
    a. If your answer is yes, please explain the following: the date and nature of the offense, the sentence imposed, and the name of the court.
    b. If your answer is yes, were your civil rights restored?

7. Do you have a physical or mental disability that would interfere with or prevent you from serving as a juror?
    a. If yes, please explain why you are unable to serve. If you wish to serve, but require some sort of accommodation by the court, please indicate the accommodation required.

8. Does someone close to you have a physical or mental disability that would interfere with or prevent you from serving as a juror (e.g., due to caregiver responsibilities?)
    a. If yes, please explain why you are unable to serve. If you wish to serve, but require some sort of accommodation by the court, please indicate the accommodation required.

9. Do you have any of the following full-time occupations: public official of the United States, state, or local government who is elected to public office or directly appointed by one elected to office; member of any governmental police or regular fire department; member in active service of the armed forces of the United States?
    a. If you have a question about whether you fall under one of these categories, please indicate why.

10. Have you or a close family member ever served as an active or reserve member in the armed forces of the United States?
    a. If yes, please explain.

11. What is your race and ethnicity? Your answer to this question is required solely to avoid discrimination in juror selection and has absolutely no bearing on qualifications for jury service. In this way, the federal court can fulfill the policy of the United States, which is to provide jurors who are randomly selected from a fair cross section of the community.

12. What is your sex? Your answer to this question has no bearing on qualification for jury service. However, this information is helpful to the court for statistical reporting purposes and your response is appreciated.

13. If you are employed, who is your employer and what is your occupation?
    a. If yes:
    b. Are you employed on a full-time or part-time basis?
    c. Are you self-employed (for example, do you own your own business)?
    d. If no:

      e.    What was your most recent employer and occupation?

14. Are you currently or have you ever been employed by a large corporation?
    a. If yes, what was the corporation and what was your position?
    b. If yes, did you have a favorable or unfavorable opinion of your experience?

15. Are you currently or have you ever been employed by a technology startup?
    a. If yes, what was the company and what your position?
    b. If yes, did you have a favorable or unfavorable opinion of your experience?

16. Have you ever been fired from your employment?

17. Have you ever been a member of a union?

18. Are you a student?
    a. If yes, are you a full-time student or part-time student?

19. Have you, a relative, or a close friend ever been employed by a federal, state, or local government, including but not limited to law enforcement?

20. Have you ever seriously thought of working in law enforcement?  If yes, please identify the agency.

21. Have you, a relative or close friend ever had any education, training, or work experience in the legal field, including but not limited to practicing criminal or civil law?

22. What is your household income, approximately?

23. What is the highest level of formal education you have completed? Your answer to this question has no bearing on qualification for jury service.
    a. If you have achieved any degrees after high school, please list those degrees and your area of study.

24. If one of the following categories applies to you and you wish to be excused for that reason, please indicate which category you fall into and that you wish to be excused:  a person aged 75 years or older, and you wish to be excused; a person having served as grand or petit juror in federal court within the last two years; or a person who serves without compensation as a volunteer firefighter or member of a rescue squad or ambulance crew for a federal, state, or local government agency.

25. What is your marital status?  Your answer to this question has no bearing on qualification for jury service.  However, your response is appreciated.

26. Have you been involved in a civil case before as a plaintiff, defendant, or witness?
    a. If yes, what were the circumstances?

27. Have you or a close friend or a family member ever sued someone or been sued?
    a. If yes, what were the circumstances of that case?

28. Have you or someone close to you ever been involved in a dispute with the federal government?
    a. If yes, what were the circumstances?

29. Have you or anyone close to you ever been negatively impacted by the improper actions of a corporation or corporate executives?

30. Are you familiar with the Federal Trade Commission, also known as the FTC? If yes, please explain your understanding of the FTC.

31. Have you or someone close to you ever submitted a complaint to a federal, state, or local government agency, such as the Federal Trade Commission?
    a. If yes, what were the circumstances?
    b. If yes, was the matter resolved to your satisfaction? Please explain.

32. Have you or someone close to you ever submitted a complaint to a non-profit consumer protection organization, such as the Better Business Bureau?
    a. If yes, what were the circumstances?
    b. If yes, was the matter resolved to your satisfaction? Please explain.

33. Have you ever served on a jury before?
    a. If yes, please explain how long ago that was and whether that was in a criminal case, a civil case, or as a member of the grand jury.
    b. If yes, without stating the verdict, please state whether the jury reached a verdict.

34. What are your sources for news, including print publications, television or cable programs, or online media such as websites, blogs or social media sites? Please list them here:
    a. If you do not follow the news, please explain why.

35. Do you listen to or watch podcasts?
    a. If yes, which ones?

36. Do you listen to talk radio?
    a. If yes, which programs?

37. Do you watch any legal or courtroom TV shows (*i.e.*, Law and Order, The Good Fight, Suits, The Lincoln Lawyer, etc.) or listen to any legal / crime-related podcast shows (*i.e.*, Serial, Crime Junkie, Morbid, Dateline NBC, etc.)?
    a. Yes, legal or courtroom TV shows
    b. Yes, legal or crime-related podcast shows
    c. Yes, both
    d. I do not watch or listen to any of the above.

38. What hobbies or activities do you like to do in your spare time?

39. Do you participate in any organizations, clubs, or advocacy groups?
    a. If yes, which ones?

40. Do you have a smart phone?
    a. If yes, how often do you use it?

41. Do you have a desktop computer or laptop?
    a. If yes, how often do you use it?

42. Do you have a tablet device?
    a. If yes, how often do you use it?

43. Do you use social media sites or apps?
    a. If yes, which ones?

44. Do you have any strong opinions about juries and/or the jury system, either favorable or unfavorable?  Please explain.

45. Do you have any strong opinions about federal government agencies, either favorable or unfavorable?  Please explain.

46. Do you have any strong opinions about large technology companies, either favorable or unfavorable?  Please explain.

47. Do you have any strong opinions about corporate executives, either favorable or unfavorable?  Please explain.

48. Do you have any strong opinions about corporate in-house lawyers, either favorable or unfavorable?  Please explain.

49. Do you have any strong opinions about the amount of damages that can be awarded to plaintiffs in civil lawsuits?  Please explain.

50. Do you have any political, moral, intellectual, or religious beliefs or opinions which might prevent you from following the Court's instructions on the law?  Please explain.

51. Do you practice a religion that would prevent you from sitting as a juror on any particular weekday or weeknight?  Please explain.

52. This trial is expected to last four weeks, starting on September 22, 2025.  Are there any holidays, events, or obligations that would prevent you from serving as a juror for the anticipated duration of the trial?
    a. If yes, please explain.

53. Do you have any education, training, or work experience in any of the following?
    a. Technology
    b. User Experience (UX) or User Interface (UI) Design
    c. User Research
    d. Marketing
    e. Web Design / Development

54. One of the parties in this action is Amazon.com, Inc ("Amazon").  Do you have any strong negative or positive feelings about Amazon (including Amazon.com, Amazon Web Services, and Whole Foods)?  Please explain.

55. Do you have any strong negative or positive feelings about holding individual employees or executives at a company liable for the company's actions?  Please explain.

56. Have you worked for, applied to work for, or had someone close to you work for, Amazon?
    a. If yes, please explain who it was, when they applied or worked for Amazon and the duration of their employment (if applicable)?

57. Please indicate how frequently you use the internet.
    a. Daily.
    b. A few times a week.
    c. More than 5 times a month.
    d. 1-5 times a month.
    e. A few times a year.

58. Do you shop online?
    a. If yes, please indicate how frequently you shop online.
        i. Daily.
        ii. A few times a week.
        iii. More than 5 times a month.

                iv. 1-5 times a month.
                v. A few times a year.
        b. If yes, please list the websites where you shop the most.
        c. If yes, please list the devices you use to shop online (*i.e.*, desktop computer, mobile phone).

59. Do you use a credit card?

60. Do you use any online payment methods (*i.e.*, Venmo, PayPal, Zelle)?

61. Have you shopped on Amazon, either online or in-store (including outside the US)?

62. Do you own stock in Amazon?

63. Have you had any negative experiences with Amazon (including Amazon.com, Amazon Web Services, and Whole Foods)? Please explain.

64. Are you currently a member of Amazon Prime?
        a. If no, have you previously been a member of Amazon Prime, but are not currently a member?
        b. If no, do you know what Amazon Prime is?

65. Do you have any strong opinions about Amazon Prime, either favorable or unfavorable? Please explain.

66. Do you have any strong opinions about subscription memberships that automatically renew, either favorable or unfavorable? Please explain.

67. Have you ever previously signed up for a free trial of a service?
        a. If yes, how many times?

68. Do you or anyone in your household have any paid subscriptions that automatically renew, such as on a monthly or annual basis (*e.g.*, Netflix, Spotify, Costco, gym memberships)?
        a. If yes, please list them here.
        b. If yes, have you ever shared your subscriptions with other people, such as family members and friends? Please explain.
        c. If no, have you or anyone in your household previously had any such subscriptions? Please list them here.

69. Have you ever been enrolled in an online subscription service without your knowledge or consent?

      a. If yes, please explain the circumstances, including what the online subscription service was?

70. Have you ever had trouble cancelling an online subscription service?
    a. If yes, please explain the circumstances, including what the online subscription service was?

71. Have you ever accidentally cancelled a subscription without intending to?
    a. If yes, please explain the circumstances, including what the online subscription service was?

72. Please indicate if you agree or disagree with the following statement: "Technology companies regularly violate digital user consent (*e.g.*, change their terms and conditions without getting consent)."
    a. Agree
    b. Disagree
    c. No opinion

73. Please indicate if you agree or disagree with the following statement: "When a federal government agency (*e.g.*, the Federal Trade Commission) brings a lawsuit against a company, the company probably did what it is accused of."
    a. Agree
    b. Disagree
    c. No opinion

74. Please indicate if you agree or disagree with the following statement: "There is not enough business competition in the U.S. today."
    a. Agree
    b. Disagree
    c. No opinion

75. Please indicate if you agree or disagree with the following statement: "Corporate greed is ruining the world."
    a. Agree
    b. Disagree
    c. No opinion

76. Please indicate if you agree or disagree with the following statement: "Most lawsuits are brought by people looking to sue 'deep pockets' ."
    a. Agree
    b. Disagree
    c. No opinion

Affirmation

Do you affirm that the answers you have given here are true and accurate to the best of your ability?  Please type your full name indicating that the answer is "yes."

If you had any assistance in filling out this questionnaire, the person who helped you must indicate his or her name, and the reason why, in this space.  Otherwise, leave this space blank