# Exhibit 1

it, and therefore could not take the cancellation survey.

It is also undisputed that clarity changes in the UPDP, described above, correspond to fluctuations in "did not intend" responses. For example, ▮ of Prime members who enrolled from September-December 2020, when Amazon implemented short-lived clarity improvements, later stated that they did not intend to sign up for Prime. Att. 72 at 45-47. Once Amazon undid these changes, unintentional enrollment increased by over ▮ with ▮ of all UPDP respondents saying they "did not intend" to sign up. *Id.* Then, when Amazon, in February 2022, implemented certain half-measures in response to the FTC's investigation (*see supra* pp. 25-28), the unintentional enrollment percentage dropped to ▮ between the ▮ rate from late 2020 and the ▮ rate following the December reversal. *Id.*

Similarly, it is undisputed that almost ▮ subscribers who enrolled through the first image below (Figure 17), as part of a Content Testing experiment, indicated they did not intend to enroll, when compared to the second, clearer version. Specifically, ▮ of survey respondents who signed up through the top image "did not intend" to sign up, compared to ▮ of people who enrolled through the bottom version. Att. 74 ¶¶ 10-11; Att. 134 at 6.



*Figure 17: UPDP from January 2021 Experiment (Att. 134 at 6)*

PLAINTIFF'S MOTION FOR PARTIAL
SUMMARY JUDGMENT
Case No. 2:23-cv-0932-JHC - 29

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320