# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC., *et al.*<br><br>    Defendants. | Case No. 2:23-cv-0932-JHC<br><br>**ORDER GRANTING IN PART STIPULATED MOTION TO CIRCULATE AN ONLINE QUESTIONNAIRE TO PROSPECTIVE JURORS BEFORE TRIAL** |

Plaintiff Federal Trade Commission (FTC) and Defendants Amazon.com, Inc., Jamil Ghani, Russell Grandinetti, and Neil Lindsay, having filed the Stipulated Motion to Circulate an Online Questionnaire to Prospective Jurors Before Trial (Stipulated Motion), Dkt. # 434, and the Court having considered all filings concerning this matter, the Stipulated Motion is GRANTED in part.  The Court hereby ORDERS that the parties' stipulated proposed online questionnaire be sent to prospective jurors before trial with the modification that the following questions be removed, as they are duplicates of the questions completed by prospective jurors during the qualification process: 1, 2, 4, 5, 6, 7, 11, 12, 24, 52.

    **IT IS SO ORDERED.**

//

DATED this 2nd day of September, 2025.

_John H. Chun_
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE