| Exhibit A | | | | |
| --- | --- | --- | --- | --- |
| **Plaintiff FTC's Witness List** | | | | |
| **Name** | **Address** | **Will Testify or Possible Witness** | **Nature of Expected Testimony** | **Stipulations, Objections, and Reservations of Rights** |
| Amazon.com, Inc. | Laura Flahive Wu Covington & Burling LLP 850 Tenth Street, NW Washington, DC 20001 | Will Testify | The FTC's claims and Defendants' defenses; consumer redress, injunctive relief, and civil penalties, if any. | The FTC has served a trial subpoena on Amazon, but also designated deposition transcripts out of an abudance of caution. Should the Court grant any motion to quash the FTC's trial subpoena, the FTC reserves its rights to respond to Amazon's objections to those designations.<br><br>Further, the FTC objects to Defendants' use of any questioning that took place during this witness's deposition for any purpose, or reliance on any objections made during this deposition, because Defendants' counsel at the deposition was not authorized to practice before this Court at the time.  *See* LCR 83.2, 83.3. |

| Babcock, Michael | 14135 County Road 201 Loop Plantersville, TX 77363 | Will Testify | Babcock, a consumer, will testify about his enrollment and cancellation experience. | The FTC expects Mr. Babcock to appear in person at trial, but also designated deposition transcripts in the event he is unavailable, out of an abudance of caution.  The FTC reserves all rights to respond to Amazon's objections to those designations.<br><br>The FTC objects to Defendants' use of any questioning that took place during this witness's deposition for any purpose, or reliance on any objections made during this deposition, because Defendants' counsel at the deposition was not authorized to practice before this Court at the time.  *See* LCR 83.2, 83.3. |

| | | | | |
|---|---|---|---|---|
| Basta, Amanda | Jonathan Cohen<br>Federal Trade<br>Commission<br>600 Pennsylvania<br>Avenue, NW<br>Washington, DC 20580 | Will Testify | Basta will testify about equitable estoppel and related equitable issues. | The parties have agreed to a "one-up, one-down" rule, pursuant to which no witness will have to testify more than once.  The FTC agreed to make Ms. Basta available to testify in person concerning equitable issues.  However, Ms. Basta departed the FTC for another position and now resides in New England.  To the extent Defendants seek to examine her on jury questions, pursuant to the one-up, one-down rule her testimony concerning equitable issues should occur outside the jury's presence on the same day as her testimony concerning jury questions. Ms. Basta is unavailable to travel across the country twice or stay in Seattle for an extended period, and will not do so. |
| Cardoso, Zachery | 2070 University ST SE<br>Salem, OR 97302-2102 | Will Testify | Cardoso, a consumer, will testify about his enrollment and cancellation experience. | The FTC objects to Defendants' use of any questioning that took place during this witness's deposition for any purpose, or reliance on any objections made during this deposition, because Defendants' counsel at the deposition was not authorized to practice before this Court at the time.  *See* LCR 83.2, 83.3. |

| | | | | |
|---|---|---|---|---|
| Chetty, Marshini | Jonathan Cohen Federal Trade Commission 600 Pennsylvania Avenue, NW Washington, DC 20580 | Will Testify | **Expert.**  Chetty, a Human-Computer Interaction expert, will testify regarding the subjects contained in her expert submissions. | |
| Edelstein, David | Thomas H. Bienert, Jr. Bienert Katzman Littrell Williams LLP 903 Calle Amanecer Suite 350 San Clemente, CA 92673 | Will Testify | **Hybrid fact-expert witness.** Prime enrollment and cancellation data, processes, and decision-making; Defendants' direct and implied knowledge; and non-retained expert testimony on issues including nonconsensual Prime enrollment and the Iliad cancellation process, as set forth more specifically in the FTC's Second Supplemental Expert Witness Disclosure. | |
| Fontenelle, Olivier | Laura Flahive Wu Covington & Burling LLP 850 Tenth Street, NW Washington, DC 20001 | Will Testify | Prime enrollment and cancellation data, processes, and decision-making; Defendants' direct and implied knowledge | The FTC objects to Defendants' use of any questioning that took place during this witness's deposition for any purpose, or reliance on any objections made during this deposition, because Defendants' counsel at the deposition was not authorized to practice before this Court at the time.  *See*  LCR 83.2, 83.3. |

| Gotschall, Mary Pat | Laura Flahive Wu<br>Covington & Burling LLP<br>850 Tenth Street, NW<br>Washington, DC 20001 | Will Testify | Prime enrollment and cancellation data, processes, and decision-making; Defendants' direct and implied knowledge. | |
|---|---|---|---|---|
| Green, Rachel | Thomas H. Bienert, Jr.<br>Bienert Katzman Littrell Williams LLP<br>903 Calle Amanecer Suite 350<br>San Clemente, CA 92673 | Will Testify | Prime enrollment and cancellation data, processes, and decision-making; Defendants' direct and implied knowledge. | The FTC objects to Defendants' use of any questioning that took place during this witness's deposition for any purpose, or reliance on any objections made during this deposition, because Defendants' counsel at the deposition was not authorized to practice before this Court at the time.  *See* LCR 83.2, 83.3. |
| Henry, Masuma | Thomas H. Bienert, Jr.<br>Bienert Katzman Littrell Williams LLP<br>903 Calle Amanecer Suite 350<br>San Clemente, CA 92673 | Will Testify | Prime enrollment and cancellation data, processes, and decision-making; Defendants' direct and implied knowledge. | |
| Holmes, Katherine | 233 Forest Road<br>Wallkill, NY 12589 | Will Testify | Holmes, a consumer, will testify about her enrollment and cancellation experience. | The FTC expects Ms. Holmes to appear in person at trial, but also designated deposition transcripts in the event she is unavailable, out of an abudance of caution.  The FTC reserves all rights to respond to Amazon's objections to those designations. |

| | | | | |
|---|---|---|---|---|
| Johnson, Katherine | Jonathan Cohen Federal Trade Commission 600 Pennsylvania Avenue, NW Washington, DC 20580 | Will Testify | Johnson will testify about equitable estoppel and related issues. | |
| Langner, Benjamin | Laura Flahive Wu Covington & Burling LLP 850 Tenth Street, NW Washington, DC 20001 | Will Testify | Equitable estoppel, ECF 371, ECF 404 and subjects contained therein; declarations submitted to the FTC; and Amazon's "privileged and confidential" marking practices. | |
| Mahoney, Neale | Federal Trade Commission Jonathan Cohen 600 Pennsylvania Avenue, NW Washington, DC 20580 | Will Testify | **Expert.** Mahoney, an economist, will testify regarding subjects contained in his expert submissions. | |
| Mascio, Monique | Thomas H. Bienert, Jr. Bienert Katzman Littrell Williams LLP 903 Calle Amanecer Suite 350 San Clemente, CA 92673 | Will Testify | Prime enrollment and cancellation data, processes, and decision-making; Defendants' direct and implied knowledge. | |

| | | | | |
|---|---|---|---|---|
| McDonald, Lena | 3800 Hunton CT North Chesterfield, VA 23235 | Will Testify | McDonald, a consumer, will testify about her enrollment and cancellation experience. | The FTC expects Ms. McDonald to appear in person at trial, but also designated deposition transcripts in the event she is unavailable, out of an abudance of caution.  The FTC reserves all rights to respond to Amazon's objections to those designations.<br><br>The FTC objects to Defendants' use of any questioning that took place during this witness's deposition for any purpose, or reliance on any objections made during this deposition, because Defendants' counsel at the deposition was not authorized to practice before this Court at the time.  *See*  LCR 83.2, 83.3. |
| Mitchell, Todd | 19 Leland Hill Road Sutton, MA 01590 | Will Testify | Mitchell, a consumer, will testify about his enrollment and cancellation experience. | The FTC objects to Defendants' use of any questioning that took place during this witness's deposition for any purpose, or reliance on any objections made during this deposition, because Defendants' counsel at the deposition was not authorized to practice before this Court at the time.  *See*  LCR 83.2, 83.3. |

| | | | | |
|---|---|---|---|---|
| Nelson, Reid | Laura Riposo VanDruff<br>Kelley Drye & Warren LLP<br>Washington Harbour<br>3050 K Street NW, Suite 400<br>Washington, DC 20007 | Will Testify | **Hybrid fact-expert witness.** Prime enrollment and cancellation data, processes, and decision-making; Defendants' direct and implied knowledge; and non-retained expert testimony on issues including nonconsensual Prime enrollment and the Iliad cancellation process, as set forth more specifically in the FTC's Second Supplemental Expert Witness Disclosure. | |
| O'Donnell, Molly | Thomas H. Bienert, Jr.<br>Bienert Katzman Littrell Williams LLP<br>903 Calle Amanecer Suite 350<br>San Clemente, CA 92673 | Will Testify | **Hybrid fact-expert witness.** Prime enrollment and cancellation data, processes, and decision-making; Defendants' direct and implied knowledge; and non-retained expert testimony on issues including nonconsensual Prime enrollment and the Iliad cancellation process, as set forth more specifically in the FTC's Second Supplemental Expert Witness Disclosure. | |

| Ressmeyer, Karen | Laura Flahive Wu Covington & Burling LLP 850 Tenth Street, NW Washington, DC 20001 | Will Testify | Equitable estoppel; Defendants' direct and implied knowledge. | |
|---|---|---|---|---|
| Rottner, Adam | Jonathan Cohen Federal Trade Commission 600 Pennsylvania Avenue, NW Washington, DC 20580 | Will Testify | Equitable estoppel; Prime enrollment and cancellation data, processes, and decision-making; Defendants' direct and implied knowledge; documents provided to the FTC by Amazon in this and other investigations; and 1006 summary information concerning privilege logs. | Because this witness is a current FTC employee, he will be made available to testify in both the FTC's case and in Amazon's case, if necessary. |
| Smuda (Jensen), Gloria | Laura Flahive Wu Covington & Burling LLP 850 Tenth Street, NW Washington, DC 20001 | Will Testify | Prime enrollment and cancellation data, processes, and decision-making; Defendants' direct and implied knowledge. | |
| Violette, William | Jonathan Cohen Federal Trade Commission 600 Pennsylvania Avenue, NW Washington, DC 20580 | Will Testify | **Expert.** Violette, an economist, will testify regarding subjects contained in his expert submissions; Rule 1006 submissions on Prime enrollment and cancellation data. | |

| Abramowicz, Caroline | Laura Flahive Wu Covington & Burling LLP 850 Tenth Street, NW Washington, DC 20001 | Possible Witness by Deposition Designation Only | Prime enrollment and cancellation data, processes, and decision-making; Defendants' direct and implied knowledge. | |
| --- | --- | --- | --- | --- |
| Blackburn, Jenny | Laura Flahive Wu Covington & Burling LLP 850 Tenth Street, NW Washington, DC 20001 | Possible Witness by Deposition Designation Only | Prime enrollment and cancellation data, processes, and decision-making; Defendants' direct and implied knowledge. | Pursuant to the parties "one-up, one-down" rule, designations from both of Ms. Blackburn's depositions should be played during the defense case. The FTC notes that playing its cross-examination first, before the defense's direct examination, is likely to confuse the jury and benefit neither party. However, if the Defendants do not agree to play all of Ms. Blackburn's designations (from both depositions) during the defense case, the FTC reserves the right to play its affirmative designations during the FTC's case-in-chief.

The FTC further reserves all rights to respond to Amazon's objections to the FTC's deposition designations. |
| Boulis, Anthony | Laura Flahive Wu Covington & Burling LLP 850 Tenth Street, NW Washington, DC 20001 | Possible Witness by Deposition Designation Only | Prime enrollment and cancellation data, processes, and decision-making; Defendants' direct and implied knowledge. | |

| | | | | |
|---|---|---|---|---|
| Brown, C.R. | Laura Flahive Wu<br>Covington & Burling LLP<br>850 Tenth Street, NW<br>Washington, DC 20001 | Possible Witness by Deposition Designation Only | **Hybrid fact-expert witness.** Prime enrollment and cancellation data, processes, and decision-making; Defendants' direct and implied knowledge; and non-retained expert testimony on issues including the Iliad cancellation process, as set forth more specifically in the FTC's Second Supplemental Expert Witness Disclosure. | |
| Everett, Ann | 469 Will Boone Road<br>Mocksville, NC 27028 | Possible Witness by Deposition Designation Only | Deposition designations regarding consumer Everett's enrollment and cancellation experience. | The FTC expects one or more consumer victims to appear in person at trial, but also designated deposition transcripts, including of Ms. Everett, in the event a witness is unavailable, out of an abudance of caution. The FTC reserves all rights to respond to Amazon's objections to those designations. |
| Hills, Benjamin | Laura Flahive Wu<br>Covington & Burling LLP<br>850 Tenth Street, NW<br>Washington, DC 20001 | Possible Witness by Deposition Designation Only | Prime enrollment and cancellation data, processes, and decision-making; Defendants' direct and implied knowledge. | |
| Hulmes, Colin | Laura Flahive Wu<br>Covington & Burling LLP<br>850 Tenth Street, NW<br>Washington, DC 20001 | Possible Witness by Deposition Designation Only | Prime enrollment and cancellation data, processes, and decision-making; Defendants' direct and implied knowledge. | |

| Kalim, Omar | Laura Flahive Wu Covington & Burling LLP 850 Tenth Street, NW Washington, DC 20001 | Possible Witness by Deposition Designation Only | Prime enrollment and cancellation data, processes, and decision-making; Defendants' direct and implied knowledge. | |
|---|---|---|---|---|
| Mead, Sara | Laura Flahive Wu Covington & Burling LLP 850 Tenth Street, NW Washington, DC 20001 | Possible Witness by Deposition Designation Only | Prime enrollment and cancellation data, processes, and decision-making; Defendants' direct and implied knowledge. | |
| Mittal, Pranav | Laura Flahive Wu Covington & Burling LLP 850 Tenth Street, NW Washington, DC 20001 | Possible Witness by Deposition Designation Only | Prime enrollment and cancellation data, processes, and decision-making; Defendants' direct and implied knowledge. | Becasue the FTC has not yet taken Mr. Mittal's deposition, it reserves the right to change Mr. Mittal's witness status or otherwise remove him from the witness list within a reasonable time after his deposition. |
| Schmitz, Erik | Laura Flahive Wu Covington & Burling LLP 850 Tenth Street, NW Washington, DC 20001 | Possible Witness by Deposition Designation Only | Prime enrollment and cancellation data, processes, and decision-making; Defendants' direct and implied knowledge. | |
| | | | | |

| Baidwan, Nikki | Laura Flahive Wu Covington & Burling LLP 850 Tenth Street, NW Washington, DC 20001 | Possible Witness | Prime enrollment and cancellation data, processes, and decision-making; Defendants' direct and implied knowledge. | Consistent with the parties' one-up, one-down agreement, the parties have agreed that Ms. Baidwan will testify only once, during the defense case, and that the FTC may both cross-examine Ms. Baidwan as well as examine her on any topic that would have been appropriate during the FTC's case-in-chief. |
|---|---|---|---|---|
| Balakrishnan, Sanjay | Laura Flahive Wu Covington & Burling LLP 850 Tenth Street, NW Washington, DC 20001 | Possible Witness | Prime enrollment and cancellation data, processes, and decision-making; Defendants' direct and implied knowledge. | The FTC objects to Defendants' use of any questioning that took place during this witness's deposition for any purpose, or reliance on any objections made during this deposition, because Defendants' counsel at the deposition was not authorized to practice before this Court at the time. *See* LCR 83.2, 83.3. |
| Bergey, Matthew | 1709 N 2nd St Apt 1 Harrisburg, PA 17102 | Possible Witness | Bergey, a consumer, may testify about his enrollment and cancellation experience. | The FTC expects one or more consumer victims to appear in person at trial, but also designated deposition transcripts, including of Mr. Bergey, in the event a witness is unavailable, out of an abundance of caution. The FTC reserves all rights to respond to Amazon's objections to those designations. |

| Bruhanov, Michael | Laura Flahive Wu Covington & Burling LLP 850 Tenth Street, NW Washington, DC 20001 | Possible Witness | Prime enrollment and cancellation data, processes, and decision-making; Defendants' direct and implied knowledge. | |
|---|---|---|---|---|
| Clark, David | Laura Flahive Wu Covington & Burling LLP 850 Tenth Street, NW Washington, DC 20001 | Possible Witness | Prime enrollment and cancellation data, processes, and decision-making; Defendants' direct and implied knowledge. | |
| Ghani, Jamil | Laura Flahive Wu Covington & Burling LLP 850 Tenth Street, NW Washington, DC 20001 | Possible Witness | Prime enrollment and cancellation data, processes, and decision-making; Defendants' direct and implied knowledge. | Consistent with the parties' one-up, one-down agreement, the parties have agreed that Mr. Ghani will testify only once, during the defense case, and that the FTC may both cross-examine Mr. Ghani as well as examine him on any topic that would have been appropriate during the FTC's case-in-chief. |
| Grandinetti, Russel | Laura Flahive Wu Covington & Burling LLP 850 Tenth Street, NW Washington, DC 20001 | Possible Witness | Prime enrollment and cancellation data, processes, and decision-making; Defendants' direct and implied knowledge. | Consistent with the parties' one-up, one-down agreement, the parties have agreed that Mr. Grandinetti will testify only once, during the defense case, and that the FTC may both cross-examine Mr. Grandinetti as well as examine him on any topic that would have been appropriate during the FTC's case-in-chief. |

| | | | | |
|---|---|---|---|---|
| Hankin, Jediah | Laura Flahive Wu Covington & Burling LLP 850 Tenth Street, NW Washington, DC 20001 | Possible Witness | Prime enrollment and cancellation data, processes, and decision-making; Defendants' direct and implied knowledge. | |
| Ikeda, Emily | Laura Flahive Wu Covington & Burling LLP 850 Tenth Street, NW Washington, DC 20001 | Possible Witness | Prime enrollment and cancellation data, processes, and decision-making; Defendants' direct and implied knowledge. | The FTC objects to Defendants' use of any questioning that took place during this witness's deposition for any purpose, or reliance on any objections made during this deposition, because Defendants' counsel at the deposition was not authorized to practice before this Court at the time. *See* LCR 83.2, 83.3. |
| Kim, Laura | Laura Flahive Wu Covington & Burling LLP 850 Tenth Street, NW Washington, DC 20001 | Possible Witness | Equitable estoppel; Defendants' direct and implied knowledge. | Amazon has represented that Ms. Kim will appear in person, but the FTC reserves all rights as to making deposition designations should Ms. Kim fail to appear or be otherwise unavailable, as previously submitted to Defendants. |

| Leung, Lisa | Laura Flahive Wu Covington & Burling LLP 850 Tenth Street, NW Washington, DC 20001 | Possible Witness | Prime enrollment and cancellation data, processes, and decision-making; Defendants' direct and implied knowledge. | Consistent with the parties' one-up, one-down agreement, the parties have agreed that Ms. Leung will testify only once, during the defense case, and that the FTC may both cross-examine Ms. Leung as well as examine her on any topic that would have been appropriate during the FTC's case-in-chief.

Amazon has represented that Ms. Leung will appear in person, but the FTC reserves all rights as to making deposition designations should Ms. Leung fail to appear or be otherwise unavailable, as previously submitted to Defendants. |
|---|---|---|---|---|
| Lindsay, Neil | Laura Flahive Wu Covington & Burling LLP 850 Tenth Street, NW Washington, DC 20001 | Possible Witness | Prime enrollment and cancellation data, processes, and decision-making; Defendants' direct and implied knowledge. | Consistent with the parties' one-up, one-down agreement, the parties have agreed that Mr. Lindsay will testify only once, during the defense case, and that the FTC may both cross-examine Mr. Lindsay as well as examine him on any topic that would have been appropriate during the FTC's case-in-chief. |
| Morey, Rex | Laura Flahive Wu Covington & Burling LLP 850 Tenth Street, NW Washington, DC 20001 | Possible Witness | Prime enrollment and cancellation data, processes, and decision-making; Defendants' direct and implied knowledge. | The FTC objects to Defendants' use of any questioning that took place during this witness's deposition for any purpose, or reliance on any objections made during this deposition, because Defendants' counsel at the deposition was not authorized to practice before this Court at the time.  *See* LCR 83.2, 83.3. |

| | | | | |
|---|---|---|---|---|
| Ogborn, Ryan | Laura Flahive Wu Covington & Burling LLP 850 Tenth Street, NW Washington, DC 20001 | Possible Witness | Prime enrollment and cancellation data, processes, and decision-making; Defendants' direct and implied knowledge. | |
| Smith, Brian | Cedar Cove Way, Unit 101 Woodbridge, VA 22191 | Possible Witness | Smith, a consumer, may testify about his enrollment and cancellation experience. | The FTC objects to Defendants' use of any questioning that took place during this witness's deposition for any purpose, or reliance on any objections made during this deposition, because Defendants' counsel at the deposition was not authorized to practice before this Court at the time. *See* LCR 83.2, 83.3. |
| TBD | Jonathan Cohen Federal Trade Commission 600 Pennsylvania Avenue, NW Washington, DC 20580 | Possible Witness | Receipt of and authenticity of documents by the FTC in the FTC/Amazon competition investigation and litigation. | The parties are currently negotiating a stipulation concerning authenticity that would obviate the need for this potential witness. |