## APPENDIX B – DEFENDANTS' WITNESS LIST

| Witness Name | Will Testify vs. Possible Witness | Form of Testimony | Address or Counsel's Address | General Nature of Expected Testimony |
|---|---|---|---|---|
| **Abramowicz, Caroline** | Will Testify | Deposition | Hueston Hennigan 523 W 6th Street, Ste 400 Los Angeles, CA 90014 | Prime cancellation and retention processes, customer experience, and strategies; Prime enrollment processes, customer experience, and strategies; reports of customer frustrations relating to Prime enrollment and/or cancellation; efforts to study and resolve customer frustrations relating to Prime enrollment and/or cancellation; content testing and optimizing for Prime enrollment and cancellation customer experiences |
| **Agnihotri, Ishan** | Possible Witness | Live | Covington & Burling One CityCenter, 850 Tenth Street, NW Washington, DC 20001 | Prime enrollment processes, customer experience, and strategies; reports of customer frustrations relating to Prime enrollment and/or cancellation; efforts to study and resolve customer frustrations relating to Prime enrollment and/or cancellation; content testing and optimizing for Prime enrollment and cancellation customer experiences |
| **Angel, Ben** | Possible Witness | Live | Hueston Hennigan 523 W 6th Street, Ste 400 Los Angeles, CA 90014 | Customer Service processes, customer experience, and strategies; customer service data; Prime cancellation and retention processes, customer experience, and strategies |
| **Baidwan, Nikki** | Will Testify | Live | Covington & Burling One CityCenter, 850 Tenth Street, NW Washington, DC 20001 | Prime cancellation and retention processes, customer experience, and strategies; Prime enrollment processes, customer experience, and strategies; reports of customer frustrations relating to Prime enrollment and/or cancellation; efforts to study and resolve customer frustrations relating to Prime enrollment and/or cancellation; content testing and optimizing for Prime enrollment and cancellation customer experiences |
| **Balakrishnan, Sanjay** | Will Testify | Live | Hueston Hennigan 523 W 6th Street, Ste 400 Los Angeles, CA 90014 | Prime customer engagement processes, customer experience, and strategies; Prime cancellation and retention processes, customer experience, and |

0

| | | | | strategies; Prime enrollment processes, customer experience, and strategies; reports of customer frustrations relating to Prime enrollment and/or cancellation; efforts to study and resolve customer frustrations relating to Prime enrollment and/or cancellation; Prime goals and business strategy |
|---|---|---|---|---|
| **Basta, Amanda** | Will Testify | Live | Federal Trade Commission 600 Pennsylvania Avenue, NW Washington, D.C. 20580 | The FTC's investigation; the FTC's tolling allegations; the FTC's litigation conduct; Defendants' equitable defenses; Defendants' lack of knowledge; dark patterns; subscription practices |
| **Berkowitz, Lois** | Possible Witness | Deposition | 12211 N. Cloud Ridge Dr. Tucson, AZ 85755 | Berkowitz's own customer experience with Amazon and Prime, including Prime cancellation and enrollment |
| **Blackburn, Jenny** | Will Testify | Deposition | Adams, Duerk & Kamenstein 445 S. Figueroa St., Ste. 2300 Los Angeles, CA 90071 | User experience design principles and practices, including as applied to Prime enrollment and cancellation; user research principles and practices; reports of customer frustrations relating to Prime enrollment and/or cancellation; efforts to study and resolve customer frustrations, including those relating to Prime enrollment and/or cancellations |
| **Brown, C.R.** | Possible Witness | Deposition | Covington & Burling One CityCenter, 850 Tenth Street, NW Washington, DC 20001 | Prime cancellation and retention processes, customer experience, and strategies, including efforts to evolve and improve the customer experience; user experience design principles and practices, including as applied to Prime cancellation |
| **Bruhanov, Michael** | Possible Witness | Live | Covington & Burling One CityCenter, 850 Tenth Street, NW Washington, DC 20001 | Amazon checkout processes, customer experience, and strategies; Prime enrollment processes, customer experience, and strategies, including integration into the Amazon checkout process |
| **Chew, Chee** | Possible Witness | Live | Hueston Hennigan 523 W 6th Street, Ste 400 Los Angeles, CA 90014 | Prime enrollment processes, customer experience, and strategies; Prime customer engagement processes, customer experience, and strategies; efforts to study and resolve customer frustrations relating to Prime enrollment and/or cancellation |

| **Chiarella, Sharon** | Possible Witness | Live | 24510 SE Windsor Bl Sammamish, WA 9807 | Efforts to study and resolve customer frustrations, including those relating to Prime enrollment and/or cancellation |
|---|---|---|---|---|
| **Clark, Dave** | Possible Witness | Deposition | Williams & Connolly LLP 680 Maine Ave SW, Washington, D.C. 20024 | Prime goals and tenets; Prime cancellation and retention processes, customer experience, and strategies; Prime enrollment processes, customer experience, and strategies; efforts to study and resolve customer frustrations, including those relating to Prime enrollment and/or cancellation |
| **Cooper, James** | Will Testify | Live | Antonin Scalia Law School George Mason University 3301 Fairfax Drive Arlington, VA 22201 | Expert opinions described in detail in expert report |
| **Davidai, Nahshon** | Possible Witness | Live | Hueston Hennigan 523 W 6th Street, Ste 400 Los Angeles, CA 90014 | Prime cancellation and retention processes, customer experience, and strategies; Prime enrollment processes, customer experience, and strategies; reports of customer frustrations relating to Prime enrollment and/or cancellation; efforts to study and resolve customer frustrations relating to Prime enrollment and/or cancellation; content testing and optimizing for Prime enrollment and cancellation customer experiences |
| **Fontenelle, Olivier** | Possible Witness | Live | Hueston Hennigan 523 W 6th Street, Ste 400 Los Angeles, CA 90014 | Prime cancellation and retention processes, customer experience, and strategies, including efforts to evolve and improve the customer experience |
| **Fulmer, John** | Possible Witness | Live | Hueston Hennigan 523 W 6th Street, Ste 400 Los Angeles, CA 90014 | Amazon internal customer data, including data on purchases, Prime enrollment, Prime engagement, Prime cancellation, Prime benefits usage, customer service interactions |
| **Ghani, Jamil** | Will Testify | Live | Hueston Hennigan 523 W 6th Street, Ste 400 Los Angeles, CA 90014 | Lack of individual liability; to the extent possible, Prime cancellation and retention processes and strategies; to the extent possible, Prime enrollment processes and strategies; to the extent possible, reports of customer frustrations relating to Prime enrollment and/or cancellation; to the extent possible, efforts to study and resolve |

| | | | | |
|---|---|---|---|---|
| | | | | customer frustrations relating to Prime enrollment and/or cancellation; Prime goals and business strategy; to the extent possible, Prime customer engagement processes, customer experience, and strategies |
| **Goeltz, Benjamin** | Will Testify | Live | Hueston Hennigan 523 W 6th Street, Ste 400 Los Angeles, CA 90014 | Prime cancellation and retention processes, customer experience, and strategies, including efforts to evolve and improve the customer experience; reports of customer frustrations relating to Prime enrollment and/or cancellation; efforts to study and resolve customer frustrations relating to Prime enrollment and/or cancellation |
| **Gonzales, Enrique** | Possible Witness | Live | Hueston Hennigan 523 W 6th Street, Ste 400 Los Angeles, CA 90014 | Prime UX research and design team; user experience design principles and practices, including as applied to Prime enrollment and cancellation; reports of customer frustrations relating to Prime enrollment and/or cancellation; efforts to study and resolve customer frustrations, including those relating to Prime enrollment and/or cancellations |
| **Gotschall, Mary Pat** | Possible Witness | Live | Hueston Hennigan 523 W 6th Street, Ste 400 Los Angeles, CA 90014 | User research principles and practices; reports of customer frustrations relating to Prime enrollment and/or cancellation; efforts to study and resolve customer frustrations, including those relating to Prime enrollment and/or cancellations |
| **Grandinetti, Russell** | Will Testify | Live | Hueston Hennigan 523 W 6th Street, Ste 400 Los Angeles, CA 90014 | Lack of individual liability; to the extent possible, Prime cancellation and retention processes, customer experience, and strategies; to the extent possible, Prime enrollment processes, customer experience, and strategies;  to the extent possible, reports of customer frustrations relating to Prime enrollment and/or cancellation; to the extent possible, efforts to study and resolve customer frustrations relating to Prime enrollment and/or cancellation; to the extent possible, Prime customer engagement processes, customer experience, and strategies |

| **Greeley, Greg** | Will Testify | Live | Covington & Burling One CityCenter, 850 Tenth Street, NW Washington, DC 20001 | Prime customer engagement processes, customer experience, and strategies; Prime cancellation and retention processes, customer experience, and strategies; Prime enrollment processes, customer experience, and strategies; reports of customer frustrations relating to Prime enrollment and/or cancellation; efforts to study and resolve customer frustrations relating to Prime enrollment and/or cancellation; Prime goals and business strategy |
|---|---|---|---|---|
| **Gundimeda, Arun** | Possible Witness | Live | Hueston Hennigan 523 W 6th Street, Ste 400 Los Angeles, CA 90014 | Prime enrollment processes, customer experience, and strategies |
| **Hagen, Linnea** | Possible Witness | Live | Covington & Burling One CityCenter, 850 Tenth Street, NW Washington, DC 20001 | User research principles and practices, including as applied to studying the Prime customer experience; reports of customer frustrations relating to Prime enrollment and/or cancellation; efforts to study and resolve customer frustrations, including those relating to Prime enrollment and/or cancellations |
| **Hankin, Jediah** | Possible Witness | Deposition | Covington & Burling One CityCenter, 850 Tenth Street, NW Washington, DC 20001 | Prime enrollment processes, customer experience, and strategies; reports of customer frustrations relating to Prime enrollment and/or cancellation; efforts to study and resolve customer frustrations relating to Prime enrollment and/or cancellation |
| **Hills, Benjamin** | Will Testify | Deposition | Covington & Burling One CityCenter, 850 Tenth Street, NW Washington, DC 20001 | Prime cancellation and retention processes, customer experience, and strategies; Prime enrollment processes, customer experience, and strategies; reports of customer frustrations relating to Prime enrollment and/or cancellation; efforts to study and resolve customer frustrations relating to Prime enrollment and/or cancellation |
| **Hoffman, Donna** | Will Testify | Live | HN Research Group 804 Dolphin Cir Encinitas, CA 92024 | Expert opinions described in detail in expert report |
| **Hulmes, Colin** | Possible Witness | Deposition | Covington & Burling One CityCenter, 850 Tenth Street, NW Washington, DC 20001 | Studies and other activities of the Benchmarking organization; efforts to study and resolve customer frustrations, including those relating to Prime enrollment and/or cancellations |

0

| **Hunter, Miles** | Possible Witness | Live | Bienert Katzman Littrell Williams LLP 903 Calle Amanecer #350 San Clemente, CA 92673 | User research principles and practices, including as applied to studying the Prime customer experience; reports of customer frustrations relating to Prime enrollment and/or cancellation; efforts to study and resolve customer frustrations, including those relating to Prime enrollment and/or cancellations |
|---|---|---|---|---|
| **Ikeda, Emily** | Possible Witness | Live | Hueston Hennigan 523 W 6th Street, Ste 400 Los Angeles, CA 90014 | Prime cancellation and retention processes, customer experience, and strategies; Prime enrollment processes, customer experience, and strategies; reports of customer frustrations relating to Prime enrollment and/or cancellation; efforts to study and resolve customer frustrations relating to Prime enrollment and/or cancellation; content testing and optimizing for Prime enrollment and cancellation customer experiences |
| **Iyer, Sridhar** | Possible Witness | Live | Covington & Burling One CityCenter, 850 Tenth Street, NW Washington, DC 20001 | Prime enrollment processes, customer experience, and strategies; efforts to study and resolve customer frustrations relating to Prime enrollment and/or cancellation; content testing and optimizing for Prime enrollment and cancellation customer experiences |
| **Johnson, Katherine** | Will Testify | Live | Federal Trade Commission 600 Pennsylvania Avenue, NW Washington, D.C. 20580 | The FTC's investigation; the FTC's tolling allegations; Defendants' equitable defenses |
| **Kalim, Omar** | Possible Witness | Deposition | Covington & Burling One CityCenter, 850 Tenth Street, NW Washington, DC 20001 | Prime enrollment processes, customer experience, and strategies; reports of customer frustrations relating to Prime enrollment and/or cancellation; efforts to study and resolve customer frustrations relating to Prime enrollment and/or cancellation |
| **Kim, Laura** | Possible Witness | Live | Covington & Burling One CityCenter, 850 Tenth Street, NW Washington, DC 20001 | The FTC's investigation; the FTC's tolling allegations; and certain of Defendants' equitable defenses |

0

| **Kivetz, Ran** | Will Testify | Live | Columbia Business School<br>745 Kravis Hall<br>655 W 130th St<br>New York, NY 10027 | Expert opinions described in detail in expert report |
|---|---|---|---|---|
| **LaHood, Simone** | Possible Witness | Deposition | Covington & Burling One CityCenter, 850 Tenth Street, NW Washington, DC 20001 | Prime cancellation and retention processes, customer experience, and strategies, including efforts to evolve and improve the customer experience |
| **Leung, Lisa** | Will Testify | Live | Hueston Hennigan 523 W 6th Street, Ste 400 Los Angeles, CA 90014 | Prime customer engagement processes, customer experience, and strategies; Prime cancellation and retention processes, customer experience, and strategies; Prime enrollment processes, customer experience, and strategies; reports of customer frustrations relating to Prime enrollment and/or cancellation; efforts to study and resolve customer frustrations relating to Prime enrollment and/or cancellation; Prime goals and business strategy |
| **Lindsay, Neil** | Will Testify | Live | Hueston Hennigan 523 W 6th Street, Ste 400 Los Angeles, CA 90014 | Lack of individual liability; to the extent possible, Prime cancellation and retention processes, customer experience, and strategies; to the extent possible, Prime enrollment processes, customer experience, and strategies; to the extent possible, reports of customer frustrations relating to Prime enrollment and/or cancellation; to the extent possible, efforts to study and resolve customer frustrations relating to Prime enrollment and/or cancellation; Prime goals and business strategy; to the extent possible, Prime customer engagement processes, customer experience, and strategies |
| **Malhotra, Neel** | Possible Witness | Live | Hueston Hennigan 523 W 6th Street, Ste 400 Los Angeles, CA 90014 | Prime cancellation and retention processes, customer experience, and strategies; reports of customer frustrations relating to Prime enrollment and/or cancellation; efforts to study and resolve customer frustrations relating to Prime enrollment and/or cancellation; content testing and optimizing for Prime enrollment and cancellation customer experiences |

| Mason, Llew | Will Testify | Live | Hueston Hennigan 523 W 6th Street, Ste 400 Los Angeles, CA 90014 | Amazon.com checkout processes, customer experience, and strategies; prime enrollment processes, customer experience, and strategies; reports of customer frustrations relating to Prime enrollment and/or cancellation; efforts to study and resolve customer frustrations, including those relating to Prime enrollment and/or cancellations |
|---|---|---|---|---|
| McCrary, Justin | Will Testify | Live | 435 West 116th Street 521 Jerome Greene Hall New York, NY 10027 | Expert opinions described in detail in expert report |
| Mead, Sara | Possible Witness | Live | Covington & Burling One CityCenter, 850 Tenth Street, NW Washington, DC 20001 | Amazon checkout processes, customer experience, and strategies; Prime enrollment processes, customer experience, and strategies, including integration into the Amazon checkout process |
| Montgomery, J.D. | Will Testify | Live | 10401 Carriagepark Ct. Fairfax, VA 22032 | Montgomery's own customer experience with Amazon.com and Prime, including Prime cancellation and enrollment |
| Morey, Rex | Possible Witness | Live | Hueston Hennigan 523 W 6th Street, Ste 400 Los Angeles, CA 90014 | Prime goals and metrics; content testing and optimizing for Prime enrollment and cancellation customer experiences; efforts to understand changes and variations in key metrics related to Prime |
| Muus, Katey | Will Testify | Live | Hueston Hennigan 523 W 6th Street, Ste 400 Los Angeles, CA 90014 | User experience design principles and practices, including as applied to Prime enrollment and cancellation; user research principles and practices; reports of customer frustrations relating to Prime enrollment and/or cancellation; efforts to study and resolve customer frustrations, including those relating to Prime enrollment and/or cancellations |
| Ogborn, Ryan | Possible Witness | Live | Hueston Hennigan 523 W 6th Street, Ste 400 Los Angeles, CA 90014 | Amazon checkout processes, customer experience, and strategies; Prime enrollment processes, customer experience, and strategies; user experience design principles and practices, including as applied to Prime enrollment and cancellation |

0

| | | | | |
|---|---|---|---|---|
| **O'Leary, Kevin** | Possible Witness | Live | Hueston Hennigan 523 W 6th Street, Ste 400 Los Angeles, CA 90014 | Prime customer engagement processes, customer experience, and strategies; Prime cancellation and retention processes, customer experience, and strategies; content testing and optimization for Prime enrollment and cancellation customer experiences |
| **Osborne, Tyranny** | Possible Witness | Deposition | 7410 South Hayford Road, Apt H101 Spokane, WA 99224 | Osborne's own customer experience with Amazon and Prime, including Prime cancellation and enrollment |
| **Patrikios, Jay** | Possible Witness | Live | Hueston Hennigan 523 W 6th Street, Ste 400 Los Angeles, CA 90014 | Prime UX research and design team; user experience design principles and practices, including as applied to Prime enrollment and cancellation; reports of customer frustrations relating to Prime enrollment and/or cancellation; efforts to study and resolve customer frustrations, including those relating to Prime enrollment and/or cancellations |
| **Paulet, Danielle** | Possible Witness | Live | Hueston Hennigan 523 W 6th Street, Ste 400 Los Angeles, CA 90014 | Prime UX research and design team; user experience design principles and practices, including as applied to Prime enrollment and cancellation; reports of customer frustrations relating to Prime enrollment and/or cancellation; efforts to study and resolve customer frustrations, including those relating to Prime enrollment and/or cancellations |
| **Ramirez, Andy** | Possible Witness | Live | Covington & Burling One CityCenter, 850 Tenth Street, NW Washington, DC 20001 | Content testing and optimizing for Prime enrollment and cancellation customer experiences; efforts to study and resolve customer frustrations, including those relating to Prime enrollment and/or cancellations |
| **Rippey, Ed** | Possible Witness | Live | Covington & Burling One CityCenter, 850 Tenth Street, NW Washington, DC 20001 | Defendants' document review and production practices during litigation |
| **Robbins, John** | Possible Witness | Live | 715 S 2nd St. Chesterton, IN 46304 | Robbins's own customer experience with Amazon and Prime, including Prime cancellation and enrollment |
| **Rottner, Adam** | Will Testify | Live | Federal Trade Commission 600 Pennsylvania Avenue, NW Washington, D.C. 20580 | The FTC's investigation; the FTC's tolling allegations; Defendants' equitable defenses |

0

| Schmitz, Erik | Possible Witness | Deposition | Covington & Burling One CityCenter, 850 Tenth Street, NW Washington, DC 20001 | Prime enrollment processes, customer experience, and strategies; reports of customer frustrations relating to Prime enrollment and/or cancellation; efforts to study and resolve customer frustrations relating to Prime enrollment and/or cancellation |
| --- | --- | --- | --- | --- |
| **Sibay, Cem** | Will Testify | Live | Covington & Burling One CityCenter, 850 Tenth Street, NW Washington, DC 20001 | Prime customer engagement processes, customer experience, and strategies; Prime cancellation and retention processes, customer experience, and strategies; Prime enrollment processes, customer experience, and strategies; reports of customer frustrations relating to Prime enrollment and/or cancellation; efforts to study and resolve customer frustrations relating to Prime enrollment and/or cancellation; Prime goals and business strategy |
| **Srinivasan, Bharath** | Possible Witness | Live | Covington & Burling One CityCenter, 850 Tenth Street, NW Washington, DC 20001 | Prime cancellation and retention processes, customer experience, and strategies; Prime enrollment processes, customer experience, and strategies; reports of customer frustrations relating to Prime enrollment and/or cancellation; efforts to study and resolve customer frustrations relating to Prime enrollment and/or cancellation; Prime goals and business strategy |
| **Wakabayashi, Jun** | Possible Witness | Live | Hueston Hennigan 523 W 6th Street, Ste 400 Los Angeles, CA 90014 | Prime UX research and design team; efforts to study and resolve customer frustrations relating to Prime enrollment and/or cancellation |
| **Wilcox, Ron** | Will Testify | Live | Darden School of Business University of Virginia 100 Darden Blvd. Charlottesville, VA 22903 | Expert opinions described in detail in expert report |