UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　Plaintiff,<br><br>　v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>　　Defendants. | Case No. 2:23-cv-0932<br><br>**ORDER TO SEAL DECLARATION TO PLAINTIFF'S RESPONSE TO MOTIONS IN LIMINE** |

　　Plaintiff Federal Trade Commission ("FTC") and Defendant Amazon.com, Inc. (Amazon), having filed the Stipulated Motion to Seal Declaration to Plaintiff's Response to Motions *In Limine* (Stipulated Motion) (Dkt. # 452), and the Court having considered all filings concerning this matter, the Stipulated Motion is GRANTED.  The Court hereby ORDERS that the Sealed Material, as described in paragraph 5 of the Stipulated Motion, is hereby sealed.

**IT IS SO ORDERED.**

ORDER TO SEAL
DECLARATION TO PLAINTIFF'S RESPONSE
TO MOTIONS IN LIMINE
Case No. 2:23-cv-0932 - 1

Dated this 3rd day of September, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE