UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>                Defendants. | No. 2:23-cv-0932-JHC<br><br>STIPULATED MOTION AND ORDER REGARDING TIMEKEEPING AT TRIAL |

Plaintiff Federal Trade Commission ("FTC") and Defendants Amazon.com, Inc. ("Amazon"), Neil Lindsay, Russell Grandinetti, and Jamil Ghani, by and through their counsel, respectfully request that the Court enter the proposed Order set forth below regarding timekeeping procedures for trial. In support of this motion, the parties stipulate and agree as follows:

    1.    Trial in this case is set for 20 court days, commencing on Monday, September 22, 2025. *See* Dkts. 199, 413. Each side shall have 10 court days to present their case, across both the jury and judge-only phases of the trial. Dkt. 413.

    2.    As explained by the Court at the September 5, 2025 pretrial conference in this matter, each court day consists of 5.5 hours of on-the-record time. Accordingly, each side shall have 55 hours to present their case and may allocate those hours as they see fit.

STIPULATED MOTION AND
ORDER REGARDING TIMEKEEPING AT TRIAL
(2:23-cv-0932-JHC) - 1

3.  A chess-clock method shall be used to track time used by each side. All court time used by a party shall be charged to that party, including: all time used to question a witness, whether during the party's case-in-chief or not; all deposition designations made by that party, including affirmative designations, counter designations, and counter-counter designations; opening statements; and closing arguments.

4.  The parties shall be responsible for tracking the time used by each side. At the conclusion of each court day, the parties will meet and confer regarding their timekeeping for that day. The parties will attempt in good faith to resolve any timekeeping disputes; any unresolved disputes will be raised to the Court on the next court day, outside the presence of the jury.

5.  Either party may seek relief from the Court from the time limit or to adjust the timekeeping for good cause, including, without limitation, undue delay caused by the other party and resulting in prejudice, or any other equitable consideration that may arise during trial and was not reasonably foreseeable at the beginning of trial. A party's failure to properly manage its allocated time does not qualify as good cause. If the Court grants a party relief from the time limit, it may in its discretion grant reciprocal relief to the other party.

IT IS STIPULATED.

I certify that this memorandum contains 364 words, in compliance with the Local Civil Rules.

DATED this 9th day of September, 2025.

DAVIS WRIGHT TREMAINE LLP

By *s/ Kenneth E. Payson*
Kenneth E. Payson, WSBA #26369
James Howard, WSBA #37259
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Fax: (206) 757-7700
E-mail: kenpayson@dwt.com
         jimhoward@dwt.com

STIPULATED MOTION AND
ORDER REGARDING TIMEKEEPING AT TRIAL
(2:23-cv-0932-JHC) - 2

```
                                    COVINGTON & BURLING LLP

                                    Stephen P. Anthony*
                                    Laura Flahive Wu*
                                    Laura M. Kim*
                                    John D. Graubert*
                                    850 Tenth Street, NW
                                    Washington, DC  20001
                                    Telephone: (206) 662-5105
                                    E-mail: santhony@cov.com
                                            lflahivewu@cov.com
                                            lkim@cov.com
                                            jgraubert@cov.com

                                    John E. Hall*
                                    415 Mission Street, Suite 5400
                                    San Francisco, CA  94105
                                    Telephone: (415) 591-6855
                                    E-mail: jhall@cov.com

                                    Megan L. Rodgers*
                                    3000 El Camino Real
                                    Palo Alto, CA  94306
                                    Telephone: (650) 632-4734
                                    E-mail: mrodgers@cov.com

                                    Anders Linderot*
                                    620 Eighth Avenue
                                    New York, NY 10018
                                    Telephone: (212) 841-1000
                                    Email: alinderot@cov.com

                                    HUESTON HENNIGAN LLP

                                    John C. Hueston*
                                    Moez M. Kaba*
                                    Joseph A. Reiter*
                                    523 West 6th Street, Suite 400
                                    Los Angeles, CA  90014
                                    Telephone: (213) 788-4340
                                    E-mail: jhueston@hueston.com
                                            mkaba@hueston.com
                                            jreiter@hueston.com

                                    *admitted pro hac vice

                                    Attorneys for Defendant
                                    AMAZON.COM, INC.

                                    By s/ Jeffrey Tang
                                       Evan Mendelson (D.C. Bar #996765)
                                       Olivia Jerjian (D.C. Bar #1034299)
                                       Sana Chaudhry (NY Bar #5284807)
```

STIPULATED MOTION AND
ORDER REGARDING TIMEKEEPING AT TRIAL
(2:23-cv-0932-JHC) - 3

Anthony Saunders (NJ Bar #008032001  
Jonathan Cohen (D.C. Bar #483454)  
Jonathan Ware (D.C. Bar #989414)  
Eli Freedman (CA Bar #345432)  
Federal Trade Commission  
600 Pennsylvania Avenue NW  
Washington, DC 20580  
(202) 326-3320; emendelson@ftc.gov  
(202) 326-2749; ojerjian@ftc.gov  
(202) 326-2679; schaudhry@ftc.gov  
(202) 326-2917; asaunders@ftc.gov  
(202) 326-2551; jcohen2@ftc.gov  
(202) 326-2726; jware1@ftc.gov  
(202) 326-2030; efreedman@ftc.gov  

Colin D. A. MacDonald (WSBA #55243)  
Federal Trade Commission  
915 Second Avenue, Suite 2896  
Seattle, WA 98174-1097  
(206) 220-4474; cmacdonald@ftc.gov  

Jeffrey Tang (CA Bar #308007)  
Federal Trade Commission  
10990 Wilshire Boulevard, Suite 400  
Los Angeles, CA 90024  
(310) 824-4303; jtang@ftc.gov  

Rachel F. Sifuentes (IL Bar #6304016; CA Bar #324403)  
Federal Trade Commission  
230 S Dearborn Street, Room 3030  
Chicago, IL 60604  
(312) 960-5617; rsifuentes@ftc.gov  

Attorneys for Plaintiff  
FEDERAL TRADE COMMISSION

## ORDER

IT IS SO ORDERED.

Dated this 9th day of September, 2025.

_____
John H. Chun
United States District Judge