The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>    Defendants. | Case No. 2:23-cv-0932<br><br>**MOTION TO TEMPORARILY SEAL PLAINTIFF'S MOTIONS TO ESTABLISH THAT NO MATERIAL DIFFERENCES EXIST BETWEEN CERTAIN REPRESENTATIVE FLOWS AND ESTABLISH CERTAIN FACTS, AND FOR JUDICIAL NOTICE, AND SUPPORTING DOCUMENTATION**<br><br>NOTE ON MOTION CALENDAR:<br>September 9, 2025 |

Pursuant to Local Civil Rule 5(g), Plaintiff Federal Trade Commission ("Plaintiff" or "FTC") respectfully moves the Court to temporarily seal, for seven days, Plaintiff's Motion to Establish that No Material Differences Exist Between Certain Representative Flows and Establish Certain Facts, Plaintiff's Motion for Judicial Notice (the "Motions"), and documents cited therein.  In support of this Motion, Plaintiff states as follows.

PLAINTIFF'S MOTION TO TEMPORARILY SEAL
PLAINTIFF'S MOTIONS TO ESTABLISH FACTS,
FOR JUDICIAL NOTICE, AND MATERIALS CITED
Case No. 2:23-cv-0932

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-2551

1

1. On September 5, 2025, at the pretrial conference in this matter, Plaintiff proposed to file the Motions. The Court agreed the Plaintiff could so file and requested a time frame; Plaintiffs proposed to file by September 9, 2025.

2. The Court's Protective Order (ECF No. 124 ¶ 5.4) and Local Rule 5(g)(1)(A) require that the Party seeking to file information designated as Confidential Material confer with the Designating Party to determine "whether the designating party will remove the confidential designation, whether the document can be redacted, or whether a motion to seal or stipulation and proposed order is warranted." Defendants designated materials upon which the FTC relies in the Motions as confidential during discovery. Accordingly, at 2:30pm Eastern time/11:30am Pacific time on September 8, 2025, the FTC provided Defendants a list of documents Defendants had designated as confidential that the FTC intended to file with, and cite in, the Motions. These documents consisted principally of representative images of Amazon Prime enrollment flows Defendants produced during the FTC's investigation or this litigation, in addition to two other documents Defendants produced to the FTC.

3. Defendants were not able to fully review the documents the FTC identified by 11:30pm Eastern time/8:30pm Pacific time on September 9, 2025, and proposed to provide their proposed redactions and a stipulated seal motion for the FTC's review on September 10, 2025.

4. Given the short time remaining before trial, and the Court's expectation that the Motions would be filed by September 9, 2025, the FTC accordingly moves to file the Motions and supporting documents under temporary seal to avoid delaying the Court's consideration of the Motions while giving Defendants time to propose permanent redactions and a stipulated seal motion. The FTC moves to temporarily seal the Motions and all supporting documents for seven

PLAINTIFF'S MOTION TO TEMPORARILY SEAL
PLAINTIFF'S MOTIONS TO ESTABLISH FACTS,
FOR JUDICIAL NOTICE, AND MATERIALS CITED
Case No. 2:23-cv-0932

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-2551

days and will work expeditiously with Defendants to move for a more limited permanent seal of materials Defendants identify in accordance with the Protective Order and the Local Rules.

5. Based on the foregoing, the FTC respectfully requests that the Court grant this motion through entry of the attached Proposed Order.

## LOCAL RULES 5(g)(3)(A), 7(e) CERTIFICATION

Pursuant to Local Rule 5(g)(3)(A), undersigned counsel certify that they met and conferred by email with Defendants' counsel from September 8-9, 2025, regarding the issues reflected in this Motion. The parties' counsel sought thereby to reach agreement on materials to be sealed, minimize the amount of material filed under seal, and explore redactions and other alternatives to filing under seal. Undersigned counsel certifies the parties were unable to reach agreement on materials to be filed under permanent seal given the short time available before the filing of the Motions.

Undersigned counsel also certify that this memorandum contains 409 words, in compliance with the Local Civil Rules.

Dated: September 9, 2025         /s/ Jonathan Cohen

JONATHAN COHEN (D.C. Bar #483454)
EVAN MENDELSON (D.C. Bar #996765)
OLIVIA JERJIAN (D.C. Bar #1034299)
JONATHAN W. WARE (DC Bar #989414)
SANA CHAUDHRY (NY Bar #5284807)
ANTHONY SAUNDERS (NJ Bar #008032001)
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington DC 20580
(202) 326-2551; jcohen2@ftc.gov (Cohen)
(202) 326-3320; emendelson@ftc.gov (Mendelson)
(202) 326-2749; ojerjian@ftc.gov (Jerjian)
(202) 326-2726; jware1@ftc.gov (Ware)
(202) 326-2679; schaudhry@ftc.gov (Chaudhry)

PLAINTIFF'S MOTION TO TEMPORARILY SEAL
PLAINTIFF'S MOTIONS TO ESTABLISH FACTS,
FOR JUDICIAL NOTICE, AND MATERIALS CITED
Case No. 2:23-cv-0932

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-2551

3

(202) 326-2917; asaunders@ftc.gov (Saunders)

COLIN D. A. MACDONALD (WSBA # 55243)
Federal Trade Commission
915 Second Ave., Suite 2896
Seattle, WA 98174
(206) 220-4474; cmacdonald@ftc.gov (MacDonald)

RACHEL F. SIFUENTES
(IL Bar #6304016; CA Bar #324403)
Federal Trade Commission
230 S. Dearborn St., Room 3030
Chicago, IL 60604
(312) 960-5617; RSifuentes@ftc.gov

JEFFREY TANG (CA Bar #308007)
Federal Trade Commission
10990 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
(310) 824-4303; JTang@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

PLAINTIFF'S MOTION TO TEMPORARILY SEAL PLAINTIFF'S MOTIONS TO ESTABLISH FACTS, FOR JUDICIAL NOTICE, AND MATERIALS CITED
Case No. 2:23-cv-0932

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-2551

4