UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FEDERAL TRADE COMMISSION,

          Plaintiff,

  v.

AMAZON.COM, INC., *et al.*,

          Defendants.

No. 2:23-cv-0932-JHC

ORDER RE: DEFENDANTS' MOTIONS *IN LIMINE*

This matter comes before the Court on Defendants' Motions *in Limine*. Dkt. # 421. The Court has considered all materials filed in support of and in opposition to the motions, the rest of the file, and the governing law. Also, the Court does not find oral argument necessary. Being fully advised, the Court rules as follows:

1. **Financial and Remedies Evidence.**

The Court DENIES the motion without prejudice to specific objections at trial, as it does not believe that all such evidence is categorically irrelevant or unfairly prejudicial. *See* Fed. R. Evid. 401, 402 & 403.

2. **Discovery Disputes.**

The Court GRANTS the motion because the probative value of the evidence appears "substantially outweighed by [the] danger of . . . unfair prejudice and confusing the issues." *See*

Fed. R. Evid 403.  In the jury phase, the FTC may not offer evidence or argument concerning discovery disputes.

### 3. Argument that Counsel Involvement Implies Knowledge.

The Court DENIES the motion without prejudice to specific objections at trial.  The Court generally agrees with the FTC's argument on this issue.  *See* Dkt. # 453 at 10–13.

### 4. Consumer Witness Testimony and Complaints

#### a. Consumer Witness Testimony

The Court DENIES this portion of the motion without prejudice to specific objections at trial, as it does not believe that all such evidence is categorically irrelevant, unfairly prejudicial, confusing, or likely to waste time.  *See* Fed. R. Evid. 401, 402 & 403.

#### b. Consumer Sentinel Complaints

The Court RESERVES on this portion of the motion.  *See* Fed. R. Evid. 807.

### 5. Non-U.S. Evidence

The Court DENIES this motion without prejudice to specific objections at trial, as it does not believe that all such evidence is categorically irrelevant or confusing.  *See* Fed. R. Evid. 401, 402 & 403.

### 6. Evidence or Argument on Surveys.

The Court DENIES this motion without prejudice to specific objections at trial, as it does not believe that all such evidence is categorically irrelevant, unfairly prejudicial, confusing, or likely to waste time.  *See* Fed. R. Evid. 401, 402 & 403.  Also, the Court generally agrees with the FTC's argument on this issue.  *See* Dkt. # 453 at 20-27.

//

//

DATED this 15th day of September, 2025.

_____
John H. Chun
UNITED STATES DISTRICT JUDGE

ORDER RE: DEFENDANTS' MOTIONS IN LIMINE
(2:23-cv-0932-JHC) - 3