The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | No. 2:23-cv-0932-JHC |
| Plaintiff, | DEFENDANTS' PROPOSED VOIR DIRE |
| v. | |
| AMAZON.COM, INC. *et al.*, | |
| Defendants. | |

DEFENDANTS' PROPOSED VOIR DIRE
(2:23-cv-0932-JHC) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

In addition to the Court's standard voir dire questions, Defendants propose that the Court ask the following additional questions during the voir dire conducted by the Court:

### I. General

1. Have you read or heard anything about this case in the news or elsewhere?
2. Is there anything about the nature of this case that would cause you to go into the trial with any bias or prejudice?
3. Other than what you've disclosed so far about any relationship with Amazon, have you or anyone close to you ever had a business or other relationship with Amazon?
4. Do you have any strong views about federal agencies, like the Federal Trade Commission ("FTC")?
5. Other than what you've disclosed so far about any relationship with the Federal Trade Commission, have you or anyone close to you ever had any dealings or relationship with the FTC?
6. Does anyone regularly communicate with attorneys in the course of their work?

### II. Perspectives on Amazon

1. Do you have a general mistrust of big tech companies?
2. Does anyone think that the Big Tech industry is corrupt?
3. Do you intentionally avoid shopping on or at Amazon?
4. Does anyone have any strong negative feelings about Jeff Bezos?
5. Does anyone have any strong negative feelings about Andy Jassy?
6. Do you believe that it is wrong for corporations to pursue profits?
7. Have you ever contacted Amazon customer service?
   a. Was your experience positive or negative?
8. Have you ever sought a refund from Amazon (not including returning items)?
   a. Why?

DEFENDANTS' PROPOSED VOIR DIRE
(2:23-cv-0932-JHC) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**III.     Experience with FTC/consumer agencies**

1. Does anyone think that the government is not doing enough to protect consumers online?

**IV.     Experience with online shopping or subscription-based services**

1. Does anyone find that navigating online shopping experiences is difficult?

2. Does anyone think that sign-ups for paid online subscriptions are typically misleading?

3. How many of you think that paid online subscription service providers take advantage of consumers?

4. Has anyone cancelled a paid online subscription because it became too expensive?

    a. Was this a subscription you otherwise enjoyed having?

DATED this 15th day of September, 2025.

DAVIS WRIGHT TREMAINE LLP

By *s/ Kenneth E. Payson*
Kenneth E. Payson, WSBA #26369
James Howard, WSBA #37259
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Fax: (206) 757-7700
E-mail: kenpayson@dwt.com
              jimhoward@dwt.com

HUESTON HENNIGAN LLP

John C. Hueston*
Moez M. Kaba*
Joseph A. Reiter*
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
E-mail: jhueston@hueston.com
              mkaba@hueston.com
              jreiter@hueston.com

DEFENDANTS' PROPOSED VOIR DIRE
(2:23-cv-0932-JHC) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1
2  COVINGTON & BURLING LLP
3
  Stephen P. Anthony*
  Laura Flahive Wu*
  Laura M. Kim*
4  John D. Graubert*
  850 Tenth Street, NW
5  Washington, DC 20001
  Telephone: (206) 662-5105
6  E-mail: santhony@cov.com
           lflahivewu@cov.com
7          lkim@cov.com
              jgraubert@cov.com
8
  John E. Hall*
9  415 Mission Street, Suite 5400
  San Francisco, CA 94105
10  Telephone: (415) 591-6855
  E-mail: jhall@cov.com
11
  Megan L. Rodgers*
12  3000 El Camino Real
  Palo Alto, CA 94306
13  Telephone: (650) 632-4734
  E-mail: mrodgers@cov.com
14
  Anders Linderot*
15  620 Eighth Avenue
  New York, NY 10018
16  Telephone: (212) 841-1000
  Email: alinderot@cov.com
17
  *admitted pro hac vice
18
  Attorneys for Defendants AMAZON.COM, INC.,
19  NEIL LINDSAY, RUSSELL GRANDINETTI,
  AND JAMIL GHANI
20
21
22
23
24
25
26
27

DEFENDANTS' PROPOSED VOIR DIRE
(2:23-cv-0932-JHC) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax