UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC; NEIL LINDSAY, individually and as an officer of Amazon.com, Inc.; RUSSELL GRANDINETTI, individually and as an officer of Amazon.com, Inc.; JAMIL GHANI, individually and as an officer of Amazon.com, Inc.,<br><br>Defendant. | CASE NO. 2:23-cv-00932-JHC<br><br>ORDER |

This matter comes before the Court on certain issues the parties raised in the Joint Proposed Pretrial Order. Dkt. # 455. Specifically, this Order addresses certain issues that have not been, and will not be, resolved on motions. The Court has considered the parties' briefing in the Joint Proposed Pretrial Order, the rest of the record, and the governing law.

    **1.**    **Court I of the Amended Complaint.** Defendants contend that Court I must be submitted to the Court, not the jury. *Id.* at 3-4. Based on its proposed verdict form, it appears Plaintiff agrees. Dkt. # 482 at 69. The Court agrees as well.

ORDER - 1

2. **Testimony by Deposition Designation.** As provided in Federal Rule of Civil Procedure 32(a)(4)(B), "A party may use for any purpose the deposition of a witness . . . if the court find that the witnesses is more than 100 miles" away "or is outside the United States, unless it appears that the witness's absence was procured by the party offering the deposition." The Court intends to follow this rule at trial. To the extent Plaintiff's objection is inconsistent with this rule, the objection is overruled. *See* Dkt. #455 at 15 n.6.

3. **Civil Penalties Proceedings & Trial Time.** The parties raise the issue whether proceedings regarding civil penalties should count against each side's trial time. Consistent with the order at Dkt. # 460, such proceedings will so count. If, however, the parties agree that additional time is necessary, they may ask that the Court to revisit the issue.

Dated this 18th day of September, 2025.

John H. Chun
United States District Judge

ORDER - 2