UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | CASE NO. 2:23-cv-00932-JHC |
| Plaintiff, | ORDER |
| v. | |
| AMAZON.COM, INC; NEIL LINDSAY, individually and as an officer of Amazon.com, Inc.; RUSSELL GRANDINETTI, individually and as an officer of Amazon.com, Inc.; JAMIL GHANI, individually and as an officer of Amazon.com, Inc., | |
| Defendant. | |

This matter comes before the Court on the FTC's Motion for Judicial Notice. Dkt. # 463. The FTC asks the Court to take judicial notice of "commonly known facts" relating to the project names of Defendant Amazon.com, Inc. (Amazon). *Id.* at 1. Amazon responds that judicial notice of these facts is not permitted under Federal Rule of Evidence 201 and, alternatively, that any probative value of this information is substantially outweighed by the risk of unfair prejudice, confusing the issues, or wasting time. Dkt. # 500. For the reasons below, the Court DENIES the motion.

ORDER - 1

Federal Rule of Evidence 201 allows courts to "judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." But courts "do not take judicial notice of facts that are irrelevant." *DoorDash, Inc. v. City & Cnty. of San Francisco*, 2022 WL 867254, at *4 (N.D. Cal. Mar. 23, 2022). And Federal Rule of Evidence 403 allows courts to exclude relevant evidence if "its probative value is substantially outweighed by a danger of one or more of the following: unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence." Courts may apply Rule 403 to a request for judicial notice. *See Smith v. Limerick*, 2024 WL 4211479, at *1 (9th Cir. Sept. 17, 2024).

The FTC asks the Court to take judicial notice of certain facts about *The Iliad* because it says Amazon named its cancellation flow "Project Iliad" "in a reflection of its byzantine cancellation process." Dkt. # 463 at 2. The FTC similarly asks the Court to take judicial notice of facts that concern other Amazon project names so it can establish that the project names relate to the project. *Id.*

As Amazon says, "[T]he FTC's effort to prove that each of these dozen facts corresponds to a significant project name risks wasting substantial amounts of the jury's, witness's, and the Court's time on debates about why Amazon chose particular project names[.]" *Id.* at 4. There is also a substantial risk that this evidence misleads the jury or unfairly prejudices Amazon. *See id.* On the other hand, the FTC asks the Court to take judicial notice of facts that have limited probative value.

Thus, the Court DENIES the motion.

Dated this 19th day of September, 2025.

ORDER - 2

John H. Chun
United States District Judge

ORDER - 3