The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>Defendants. | No. 2:23-cv-0932-JHC<br><br>STIPULATED MOTION AND [PROPOSED] ORDER ESTABLISHING WITNESS AND EXHIBIT DISCLOSURE SCHEDULE<br><br>NOTE ON MOTION CALENDAR:<br>September 19, 2025 |

Plaintiff Federal Trade Commission ("FTC") and Defendants Amazon.com, Inc. ("Amazon"), Neil Lindsay, Russell Grandinetti, and Jamil Ghani, by and through their counsel, respectfully request that the Court enter the proposed Order set forth below establishing a schedule and process for: (1) the advance disclosure of trial witnesses, exhibits, and demonstratives; (2) the exchange of objections about exhibits and demonstratives; (3) the narrowing of the parties' evidentiary disputes; and (4) the presentation of unresolved disputes to the Court. In support of this motion, the parties stipulate and agree as follows:

1.  Advance disclosure of trial witnesses, exhibits, and demonstratives will facilitate the narrowing and resolution of the parties' evidentiary disputes and the efficient presentation of evidence and testimony during this complex, 20-day trial.

STIPULATED MOTION AND [PROPOSED] ORDER
ESTABLISHING WITNESS AND EXHIBIT DISCLOSURE SCHEDULE
(2:23-cv-0932-JHC) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

2. The parties ask the Court to enter an order implementing the following agreed process for the advance exchange of witnesses and corresponding exhibits, and for narrowing and resolving objections. Specifically, the parties propose the following:

**Stipulated Witness and Exhibit Disclosure Schedule**

Two Days Before a Witness is Called

| Time | Event |
|---|---|
| 12 p.m. | • **Each party, during its case-in-chief:** discloses live witnesses and witnesses by designation, in order in which they will be called, plus:<br>    o Preliminary time estimate for the party's first examination of each witness |
| 4:30 p.m. | • **Each party, during its case-in-chief:** discloses non-impeachment exhibits for use in party's first examination of each disclosed live witness, including:<br>    o Summary exhibits for use by party with each disclosed live witness, and underlying records for each summary exhibit |
| 7:30 p.m. | • **Each party, during the other party's case-in-chief**: discloses non-impeachment exhibits for use in party's first examination of each witness disclosed by the other party. |

The Day Before a Witness is Called

| Time | Event |
|---|---|
| 12 p.m. | • Both parties exchange any narrowed objections to expected exhibits.<br>• Parties encouraged to discuss exhibit issues where compromise appears possible to narrow issues for resolution by the Court. |
| 5:30 p.m. | • Parties exchange any requests to seal by highlighting material that is requested to be redacted.<br>• Parties disclose demonstratives for use with friendly witnesses. |

STIPULATED MOTION AND [PROPOSED] ORDER
ESTABLISHING WITNESS AND EXHIBIT DISCLOSURE SCHEDULE
(2:23-cv-0932-JHC) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

| Time | Event |
|---|---|
| 7:30 p.m. | • Parties exchange any objections to demonstratives. |

The Day the Witness is To Be Called

| Time | Event |
|---|---|
| During court day | • To the extent parties maintain any of their evidentiary objections and do not wish to withdraw any, parties can raise them, along with any other open issues for live witnesses testifying that day, with Court for resolution. |

Opening Statement[1]

| Time | Event |
|---|---|
| 4 p.m. on 9/21/25 | • Parties exchange slides for use in party's opening statement. |
| 6 p.m. on 9/21/25 | • Parties to meet and confer, if needed, to address issues re: slides for use in party's opening statement. |
| During court day on 9/22/25 | • Open issues for opening statement to be raised with Court for resolution. |

Two Days Before Either Party Anticipates Concluding Its Case-in-Chief

| Time | Event |
|---|---|
|  | • Notify opposing party that case-in-chief is expected to conclude in two days. |

---

[1] The parties assume that opening statements will commence on September 23, 2025.

STIPULATED MOTION AND [PROPOSED] ORDER
ESTABLISHING WITNESS AND EXHIBIT DISCLOSURE SCHEDULE
(2:23-cv-0932-JHC) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

<u>Closing Argument</u>

| Time | Event |
|---|---|
| 5:30 p.m. the night before closing argument will commence | • Parties exchange slides for use in party's closing argument. |
| 7:30 p.m. the night before closing argument will commence | • Parties to meet and confer, if needed, to address issues re: slides for use in party's closing argument. |
| During court day when closing argument will commence | • Open issues for closing argument to be raised with Court for resolution. |

3.   Based on the foregoing, the parties respectfully request that the Court grant this stipulated motion through entry of the Proposed Order below.

IT IS STIPULATED.

I certify that this memorandum contains 511 words, in compliance with the Local Civil Rules.

DATED this 19th day of September, 2025.

                         DAVIS WRIGHT TREMAINE LLP

                         By *s/ James Howard*
                             Kenneth E. Payson, WSBA #26369
                             James Howard, WSBA #37259
                             920 Fifth Avenue, Suite 3300
                             Seattle, WA  98104-1610
                             Telephone: (206) 622-3150
                             Fax: (206) 757-7700
                             E-mail: kenpayson@dwt.com
                                              jimhoward@dwt.com

STIPULATED MOTION AND [PROPOSED] ORDER
ESTABLISHING WITNESS AND EXHIBIT DISCLOSURE SCHEDULE
(2:23-cv-0932-JHC) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

COVINGTON & BURLING LLP

Stephen P. Anthony*
Laura Flahive Wu*
Laura M. Kim*
John D. Graubert*
850 Tenth Street, NW
Washington, DC  20001
Telephone: (206) 662-5105
E-mail: santhony@cov.com
              lflahivewu@cov.com
              lkim@cov.com
              jgraubert@cov.com

John E. Hall*
415 Mission Street, Suite 5400
San Francisco, CA  94105
Telephone: (415) 591-6855
E-mail: jhall@cov.com

Megan L. Rodgers*
3000 El Camino Real
Palo Alto, CA  94306
Telephone: (650) 632-4734
E-mail: mrodgers@cov.com

Anders Linderot*
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 841-1000
Email: alinderot@cov.com

HUESTON HENNIGAN LLP

John C. Hueston*
Moez M. Kaba*
Joseph A. Reiter*
523 West 6th Street, Suite 400
Los Angeles, CA  90014
Telephone: (213) 788-4340
E-mail: jhueston@hueston.com
              mkaba@hueston.com
              jreiter@hueston.com

*admitted pro hac vice

Attorneys for Defendant
AMAZON.COM, INC.

By s/ Jeffrey Tang
    Evan Mendelson (D.C. Bar #996765)
    Olivia Jerjian (D.C. Bar #1034299)
    Sana Chaudhry (NY Bar #5284807)

STIPULATED MOTION AND [PROPOSED] ORDER
ESTABLISHING WITNESS AND EXHIBIT DISCLOSURE SCHEDULE
(2:23-cv-0932-JHC) - 5

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

Anthony Saunders (NJ Bar #008032001)
Jonathan Cohen (D.C. Bar #483454)
Jonathan Ware (D.C. Bar #989414)
Eli Freedman (CA Bar #345432)
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320; emendelson@ftc.gov
(202) 326-2749; ojerjian@ftc.gov
(202) 326-2679; schaudhry@ftc.gov
(202) 326-2917; asaunders@ftc.gov
(202) 326-2551; jcohen2@ftc.gov
(202) 326-2726; jware1@ftc.gov
(202) 326-2030; efreedman@ftc.gov

Colin D. A. MacDonald (WSBA #55243)
Federal Trade Commission
915 Second Avenue, Suite 2896
Seattle, WA 98174-1097
(206) 220-4474; cmacdonald@ftc.gov

Jeffrey Tang (CA Bar #308007)
Federal Trade Commission
10990 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
(310) 824-4303; jtang@ftc.gov

Rachel F. Sifuentes (IL Bar #6304016; CA Bar #324403)
Federal Trade Commission
230 S Dearborn Street, Room 3030
Chicago, IL 60604
(312) 960-5617; rsifuentes@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

STIPULATED MOTION AND [PROPOSED] ORDER
ESTABLISHING WITNESS AND EXHIBIT DISCLOSURE SCHEDULE
(2:23-cv-0932-JHC) - 6

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated this _____ day of _____, 2025.

                                                                                                                                                          _____

                                                          John H. Chun
                                                          United States District Judge

STIPULATED MOTION AND [PROPOSED] ORDER
ESTABLISHING WITNESS AND EXHIBIT DISCLOSURE SCHEDULE
(2:23-cv-0932-JHC) - 7

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax