UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>    Defendants. | No. 2:23-cv-0932-JHC<br><br>STIPULATED MOTION AND ORDER ESTABLISHING WITNESS AND EXHIBIT DISCLOSURE SCHEDULE |

    Plaintiff Federal Trade Commission ("FTC") and Defendants Amazon.com, Inc. ("Amazon"), Neil Lindsay, Russell Grandinetti, and Jamil Ghani, by and through their counsel, respectfully request that the Court enter the proposed Order set forth below establishing a schedule and process for: (1) the advance disclosure of trial witnesses, exhibits, and demonstratives; (2) the exchange of objections about exhibits and demonstratives; (3) the narrowing of the parties' evidentiary disputes; and (4) the presentation of unresolved disputes to the Court. In support of this motion, the parties stipulate and agree as follows:

    1.    Advance disclosure of trial witnesses, exhibits, and demonstratives will facilitate the narrowing and resolution of the parties' evidentiary disputes and the efficient presentation of evidence and testimony during this complex, 20-day trial.

2. The parties ask the Court to enter an order implementing the following agreed process for the advance exchange of witnesses and corresponding exhibits, and for narrowing and resolving objections. Specifically, the parties propose the following:

**Stipulated Witness and Exhibit Disclosure Schedule**

<u>Two Days Before a Witness is Called</u>

| Time | Event |
|---|---|
| 12 p.m. | • **Each party, during its case-in-chief:** discloses live witnesses and witnesses by designation, in order in which they will be called, plus:<br>　○ Preliminary time estimate for the party's first examination of each witness |
| 4:30 p.m. | • **Each party, during its case-in-chief:** discloses non-impeachment exhibits for use in party's first examination of each disclosed live witness, including:<br>　○ Summary exhibits for use by party with each disclosed live witness, and underlying records for each summary exhibit |
| 7:30 p.m. | • **Each party, during the other party's case-in-chief:** discloses non-impeachment exhibits for use in party's first examination of each witness disclosed by the other party. |

<u>The Day Before a Witness is Called</u>

| Time | Event |
|---|---|
| 12 p.m. | • Both parties exchange any narrowed objections to expected exhibits.<br>• Parties encouraged to discuss exhibit issues where compromise appears possible to narrow issues for resolution by the Court. |
| 5:30 p.m. | • Parties exchange any requests to seal by highlighting material that is requested to be redacted.<br>• Parties disclose demonstratives for use with friendly witnesses. |

STIPULATED MOTION AND ORDER
ESTABLISHING WITNESS AND EXHIBIT DISCLOSURE SCHEDULE
(2:23-cv-0932-JHC) - 2

| Time | Event |
|---|---|
| 7:30 p.m. | • Parties exchange any objections to demonstratives. |

The Day the Witness is To Be Called

| Time | Event |
|---|---|
| During court day | • To the extent parties maintain any of their evidentiary objections and do not wish to withdraw any, parties can raise them, along with any other open issues for live witnesses testifying that day, with Court for resolution. |

Opening Statement[1]

| Time | Event |
|---|---|
| 4 p.m. on 9/21/25 | • Parties exchange slides for use in party's opening statement. |
| 6 p.m. on 9/21/25 | • Parties to meet and confer, if needed, to address issues re: slides for use in party's opening statement. |
| During court day on 9/22/25 | • Open issues for opening statement to be raised with Court for resolution. |

Two Days Before Either Party Anticipates Concluding Its Case-in-Chief

| Time | Event |
|---|---|
|  | • Notify opposing party that case-in-chief is expected to conclude in two days. |

---

[1] The parties assume that opening statements will commence on September 23, 2025.

STIPULATED MOTION AND ORDER
ESTABLISHING WITNESS AND EXHIBIT DISCLOSURE SCHEDULE
(2:23-cv-0932-JHC) - 3

Closing Argument

| Time | Event |
|---|---|
| 5:30 p.m. the night before closing argument will commence | • Parties exchange slides for use in party's closing argument. |
| 7:30 p.m. the night before closing argument will commence | • Parties to meet and confer, if needed, to address issues re: slides for use in party's closing argument. |
| During court day when closing argument will commence | • Open issues for closing argument to be raised with Court for resolution. |

3.   Based on the foregoing, the parties respectfully request that the Court grant this stipulated motion through entry of the Proposed Order below.

IT IS STIPULATED.

I certify that this memorandum contains 511 words, in compliance with the Local Civil Rules.

DATED this 19th day of September, 2025.

DAVIS WRIGHT TREMAINE LLP

By *s/ James Howard*
   Kenneth E. Payson, WSBA #26369
   James Howard, WSBA #37259
   920 Fifth Avenue, Suite 3300
   Seattle, WA  98104-1610
   Telephone: (206) 622-3150
   Fax: (206) 757-7700
   E-mail: kenpayson@dwt.com
              jimhoward@dwt.com

|  |  |
|---|---|
| 1 | COVINGTON & BURLING LLP |
| 2 | Stephen P. Anthony* |
|  | Laura Flahive Wu* |
| 3 | Laura M. Kim* |
|  | John D. Graubert* |
| 4 | 850 Tenth Street, NW |
|  | Washington, DC  20001 |
| 5 | Telephone: (206) 662-5105 |
|  | E-mail: santhony@cov.com |
| 6 | lflahivewu@cov.com |
|  | lkim@cov.com |
| 7 | jgraubert@cov.com |
| 8 | John E. Hall* |
|  | 415 Mission Street, Suite 5400 |
| 9 | San Francisco, CA  94105 |
|  | Telephone: (415) 591-6855 |
| 10 | E-mail: jhall@cov.com |
| 11 | Megan L. Rodgers* |
|  | 3000 El Camino Real |
| 12 | Palo Alto, CA  94306 |
|  | Telephone: (650) 632-4734 |
| 13 | E-mail: mrodgers@cov.com |
| 14 | Anders Linderot* |
|  | 620 Eighth Avenue |
| 15 | New York, NY 10018 |
|  | Telephone: (212) 841-1000 |
| 16 | Email: alinderot@cov.com |
| 17 | HUESTON HENNIGAN LLP |
| 18 | John C. Hueston* |
|  | Moez M. Kaba* |
| 19 | Joseph A. Reiter* |
|  | 523 West 6th Street, Suite 400 |
| 20 | Los Angeles, CA  90014 |
|  | Telephone: (213) 788-4340 |
| 21 | E-mail: jhueston@hueston.com |
|  | mkaba@hueston.com |
| 22 | jreiter@hueston.com |
| 23 | *admitted pro hac vice |
| 24 | Attorneys for Defendant |
|  | AMAZON.COM, INC. |
| 25 |  |
|  | By s/ Jeffrey Tang |
| 26 | Evan Mendelson (D.C. Bar #996765) |
|  | Olivia Jerjian (D.C. Bar #1034299) |
| 27 | Sana Chaudhry (NY Bar #5284807) |

STIPULATED MOTION AND ORDER
ESTABLISHING WITNESS AND EXHIBIT DISCLOSURE SCHEDULE
(2:23-cv-0932-JHC) - 5

Anthony Saunders (NJ Bar #008032001
Jonathan Cohen (D.C. Bar #483454)
Jonathan Ware (D.C. Bar #989414)
Eli Freedman (CA Bar #345432)
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-3320; emendelson@ftc.gov
(202) 326-2749; ojerjian@ftc.gov
(202) 326-2679; schaudhry@ftc.gov
(202) 326-2917; asaunders@ftc.gov
(202) 326-2551; jcohen2@ftc.gov
(202) 326-2726; jware1@ftc.gov
(202) 326-2030; efreedman@ftc.gov

Colin D. A. MacDonald (WSBA #55243)
Federal Trade Commission
915 Second Avenue, Suite 2896
Seattle, WA 98174-1097
(206) 220-4474; cmacdonald@ftc.gov

Jeffrey Tang (CA Bar #308007)
Federal Trade Commission
10990 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
(310) 824-4303; jtang@ftc.gov

Rachel F. Sifuentes (IL Bar #6304016; CA Bar #324403)
Federal Trade Commission
230 S Dearborn Street, Room 3030
Chicago, IL 60604
(312) 960-5617; rsifuentes@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

**ORDER**

IT IS SO ORDERED.

Dated this 22nd day of September, 2025.

_____
John H. Chun
United States District Judge