# ATTACHMENT A

# Federal Trade Commission v. Amazon.com et al.

## OPENING STATEMENT

September 23, 2025

1

## ROSCA's Requirements

(1) provides text that **clearly and conspicuously discloses all material terms** of the transaction . . . ;

(2) obtains a consumer's **express informed consent** before charging the consumer[] . . .;

(3) provides **simple mechanisms** for a consumer **to stop recurring charges** . . . .

15 U.S.C. § 8403




**Amanda Basta**
Former Assistant Director
FTC Enforcement Division

Q: 'Clear and conspicuous,' 'material,' 'express informed consent,' 'simple mechanisms,' **all key terms of ROSCA**; correct?

A: Correct.

Q: **None of them is defined** in the statute; correct?

A: **Correct**.

56

| FTC's Criticism | What the FTC Admits |
|---|---|
| **Disclosures**: "Small, easy-to-miss font" |  Amanda Basta — Former Assistant Director, FTC Enforcement Division <br><br>**Q:** Does the FTC publish a document or is there any statute or rule of law regulation that says **what size the print needs** to be in order to be appropriately conspicuous?<br><br>**A:** Again, it's **not prescriptive** in that way.<br><br>September 10, 2024 Dep. Tr. at 318:8-14 |

57

| FTC's Criticism | What the FTC Admits |
|---|---|
| ✗ **Disclosures**: "Small, easy-to-miss font"<br><br>☐ **Disclosures**: "color" directs consumers' attention away |  **Amanda Basta**<br>Former Assistant Director<br>FTC Enforcement Division <br><br>**Q:** **Does the FTC or ROSCA say anywhere what color the disclosure needs to be** in order to satisfy the clear and conspicuous standard?<br><br>**A:** **Not that I'm aware of, no.**<br><br>September 10, 2024 Dep. Tr. at 219:10-21 |

58

| FTC's Criticism | What the FTC Admits |
|---|---|
| ✗ **Disclosures**: "Small, easy-to-miss font" <br><br> ✗ **Disclosures**: "color" directs consumers' attention away <br><br> ☐ **Disclosures**: "Repetition" directs consumers' attention away |  **Amanda Basta** <br> Former Assistant Director <br> FTC Enforcement Division  <br><br> **Q:** And **does ROSCA or the FTC anywhere tell industry what is appropriate additional marketing messaging** versus inappropriately distracting additional marketing messaging? <br><br> **A:** **There would be no way to exhaustively do that**. <br><br> September 10, 2024 Dep. Tr. at 220:19-221:3 |

59

| FTC's Criticism | What the FTC Admits |
|---|---|
| ✗ **Disclosures**: "Small, easy-to-miss font" <br><br> ✗ **Disclosures**: "color" directs consumers' attention away <br><br> ✗ **Disclosures**: "Repetition" directs consumers' attention away <br><br> ☐ **Disclosures:** "Placement not prominent" |   **Amanda Basta** <br> Former Assistant Director <br> FTC Enforcement Division <br><br> **Q:** [D]oes the FTC identify anywhere or does ROSCA identify anywhere ==where the disclosure must be placed== to satisfy ROSCA? <br><br> **A: No.** <br><br> September 10, 2024 Dep. Tr. at 215:3-8 |

60

| FTC's Criticism | What the FTC Admits |
|---|---|
| ✗ **Disclosures**: "Small, easy-to-miss font" |  Amanda Basta<br>Former Assistant Director<br>FTC Enforcement Division  |
| ✗ **Disclosures**: "color" directs consumers' attention away | |
| ✗ **Disclosures**: "Repetition" directs consumers' attention away | **Q:** [T]he **statute itself does not define a simple mechanism** in any respect by reference to **number of clicks**, number of offers, . . . etc.; right?<br><br>**A: No.** Statute says what it says. |
| ✗ **Disclosures:** "Placement not prominent" | |
| **Cancellation:** "Too many clicks" | |

September 10, 2024 Dep. Tr. at 376:11-18

61

| FTC's Criticism | What the FTC Admits |
|---|---|
| ✗ **Disclosures**: "Small, easy-to-miss font" |  Amanda Basta<br>Former Assistant Director<br>FTC Enforcement Division  |
| ✗ **Disclosures**: "color" directs consumers' attention away | |
| ✗ **Disclosures**: "Repetition" directs consumers' attention away | **Q:** [I]s there any guidance on **how long is too long** in -- in order to comply with ROSCA? |
| ✗ **Disclosures:** "Placement not prominent" | |
| ✗ **Cancellation:** "Too many clicks" | **A:** **No.** |
| **Cancellation:** "Takes too long" | |

September 10, 2024 Dep. Tr. At 363:7-12    62

| FTC's Criticism | What the FTC Admits |
|---|---|
| ✗ **Disclosures**: "Small, easy-to-miss font" |   Amanda Basta, Former Assistant Director, FTC Enforcement Division |
| ✗ **Disclosures**: "color" directs consumers' attention away | |
| ✗ **Disclosures**: "Repetition" directs consumers' attention away | **Q:** There's **nothing unlawful about** presenting a sales -- **a save offer** to a customer who is seeking to cancel; correct? |
| ✗ **Disclosures:** "Placement not prominent" | |
| ✗ **Cancellation:** "Too many clicks" | **A:** **Not currently, no.** |
| ✗ **Cancellation:** "Takes too long" | |
| ☐ **Cancellation:** "Forcing customers to view marketing and reconsider options other than cancellation" | September 10, 2024 Dep. Tr. at 65:9-12 |

63

| FTC's Criticism | What the FTC Admits |
|---|---|
| ✗ **Disclosures**: "Small, easy-to-miss font"<br>✗ **Disclosures**: "color" directs consumers' attention away<br>✗ **Disclosures**: "Repetition" directs consumers' attention away<br>✗ **Disclosures:** "Placement not prominent"<br>✗ **Cancellation:** "Too many clicks"<br>✗ **Cancellation:** "Takes too long"<br>✗ **Cancellation:** "Forcing customers to view marketing and reconsider options other than cancellation"<br>✗ **Cancellation:** "Too many pages" |  **Amanda Basta** — Former Assistant Director, FTC Enforcement Division <br><br>**Q:** Is there a document guidance, something out there that tells business or individuals ==X number of pages is okay and simple, but X plus 1 number of pages to navigate is no longer simple==?<br><br>**A:** Because there's no single answer to that, ==no==.<br><br>September 10, 2024 Dep. Tr. at 359:19-360:4 |

64

## ROSCA Compliance According to FTC



**Amanda Basta**
Former Assistant Director,
FTC Enforcement Division



September 10, 2024 Dep. Tr. at 211:1-9

"That's all part of the soup."

Q: In order to determine whether or not there's a ROSCA violation, you need to consider a soup with lots of different ingredients. Yes?

A: Yes.

65