The Honorable John H. Chun

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

FEDERAL TRADE COMMISSION,

    Plaintiff,

    v.

AMAZON.COM, INC., *et al*.

    Defendants.

Case No. 2:23-cv-0932-JHC

**JOINT MOTION FOR ENTRY OF PROPOSED STIPULATED ORDER FOR PERMANENT INJUNCTION, MONETARY RELIEF, CIVIL PENALTY JUDGMENT, AND OTHER RELIEF**

Plaintiff Federal Trade Commission ("Commission") and Defendants Amazon.com, Inc., Neil Lindsay, and Jamil Ghani (herein, the "Settling Defendants"), have resolved all issues in this matter through the Proposed Stipulated Order for Permanent Injunction, Monetary Relief, Civil Penalty Judgment, and Other Relief, attached as Exhibit A ("Stipulated Proposed Order"), signed by the Commission and the Settling Defendants. The Commission and Settling Defendants submit that good cause exists for the Court to enter the Stipulated Proposed Order. Specifically, the Proposed Stipulated Order will provide just relief on the allegations in the Complaint, including appropriate injunctive relief, civil penalties, and restitution for consumers, pursuant to Sections 5(m)(l)(A), 13(b), and 19 of the Federal Trade Commission Act, 15 U.S.C. §§ 45(m)(l)(A), 53(b)

JOINT MOTION FOR ENTRY OF
PROPOSED STIPULATED ORDER

Case No. 2:23-cv-0932-JHC – Page 1

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-2030

1   and 57b, and the Restore Online Shoppers' Confidence Act ("ROSCA"), 15 U.S.C. § 8404. The

2   Settling Defendants neither admit nor deny the allegations in the Complaint, except as specifically

3   stated in the Stipulated Proposed Order. The Commission and Settling Defendants both support

4   the entry of the Stipulated Proposed Order. In light of this agreed-upon resolution of this action,

5   the Commission and Settling Defendants respectfully request that the Court enter the Stipulated

6   Proposed Order.

7         In addition, should the Court enter the Stipulated Proposed Order, the Commission and

8   Defendant Russell Grandinetti further stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal

9   Rules of Civil Procedure, to the dismissal of all claims against Mr. Grandinetti with prejudice.

10  The Proposed Stipulation of Dismissal is attached as Exhibit B.

## LOCAL RULE 7(e) CERTIFICATION

12        I certify that this memorandum contains 507 words, in compliance with the Local Civil

13  Rules.

14  **FOR PLAINTIFF FEDERAL TRADE COMMISSION:**

/s/ Jonathan Cohen
JONATHAN COHEN (DC Bar # 483454)
EVAN MENDELSON (DC Bar #996765)
OLIVIA JERJIAN (DC Bar #1034299)
JONATHAN WARE (DC Bar #989414)
ELI FREEDMAN (CA Bar #345432)
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington DC 20580
(202) 326-2551 (Cohen); -3320 (Mendelson);
-2726 (Ware); -2749 (Jerjian); -2030 (Freedman)
JCohen2@ftc.gov; EMendelson@ftc.gov;
JWare1@ftc.gov; OJerjian@ftc.gov; EFreedman@ftc.gov
COLIN D. A. MACDONALD (WSBA # 55243)
Federal Trade Commission
915 Second Ave., Suite 2896
Seattle, WA 98174
(206) 220-4474; CMacdonald@ftc.gov

Date: September 25, 2025

JOINT MOTION FOR ENTRY OF
PROPOSED STIPULATED ORDER

Case No. 2:23-cv-0932-JHC – Page 2

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-2030

| | |
|---|---|
| 1 | RACHEL F. SIFUENTES |
| | (IL Bar #6304016; CA Bar #324403) |
| 2 | Federal Trade Commission |
| | 230 S. Dearborn St., Room 3030 |
| 3 | Chicago, IL 60604 |
| | (312) 960-5617; RSifuentes@ftc.gov |
| 4 | |
| | JEFFREY TANG (CA Bar #308007) |
| 5 | Federal Trade Commission |
| | 10990 Wilshire Boulevard, Suite 400 |
| 6 | Los Angeles, CA 90024 |
| | (310) 824-4303; JTang@ftc.gov |
| 7 | |
| | *Attorneys for Plaintiff* |
| 8 | *FEDERAL TRADE COMMISSION* |

**FOR ALL DEFENDANTS:**

/s/ Kenneth E. Payson (with permission)           Date:   September 25, 2025
DAVIS WRIGHT TREMAINE LLP
Kenneth E. Payson, WSBA #26369
James Howard, WSBA #37259
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Fax: (206) 757-7700
kenpayson@dwt.com; jimhoward@dwt.com


HUESTON HENNIGAN LLP
John C. Hueston*
Moez M. Kaba*
Joseph A. Reiter*
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
E-mail: jhueston@hueston.com
mkaba@hueston.com
jreiter@hueston.com

*admitted pro hac vice

Attorneys for Defendants AMAZON.COM, INC., NEIL LINDSAY, AND JAMIL GHANI

JOINT MOTION FOR ENTRY OF
PROPOSED STIPULATED ORDER

Case No. 2:23-cv-0932-JHC – Page 3

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-2030