# ATTACHMENT B

1

The Honorable John H. Chun

2

3

4

5

6

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

7

8

Case No. 2:23-cv-0932-JHC

9

FEDERAL TRADE COMMISSION,

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT RUSSELL GRANDINETTI**

10

Plaintiff,

11

v.

12

AMAZON.COM, INC., *et al*.

13

Defendants.

14

15

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Federal

16

Trade Commission and Defendant Russell Grandinetti stipulate to the dismissal of all claims

17

against Mr. Grandinetti with prejudice.  Each party agrees to be responsible for its own costs and

18

fees and agrees that no party shall be responsible to any other party for any fines, costs, fees, or

19

penalties arising from this case.

20

21

**IT IS SO STIPULATED** on September 25, 2025.

22

23

STIPULATION OF DISMISSAL

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-2030

Case No. 2:23-cv-0932-JHC – Page 1

1    **FOR PLAINTIFF FEDERAL TRADE COMMISSION:**

2

3    _/s/ Jonathan Cohen_                    Date:    September 25, 2025
     JONATHAN COHEN (DC Bar # 483454)
4    EVAN MENDELSON (DC Bar #996765)
     OLIVIA JERJIAN (DC Bar #1034299)
5    JONATHAN WARE (DC Bar #989414)
     ELI FREEDMAN (CA Bar #345432)
     Federal Trade Commission
6    600 Pennsylvania Avenue NW
     Washington DC 20580
7    (202) 326-2551 (Cohen); -3320 (Mendelson);
     -2726 (Ware); -2749 (Jerjian); -2030 (Freedman)
     JCohen2@ftc.gov; EMendelson@ftc.gov;
8    JWare1@ftc.gov; OJerjian@ftc.gov; EFreedman@ftc.gov

9    COLIN D. A. MACDONALD (WSBA # 55243)
     Federal Trade Commission
10   915 Second Ave., Suite 2896
     Seattle, WA 98174
11   (206) 220-4474; CMacdonald@ftc.gov

12   RACHEL F. SIFUENTES
     (IL Bar #6304016; CA Bar #324403)
13   Federal Trade Commission
     230 S. Dearborn St., Room 3030
14   Chicago, IL 60604
     (312) 960-5617; RSifuentes@ftc.gov

15
     JEFFREY TANG (CA Bar #308007)
16   Federal Trade Commission
     10990 Wilshire Boulevard, Suite 400
17   Los Angeles, CA 90024
     (310) 824-4303; JTang@ftc.gov

18
     _Attorneys for Plaintiff_
19   _FEDERAL TRADE COMMISSION_

20

21

22

23

STIPULATION OF DISMISSAL                                        Federal Trade Commission
                                                              600 Pennsylvania Avenue NW
                                                                  Washington, DC 20580
Case No. 2:23-cv-0932-JHC – Page 2                                  (202) 326-2030

1

2  **FOR ALL DEFENDANTS:**

3

4  <u>/s/ Kenneth E. Payson (with permission)</u>          Date:   September 25, 2025
   DAVIS WRIGHT TREMAINE LLP
5  Kenneth E. Payson, WSBA #26369
   James Howard, WSBA #37259
6  920 Fifth Avenue, Suite 3300
   Seattle, WA 98104-1610
7  Telephone: (206) 622-3150
   Fax: (206) 757-7700
8  kenpayson@dwt.com; jimhoward@dwt.com

9

10 HUESTON HENNIGAN LLP
   John C. Hueston*
   Moez M. Kaba*
11 Joseph A. Reiter*
   523 West 6th Street, Suite 400
12 Los Angeles, CA 90014
   Telephone: (213) 788-4340
13 E-mail: jhueston@hueston.com
   mkaba@hueston.com
14 jreiter@hueston.com

15

16 *admitted pro hac vice

17 Attorneys for Defendants AMAZON.COM,
   INC., NEIL LINDSAY, RUSS GRANDINETTI, AND JAMIL GHANI

18

19

20

21

22

23

STIPULATION OF DISMISSAL

Case No. 2:23-cv-0932-JHC – Page 3

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 326-2030