UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC., *et al*.<br><br>    Defendants. | Case No. 2:23-cv-0932-JHC<br><br>**ORDER APPOINTING FTI CONSULTING, INC. AS CLAIMS SUPERVISOR** |

Pursuant to Dkt. #535, Plaintiff Federal Trade Commission nominated FTI Consulting, Inc. (FTI) to be the Claims Supervisor responsible for monitoring Amazon's compliance with the Stipulated Order for Permanent Injunction, Monetary Relief, Civil Penalty Judgment, and Other Relief (Order), dated September 25, 2025.  Having considered the FTC's nominee and the associated supporting materials provided herewith:

(1)  It is ORDERED that FTI shall serve as the Claims Supervisor for the Order;

(2)  It is FURTHER ORDERED that, pursuant to Dkt. #535 at 15, Amazon is responsible for the Claims Supervisor's reasonable costs, fees and expenses. Furthermore, the Claims Supervisor is hereby authorized to engage, within its

discretion, such consultants, accountants, attorneys, or other representatives and assistants reasonably necessary to assist the Claims Supervisor with its duties and responsibilities. Amazon is also responsible for all reasonable costs, fees and expenses of such agents of the Claims Supervisor.

(3) Pursuant to Dkt. #535 at 15, none of the costs, fees, and expenses of the Claims Supervisor, or any agents thereof, will be paid out of, or deducted from, the Consumer Fund that Amazon must establish to provide redress payments to affected consumers.

SO ORDERED.

Dated: October 6, 2025

John H. Chun
UNITED STATES DISTRICT JUDGE